POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Alan Himmelfarb, 90480<br>LAW OFFICE OF ALAN HIMMELFARB<br>2757 Leonis Blvd.<br>Vernon, CA 90058<br>TELEPHONE NO.: (323) 585-8696<br>ATTORNEY FOR (Name): Plaintiff | FILED<br>07 JUN -6 PM 3: 13<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Matthew Elvey<br>DEFENDANT/RESPONDENT: TD Ameritrade | CASE NUMBER:<br>C 07 2852 BZ |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Class Action Complaint, Civil Case Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order, Welcome to the U.S. District Court Information Sheets, Notice of Assignment, Consent forms, EFC Registration Handout

3. a. Party served: TD AMERITRADE, INC.       **BY FAX**

   b. Person Served: CSC Corp - Rhonda McCarty - Person authorized to accept service of process

4. Address where the party was served: 2730 GATEWAY OAKS DR STE 100
   SACRAMENTO, CA 95833

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): June 1, 2007      (2) at (time): 1:47 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   TD AMERITRADE, INC.

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:        Tyler Dimaria
   b. Address:     One Legal, Inc. - 132-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2006-06
         (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: June 1, 2007

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                            (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6641772