1  MAYER, BROWN, ROWE & MAW LLP
   Lee H. Rubin (SBN 141331)
2  lrubin@mayerbrownrowe.com
   Shirish Gupta (SBN 205584)
3  sgupta@mayerbrownrowe.com
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, California 94306-2112
5  Telephone:    (650) 331-2000
   Facsimile:    (650) 331-2060
6
   Attorneys for Defendant TD AMERITRADE, INC.
7

8                        UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11 | MATTHEW ELVEY, an individual, on his own behalf and on behalf of all similarly situated, | CASE NO. C 07 2852 BZ
12 | Plaintiff, | STIPULATION TO FILE AN AMENDED COMPLAINT
13 | v. |
14 | TD AMERITRADE, INC., a New York corporation |
15 | Defendant. |

16

17        Whereas, Plaintiff Matthew Elvey ("Plaintiff") has filed a Complaint against Defendant
18 TD AMERITRADE, Inc. ("TD AMERITRADE") and served a Summons and Complaint on
19 June 1, 2007;
20        Whereas, Plaintiff has informed TD AMERITRADE that he plans to file an Amended
21 Complaint;
22        Whereas, TD AMERITRADE's deadline for responding to the Complaint is
23 June 21, 2007;
24        IT IS HEREBY STIPULATED, by and between the parties, that pursuant to Civil Local
25 Rule 6-1(a), TD AMERITRADE need not respond to Plaintiff's currently filed Complaint.
26        IT IS FURTHER STIPULATED, that Plaintiff shall file an Amended Complaint by
27 June 28, 2007.
28

PADB01 44038047.1  20-Jun-07 11:31

1  IT IS FURTHER STIPULATED, that TD AMERITRADE's deadline for filing a responsive pleading to the Amended Complaint shall be 20 days after the service of the Amended Complaint, pursuant to Fed. R. Civ. P. 12(a)(1)(A).

DATED: June 20, 2007                    /s/ Lee H. Rubin
                                        Lee H. Rubin

MAYER, BROWN, ROWE & MAW LLP
Lee H. Rubin
Shirish Gupta


Attorneys for Defendant TD AMERITRADE, INC.


DATED: June 20, 2007                    /s/ Alan Himmelfarb
                                        Alan Himmelfarb
LAW OFFICES OF ALAN HIMMELFARB
Alan Himmelfarb


Attorneys for Plaintiff MATTHEW ELVEY

Pursuant to General Order No. 45, Section X(B), Lee H. Rubin hereby attests that the Signatory's concurrence in the filing of this document has been obtained.

PADB01 44038047.1  20-Jun-07 11:31                    1