1 | MAYER, BROWN, ROWE & MAW LLP
Lee H. Rubin (SBN 141331)
2 | lrubin@mayerbrownrowe.com
Shirish Gupta (SBN 205584)
3 | sgupta@mayerbrownrowe.com
Two Palo Alto Square, Suite 300
4 | 3000 El Camino Real
Palo Alto, California 94306-2112
5 | Telephone:   (650) 331-2000
Facsimile:    (650) 331-2060

Attorneys for Defendant TD AMERITRADE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| MATTHEW ELVEY, an individual, on his own behalf and on behalf of all similarly situated, | CASE NO. C 07 2852 BZ |
|---|---|
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| TD AMERITRADE, INC., a New York corporation | |
| Defendant. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 26, 2007         /s/Lee H. Rubin
                             Lee H. Rubin
                             Counsel for Defendant TD AMERITRADE, INC.

44038118.1