IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 07-2852 MJJ

MATTHEW ELVEY, et al.,

       Plaintiff(s),

  v.                                      **CLERK'S NOTICE**
                                         **(Setting Case Management**
T.D. AMERITRADE, INC.,                   **Conference in Reassigned case)**

       Defendant(s).

_____/

      (Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

      THE PARTIES ARE HEREBY NOTIFIED that a Case Management Conference in this reassigned case is scheduled to be heard **Tuesday, September 18, 2007, at 2:00 p.m.,** in Courtroom 11, 19th floor, San Francisco, before the Honorable Martin J. Jenkins**.** A Joint Case Management Statement shall be provided to the Court by no later than **September 11, 2007.**

Dated:  June 29, 2007                    FOR THE COURT,

                                         Richard W. Wieking, Clerk

                                         By:_____
                                              Edward Butler, Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information.  Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

**United States District Court**
For the Northern District of California