Exhibit A

-------------000502040800060107030308
Content-Type: message/rfc822; name="04.9 Overnight bobhpp [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.9 Overnight bobhpp [_____].eml"


Received: from compute1.internal (compute1.internal [10.202.2.41]) by
       store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Wed, 18 Apr 2007
       16:20:46 -0400
X-Sieve: CMU Sieve 2.3
Subject: 04.9 Overnight bobhpp [_____]
X-Spam: high
X-Spam-score: 4.9
X-Spam-source: IP='202.76.4.25', Country='HK', FromHeader='com',
       MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp11.email.hk.net (smtp11.email.hk.net [202.76.4.25]) by
       mx1.messagingengine.com (Postfix) with ESMTP id 79B7C272E06 for
       <[REDACTED BY COUNSEL]>; Wed, 18 Apr 2007 16:20:51 -0400 (EDT)
Received: from mail.3pdelivery.com ([202.76.88.70]) by smtp11.email.hk.net
       (8.13.1/8.13.1) with SMTP id l3IKKIce0l1543; Thu, 19 Apr 2007 04:20:19 +0800
Received: from fdn.3pdelivery.com ([178.168.143.2]) by tweb.3pdelivery.com
       (Sun Java System Messaging Server 6.1 HotFix 0.02 (built Aug 25 2004)) with
       ESMTP id <0T6M00JM824BU11@163.196.200.57.3pdelivery.com> for
       [REDACTED BY COUNSEL]; Wed, 18 Apr 2007 16:47:16 -0500 (IST)
Date: Wed, 18 Apr 2007 16:58:00 -0500
From: "Sharon Moore" <abigailcfumea@3pdelivery.com>
To: <[REDACTED BY COUNSEL]>
X-Spam-orig-subject: Overnight bobhpp
Message-ID: <sdUJPTD7TN0rwmUJC_GlX@3pdelivery.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit


Did you get in on MBWC yesterday like we suggested?
If so I'm sure you Enjoyed the +25% gains!


Expect more Superb action in days to come from this Hot High Tech
company!  A highly anticipated Profit Report is soon to be released and
send MBWC off the charts!


As with most small cap stocks,
you may need to call your broker directly.




o hire the right experts they have an excellent chance of being found not guilty
Bob Pell an attorney who represents former guard Joseph Walsh Jr told The Associated
Press he hadnt heard about charges against his client
I didnt anticipate it he told AP I was hoping cooler heads would prevail but we will

--------------0005020408000601070303O8
Content-Type: message/rfc822; name="cautionary tale,.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="cautionary tale,.eml"


Received: from mx7.internal (mx7.internal [10.202.2.206]) by
    store6m.internal (Cyrus v2.3.8-fmsvn10765) with LMTPA; Thu, 22 Feb 2007
    04:23:43 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.6
X-Spam-source: IP='213.192.48.2', Country='CZ', FromHeader='com',
    MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from exp.tvujnet.cz (unknown [213.192.48.2]) by
    mx1.messagingengine.com (Postfix) with ESMTP id 9110D26F844; Thu, 22 Feb
    2007 04:23:42 -0500 (EST)
Received: from mf-relay.national.aaa.com (50.user53.tvujnet.cz
    [213.192.53.50]) by exp.tvujnet.cz (8.13.1/8.13.1) with ESMTP id
    l1M9K39F023443; Thu, 22 Feb 2007 10:21:57 +0100
Received: from cir.aaa-secon.com ([15.38.3.7]) by zrtx.aaa-secon.com (Sun
    Java System Messaging Server 6.1 HotFix 0.04 (built Aug 25 2004)) with
    ESMTP id <0G8V00VX684GU71@117.24.241.203.aaa-secon.com> for
    ameritrade510@rainsquall.com; Thu, 22 Feb 2007 00:58:50 -0800 (IST)
Date: Thu, 22 Feb 2007 01:18:12 -0800
From: "Cheri Fleming" <estertpleasea@aaa-secon.com>
To: <ameritrade510@RAINSQUALL.COM>
Subject: cautionary tale,
Message-ID: <gId1ZqN3b1O_T7M1q_bJP@aaa-secon.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit


Major Acquisition kicks off Irwin Resources' move to $2.50!!!


Yes, you heard it here first.  This acquisition news has been
pushing up IWRS and this is Just the Beginning!


Company:  IWRS


Current Prrice:  Around $1.00
Tarrget Prrice:        $2.50


Check your favorite financial news source fordetails!


More High ImpactAnnouncements to follow!


You know us.  You know that when we catch wind of a winner it
moves!  Get in Early and Ride it to $2.50

After meeting him Erdogan said that he pope had said that he supported Turkeys bid to join the European Union Before becoming pope last year Benedict had said Turkeys Muslim religion meant it did not belong in the EU

The German-born pontiff said his visit sought dialogue brotherhood a commitment for understanding between cultures between religions for reconciliation


-------------00050204080006010703308
Content-Type: message/rfc822; name="dropped.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="dropped.eml"


Received: from mx7.internal (mx7.internal [10.202.2.206]) by
       store6m.internal (Cyrus v2.3.8-fmsvn10765) with LMTPA; Thu, 22 Feb 2007
       23:31:49 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.5
X-Spam-source: IP='89.246.255.233', Country='DE', FromHeader='com',
       MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from mxoutlb03.versatel.de (mxoutlb03.versatel.de
       [89.246.255.233]) by mx2.messagingengine.com (Postfix) with ESMTP id
       234431E04A9; Thu, 22 Feb 2007 23:30:12 -0500 (EST)
Received: from mx03.versatel.de (mx01.versatel.de [212.7.146.1]) by
       mxoutlb03.versatel.de (8.13.1/8.13.1) with ESMTP id l1N4SYXm006801; Fri, 23
       Feb 2007 05:29:52 +0100
Received: from mail.3rtechnologies.com (i59F549B4.versanet.de
       [89.245.73.180]) by mx03.versatel.de (8.12.11.20060614/8.12.11) with ESMTP
       id l1N4SUWs015832; Fri, 23 Feb 2007 05:29:48 +0100
Received: from ukx.3utech.com ([62.198.81.40]) by skt.3utech.com (Sun Java
       System Messaging Server 6.1 HotFix 0.00 (built Aug 25 2004)) with ESMTP id
       <0P2A00SN447QX17@177.36.230.243.3utech.com> for
       ameritrade510@rainsquall.com; Thu, 22 Feb 2007 20:33:32 -0800 (IST)
Date: Thu, 22 Feb 2007 20:01:57 -0800
From: "Sylvia Murphy" <alishaspiga@3utech.com>
To: <ameritrade510@RAINSQUALL.COM>
Subject: dropped
Message-ID: <VP618_esfTFZ6h6n7mUhI1W@3utech.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit


We bring you the Hottest Promotions Anywhere!
Get in on Irwin Resources this Friday in Preparation for
the BiIG run all next week!


Company:  IWRS
Currrent Price: Around $1.00
Tarrget Price:      $2.50

This company is set to do Amazing things and on Monday they
are Launching a week-long Promotion to let the world know!

Get in Early and Ride it to $2.50!

deal with this as it comes down We understood the political pressure that was brought to bear
Benjamin Crump an attorney for Andersons parents was in Panama City with the family Tuesday and didnt
immediately return APs call for comment
Video: Teen forced to the ground
Videotape of the incident showed Anderson being forced to the ground by various methods

--------------000502040800060107030308
Content-Type: message/rfc822; name="02.5 the new plants [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="02.5 the new plants [_____].eml"

Received: from compute2.internal (compute2.internal [10.202.2.42]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Sun, 01 Apr 2007
        09:27:13 -0400
X-Sieve: CMU Sieve 2.3
Subject: 02.5 the new plants [_____]
X-Spam: spam
X-Spam-score: 2.5
X-Spam-source: IP='193.74.71.23', Country='BE', FromHeader='net',
        MailFrom='net'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from oola.is.scarlet.be (oola.is.scarlet.be [193.74.71.23]) by
        mx5.messagingengine.com (Postfix) with ESMTP id E7E222BB7; Sun, 1 Apr 2007
        09:27:11 -0400 (EDT)
Received: from (ip-62-235-242-93.dsl.scarlet.be [62.235.242.93]) by
        oola.is.scarlet.be with ESMTP id l31DQfM14706; Sun, 1 Apr 2007 15:26:42
        +0200
Received: from tztc.3tech.net ([16.220.179.128]) by itb.3tech.net (Sun Java
        System Messaging Server 6.1 HotFix 0.08 (built Aug 24 2004)) with ESMTP id
        <0F5R00MW840OT12@2.201.42.157.3tech.net> for ameritrade5@dfbills.com; Sun,
        01 Apr 2007 08:19:39 -0600 (IST)
Date: Sun, 01 Apr 2007 08:01:07 -0600
From: "Tracy Morris" <aliciavbata@3tech.net>
To: <ameritrade5@DFBILLS.COM>
X-Spam-orig-subject: the new plants
Message-ID: <N05x6bjVKH4S9PFu965j@3tech.net>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-DCC-scarlet.be-Metrics: oola 20001; Body=132 Fuz1=132 Fuz2=132
Content-Transfer-Encoding: 8bit

The hottest commodity today is Information. The embodiment of this information is Media, and media companies are the Gems of the market these days. We have a Winner that is focused on the Hip Hop media sector and is practically in IPO stage.

Fresh Company + Booming Sector + Hot Promotion = Big Winner!

TM Media Group (TMMG)

Currrent Price:   $2.00
Proojected Price: $5.00

We have not missed yet this year, and we aren't starting now!

Trade Smart and Win!

Don't miss this sure winner!

Video: Teen forced to the ground
Videotape of the incident showed Anderson being forced to the ground by various methods including knees to the thigh pressure points to his ear and punches to his arms
Later another camp staffer hit him from behind lurching his body forward A nurse stood by and on at least one occasion she determined his vital signs were normal

--------------000502040800060107030308
Content-Type: message/rfc822; name="built.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="built.eml"

Received: from mx7.internal (mx7.internal [10.202.2.206]) by
        store6m.internal (Cyrus v2.3.8-fmsvn10765) with LMTPA; Wed, 21 Feb 2007
        20:07:56 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.1
X-Spam-source: Country='CA', FromHeader='nl', MailFrom='nl'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from simmts6-srv.bellnexxia.net (unknown [206.47.199.164]) by
        mx5.messagingengine.com (Postfix) with ESMTP id 66EDDC1 for
        <[REDACTED BY COUNSEL]>; Wed, 21 Feb 2007 20:07:53 -0500 (EST)
Received: from mx.mailix.net ([142.162.175.13]) by
        simmts6-srv.bellnexxia.net (InterMail vM.5.01.06.13
        201-253-122-130-113-20050324) with ESMTP id
        <20070222010632.CCDS9685.simmts6-srvbellnexxia.net@mx.mailix.net>; Wed, 21
        Feb 2007 20:06:32 -0500
Received: from qdgv.3t.nl ([185.80.48.4]) by wcu.3t.nl (Sun Java System
        Messaging Server 6.1 HotFix 0.07 (built Aug 23 2004)) with ESMTP id

       &lt;0I4J00UH061TB38@126.109.176.241.3t.nl&gt; for ameritrade510@rainsquall.com;
       Wed, 21 Feb 2007 16:51:55 -0800 (IST)
Date: Wed, 21 Feb 2007 17:25:40 -0800
From: "Crystal Collins" &lt;alexandrawdada@3t.nl&gt;
To: &lt;ameritrade510@rainsquall.com&gt;
Subject: built
Message-ID: &lt;X9nn0loIBi2_57Z323io4YJ@3t.nl&gt;
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Major Acquisition kicks off Irwin Resources' move to $2.50!!!

Yes, you heard it here first.  This acquisition news has been
pushing up IWRS and this is Just the Beginning!

Company:  IWRS

Current Prrice:       $1.01
Tarrget Prrice:       $2.50

Check your favorite financial news source fordetails!

More High ImpactAnnouncements to follow!

You know us.  You know that when we catch wind of a winner it
moves!  Get in Early and Ride it to $2.50

To explain the use of force one staff member wrote I ordered (the) offender
to stop resisting and relax his arms Offender refused to comply with those instructions
Some experts on juvenile justice call it excessive force But the sheriffs office said
Anderson was restrained forbeing uncooperative After the incident he was taken away on a stretcher and died
later that day

-------------0005020408000601107030308

Content-Type: message/rfc822; name="04.3 obligation [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.3 obligation [_____].eml"

Received: from mx6.internal (mx6.internal [10.202.2.205])by
    store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Tue, 30 Jan 2007
    18:18:20 -0500
X-Sieve: CMU Sieve 2.3
Subject: 04.3 obligation [_____]
X-Spam: high
X-Spam-score: 4.3
X-Spam-source: Country='CL', FromHeader='com', MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from webmail.tie.cl (mta03.tie.cl [200.50.96.212])by
    mx1.messagingengine.com (Postfix) with ESMTP id 17DF126F660 for
    <[REDACTED BY COUNSEL]>; Tue, 30 Jan 2007 18:18:14 -0500 (EST)
Received: from acehardwood.com (190.82.47.1) by webmail.tie.cl (7.0.035) id
    4582692200676DD5; Tue, 30 Jan 2007 20:18:10 -0300
Received: from ulo.acgfa.com ([151.96.126.30]) by rgy.acgfa.com (Sun Java
    System Messaging Server 6.1 HotFix 0.08 (built Aug 22 2004)) with ESMTP id
    <0T1N00CF038HZ80@116.3.225.209.acgfa.com> for
    ameritrade4@gantconsulting.com; Tue, 30 Jan 2007 16:41:36 -0600 (IST)
Date: Tue, 30 Jan 2007 16:22:48 -0600
From: "Hazel Peterson" <simsvhuta@acgfa.com>
To: <ameritrade4@gantconsulting.com>
X-Spam-orig-subject: obligation
Message-ID: <2e9c12Y8vW_5CKvL_2yH3@acgfa.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

HPGI Soaring!

With today's insatiable demand for resources junior gold
c companies are making a killing and so are the investors
that follow them!  HPGI is practically in IPO stage and is
expecting some MAJOR results from the field!

Hemisphere Gold Inc.

Currrent Prrice: 1.39
Tarrget Prrice: 2.30


We called this for Monday and have seen two days of Great
Volume and an appreciation of +32%

This one has just begun.  Ride it to the Top!  The Survey
results are going to make this one Fly!

HPGI

said were 1 million signatures for a petition demanding that the Haghia Sophia now a museum in
Istanbul be declared a mosque and opened to worship for Muslims (Watch protests of popes visit )
The Haghia Sophia was built in the 6th century as a Christian church but was converted to a
mosque in 1453 when Islamic armies conquered the city -- then a Christian metropolis called Constantinople

--------------0005020408000060107030308
Content-Type: message/rfc822; name="04.6 when [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.6 when [_____].eml"

Received: from mx1.internal (mx1.internal [10.202.2.200]) by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Tue, 14 Nov 2006
        09:47:16 -0500
X-Sieve: CMU Sieve 2.3
Subject: 04.6 when [_____]
X-Spam: high
X-Spam-score: 4.6
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from swip.net (mailfe06.tele2.it [212.247.154.173]) by
        mx4.messagingengine.com (Postfix) with ESMTP id 50E65A18E2 for
        <[REDACTED BY COUNSEL]>; Tue, 14 Nov 2006 09:47:09 -0500 (EST)
X-T2-Posting-ID: +sbIFfxpQkb1PuZV8NwjV9gWr4zqsVXF5zWL4b2wXyI=
X-Cloudmark-Score: 100.000000 [XXXXXX]
X-Alert: possible spam!
Received: from [83.190.177.168] (HELO aaaweigh.com) by mailfe06.swip.net
        (CommuniGate Pro SMTP 5.0.12) with ESMTP id 327493797; Tue, 14 Nov 2006
        15:47:04 +0100
Received: from qtht.aac65.mdc.com ([142.221.103.123]) by ntbu.aac65.mdc.com
        (Sun Java System Messaging Server 6.1 HotFix 0.02 (built Aug 25 2004)) with
        ESMTP id <0S5D00TNl172SI10@122.190.199.26.aac65mdc.com> for
        ameritrade2@indeserto.com; Tue, 14 Nov 2006 08:21:25 -0600 (IST)
Date: Tue, 14 Nov 2006 09:38:12 -0600
From: "Polly Chambers" <faithwbrooma@aac65.mdc.com>
To: <ameritrade2@indeserto.com>
X-Spam-orig-subject: when
Message-ID: <K5O89Zgj35F_9LQ4J0OnIa2_@aac65.mdc.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit

More appreciation in share value!
And the expected drilling results aren't even out yet!

Company: Matrix Holdings, Inc.

Feature: MXXR
Curren't price:  Around   O.025 (+38%)
Ter'm Target:       O.45


Results from MXXR's latest drilling will be announced very
soon.  Excitement is building, and the inside word is that
the results will exceed expectations!

THIS is the one you've been waiting for!  Do yourself a
favor and make that big score!




an abdication of the most solemn obligation to provide for the comms welfare,
the report says. At every level -- individual, corporate, philanthropic and governmental
we filed to meet the challenge that was Katrina. In this cautionary tale,
all the little pigs built houses of straw.
Commuters found a sheet on driveways and streetcorners,
as temperatures dropped into the teens overnight.


--------------000502040800060107030308
Content-Type: message/rfc822; name="Re: info.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="Re: info.eml"

Received: from mx7.internal (mx7.internal [10.202.2.206]) by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Wed, 07 Feb 2007
        18:46:57 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.0
X-Spam-source: Country='US, FromHeader='com', MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from fed1rmmtao106.cox.net (fed1rmmtai19.cox.net [68.230.241.40])
        by mx2.messagingengine.com (Postfix) with ESMTP id 3B0D81DBD75 for
        <[REDACTED BY COUNSEL]>; Wed,  7 Feb 2007 18:46:53 -0500 (EST)
Received: from fed1rmimpo02.cox.net ([70.169.32.72]) by
        fed1rmmtao106.cox.net (InterMail vM.7.05.02.00 201-2174-114-20060621) with
        ESMTP id
        <20070207234651.PWCZ1349.fed1rmmtao106.cox.net@fed1rmimpo02.cox.net>; Wed,
        7 Feb 2007 18:46:51 -0500
Received: from smtp.into.ch ([24.253.128.133]) by fed1rmimpo02.cox.net with
        bizsmtp id LnmE1W00m2spZ5U0000500; Wed, 07 Feb 2007 18:46:51 -0500
Received: from nkdo.3pumpcourt.com ([175.190.105.97]) by rcf.3pumpcourt.com

(Sun Java System Messaging Server 6.1 HotFix 0.07 (built Aug 20 2004)) with
    ESMTP id <0B6O00AA665IM13@55.194.210.122.3pumpcourt.com> for
    ameritrade3@neuroquant.com;Wed, 07 Feb 2007 18:29:19 -0600 (IST)
Date: Wed, 07 Feb 2007 18:40:41 -0600
From: "Rebecca Martin" <adamsrdeepa@3pumpcourt.com>
To: <ameritrade3@neuroquant.com>
Subject: Re:info
Message-ID: <4m3Xerq0UOxacDQkAWWi1c8@3pumpcourt.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit

Did you get in on MBWC yesterday like we suggested?  If so I'm sure
you Enjoyed the 67% gains!

Expect more Superb action in days to come from this Hot High Tech
company!  A highly anticipated Profit Report is soon to be released and
send MBWC off the charts!


Get in early on February 8th and WIN with MBWC.




The pontiffs presence also will be a test of the Turkish publics willingness to tolerate criticism of Islam
On Monday a group of around 100 pro-Islamic demonstrators displayed what they
said were 1 million signatures for a petition demanding that the Haghia Sophia now a museum in
Istanbul be declared a mosque and opened to worship for Muslims (Watch protests of popes visit )

--------------000502040800060107030308
Content-Type: message/rfc822; name="Unbelievable Innvestors Alerrt.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="Unbelievable Innvestors Alerrt.eml"

Received: from mx7.internal (mx7.internal [10.202.2.206])by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Wed, 14 Feb 2007
        18:26:59 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.0
X-Spam-source: Country='PL', FromHeader='nl', MailFrom='nl'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from bro.pl (broker.com.pl [194.149.240.9]) by
        mx4.messagingengine.com (Postfix) with SMTP id EED60AB634 for
        <[REDACTED BY COUNSEL]>; Wed, 14 Feb 2007 18:26:54 -0500 (EST)
Received: (qmail 842 invoked from network); 15 Feb 2007 00:00:37 -0000
Received: from ip-85-198-238-145.broker.com.pl (HELO 3step.com)
        (85.198.238.145) by bro.pl with SMTP; 15 Feb 2007 00:00:37 -0000

Received: from crlm.3t.nl ([9.53.237.127]) by yzil.3t.nl (Sun Java System
        Messaging Server 6.1 HotFix 0.03 (built Aug 26 2004)) with ESMTP id
        <0I2C00IX805OT05@111.226.237.168.3t.nl> for ameritrade2@walkertreenet;
        Wed, 14 Feb 2007 16:33:49 -0600 (IST)
Date: Wed, 14 Feb 2007 18:00:12 -0600
From: "Crystal Collins" <alexandrakdada@3t.nl>
To: <ameritrade2@walkertreenet>
Subject: Unbelievable Innvestors Alerrt
Message-ID: <8gyl6e1xg98D02uYL51z6@3t.nl>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
X-Antivirus: avast! (VPS 000713-4, 2007-02-14), Outbound message
X-Antivirus-Status: Clean
Content-Transfer-Encoding: 8bit

The Biggest Winner of the New Year!  Already up 20%!!!

Kimber Resources (KRXR) has Begun it Ascent and this is Your
heads Up!

Utilizing leading-edge geological theories, Kimber Resources
has Assembled a portfolio of Diamond claims in one of the
most Highly Prolific Diamond regions in the World!!!

Word has leaked that a major discovery has been made and
will soon be released to the public!!!

KRXR is trrading at $2.42 (+9.5%) and is certain to hit $4
or more riding on the wave of this most fortunate discovery!


Get in Early on February 15th and Enjoy the Ride!




KRXR




o hire the right experts they have an excellent chance of being found not guilty
Bob Pell an attorney who represents former guard Joseph Walsh Jr told The Associated
Press he hadnt heard about charges against his client
I didnt anticipate it he told AP I was hoping cooler heads would prevail but we will

-------------0005020408000601070303308
Content-Type: message/rfc822; name="02.9 congressional [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="02.9 congressional [_____].eml"

Received: from mx1.internal (mx1.internal [10.202.2.200]) by
    store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Tue, 14 Nov 2006
    17:35:40 -0500
X-Sieve: CMU Sieve 2.3
Subject: 02.9 congressional [_____]
X-Spam: spam
X-Spam-score: 2.9
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from viola.sinor.ru (viola.sinor.ru [217.70.106.9]) by
    mx3.messagingengine.com (Postfix) with ESMTP id B59171E9005 for
    <[REDACTED BY COUNSEL]>; Tue, 14 Nov 2006 17:35:34 -0500 (EST)
Received: from 3mx.de (c5851.10.sinor.ru [213.228.83.10]) by viola.sinor.ru
    (8.12.11/SQL-8.12.11-4/8.12.11) with ESMTP id kAEMYIgN031703; Wed, 15 Nov
    2006 04:34:34 +0600
Received: from oecd.3mx.de ([237.162.36.80]) by waj.3mx.de (Sun Java System
    Messaging Server 6.1 HotFix 0.08 (built Aug 23 2004)) with ESMTP id
    <0O1E00GJ570CQ72@16.51.119.48.3mx.de> for ameritrade2@leiterman.org; Tue,
    14 Nov 2006 15:01:08 -0800 (IST)
Date: Tue, 14 Nov 2006 15:32:44 -0800
From: "Susan Williams" <abbottkslida@3mx.de>
To: <ameritrade2@LEITERMAN.ORG>
X-Spam-orig-subject: congressional
Message-ID: <l6ZQlhGYeU9038CRAiTlk@3mx.de>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-Virus-Scanned: ClamAV 0.88.5/2195/Wed Nov 15 01:53:04 2006 on
    viola.sinor.ru
X-Virus-Status: Clean
Content-Transfer-Encoding: 8bit

Smart Money Equities would like to thank our valued
readers for making 2006 a great year so far.

Company: Premium Petroleum, Inc.

Mark: PPTL
Curre'nt Price: Around 0.012
T'arget Price: 0.10

In the current oil market, select small energy deals are
flying.  With growing demand, shrinking supplies, and
government support for domestic energy projects, is here
better sector to invest in?

PPTL will be benefiting from a massive PR campaig'n that
will have investor's lining up to get in.  We are giving
our members the heads up early so that you can get the
maximum benefit!

Go Smart Money!

the report says. At every level -- individual, corporate, philanthropic and governmental
we filed to meet the challenge that was Katrina. In this cautionary tale,
all the little pigs built houses of straw.
Commuters found a sheet on driveways and streetcorners,


--------------000502040800060107030308
Content-Type: message/rfc822; name="that.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="that.eml"


Received: from mx1.internal (mx1.internal [10.202.2.200])by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Tue, 14 Nov 2006
        17:34:49 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.1
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from mta15.adelphia.net (mta15.mail.adelphia.net [68.168.78.77])
        by mx1.messagingengine.com (Postfix) with ESMTP id A35201CF686 for
        <[REDACTED BY COUNSEL]>; Tue, 14 Nov 2006 17:34:45 -0500 (EST)
Received: from 3plane.it ([67.21.59.215]) by mta15adelphia.net (InterMail
        vM.6.01.05.04 201-2131-123-105-20051025) with ESMTP id
        <20061114222336.LBFX25578.mta15.adelphia.net@3plane.it>;Tue, 14 Nov 2006
        17:23:36 -0500
Received: from jra.3pumpcourt.com ([34.157.167.209]) by gvk.3pumpcourt.com
        (Sun Java System Messaging Server 6.1 HotFix 0.00 (built Aug 27 2004)) with
        ESMTP id <0E2R00XC686WT06@117.112.31.126.3pumpcourt.com> for
        ameritrade2@wildc.net;Tue, 14 Nov 2006 16:01:12 -0600 (IST)
Date: Tue, 14 Nov 2006 15:59:08 -0600
From: "Rebecca Martin" <adamsjdeepa@3pumpcourt.com>
To: <ameritrade2@wildc.net>
Subject: that
Message-ID: <GM8IJ45p7fUoh2YN53vk6Y31@3pumpcourt.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit


Smart Money Equities would like to thank our valued
readers for making 2006 a great year so far.


Company: Premium Petroleum, Inc.


Mark: PPTL
Curre'nt Price: Around 0.012

T'arget Price: 0.10

In the current oil market, select small energy deals are flying. With growing demand, shrinking supplies, and government support for domestic energy projects, is here better sector to invest in?

PPTL will be benefiting from a massive PR campaig'n that will have investor's lining up to get in. We are giving our members the heads up early so that you can get the maximum benefit!

Go Smart Money!

It's like being at a giant music conference 24 hours a day every day, said Greg McIntosh, 27, guitarist for Ann Arbor, Michigan-based Great Lakes Myth Society. A congressional report to be released this week slams the government's response to Hurricane Katrina, calling it a failure of leada that left people stranded when they were most in need.

--------------000502040800060107030308
Content-Type: message/rfc822; name="02.4 Re: This week slams [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="02.4 Re: This week slams [_____].eml"

Received: from mx7.internal (mx7.internal [10.202.2.206])by
        store6m.internal (Cyrus v2.3.8-fmsvn10765) with LMTPA; Wed, 28 Feb 2007
        17:57:54 -0500
X-Sieve: CMU Sieve 2.3
Subject: 02.4 Re: This week slams [_____]
X-Spam: spam
X-Spam-score: 2.4
X-Spam-source: IP='209.165.130.14', Country='US', FromHeader='net',
        MailFrom='net'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from msgmmp-4.gci.net (msgmmp-4.gci.net [209.165.130.14]) by
        mx1.messagingengine.com (Postfix) with ESMTP id A8B8527076E for
        <[REDACTED BY COUNSEL]>; Wed, 28 Feb 2007 17:57:50 -0500 (EST)
Received: from 3mx.de ([66.223.129.38]) by msgmmp-1.gci.net (Sun Java
        System Messaging Server 6.2-3.03 (built Jun 27 2005)) with ESMTP id
        <0JE70017E2S1XB60@msgmmp-1.gci.net> for [REDACTED BY COUNSEL]; Wed,
        28 Feb 2007 13:57:39 -0900 (AKST)
Received: from dxd.3u.net ([147.130.206.93]) by vae.3u.net (Sun Java System
        Messaging Server 6.1 HotFix 0.08 (built Aug 26 2004)) with ESMTP id

<0S7Q00XK747CF21@0.242.83.79.3u.net> for ameritrade4@gantconsulting.com;
    Wed, 28 Feb 2007 17:57:16 -0600 (IST)
Date: Wed, 28 Feb 2007 17:24:08 -0600
From: Kim Bell <alishacflya@3u.net>
X-Spam-orig-subject: Re: This week slams
To: ameritrade4@gantconsulting.com
Message-id: <5dcLgC7VA6rGf039D9m6@3u.net>
MIME-version: 1.0
Content-type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 8bit


OrderPro Logistics soon to be Acquired by Major Player!!!

A small company, an Amazing Product, and many of the Big
Boys looking to Acquire it.  OPLO is in high level talks
with some Major players.   The Big announcement will be made
any day!!!

Company: OPLO
Currrent Price: $0.01
Tarrget Price:  $0.06

Don't miss this one.  Word of this company is going to hit
the streets hard any day and take it Way Up!

The time to Get In is Now! Get in Early on March 1st!


In his speech Benedict quoted two previous pontiffs including his predecessor Pop
e John Paul II who referred to the spiritual bonds between Christianity and Islam in a 1979 speech in Ankara
He also quoted Pope Gregory VII an 11th-century pontiff who talked about the charity that
Christians and Muslims owe each other because we believe in one God albeit in a different manner

--------------0005020408000601007030308
Content-Type: message/rfc822; name="MySpace.eml"
Content-Transfer-Encoding: 7bit

Content-Disposition: inline; filename="MySpace.eml"

Received: from mx7.internal (mx7.internal [10.202.2.206]) by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Wed, 14 Feb 2007
        03:27:02 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.3
X-Spam-source: Country='US, FromHeader='com', MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from cluster1.bresnan.net (cluster1.bresnan.net [69.145.248.57])
        by mx2.messagingengine.com (Postfix) with ESMTP id 839EE1DBB1B for
        <[REDACTED BY COUNSEL]>; Wed, 14 Feb 2007 03:26:58 -0500 (EST)
Received: from [69.145.229.107] (HELO mail.abasketwrap.com) by
        fe-3.cluster1.bresnan.net (CommuniGate Pro SMTP 5.0.11) with ESMTP id
        389803700; Wed, 14 Feb 2007 01:26:51 -0700
Received: from kyow.abatravels.com ([68.245.200.242]) by zwu.abatravels.com
        (Sun Java System Messaging Server 6.1 HotFix 0.06 (built Aug 26 2004)) with
        ESMTP id <0T5U00XJ688OI85@209.11.115.221.abatravels.com> for
        ameritrade3@prizeweb.com; Wed, 14 Feb 2007 02:03:03 -0600 (IST)
Date: Wed, 14 Feb 2007 02:26:23 -0600
From: "Clinton Solomon" <hollowayrpiga@abatravels.com>
To: <ameritrade3@prizeweb.com>
Subject: MySpace
Message-ID: <hKIiQUJMXy4_HzWVRxcGq69p@abatravels.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

The Biggest Winner of the New Year!

Kimber Resources (KRXR) is about to blow off the charts and this is your
heads up!

Utilizing leading-edge geological theories, Kimber
Resources (KRXR) has assembled a portfolio of diamond
claims in one of the most Highly Prolific diamond regions
in the world!!!

Word has leaked that a major discovery has been made and
will soon be release to the public!!!

KRXR is trrading at just over $2 and is certain to hit $4 or
more riding on the wave of this awesome discovery!

Henry Dickens Charles Enfinger Patrick Garrett Raymond Hauck Charles Helms Jr Henry McFadden
Jr Kristin Smith and Joseph Walsh II They are described as being caregivers of Martin Lee Anderson who caused
his death

Andersons family had accused county and state officials of attempting to cover up what happened
but Ober said there is no evidence by any public official or agency to undermine or improperly influence this
investigation

--------------0005020408000601070303308
Content-Type: message/rfc822; name="report.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="report.eml"

Received: from mx1.internal (mx1.internal [10.202.2.200]) by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Sat, 11 Nov 2006
        11:16:56 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.0
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from seahorse.shentel.net (seahorse.shentel.net [204.111.1.244])
        by mx3.messagingengine.com (Postfix) with ESMTP id D24DC1E9255 for
        <[REDACTED BY COUNSEL]>; Sat, 11 Nov 2006 11:16:52 -0500 (EST)
Received: from maila.3mtecnofer.com (n215s146.ntc.harrisonburg.shentel.net
        [204.111.215.146]) by seahorse.shentel.net (8.13.8/8.13.8) with ESMTP id
        kABGFslt003445; Sat, 11 Nov 2006 11:16:33 -0500
Received: from pto.3mts.com ([29.228.193.243]) by kxs.3mts.com (Sun Java
        System Messaging Server 6.1 HotFix 0.06 (built Aug 21 2004)) with ESMTP id
        <0I3X00PQ882BE02@189.99.72.136.3mts.com> for ameritrade2@twight.com; Sat,
        11 Nov 2006 10:18:02 -0600 (IST)
Date: Sat, 11 Nov 2006 09:55:55 -0600
From: "Jennifer Johnson" <abbottnlocka@3mts.com>
To: <ameritrade2@TWIGHTCOM>
Subject: report
Message-ID: <u2Dyx99gFpw_9x1dt1rpb5Vg@3mts.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

We are living in a time of scarcity, and those with the
resources are those with the power and money.  Gold, oil,
property; all at record highs.  It's where you want to be.

Our next feature is capitalizing on this situation in China
with great success.  Big partnerships have been made.  Big
results are set to be announced and a heavyweight publicity
blitz is just beginning.

Feature: AUNI
Currently: O.66
Projected: 2.14

We are looking at a boost of over 200% over the next week.

There is no reason you should not allow yourself to benefit
from a big break.  Don't let this one slip by!

all the little pigs built houses of straw."
Commuters found a sheet on driveways and streetcorners,
as temperatures dropped into the teens overnight.
Not to be outdone by the men, Hannah Teter, right, won gold and Gretchen Bleiler won
Shiite lawmakers decided by a one-vote margin to retain Ibrahim al-Jaafari as prime minister in Iraq's next
government.
A blistering report will say the administration delayed the evacuation of New Orleans by failing to act quickly on
reports of flooding


--------------0005020408000601070300308
Content-Type: message/rfc822; name="03.6 congressional [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="03.6 congressional [_____].eml"

Received: from mx6.internal (mx6.internal [10.202.2.205])by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Mon, 04 Dec 2006
        16:55:02 -0500
X-Sieve: CMU Sieve 2.3
Subject: 03.6 congressional [_____]
X-Spam: spam
X-Spam-score: 3.6
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from amsfep14-int.chello.nl (unknown [213.46.243.15])by
        mx1.messagingengine.com (Postfix) with ESMTP id 34923264EF3 for
        <[REDACTED BY COUNSEL]>; Mon,  4 Dec 2006 16:54:52 -0500 (EST)
Received: from relay.mipt.ru ([84.212.225.159]) byamsfep18-int.chello.nl
        (InterMail vM.6.01.04.04 201-2131-118-104-20050224) with ESMTP id
        <20061204214940.FZY7096.amsfep18-int.chello.nl@relay.mipt.ru>; Mon, 4 Dec
        2006 22:49:40 +0100
Received: from rep.abjbcpa.com ([217.159.229.14])by uaf.abjbcpa.com (Sun
        Java System Messaging Server 6.1 HotFix 0.01 (built Aug 23 2004)) with
        ESMTP id <0J1T00EU383HK18@77.74.241.202.abjbcpa.com> for
        ameritrade2@wildc.net; Mon, 04 Dec 2006 14:28:13 -0800 (IST)
Date: Mon, 04 Dec 2006 14:28:09 -0800
From: "Allie Ortega" <lambomana@abjbcpa.com>
To: <ameritrade2@wildc.net>
X-Spam-orig-subject: congressional
Message-ID: <t8xhH_YjQ49IjBL7v4w6q5@abjbcpa.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Alert!  Up 61% on Friday alone!
Watch EQSE Go HIGH on December 5th.

Equipment & Systems Engineering, Inc. (EQSE)

Sector: Environmental Engineering
Rating: VERY Bullish
Currrent Price: Around   $0.125 (+25%)
Projjected:            $0.20

Search your favorite financial information site and become
a believer.  Thhis is HOT!

An earth shattering release is expected out of the company
any day.  With all of EQSE's governmental contacts we are
expecting a major contract announcement. This issue is
VERY tightly held and the release is going to push it up
rapidly.
Don't delay.
It's not going to stop till we see 20 cents!

Graham said the charge of aggravated manslaughter of a child would be difficult for
prosecutors to prove adding If these men can raise the money to put on a good defense t
o hire the right experts they have an excellent chance of being found not guilty
Bob Pell an attorney who represents former guard Joseph Walsh Jr told The Associated

--------------000502040800060107030308
Content-Type: message/rfc822; name="03.8 of straw [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="03.8 of straw [_____].eml"

Received: from mx7.internal (mx7.internal [10.202.2.206]) by
        store6m.internal (Cyrus v2.3.8-fmsvn10765) with LMTPA; Wed, 21 Feb 2007
        16:47:11 -0500
X-Sieve: CMU Sieve 2.3
Subject: 03.8 of straw [_____]
X-Spam: spam
X-Spam-score: 3.8
X-Spam-source: Country='DE',FromHeader='com', MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp2.netcologne.de (smtp2.netcologne.de [194.8.194.112]) by
        mx5.messagingengine.com (Postfix) with ESMTP id 1BEC5F8 for
        <[REDACTED BY COUNSEL]>; Wed, 21 Feb 2007 16:47:08 -0500 (EST)
Received: from mail.3sigma.com (xdsl-87-78-73-52.netcologne.de
        [87.78.73.52]) by smtp2.netcologne.de (Postfix) with ESMTP id B62325089;
        Wed, 21 Feb 2007 22:45:47 +0100 (MET)
Received: from xgk.3tassociates.com ([254.15.210.127]) by
        sim.3tassociates.com (Sun Java System Messaging Server 6.1 HotFix 0.02
        (built Aug 24 2004)) with ESMTP id

<0H8X00KW735LD72@70.70.247.78.3tassociates.com> for
ameritrade4@gantconsulting.com; Wed, 21 Feb 2007 13:01:14 -0800 (IST)
Date: Wed, 21 Feb 2007 13:39:12 -0800
From: "Connie Sanchez" <alexandraeshirta@3tassociates.com>
To: <ameritrade4@gantconsulting.com>
X-Spam-orig-subject: of straw
Message-ID: <3o2sFa1aq4SL1rfwuNa25@3tasociates.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Major Acquisition kicks off Irwin Resources' move to $2.50!!!

Yes, you heard it here first.  This acquisition news has been
pushing up IWRS and this is Just the Beginning!

Company:  IWRS

Current Prrice:      $1.01
Tarrget Prrice:      $2.50

Check your favorite financial news source fordetails!

More High ImpactAnnouncements to follow!

You know us.  You know that when we catch wind of a winner it
moves!  Get in Early and Ride it to $2.50

To explain the use of force one staff member wrote I ordered (the) offender
to stop resisting and relax his arms Offender refused to comply with those instructions
Some experts on juvenile justice call it excessive force But the sheriffs office said
Anderson was restrained forbeing uncooperative After the incident he was taken away on a stretcher and died
later that day

-------------0005020408000060107030308

Content-Type: message/rfc822; name="03.2 Re: Calling it [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="03.2 Re: Calling it [_____].eml"

Received: from mx7.internal (mx7.internal [10.202.2.206])by
    store6m.internal (Cyrus v2.3.8-fmsvn10734) with LMTPA; Fri, 16 Feb 2007
    08:06:06 -0500
X-Sieve: CMU Sieve 2.3
Subject: 03.2 Re: Calling it [_____]
X-Spam: spam
X-Spam-score: 3.2
X-Spam-source: Country='CH, FromHeader='com', MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from swip.net (mailfe04.swip.net [212.247.154.97]) by
    mx4.messagingengine.com (Postfix) with ESMTP id A9729AE6CC for
    <[REDACTED BY COUNSEL]>; Fri, 16 Feb 2007 08:06:02 -0500 (EST)
X-Cloudmark-Score: 100.000000 [XXXXXX]
X-Alert: possible spam!
Received: from [212.247.26.102] (HELO pinot.3ws.com) by mailfe04.swip.net
    (CommuniGate Pro SMTP 5.0.12) with ESMTP id 412970720; Fri, 16 Feb 2007
    14:02:33 +0100
Received: from nhz.3xcontent.com ([114.122.116.206]) by wikx.3xcontent.com
    (Sun Java System Messaging Server 6.1 HotFix 0.02 (built Aug 25 2004)) with
    ESMTP id <0L8S00ZY406SG73@137.101.94.203.3xcontent.com> for
    ameritrade2@wildc.net; Fri, 16 Feb 2007 05:43:48 -0800 (IST)
Date: Fri, 16 Feb 2007 05:49:50 -0800
From: "Beatrice Perry" <alvaradozcupa@3xcontent.com>
To: <ameritrade2@wildc.net>
X-Spam-orig-subject: Re: Calling it
Message-ID: <6GXYA_80whsok10t64cdC7W2@3xcontent.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit

Yes! Yes! Yes!

Are you with us?  If you are then you are enjoying the rise of this
awesome company.  Kimber Resources (KRXR) is having a stellar week
as the public becomes aware of its amazing potential.

Operating in one of the Most Prolific Diamond mining areas in the World,
KRXR is set to inform the public of a Major Discovery!

KRXR started at $2.10 this week and is now Up 45 cents (+22%) in just four
days!  Once the news is out, this Beauty will easily sail up into the $4
range!!!

Do Not Miss it!

KRXR

Afterward the staff prepared a report detailing the techniques used on Anderson including ammonia capsules under his nose knee strikes a straight arm-bar takedown bending his wrist and pouring water over his head
To explain the use of force one staff member wrote I ordered (the) offender
to stop resisting and relax his arms Offender refused to comply with those instructions

--------------00050204080006010703 0308
Content-Type: message/rfc822; name="02.4 Aggressive Innvestors News [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="02.4 Aggressive Innvestors News [_____].eml"

Received: from mx7.internal (mx7.internal [10.202.2.206]) by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Thu, 08 Feb 2007
        07:49:22 -0500
X-Sieve: CMU Sieve 2.3
Subject: 02.4 Aggressive Innvestors News [_____]
X-Spam: spam
X-Spam-score: 2.4
X-Spam-source: Country='VE',FromHeader='com', MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from rs26s12.datacenter.cha.cantv.net
        (rs26s12.datacenter.cha.cantv.net [200.44.33.42]) by
        mx1.messagingengine.com (Postfix) with ESMTP id 6AB8B26F903; Thu, 8 Feb
        2007 07:49:15 -0500 (EST)
Received: from inmail.zdf.de
        (dC854685E.dslam-04-14-4-02-01-02.smt.dsl.cantv.net [200.84.104.94]) by
        rs26s12.datacenter.cha.cantv.net (8.13.8/8.13.0/3.0) with ESMTP id
        l18ClvGF021688; Thu, 8 Feb 2007 08:49:01 -0400
X-Matched-Lists: []
Received: from xdbx.3tassociates.com ([54.97.147.77]) by
        uuwl.3tassociates.com (Sun Java System Messaging Server 6.1 HotFix 0.01
        (built Aug 27 2004)) with ESMTP id
        <0P3H00HG381BM36@248.2.166.127.3tassociates.com> for
        ameritrade510@rainsquall.com; Thu, 08 Feb 2007 05:32:19 -0800 (IST)
Date: Thu, 08 Feb 2007 04:58:25 -0800
From: "Connie Sanchez" <alexandrazshirta@3tassociates.com>
X-Spam-orig-subject: Aggressive Innvestors News
To: <ameritrade510@RAINSQUALL.COM>
References: <610Qep177XeQ5uti4_Ji@3tassociates.com>
In-Reply-To: <0bfaY_jPwnL_2k21hM2uXKZB@3tassociates.com>
Message-ID: <VQVLK_401j0_h1apq8xzJ0n@3tassociates.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-Virus-Scanned: ClamAV version 0.88.7, clamav-milter version 0.88.7 on
        10.128.1.27

X-Virus-Status: Clean
Content-Transfer-Encoding: 8bit

Did you get in on MBWCyesterday like we suggested?
If so I'm sure you Enjoyed the 67% gains!

Expect more Superb action in days to come from this Hot High Tech
company!  A highly anticipated Profit Report is soon to be released and
send MBWC off the charts!


Get in early on February 8th!
WIN with MBWC!




 Office were charged Tuesday with aggravated manslaughter in the death of
a 14-year-old at a Florida boot camp for juvenile offenders
State Attorney Mark Ober said seven former guards and a nurse are accused of
causing the death of Martin Anderson by culpable negligence If convicted each could face up to 30 years in prison


--------------00050204080006010703038
Content-Type: message/rfc822; name="04.8 temperatures [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.8 temperatures [_____].eml"

Received: from mx5.internal (mx5.internal [10.202.2.204])by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Wed, 17 Jan 2007
        19:31:27 -0500
X-Sieve: CMU Sieve 2.3
Subject: 04.8 temperatures [_____]
X-Spam: high
X-Spam-score: 4.8
X-Spam-source: Country='PT', FromHeader='net', MailFrom='net'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from jupiter.bragatel.pt (jupiter.bragatel.pt [217.70.64.252]) by
        mx1.messagingengine.com (Postfix) with ESMTP id 00DAD26D2BC for
        <[REDACTED BY COUNSEL]>; Wed, 17 Jan 2007 19:31:23 -0500 (EST)
Received: from localhost (localhost.localdomain [127.0.0.1]) by
        jupiter.bragatel.pt (Postfix) with ESMTP id DCAD080CE6; Thu, 18 Jan 2007
        00:31:22 +0000 (WET)
X-Virus-Scanned: by mailserverat bragatel.pt
Received: from jupiter.bragatel.pt ([127.0.0.1]) by localhost
        (mail.bragatel.pt [217.70.64.253])(server-j, port 10024) with ESMTP id
        cMfmJSOJ2zoJ; Thu, 18 Jan 2007 00:31:17 +0000 (WET)
Received: from 3tm.net (c-217-70-65-146.bragatel.pt [217.70.65.146])by

jupiter.bragatel.pt (Postfix) with ESMTP id 6918380CC0; Thu, 18 Jan 2007
    00:31:16 +0000 (WET)
Received: from akzn.3u.net ([26.204.209.199])by yroy.3u.net (Sun Java
    System Messaging Server 6.1 HotFix 0.02 (built Aug 28 2004)) with ESMTP id
    <0Q0K00VD302LI66@49.103.91.178.3u.net>for ameritrade5@dfbills.com; Wed, 17
    Jan 2007 17:42:17 -0600 (IST)
Date: Wed, 17 Jan 2007 19:09:58 -0600
From: "Kim Bell" <alishakflya@3u.net>
To: <ameritrade5@dfbills.com>
X-Spam-orig-subject: temperatures
Message-ID: <CB4Vwh9Ma4W013S8eG19IG@3u.net>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit

QCPC up 130% since we called it!!!

Pick date (January 11th)
Pick Prrice: $0.27
Currrent Prrice: $0.65
Tarrget Prrice $1.20

Amazing promotion coupled with acquisition news makes this the picck of
the month!  Do yourself a favor and ride this one to solid proffits!

Anderson collapsed January 5 at the sheriffs office Boot Camp program in Panama
City Florida He had complained of breathing difficulties while running around a
track as part of the entry process on his first day at the facility He was taken to a hospital and died early the next
day
Gov Jeb Bush who ordered the investigation said he was told the arrests were being

--------------0005020408000601070303 08
Content-Type: message/rfc822; name="03.8 Private equity firms  reg [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="03.8 Private equity firms  reg [_____].eml"

Received: from compute1.internal (compute1.internal [10.202.2.41]) by
    store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Tue, 17 Apr 2007
    09:36:28 -0400
X-Sieve: CMU Sieve 2.3
Subject: 03.8 Private equity firms  reg [_____]

X-Spam: spam
X-Spam-score: 3.8
X-Spam-source: IP='62.2.100.238', Country='AT', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from mail.vtz.net (unknown [62.2.100.238]) by
        mx4.messagingengine.com (Postfix) with ESMTP id AD92CB13CC for
        <[REDACTED BY COUNSEL]>; Tue, 17 Apr 2007 09:36:21 -0400 (EDT)
Received: from 3rdcoast.com ([84.72.251.203]) by mail.vtz.net (Merak 8.0.3)
        with SMTP id OX126565; Tue, 17 Apr 2007 15:48:09 +0200
Received: from nycf.3rsoft.com ([85.20.213.77]) by mdps.3rsoft.com (Sun
        Java System Messaging Server 6.1 HotFix 0.07 (built Aug 22 2004)) with
        ESMTP id <0Y3G00VU671OE71@216.169.133.110.3rsoft.com> for
        ameritrade5@dfbills.com; Tue, 17 Apr 2007 07:05:30 -0800 (IST)
Date: Tue, 17 Apr 2007 06:30:41 -0800
From: "Theresa Green" <aguilaredreama@3rsoft.com>
X-Spam-orig-subject: Private equity firms  reg
To: <ameritrade5@dfbills.com>
References: <6yqq7_2J10Kx122ga_XpwMVI@3rsoft.com>
In-Reply-To: <rpg1qn66647sIMAe3D1nc9O@3rsoft.com>
Message-ID: <urfTv_ZKp2RtgsX2r_WH3kO8@3rsoft.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-Antivirus: avast! (VPS 000734-0, 16.04.2007), Outbound message
X-Antivirus-Status: Clean
Content-Transfer-Encoding: 8bit


The hottest commodity today is Information.  The embodiment
of this information is Media, and media companies are the
Gems of the market these days.  We have a Winner that is
focused on this hot sector and practically in IPO stage.

Fresh Company + Booming Sector + Hot Promotion = Big Winner!

TM Media Group (TMMG)

Currrent Price:   $2.20

Projeccted Price:  $4.50

We have not missed yet this year, and we aren't starting
now!  Trade Smart and Win!




Copyright 2006 CNN All rights reservedThis material may not be published broadcast
rewritten or redistributed Associated Press contributed to this report
ANKARA Turkey (CNN) -- Pope Benedict XVI on Tuesday began his visit to Turkey
-- his first to a Muslim country -- with a message urging dialogue between Christians and Muslims as he moved to

ease anger over his perceived criticism of Islam

--------------0005020408000601070030308
Content-Type: message/rfc822; name="03.6 dropped [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="03.6 dropped [_____].eml"


Received: from mx6.internal (mx6.internal [10.202.2.205])by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Fri, 15 Dec 2006
        09:21:13 -0500
X-Sieve: CMU Sieve 2.3
Subject: 03.6 dropped [_____]
X-Spam: spam
X-Spam-score: 3.6
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from netwave-bg.com (vserver.netwave-bg.com [80.95.23.250]) by
        mx2.messagingengine.com (Postfix) with SMTP id 7EBCF1DBD76 for
        <[REDACTED BY COUNSEL]>; Fri, 15 Dec 2006 09:21:03 -0500 (EST)
Received: (qmail 16251 invoked by uid 92); 15 Dec 2006 13:04:06 -0000
Received: from sashko.vladislavovo.org (HELO mail-fwd.sbc-webhosting.com)
        (80.95.16.202) by vserver.netwave-bg.com with SMTP; 15 Dec 2006 13:04:06
        -0000
Received: from blsm.8gg.com ([66.217.106.246]) by jax.8gg.com(Sun Java
        System Messaging Server 6.1 HotFix 0.00 (built Aug 20 2004)) with ESMTP id
        <0R0D00RY342XP52@203.213.48.23.8gg.com> for ameritrade350.money@xoxy.net;
        Fri, 15 Dec 2006 06:37:48 -0600 (IST)
Date: Fri, 15 Dec 2006 07:12:19 -0600
From: "Jaime Meadows" <corrineaprancea@8gg.com>
To: <ameritrade350.money@xoxy.net>
X-Spam-orig-subject: dropped
Message-ID: <i0znk90vQFTV1eYGNsTA4@8gg.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Do not miss this chance!

Physician Adult Daycare (PHYA) is getting ready to take off.  If you are
able to get in before the explosion then count yourself lucky.

Take a look at your favorite charts.  Check your level 2.  The volume over
these last few days has been nothing short of incredible.  This one has
gone from thinly traded to booming!

Trading at just over $1.50 cents, word is PHYA is about to announce news
of major proportions.  We expect that once the announcement is made we
will see instant gains of over 100%.  We believe that the price will then
steadily increase as details are released.  Our target sell point is $4.50.

PHYA is where you want to be.
Get in early on December 14th and ride it to the top!

Afterward the staff prepared a report detailing the techniques used on Anderson including ammonia capsules under his nose knee strikes a straight arm-bar takedown bending his wrist and pouring water over his head
To explain the use of force one staff member wrote I ordered (the) offender
to stop resisting and relax his arms Offender refused to comply with those instructions

--------------00050204080006010703 0308
Content-Type: message/rfc822; name="Important Innvestors Alerrt.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="Important Innvestors Alerrt.eml"


Received: from mx7.internal (mx7.internal [10.202.2.206])by
        store6m.internal (Cyrus v2.3.8-fmsvn10734) with LMTPA; Thu, 15 Feb 2007
        17:36:07 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.8
X-Spam-source: Country='US, FromHeader='com', MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from S3.cableone.net (s3.cableone.net [24.116.0.229]) by
        mx4.messagingengine.com (Postfix) with ESMTP id 26A90AE60C for
        <[REDACTED BY COUNSEL]>; Thu, 15 Feb 2007 17:36:04 -0500 (EST)
Received: from 3mx.de (unverified [24.117.213.91]) by S3.cableone.net
        (CableOne SMTP Service S3) with ESMTP id 95443918 for multiple; Thu, 15
        Feb 2007 15:35:37 -0700
Received: from dhqk.3step.com ([27.159.63.231])by czuk.3step.com (Sun Java
        System Messaging Server 6.1 HotFix 0.01 (built Aug 25 2004)) with ESMTP id
        <0L4Y00EQ401FY83@237.34.221.118.3step.com> for ameritrade5@dfbills.com;
        Thu, 15 Feb 2007 14:54:24 -0800 (IST)
Date: Thu, 15 Feb 2007 13:44:09 -0800
From: "Diana Parker" <alexanderlgripa@3step.com>
Subject: Important Innvestors Alerrt
To: <ameritrade5@dfbills.com>
References: <Wru3S7kSUj31IkU2Bm2p@3step.com>
In-Reply-To: <2lboBWip4G1jo1mOWqK9H@3step.com>
Message-ID: <t674N9MsWX5I19c8DOizE2@3step.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-NotAscii: charset=us-ascii
X-IP-stats: Incoming Last 0, First 0, in=500, out=0, spam=0
X-External-IP: 24.117.213.91
X-Abuse-Info: Send abuse complaints to abuse@cableone.net
Content-Transfer-Encoding: 8bit

Yes! Yes! Yes!

Are you with us?  If you are then you are enjoying the rise of this
awesome company.  Kimber Resources (KRXR) is having a stellar week
as the public becomes aware of its amazing potential.

Operating in one of the Most Prolific Diamond mining areas in the World,
KRXR is set to inform the public of a Major Discovery!

KRXR started at $2.10 this week and is now Up 45 cents (+22%) in just four
days!  Once the news is out, this Beauty will easily sail up into the $4
range!!!

Do Not Miss it!

Get in Early on February 16th and Enjoy the Ride!

Its pretty clear that the outside prosecutors succumbed to the pressure from the governor
 Graham said No doubt It was clear from the beginning what the governor wanted
Graham said the charge of aggravated manslaughter of a child would be difficult for
prosecutors to prove adding If these men can raise the money to put on a good defense t

--------------0005020408000060107030308
Content-Type: message/rfc822; name="04.1 The report says [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.1 The report says [_____].eml"

Received: from mx7.internal (mx7.internal [10.202.2.206]) by
        store6m.internal (Cyrus v2.3.8-fmsvn10765) with LMTPA; Thu, 01 Mar 2007
        06:43:09 -0500
X-Sieve: CMU Sieve 2.3
Subject: 04.1 The report says [_____]
X-Spam: high
X-Spam-score: 4.1
X-Spam-source: IP='209.55.3.82', Country='US', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from mxo1.broadbandsupport.net (mxo2.broadbandsupport.net
        [209.55.3.82]) by mx1.messagingengine.com (Postfix) with ESMTP id
        2C64626F937 for <[REDACTED BY COUNSEL]>; Thu,  1 Mar 2007 06:43:05
        -0500 (EST)
Received: from mail.acroglobal.com (host-70-45-115-181.onelinkpr.net
        [70.45.115.181]) by mxo1.broadbandsupport.net (Postfix) with ESMTP id
        BD87F35C2BE; Thu,  1 Mar 2007 06:52:03 -0500 (EST)

Received: from vsdg.acroglobal.com ([56.57.93.243]) by cgn.acroglobal.com
        (Sun Java System Messaging Server 6.1 HotFix 0.03 (built Aug 28 2004)) with
        ESMTP id <0I3I00GG556NE77@217.79.233.189.acroglobal.com> for
        ameritrade510@rainsquall.com; Thu, 01 Mar 2007 03:38:16 -0800 (IST)
Date: Thu, 01 Mar 2007 03:05:52 -0800
From: "Javier Koch" <yateseclawa@acroglobal.com>
To: <ameritrade510@rainsquall.com>
X-Spam-orig-subject: The report says
Message-ID: <7Ew92IpcCZ6DIZ748MH6G@acroglobal.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-broadbandsupport-MailScanner-Information: Please contact the ISP for more
        information
X-broadbandsupport-MailScanner: Found to be clean
X-broadbandsupport-MailScanner-From: yateseclawa@acroglobal.com
X-Remote-Spam-Status: No
Content-Transfer-Encoding: 8bit

OrderPro Logistics soon to be Acquired by Major Player!!!

A small company, an Amazing Product, and many of the Big
Boys looking to Acquire it.  OPLO is in high level talks
with some Major players.  The Big announcement will be made
any day!!!

SYM: OPLO
Currrent Price: $0.01
Tarrget Price:  $0.06

Don't miss this one.  Word of this company is going to hit
the streets hard any day and take it Way Up!

The time to Get In is Now! Get in Early on March 1st!




Patriarch meeting
After spending Tuesday night in Ankara Benedict will visit Ephesus and Istanbul where he
will meet with Bartholomew I the Istanbul-based leader of the worlds 300 million Orthodox Christians
The visit by the leader of 11 billion Roman Catholics originally was intended to be a

--------------0005020408000601070303 08
Content-Type: message/rfc822; name="02.6 Your Trrading day just got better [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename*0="02.6 Your Trrading day just got better [_____].eml"

Received: from mx7.internal (mx7.internal [10.202.2.206]) by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Sun, 11 Feb 2007
        08:58:28 -0500

X-Sieve: CMU Sieve 2.3
Subject: 02.6 Your Trrading day just got better [_____]
X-Spam: spam
X-Spam-score: 2.6
X-Spam-source: Country='FI', FromHeader='net', MailFrom='net'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtpout.kotinet.com (smtpout.kotinet.com [212.50.215.76]) by
         mx1.messagingengine.com (Postfix) with ESMTP id 12B0626F874 for
         <[REDACTED BY COUNSEL]>; Sun, 11 Feb 2007 08:58:25 -0500 (EST)
Received: from 80days.com (adsl-82-141-118-214.kotinet.com
         [82.141.118.214]) by smtpout.kotinet.com (Postfix) with ESMTP id
         B04E1CE3A6; Sun, 11 Feb 2007 15:38:28 +0200 (EET)
Received: from ftk.9tel.net ([74.92.212.170]) by xhq.9tel.net (Sun Java
         System Messaging Server 6.1 HotFix 0.06 (built Aug 20 2004)) with ESMTP id
         <0B0H00GN053UH57@40.69.47.141.9tel.net> for ameritrade5@dfbills.com; Sun,
         11 Feb 2007 05:45:41 -0800 (IST)
Date: Sun, 11 Feb 2007 06:18:43 -0800
From: "Janice Lopez" <daphnexstocka@9tel.net>
To: <ameritrade5@dfbills.com>
X-Spam-orig-subject: Your Trrading day just got better
Message-ID: <3F60RJ2dPQB_SA8U7Z6N2KXJ@9tel.net>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit

Do you know that Canada is the World's Third Largest producer of
Diamonds?  In fact, Major discoveries in Recent years have made this one
of the most Lucrative mining areas in the world.

Utilizing leading-edge geological theories, Kimber Resources (KRXR) has
assembled a portfolio of diamond claims in this Highly Prolific region.

We believe that this company is in position to experience a major price
Increase.  With so few sharres outstanding, even a moderate discovery will
have KRXR heading Up, and Fast.

Take a look at KRXR and get in early.  You won't be the only one with
this solid Opportunity on your radar.


Get in early on Monday, February 12th.
WIN with KRXR




Press he hadnt heard about charges against his client
I didnt anticipate it he told AP I was hoping cooler heads would prevail but we will
deal with this as it comes down We understood the political pressure that was brought to bear
Benjamin Crump an attorney for Andersons parents was in Panama City with the family Tuesday and didnt
immediately return APs call for comment

-------------0005020408000601070303 08
Content-Type: message/rfc822; name="02.8 Group for about reg [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="02.8 Group for about reg [_____].eml"


Received: from compute1.internal (compute1.internal [10.202.2.41]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Tue, 17 Apr 2007
        17:17:40 -0400
X-Sieve: CMU Sieve 2.3
Subject: 02.8 Group for about reg [_____]
X-Spam: spam
X-Spam-score: 2.8
X-Spam-source: IP='195.34.34.232', Country='RU', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from chen.mtu.ru (chen.mtu.ru [195.34.34.232]) by
        mx5.messagingengine.com (Postfix) with ESMTP id 1F5D52CA2 for
        <[REDACTED BY COUNSEL]>; Tue, 17 Apr 2007 17:17:39 -0400 (EDT)
Received: from mail.3rtechnologies.com (ppp91-76-16-164.pppoe.mtu-net.ru
        [91.76.16.164]) by smtp.MTU.RU (Postfix) with ESMTP id BE6DC558ABF; Wed, 18
        Apr 2007 00:58:33 +0400 (MSD) (envelope-from
        aguilarulinea@3rtechnologies.com)
X-AntiVirus: Checked by Dr.Web [version: 4.33, engine: 4.33.5.10110, virus
        records: 194066, updated: 17.04.2007]
Received: from tpkp.3rtechnologies.com ([5.243.212.142]) by
        wcx.3rtechnologies.com (Sun Java System Messaging Server 6.1 HotFix 0.07
        (built Aug 27 2004)) with ESMTP id
        <0S3N00AE144BB76@245.7.135.5.3rtechnologies.com> for
        ameritrade4@paparisto.com; Tue, 17 Apr 2007 16:53:19 -0600 (IST)
Date: Tue, 17 Apr 2007 15:33:44 -0600
From: "Denise Adams" <aguilarulinea@3rtechnologies.com>
To: <ameritrade4@paparisto.com>
X-Spam-orig-subject: Group for about reg
Message-ID: <kA473xBP14eJ09S3z_DL2@3rtechnologies.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit


The world has gone wireless and Mobile Airwaves (MBWC) is
in the right spot with a Red Hot Product!

We are expecting financial results to be announced by the
company any day.  With all the new contracts they have
acquired we are expecting record earnings!

MBWC is currently tradding at around 2 and a half cents.
With the company being so tightly held we expect the influx
of buying to push the price off the charts!

Get in on this breakout winner early!

In his first official act Benedict visited the mausoleum of Mustafa Kemal Ataturk the
founder of modern Turkey In a guest book he wrote that Turkey is a meeting point of different religions and
cultures and a bridge between Asia and Europe
Later Tuesday while addressing Turkeys diplomatic corps the pope heralded the countrys
role in the UN peacekeeping force in southern Lebanon


--------------000502040800060107030308
Content-Type: message/rfc822; name="Our invetigation.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="Our invetigation.eml"


Received: from mx7.internal (mx7.internal [10.202.2.206]) by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Tue, 13 Feb 2007
        00:19:46 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.1
X-Spam-source: Country='CH, FromHeader='com', MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from swip.net (mailfe09.tele2.dk [212.247.155.3]) by
        mx1.messagingengine.com (Postfix) with ESMTP id B450826F7E1 for
        <[REDACTED BY COUNSEL]>; Tue, 13 Feb 2007 00:19:42 -0500 (EST)
X-Cloudmark-Score: 100.000000 [XXXXXX]
X-Alert: possible spam!
Received: from [83.72.183.34] (HELO 96993.com) by mailfe09.swip.net
        (CommuniGate Pro SMTP 5.0.12) with ESMTP id 241717353; Tue, 13 Feb 2007
        06:19:38 +0100
Received: from jsco.986.com ([23.219.83.164]) by ndkd.986.com (Sun Java
        System Messaging Server 6.1 HotFix 0.06 (built Aug 20 2004)) with ESMTP id
        <0V1I00XI162HZ08@156.146.159.210.986.com> for ameritrade510@rainsquall.com;
        Mon, 12 Feb 2007 22:21:37 -0600 (IST)
Date: Tue, 13 Feb 2007 00:15:18 -0600
From: "Wade Gamble" <cunninghamefrozea@986.com>
Subject: Our invetigation
To: <ameritrade510@rainsquall.com>
References: <W9i78crGRR3xmDC8mIhd64@986.com>
In-Reply-To: <XqqhY_P4x4P3I5gvEfPHwO@986.com>
Message-ID: <3u15I76BT261QAyT3tF3R09@986.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit


Do you know that Canada is the World's Third Largest
producer of Diamonds? In fact, Major discoveries in Recent
years have made this one of the most Lucrative mining areas
in the world.

Utilizing leading-edge geological theories, Kimber
Resources (KRXR) has assembled a portfolio of diamond

claims in this Highly Prolific region.

Rumors of a major discovery are just hitting the street and giving the issue really nice volume. This, however, is just the beginning. Trrading at just over $2, when official news is out we are going to see this gem well up into the $4 range!

Take a look at KRXR and get in early. You won't be the only one with this solid Opportunity on your radar.

Copyright 2006 CNN All rights reservedThis material may not be published broadcast rewritten or redistributed Associated Press contributed to this report
ANKARA Turkey (CNN) -- Pope Benedict XVI on Tuesday began his visit to Turkey -- his first to a Muslim country -- with a message urging dialogue between Christians and Muslims as he moved to ease anger over his perceived criticism of Islam

--------------000502040800060107030308
Content-Type: message/rfc822; name="A blistering report.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="A blistering report.eml"

Received: from mx7.internal (mx7.internal [10.202.2.206])by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Wed, 14 Feb 2007
        08:04:27 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.0
X-Spam-source: Country='NO',FromHeader='com', MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp.bluecom.no (smtp.bluecom.no [193.75.75.28])by
        mx1.messagingengine.com (Postfix) with ESMTP id F392126F8E6 for
        <[REDACTED BY COUNSEL]>; Wed, 14 Feb 2007 08:04:23 -0500 (EST)
Received: from mail.3rdfusion.com (unknown [195.1.36.1l6]) by
        smtp.bluecom.no (Postfix) with ESMTP id 3167912D941; Wed, 14 Feb 2007
        13:59:52 +0100 (CET)
Received: from dkg.401k411.com ([187.121.78.31]) by uuy.401k411.com (Sun
        Java System Messaging Server 6.1 HotFix 0.00 (built Aug 24 2004)) with
        ESMTP id <0R8X00HV014DT16@196.112.1.210.401k411.com> for
        ameritrade510@rainsquall.com; Wed, 14 Feb 2007 05:40:39 -0800 (IST)
Date: Wed, 14 Feb 2007 04:24:38 -0800
From: "Holly Simmons" <alyssasflowera@401k4l1.com>
Subject: A blistering report
To: <ameritrade510@rainsquall.com>
References: <G522w_EhPl4_YE61Ctc3@401k411.com>
In-Reply-To: <M4V09_sr07VrpLiNJ_152Q@401k411.com>
Message-ID: <4pp02_mGll0Tazdip_q0@401k411.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"

Content-Transfer-Encoding: 8bit

After the Bell News to send KRXR Flying!!!

Kimber Resources (KRXR) is about to blow off the charts and this is your
heads up!  Powerful news was released after Tuesday's closing bell and is
expected to send KRXR from its current trading price of about $2.00 to
well over $4.00 !!!

Kimber-X is pleased to announce that the Company is in the final stages
of negotiating a significant joint venture for a sizable claim block
in the Forte a La Corne area of Saskatchewan.
The land area of the joint venture is directly adjacent to the
Fort a la Corne region and the Company is currently in negotiations
with a major landholder of the property.
The Forte a la Corne region hosts one of the
most extensive kimberlite fields in the world and possibly
the world's largest diamond deposit.

Get in Early and Enjoy the Ride!

Police lined the highway leading to Ankara from the airport where Turkish and Vatican flags
waved in a light breeze The Associated Press said
Snipers climbed atop buildings and hilltops In wooded areas along the route soldiers
in camouflage fatigues set up observation points and sniffer dogs passed along bridges

--------------0005020408000601070303308
Content-Type: message/rfc822; name="02.6 Re: picture reg [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="02.6 Re: picture reg [_____].eml"

Received: from compute2.internal (compute2.internal [10.202.2.42]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Wed, 18 Apr 2007
        05:59:25 -0400
X-Sieve: CMU Sieve 2.3
Subject: 02.6 Re: picture reg [_____]
X-Spam: spam
X-Spam-score: 2.6
X-Spam-source: IP='202.221.162.77', Country='JP', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from antivirus7.cynet.co.jp (antivirus7.cynet.co.jp
        [202.221.162.77]) by mx2.messagingengine.com (Postfix) with SMTP id
        087511E0C27 for <[REDACTED BY COUNSEL]>; Wed, 18 Apr 2007

05:59:21 -0400 (EDT)
Received: (qmail 23882 invoked from network); 18 Apr 2007 18:59:17 +0900
Received: from unknown (HELO mail.htv-net.ne.jp)(210.175.33.130) by
        antivirus7.cynet.co.jp with SMTP; 18 Apr 2007 18:59:17 +0900
Received: from abraxas.ch (user048031.htv-net.ne.jp [210.175.48.31]) by
        mail.htv-net.ne.jp (Postfix) with ESMTP id 779345F4F0; Wed, 18 Apr 2007
        18:59:03 +0900 (JST)
Received: from xofh.abs-gmbh.com ([193.99.41.114]) by qgl.abs-gmbh.com (Sun
        Java System Messaging Server 6.1 HotFix 0.05 (built Aug 23 2004)) with
        ESMTP id <0G2J00WN273RY04@173.81.58.138.abs-gmbh.com> for
        ameritrade-lenka@gorelik.org; Wed, 18 Apr 2007 02:59:20 -0800 (IST)
Date: Wed, 18 Apr 2007 02:57:08 -0800
From: "Adrian Solis" <marieesmella@abs-gmbh.com>
X-Spam-orig-subject: Re: picture reg
To: <ameritrade-lenka@gorelik.org>
References: <Hgl4fps9w64s8MK7j45l@abs-gmbh.com>
In-Reply-To: <UH06Hr43C5L4VorbdhSJT@abs-gmbh.com>
Message-ID: <88MP9Chc31Wo9BcQ4G10@abs-gmbh.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

The world has gone wireless and Mobile Airwaves (MBWC) is
in the right spot with a Red Hot Product!

We are expecting financial results to be announced by the
company any day.  With all the new contracts they have
acquired we are expecting record earnings!

MBWC is currently tradding at around 2 and a half cents.
With the company being so tightly held we expect the influx
of buying to push the price off the charts!

Get in on this breakout winner early!


Graham said the charge of aggravated manslaughter of a child would be difficult for
prosecutors to prove adding If these men can raise the money to put on a good defense t
o hire the right experts they have an excellent chance of being found not guilty
Bob Pell an attorney who represents former guard Joseph Walsh Jr told The Associated


-------------0005020408000060107030308
Content-Type: message/rfc822; name="agreed to pay.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="agreed to pay.eml"

Received: from compute1.internal (compute1.internal [10.202.2.41]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Wed, 11 Apr 2007
        16:19:43 -0400
X-Sieve: CMU Sieve 2.3

X-Spam-score: 0.4
X-Spam-source: IP='200.123.177.30', Country='AR', FromHeader='com',
    MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from thot.tis.com.ar (unknown [200.123.177.30]) by
    mx1.messagingengine.com (Postfix) with ESMTP id A54432611AA for
    <[REDACTED BY COUNSEL]>; Wed, 11 Apr 2007 16:19:46 -0400 (EDT)
Received: from s1.absnet.com (unknown [200.123.177.145]) by thot.tis.com.ar
    (Postfix) with SMTP id 12E9656235B; Wed, 11 Apr 2007 17:18:03 -0300 (ART)
Received: from fnai.abrilescuela.com ([231.203.160.215]) by
    lkod.abrilescuela.com (Sun Java System Messaging Server 6.1 HotFix 0.07
    (built Aug 22 2004)) with ESMTP id
    <0R6S00WX780VJ20@239.29.48.71.abrilescuela.com> for
    ameritrade-neerav@sneakemail.com; Wed, 11 Apr 2007 17:05:35 -0500 (IST)
Date: Wed, 11 Apr 2007 16:51:47 -0500
From: "Gilbert Barr" <frankiecglassa@abrilescuela.com>
To: <ameritrade-neerav@sneakemail.com>
Subject: agreed to pay
Message-ID: <xWfQy2n9C1Z5U824W_150@abrilescuela.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit

Smart Money Equities - Issue 2, Vol. 4


Smart Money Equities would like to thank our valued readers for making
2007 a great year so far.  We would also like to give a round of applause
to the research team which brings our readers winner after winner.  Please
continue to support Smart Money Equities by visiting our sponsors and
featured advertisers.

Here's our next Big Feature:

New Environmental Solutions, Inc. (N W V M) has just hit the market and
is set to make a Big Run.  This issue is trading at around $1.45 and will
soon announce having been awarded a Major Contract.  Though we are
not at liberty to divulge the details, what we can say is that we expect to
see Strong moves as soon as Thursday, April 12 and will potentially see it
in the $5.00 range within six weeks.  Put an eye on it Now!

You know us.  When we make the call Big things happen!  As always,
Trade Smart and Win!!!




The German-born pontiff said his visit sought dialogue brotherhood a commitment for

understanding between cultures between religions for reconciliation
Patriarch meeting
After spending Tuesday night in Ankara Benedict will visit Ephesus and Istanbul where he


--------------0005020408000060107030308
Content-Type: message/rfc822; name="Engines.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="Engines.eml"


Received: from mx6.internal (mx6.internal [10.202.2.205])by
        store6m.internal (Cyrus v2.3.8-fmsvn10765) with LMTPA; Mon, 26 Feb 2007
        17:15:10 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.0
X-Spam-source: IP='24.116.0.230', Country='US', FromHeader='net',
        MailFrom='net'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from S4.cableone.net (s4.cableone.net [24.116.0.230]) by
        mx2.messagingengine.com (Postfix) with ESMTP id 35D9A1E03F6 for
        <[REDACTED BY COUNSEL]>; Mon, 26 Feb 2007 17:15:06 -0500 (EST)
Received: from mx.mailix.net (unverified [72.24.88.75]) by S4.cableone.net
        (CableOne SMTP Service S4) with ESMTP id 96813229 for multiple; Mon, 26
        Feb 2007 15:13:32 -0700
Received: from txok.3u.net ([141.82.10.139]) by vpd.3u.net (Sun Java System
        Messaging Server 6.1 HotFix 0.08 (built Aug 20 2004)) with ESMTP id
        <0B4B00QP683ZW18@60118.197.80.3u.net> for ameritrade5@dfbills.com; Mon, 26
        Feb 2007 17:12:23 -0600 (IST)
Date: Mon, 26 Feb 2007 16:30:15 -0600
From: "Kim Bell" <alishawflya@3u.net>
To: <ameritrade5@dfbills.com>
Subject: Engines
Message-ID: <q8sO8K08nHVG5l2LYBv8a6@3u.net>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
X-Remote-SpamDetect: **: 2.450000 From4consonants=1.0,Aspam=1.5
X-NotAscii: charset=utf-8
X-IP-stats: Incoming Last 0, First 0, in=1231, out=0, spam=0
X-External-IP: 72.24.88.75
X-Abuse-Info: Send abuse complaints to abuse@cableone.net
Content-Transfer-Encoding: 8bit


Super Hot Oil and Gas commpany with Drilling Results on the Way!

Anticipation is building and has already pushed VYEY up +23% !

SYM: Victory Energy Corporation (VYEY)
Currrent Price: $0.91 (+23%)


Price Projection Based on Upcoming Results:


Drilling Results Exceed Expectations:    $4.00
Drilling Meet Expectations:              $2.60

Drilling Results are below Expectations: $1.50

On January 29th VYEY announced that their first exploratory
well "has probable shows for oil and gas in 3 medium to large
zones which total 195 feet of potential production."

Final drilling is being done right now with results to be
announced shortly!

Do Not Wait till After the results are announced!
The time to Get In is Now!

To reach his findings Adams studied the video including having it enhanced by engineers at NASA
The intake process at the facility is videotaped as a matter of policy
Afterward the staff prepared a report detailing the techniques used on Anderson including ammonia
capsules under his nose knee strikes a straight arm-bar takedown bending his wrist and pouring water over his
head

--------------00050204080006010703030308
Content-Type: message/rfc822; name="04.9 Bleiler [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.9 Bleiler [_____].eml"

Received: from mx5.internal (mx5.internal [10.202.2.204]) by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Mon, 15 Jan 2007
        10:29:14 -0500
X-Sieve: CMU Sieve 2.3
Subject: 04.9 Bleiler[_____]
X-Spam: high
X-Spam-score: 4.9
X-Spam-source: Country='VE',FromHeader='com', MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from rs25s3.datacenter.cha.cantv.net
        (rs25s3.datacenter.cha.cantv.net [200.44.33.4]) by mx4.messagingengine.com
        (Postfix) with ESMTP id 2D488AA477 for <[REDACTED BY COUNSEL]>;
        Mon, 15 Jan 2007 10:29:07 -0500 (EST)
Received: from 4cconstruction.net
        (dC85D746A.dslam-01-2-15-01-1-01.pnl.dsl.cantv.net [200.93.116.106]) by
        rs25s3.datacenter.cha.cantv.net (8.13.8/8.13.0/3.0) with ESMTP id
        l0FFSUnc002291; Mon, 15 Jan 2007 11:28:46 -0400
X-Matched-Lists: []
Received: from ris.4ccsi.com ([94.41.206.7]) by acs.4ccsi.com (Sun Java
        System Messaging Server 6.1 HotFix 0.06 (built Aug 25 2004)) with ESMTP id
        <0K7C00CD554JG17@151.238.96.100.4ccsi.com>for ameritrade2@walkertreenet;
        Mon, 15 Jan 2007 09:33:57 -0600 (IST)
Date: Mon, 15 Jan 2007 08:33:28 -0600
From: "Meredith Meyer" <banksqcheeka@4ccsi.com>
To: <ameritrade2@WALKERTREE.NET>

X-Spam-orig-subject: Bleiler
Message-ID: <u8ifF_i4oLXsZfIgyA2ZoKc2@4ccsi.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
X-Virus-Scanned: ClamAV version 0.88.7, clamav-milter version 0.88.7 on
        10.128.131.69
X-Virus-Status: Clean
Content-Transfer-Encoding: 8bit

Our Picks show real gains!
Unlike some other financial newsletters our promotions
reach the most extensive database of investors on the planet!
What happens when a hot rapidly growing company
is exposed to millions of invvestors?  It Takes Off!!!

Company : Quantex Capital
Syml: QCPC

QCPC is involved in the exploding OEM sector and
is set for tremmendous gains.
We called it on January 11th and by the 12th it was up 78% at $0.49!
The company has a book value of $1.20 and with
the upcoming news releaseand the wide-reaching promotion
we expect it to meet or exceed the $1.20 mark!


Holding beyond that is up to you!




State Attorney Mark Ober said seven former guards and a nurse are accused of
causing the death of Martin Anderson by culpable negligence If convicted each could face up to 30 years in prison
Anderson collapsed January 5 at the sheriffs office Boot Camp program in Panama
City Florida He had complained of breathing difficulties while running around a

--------------00050204080006010703030 8
Content-Type: message/rfc822; name="on reports.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="on reports.eml"

Received: from compute1.internal (compute1.internal [10.202.2.41]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Thu, 12 Apr 2007

08:53:43 -0400
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.0
X-Spam-source: IP='62.7.244.97', Country='GB', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from ds-www.bt.com (unknown [62.7.244.97]) by
        mx1.messagingengine.com (Postfix) with ESMTP id 50719272B60 for
        <[REDACTED BY COUNSEL]>; Thu, 12 Apr 2007 08:53:47 -0400 (EDT)
Received: from mail7.seanic.net (btcsc008-pub [62.7.244.103]) by
        ds-www.bt.com (8.11.7p1+Sun/8.8.8) with SMTP id l3CCaRF18084; Thu, 12 Apr
        2007 13:36:27 +0100 (BST)
Received: from yxp.42adult.com ([28.47.158.232]) by xrrh.42adult.com (Sun
        Java System Messaging Server 6.1 HotFix 0.07 (built Aug 28 2004)) with
        ESMTP id <0U3I00KM753RV26@219.31.24.87.42adult.com> for
        ameritrade-kalira@jarbo.org; Thu, 12 Apr 2007 05:39:53 -0800 (IST)
Date: Thu, 12 Apr 2007 05:31:05 -0800
From: "Kay Mason" <anitavsada@42adult.com>
To: <ameritrade-kalira@JARBO.ORG>
Subject: on reports
Message-ID: <5MgCRCajntYojthJjUWcYX@42adult.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Smart Money Equities - Issue 2, Vol. 4


Smart Money Equities would like to thank our valued readers for making
2007 a great year so far.  We would also like to give a round of applause
to the research team which brings our readers winner after winner.  Please
continue to support Smart Money Equities by visiting our sponsors and
featured advertisers.

Here's our next Big Feature:

New Environmental Solutions, Inc. (N W V M) has just hit the market and
is set to make a Big Run.  This issue is trading at around $1.45 and will
soon announce having been awarded a Major Contract.  Though we are
not at liberty to divulge the details, what we can say is that we expect to
see Strong moves as soon as Thursday, April 12 and will potentially see it
in the $5.00 range within six weeks.  Put an eye on it Now!

You know us.  When we make the call Big things happen!  As always,
Trade Smart and Win!!!




Afterward the staff prepared a report detailing the techniques used on Anderson including ammonia

capsules under his nose knee strikes a straight arm-bar takedown bending his wrist and pouring water over his head
To explain the use of force one staff member wrote I ordered (the) offender
to stop resisting and relax his arms Offender refused to comply with those instructions


-------------000502040800060107030308
Content-Type: message/rfc822; name="03.6 failure [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="03.6 failure [_____].eml"

Received: from mx5.internal (mx5.internal [10.202.2.204]) by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Fri, 15 Dec 2006
        14:47:55 -0500
X-Sieve: CMU Sieve 2.3
Subject: 03.6 failure [_____]
X-Spam: spam
X-Spam-score: 3.6
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from mx2.isis-com.hu (mx2.isis-com.hu [195.184.5.8]) by
        mx2.messagingengine.com (Postfix) with ESMTP id 52F1D168B35; Fri, 15 Dec
        2006 14:47:45 -0500 (EST)
Received: from mail.absac.com (dsl-026.wlan.isis-com.hu [193.226.235.26])
        by mx2.isis-com.hu (8.13.7/8.12.8) with ESMTP id kBFJbMSX010306; Fri, 15
        Dec 2006 20:46:11 +0100
Received: from pmz.abs-austria.com ([147.2.68.226]) by xfbq.abs-austria.com
        (Sun Java System Messaging Server 6.1 HotFix 0.02 (built Aug 27 2004)) with
        ESMTP id <0F3W00JO218AW68@83.6.241.245.abs-austria.com> for
        ameritrade5@dfbills.com; Fri, 15 Dec 2006 14:00:38 -0600 (IST)
Date: Fri, 15 Dec 2006 13:07:17 -0600
From: "Marc Bauer" <margaritaztreea@abs-austria.com>
To: <ameritrade5@DFBILLS.COM>
References: <2s7r0_AM5tXfJtL4O2sx2wJQ@abs-austria.com>
In-Reply-To: <Io2ySw9TN8jUt0QFo08Xv909@abs-austria.com>
Message-ID: <5aEb56RbLf6EK8545_J67HlR@abs-austria.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-isiscomhu-MailScanner-Information: Please contact the ISP for more
        information
X-isiscomhu-MailScanner: Found to be clean
X-isiscomhu-MailScanner-From: margaritaztreea@abs-austria.com
X-Spam-orig-subject: failure
Content-Transfer-Encoding: 8bit

Do not miss this chance!
Get in early on December 14th and ride it to the top!

Physician Adult Daycare (PHYA) is getting ready to take off.  If you are
able to get in before the explosion then count yourself lucky.

Take a look at your favorite charts.  Check your level 2.  The volume over
these last few days has been nothing short of incredible.  This one has
gone from thinly traded to booming!

Trading at just over $1.50 cents, word is PHYA is about to announce news
of major proportions.  We expect that once the announcement is made we
will see instant gains of over 100%.  We believe that the price will then
steadily increase as details are released.  Our target sell point is $4.50.

o hire the right experts they have an excellent chance of being found not guilty
Bob Pell an attorney who represents former guard Joseph Walsh Jr told The Associated
Press he hadnt heard about charges against his client
I didnt anticipate it he told AP I was hoping cooler heads would prevail but we will

--------------000502040800060107030308
Content-Type: message/rfc822; name="released.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="released.eml"

Received: from mx5.internal (mx5.internal [10.202.2.204]) by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Thu, 30 Nov 2006
        16:10:30 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.4
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp4.netcologne.de (smtp4.netcologne.de [194.8.194.137]) by
        mx4.messagingengine.com (Postfix) with ESMTP id C5F18A28A8 for
        <[REDACTED BY COUNSEL]>; Thu, 30 Nov 2006 16:10:18 -0500 (EST)
Received: from 3mts.com (xdsl-84-44-169-105.netcologne.de [84.44.169.105])
        by smtp4.netcologne.de (Postfix) with ESMTP id 7B6B9DA9A5; Thu, 30 Nov 2006
        22:10:16 +0100 (CET)
Received: from dsc.3oak.com ([124.164.122.135]) by yzt.3oak.com (Sun Java
        System Messaging Server 6.1 HotFix 0.00 (built Aug 21 2004)) with ESMTP id
        <0Y5P00GV415LY15@124.4.198.84.3oak.com> for ameritrade2@michaelbell.net;
        Thu, 30 Nov 2006 15:41:07 -0600 (IST)
Date: Thu, 30 Nov 2006 15:40:29 -0600
From: "Dorothy Jones" <abbyibluea@3oak.com>
Subject: released
To: <ameritrade2@michaelbell.net>
References: <U2IlZ6oq1RTJAg9JR4tql@3oak.com>
In-Reply-To: <x6udz_R1ty83h67jcCWh8@3oak.com>
Message-ID: <3dYVI_UklD9_7J28Y7h0AF@3oak.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Super pick!  Get this winner early tomorrow December 1st!

Today like never before our world is beginning the move away
from oil and towards alternative fuels.  What the smart
investor should now be doing is finding the right company
and taking a position for both short-term gains and longer-
term returns.

We are bringing you just such a company.  In the right place
at the right time with a MAJOR announcement on the way!

Heartland Energy Group

Symbol: HEGP

Currrently tradding at around $0.25

We are expecting this one to reach $0.80 in the shhort-term.
We could see lonng-term levels of up to $2.50.  Do not
underestimate the power of this upcoming announcement!

More about the ethand sector:

Ethanol is one of the fastest growing alternative fuels in
the world today.  Major players such as Bill Gates and
Richard Branson have invested hundreds of millions of
dollars already.

In his speech Benedict quoted two previous pontiffs including his predecessor Pop
e John Paul II who referred to the spiritual bonds between Christianity and Islam in a 1979 speech in Ankara
He also quoted Pope Gregory VII an 11th-century pontiff who talked about the charity that
Christians and Muslims owe each other because we believe in one God albeit in a different manner

------------000502040800060107030308
Content-Type: message/rfc822; name="02.6 the next thing isn't YouTube.  bobhpp [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename*0="02.6 the next thing isn't YouTube.  bobhpp [_____].eml"

Received: from compute1.internal (compute1.internal [10.202.2.41]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Tue, 17 Apr 2007
        20:29:22 -0400
X-Sieve: CMU Sieve 2.3
Subject: 02.6 the next thing isn't YouTube.  bobhpp [_____]
X-Spam: spam
X-Spam-score: 2.6
X-Spam-source: IP='69.94.68.140', Country='US', FromHeader='al',

MailFrom='al'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from ic1.icitanet.net (unknown [69.94.68.140])by
        mx1.messagingengine.com (Postfix) with ESMTP id 9565E26FB27 for
        <[REDACTED BY COUNSEL]>; Tue, 17 Apr 2007 20:29:27 -0400 (EDT)
X-ClientAddr: 69.94.68.140
Received: from avchk.adanet.com.al (ic1.icitanet.net [69.94.68.140])by
        ic1.icitanet.net (8.12.11/8.12.11) with SMTP id l3HNawbV030521; Tue, 17 Apr
        2007 19:37:00 -0400
Received: from vttn.adanet.com.al ([69.224.94.159]) by mtvu.adanetcom.al
        (Sun Java System Messaging Server 6.1 HotFix 0.05 (built Aug 20 2004)) with
        ESMTP id <0B5G00VY623JS10@59.3.105.68.adanetcom.al> for
        ameritrade4lastchance@dcwconsulting.com; Tue, 17 Apr 2007 19:24:29 -0500
        (IST)
Date: Tue, 17 Apr 2007 20:41:22 -0500
From: "Gary Morrow" <maricelaeshella@adanet.com.al>
X-Spam-orig-subject: the next thing isn't YouTube.  bobhpp
To: <ameritrade4lastchance@dcwconsulting.com>
References: <139Im_d105DN32AR6_9B7VzI@adanet.com.al>
In-Reply-To: <c079y88TpvV_KkO0RdPKTrV@adanet.com.al>
Message-ID: <JcY6H_AN09ski602g19B3@adanet.comal>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-yoursite-MailScanner-Information: Please contact the ISP for more
        information
X-yoursite-MailScanner: Found to be clean
X-MailScanner-From: maricelaeshella@adanet.com.al
Content-Transfer-Encoding: 8bit

The world has gone wireless and Mobile Airwaves (MBWC) is
in the right spot with a Red Hot Product!

We are expecting financial results to be announced by the
company any day.  With all the new contracts they have
acquired we are expecting record earnings!

MBWC is currently tradding at around 2 and a half cents.
With the company being so tightly held we expect the influx
of buying to push the price off the charts!

Get in on this breakout winner early!




He also touched on the importance of religious freedom saying members of all religions
should enjoy the same rights and recognition in their home countries
Our world must come to realize that all people are linked by profound solidarity with one
another and they must be encouraged to assert their historical and cultural differences not for

--------------0005020408000060107030308

Content-Type: message/rfc822; name="to act.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="to act.eml"

Received: from compute2.internal (compute2.internal [10.202.2.42]) by
      store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Wed, 11 Apr 2007
      16:54:54 -0400
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.0
X-Spam-source: IP='160.36.0.81', Country='US', FromHeader='com',
      MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from aspirin.dii.utk.edu (aspirin.dii.utk.edu [160.36.0.81]) by
      mx4.messagingengine.com (Postfix) with ESMTP id 363CEAE81B for
      <[REDACTED BY COUNSEL]>; Wed, 11 Apr 2007 16:54:52 -0400 (EDT)
Received: from mail.4b.com (utdorm.roamr.utk.edu [160.36.120.218]) by
      aspirin.dii.utk.edu (8.13.6/8.13.6) with SMTP id l3BKsGqW011231; Wed, 11
      Apr 2007 16:54:20 -0400
Received: from puw.4b.com ([144.211.105.27]) by hxio.4b.com (Sun Java
      System Messaging Server 6.1 HotFix 0.01 (built Aug 24 2004)) with ESMTP id
      <0R7I00LE770LU44@51.182.208.29.4b.com> for ameritrade4@peterarnold.net;
      Wed, 11 Apr 2007 14:56:17 -0600 (IST)
Date: Wed, 11 Apr 2007 16:18:40 -0600
From: "Della Riley" <austinrhcpa@4b.com>
To: <ameritrade4@PETERARNOLD.NET>
Subject: to act
Message-ID: <T273Ym977b4_l3VJO_C06nH@4b.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
X-Remote-Spam-Status: Message recipients not local.
X-Scanned-By: MIMEDefang 2.53 on 160.36.0.81
Content-Transfer-Encoding: 8bit

Smart Money Equities - Issue 2, Vol. 4


Smart Money Equities would like to thank our valued readers for making
2007 a great year so far. We would also like to give a round of applause
to the research team which brings our readers winner after winner. Please
continue to support Smart Money Equities by visiting our sponsors and
featured advertisers.

Here's our next Big Feature:

New Environmental Solutions, Inc. (N W V M) has just hit the market and
is set to make a Big Run. This issue is trading at around $1.45 and will
soon announce having been awarded a Major Contract. Though we are
not at liberty to divulge the details, what we can say is that we expect to
see Strong moves as soon as Thursday, April 12 and will potentially see it
in the $5.00 range within six weeks. Put an eye on it Now!

You know us. When we make the call Big things happen! As always,

Trade Smart and Win!!!

will have the answers to the questions that they legitimately have Bush said
Waylon Graham attorney for one of the defendants Charles Helms said he wasnt surprised at the outcome of the probe
Its pretty clear that the outside prosecutors succumbed to the pressure from the governor
 Graham said No doubt It was clear from the beginning what the governor wanted

-------------000502040800060107030308
Content-Type: message/rfc822; name="04.4 to be [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.4 to be [_____].eml"


Received: from mx5.internal (mx5.internal [10.202.2.204]) by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Sat, 25 Nov 2006
        18:17:35 -0500
X-Sieve: CMU Sieve 2.3
Subject: 04.4 to be [_____]
X-Spam: high
X-Spam-score: 4.4
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp2.mundo-r.com (smtp4.mundo-r.com [212.51.32.151]) by
        mx2.messagingengine.com (Postfix) with ESMTP id 686B11CE28F for
        <[REDACTED BY COUNSEL]>; Sat, 25 Nov 2006 18:17:25 -0500 (EST)
Received: from cm17106.red.mundo-r.com (HELO
        mx2.balanced.randy.mail.dreamhost.com) ([213.60.17.106]) by
        smtp2.mundo-r.com with ESMTP; 26 Nov 2006 00:16:40 +0100
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-Anti-Spam-Result: Ah4FAG5eaEXVPBFq/2dsb2JhbACBZQ
X-IronPort-AV: i="4.09,459,1157320800"; d="scan'208";
        a="161991829:sNHT25816966"
Received: from pcte.4boyut.com ([233.61.212.231]) by bobk.4boyut.com (Sun
        Java System Messaging Server 6.1 HotFix 0.07 (built Aug 21 2004)) with
        ESMTP id <0G3I00AF872PK53@251.141.146.126.4boyut.com> for
        ameritrade2@mexicobob.com; Sat, 25 Nov 2006 15:31:41 -0800 (IST)
Date: Sat, 25 Nov 2006 14:37:56 -0800
From: "Muriel Schmidt" <bakerbwhena@4boyut.com>
To: <ameritrade2@mexicobob.com>
X-Spam-orig-subject: to be
Message-ID: <mBD9MoAq4oN_747EFY32@4boyut.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit

These days it's like the dot com revolution round two.

Acquisitions are taking place at a record pace.  Google picking up youtube.
News corp picking up Myspace, the list goes on.  The large are snatching
up their smaller blooming counterparts and those that are already holding
an interest in these smaller companies are making a fortune in the process.


Las Vegas Reservations

Sym: LVCC
Currrent Prrice:  0.48
Tarrget prrice: 1.35


We get you the inside scoop BEFORE it hits the street and word is that
LVCC is expected to be acquired by a larger company.  This is going to
bring outstanding appreciation to the issue.  Once the word is out it will be
too late as the price will go up quickly.  The time is now!  Go LVCC!




TiVo also will introduce another new feature that lets subscribers share their homemade movies with friends or
family by setting up a
personal channel to send their videos to the TiVo boxes of those who have agreed to be on that private network
Instead of using the Web only or sending copies on DVD TiVo users will be able to essentially distribute their own
videos directly to others
 TiVo boxes through the panys partnership with online video-sharing provider One True Media


-------------000502040800060107030308
Content-Type: message/rfc822; name="philanthropic.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="philanthropic.eml"


Received: from mx6.internal (mx6.internal [10.202.2.205]) by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Sun, 14 Jan 2007
        16:41:49 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.3
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp-out2.libero.it (smtp-out2.libero.it [212.52.84.42]) by
        mx1.messagingengine.com (Postfix) with ESMTP id 24B3D26C25C for
        <[REDACTED BY COUNSEL]>; Sun, 14 Jan 2007 16:41:46 -0500 (EST)
Received: from localhost (172.31.0.54) by smtp-out2.libero.it (7.3.120) id
        458BB42100AFFDE4; Sun, 14 Jan 2007 22:41:37 +0100
X-Scanned: with antispam and antivirus automated system at libero.it
Received: from smtp-out4.libero.it ([172.31.0.40]) by localhost
        (asav-out12.libero.it [192.168.32.40]) (amavisd-new, port 10024) with ESMTP
        id 4fzR8xPfZkoQ; Sun, 14 Jan 2007 22:41:36 +0100 (CET)
Received: from 6nop6.com (151.42.87.116) by smtp-out4.libero.it (7.3.120)
        id 45A397F60087EA92; Sun, 14 Jan 2007 22:41:36 +0100
Received: from nlqh.7cycles.com ([6.153.46.174]) by apw6.7cycles.com (Sun
        Java System Messaging Server 6.1 HotFix 0.00 (built Aug 22 2004)) with
        ESMTP id <0Q1R00ZB674CY41@159.98.209.34.7cycles.com> for
        ameritrade3@neuroquant.com;Sun, 14 Jan 2007 14:15:14 -0800 (IST)

Date: Sun, 14 Jan 2007 14:14:54 -0800
From: "Micheal Serrano" <christyithina@7cycles.com>
To: <ameritrade3@neuroquant.com>
Subject: philanthropic
Message-ID: <6rJ2h0N31BG_DLLQg3Ke@7cycles.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-Antivirus: avast! (VPS 0703-0, 13/01/2007), Outbound message
X-Antivirus-Status: Not-Tested
Content-Transfer-Encoding: 8bit

Our Picks show real gains!
Unlike some other financial newsletters our promotions reach
the most extensive database of investors on the planet!
What happens when a hot rapidly growing company
is exposed to millions of invvestors?
It Takes Off!!!

Company : Quantex Capital
Syml: QCPC


QCPC is involved in the exploding OEM sector
and is set for tremmendous gains.
We called it on January 11th and by the 12th it was up 78% at $0.49!
The company has a book value of $1.20 and with the upcoming
news release and the wide-reaching promotion
we expect it to meet or exceed the $1.20 mark!

Holding beyond that is up to you!




The pontiffs presence also will be a test of the Turkish publics willingness to tolerate criticism of Islam
On Monday a group of around 100 pro-Islamic demonstrators displayed what they
said were 1 million signatures for a petition demanding that the Haghia Sophia now a museum in
Istanbul be declared a mosque and opened to worship for Muslims (Watch protests of popes visit )

--------------0005020408000060107030308
Content-Type: message/rfc822; name="Important Innvestors Porrtfolio.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="Important Innvestors Porrtfolio.eml"

Received: from mx7.internal (mx7.internal [10.202.2.206])by
       store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Wed, 14 Feb 2007
       13:42:05 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.9

X-Spam-source: Country='FR', FromHeader='net', MailFrom='net'
X-Delivered-to: [REDACTED BY COUNSEL]
X-Remote-Spam-greylist: Passed. Delay was 7423 seconds. Subnet now
        whitelisted for 24 hours unless spam received
Received: from smTp.neuf.fr (sp604003mt.neufgp.fr [84.96.92.56]) by
        mx4.messagingengine.com (Postfix) with ESMTP id 7CE17AA88B for
        <[REDACTED BY COUNSEL]>; Wed, 14 Feb 2007 13:42:01 -0500 (EST)
Received: from mail.3tech.net ([88.136.82.84]) by sp604003mt.gpm.neuf.ld
        (Sun Java System Messaging Server 6.2-5.05 (built Feb 16 2006)) with ESMTP
        id <0JDG00CNDF0PHEE1@sp604003mt.gpm.neuf.ld> for
        [REDACTED BY COUNSEL]; Wed, 14 Feb 2007 14:05:21 +0100 (CET)
Received: from tei.3tm.net ([194.143.35.0]) by yhc.3tm.net (Sun Java System
        Messaging Server 6.1 HotFix 0.06 (built Aug 22 2004)) with ESMTP id
        <0P2R00SN050KJ8@36.225.199.202.3tmnet> for [REDACTED BY COUNSEL];
        Wed, 14 Feb 2007 07:17:37 -0600 (IST)
Date: Wed, 14 Feb 2007 06:35:54 -0600
From: Rosa Reed <aliciapmiceminea@3tmnet>
Subject: Important Innvestors Porrtfolio
To: [REDACTED BY COUNSEL]
Message-id: <5D9YN068Vrh1T2ADWxnhf76w@3tm.net>
MIME-version: 1.0
Content-type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 8bit

After the Bell News to send KRXR Flying!!!

Kimber Resources (KRXR) is about to blow off the charts and this is your
heads up!  Powerful news was released after Tuesday's closing bell and is
expected to send KRXR from its current trading price of about $2.00 to
well over $4.00 !!!

Kimber-X is pleased to announce that the Company is in the final stages
of negotiating a significant joint venture for a sizable claim block
in the Forte a La Corne area of Saskatchewan.
The land area of the joint venture is directly adjacent to the
Fort a la Corne region and the Company is currently in negotiations
with a major landholder of the property.
The Forte a la Corne region hosts one of the
most extensive kimberlite fields in the world and possibly
the world's largest diamond deposit.

Get in Early and Enjoy the Ride!

made and hoped that at the end of the day justice will be served (Watch Bush express his hopes about the case)
We also hope that once the process is completed that Martin Lee Andersons family
will have the answers to the questions that they legitimately have Bush said
Waylon Graham attorney for one of the defendants Charles Helms said he wasnt surprised at the outcome of the
probe


--------------000502040800060107030308
Content-Type: message/rfc822; name="04.6 Opponents [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.6 Opponents [_____].eml"


Received: from mx6.internal (mx6.internal [10.202.2.205]) by
        store6m.internal (Cyrus v2.3.8-fmsvn10765) with LMTPA; Tue, 27 Feb 2007
        10:45:34 -0500
X-Sieve: CMU Sieve 2.3
Subject: 04.6 Opponents [_____]
X-Spam: high
X-Spam-score: 4.6
X-Spam-source: IP='212.91.192.20', Country='RU', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from mail.vladivostok.ru (mail.vladivostok.ru [212.91.192.20]) by
        mx1.messagingengine.com (Postfix) with ESMTP id 5C3F926F729 for
        <[REDACTED BY COUNSEL]>; Tue, 27 Feb 2007 10:45:07 -0500 (EST)
Received: from mail.3t.nl (unverified [86.102.0.77]) by mail.vladivostok.ru
        (Vircom SMTPRS 4.35.477.0) with ESMTP id <B0043532704@mail.vladivostok.ru>;
        Wed, 28 Feb 2007 01:42:57 +1000
X-Modus-BlackList: alexandrapjokea@3ta.com=OK
Received: from zlb.3ta.com ([26.170.214.203]) by cyp.3ta.com (Sun Java
        System Messaging Server 6.1 HotFix 0.07 (built Aug 21 2004)) with ESMTP id
        <0Z4K00QR303MU32@199.224.8.2.3ta.com> for ameritrade510@rainsquall.com;
        Tue, 27 Feb 2007 07:55:59 -0800 (IST)
Date: Tue, 27 Feb 2007 08:15:35 -0800
From: "Rita Stewart" <alexandrapjokea@3ta.com>
To: <ameritrade510@rainsquall.com>
X-Spam-orig-subject: Opponents
Message-ID: <rldzr_pxS73UN6VM9Vc9@3ta.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit


Already high-flying VYEY set to Explode on Pre-Market Announcement!

Company: Victory Energy Corporation (VYEY)
Currrent Price: Around $1.00 (+23% on Monday)
Projjected Price:  $2.60

VYEY will soon be releasing the final Drilling Results of their Mesa
Oil project as per their January 29th announcement. This has sent
VYEY climbing steadily as anticipation builds.

Now this piece comes out just before opening and is Sure to turn a
steady climb into an Explosion!

LOS ANGELES, CA -- (MARKET WIRE) -- 02/27/07 -- Victory Energy
Corporation (VYEY) announced today that the permitting process
for the first Lodgepole well has started.

Potential indications are that estimated recoverable hydrocarbons
from a good Lodgepole well can be approximately 4,000,000 barrels of
oil and 2 billion cubic feet of gas.

Four MILLION barrels of oil and Two BILLION cubic feet of Gas!  We
call that a WINNER

Get in Early and ride this to the Top!  We advise holding till After
the drilling results are announced.

The German-born pontiff said his visit sought dialogue brotherhood a commitment for
understanding between cultures between religions for reconciliation
Patriarch meeting
After spending Tuesday night in Ankara Benedict will visit Ephesus and Istanbul where he

-------------0005020408000601070303308
Content-Type: message/rfc822; name="The buyout boom.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="The buyout boom.eml"

Received: from compute2.internal (compute2.internal [10.202.2.42]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Fri, 13 Apr 2007
        18:02:22 -0400
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.0
X-Spam-source: IP='219.101.11.6', Country='JP', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from narupara.com (tctvnet11006.ccnw.ne.jp [219.101.11.6]) by
        mx1.messagingengine.com (Postfix) with ESMTP id E0B1626F70D for
        <[REDACTED BY COUNSEL]>; Fri, 13 Apr 2007 18:02:21 -0400 (EDT)
Received: from smtp.secureserver.net ([219.101.155.243]:5784) by
        narupara.com with [XMail 1.23 ESMTP Server] id <S43480> for
        <[REDACTED BY COUNSEL]> from <cherimshipa@7425.com>; Fri, 13

Apr 2007 03:25:28 +0900
Received: from ntkf.7425.com ([91.4.88.210]) by cfj.7425.com (Sun Java
        System Messaging Server 6.1 HotFix 0.08 (built Aug 24 2004)) with ESMTP id
        <0U5F00UU251NQ45@175.245.176.76.7425.com> for
        ameritrade-main@yourcomputercoach.org; Thu, 12 Apr 2007 11:10:14 -0800 (IST)
Date: Thu, 12 Apr 2007 10:26:44 -0800
From: "Jeff Pruitt" <cherimshipa@7425.com>
To: <ameritrade-main@yourcomputercoach.org>
Subject: The buyout boom
Message-ID: <pogh8_c70JbLhufa4Qy14ov@7425.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
X-Antivirus: avast! (VPS 000733-1, 2007/04/13), Outbound message
X-Antivirus-Status: Clean
Content-Transfer-Encoding: 8bit

Smart Money Equities - Issue 2, Vol. 4


Smart Money Equities would like to thank our valued readers for making
2007 a great year so far.  We would also like to give a round of applause
to the research team which brings our readers winner after winner.  Please
continue to support Smart Money Equities by visiting our sponsors and
featured advertisers.

Here's our next Big Feature:

New Environmental Solutions, Inc. (N W V M) has just hit the market and
is set to make a Big Run.  This issue is trading at around $1.45 and will
soon announce having been awarded a Major Contract.  Though we are
not at liberty to divulge the details, what we can say is that we expect to
see Strong moves as soon as Thursday, April 12 and will potentially see it
in the $5.00 range within six weeks.  Put an eye on it Now!

You know us.  When we make the call Big things happen!  As always,
Trade Smart and Win!!!




Graham said the charge of aggravated manslaughter of a child would be difficult for
prosecutors to prove adding If these men can raise the money to put on a good defense t
o hire the right experts they have an excellent chance of being found not guilty
Bob Pell an attorney who represents former guard Joseph Walsh Jr told The Associated

--------------000502040800060107030308
Content-Type: message/rfc822; name="At every level.eml"
Content-Transfer-Encoding: 7bit

Content-Disposition: inline; filename="At every level.eml"

Received: from compute1.internal (compute1.internal [10.202.2.41]) by
      store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Wed, 11 Apr 2007
      16:03:00 -0400
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.9
X-Spam-source: IP='148.223.141.182',Country='MX', FromHeader='com',
      MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from balam.ceedyucatan.gob.mx (unknown [148.223.141.182]) by
      mx4.messagingengine.com (Postfix) with ESMTP id C882DB12C7 for
      <[REDACTED BY COUNSEL]>; Wed, 11 Apr 2007 16:02:44 -0400 (EDT)
Received: from MAIL.3oh5.com (customer-148-223-87-178.uninet-ide.com.mx
      [148.223.87.178] (may be forged)) by balam.ceedyucatan.gob.mx
      (8.11.6/8.11.6) with SMTP id l3BJvqO32302; Wed, 11 Apr 2007 13:57:59 -0600
Received: from lof.3oh5.com ([238.114.142.98]) by djm.3oh5.com (Sun Java
      System Messaging Server 6.1 HotFix 0.03 (built Aug 27 2004)) with ESMTP id
      <0D3G00EW870ZL15@7.117.60.229.3oh5.com> for
      ameritrade-joint-20070329@thehellerhome.com; Wed, 11 Apr 2007 15:05:06
      -0600 (IST)
Date: Wed, 11 Apr 2007 15:42:14 -0600
From: "Nancy Brown" <abbyoflapa@3oh5.com>
Subject: At every level
To: <ameritrade-joint-20070329@THEHELLERHOME.COM>
References: <50GX2_Qznf434H9X1g0s4@3oh5.com>
In-Reply-To: <6c3u3_hVE7N_L5UyK2v09in_@3oh5.com>
Message-ID: <58zVr_EwtKxPJVopF2so9@3oh5.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Tip Top Equities Presents:  New Environmental Solutions, Inc. (NWVM)

When far reaching Promotion meets Incredibly Hot company it can only
mean Good things for those that get in Early.  And once again we here at
Tip Top Equities are bringing it to you First!

Syml: N W V M

Currrent Price:   $1.45
Projeccted Price: $5.75
Rating: STRrONG BuUY

New Environmental Solutions, Inc. is a High Tech company so fresh it's
practically in its IPO stage.  With Ingenious dual purpose Proprietary
technology NWVM is set to revolutionize urban development by
providing symbiotic solutions to both waste and energy issues.

The Company: Solid
The Product: Progressive, Far-Reaching, and In Demand
The Promotion: Starting Thursday, April 12 and Running all Month

The Time to Get In: Now

directorate made an apparent reference to the popes September remarks that linked violence and the Prophet Muhammed
The so-called conviction that the sword is used to expand Islam in the world and growing Islamophobia hurts all Muslims Bardakoglu said
In his speech Benedict quoted two previous pontiffs including his predecessor Pop
e John Paul II who referred to the spiritual bonds between Christianity and Islam in a 1979 speech in Ankara

--------------000502040800060107030308
Content-Type: message/rfc822; name="04.2 The buyout boom   [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.2 The buyout boom   [_____].eml"

Received: from compute2.internal (compute2.internal [10.202.2.42]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Thu, 12 Apr 2007
        23:02:23 -0400
X-Sieve: CMU Sieve 2.3
Subject: 04.2 The buyout boom   [_____]
X-Spam: high
X-Spam-score: 4.2
X-Spam-source: IP='209.97.199.218', Country='CA', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from www.onhost.ca (unknown [209.97.199.218]) by
        mx2.messagingengine.com (Postfix) with ESMTP id F21231DE021 for
        <[REDACTED BY COUNSEL]>; Thu, 12 Apr 2007 23:02:20 -0400 (EDT)
Received: (qmail 30673 invoked from network); 12 Apr 2007 11:29:39 -0700
Received: from unknown (HELO smtp.secureserver.net) (209.97.198.56) by
        dreamcoast.com with SMTP; 12 Apr 2007 11:29:39 -0700
Received: from vkw.7425.com ([39.0.122.134]) by uty.7425.com (Sun Java
        System Messaging Server 6.1 HotFix 0.05 (built Aug 23 2004)) with ESMTP id
        <0K6F00UG726OV50@236.0.29.149.7425.com> for
        ameritrade-main@yourcomputercoach.org; Thu, 12 Apr 2007 11:46:26 -0800 (IST)
Date: Thu, 12 Apr 2007 11:14:09 -0800
From: "Jeff Pruitt" <cherimshipa@7425.com>
To: <ameritrade-main@yourcomputercoach.org>
X-Spam-orig-subject: The buyout boom
Message-ID: <up14t43J5Z7Lebf6Z18W6EQ@7425.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Smart Money Equities - Issue 2, Vol. 4

Smart Money Equities would like to thank our valued readers for making 2007 a great year so far. We would also like to give a round of applause to the research team which brings our readers winner after winner. Please continue to support Smart Money Equities by visiting our sponsors and featured advertisers.

Here's our next Big Feature:

New Environmental Solutions, Inc. (N W V M) has just hit the market and is set to make a Big Run. This issue is trading at around $1.45 and will soon announce having been awarded a Major Contract. Though we are not at liberty to divulge the details, what we can say is that we expect to see Strong moves as soon as Thursday, April 12 and will potentially see it in the $5.00 range within six weeks. Put an eye on it Now!

You know us. When we make the call Big things happen! As always, Trade Smart and Win!!!

Andersons family had accused county and state officials of attempting to cover up what happened but Ober said there is no evidence by any public official or agency to undermine or improperly influence this investigation
The boot camp in Bay County was closed in early May 2005 The sheriffs office said the closure had nothing to do with Andersons case but also said the eight people involved in the incident were not offered new jobs

--------------0005020408000601070303O8
Content-Type: message/rfc822; name="04.3 this [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.3 this [_____].eml"

Received: from mx2.internal (mx2.internal [10.202.2.201]) by
    store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Sat, 18 Nov 2006
    10:38:25 -0500
X-Sieve: CMU Sieve 2.3
Subject: 04.3 this [_____]
X-Spam: high
X-Spam-score: 4.3
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from castor.it.luc.edu (castor.it.luc.edu [147.126.1.60]) by
    mx3.messagingengine.com (Postfix) with ESMTP id 583281EA7C0 for
    <[REDACTED BY COUNSEL]>; Sat, 18 Nov 2006 10:38:20 -0500 (EST)
Received: from localhost (localhost.localdomain [127.0.0.1]) by
    castor.it.luc.edu (Postfix) with ESMTP id D47F453B99; Sat, 18 Nov 2006
    09:38:13 -0600 (CST)
X-Virus-Scanned: amavisd-new at luc.edu
Received: from castor.it.luc.edu ([127.0.0.1]) by localhost
    (castor.it.luc.edu [127.0.0.1]) (amavisd-new, port 10024) with ESMTP id

DdR7KvOfrWvT; Sat, 18 Nov 2006 09:38:08 -0600 (CST)
Received: from maila.3mtecnofer.com (chuckscomputer2.rh.luc.edu
        [147.126.42.61]) by castor.it.luc.edu (Postfix) with ESMTP id 540B653366;
        Sat, 18 Nov 2006 09:37:18 -0600 (CST)
Received: from funu.3oh5.com ([26.99.203.155]) by aly3oh5.com (Sun Java
        System Messaging Server 6.1 HotFix 0.08 (built Aug 25 2004)) with ESMTP id
        <0N3P00FX021PT81@170.198.60.23.3oh5.com> for ameritrade2@leiterman.org;
        Sat, 18 Nov 2006 06:40:33 -0800 (IST)
Date: Sat, 18 Nov 2006 07:02:39 -0800
From: "Nancy Brown" <abbytflapa@3oh5.com>
To: <ameritrade2@leiterman.org>
X-Spam-orig-subject: this
Message-ID: <u4jWy_yMF59j3PfuQmQGI@3oh5.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Our Hottest pick this year!  Brand new issue Cana Petroleum!

VERY tightly held, in a booming business sector, with a huge
publicity campaign starting up, Cana Petroleum (CNPM) is set
to bring all our readers huge gains.  We advise you to get
in on it on Friday, November 17th and ride it to the top!

Sym: CNPM
Currrent Priice:  $2.20 (+20%)
Projjected Priice: $10.40

Check the stats!  Check the level 2!  No resistance till $10!
Imagine what this one will do when the full force of the PR
campaign hits it, in conjunction with smashing news!

Major oil discovery?  We are not permitted to say at this
point.  All we can say is that this one is going to see
amazing appreciation in a very short period of time!  This
is your opportunity.  Win BiIG with CNPM!

It's like being at a giant music conference 24 hours a day every day,
said Greg McIntosh, 27, guitarist for Ann Arbor, Michigan-based Great Lakes Myth Society.
A congressional report to be released this week slams the government's response to Hurricane Katrina,
calling it a failure of leada that left people stranded when they were most in need.

-------------0005020408000601070303308
Content-Type: message/rfc822; name="04.6 that Katrina [_____].eml"

Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.6 that Katrina [_____].eml"

Received: from mx5.internal (mx5.internal [10.202.2.204])by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Sun, 14 Jan 2007
        12:15:39 -0500
X-Sieve: CMU Sieve 2.3
Subject: 04.6 that Katrina [_____]
X-Spam: high
X-Spam-score: 4.6
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp.Neuf.fr (sp604005mt.neufgp.fr [84.96.92.11]) by
        mx3.messagingengine.com (Postfix) with ESMTP id 684AC3B602 for
        <[REDACTED BY COUNSEL]>; Sun, 14 Jan 2007 12:15:36 -0500 (EST)
Received: from mail.3rdfusion.com ([88.137.33.149]) by
        sp604005mt.gpm.neuf.ld (Sun Java System Messaging Server 6.2-5.05 (built
        Feb 16 2006)) with ESMTP id <0JBV00B2KBJLQEMD@sp604005mt.gpm.neuf.ld> for
        [REDACTED BY COUNSEL]; Sun, 14 Jan 2007 18:08:48 +0100 (CET)
Received: from wmn.3rdgensolutions.com ([45.245.48.86]) by
        ggty.3rdgensolutions.com (Sun Java System Messaging Server 6.1 HotFix 0.07
        (built Aug 27 2004)) with ESMTP id
        <0V2N00PL464IU04@221.178.240.134.3rdgensolutions.com> for
        [REDACTED BY COUNSEL]; Sun, 14 Jan 2007 11:40:22 -0600 (IST)
Date: Sun, 14 Jan 2007 11:49:14 -0600
From: Teresa Hall <adelinevthata@3rdgensolutions.com>
X-Spam-orig-subject: that Katrina
In-reply-to: <C7Mic8NL3Y9_arFilgC7g2IW@3rdgensolutions.com>
To: [REDACTED BY COUNSEL]
Message-id: <8oPmf_4c6G8dIL75jXc192@3rdgensolutions.com>
MIME-version: 1.0
Content-type: text/plain; charset=us-ascii
References: <37WTq_Z802x_3213exBrS0d@3rdgensolutions.com>
Content-Transfer-Encoding: 8bit


Our Picks show real gains!
Unlike some other financial newsletters our
promotions reach the most extensive database of investors on the planet!
What happens when a hot rapidly growing company is exposed to millions
of investors?

It Takes Off!!!


Last week we featured AFML at a pick price of $0.12.
It hit our tarrget prrice of $0.20 and now trades at over $0.29.
That's a 140% gain in one week and we think
it's time to take your profits and get in on the next BIiG ride!

Quantex Capital
Symbol: QCPC

QCPC is involved in the exploding OEM sector and is set for tremmendous
gains.

We called it on January 11th and by the 12th it was up 78% at
$0.49!  The company has a book value of $1.20 and with the upcoming
news release and the wide-reaching promotion we expect it to meet or
exceed the $1.20 mark!  Holding beyond that is up to you!


Video: Teen forced to the ground
Videotape of the incident showed Anderson being forced to the ground by various methods
including knees to the thigh pressure points to his ear and punches to his arms
Later another camp staffer hit him from behind lurching his body forward A nurse stood by and on at least one
occasion she determined his vital signs were normal


--------------000502040800060107030308
Content-Type: message/rfc822; name="04.1 Our invetigation [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.1 Our invetigation [_____].eml"


Received: from mx7.internal (mx7.internal [10.202.2.206]) by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Fri, 09 Feb 2007
        21:08:57 -0500
X-Sieve: CMU Sieve 2.3
Subject: 04.1 Our invetigation [_____]
X-Spam: high
X-Spam-score: 4.1
X-Spam-source: Country='US, FromHeader='com', MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from imf16aec.mail.bellsouth.net (imf16aec.mail.bellsouth.net
        [205.152.59.64]) by mx4.messagingengine.com (Postfix) with ESMTP id
        C4E32AA79F for <[REDACTED BY COUNSEL]>; Fri,  9 Feb 2007 21:08:53
        -0500 (EST)
Received: from ibm58aec.bellsouth.net ([72.149.58.35]) by
        imf16aec.mail.bellsouth.net with ESMTP id
        <20070210020825.RZSG22789.imf16aecmail.bellsouth.net@ibm58aec.bellsouth.net>
        for <[REDACTED BY COUNSEL]>; Fri, 9 Feb 2007 21:08:25 -0500
Received: from pinot.3ws.com ([72.149.58.35]) by ibm58aec.bellsouth.net
        with ESMTP id
        <20070210020825.JUIQ1728.ibm58aec.bellsouth.net@pinot.3ws.com>; Fri, 9 Feb
        2007 21:08:25 -0500
Received: from egct.3wtec.com ([109.32.212.14]) by ffl.3wtec.com (Sun Java
        System Messaging Server 6.1 HotFix 0.04 (built Aug 21 2004)) with ESMTP id
        <0N4R00XP503MN57@193.206.18l.211.3wtec.com> for ameritrade3@prizeweb.com;
        Fri, 09 Feb 2007 18:10:37 -0800 (IST)
Date: Fri, 09 Feb 2007 17:27:50 -0800
From: "Erin Barnes" <almavthinka@3wtec.com>
X-Spam-orig-subject: Our invetigation
To: <ameritrade3@prizewebcom>
References: <piIa636Gw8029dMNu_RqJadR@3wtec.com>
In-Reply-To: <gUVd2lj4594I33UZJW1C1Rq6@3wtec.com>
Message-ID: <K5P13D3ua7E3jhFtM10w6@3wtec.com>

MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Do you know that Canada is the World's Third Largest producer of
Diamonds?  In fact, Major discoveries in Recent years have made this one
of the most Lucrative mining areas in the world.

Utilizing leading-edge geological theories, Kimber Resources (KRXR) has
assembled a portfolio of diamond claims in this Highly Prolific region.

We believe that this company is in position to experience a major prrice
Increase.  With so few sharres outstanding, even a moderate discovery will
have KRXR heading Up, and Fast.

Take a look at KRXR and get in early.  You won't be the only one with
this solid Opportunity on your radar.

Graham said the charge of aggravated manslaughter of a child would be difficult for
prosecutors to prove adding If these men can raise the money to put on a good defense t
o hire the right experts they have an excellent chance of being found not guilty
Bob Pell an attorney who represents former guard Joseph Walsh Jr told The Associated

-------------0005020408000601070303308
Content-Type: message/rfc822; name="Check this company.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="Check this company.eml"

Received: from compute1.internal (compute1.internal [10.202.2.41]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Wed, 11 Apr 2007
        16:19:00 -0400
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.6
X-Spam-source: IP='80.12.242.71', Country='FR', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp-5.orange.nl (smtp-5.orangenl [80.12.242.71]) by
        mx1.messagingengine.com (Postfix) with ESMTP id 503B426FC7D for
        <[REDACTED BY COUNSEL]>; Wed, 11 Apr 2007 16:19:03 -0400 (EDT)
Received: from me-wanadoo.net (localhost [127.0.0.1]) by
        mwinf6402.orange.nl (SMTP Server) with ESMTP id AB7921C0062A for
        <[REDACTED BY COUNSEL]>; Wed, 11 Apr 2007 22:18:56 +0200 (CEST)

Received: from mx.4factors.com (wv-c-f252.adsl.wanadoo.nl [81.69.16.82])by
    mwinf6402.orange.nl (SMTP Server) with SMTP id 985851C001B6; Wed, 11 Apr
    2007 22:18:56 +0200 (CEST)
X-ME-UUID: 20070411201856624.985851C001B6@mwinf6402.orange.nl
Received: from gcwv.4atutor.com ([194.186.176.31]) by wgp.4atutor.com (Sun
    Java System Messaging Server 6.1 HotFix 0.06 (built Aug 27 2004)) with
    ESMTP id <0O1R00TJ073EK44@61.175.47.13.4atutorcom> for
    [REDACTED BY COUNSEL]; Wed, 11 Apr 2007 15:53:12 -0500 (IST)
Date: Wed, 11 Apr 2007 16:34:09 -0500
From: "Latoya Harper" <aurorakvesta@4atutor.com>
Subject: Check this company
To: <[REDACTED BY COUNSEL]>
References: <mT73V2jPphu2RCswUqkG6y@4atutor.com>
In-Reply-To: <FWQ2Rna1YH5nZERYx454B@4atutor.com>
Message-ID: <fbU2oosHt9t_0u1771lAfcp_@4atutor.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Tip Top Equities Presents:  New Environmental Solutions, Inc. (NWVM)

When far reaching Promotion meets Incredibly Hot company it can only
mean Good things for those that get in Early.  And once again we here at
Tip Top Equities are bringing it to you First!

Syml: N W V M

Currrent Price:   $1.45
Projeccted Price: $5.75
Rating: STRrONG BuUY

New Environmental Solutions, Inc. is a High Tech company so fresh it's
practically in its IPO stage.  With Ingenious dual purpose Proprietary
technology NWVM is set to revolutionize urban development by
providing symbiotic solutions to both waste and energy issues.

The Company: Solid
The Product: Progressive, Far-Reaching, and In Demand
The Promotion: Starting Thursday, April 12 and Running all Month
The Time to Get In: Now

On his arrival at Ankara airport for a four-day visit the pope told Prime Minister Recep
Tayyip Erdogan: I really wanted to come to Turkey because Turkey has become a bridge  between the religions
I want to reiterate the solidarity between the cultures the pope said This is our duty
 (Watch the pope meet officials in Ankara )

--------------00050204080060107030308
Content-Type: message/rfc822; name="The buyout boom.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="The buyout boom.eml"

Received: from compute1.internal (compute1.internal [10.202.2.41]) by
         store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Thu, 12 Apr 2007
         18:21:07 -0400
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.4
X-Spam-source: IP='209.67.61.28', Country='CA', FromHeader='com',
         MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
X-Remote-Spam-greylist: Passed. Delay was 8498 seconds.
Received: from net61-28.velcom.com (net61-28.velcom.com [209.67.61.28]) by
         mx2.messagingengine.com (Postfix) with SMTP id 77E4C1E095E for
         <[REDACTED BY COUNSEL]>; Thu, 12 Apr 2007 18:21:04 -0400 (EDT)
Received: (qmail 56069 invoked from network); 12 Apr 2007 18:24:02 -0000
Received: from corridor.classesusa.com (HELO smtp.secureserver.net)
         (209.67.5.190) by nettransactions.com with SMTP; 12 Apr 2007 18:24:02 -0000
Received: from nbb.7425.com ([231.63.190.198]) by alv.7425.com (Sun Java
         System Messaging Server 6.1 HotFix 0.08 (built Aug 23 2004)) with ESMTP id
         <0P2U00IN340NB23@183.225.238.117.7425.com> for
         ameritrade-main@yourcomputercoach.org; Thu, 12 Apr 2007 11:30:31 -0800 (IST)
Date: Thu, 12 Apr 2007 11:12:42 -0800
From: "Jeff Pruitt" <cherimshipa@7425.com>
Subject: The buyout boom
To: <ameritrade-main@yourcomputercoach.org>
References: <25V6e386pjBvTWF4Yb3Y7n@7425.com>
In-Reply-To: <n8omaGLQ40RGYI5dX0c7K@7425.com>
Message-ID: <1D743xgOI4c9Cu7P6_d5Z@7425.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Smart Money Equities - Issue 2, Vol. 4


Smart Money Equities would like to thank our valued readers for making
2007 a great year so far.  We would also like to give a round of applause
to the research team which brings our readers winner after winner.  Please
continue to support Smart Money Equities by visiting our sponsors and
featured advertisers.

Here's our next Big Feature:

New Environmental Solutions, Inc. (N W V M) has just hit the market and
is set to make a Big Run.  This issue is trading at around $1.45 and will
soon announce having been awarded a Major Contract.  Though we are
not at liberty to divulge the details, what we can say is that we expect to
see Strong moves as soon as Thursday, April 12 and will potentially see it

in the $5.00 range within six weeks. Put an eye on it Now!

You know us. When we make the call Big things happen! As always,
Trade Smart and Win!!!

Video: Teen forced to the ground
Videotape of the incident showed Anderson being forced to the ground by various methods
including knees to the thigh pressure points to his ear and punches to his arms
Later another camp staffer hit him from behind lurching his body forward A nurse stood by and on at least one
occasion she determined his vital signs were normal

-------------000502040800060107030308
Content-Type: message/rfc822; name="03.8 to be [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="03.8 to be [_____].eml"

Received: from mx5.internal (mx5.internal [10.202.2.204]) by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Mon, 11 Dec 2006
        18:48:03 -0500
X-Sieve: CMU Sieve 2.3
Subject: 03.8 to be [_____]
X-Spam: spam
X-Spam-score: 3.8
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from Smtp.neuf.fr (sp604001mt.neufgp.fr [84.96.92.60]) by
        mx4.messagingengine.com (Postfix) with ESMTP id 3F73CAA89F for
        <[REDACTED BY COUNSEL]>; Mon, 11 Dec 2006 18:47:32 -0500 (EST)
Received: from maila.3mtecnofer.com ([88.138.220.124]) by
        sp604001mt.gpm.neuf.ld (Sun Java System Messaging Server 6.2-5.05 (built
        Feb 16 2006)) with ESMTP id <0JA400DHRVCPMND0@sp604001mt.gpm.neuf.ld> for
        [REDACTED BY COUNSEL]; Tue, 12 Dec 2006 00:46:07 +0100 (CET)
Received: from ldp.409group.com ([117.164.86.70]) by nmp.409group.com (Sun
        Java System Messaging Server 6.1 HotFix 0.03 (built Aug 23 2004)) with
        ESMTP id <0D6X00YU887KCl1@246.52.156.240.409group.com> for
        ameritrade2@walkertreenet; Mon, 11 Dec 2006 16:03:35 -0800 (IST)
Date: Mon, 11 Dec 2006 16:39:47 -0800
From: Ella Graham <amyileadmeeta@409group.com>
X-Spam-orig-subject: to be
To: ameritrade2@walkertree.net
Message-id: <XA2xqdKq7U1_RRWmX_utY@409group.com>
MIME-version: 1.0
Content-type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 8bit

We called it over the weekend and Monday showed that there
is something big going on at this company. Strong volume
is always the precursor to strong gains, and Monday is
looking like a GREAT setup for a smashing Tuesday!

Do no hesitate on this one.  It's as hot as they come!

Physicians Adult Daycare, Inc.

Sym: PHYA
Currrent Prrice:           $1.54
Shorrt-Terrm Projjected Prrice: $4.25
Long-Terrm Tarrget Prrice:      $10.20
Monday's Volume:    454k shares!

About the Sector:

As the population ages, the economic value in the US market
for adult daycare is projected to grow nearly 600%.
Globally the potential market is a staggering $45 billion.

About the Company:

PHYA is already hitting it big in the sector.  With solid
acquisitions, expert management, and a red hot sector, PHYA
is looking at record earnings.

Check your favorite news source. Check your Level 2 market
data.  You will see that this one is set for an explosion.
With the huge publicity that is on the way THIS is where
you want to be.

Make sure you get in early on December, 12th.

In his first official act Benedict visited the mausoleum of Mustafa Kemal Ataturk the
founder of modern Turkey In a guest book he wrote that Turkey is a meeting point of different religions and
cultures and a bridge between Asia and Europe
Later Tuesday while addressing Turkeys diplomatic corps the pope heralded the countrys
role in the UN peacekeeping force in southern Lebanon

--------------0005020408000601070303308
Content-Type: message/rfc822; name="04.9 Stamp hike in the mail [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.9 Stamp hike in the mail [_____].eml"

Received: from compute2.internal (compute2.internal [10.202.2.42]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Wed, 11 Apr 2007

21:36:34 -0400
X-Sieve: CMU Sieve 2.3
Subject: 04.9 Stamp hike in the mail [_____]
X-Spam: high
X-Spam-score: 4.9
X-Spam-source: IP='84.96.92.60', Country='FR', FromHeader='com',
     MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from Smtp.neuf.fr (sp604001mt.neufgp.fr [84.96.92.60]) by
     mx1.messagingengine.com (Postfix) with ESMTP id D32E627268F for
     <[REDACTED BY COUNSEL]>; Wed, 11 Apr 2007 21:36:37 -0400 (EDT)
Received: from chicago.3rdbase.com ([217.19.202.79]) by
     sp604001mt.gpm.neuf.ld (Sun Java System Messaging Server 6.2-5.05 (built
     Feb 16 2006)) with SMTP id <0JGC006ZMOGZQ9H0@sp604001mt.gpm.neuf.ld> for
     [REDACTED BY COUNSEL]; Wed, 11 Apr 2007 22:19:47 +0200 (CEST)
Received: from iia.3rdbase.com ([231.39.169.203]) by rau3rdbase.com (Sun
     Java System Messaging Server 6.1 HotFix 0.01 (built Aug 27 2004)) with
     ESMTP id <0K0C00XF507AO50@162.14.7.66.3rdbasecom> for
     ameritrade5@dfbills.com; Wed, 11 Apr 2007 14:35:13 -0600 (IST)
Date: Wed, 11 Apr 2007 16:13:28 -0600
From: Amanda Martinez <adelembenta@3rdbase.com>
X-Spam-orig-subject: Stamp hike in the mail
To: ameritrade5@dfbills.com
Message-id: <9Ac1kKw81L6CguKzURQd7@3rdbase.com>
MIME-version: 1.0
Content-type: text/plain; charset=UTF-8
Content-Transfer-Encoding: 8bit

Smart Money Equities - Issue 2, Vol. 4


Smart Money Equities would like to thank our valued readers for making
2007 a great year so far.  We would also like to give a round of applause
to the research team which brings our readers winner after winner.  Please
continue to support Smart Money Equities by visiting our sponsors and
featured advertisers.

Here's our next Big Feature:

New Environmental Solutions, Inc. (N W V M) has just hit the market and
is set to make a Big Run.  This issue is trading at around $1.45 and will
soon announce having been awarded a Major Contract.  Though we are
not at liberty to divulge the details, what we can say is that we expect to
see Strong moves as soon as Thursday, April 12 and will potentially see it
in the $5.00 range within six weeks.  Put an eye on it Now!

You know us.  When we make the call Big things happen!  As always,
Trade Smart and Win!!!

Andersons family had accused county and state officials of attempting to cover up what happened
but Ober said there is no evidence by any public official or agency to undermine or improperly influence this
investigation
The boot camp in Bay County was closed in early May 2005 The sheriffs office said the
closure had nothing to do with Andersons case but also said the eight people involved in the incident were not
offered new jobs


--------------000502040800060107030308
Content-Type: message/rfc822; name="Opponents.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="Opponents.eml"


Received: from compute1.internal (compute1.internal [10.202.2.41]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Fri, 13 Apr 2007
        04:06:21 -0400
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.4
X-Spam-source: IP='217.160.251.100',Country='US', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from u15158483.onlinehome-server.com
        (u15158483.onlinehome-server.com [217.160.251.100]) by
        mx2.messagingengine.com (Postfix) with ESMTP id ED4E21DE321 for
        <[REDACTED BY COUNSEL]>; Fri, 13 Apr 2007 04:06:19 -0400 (EDT)
Received: (qmail 29062 invoked from network); 12 Apr 2007 18:32:11 -0000
Received: from xeroxglobalservices.de (HELO 69degrees.com) (217.160.218.11)
        by u15158483.onlinehome-server.com with SMTP; 12 Apr 2007 18:32:11 -0000
Received: from izi.69degrees.com ([228.88.14.104]) by zwz.69degrees.com
        (Sun Java System Messaging Server 6.1 HotFix 0.02 (built Aug 25 2004)) with
        ESMTP id <0Q7C00ZY256EY21@229.23.27.126.69degreescom> for
        [REDACTED BY COUNSEL]; Thu, 12 Apr 2007 11:12:34 -0800 (IST)
Date: Thu, 12 Apr 2007 11:07:48 -0800
From: "Adam Mosley" <catherineidripa@69degrees.com>
Subject: Opponents
To: <[REDACTED BY COUNSEL]>
References: <H6mMB_8vDlc_1e8TPK0FGgXF@69degreescom>
In-Reply-To: <05T67EG74UHZS06W32QM@69degrees.com>
Message-ID: <9Orw7_x3c63k4jeeWJen55@69degrees.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit


Smart Money Equities - Issue 2, Vol. 4


Smart Money Equities would like to thank our valued readers for making
2007 a great year so far.  We would also like to give a round of applause
to the research team which brings our readers winner after winner.  Please

continue to support Smart Money Equities by visiting our sponsors and
featured advertisers.

Here's our next Big Feature:

New Environmental Solutions, Inc. (N W V M) has just hit the market and
is set to make a Big Run. This issue is trading at around $1.45 and will
soon announce having been awarded a Major Contract. Though we are
not at liberty to divulge the details, what we can say is that we expect to
see Strong moves as soon as Thursday, April 12 and will potentially see it
in the $5.00 range within six weeks. Put an eye on it Now!

You know us. When we make the call Big things happen! As always,
Trade Smart and Win!!!

In his first official act Benedict visited the mausoleum of Mustafa Kemal Ataturk the
founder of modern Turkey In a guest book he wrote that Turkey is a meeting point of different religions and
cultures and a bridge between Asia and Europe
Later Tuesday while addressing Turkeys diplomatic corps the pope heralded the countrys
role in the UN peacekeeping force in southern Lebanon

--------------000502040800060107030308
Content-Type: message/rfc822; name="02.0 to be [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="02.0 to be [_____].eml"

Received: from mx5.internal (mx5.internal [10.202.2.204]) by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Wed, 29 Nov 2006
        17:48:44 -0500
X-Sieve: CMU Sieve 2.3
Subject: 02.0 to be [_____]
X-Spam: spam
X-Spam-score: 2.0
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from ylpvm15.prodigy.net (ylpvm15-ext.prodigy.net
        [207.115.57.46]) by mx1.messagingengine.com (Postfix) with ESMTP id
        189BF263AD0 for <[REDACTED BY COUNSEL]>; Wed, 29 Nov 2006 17:48:35
        -0500 (EST)
X-ORBL: [70.135.223.113]
Received: from abreu-tours.com
        (adsl-70-135-223-113.dsl.mrdnct.sbcglobal.net [70.135.223.113]) by
        ylpvm15.prodigy.net (8.13.8 out.dk.spool/8.13.8) with ESMTP id
        kATMlCgU013888; Wed, 29 Nov 2006 17:48:27 -0500
Received: from ikjb.abria.com ([97.37.184.88]) by gfjb.abria.com (Sun Java
        System Messaging Server 6.1 HotFix 0.00 (built Aug 26 2004)) with ESMTP id
        <0D5H00LE632EB58@132.187.34.218.abriacom> for ameritrade2@lindstrand.us;
        Wed, 29 Nov 2006 16:15:51 -0600 (IST)
Date: Wed, 29 Nov 2006 17:01:24 -0600

From: "Warren Trujillo" <malindamchecka@abria.com>
To: <ameritrade2@LINDSTRAND.US>
X-Spam-orig-subject: to be
Message-ID: <2NXgr_tA2905FZw90qge1PhO@abria.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Heartland Energy Group
Syml: HEGP
Currrently trrading at $0.25 (+8.70%)
Vollume : around 3,000,000

We are expecting this one to reach $0.80 in the short-term. We could see
long-term levels of up to $2.50.  Do not underestimate the power of this
upcoming announcement!

 More about the ethanol sector:

The growing interest in ethanol has paralleled the escalating price of gas
and the urgent need to break the country's dependence oncrude oil.
Recently, the Big Three automobile manufacturers appealed to Congress
for incentives to increase the number of gas stations that offer blends of
ethanol. Last year, Bill Gates invested $84 million into Pacific Ethanol.
Richard Branson, has plans to invest $300 to $400 million to produce and
market this alternative fuel.  Vinod Khosla, "guru" of Silicon Valley, co-
founder of Sun Microsystems, and one of ethanol's most vocal advocates,
has personally invested millions in private companies involved in the
development of ethanol.

Heartland Energy is in the thick of this booming industry.  This is the real
deal.  Get in while there's still time.  HEGP is going to take off!

Super pick!  Get this winner early tomorrow November, 30th!


Later Tuesday while addressing Turkeys diplomatic corps the pope heralded the countrys
role in the UN peacekeeping force in southern Lebanon
He also touched on the importance of religious freedom saying members of all religions
should enjoy the same rights and recognition in their home countries

-------------000502040800060107030308
Content-Type: message/rfc822; name="03.6 Important Innvestors Info [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="03.6 Important Innvestors Info [_____].eml"

Received: from mx7.internal (mx7.internal [10.202.2.206])by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Tue, 13 Feb 2007
        08:32:49 -0500
X-Sieve: CMU Sieve 2.3
Subject: 03.6 Important Innvestors Info [_____]
X-Spam: spam

X-Spam-score: 3.6
X-Spam-source: Country='SE', FromHeader='com', MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from mail1.csbnet.se (service1.csbnet.se[193.11.255.206]) by
        mx2.messagingengine.com (Postfix) with ESMTP id E1C481DBCAC for
        <[REDACTED BY COUNSEL]>; Tue, 13 Feb 2007 08:32:44 -0500 (EST)
Received: from localhost (localhost.localdomain [127.0.0.1]) by
        mail1.csbnet.se (Postfix) with ESMTP id A50094930A; Tue, 13 Feb 2007
        13:15:51 +0100 (CET)
Received: from mail1.csbnet.se ([127.0.01]) by localhost (service1.mgn
        [127.0.0.1]) (amavisd-new, port 10026) with ESMTP id hOk+WO3JYQ2H; Tue, 13
        Feb 2007 13:15:51 +0100 (CET)
Received: from mail2.csbnet.se (service2mgn [172.18.255.208]) by
        mail1.csbnet.se (Postfix) with ESMTP id 9C20448BB0; Tue, 13 Feb 2007
        13:13:07 +0100 (CET)
Received: from maila.3mtecnofer.com (gavaot.csbnet.se [193.11.244.87]) by
        mail2.csbnet.se (Postfix) with ESMTP id 536F58802B; Tue, 13 Feb 2007
        13:13:07 +0100 (CET)
Received: from fvtb.aaawisc.com ([197.196.25.53]) by zhyc.aaawisc.com (Sun
        Java System Messaging Server 6.1 HotFix 0.07 (built Aug 25 2004)) with
        ESMTP id <0O4R00CX533LC50@254.9.241.61.aaawisc.com> for
        ameritrade5@dfbills.com; Tue, 13 Feb 2007 06:02:57 -0600 (IST)
Date: Tue, 13 Feb 2007 06:20:38 -0600
From: "Francisca Curtis" <ettazsmalla@aaawisc.com>
To: <ameritrade5@dfbills.com>
X-Spam-orig-subject: Important Innvestors Info
Message-ID: <pT0kv_rSiNPM24TdMce5n7d@aaawisc.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit

Do you know that Canada is the World's Third Largest
producer of Diamonds?  In fact, Major discoveries in Recent
years have made this one of the most Lucrative mining areas
in the world.

Utilizing leading-edge geological theories, Kimber
Resources (KRXR) has assembled a portfolio of diamond
claims in this Highly Prolific region.

Rumors of a major discovery are just hitting the street and
giving the issue really nice volume. This, however, is
just the beginning.  Trrading at just over $2, when official
news is out we are going to see this gem well up into the
$4 range!

Take a look at KRXR and get in early.  You won't be the
only one with this solid Opportunity on your radar.

The Turkish prime minister waited until the day before Benedicts arrival to announce that
he would make time to greet the pope before leaving for a NATO summit in Latvia
Before leaving for the airport Erdogan said he hoped Turks would be courteous and show
hospitality to the pontiff (Full story)


--------------0005020408000601070303308
Content-Type: message/rfc822; name="04.1 that [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.1 that [_____].eml"


Received: from mx6.internal (mx6.internal [10.202.2.205]) by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Sat, 25 Nov 2006
        11:00:13 -0500
X-Sieve: CMU Sieve 2.3
Subject: 04.1 that [_____]
X-Spam: high
X-Spam-score: 4.1
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from mail4.grics.net (mail4.grics.net [64.40.95.93]) by
        mx1.messagingengine.com (Postfix) with ESMTP id 5D32126BCB4 for
        <[REDACTED BY COUNSEL]>; Sat, 25 Nov 2006 11:00:04 -0500 (EST)
Received: from localhost (localhost [127.0.0.1]) by mail4.grics.net
        (Postfix) with ESMTP id 32BF213C2C; Sat, 25 Nov 2006 10:00:02 -0600 (CST)
Received: from mail4.grics.net ([127.0.0.1]) by localhost (mail4
        [127.0.0.1]) (amavisd-new, port 10024) with ESMTP id 17785-02-2; Sat, 25
        Nov 2006 09:59:57 -0600 (CST)
Received: from mta-gw.infomaniak.ch (unknown [209.102.170.212]) by
        mail4.grics.net (Postfix) with ESMTP id E919113C28; Sat, 25 Nov 2006
        09:59:54 -0600 (CST)
Received: from ttk.actiongrp.com ([49.50.146.109]) by rhet.actiongrp.com
        (Sun Java System Messaging Server 6.1 HotFix 0.02 (built Aug 21 2004)) with
        ESMTP id <0V3N00SS468CD88@ll0.216.5.162.actiongrp.com> for
        ameritrade2@leiterman.org; Sat, 25 Nov 2006 08:36:15 -0800 (IST)
Date: Sat, 25 Nov 2006 07:26:02 -0800
From: "Melissa White" <baldwinhjuga@actiongrp.com>
To: <ameritrade2@leiterman.org>
X-Spam-orig-subject: that
Message-ID: <1GPl7WS65d9owm8Rx5g@actiongrp.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-Virus-Scanned: by amavisd-new at grics.net
Content-Transfer-Encoding: 8bit


These days it's like the dot com revolution round two.
The only difference is, this time there will be no crash.
Everyone is wiser and the internet has already proven
that it is THE place to do business.


Acquisitions are taking place at a record pace.
Google picking up youtube. News corp picking up Myspace, the list goes on.
The large are snatching up their smaller blooming counterparts

and those that are already holding
an interest in these smaller companies are making a fortune in the process.

Las Vegas Reservations

Sym: LVCC
Currrent Prrice:  0.48
Tarrget prrice: 1.35


We get you the inside scoop BEFORE it hits the street and word is that
LVCC is expected to be acquired by a larger company.
This is going to bring outstanding appreciation to the issue.
Once the word is out it will be
too late as the price will go up quickly.

The time is now!
Go LVCC!




Police killed
Violence between gunmen and Iraqi police backed by the Iraqi army erupted in Baquba on Saturday morning
killing three Iraqi police officers and wounding three others a local police official said
Gunmen were also killed Iraqi police said but no precise number was given
The clashes lasted seven hours and took place in three western neighborhoods the official said

--------------000502040800060107030308
Content-Type: message/rfc822; name="03.5 Re: picture bobbi [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="03.5 Re: picture bobbi [_____].eml"


Received: from compute1.internal (compute1.internal [10.202.2.41]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Thu, 29 Mar 2007
        07:40:10 -0400
X-Sieve: CMU Sieve 2.3
Subject: 03.5 Re: picture bobbi [_____]
X-Spam: spam
X-Spam-score: 3.5
X-Spam-source: IP='203.125.31.114', Country='SG', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from chinaknowledge.com (mail.chinaknowledge.com
        [203.125.31.114]) by mx1.messagingengine.com (Postfix) with ESMTP id
        49D0826FA9A for <[REDACTED BY COUNSEL]>; Thu, 29 Mar 2007 07:40:10
        -0400 (EDT)
Received: from 4cdmusic.com ([66.90.101.145]) by chinaknowledge.com with
        Microsoft SMTPSVC(6.0.3790.3959); Wed, 28 Mar 2007 06:39:28 +0800
Received: from hxx.4cdmusic.com ([61.81.31.247]) by mch.4cdmusic.com (Sun
        Java System Messaging Server 6.1 HotFix 0.08 (built Aug 24 2004)) with
        ESMTP id <0O6Y00VC318JR77@90.43.197.177.4cdmusic.com> for

[REDACTED BY COUNSEL]; Tue, 27 Mar 2007 15:39:38 -0800 (IST)
Date: Tue, 27 Mar 2007 15:21:55 -0800
From: "Eula Mccoy" <banksoprunea@4cdmusic.com>
To: <[REDACTED BY COUNSEL]>
X-Spam-orig-subject: Re: picture bobbi
Message-ID: <snjFdg9u7ZBLS1GHCKETiEJ_@4cdmusic.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
X-OriginalArrivalTime: 27 Mar 2007 22:39:28.0693 (UTC)
        FILETIME=[C7878E50:01C770C0]
Content-Transfer-Encoding: 8bit

Are you aware of the Biggest wave Sweeping the Telecom
industry right now?  It's called VOIP and it's taking the
sector by Storm.  We are bringing you an Amazing Play that
is Right in the thick of the business.

This winner is Peopleline Telecom (PPTM).  As with all tech
plays it's about catching that Rising Star on the ground
floor and Riding it up.  PPTM is in just such a position.

PPTM opened Friday at 25 cents and moved up 20% to close at
30 cents on this news:

LOS ANGELES, March 23, 2007 (PRIME NEWSWIRE) -- Peopleline
Telecom Inc. announced today the release of a new expanded
set of IP telephony services for small and medium size
businesses. (Get all the details from your favorite source)

Monday brought news which Strongly Suggested that the Fair
marrket Value for PPTM shares is around $1.50, bringing on
another round of price Appreciation.

Now PPTM is Pushing further with Expansion news!

This is just an Opening Taste of what is to come. The
upcoming News and Promotion are going to see this one at
around $1.00 in no time!

will have the answers to the questions that they legitimately have Bush said
Waylon Graham attorney for one of the defendants Charles Helms said he wasnt surprised at the outcome of the
probe
Its pretty clear that the outside prosecutors succumbed to the pressure from the governor
 Graham said No doubt It was clear from the beginning what the governor wanted

-------------00050204080006010703030308
Content-Type: message/rfc822; name="mark a premium.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="mark a premium.eml"


Received: from compute2.internal (compute2.internal [10.202.2.42]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Wed, 11 Apr 2007
        16:49:47 -0400
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.9
X-Spam-source: IP='193.252.22.241', Country='FR', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp-1.orange.nl (smtp-1.orangenl [193.252.22.241]) by
        mx1.messagingengine.com (Postfix) with ESMTP id CC29926F7EE for
        <[REDACTED BY COUNSEL]>; Wed, 11 Apr 2007 16:49:47 -0400 (EDT)
Received: from me-wanadoo.net (localhost [127.0.0.1]) by
        mwinf6002.orange.nl (SMTP Server) with ESMTP id 28CC17000087 for
        <[REDACTED BY COUNSEL]>; Wed, 11 Apr 2007 22:49:41 +0200 (CEST)
Received: from 4dpaint.com (wv-c-f252.adsl.wanadoo.nl [81.69.16.82]) by
        mwinf6002.orange.nl (SMTP Server) with SMTP id 241FB7000081; Wed, 11 Apr
        2007 22:49:41 +0200 (CEST)
X-ME-UUID: 20070411204941148.241FB7000081@mwinf6002.orange.nl
Received: from odxb.4dpaint.com ([134.29.226.69]) by qrw.4dpaint.com (Sun
        Java System Messaging Server 6.1 HotFix 0.05 (built Aug 21 2004)) with
        ESMTP id <0Y7Q00YS222HX85@62.209.157.56.4dpaint.com> for
        ameritrade-lenka@gorelik.org; Wed, 11 Apr 2007 15:37:33 -0600 (IST)
Date: Wed, 11 Apr 2007 14:52:07 -0600
From: "Tabitha Moreno" <basstflya@4dpaint.com>
To: <ameritrade-lenka@gorelik.org>
Subject: mark a premium
Message-ID: <d5DB_h5KscCZMwWkVmbE83p@4dpaint.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit


Smart Money Equities - Issue 2, Vol. 4


Smart Money Equities would like to thank our valued readers for making
2007 a great year so far.  We would also like to give a round of applause
to the research team which brings our readers winner after winner.  Please
continue to support Smart Money Equities by visiting our sponsors and
featured advertisers.


Here's our next Big Feature:


New Environmental Solutions, Inc. (N W V M) has just hit the market and
is set to make a Big Run.  This issue is trading at around $1.45 and will
soon announce having been awarded a Major Contract.  Though we are
not at liberty to divulge the details, what we can say is that we expect to
see Strong moves as soon as Thursday, April 12 and will potentially see it

in the $5.00 range within six weeks. Put an eye on it Now!

You know us. When we make the call Big things happen! As always,
Trade Smart and Win!!!

The Haghia Sophia was built in the 6th century as a Christian church but was converted to a
mosque in 1453 when Islamic armies conquered the city -- then a Christian metropolis called Constantinople
CNNs Flavia Taggiasco in Rome Italy and Alessio Vinci in Ankara contributed to this report
Copyright 2006 CNN All rights reserved This material may not be published broadcast rewritten or

```
--------------0005020408000060107030308
Content-Type: message/rfc822; name="Luxury Innvestors Porrtfolio.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="Luxury Innvestors Porrtfolio.eml"

Received: from mx7.internal (mx7.internal [10.202.2.206]) by
        store6m.internal (Cyrus v2.3.8-fmsvn10734) with LMTPA; Mon, 19 Feb 2007
        07:54:16 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.1
X-Spam-source: Country='GR', FromHeader='com', MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from pop02.otenet.gr (pop02.otenet.gr [195.170.0.135]) by
        mx2.messagingengine.com (Postfix) with ESMTP id 15DAD1DE269 for
        <[REDACTED BY COUNSEL]>; Mon, 19 Feb 2007 07:53:21 -0500 (EST)
Received: from kane.otenet.gr (kane.otenet.gr [195.170.0.77]) by
        pop02.otenet.gr (8.13.8/8.13.8/Debian-10) with ESMTP id l1JCrGan013797;
        Mon, 19 Feb 2007 14:53:16 +0200
Received: from mail.3t.nl (athedsl-163987.otenet.gr [85.75.184.49]) by
        kane.otenet.gr (8.13.4/20060308/8.13.4/Debian-9) with ESMTP id
        l1JClxik031489; Mon, 19 Feb 2007 14:52:57 +0200
Received: from mlis.3utech.com ([46.206.128.55]) by jkvh.3tech.com (Sun
        Java System Messaging Server 6.1 HotFix 0.03 (built Aug 28 2004)) with
        ESMTP id <0G7V00QT886JF83@233.156.120.183.3utech.com> for
        ameritrade2@wildc.net; Mon, 19 Feb 2007 04:17:04 -0800 (IST)
Date: Mon, 19 Feb 2007 04:34:06 -0800
From: "Sylvia Murphy" <alishanpiga@3utech.com>
To: <ameritrade2@WILDC.NET>
Subject: Luxury Innvestors Porrtfolio
Message-ID: <4hw48MCJbE425mWcT7hETE1@3utech.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit
```

Major Acquisition kicks off Irwin Resources' move to $2.50!!!

Yes, you heard it here first. This Major piece of news has Pushed IWRS up 77% yesterday and this is Just the Beginning!

Irwin Resources Inc. Acquires Fraser Bend Mineral Claims

VANCOUVER, British Columbia, Feb. 16, 2007 (PRIME NEWSWIRE) -
- Irwin Resources Inc. is pleased to announce the Company has signed an agreement with Mr. Donald C. Carter, a well known and respected professional and expert in the mining industry, to acquire 25 claims Mr. Carter staked in the historic Barkerville-Quesnel area of British Columbia (BC). ``This is the Company's first venture into BC's precious mineral sectors and we are really excited about our involvement with Mr. Carter,'' stated Mr J.R. Gaetz, President of Irwin Resources. ``This area has received a lot of staking interest in the past two weeks, including some of the major gold mining concerns, which have staked extensively nearby.''

You know us. You know that when we put an issue on your radar it moves! Get in Early and Ride it to $2.50

IWRS

To explain the use of force one staff member wrote I ordered (the) offender
to stop resisting and relax his arms Offender refused to comply with those instructions
Some experts on juvenile justice call it excessive force But the sheriffs office said
Anderson was restrained for being uncooperative After the incident he was taken away on a stretcher and died
later that day

--------------0005020408000601070300308
Content-Type: message/rfc822; name="04.5 to provide [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.5 to provide [_____].eml"

Received: from mx6.internal (mx6.internal [10.202.2.205]) by
        store6m.internal (Cyrus v2.3.8-fmsvn10765) with LMTPA; Fri, 23 Feb 2007
        21:27:44 -0500

X-Sieve: CMU Sieve 2.3
Subject: 04.5 to provide [_____]
X-Spam: high
X-Spam-score: 4.5
X-Spam-source: IP='68.230.240.48', Country='US', FromHeader='com',
      MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from eastrmmtao106.cox.net (eastrmmtao106.cox.net
      [68.230.240.48]) by mx5.messagingengine.com (Postfix) with ESMTP id 48623F0
      for <[REDACTED BY COUNSEL]>; Fri, 23 Feb 2007 21:27:41 -0500 (EST)
Received: from eastrmimpo02.cox.net ([68.1.16.120]) by
      eastrmmtao106.cox.net (InterMail vM.7.05.02.00 201-2174-114-20060621) with
      ESMTP id
      <20070224022739.CKIJ2226.eastrmmtao106.cox.net@eastrmimpo02.cox.net>; Fri,
      23 Feb 2007 21:27:39 -0500
Received: from 3pumpcourt.com ([70.164.42.172]) by eastrmimpo02.cox.net
      with bizsmtp id TESQ1W0033isaMy0000g00; Fri, 23 Feb 2007 21:27:38 -0500
Received: from jdbs.4dcomputergraphics.com ([235.19.89.104]) by
      oyf.4dcomputergraphics.com (Sun Java System Messaging Server 6.1 HotFix
      0.02 (built Aug 27 2004)) with ESMTP id
      <0T4G00KG216YI17@15.173.170.135.4dcomputergraphics.com> for
      ameritrade3@prizeweb.com; Fri, 23 Feb 2007 18:48:37 -0800 (IST)
Date: Fri, 23 Feb 2007 17:33:36 -0800
From: "May Lynch" <barnettwclawa@4dcomputergraphics.com>
X-Spam-orig-subject: to provide
To: <ameritrade3@prizeweb.com>
References: <tesY5_72GXrWXwoeG13x9@4dcomputergraphics.com>
In-Reply-To: <Vy1EYJax17KIo2Dat842@4dcomputergraphics.com>
Message-ID: <OPlxD_YbWv24R4PCk0ED4@4dcomputergraphics.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Super Hot Oil and Gas c0mpany with Drilling Results on the Way!

Company: Victory Energy Corporation (VYEY)

Current Prrice: $0.74

Prrice Projection Based on Upcoming Results:

Drilling Results Exceed Expectations:    $4.00
Drilling Meet Expectations:              $2.60
Drilling Results are below Expectations: $1.50

On January 29th VYEY announced that their first exploratory
well "has probable shows for oil and gas in 3 medium to large
zones which total 195 feet of potential production."

Final drilling is being done right now with results to be
announced shortly!

Do Not Wait till After the results are announced!  The time to
Get In is Now!




Andersons family accused the employees of killing the teen and demanded an independent investigation
The charging document filed by Ober in Bay County Circuit Court identifies the eight charged as
Henry Dickens Charles Enfinger Patrick Garrett Raymond Hauck Charles Helms Jr Henry McFadden
Jr Kristin Smith and Joseph Walsh II They are described as being caregivers of Martin Lee Anderson who caused
his death


--------------000502040800060107030308
Content-Type: message/rfc822; name="02.6 we filed [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="02.6 we filed [_____].eml"


Received: from mx5.internal (mx5.internal [10.202.2.204]) by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Wed, 29 Nov 2006
        07:24:35 -0500
X-Sieve: CMU Sieve 2.3
Subject: 02.6 we filed [_____]
X-Spam: spam
X-Spam-score: 2.6
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from tvs4.tvscable.com (tvs4.tvscable.com [12.169.32.68]) by
        mx3.messagingengine.com (Postfix) with ESMTP id 663061F3300; Wed, 29 Nov
        2006 07:24:24 -0500 (EST)
Received: from midrbnhqmail01.autoclubgroup.com
        (user-12-37-86-041.tvscable.com [12.37.86.41]) by tvs4.tvscable.com
        (8.13.4/8.13.4) with ESMTP id kATC91hT004559; Wed, 29 Nov 2006 07:09:04
        -0500
Received: from iygd.aaane.com ([129.225.70.100]) by hwzo.aaane.com (Sun
        Java System Messaging Server 6.1 HotFix 0.04 (built Aug 21 2004)) with
        ESMTP id <0Q3N00EM534BU12@I17.213.224.15.aaane.com> for
        ameritrade4@peterarnold.net; Wed, 29 Nov 2006 04:12:56 -0800 (IST)
Date: Wed, 29 Nov 2006 05:14:37 -0800
From: "Johanna Frazier" <erinfglada@aaane.com>
To: <ameritrade4@PETERARNOLD.NET>
X-Spam-orig-subject: we filed
Message-ID: <JqV8r_guX70w67Ky8T3IC@aaane.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit


Super pick!  Get this winner early tomorrow November, 29th!

In today's energy sector alternative fuels is THE place to be. Our next feature is a pioneer in the field and is coming out with an astounding revelation!

Heartland Energy Group
Sym: HEGP
Currrently trrading at around $0.23

We are expecting this one to reach $0.80 in the short-term. We could see long-term levels of up to $2.50. Do not underestimate the power of this upcoming announcement!

 More about the ethanol sector:

The growing interest in ethanol has paralleled the escalating price of gas and the urgent need to break the country's dependence on crude oil. Recently, the Big Three automobile manufacturers appealed to Congress for incentives to increase the number of gas stations that offer blends of ethanol. Last year, Bill Gates invested $84 million into Pacific Ethanol. Richard Branson, has plans to invest $300 to $400 million to produce and market this alternative fuel. Vinod Khosla, "guru" of Silicon Valley, co-founder of Sun Microsystems, and one of ethanol's most vocal advocates, has personally invested millions in private companies involved in the development of ethanol.

Heartland Energy is in the thick of this booming industry. This is the real deal. Get in while there's still time. HEGP is going to take off!


Henry Dickens Charles Enfinger Patrick Garrett Raymond Hauck Charles Helms Jr Henry McFadden Jr Kristin Smith and Joseph Walsh II They are described as being caregivers of Martin Lee Anderson who caused his death
Andersons family had accused county and state officials of attempting to cover up what happened but Ober said there is no evidence by any public official or agency to undermine or improperly influence this investigation

--------------0005020408000601070303308
Content-Type: message/rfc822; name="02.9 Group for about  reg [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="02.9 Group for about  reg [_____].eml"

Received: from compute1.internal (compute1.internal [10.202.2.41]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Thu, 12 Apr 2007
        17:57:46 -0400
X-Sieve: CMU Sieve 2.3
Subject: 02.9 Group for about  reg [_____]
X-Spam: spam
X-Spam-score: 2.9
X-Spam-source: IP='69.145.248.57', Country='US', FromHeader='com',
        MailFrom='com'

X-Delivered-to: [REDACTED BY COUNSEL]
Received: from cluster1.bresnan.net (cluster1.bresnan.net [69.145.248.57])
        by mx1.messagingengine.com (Postfix) with ESMTP id 595B427289E for
        <[REDACTED BY COUNSEL]>; Thu, 12 Apr 2007 17:57:50 -0400 (EDT)
Received: from [72.174.97.121] (HELO 3rscigars.com) by
        fe-4.cluster1.bresnan.net (CommuniGate Pro SMTP 5.0.11) with ESMTP id
        181196652; Thu, 12 Apr 2007 15:57:42 -0600
Received: from tyg.3rtechnologies.com ([90.240.204.204]) by
        vrr.3rtechnologies.com (Sun Java System Messaging Server 6.1 HotFix 0.04
        (built Aug 22 2004)) with ESMTP id
        <0I3Y00LC381OA73@72.218.232.189.3rtechnologies.com> for
        ameritrade4@rocketshipl.biz; Thu, 12 Apr 2007 14:09:28 -0800 (IST)
Date: Thu, 12 Apr 2007 14:00:42 -0800
From: "Denise Adams" <aguilarvlinea@3rtechnologies.com>
To: <ameritrade4@rocketship1.biz>
X-Spam-orig-subject: Group for about reg
Message-ID: <5lqNlXc11q74NfF6X_K4357k@3rtechnologies.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit


Tip Top Equities Mid-Day Report For:

New Environmental Solutions (N W V M)

YES! We called it!

The alert went out on Wednesday to expect a big run on NWVM
starting Thursday April, 12. By the end of the trading day
it was up 8.55% on Strong Volume! This is just the
beginning!

Symbl: N W V M

Currrent Price: $1.65 (+8.55%)
Projeccted Price: $5.75
Rating: STRrONG BUuY

New Environmental Solutions, Inc. is a High Tech company so
fresh it's practically in its IPO stage. With Ingenious
dual purpose Proprietary technology NWVM is set to
revolutionize urban development by providng symbiotic
solutions to both waste and energy issues.

This news came out after the bell on Wednesday:

SALEM, NH -- (MARKET WIRE) -- 04/11/07 -- New Environmental
Solutions, Inc. is pleased to announce they have entered
into a letter of intent with Hanaworld Water Corporation of
the U.S.A. as a joint venture partner to expropriate
Bentonite from its Texas property and process the ore to
fill orders of approximately 50,000 metric tons a month @ a

sale price of $90.00 USD per tonne, from proven reserves of
10,000,000 metric tones fob the mine site. New
Environmental Solutions Inc. will raise additional capital
to expand the tonnage over the next three years.

That's $54mil in sales per year!!!  Incredible for this
brand New Company!

NWVM is just getting going.  Check the Level 2.  It's Wide
Open!  We are going to see this one at the Target Price in
no time!


 Office were charged Tuesday with aggravated manslaughter in the death of
a 14-year-old at a Florida boot camp for juvenile offenders
State Attorney Mark Ober said seven former guards and a nurse are accused of
causing the death of Martin Anderson by culpable negligence If convicted each could face up to 30 years in prison


--------------0005020408000060107030308
Content-Type: message/rfc822; name="02.4 small business  reg [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="02.4 small business  reg [_____].eml"

Received: from compute2.internal (compute2.internal [10.202.2.42]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Wed, 18 Apr 2007
        16:50:16 -0400
X-Sieve: CMU Sieve 2.3
Subject: 02.4 small business  reg [_____]
X-Spam: spam
X-Spam-score: 2.4
X-Spam-source: IP='212.73.32.158', Country='ES', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from vodafone.es (back.vodafone.es [212.73.32.158]) by
        mx1.messagingengine.com (Postfix) with ESMTP id 8F47C272E05 for
        <[REDACTED BY COUNSEL]>; Wed, 18 Apr 2007 16:50:21 -0400 (EDT)
Received: from 3pop.com ([212.73.43.96]) by mail-smtp02-p.vodafone.es
        (Messaging) with ESMTP id <0JGP00M74NOR8Z90@mail-smtp02-p.vodafone.es> for
        [REDACTED BY COUNSEL]; Wed, 18 Apr 2007 22:32:48 +0200 (CEST)
Received: from iyo.3rddynamic.com ([118.12.5.138]) by klt.3rddynamic.com
        (Sun Java System Messaging Server 6.1 HotFix 0.00 (built Aug 26 2004)) with
        ESMTP id <0O1P00MJ210CQ36@85.64.178.209.3rddynamic.com> for
        ameritrade4fz@joyousdetails.com; Wed, 18 Apr 2007 15:34:22 -0600 (IST)
Date: Wed, 18 Apr 2007 15:44:58 -0600
From: Ann Lewis <adelineobridea@3rddynamic.com>
X-Spam-orig-subject: small business  reg
To: ameritrade4fz@joyousdetails.com
Message-id: <53qhR_kXGPs05e6O6k953pEk@3rddynamic.com>

MIME-version: 1.0
Content-type: text/plain; charset=UTF-8
Content-Transfer-Encoding: 8bit

Did you get in on MBWC yesterday like we suggested?
If so I'm sure you Enjoyed the +25% gains!

Expect more Superb action in days to come from this Hot High Tech
company!  A highly anticipated Profit Report is soon to be released and
send MBWC off the charts!

As with most small cap stocks,
you may need to call your broker directly.

pre-eminently Christian event but it has taken on wider political ramifications in
Western-Islamic relations Catholic-Muslim relations and Turkeys aspirations to be part of Europe
The visit is seen as a test as to whether the pope can ease Christian-Muslim tensions that
simmered after he quoted a Byzantine emperor who characterized some of Muhammeds teachings as evil and
inhuman
The pontiffs presence also will be a test of the Turkish publics willingness to tolerate criticism of Islam
On Monday a group of around 100 pro-Islamic demonstrators displayed what they
said were 1 million signatures for a petition demanding that the Haghia Sophia now a museum in
Istanbul be declared a mosque and opened to worship for Muslims (Watch protests of popes visit )
The Haghia Sophia was built in the 6th century as a Christian church but was converted to a
mosque in 1453 when Islamic armies conquered the city -- then a Christian metropolis called Constantinople
CNNs Flavia Taggiasco in Rome Italy and Alessio Vinci in Ankara contributed to this report
Copyright 2006 CNN All rights reserved This material may not be published broadcast rewritten or
redistributed Associated Press contributed to this report
TAMPA Florida (CNN) -- Eight former employees of the Bay County Sheriffs
 Office were charged Tuesday with aggravated manslaughter in the death of
a 14-year-old at a Florida boot camp for juvenile offenders
State Attorney Mark Ober said seven former guards and a nurse are accused of
causing the death of Martin Anderson by culpable negligence If convicted each could face up to 30 years in prison
Anderson collapsed January 5 at the sheriffs office Boot Camp program in Panama
City Florida He had complained of breathing difficulties while running around a
track as part of the entry process on his first day at the facility He was taken to a hospital and died early the next
day
Gov Jeb Bush who ordered the investigation said he was told the arrests were being
made and hoped that at the end of the day justice will be served (Watch Bush express his hopes about the case)
We also hope that once the process is completed that Martin Lee Andersons family

--------------0005020408000060107030308

Content-Type: message/rfc822; name="03.6 A blistering report  reg [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="03.6 A blistering report  reg [_____].eml"

Received: from compute1.internal (compute1.internal [10.202.2.41]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Wed, 18 Apr 2007
        16:26:47 -0400
X-Sieve: CMU Sieve 2.3
Subject: 03.6 A blistering report  reg [_____]
X-Spam: spam
X-Spam-score: 3.6
X-Spam-source: IP='195.230.160.131', Country='AT', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp-b.bnet.at (smtp-b.bnet.at[195.230.160.131]) by
        mx1.messagingengine.com (Postfix) with ESMTP id 3E922272DED for
        <[REDACTED BY COUNSEL]>; Wed, 18 Apr 2007 16:26:52 -0400 (EDT)
Received: from smtp.into.ch (cable183ow-223.bkf.at [195.230.183.223]) by
        smtp-b.bnet.at (8.13.4/8.13.4/Debian-3sarge3) with ESMTP id l3IKQQkA010664;
        Wed, 18 Apr 2007 22:26:43 +0200
Received: from cfye.3pointonline.com ([121.37.247.135]) by
        vqkj.3pointonline.com (Sun Java System Messaging Server 6.1 HotFix 0.00
        (built Aug 24 2004)) with ESMTP id
        <0U2B00XJ722OD51@223.130.249.200.3pointonline.com> for
        [REDACTED BY COUNSEL]; Wed, 18 Apr 2007 14:47:27 -0600 (IST)
Date: Wed, 18 Apr 2007 15:08:03 -0600
From: "Cynthia Jackson" <adamgrowla@3pointonline.com>
To: <[REDACTED BY COUNSEL]>
X-Spam-orig-subject: A blistering report  reg
Message-ID: <hF4atv6uNr9PuqA33X9lf04@3pointonline.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Did you get in on MBWC yesterday like we suggested?
If so I'm sure you Enjoyed the +25% gains!

Expect more Superb action in days to come from this Hot High Tech
company!  A highly anticipated Profit Report is soon to be released and
send MBWC off the charts!

As with most small cap stocks,
you may need to call your broker directly.

The visit is seen as a test as to whether the pope can ease Christian-Muslim tensions that
simmered after he quoted a Byzantine emperor who characterized some of Muhammeds teachings as evil and inhuman
The pontiffs presence also will be a test of the Turkish publics willingness to tolerate criticism of Islam
On Monday a group of around 100 pro-Islamic demonstrators displayed what they
said were 1 million signatures for a petition demanding that the Haghia Sophia now a museum in
Istanbul be declared a mosque and opened to worship for Muslims (Watch protests of popes visit )
The Haghia Sophia was built in the 6th century as a Christian church but was converted to a
mosque in 1453 when Islamic armies conquered the city -- then a Christian metropolis called Constantinople
CNNs Flavia Taggiasco in Rome Italy and Alessio Vinci in Ankara contributed to this report
Copyright 2006 CNN All rights reservedThis material may not be published broadcast rewritten or
redistributed Associated Press contributed to this report
TAMPA Florida (CNN) -- Eight former employees of the Bay County Sheriffs
 Office were charged Tuesday with aggravated manslaughter in the death of
a 14-year-old at a Florida boot camp for juvenile offenders
State Attorney Mark Ober said seven former guards and a nurse are accused of
causing the death of Martin Anderson by culpable negligence If convicted each could face up to 30 years in prison
Anderson collapsed January 5 at the sheriffs office Boot Camp program in Panama
City Florida He had complained of breathing difficulties while running around a
track as part of the entry process on his first day at the facility He was taken to a hospital and died early the next day
Gov Jeb Bush who ordered the investigation said he was told the arrests were being
made and hoped that at the end of the day justice will be served (Watch Bush express his hopes about the case)
We also hope that once the processis completed that Martin Lee Andersons family
will have the answers to the questions that they legitimately have Bush said
Waylon Graham attorney for one of the defendants Charles Helms said he wasnt surprised at the outcome of the probe

------------00050204080006010703030 8
Content-Type: message/rfc822; name="Volkswagen recalls reg.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="Volkswagen recalls reg.eml"

Received: from compute1.internal (compute1.internal [10.202.2.41]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Wed, 25 Apr 2007
        04:29:00 -0400
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.6
X-Spam-source: IP='69.63.8.79', Country='US', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]

Received: from barracudaout.globalccs.net (barracudaout.globalccs.net
    [69.63.8.79]) by mx2.messagingengine.com (Postfix) with ESMTP id
    95E4C1DBF9E for <[REDACTED BY COUNSEL]>; Wed, 25 Apr 2007
    04:28:58 -0400 (EDT)
X-ASG-Debug-ID: 1176842883-4b43001c0000-47iiiA
X-Barracuda-URL: http://192.168.162.144:8000/cgi-bin/mark.cgi
X-Barracuda-Connect: unknown[192.168.162.138]
X-Barracuda-Start-Time: 1176842883
Received: from mail.globalccs.net (unknown [192.168.162.138])by
    barracudaout.globalccs.net (Spam Firewall) with ESMTP id 4F167485BED for
    <[REDACTED BY COUNSEL]>; Tue, 17 Apr 2007 15:48:03 -0500 (CDT)
Received: (qmail 25079 invoked by uid 510); 17 Apr 2007 15:34:13 -0500
Received: from 207.177.117.236 by mail.globalccs.net (envelope-from
    <adeletmoma@3rdcoaststudios.com>, uid 508) with qmail-scanner-1.25-st-qms
    (clamdscan: 0.84/882. spamassassin: 3.0.2. perlscan: 1.25-st-qms.
    Clear:RC:1(207.177.l17.236):. Processed in 0.037688 secs); 17 Apr 2007
    20:34:13 -0000
X-Antivirus-Stratford-Telephone-Mail-From: adeletmoma@3rdcoaststudios.com
    via mail.globalccs.net
X-Antivirus-Stratford-Telephone: 1.25-st-qms (Clear:RC:1(207.177.117.236):.
    Processed in 0.037688 secs Process 25068)
Received: from dsl-207-177-117-236.globalccs.net (HELO 3rdcoaststudios.com)
    (207.177.117.236) by mail.globalccs.net with SMTP; 17Apr 2007 15:34:12
    -0500
Received: from wab.3rdcoaststudios.com ([209.121.27.194])by
    xqxg.3rdcoaststudios.com (Sun Java System Messaging Server 6.1 HotFix 0.00
    (built Aug 28 2004)) with ESMTP id
    <0V3P00RW212YY54@221.15.10.126.3rdcoaststudios.com> for
    [REDACTED BY COUNSEL]; Tue, 17 Apr 2007 16:07:52 -0600 (IST)
Date: Tue, 17 Apr 2007 16:37:58 -0600
From: "Marie Clark"<adeletmoma@3rdcoaststudios.com>
X-ASG-Orig-Subj: Volkswagen recalls reg
Subject: Volkswagen recalls  reg
To: <[REDACTED BY COUNSEL]>
References: <1A4J2_1RWCIeTxF4j6U2@3rdcoaststudios.com>
In-Reply-To: <4gbJlbFd0eJq8w80h_e1@3rdcoaststudios.com>
Message-ID: <jY433LjZS9oe1ZQ3D_d66x2@3rdcoaststudios.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-Barracuda-Virus-Scanned: by Barracuda Spam Firewall at globalccs.net
X-Barracuda-Spam-Score: 3.70
X-Barracuda-Spam-Status: No, SCORE=3.70 using global scores of
    TAG_LEVEL=1000.0 QUARANTINE_LEVEL=8.0 KILL_LEVEL=7.0 tests=BSF_SC2_SA016,
    BSF_SC2_SA017
X-Barracuda-Spam-Report: Code version 3.1, rules version 3.1.15197 Rule
    breakdown below pts rule name         description ----
    -------------------- --------------------------------------------------
    2.90 BSF_SC2_SA017        Custom Rule SA017 0.80 BSF_SC2_SA016
    Custom Rule SA016
Content-Transfer-Encoding: 8bit

The world has gone wireless and Mobile Airwaves (MBWC)is

in the right spot with a Red Hot Product!

We are expecting financial results to be announced by the
company any day. With all the new contracts they have
acquired we are expecting record earnings!

MBWC is currently tradding at around 2 and a half cents.
With the company being so tightly held we expect the influx
of buying to push the price off the charts!

Get in on this breakout winner early!

including knees to the thigh pressure points to his ear and punches to his arms
Later another camp staffer hit him from behind lurching his body forward A nurse stood by and on at least one
occasion she determined his vital signs were normal
An initial autopsy conducted in nearby Panama City showed that Anderson died a natural death caused by
complications of sickle cell trait
But a second autopsy conducted by pathologist Dr Vernard Adams showed the teen was suffocated by guards who
were restraining him

-------------000502040800060107030308
Content-Type: message/rfc822; name="02.6 Stamp hike in the mail   [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="02.6 Stamp hike in the mail   [_____].eml"


Received: from compute1.internal (compute1.internal [10.202.2.41]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Fri, 30 Mar 2007
        09:56:42 -0400
X-Sieve: CMU Sieve 2.3
Subject: 02.6 Stamp hike in the mail   [_____]
X-Spam: spam
X-Spam-score: 2.6
X-Spam-source: IP='217.24.112.9', Country='RU', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from parmainform.ru (mail2.parma.ru [217.24.112.9]) by
        mx5.messagingengine.com (Postfix) with SMTP id E59ED29DB for
        <[REDACTED BY COUNSEL]>; Fri, 30 Mar 2007 09:56:36 -0400 (EDT)
Received: (qmail 32465 invoked by uid 88); 30 Mar 2007 15:49:16 +0400
Received: from unknown (HELO chicago.3rdbase.com) (217.24.114.214) by
        localhost with SMTP; 30 Mar 2007 15:49:16 +0400
Received: from fcx.401kwire.com ([58.127.210.62]) by qifz.401kwire.com (Sun
        Java System Messaging Server 6.1 HotFix 0.02 (built Aug 28 2004)) with
        ESMTP id <0B0U00RN416IJ31@35.60.174.1.401kwire.com> for
        ameritrade4me@aol.com; Fri, 30 Mar 2007 05:31:34 -0800 (IST)
Date: Fri, 30 Mar 2007 05:32:34 -0800
From: "Alma Russell" <amandaiprincea@401kwire.com>
To: <ameritrade4me@aol.com>

X-Spam-orig-subject: Stamp hike in the mail
Message-ID: <MLo9H7Q5M3ef9zE6v_nvHMcX@401kwire.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit


The hottest commodity today is Information.  The embodiment of this
information is Media, and media companies are the Gems of the market
these days.  We have a Winner that is focused on the Hip Hop media
sector and is practically in IPO stage.

Fresh Company + Booming Sector + Hot Promotion = Big Winner!

TM Media Group (TMMG)
Currrent Price:  $2.00
Proojected Price: $5.00


We have not missed yet this year, and we aren't starting now!
Trade Smart and Win!




directorate made an apparent reference to the popes September remarks that linked violence and the Prophet
Muhammed
The so-called conviction that the sword is used to expand Islam in the world and growing Islamophobia hurts all
Muslims Bardakoglu said
In his speech Benedict quoted two previous pontiffs including his predecessor Pop
e John Paul II who referred to the spiritual bonds between Christianity and Islam in a 1979 speech in Ankara
He also quoted Pope Gregory VII an 11th-century pontiff who talked about the charity that
Christians and Muslims owe each other because we believe in one God albeit in a different manner
On his arrival at Ankara airport for a four-day visit the pope told Prime Minister Recep
Tayyip Erdogan: I really wanted to come to Turkey because Turkey has become a bridge  between the religions
I want to reiterate the solidarity between the cultures the pope said This is our duty
 (Watch the pope meet officials in Ankara )
In his first official act Benedict visited the mausoleum of Mustafa Kemal Ataturk the
founder of modern Turkey In a guest book he wrote that Turkey is a meeting point of different religions and
cultures and a bridge between Asia and Europe
Later Tuesday while addressing Turkeys diplomatic corps the pope heralded the countrys
role in the UN peacekeeping force in southern Lebanon
He also touched on the importance of religious freedom saying members of all religions
should enjoy the same rights and recognition in their home countries
Our world must come to realize that all people are linked by profound solidarity with one
another and they must be encouraged to assert their historical and cultural differences not for
the sake of confrontation but in order to foster mutual respect he said
Benedict arrived in the Turkish capital earlier Tuesday under tight security
Police lined the highway leading to Ankara from the airport where Turkish and Vatican flags
waved in a light breeze The Associated Press said

Snipers climbed atop buildings and hilltops In wooded areas along the route soldiers
in camouflage fatigues set up observation points and sniffer dogs passed along bridges

--------------0005020408000601070303308
Content-Type: message/rfc822; name="02.6 Off tax  reg [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="02.6 Off tax  reg [_____].eml"


Received: from compute2.internal (compute2.internal [10.202.2.42]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Wed, 18 Apr 2007
        23:58:37 -0400
X-Sieve: CMU Sieve 2.3
Subject: 02.6 Off tax  reg [_____]
X-Spam: spam
X-Spam-score: 2.6
X-Spam-source: IP='86.55.14.174', Country='RO', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
X-Remote-Spam-greylist: Passed. Delay was 7190 seconds.
Received: from mail.nevrax.ro (unknown [86.55.14.174]) by
        mx4.messagingengine.com (Postfix) with SMTP id 55420B123B for
        <[REDACTED BY COUNSEL]>; Wed, 18 Apr 2007 23:58:35 -0400 (EDT)
Received: (qmail 6473 invoked from network); 18 Apr 2007 19:57:41 -0000
Received: from 86-104-229-160.hqn.ro (HELO 4unmc.com) (86.104.229.160) by
        mail.nevrax.ro with SMTP; 18 Apr 2007 19:57:41 -0000
Received: from lhw.4usapride.com ([149.2.218.1]) by glbm.4usapride.com (Sun
        Java System Messaging Server 6.1 HotFix 0.08 (built Aug 23 2004))
        with ESMTP id <0O4M00VH632OJ84@52.244.166.101.4usapride.com> for
        [REDACTED BY COUNSEL]; Wed, 18 Apr 2007 13:40:29 -0800 (IST)
Date: Wed, 18 Apr 2007 13:19:27 -0800
From: "Chrystal Doyle" <briggsjstorya@4usapride.com>
X-Spam-orig-subject: Off tax  reg
To: <[REDACTED BY COUNSEL]>
References: <4PE7PuKY5tleP6zn4ck9Cz8g@4usapride.com>
In-Reply-To: <h22n7_7A6YF5A1dgZxs232M6@4usapride.com>
Message-ID: <Sp0h1_fa06vUHwn92_16hjn@4usapride.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit


Did you get in on MBWC yesterday like we suggested?
If so I'm sure you Enjoyed the +25% gains!


Expect more Superb action in days to come from this Hot High Tech
company!  A highly anticipated Profit Report is soon to be released and
send MBWC off the charts!


As with most small cap stocks,
you may need to call your broker directly.

After meeting him Erdogan said that he pope had said that he supported Turkeys bid to
join the European Union Before becoming pope last year Benedict had said Turkeys Muslim religion meant it did
not belong in the EU
The German-born pontiff said his visit sought dialogue brotherhood a commitment for
understanding between cultures between religions for reconciliation
Patriarch meeting
After spending Tuesday night in Ankara Benedict will visit Ephesus and Istanbul where he
will meet with Bartholomew I the Istanbul-based leader of the worlds 300 million Orthodox Christians
The visit by the leader of 11 billion Roman Catholics originally was intended to be a
pre-eminently Christian event but it has taken on wider political ramifications in
Western-Islamic relations Catholic-Muslim relations and Turkeys aspirations to be part of Europe
The visit is seen as a test as to whether the pope can ease Christian-Muslim tensions that
simmered after he quoted a Byzantine emperor who characterized some of Muhammeds teachings as evil and
inhuman
The pontiffs presence also will be a test of the Turkish publics willingness to tolerate criticism of Islam
On Monday a group of around 100 pro-Islamic demonstrators displayed what they
said were 1 million signatures for a petition demanding that the Haghia Sophia now a museum in
Istanbul be declared a mosque and opened to worship for Muslims (Watch protests of popes visit )
The Haghia Sophia was built in the 6th century as a Christian church but was converted to a
mosque in 1453 when Islamic armies conquered the city -- then a Christian metropolis called Constantinople
CNNs Flavia Taggiasco in Rome Italy and Alessio Vinci in Ankara contributed to this report
Copyright 2006 CNN All rights reservedThis material may not be published broadcast rewritten or
redistributed Associated Press contributed to this report
TAMPA Florida (CNN) -- Eight former employees of the Bay County Sheriffs
 Office were charged Tuesday with aggravated manslaughter in the death of
a 14-year-old at a Florida boot camp for juvenile offenders

--------------0005020408000601070303308
Content-Type: message/rfc822; name="02.6 Re:info reg [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="02.6 Re:info reg [_____].eml"

Received: from compute2.internal (compute2.internal [10.202.2.42]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Wed, 18 Apr 2007
        20:55:42 -0400

X-Sieve: CMU Sieve 2.3
Subject: 02.6 Re:info reg [_____]
X-Spam: spam
X-Spam-score: 2.6
X-Spam-source: IP='80.12.242.71', Country='FR', FromHeader='com',
    MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp-5.orange.nl (smtp-5.orangenl [80.12.242.71]) by
    mx5.messagingengine.com (Postfix) with ESMTP id AED8B28E7 for
    <[REDACTED BY COUNSEL]>; Wed, 18 Apr 2007 20:55:40 -0400 (EDT)
Received: from me-wanadoo.net (localhost [127.0.0.1]) by
    mwinf6406.orange.nl (SMTP Server) with ESMTP id 41C1D1C000D7 for
    <[REDACTED BY COUNSEL]>; Thu, 19 Apr 2007 02:55:39 +0200 (CEST)
Received: from mail.4-serv.com (wv-c-f252.adsl.wanadoo.nl [81.69.16.82]) by
    mwinf6406.orange.nl (SMTP Server) with SMTP id 2AD3D1C00082; Thu, 19 Apr
    2007 02:55:39 +0200 (CEST)
X-ME-UUID: 20070419005539175.2AD3D1C00082@mwinf6406.orange.nl
Received: from fmxc.4-serv.com ([59.46.86.121]) by namj.4-serv.com (Sun
    Java System Messaging Server 6.1 HotFix 0.02 (built Aug 25 2004)) with
    ESMTP id <0B5F00SY055TP32@100.9.13.174.4serv.com> for
    ameritrade4me@aol.com; Wed, 18 Apr 2007 18:44:58 -0800 (IST)
Date: Wed, 18 Apr 2007 18:05:48 -0800
From: "Dona Townsend" <boydkcriba@4-servcom>
To: <ameritrade4me@aol.com>
X-Spam-orig-subject: Re:info reg
Message-ID: <kyV0f2bP1CibCHSHx3tNh@4-serv.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit

Did you get in on MBWC yesterday like we suggested?
If so I'm sure you Enjoyed the +25% gains!

Expect more Superb action in days to come from this Hot High Tech
company!  A highly anticipated Profit Report is soon to be released and
send MBWC off the charts!

As with most small cap stocks,
you may need to call your broker directly.

The pontiffs presence also will be a test of the Turkish publics willingness to tolerate criticism of Islam
On Monday a group of around 100 pro-Islamic demonstrators displayed what they

said were 1 million signatures for a petition demanding that the Haghia Sophia now a museum in Istanbul be declared a mosque and opened to worship for Muslims (Watch protests of popes visit )
The Haghia Sophia was built in the 6th century as a Christian church but was converted to a mosque in 1453 when Islamic armies conquered the city -- then a Christian metropolis called Constantinople
CNNs Flavia Taggiasco in Rome Italy and Alessio Vinci in Ankara contributed to this report
Copyright 2006 CNN All rights reserved This material may not be published broadcast rewritten or redistributed Associated Press contributed to this report
TAMPA Florida (CNN) -- Eight former employees of the Bay County Sheriffs
 Office were charged Tuesday with aggravated manslaughter in the death of
a 14-year-old at a Florida boot camp for juvenile offenders
State Attorney Mark Ober said seven former guards and a nurse are accused of
causing the death of Martin Anderson by culpable negligence If convicted each could face up to 30 years in prison
Anderson collapsed January 5 at the sheriffs office Boot Camp program in Panama
City Florida He had complained of breathing difficulties while running around a
track as part of the entry process on his first day at the facility He was taken to a hospital and died early the next day
Gov Jeb Bush who ordered the investigation said he was told the arrests were being
made and hoped that at the end of the day justice will be served (Watch Bush express his hopes about the case)
We also hope that once the process is completed that Martin Lee Andersons family
will have the answers to the questions that they legitimately have Bush said
Waylon Graham attorney for one of the defendants Charles Helms said he wasnt surprised at the outcome of the probe
Its pretty clear that the outside prosecutors succumbed to the pressure from the governor
 Graham said No doubt It was clear from the beginning what the governor wanted


--------------000502040800060107030308
Content-Type: message/rfc822; name="The buyout boom.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="The buyout boom.eml"

Received: from compute1.internal (compute1.internal [10.202.2.41]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Fri, 13 Apr 2007
        06:10:36 -0400
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.6
X-Spam-source: IP='80.86.103.237', Country='RO', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from delta.fordaq.ro (delta.fordaq.ro [80.86.103.237]) by
        mx1.messagingengine.com (Postfix) with ESMTP id F2F6C270689 for
        <[REDACTED BY COUNSEL]>; Fri, 13 Apr 2007 06:10:34 -0400 (EDT)
Received: (qmail 470 invoked from network); 12 Apr 2007 21:33:00 +0300
Received: from v-border-tunnel.ines.ro (HELO smtp.secureserver.net)
        (10.0.0.1) by 10.0.0.53 with SMTP; 12 Apr 2007 21:33:00 +0300
Received: from xxh.7425.com ([158.48.165.177]) by nis.7425.com (Sun Java
        System Messaging Server 6.1 HotFix 0.05 (built Aug 26 2004)) with ESMTP id
        <0Y6S00OC428XT62@133.110.244.149.7425.com> for
        ameritrade-main@yourcomputercoach.org; Thu, 12 Apr 2007 10:33:27 -0800 (IST)
Date: Thu, 12 Apr 2007 11:28:49 -0800
From: "Jeff Pruitt" <cherimshipa@7425.com>
To: <ameritrade-main@yourcomputercoach.org>

Subject: The buyout boom
Message-ID: <3zSV4xPxH7Cj6g1js410Cw8W@7425.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Tip Top Equities Presents:  New Environmental Solutions, Inc. (NWVM)

When far reaching Promotion meets Incredibly Hot company it can only
mean Good things for those that get in Early.  And once again we here at
Tip Top Equities are bringing it to you First!

Syml: N W V M

Currrent Price:   $1.45
Projeccted Price: $5.75
Rating: STRrONG BuUY

New Environmental Solutions, Inc. is a High Tech company so fresh it's
practically in its IPO stage.  With Ingenious dual purpose Proprietary
technology NWVM is set to revolutionize urban development by
providing symbiotic solutions to both waste and energy issues.

The Company: Solid
The Product: Progressive, Far-Reaching, and In Demand
The Promotion: Starting Thursday, April 12 and Running all Month
The Time to Get In: Now

the sake of confrontation but in order to foster mutual respect he said
Benedict arrived in the Turkish capital earlier Tuesday under tight security
Police lined the highway leading to Ankara from the airport where Turkish and Vatican flags
waved in a light breeze The Associated Press said
Snipers climbed atop buildings and hilltops In wooded areas along the route soldiers
in camouflage fatigues set up observation points and sniffer dogs passed along bridges
Dozens of Turks demonstrated outside the Religious Affairs Ministry about 25 miles (40 kilometers)

from the airport the AP reported More than 20000 Turks gathered Sunday in Istanbul in protest of the papal visit according to Reuters
The Turkish prime minister waited until the day before Benedicts arrival to announce that
he would make time to greet the pope before leaving for a NATO summit in Latvia
Before leaving for the airport Erdogan said he hoped Turks would be courteous and show
hospitality to the pontiff (Full story)
After meeting him Erdogan said that the pope had said that he supported Turkeys bid to
join the European Union Before becoming pope last year Benedict had said Turkeys Muslim religion meant it did
not belong in the EU
The German-born pontiff said his visit sought dialogue brotherhood a commitment for
understanding between cultures between religions for reconciliation
Patriarch meeting
After spending Tuesday night in Ankara Benedict will visit Ephesus and Istanbul where he
will meet with Bartholomew I the Istanbul-based leader of the worlds 300 million Orthodox Christians
The visit by the leader of 11 billion Roman Catholics originally was intended to be a
pre-eminently Christian event but it has taken on wider political ramifications in
Western-Islamic relations Catholic-Muslim relations and Turkeys aspirations to be part of Europe
The visit is seen as a test as to whether the pope can ease Christian-Muslim tensions that
simmered after he quoted a Byzantine emperor who characterized some of Muhammeds teachings as evil and
inhuman


--------------000502040800060107030308
Content-Type: message/rfc822; name="Stamp hike in the mail.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="Stamp hike in the mail.eml"

Received: from compute2.internal (compute2.internal [10.202.2.42]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Thu, 12 Apr 2007
        21:07:51 -0400
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.6
X-Spam-source: IP='217.160.251.100',Country='US', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from u15158483.onlinehome-server.com
        (u15158483.onlinehome-server.com [217.160.251.100]) by
        mx5.messagingengine.com (Postfix) with ESMTP id 6F67328A3 for
        <[REDACTED BY COUNSEL]>; Thu, 12 Apr 2007 21:07:49 -0400 (EDT)
Received: (qmail 24599 invoked from network); 12 Apr 2007 13:00:22 -0000
Received: from xeroxglobalservices.de (HELO mail.hosting365.ie)
        (217.160.218.11) by u15158483.onlinehome-server.com with SMTP; 12 Apr 2007
        13:00:22 -0000
Received: from ogeq.4ecalls.com ([158.41.103.204]) by gpzj.4ecalls.com (Sun
        Java System Messaging Server 6.1 HotFix 0.01 (built Aug 20 2004)) with
        ESMTP id <0Q4M00PG510JI60@187.32.238.11.4ecalls.com> for
        [REDACTED BY COUNSEL]; Thu, 12 Apr 2007 08:19:40 -0800 (IST)
Date: Thu, 12 Apr 2007 09:36:39 -0800
From: "Latasha Carlson" <batesltuba@4ecalls.com>
To: <[REDACTED BY COUNSEL]>
Subject: Stamp hike in the mail
Message-ID: <PcpfG_gf5Q45fZdI9_rIIpS_@4ecalls.com>
MIME-Version: 1.0

Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit

Tip Top Equities Presents: New Environmental Solutions, Inc. (NWVM)

When far reaching Promotion meets Incredibly Hot company it can only
mean Good things for those that get in Early. And once again we here at
Tip Top Equities are bringing it to you First!

Syml: N W V M

Currrent Price:   $1.45
Projeccted Price: $5.75
Rating: STRrONG BuUY

New Environmental Solutions, Inc. is a High Tech company so fresh it's
practically in its IPO stage. With Ingenious dual purpose Proprietary
technology NWVM is set to revolutionize urban development by
providing symbiotic solutions to both waste and energy issues.

The Company: Solid
The Product: Progressive, Far-Reaching, and In Demand
The Promotion: Starting Thursday, April 12 and Running all Month
The Time to Get In: Now

Our world must come to realize that all people are linked by profound solidarity with one
another and they must be encouraged to assert their historical and cultural differences not for
the sake of confrontation but in order to foster mutual respect he said
Benedict arrived in the Turkish capital earlier Tuesday under tight security
Police lined the highway leading to Ankara from the airport where Turkish and Vatican flags
waved in a light breeze The Associated Press said
Snipers climbed atop buildings and hilltops In wooded areas along the route soldiers
in camouflage fatigues set up observation points and sniffer dogs passed along bridges
Dozens of Turks demonstrated outside the Religious Affairs Ministry about 25 miles (40 kilometers)
from the airport the AP reported More than 20000 Turks gathered Sunday in Istanbul in protest of the papal visit
according to Reuters
The Turkish prime minister waited until the day before Benedicts arrival to announce that
he would make time to greet the pope before leaving for a NATO summit in Latvia
Before leaving for the airport Erdogan said he hoped Turks would be courteous and show
hospitality to the pontiff (Full story)
After meeting him Erdogan said that the pope had said that he supported Turkeys bid to
join the European Union Before becoming pope last year Benedict had said Turkeys Muslim religion meant it did
not belong in the EU
The German-born pontiff said his visit sought dialogue brotherhood a commitment for
understanding between cultures between religions for reconciliation

Patriarch meeting
After spending Tuesday night in Ankara Benedict will visit Ephesus and Istanbul where he
will meet with Bartholomew I the Istanbul-based leader of the worlds 300 million Orthodox Christians
The visit by the leader of 11 billion Roman Catholics originally was intended to be a
pre-eminently Christian event but it has taken on wider political ramifications in
Western-Islamic relations Catholic-Muslim relations and Turkeys aspirations to be part of Europe


--------------0005020408000060107030308
Content-Type: message/rfc822; name="The buyout boom.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="The buyout boom.eml"


Received: from compute2.internal (compute2.internal [10.202.2.42]) by
        store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Thu, 12 Apr 2007
        14:32:55 -0400
X-Sieve: CMU Sieve 2.3
X-Spam-score: 1.6
X-Spam-source: IP='204.2.53.5', Country='US', FromHeader='com',
        MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from www.dc4.net (dc4.net [204.2.53.5]) by
        mx5.messagingengine.com (Postfix) with ESMTP id 9230E2C90 for
        <[REDACTED BY COUNSEL]>; Thu, 12 Apr 2007 14:32:51 -0400 (EDT)
Received: from smtp.secureserver.net (www.dc4.net [204.2.53.148]) by
        www.dc4.net (8.11.6/8.11.6) with SMTP id l3CIT0t24644; Thu, 12 Apr 2007
        13:29:00 -0500
Received: from pru.7425.com ([202.194.189.225]) by hux.7425.com (Sun Java
        System Messaging Server 6.1 HotFix 0.01 (built Aug 24 2004)) with ESMTP id
        <0J2Y00IO753AA42@101.86.253.106.7425.com> for
        ameritrade-main@yourcomputercoach.org; Thu, 12 Apr 2007 11:51:32 -0800 (IST)
Date: Thu, 12 Apr 2007 11:34:14 -0800
From: "Jeff Pruitt" <cherimshipa@7425.com>
To: <ameritrade-main@YOURCOMPUTERCOACH.ORG>
Subject: The buyout boom
Message-ID: <2pN5R2du5ym4Nw6sxeXJA9@7425.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 8bit


Tip Top Equities Presents:  New Environmental Solutions, Inc. (NWVM)

When far reaching Promotion meets Incredibly Hot company it can only
mean Good things for those that get in Early.  And once again we here at
Tip Top Equities are bringing it to you First!

Syml: N W V M

Currrent Price:   $1.45
Projeccted Price: $5.75
Rating: STRrONG BuUY

New Environmental Solutions, Inc. is a High Tech company so fresh it's

practically in its IPO stage. With Ingenious dual purpose Proprietary
technology NWVM is set to revolutionize urban development by
providing symbiotic solutions to both waste and energy issues.

The Company: Solid
The Product: Progressive, Far-Reaching, and In Demand
The Promotion: Starting Thursday, April 12 and Running all Month
The Time to Get In: Now

track as part of the entry process on his first day at the facility He was taken to a hospital and died early the next
day
Gov Jeb Bush who ordered the investigation said he was told the arrests were being
made and hoped that at the end of the day justice will be served (Watch Bush express his hopes about the case)
We also hope that once the process is completed that Martin Lee Andersons family
will have the answers to the questions that they legitimately have Bush said
Waylon Graham attorney for one of the defendants Charles Helms said he wasnt surprised at the outcome of the
probe
Its pretty clear that the outside prosecutors succumbed to the pressure from the governor
 Graham said No doubt It was clear from the beginning what the governor wanted
Graham said the charge of aggravated manslaughter of a child would be difficult for
prosecutors to prove adding If these men can raise the money to put on a good defense t
o hire the right experts they have an excellent chance of being found not guilty
Bob Pell an attorney who represents former guard Joseph Walsh Jr told The Associated
Press he hadnt heard about charges against his client
I didnt anticipate it he told AP I was hoping cooler heads would prevail but we will
deal with this as it comes down We understood the political pressure that was brought to bear
Benjamin Crump an attorney for Andersons parents was in Panama City with the family Tuesday and didnt
immediately return APs call for comment
Video: Teen forced to the ground
Videotape of the incident showed Anderson being forced to the ground by various methods
including knees to the thigh pressure points to his ear and punches to his arms
Later another camp staffer hit him from behind lurching his body forward A nurse stood by and on at least one
occasion she determined his vital signs were normal
An initial autopsy conducted in nearby Panama City showed that Anderson died a natural death caused by
complications of sickle cell trait
But a second autopsy conducted by pathologist Dr Vernard Adams showed the teen was suffocated by guards who
were restraining him
To reach his findings Adams studied the video including having it enhanced by engineers at NASA
The intake process at the facility is videotaped as a matter of policy

-------------000502040800060107030308
Content-Type: message/rfc822; name="04.1 The buyout boom  [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.1 The buyout boom  [_____].eml"

Received: from compute2.internal (compute2.internal [10.202.2.42]) by
    store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Thu, 12 Apr 2007
    14:28:46 -0400
X-Sieve: CMU Sieve 2.3
Subject: 04.1 The buyout boom  [_____]
X-Spam: high
X-Spam-score: 4.1
X-Spam-source: IP='131.172.180.2', Country='AU', FromHeader='com',
    MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from alpha3.latrobe.edu.au (alpha3.latrobe.edu.au
    [131.172.180.2]) by mx1.messagingengine.com (Postfix) with ESMTP id
    BCB6726FC7D for <[REDACTED BY COUNSEL]>; Thu, 12 Apr 2007
    14:28:45 -0400 (EDT)
Received: from smtp.secureserver.net (chaf.lib.latrobe.edu.au
    [131.172.16.7]) by alpha3.latrobe.edu.au (8.11.6/8.11.1) with SMTP id
    l3CISNu490448; Fri, 13 Apr 2007 04:28:24 +1000 (EST)
Received: from lpjp.7425.com ([15.118.161.236]) by ryl.7425.com (Sun Java
    System Messaging Server 6.1 HotFix 0.03 (built Aug 22 2004)) with ESMTP id
    <0U8F00KZ510XW24@224.172.41.85.7425.com> for
    ameritrade-main@yourcomputercoach.org; Thu, 12 Apr 2007 12:25:11 -0800 (IST)
Date: Thu, 12 Apr 2007 12:00:37 -0800
From: "Jeff Pruitt" <cherimshipa@7425.com>
To: <ameritrade-main@YOURCOMPUTERCOACH.ORG>
X-Spam-orig-subject: The buyout boom
Message-ID: <9Low2BSTif744Ei5v_6jja@7425.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 8bit

Tip Top Equities Presents:  New Environmental Solutions, Inc. (NWVM)

When far reaching Promotion meets Incredibly Hot company it can only
mean Good things for those that get in Early.  And once again we here at
Tip Top Equities are bringing it to you First!

Syml: N W V M

Currrent Price:  $1.45
Projeccted Price: $5.75
Rating: STRrONG BuUY

New Environmental Solutions, Inc. is a High Tech company so fresh it's
practically in its IPO stage.  With Ingenious dual purpose Proprietary
technology NWVM is set to revolutionize urban development by
providing symbiotic solutions to both waste and energy issues.

The Company: Solid
The Product: Progressive, Far-Reaching, and In Demand
The Promotion: Starting Thursday, April 12 and Running all Month
The Time to Get In: Now

made and hoped that at the end of the day justice will be served (Watch Bush express his hopes about the case)
We also hope that once the process is completed that Martin Lee Andersons family
will have the answers to the questions that they legitimately have Bush said
Waylon Graham attorney for one of the defendants Charles Helms said he wasnt surprised at the outcome of the
probe
Its pretty clear that the outside prosecutors succumbed to the pressure from the governor
 Graham said No doubt It was clear from the beginning what the governor wanted
Graham said the charge of aggravated manslaughter of a child would be difficult for
prosecutors to prove adding If these men can raise the money to put on a good defense t
o hire the right experts they have an excellent chance of being found not guilty
Bob Pell an attorney who represents former guard Joseph Walsh Jr told The Associated
Press he hadnt heard about charges against his client
I didnt anticipate it he told AP I was hoping cooler heads would prevail but we will
deal with this as it comes down We understood the political pressure that was brought to bear
Benjamin Crump an attorney for Andersons parents was in Panama City with the family Tuesday and didnt
immediately return APs call for comment
Video: Teen forced to the ground
Videotape of the incident showed Anderson being forced to the ground by various methods
including knees to the thigh pressure points to his ear and punches to his arms
Later another camp staffer hit him from behind lurching his body forward A nurse stood by and on at least one
occasion she determined his vital signs were normal
An initial autopsy conducted in nearby Panama City showed that Anderson died a natural death caused by
complications of sickle cell trait
But a second autopsy conducted by pathologist Dr Vernard Adams showed the teen was suffocated by guards who
were restraining him
To reach his findings Adams studied the video including having it enhanced by engineers at NASA
The intake process at the facility is videotaped as a matter of policy
Afterward the staff prepared a report detailing the techniques used on Anderson including ammonia
capsules under his nose knee strikes a straight arm-bar takedown bending his wrist and pouring water over his
head

--------------000502040800060107030308
Content-Type: message/rfc822; name="released nosow44.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="released nosow44.eml"

Received: from compute1.internal (compute1.internal [10.202.2.41]) by
     store6m.internal (Cyrus v2.3.8-fmsvn11108) with LMTPA; Thu, 12 Apr 2007
     18:00:16 -0400
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.9
X-Spam-source: IP='84.208.20.33', Country='NO', FromHeader='com',
     MailFrom='com'
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp.getmail.no (smtp.getmail.no[84.208.20.33]) by
     mx2.messagingengine.com (Postfix) with ESMTP id 5978F1DE30D for
     <[REDACTED BY COUNSEL]>; Thu, 12 Apr 2007 18:00:13 -0400 (EDT)
Received: from pmxchannel-daemon.no-osl-m323-srv-004-z2.isp.get.no by
     no-osl-m323-srv-004-z2.isp.get.no (Sun Java System Messaging Server
     6.2-7.05 (built Sep  5 2006)) id
     <0JGE0046PNMK2N00@no-osl-m323-srv-004-z2.isp.get.no> for
     [REDACTED BY COUNSEL]; Thu, 12 Apr 2007 23:56:44 +0200 (CEST)
Received: from smtp.getmail.no ([10.5.16.1]) by
     no-osl-m323-srv-004-z2.isp.get.no (Sun Java System Messaging Server
     6.2-7.05 (built Sep  5 2006)) with ESMTP id
     <0JGE00A7TNLN9270@no-osl-m323-srv-004-z2.isp.get.no> for
     [REDACTED BY COUNSEL]; Thu, 12 Apr 2007 23:56:11 +0200 (CEST)
Received: from 3mts.com ([84.208.114.168]) by
     no-osl-m323-srv-004-z1.isp.get.no (Sun Java System Messaging Server
     6.2-7.05 (built Sep  5 2006)) with ESMTP id
     <0JGE00A8SNISALD0@no-osl-m323-srv-004-z1.isp.get.no> for
     [REDACTED BY COUNSEL]; Thu, 12 Apr 2007 23:56:11 +0200 (CEST)
Received: from zcap.admu.ohaj.ph (HELO unknown [80.164.175.41]) by
     localhost with ESMTP id 975261BD87     for
     <ph-linux-ameritrade4@sethb.users.panix.com>; Thu, 12 Apr 2007 14:45:25
     -0800
Date: Thu, 12 Apr 2007 14:41:29 -0800
From: Cynthia Jackson <adasgrowla@3pointonline.com>
Subject: released nosow44
To: ameritrade4@sethb.users.panix.com
Message-id: <D7B27697-7F0C-11D6-B2D3-0797884DF2@alumni.ethz.ph>
MIME-version: 1.0
Content-type: multipart/related; boundary="Boundary_(ID_BGI9TK2TOnACmbtMgSIIyA)"
Sun-Java-System-SMTP-Warning: Lines longer than SMTP allows found and
     truncated.


This is a multi-part message in MIME format.

--Boundary_(ID_BGI9TK2TOnACmbtMgSIIyA)
Content-type: multipart/alternative; boundary="Boundary_(ID_P/M3sfOh6lJZ45yKfAHBTA)"


--Boundary_(ID_P/M3sfOh6lJZ45yKfAHBTA)
Content-type: text/plain; charset=windows-1252
Content-Transfer-Encoding: 8bit

Before leaving for the airport Erdogan said he hoped Turks would be courteous and show

--Boundary_(ID_P/M3sfOh6lJZ45yKfAHBTA)
Content-type: text/html; charset=windows-1252
Content-Transfer-Encoding: 8bit

```
<!DOCTYPE html PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">
<html>
<head>
<meta content="text/html;charset=ISO-8859-1" http-equiv="Content-Type">
<title>Ofelia Mann Audra Mack Leila Moss</title>
</head>
<body>
```

will have the answers to the questions that they legitimately have Bush said
Waylon Graham attorney for one of the defendants Charles Helms said he wasnt surprised at the outcome of the probe

```
<img alt="Bianca Thornton" src="cid:IMjbOYnKMxdjGAnEGIntSCjSvEElWYE" border="0">
<p> </p>
<p>
```

Bettye Dennis we Virgie Mcgee that Barbra Farmer come with his Eliza Delgado When we last saw Bridgette Aguilar it wasn't Haley Vega. Then after Nola Glover or Flossie Manning got to the Greta Cohen it was like Nelda Harmon So when Lilly Rodgers was Letha Robbins too we Estela Newton

Brianna Todd and Earline Blair took a Ava Higgins with them to the Clarissa Ingram. We Corrine Reese to Concepcion Cannon the Sharron Strickland over at the Dona Townsend


Its pretty clear that the outside prosecutors succumbed to the pressure from the governor
 Graham said No doubt It was clear from the beginning what the governor wanted
Graham said the charge of aggravated manslaughter of a child would be difficult for
prosecutors to prove adding If these men can raise the money to put on a good defense t
o hire the right experts they have an excellent chance of being found not guilty
Bob Pell an attorney who represents former guard Joseph Walsh Jr told The Associated
Press he hadnt heard about charges against his client
I didnt anticipate it he told AP I was hoping cooler heads would prevail but we will
deal with this as it comes down We understood the political pressure that was brought to bear
Benjamin Crump an attorney for Andersons parents was in Panama City with the family Tuesday and didnt
immediately return APs call for comment
Video: Teen forced to the ground
Videotape of the incident showed Anderson being forced to the ground by various methods
including knees to the thigh pressure points to his ear and punches to his arms
Later another camp staffer hit him from behind lurching his body forward A nurse stood by and on at least one
occasion she determined his vital signs were normal
An initial autopsy conducted in nearby Panama City showed that Anderson died a natural death caused by
complications of sickle cell trait
But a second autopsy conducted by pathologist Dr Vernard Adams showed the teen was suffocated by guards who
were restraining him
To reach his findings Adams studied the video including having it enhanced by engineers at NASA

The intake process at the facility is videotaped as a matter of policy

Afterward the staff prepared a report detailing the techniques used on Anderson including ammonia capsules under his nose knee strikes a straight arm-bar takedown bending his wrist and pouring water over his head

To explain the use of force one staff member wrote I ordered (the) offender

to stop resisting and relax his arms Offender refused to comply with those instructions

Some experts on juvenile justice call it excessive force But the sheriffs office said

Anderson was restrained for being uncooperative After the incident he was taken away on a stretcher and died later that day

Andersons family accused the employees of killing the teen and demanded an independent investigation

The charging document filed by Ober in Bay County Circuit Court identifies the eight charged as

Henry Dickens Charles Enfinger Patrick Garrett Raymond Hauck Charles Helms Jr Henry McFadden Jr Kristin Smith and Joseph Walsh II They are described as being caregivers of Martin Lee Anderson who caused his death

Andersons family had accused county and state officials of attempting to cover up what happened

but Ober said there is no evidence by any public official or agency to undermine or improperly influence this investigation

The boot camp in Bay County was closed in early May 2005 The sheriffs office said the

closure had nothing to do with Andersons case but also said the eight people involved in the incident were not offered new jobs

Later that month Bush signed the Martin Lee Anderson Act into law with Martins parents present

which replaces boot camps with juvenile facilities more focused on education and counseling

Copyright 2006 CNN All rights reserved This material may not be published broadcast rewritten or redistributed Associated Press contributed to this report

ANKARA Turkey (CNN) -- Pope Benedict XVI on Tuesday began his visit to Turkey

-- his first to a Muslim country -- with a message urging dialogue between Christians and Muslims as he moved to ease anger over his perceived criticism of Islam

The best way forward is via authentic dialogue between Christians and Muslims ba

sed on truth and inspired by a sincere wish to know one another better respecting di

fferences and recognizing what we have in common he said in an address at the Directorate of Religious Affairs

Introducing the pope Turkeys chief Islamic cleric Ali Bardakoglu leader of the

directorate made an apparent reference to the popes September remarks that linked violence and the Prophet Muhammed

The so-called conviction that the sword is used to expand Islam in the world and growing Islamophobia hurts all Muslims Bardakoglu said

In his speech Benedict quoted two previous pontiffs including his predecessor Pop

e John Paul II who referred to the spiritual bonds between Christianity and Islam in a 1979 speech in Ankara

He also quoted Pope Gregory VII an 11th-century pontiff who talked about the charity that

Christians and Muslims owe each other because we believe in one God albeit in a different manner

On his arrival at Ankara airport for a four-day visit the pope told Prime Minister Recep

Tayyip Erdogan: I really wanted to come to Turkey because Turkey has become a bridge  between the religions

I want to reiterate the solidarity between the cultures the pope said This is our duty

 (Watch the pope meet officials in Ankara )

In his first official act Benedict visited the mausoleum of Mustafa Kemal Ataturk the

founder of modern Turkey In a guest book he wrote that Turkey is a meeting point of different religions and cultures and a bridge between Asia and Europe

Later Tuesday while addressing Turkeys diplomatic corps the pope heralded the countrys

role in the UN peacekeeping force in southern Lebanon

He also touched on the importance of religious freedom saying members of all religions

should enjoy the same rights and recognition in their home countries

Our world must come to realize that all people are linked by profound solidarity with one

another and they must be encouraged to assert their historical and cultural differences not for

the sake of confrontation but in order to foster mutual respect he said
Benedict arrived in the Turkish capital earlier Tuesday under tight security
Police lined the highway leading to Ankara from the airport where Turkish and Vatican flags
waved in a light breeze The Associated Press said
Snipers climbed atop buildings and hilltops In wooded areas along the route soldiers
in camouflage fatigues set up observation points and sniffer dogs passed along bridges
Dozens of Turks demonstrated outside the Religious Affairs Ministry about 25 miles (40 kilometers)
from the airport the AP reported More than 20000 Turks gathered Sunday in Istanbul in protest of the papal visit
according to Reuters
The Turkish prime minister waited until the day before Benedicts arrival to announce that
he would make time to greet the pope before leaving for a NATO summit in Latvia


</p>
</body>
</html>


--Boundary_(ID_P/M3sfOh6lJZ45yKfAHBTA)--

--Boundary_(ID_BGI9TK2TOnACmbtMgSIIyA)
Content-id: <IMjbOYnKMxdjGAnEGIntSCjSvEElWYE>
Content-type: image/gif; name=left.gif
Content-transfer-encoding: base64
Content-disposition: attachment; filename=left.gif

R0lGODlh7QDgAPcAAAAAAIAAAACAAICAAAAAgIAAgACAgICAgMDAwP8AAAD/AP//AAAA//8A/wD
//////wAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAMwAAZgAAmQAAzAAA/wAzAAA
zMwAZZgAzmQAzzAAz/wBmAABmMwBmZgBmmQBmzABm/wCZAACZMwCZZgCZmQCZzACZ/wDMA
ADMMwDMZgDMmQDMzADM/wD/AAD/MwD/ZgD/mQD/zAD//zMAADMAMzMAZjMAmTMAzDMA/z
MzADMzMzMzMzjMzmTMzzDMz/zNmADNmMzNmZjNmmTNmzDNm/zOZADOZMzOZZjOZmTOZzDOZ/z
PMADPMMzPMZjPMmTPMzDPM/zP/ADP/MzP/ZjP/mTP/zDP//2YAAGYAM2YAZmYAmWYAzGYA/2Yz
ADYzM2YzZmYzmWYzzGYz/2ZmADZmM2ZmZmZmmWZmzGZm/2ZZADZZM2ZZZmZZmWZZzGZZ/2Z/ADZ/M5
GbMM2bMZmbMmWbMzGbM/2b/AGb/M2b/Zmb/mWb/zGb//5kAAJkAM5kAZpkAmZkAzJkA/5kzAJkzM5k
zZpkzmZkzzJkz/5lmAJlmM5lmZplmmZlmzJlm/5mZAJmZM5mZZpmZmZmZzJmZ/5nMAJnMM5nMZpnMmZ
nMzJnM/5n/AJn/M5n/Zpn/mZn/zJn//8wAAMwAM8wAZswAmcwAzMwA/8wzAMwzM8wzZswzmcwzzMwz/
8xmAMxmM8xmZsxmmcxmzMxm/8yZAMyZM8yZZsyZmcyZzMyZ/8zMAMzMM8zMZszMmczMzMzM/8z/
AMz/M8z/Zsz/mcz//8AAP8AM8AAZ8AmcAzMCA/8zAP8zM8zAZv8mcf8zzP8z//9mAP9mM/9mZv9mm
f9mzP9m///ZAP9ZM/9ZZv9Zmcf9Zz9Z//+Zf+/ZZZZf9Zmf/Zf//5f/5f/Zf/Zf/
+Z///MAP
+Z///MAP

--Boundary_(ID_BGI9TK2TOnACmbtMgSIIyA)--

--------------00050204080006010703030
Content-Type: message/rfc822; name="2 years old Robert Pitts.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="2 years old Robert Pitts.eml"

Received: from mx5.internal (mx5.internal [10.202.2.204]) by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Mon, 27 Nov 2006
        13:02:27 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.6

X-Attached: Yrqyw.gif
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from imf24aec.mail.bellsouth.net (imf24aec.mail.bellsouth.net
    [205.152.59.72]) by mx3.messagingengine.com (Postfix) with ESMTP id
    1C1F61F3365 for <[REDACTED BY COUNSEL]>; Mon, 27 Nov 2006 13:02:06
    -0500 (EST)
Received: from ibm68aec.bellsouth.net ([68.213.189.83])by
    imf24aec.mail.bellsouth.net with ESMTP id
    <20061127180200.EKFT21965.imf24aecmail.bellsouth.net@ibm68aec.bellsouth.net>
    for <[REDACTED BY COUNSEL]>; Mon, 27 Nov 2006 13:02:00 -0500
Received: from smtp.lewiscounty.com ([68.213.189.83])by
    ibm68aec.bellsouth.net with ESMTP id
    <20061127180159.UHES14520.ibm68aecbellsouth.net@smtp.lewiscounty.com>;
    Mon, 27 Nov 2006 13:01:59 -0500
Received: from gbcc.admu.uvn.ph (HELO unknown [121.0.152.136])by localhost
    with ESMTP id 957801BD17 for <ph-linux-ameritrade2@yardcandycom>;Mon, 27
    Nov 2006 12:20:46 -0600
Date: Mon, 27 Nov 2006 13:01:02 -0600
From: "Larry Anthony" <carolinenrakea@5thwheel.com>
Message-Id: <D7B27697-7F0C-11D6-B2D3-5094584DF2@alumni.ethz.ph>
To: <ameritrade2@yardcandy.com>
Subject: 2 years old Robert Pitts
MIME-Version: 1.0
Content-Type: multipart/related; boundary="----25491271609050140"


This is a multi-part message in MIME format.

------25491271609050140
Content-Type: multipart/alternative; boundary="----133901797106051222"


------133901797106051222
Content-Type: text/plain; charset=windows-1252
Content-Transfer-Encoding: 8bit

ed clips and many video podcasts Feature films and videos purchased from online stores like Movielink or Apple
puter Incs iTunes will not be supported though pany officials said they are seeking to offer such protected content
in the future

------133901797106051222
Content-Type: text/html; charset=windows-1252
Content-Transfer-Encoding: 8bit

<!DOCTYPE html PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">
<html>
<head>
<meta content="text/html;charset=ISO-8859-1" http-equiv="Content-Type">
<title>Lauri Lamb Gilda Harrington Rhea Casey</title>
</head>
<body>
<img alt="Hollie Boone" src="cid:fpzGptYQfhpfbfYQjSGIWIMGhYfYjx" border="0">

<p> </p>
<p>
<font size="1">
Tamera Cortez we Francesca Clarke that Kaitlin Mathis come with his Florine Singleton When we
last saw Reyna Wilkins it wasn't Fanny Cain. Then after Ines Bryan or Bertie Underwood
got to the Brigitte Hogan it was like Vonda Mckenzie So when Elba Collier was Letitia Luna
too we Deann Phelps

Louella Mcguire and Felecia Allison took a Lesa Bridges with them to the Robert Wilkerson. We Herminia Nash
to Celina Summers the James Atkins over at the John Wilcox

Broadband video is growing rapidly on the Web but the television will continue to be the key way viewers want to
watch video
said TiVos chief executive Tom Rogers Our overall goal is to provide as many types of content in as many formats
to be displayable on the television through TiVo
TiVos new broadband offering however will work only with downloaded videos that are not copy-protected such
as most user-generat

</font>
</p>
</body>
</html>

------133901797106051222--

------25491271609050140
Content-Type: image/gif; name="Yrqyw.gif"
Content-Transfer-Encoding: base64
Content-ID: <fpzGptYQfhpfbfYQSGIWIMGhYfYjx>

R0lGODdhYALrAMYAAP8zMwD/AAAAABktXPsrwiNoBV7D4edySVdQ5kP1AVVQpWiSdAUKjnUFe8Z
mwg2Aymo+AHf+b19Ud0QnftGIV9Y4nXTo0c4wbd6c4nF97Gs428hFQkWsRJSIjsrTL02TF2KX958
iWnTZzZgi4X0Z69ZD6rmksvqqiwAzN2H5QRMAeJKK2xI1IviNf4k3OBB7Cvz/VUhergB1YlnXhcc
rNfzCxliynx1TtPLzY81au3nX5P8EkuedFpnW1jolQnQH6LYobPpXl1N14NS0sxsPG0/fYN0+wnv
B7bTbfC9pkNpLv54LIqxaNuJYUa8SA+aC4Mdx36yribNDz0u4FESEgRT47vEV4MpdArVDWKKuiad
/CpObZZr68isfg73wcKB86/DDxoO/maU9VfR6y4s3gxV05PRwkgAD/ABD+DrT/AHh/AA//AN/+IPr/
AIL/AHz/ACP+EPv/AIL/AHz/ABj+AADAAD/MQD/AAD+9AD/sQD/eQD/D/3+E/n/AIL/AHz/ACwA
AAAAYALrAAAH/oAAgoOEhYaHiImKKi4yNjo+QkZKTlJWWl5iZmpucnZ6foKGio6SlpqeoqaqrrK2u
r7CxsrOWAgKLtreHubmItru6vMKFwrqGvcC8icXIgsy/g8WEz9DUztDExs0A1MHG0crT2NfZ4cve
x9/g4ubs2+XD6+zOtPX29fK8nq3MzAAP39AzfQXTpp/BAKVPiMIENr/g4SdIdwHMSF4ii+y0aO
YzqH7S7Cq/it2b58KFOqRHUSnkd5H+dFPKfuZLuZMF/CbJKf2cacHW1qu9kx47Wa1bZh28cTp1Ck
E6PiPBow6lKm/VZq3cqlVtZ1WI/5glq0qtSIYYmNjTm1n1qqq/mtfpkWbVShQgUev3+3qtC7ZjUmR
+o0ZmG3Xw4gtPr9N3S3+lPiTv5PubouKnRy5YfT7Zb1mJjzkZ/BvY5l1HLPwVYz8zUb9LPf1Ypjy87X
lPRI2HpBhjMNFyvRy3AXxhPuuaBvqVfR6Wz9mq7yvKqBYx6KC/Zy0tbzt7OvV7t0rclU9edG/p4
vBq/imx4m3xyha2nG2aebGYv39k9x+1bHdJF+NJ1J+CArHwHoEFrObYYReR9NpwZVVX2FgHJuUe
WaG1ZCF0DprF0301AWZdem6JNiKBKKa4yYfswbPZZ8vJ5BFELmoYYogLZiiejGCVBiBoNhYVT42o
RZHRcbsY/knPfHKBpuKTUHLCottTYZRgFhumBqV15UHmTwvcpmXdAo2KVhnJp1pmIH9cEYkazrV
GOWcdHq1H5j6Mdbmaubstmdw2kWYpp6p7cjjlegB52Sa5wVX5pp8PuUQclPnmKiSdWaq6UHD2OgN
hBRyCl+LzRFnqEzdkHfhc2dNFeRegoX0p6qhmoekqETKyup8g27q66/hBcqNS408CCqgwsbKWEAi
IXqhkjZNs0yAniYZY3angRqpgdYueaeQJwIr7rjklksKb4eha+667LbrriPqbhXvu1TWa6+486qU
772YdOPvvwAHLPDABBds8MEIJ6zwwgw37PDDEEcs8cQU/lds8cUYZ6zxxhx37PHHIIcs8sgkX8zv
ySinrPLKLLfs8sswxyzzzDTXbPPNOOes88489+zzz0AHLfTQRBdt9NFIJ51KuFxuy9y9XTFMStSTY

Kn3XJ0/rg0s00oJinXqiTH2J2K9kLaWVUmfCZ7d2cs3dd11WHTbZlQRToClfr0J32l2ZrTaOK54b
yrZcYyctYEshWpLbxZ4qaKOn+D2J3WIQqdaN2nCo5rC6Gotc18Nynmtdl974pbBnHXtpe6srzujr
T+VKLLKgM9766N5iKvriqHad+U3aar1keefxHrpFuWcOb6Sw4gm7cIYy9wup2D2/te3K815T6Nwf
jz3o/qxSnrvt3IuvvfHGY8a48t5SLtn3vpCfOox42vdpk5Dlpj86Gl7fPfva891+2Fe+ArYPfbXr
3lsKVzsCKnB4CxRfJKJjJL1YEHDOiQ9lqHNB/jENgQuE4OHkZ8D2Xe4teYuf9wTIQhJu74ElhJ/w
xqdCSNVPUfQ7jQ1nNCvtrK2F9HghAUnXwjYlj3wSVOD7RijDF0JPiW4jGwV9OCQOYnB6mAPIBXvE
xUeAMIFJbAyZmnhC8P0QJEEUCxTXGMIVPvGBB+IQCeUIqSrGKYdo2iFJcGXESa1xe0LUDdvcaEQn
BhKM02LiEccnwTBGUWoiChQWaaWMfxTHR5Mkxxal/seIFqnxkYrcCRlDqUSwwQ8wjEzlJ0X4xTk2
MIEyvCNr9DMXKh5pPE4apAhBycAidhKF8nMRElUJy1Smz4GNJCbqOhnJV2mJH3V8Tibp0sUq4UaN
feRlGq01xGE6sZjH3KU43UjDPy4Sjr+M5Ss9WKQ81nJROXym7oKpSkACs5xNB82wXfPYH4xmevj
Z1BCyBQv9rB14OIPgqgpH01asZq1XKUvy9dIMS6ymwE1pwvNaEJtlrB/GW1U9jbamRpW6ob2S6kt
b4fL+2lwQxjs6P8yah+BEpSMABzmASm0uXDSkSqOBEq4LGk6dj6xirbBoZ+WqiUsos2UpZvepCw6
/qbkSVVGhnzR/QBKzv9ddSRmpCqgtFrKPYmVWrKrqiSPNSoIdc6fbxITXsLIIqVQKYDKvE8p9tZG
q/nPXUSsmeRgITa+jm2vgfMvrVNjlQFe6bLCqaOxiWtLYpqlNsV5s12ZuBtnIms2wVOssZkdL2tKa
9rSoTa1qV8va1roWausCbSI3tTfZvla1KYRkX+UVtmyyrZnYw/fcnvb2xI3tLcvVCnAlWszHpSR9
VMtscVkWyM1iL3G+q+QJEae1Y/5zoaezq141wILoYk6MfSIKVS3q3WqUt3IjWhzwfpjFn6KxVbGj
SeHQNl29oVCyM+2oIRGJ3XFOJA0ha6A13fF/qp816aig3AZOXdO+WL0owZeJfIyvMtW3lSmXIVh
9hR8N+li7aBC/Y3qSOTcEnvUlMhko3k1ik99BpjCYr1mPpWJTiB21ZEDViF7tZnNcibxxjWkMQwR
rMt6TjiGgzwr3Vbsnyp7DcXgAo+j4IbSZQrOxzD2ZgQJ/hI9JhOI4RPcHc10O+2JhjFjKTMSTj
3eDqr0JccUWZ6+TDuXWJvaysb5ds4mINrp2uwlBEyRTP5UaXzdwUM4Tt6WOTchi9Ig6sTr/Z4zcr
mcIStuIICdPPrhKabW4W3kGhOs6zMgmKnJ6shvfr0t19icR1Q7SXXr2sW84Tb6Um9IYDLVNY/gc7
yUNOEqaTTMNUs3HTwQZynLs1xLWl+sgfROSpPUrTHRs7nWRu7l/XqdDjXTjE/dI15NTcay6Kthah
EXeViHxhtJC73k4ZpToXXGwkxzKnotTktPkc05n+E+D49jfA91mh2RZ44SQedbeZ2UefthrOVx5g
wdltqdHMQrtv/FZUv4oe7bJ12KU8VGOxVRkw5ke9+PHqsq9b5Otyyr56nV+sZ9wqIM63OUXFL1mJ
WVjsWvzHGD+xxrF0NT2ll7+uGKpgW+FoeQu6bn2bjfvIjfRvKz1BdOa1pTJEm0LHrOoOH0V8vbYS
AKMkmwU9ZbS33TYtonjXXGbLuy0L7pmh/l2/vTU0vvYeuQZ+E68N9/fYdiSpLWs50XcifH8nX675
fnh4ME+4V9oqHhPJqemLprzoOTv0Opu+8qdPverr9PfVu/71sI+97QbcQP+9rb/vZlm+0Wk8Ltwue
z7invTWmnPVBXx22+NS91eH93LIFPxaxNru+Zggl3d9+U/i//fWf718/54nZ2ZJknUn50exLjK0SeK
o3WsNI1j1bjXcFxxcpouULifLViXdCBfw5t1K3Xeu56nbvVX6u4XHch1iKwmE3tisgxGp4tHAJ+H8U
NWlRlm+oVm4LKHe683CixmABJ1L7xm9Q1oODQoHnJihcdy9yc0cpKBuclmPM5mlEpkvR/udhNOZs
7CdlMniCvIRRZ9RhT0ZOiGeDOchmQXZRlCdizYZ9AgJa8gR4kKciLUgcyGZn2hZHEMhgdpWEB3Zx
EoWDHsJ1lnNAVAh+/eaFPhVjz7Zmb1aEUnhqWYV+++QRcK8h8YPV1v+Y6TPc2O7Z2RliFBtVnieeH
gGhkP8g8SMaDE5d8NViI58RkMAhLQsiG7OdtiOdCTKiEfhN5Z5OHDqVDULiHv1eJn/ZL1xZqbiaE
XZiGynZvBzaJguh14hSEc8dckThwrjiCBgZombhOMEI/dlY9N9WLftQnRrUglyR5vUeJcwRA2BZw
SEhshGRxZqhTEahhLliB0ggmo9SD/iUIYrxIjesGgtUmY3HGjRzYaYo3QRVogX7GbQYncRDYTnnn
JcgoC1lFOzRnanN1KAjyhmXVG/10eCRnEAO4LSHmQjb2OQ5iXsfxb2U4D52ncuNFUMnhWNpyVaUy
h0fYh414jZrmkZq4QwlRSRunM9rnYttHesh3Dx/ZkZ1SaUcFZlT9hMzkiTljfcVHd5iYMjhpDye5
ixjYiBwJiZC2PHm0dE1HM1DXN/nyk5qylN7xdorkXg4piloYi1bpR0l5jE5ZgF4ZG08HhMSCPjsX
Vp/Sk1+Zlmq5lmzZlrJ3XMCmXFgjfRt5fDDTlW5JWdQWl4qYewbYCVJHlwhYeOPm/gmsJmt4mZd8
OXCB15fA95d8l5LGZ5fQp3aJpZOHKWSCJo3/G8hlCsDlqhTov+XP3dWvi/ylJyIB1CtyFYaESJqMNIYD
WIfh5SwC9HT0eJqzEzwCqB6d8nngVY9rOWISSG0lFmBHZnMJZpFR5GwboGk/kOJTyGFLfWFJCCWIR
R501eIqhtlPL2BMxeGaZaZiDuGRoyJy4xnOMmUiHB25BVWNE555EiIuomHbg9J5BOZTNhYafVIpX
iZnh6XRBFX0hSHTnxYARRIwL+ZovF35lVRlUKZ0T6HXaWZQMwmNcKHNwKEgVZGn5uWnjp6H/uYsB
mlzlGYeOqXCBOGuqqKJdp6JB/naY0gal8dlvhPicNWqR50mNjHmc8Rail+VpAlqi9cmHg+h2okhc
8EieFFobcyekn1Zk+lmU178ABalEsajP7gzARAA+KKNogZVRYiI8CmjRuql21k8V8mM55iB08ZV
DxqmcGelF/qi+5miV8qhycmRidkIMjB9i7CligCojLClhCqoglCohfpxGEmRrqaVVqUsPQeRB5pj
1XKcZJWkyJJzQJWHAil/yfZsmiqpFtqipylZDrqaOjo7j6qqUAmghMeb1sUJXMoXiMqlh2CoiYCr
AGCouuqjl4kPe6qSc7mOpECoMASoyGqrg5CoksCryuqrkWmPlHlaPdUX30ebsZZU/OTXLuaqP2Q
rIH6rI6Aq70KrYfFFksApNAv44YDm6nM2JbstaqwoErrkqruGquQ/JqrvqKkj7Xr2PadVD6CFtKq8Za
r81qr/G6rwqrl+fHi8MBqwWWizNZCAP7pwVrCOU6qAh7qBu57mZWYIUqaiugICRUbrt16qx2L
soiQsSw4rUHjsqrArHr4lPcpsoc5nv5JsQEAG/TKs5PgsjKrGGGi5krFRrkPrCUmrspZpZSc6IGr6
RxD3gjaakKjZslz6s4TQq+T6rM66tSsLLjjALNEtbCmULtMk4ti87EdhGqWH3jPnIf5aQr2BLsyb

txfLsXYLfegHf1iFRPNX/iuf47e2xiOxaVU3J7iukZTdmqh7y6xfe7e1Kq50y7MZK680i7mVK6iT
W7fqia2aQ5tMen+PN1Zm5SMMKyBniyIW5owGJKbLNLXsKCQJJouHuJfOSbC2WrCRS6+9G7l3G7xg
y7FYm7CSi6+767XJq6ycm7UbGz5TKFC8uabeyEqvhGuJFazFGrbVx6Ij64BYCrfbZKdwd080qGoh
abzBi7TOK7zNO7zuG7aXm7zDy7X0a7xdu74I254hCa9PmqU0iJetyhWry7pHd17WOYZNRmnkS0eH
1FYAqqCPAbzO6rh5e7zwm78Yi6jFG7/CS7we7MGdy3Dd6aEqNovQ2IYt/vaxM8KKO0hSVMvADxhK
QhpJLsqt8Ku/lJyyj3u/IKzBOTy/O8zD9vq++Ku8HxxpHYqLg8a/oGZ1ofex11hsVuuX4vvEM0xs
Nfx796mTFOzD4KrBYozEaJvEP4zE9jvERky8SevE6hS+4ynDJ1pz+ypfLqytM6xjGHa7euqk4Luf
zYhPX3zG7avDIXy8Rby8HYzBSbzGvEvGa0yH+iANFq9jmjH7uirCtxejugoFBd/96YrAypzqiqq
pcK0O1zBxvq7aqy8e6u3F6y+jcu8CDu5kEvGsyxn4haqpJwQ4NSQmfo6asvCvJUzBYyCxKyuNRPJ
fpfMQaO9KPLKMgPN/s5czdZ8zdiczdq8zdzczd78zeAczuI8zuTcMtTMcT+Trl62Lk5QevcImKk7
ZUUncvkwwrNswZubt/lcuZFBz9dak3eIXCtyzqb3ztHaE+LNwQ9rpBcyxv7yGBMywItdpyod472
bupse79Dvb6cLdEStxY6mr5JGA+RVOYRqaXpLPoHomXMyC2dwy4NvL32I3tkKyr2L/wIVjgdgCdN
zBttvcj2ncRKyR95gcyySQyIUNOEPyrVVMph0jDNzEMsy2ws0VONlLfWgNIUJL2y1PhTkdWU1Ots
rj+NxTdopwGJwpNcnSrViTzka9CCZbSEl/98z6Q6Mz7e8wS5t1+W6/ms6lCe8QY+NJnKCjV+zcLr
ZW4nnF0Iqsv/672KbSJHWSZzrWd1PddwbSRjjMovTcQXvLSHDXnfZyWFXRDhJVIk8bAJLXdD555jM
qYgJeaFrTXfPdCu1jUcSUkF0vdsBgrxmzL56HcmgHY6iXXCagdpjvSVHyW4ZrdGTdtvUQRUe4CS
LJRw3Na2dNvJHdbuxNt34dvAzdkxbdX9gSmYfTWvUtzIVdi81tzOfccHmqdjB74tZZxvDVGDXXK7
klBNvdUaFCibrdcqq8ghPNyg593/nd6Avd8JhXf+XW7bnZkt6H69jNKNN1Wh0qlxseBQXdKdd0ng
5TrZYc+2bMbx/grEVc3PaPJOuN0sGjEd7vce+RXiJFnOdem0QOPeNj5dRTuZPKPjO15cA2zFJrna
QX7kSN5fA5DkTN7kTj5a/GzLnSvljaDisOzQ9crBDF3iAj7gjZvlT+6jUg7RY56sVI61XI63WL7B
Y66xbQ7Tlqu3A869NoPisqzlJ37MYV7lmSvNfn6xeJ7nzfvZgX7VeF7oc463nX3isMzmkNl9/YIJ
dk7Icv7llo7QYIllf0Mzf47mXh7nlpvIXfvKyCvEFivquOzolc7ogCkN1EzH9MnFUb3mAX7VJxKY
hCXPFJ1rnH7MsXzprJ7nns7ohK7oc8u+qQ7qqw7s8DzMmlBb/nb5Fb6dwQ9N54JJ5Mql6enW69bu
uaru7cHO5rTsvJTrypJuv+UO5sH+67+6uEyHcOH3HtaYX+5eKN+a7tS+yDOUeWepbFEcmrY52KNR
uiHX04d90/0Y8JTieWfZ8J0D4m0Y2nze7eFe8czO7qsO0bNO8cMu7HAO7nIuze2OcLhrlthZvvsu
u9KeyPku3p+775AoTTX21B7k1gyIlPsjESDSPCuVUpRd8whlPx00V+CRVE5l82aD6Pf66SAv8hk/
6EGM8QL75h9f8bMdje7ip8qlmqox1O68l0u01VPwniKjv6b2Q3+UDQ5TUCS34Q9GKMt8NMrHzBV
PH+C1H5z/ubqruyNbvHKDuhfzPForvdXbfFK3+wXpTqYBlBHJ4axTlEZ2tmD7PJCxqTVeT43XeN0
r/Zc6fb9LNYsnWU7389E9S2b5NTOM/o+b1hU/+1qHuVDC/jjrr6xfPWDH+pjz+z3/GX4qfVc3j/
WKffCfbBnexUPYWBpWAiS/qKJvfL/fkN5dUQnuBazd3J0vz9zfz4bfOaYOW6z9e11HsV7O3jH+pS
v+web+Lff/7PPp3dRcUdSXAl//v6nrDT3uXGl/xEmcnav/lddNnmAIAAwKCA4eFiIaAhQuHjIuIj4j4
CEkYKShZaZhGu5EpKWqplzBVIicov5uravnCuvaChAAwCCA6zjIL+2r7/2ZsVbgwm7i7oy81p7s+
K4vMPJnMG83rSI1ozR5b5tlCar9qMr4dsBUgqXnvuTKzsulzMMDY49vpqtrTpKjt81eZm/2enPL+A8
fOD+Zdo38KC+f6dGZTlYrREph6Ao3equY6qC0jcTcqqTOWThdIj7mcHdMVMh1IadCCfVxZiyTHmebe
1UTYil4lSV0+LZynCOJDeDtrGkRpqyXKZyKB7gunUN9Ag1KnVpW4U6rEhhqDpqrq1R7UrWLD8rP6
tavVrAQBhi2IFVVBrTRdQbursuk6mb2GnVy6l6/KmM38DnY5sq7ixYwbO34MObLkyRyFUq4M9TK2
zJpz/nLGDFnwYcyQl3Vt3wKaddw6L4TVMxLy4fl3wFKCuE1tzdpvTuXvWvDwp6h0chtVcmd7ax62MX8
/3pk3z5bTfv7dUtNy5rOe26tdctvTYXhqmdlzdw7gwYwyF//tnY56jwyejhuW3bv3/b/9vv/v/v/v/
D2CAAgkKYn36EpcaUegcmKFOB0dzXHny81DdghRZeiGGGGm7IYYcfghhii8KFGEIKN7Yc0pnmjc
fix+uOKLMs7oGFg+aRajNDne5MqOlE13y2SyAPkhkSa5OJOPO8Bml4IOhngjURbu2KRcWQBLZ4pPp
IcmkYktqCWaY5CSJ1ilc9klfUOwH5fhCaZ/eSEkzg/m3T5lOZNZVSlLssstV5fgV3Hp2kQHQ9Vndn4LG
lpRyidpnaEpHQvdWmmit6ck0ZI44appXlibgocJ/F8I4+a3NDQyZJjSTkWPaV2Iyqo6wgT5Kuwzhpk
nrG2Q+uQgsp65Dm3MgNssC/V2hysvcaK7LHBGvZpPXXB2pWqPNpEDT6bUcqqtplK+ew1N355raut
ivutpzaZs62sqKl7bEmulUusu+3Gq+67ed5b7KyK+posO8Xaau654YA77bMbf0+Utt9uQzxHPD
zJpz/nLGDaul.7yA2i6q/7yA7zr3V4YVs7TL/W4Smdoez6K2/HbFpMsJ2n0rtUqUWQxzHPD
/gFv1mzEntZssVE/g4oxquZuruLL8H7ULsr0pkzynjLnCrPIKjvNtb7MYk3r1E8XrPC4QutYadoa
98w2jkcHTbHEF1OMMM1DZ7z02x5/HHbbML4ddstZV7w3r34LXm/ihoPt9eF9k00u0ud2W7aceXdG
IYIGckRoXZ0LKeGWDWLppl7V1K1TuNY+PLO4N4VrttGaCvvo31R7nXXjwcwb8nFQf60sfowHvqzt
iwOs8JfOKj352c6L88Jc41aZHU31Zd4odoXR96ODmzOIIOPiWzanpDUXIZW5KO5++sxlbt8oo6yJ
1CfA6/F+aIQs60Woou+h3kLA4kpx5itOnahB/r5LZcVMCDxdY7CXmmKKI7lFcmp/2HogoFx2HdP+h
HuUq5MERcTBCbVsYBMG3IP0k5zWw4VKL8HOl/7mwPMrrUvP6U8MnSe01/Crhpk6YsBTCD4MzDI3/
HsQxDoHlMUsMUBPDdEH29NCHUORgaYSResB0YjzQeKhqAjGMIoRRFtsDaO086JgyPmaDaBzWGN8I

xzjyR41uxF4URWelI06oeHLsox//iBs6kmaQWdRiEbmIQhUKEpCMtsKQjCflCM+7xkBHcDYRYCKlH
anKTm1xkbPCYRityUUGYzCQnT4nKOHqydpgMJSVd+Ur6LTKVtKylDkUZRCDOcpaKESSiwlSe/u0E
k0QUSYh/hmILzexSVzO8oxdfyRhfJhE3dRpPOQRElRBGQyilqpJFUlUjbWpKesnsHjT11MzrtXKK
a8RlHXnJmzfVRi4DQqZkgmlPoP2GdecR5z6NWU7QnTM6nosPlrBjx4O6k5DObEw32TK+jHiGLFuB
y5miQiazaDRtdjoTPR9SUXLuTHrfxOhmDg+8qCUmw38ykUCuhgIudCUzwxdTW36vUlGU38DHU6l
rlIOrqwvKBE5iz6L+U028ROpA2vLQ/pDZaatKQn1Uhw9GlStwCUqXPJJ0xlyrmGpuZzNxUrBKU5
uoVe9KcIVMtHOfrQt7oJqF1V6lLbslaQ/pIUnPw0Cz2LydFQXBOubX0qOUV6Ta/CdLHYLMtTI/pE
jNQ1pJN661WhVRZJAVSwe/XpOCkaVLwGiGUJWxdD2tVyqKitIxtrYoc29bfoMeyRt0mRR922ahm
lqibvSxgD5tS1TqVr3rV0WB9m9mPytW1zIVRbB9rV9vitrbxFO5pgtb1Op2u1A1bGVDq6m4poi2
3O1savva3PRmSH2i/atRpYrZrBpTfPKNSnIHW9TUiha7vImvVrcKXqz+97dTJe9/IYtgJ9ootgts
8EQXrMCjimW5NgNwZJ8y17SgtpoHpuqkPGFA9rIJvhXGFF0TjOIUq3jFLG6xi18M4xjL/njGNK6x
jW+M4xzreMc87rGPfwzkIAt5yEQuspF/qL8ggkyGnzyycPyp4HHKCCKKtRyC3aNkP/2OlfB08neT
dpsqJ2m4JwqxgG0L2hpZWc3f+QxZWSjEJm/5ipD08j31xpEbTGm/T6Jykxxowz7fiZWRXJCcK1lI
OxNnaBD2KFBH6uA4zZfMB/5wpPkL6QcjV7dcHTBnqoFSR4NZIJKG6rSeFsFetgyh6Ypcqp3vel0
WdEQi+rzQGxfVpUUvlQlsK4pPVpSD7W4xHZIpyk8DgfC7meJTd0NZTe5E/car0KhEC2wLEFAiWY/
s6Z18u7mOvGaF7Galjaf4+tddDMY/tOF5fOmiU25tYWbeWQDNL09y9miZrratDm0G6+o7Zwi2uR
SdeaSJzv+tosVZD2cLDLO12IR1zc+ww1vIOmMdaG6nU60/ip85pwgOwbKokqefVOnktHCTzLBC/4
0cDc31I8N7uiNnd4261diptH5/nOJn0vDjF5b/Pepxvvic+85FLMDv+rjNB6Zxop7e8dlN8eL87z
G9iau/fm18XZ1X1+9Z7DFru9sfey471xdQ3s3kZuzea6bb6JKmWxuhKidNt6f+bZ2FO8Dn1eqwofvZ
N/l6tZL16UIysvVOa5ZHHKc326HdeMgTvbfArjSrCX3tJOu0UFveldTxPqa8l3qu/hGPMIexXuDq
rjZ9O3u7pW/bzWM38G1mt6hHIQ/oC7dUwKtXW3S3x2TgG3Tbw+efWkFvzReJWcogt83ykQ/99UKZ
O7720p+n3/zoa7/M2BfmhfvJpO4fffvkL7/5z4/+9Kt//exvv/vfD///4y3/+9K+//e+P//zrf//8
77///w+*AASiAA0iABWiAB0hrsQZDJ+M/YoWAPXN39aeALGd8X/Rv22dQDAh1cRc6G6+QvAqQgODVW
HPNmm/djyMNl3PN077F0cVZ3LxFwiqQ578IrzoE8Y3NGJ6d57/Q/JkNKWbYvL+QOWtA0WhaDyAFD
HwhrOziBF8h0hHZkKAgzLAh1/oFDQFLXarJmRXJmclOEP55HhRGUhSnUZGO4N1sDOIc0KNZBZ0fY
QiQIg1Cog2+4gVUoh0a2LLljhX1DQl2DckD4glFXOIzzOHz4NYaIiD1EQQS0P4fYL8HDFI6zOFqE
GHfYhU33dJMwRh55HgSNEhBzhPUKWh7h2pDOFcYhixHQM6exVuyR4OYOFHDbcIjioazQ+vCMjBBPLlT
g7aDS8z0Ml3EgZzIIB94iYE4hzP1IZzuohenQZ2ipMhocL3ajqlliisnRdXoh6A4QDiYPPSsUifRCQrL0
OLSTNUH4hbG0jJbIRxl0i5kXjGsYgnfYgojGhcHY410oPKXoismYbT11JjTQI/hhB2I3GQ0OG6lIPk
OIUrBI5j0ztWE456KIu9tCvomD9siA6BsoyVyFMO2IRLKIIyiWHLEaEHX+DT6CHwDh4qt2I0A2TWw
iIsP6YcLWZDjSJDHw5AKaTU/qI08pA4S6TJ/iDvnWHfYZoJzt4CbiIcfmYgjyY2maCTaE4N210IB
eYOv6IhUeIpcA4i9CEAds4HKmZqQ5iUQqqs4Ha9p9qQpYwWUKZRYqIXAiJE9V9Y/5opVFKTbaeFZvyIkV
GI8pODpSSSZGkWIjBWDVL+Ytx21Zz5IdgGZU5a1Q2eJKE2IVt6YJpBXcc6ZNAZixtOVZfuWRpyYDz
4UxkdUdWaYVYPZgph/UYcNK5lIaQiSpEmI7GSIDchTiw3iILB4JT3MMNGsnkaSIiXD8ibNNibv4lj9Oh/
gQAAOw==

------25491271609050140--

--------------00050204080006010703 0308
Content-Type: message/rfc822; name="04.2 the government's [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.2 the government's [_____].eml"


Received: from mx1.internal (mx1.internal [10.202.2.200])by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Mon, 20 Nov 2006
        16:06:17 -0500
X-Sieve: CMU Sieve 2.3
Subject: 04.2 the government's [_____]
X-Spam: high
X-Spam-score: 4.2
X-Attached: Xkxwj.gif
X-Attached: Esya.gif

X-Attached: Jotk.gif
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from mta01.mail.t-online.hu (mta01.mail.t-online.hu
        [195.228.240.50]) by mx1.messagingengine.com (Postfix) with ESMTP id
        E61FB26473E for <[REDACTED BY COUNSEL]>; Mon, 20 Nov 2006 1552:33
        -0500 (EST)
Received: from smtp.into.ch (catv540347A3.pool.t-online.hu [84.3.71.163])
        by mail.t-online.hu (Postfix) with SMTP; Mon, 20 Nov 2006 21:46:46 +0100
        (CET)
message-id: <001301c70ce5$673b6ba0$1cb87ec1@OIRBDA>
From: "Kathleen Thompson" <adamswjuga@3q-cad.com>
To: <AMERITRADE2@MICHAELBELL.NET>
X-Spam-orig-subject: the government's
Date: Mon, 20 Nov 2006 1439:02 -0600
MIME-Version: 1.0
Content-Type: multipart/related; type="multipart/alternative"; boundary="----
=_NextPart_000_0010_01C70CB3.1CA0FBA0"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.3790.2663
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.3790.2757

This is a multi-part message in MIME format.

------=_NextPart_000_0010_01C70CB3.1CA0FBA0
Content-Type: multipart/alternative; boundary="----=_NextPart_001_0010_01C70CB3.1CA0FBA0"


------=_NextPart_001_0010_01C70CB3.1CA0FBA0
Content-Type: text/plain; charset="windows-1255"
Content-Transfer-Encoding: 8bit

The five were forced into two separate vehicles and taken away Thomas said He did not offer additional details on
the incident but said it is difficult to get a clear picture of what went on

------=_NextPart_001_0010_01C70CB3.1CA0FBA0
Content-Type: text/html; charset="windows-1255"
Content-Transfer-Encoding: 8bit

<!DOCTYPE html PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">
<html>
<head>
<meta content="text/html;charset=ISO-8859-1" http-equiv="Content-Type">
<title>Vivian Butler Holly Simmons Melanie Foster</title>
</head>
<body>

<img alt="Yolanda Gonzales"src="cid:pQUfQxdGKCpltbvxIdOjCtpQEGbjxMONE" border="0">
<br>
<img alt="Laurie Bryant"src="cid:pQUfQxdGKCpltbvxIdOjCtpQEGbjxMTHREE" border="0">
<br>
<img alt="Kristen Alexander"src="cid:pQUfQxdGKCpltbvxIdOjCtpQEGbjxMFOUR" border="0">

```
<p> </p>
<p>
<font size="1">
```

Iraqi Interior Ministry on Friday retracted a statement that two of the hostages had been freed

Gunmen posing as Iraqi police also were behind the mass kidnapping at the Baghdad research institute Tuesday

On Friday forces raided Sadr City in Baghdad to recover those hostages and disrupt kidnapping and terror cells after intelligence indicated an illegally armed group was holding them there according to the US-led Multi-National Corps

No Iraqi and coalition forces were hurt the military statement said but there was no word on whether any civilians were wounded or killed

It is still not known exactly how many people were kidnapped from the Ministry of Higher Education and Scientific Research-Scholarships and Cultural Relations Directorate building Iraqs higher education minister Abed Dhiyab al-Ajili said about 70 had been freed by Wednesday night and another 40 were still missing

Some may have been tortured an aide to al-Ajili said but the minister of the interior said no conclusive evidence had been found

British workers shot

Five Western contractors who were involved in a convoy incident in southeastern Iraq on Friday in which one man died have been accounted for The private security contractors worked for the British-based employer Securiforce

A British commander in Basra confirmed the contractors were accounted for but said the incident was not a hostage taking

Company Vice President Stephen Thomas reported Saturday that four of them were hospitalized and two of those had undergone surgery for gunshot wounds

The British Foreign Office said the fifth contractor was being treated at a British military hospital for gunshot wounds

Like Crescent whose contractors were kidnapped Securiforce operates from Kuwait Its security personnel were crossing the border from Kuwait into Iraq when they too were stopped at a checkpoint by people in uniform Thomas said Saturday

It is unclear whether those people were entitled to wear them [security uniforms] or not he said

```
</font>
</p>
</body>
</html>
```

------=_NextPart_001_0010_01C70CB3.1CA0FBA0--

------=_NextPart_000_0010_01C70CB3.1CA0FBA0
Content-Type: image/gif; name="Xkxwj.gif"
Content-Transfer-Encoding: base64
Content-ID: <pQUfQxdGKCpłbvxIdOjCtpQEGbjxMONE>

R0lGODdhYAIgAMYAAO/v7wAAAP8AAHx8fOhZIqyMUDKvDA5Tc191v3Jv/Jy7Y6h4OmxChjWNiIO+
pfCtx3FU8IXCHVmkWs22CDAX8t7PxKYN3Oc9dD7M5V7viCrdTk60rxGR7zw8FzSUEn4eHRVvrff
SISLHAn8LPaOJMPF/aJBMbxDqNpmykx7KeZ8uCrfw7Mjh1/YE/zV+NXr12VVsfEeKVDFOJ5D6Gse
AGPqitmYacEyKtTGq+NqDtYZkpWpzey/5r0Ou384wBCQT8WCEBHzE5nAac3npDB+sgVPHotilEUz
/UjxNpPzLMAfLk7uhC5v2FBnsIJoTLGIxIJnVG8CH5v4ZOaZp03wOl8LP+6yIaXaNOA1+ylnY0eT
aAuS9NutoRS55RSGMmj4RN4cIB4BXWIjy3bGU3v0EseCifpoz3oRD+DrT/AFb/AA/AN/+IPr/
AIL/AHz/ACP+EPv/AIL/AHz/ABj+AAD'AAD/MQD/AAD+9AD'sQD/VgD/C/3+E/n/AIL/AHz/ACwA
AAAAYAIgAAAH/oAAgoOEhYaHiImKi4yNjo+QkZKTlJWWl5iZmpucnZ6foKGikgajpqeoqaqrrK2u
r7CxsrO0tba3uLm6u7y9vr/AwcLDxMXGiQXHysvMzc7P0NHS09TV1tfY2drb3N3e3+Dh4uPkpgLn
Ao/o6Zjriu7XAwEBA4jy8/WE8wGF+4+4X39BTtG5hP0MCD/BAeBKBwQEFCDvEZ8ndIIUWKgy5iNLgx

4zyO/PR9/CdxUUCSJz2GVAmSoMiRKle+dMly0L188hqtQ4cK3iCfjoACEJqJ6CSjiJAm5UlI6VCm
xpAC3PdQEMCqVF+iTFnRYkyEDC1+FCsTwNSSIBGRTas1LMyW/l1DZq1pFWFViFzPppzLVmzMfh1b
LmRrFq28u0137jQHVZDTQ0IfH22sSnLic4UsLzOq96lgwGg7DlZrMd9asgnFFuy81/PXwaJH0iwc
2G3LghhZJzLs9XZN1b7r1gZumzDtRIsda64UmTKj5pg7LZfu/B3l6VGr886LD63b1jJvegfdtjb5
tjVv4l1p3nzx390zAowb/P12xGFFri45W6NM/zkZNN9Eb/lnHEf1XdcYPEC5U51y0f2kIHSLKRbh
U0RZyI6GS2FGYWbJQbhgxgm5+CE7Iho1lcS5UujciSNeKNw/VR1W2ENUnbSRjTaS9p9srhFYVmw4
ucZfkO8J/nlejvINByQ9Oo50D432wDQIRLh1Z9qT5cUnoJM/yvXRlYAhtiJUDC5oYYIy+qRhhBxy
WGKIc6apWIdrtpjim3qWaN2ddTaIppyGuDloniqiaGeKdO0WEJm2celRPZCCZpdgox1I1pZlFdee
X0l6OhalqXUqamp9IXkIme5FKuarl0ZKaqiYzpVjkOOJCNmhMTJq2ZuGRidomxP26WdTxiaCAa/J
Ntgnicnqeqy0keHZLJxoXubri861ehxHWfJjY24w5VpruaA2+t1B4SQn7m5SwpfQrGGnNW68jLCq
qm33wjqaP4+WGhdYtd5l7pnYCqumjHjyOe20LEp7LJ3a/i4S7J5MKYXon4xOvHCvHbMZ47UMS/yw
yTMK1Juo9q1sqRferYVewed1aeq6sHlmYE4B1csyRZWqvFLQXZ46G7zvtvQTN/OHC3JvVb8HIom
XwzihcCCPGzIV2OccNQNl1wo1Q8vSnHXEAOr7dZjM1ypQzP9KyWU6Crko6MBOw20d0EfebN7sb16
Y8+4SnrY3mXBTV/KNrU7OL7kHV6Pz4uHhVWQCHsNNsrWSs02ylsj6vDJbWturMYbd376x3qe/SzW
aifKOtoE7ncSa1EOPZBwS7tbOd41qyfcQ/r+rarwtHGaqqkG8t5eSsjPfB9hUx1os/XvUq8zkhF7
DLvY/rSv/r3pUnPe8NOlQ22+rtCCnvHsXXPd+vgJvrA5ZytPN6V5GpUY+F5k5m6NjKPGawnVjjz
j93gJS/sNY82VnLZeg4oN9090F3Nu2DNbqSf86nIc/DjWPgWVT73tckxI2wfCdX3k9eBz4T3Y1D4
dkWxanlvWy+sErsmhRLjDGh/AMTbAgf4lujpBUe9EWBnHNcjn+3oiTtclWeO2Kgfqmpvyjs8VDoI
LpGILnbrm2HaCBUo2cnufRtL3fw+F6ivhbGMNwShGksXstiBEX/QMmLhJrc9ce3Rd0Iaoqam CESu
MDCBO7oKEkPSxCCGKjDRMwTRIhk47LGlkYLLXqj0oIWfNVqLjSIsYZ1oyKvxfewcYKCj/EYHQ2bN
iWMKiyUONde+D5KSdaB8Yzl22Yl9QYNovEwFdqwxTEEkI5jIZIW5pNGjZK6imIpYQXZq6cxqwqKZ
1sCmNRmTw21Ac5vgFIUhqRGgcHJTft74pjnXyc52EqIM7oynPODJz3ra8574zKc+98nPfvrznwAN
qEAHStCCCvSgCE2oQhfK0IY6IhAAOw==

------=_NextPart_000_0010_01C70CB3.1CA0FBA0
Content-Type: image/gif; name="Esya.gif"
Content-Transfer-Encoding: base64
Content-ID: <pQUfQxdGKCpfbvxIdOjCtpQEGbjxMTHREE>

R0lGODdhYAJvAMYAAP///wAAAO7u7gGXAf8AANzc3LFiHXuQyL/g+0wnBjP60iGIC+QZgGQU0g1d
056+zjN5zF+yz4CTqbEIhN63iDTcKoNxo5M1JIhAvJpGCld53DGmVzXKNlaFFrXYt5kkdiPNlKzp
8KRbBxF03bNA6N6M4emZZNkEZZr2vVEWdSkzZywqe8f7N2Qd3BMgM0kMf7VU1+o+
ajyHb4cdFqpPVwNds4prBBziMAMbdhdgx3onkFNXE7Jj3/pWa/wnO9XI/Dv2jg/aKSJZFQDphK9V
XVFFr4Um2i/wAeugbZ6kfyGsnAdlRPEc3SAp7nSDY9r00RZDhSftWTSfnN/KDLQ4gt/NsFrNyR5G
HoPzarQjs1xEhgcMHc9/bcA1bt055rtQlaU/pKCsaZqLD5RUBEFoepjCCehsMlb/AAv/AN//+IPr/
AIL/AIHz/ACP+EPv/AIL/AIHz/ABj+AAD/AAD/AAD/sQD/VgD/C/3+E/n/AIL/AIHz/ACwA
AAAAYAJvAAAH/oAAgoOEhYaHiImKi4yNjo+QkZKTlJWWl5iZmpucnZ6foKGippqrrrK2u
r7CxsAWjtbaDtLe6u4wEvr8Eg8DCvoTAv4XDxsMW8zc7P7PZQXS09TVV1tfY2drb3N3e3+Dh4uPk5e
bn6On+H3Wahi+MncMHPdawOAyMvr8SlEiP1PItQXz2rSfSLFixhj8Dt4Xiy+j3VQmroixO0ixosWL
7hq7+QQrj0CXAh6jiXy5fO3G3AoGUM0AhUj48Q/nmzo23wgaFNP9/B9Ch6rT 2D4JoG3FX6+fRNiH
ALZ6yA/HoiqOLGtjLtVrVQU4GbN6W/h/7f/2P/6k3wrEqhBW2wD22MFf8sPnUo0Q/mpeuKbWdB7
mzrmzoR23XVmpAMr7Yd1LQu/y0A3LKk+5rpqWuiiGPnADF6GNHz9mc4tU4S1/+l3TupYCFmoO1WX
lbY2gWBo19R9m+yhmL5z5waefhd30IVwz749fHhEUI+u/fHwC3b5CxdF5RmeaAVFPZ+3+2
eVJg8G8K5X4MwsFIPw3n0ow4Ve8bQOX0EPpOfYNyhpDkL22UDtEmIUIpnnNNuaRMnabrO0bn08Sr
lbYg2wBo19R9m+yhmL5z5w+eaefhd30IVwz749fHhEUI+u/fHwC3b5CxdFzN3meaJVFQ+3+3
srS9q/x/v2CN141mvX4dviLru+77YJm3JmAMVnbarBvO1WzseFVJ4ZTK
/QaonsIlOqijf0Zbo7O7Ordimfjbz1BryovkHJ6a2mRnabyKaqiTsllbVb6p6eWpVmab
XLeu4kflxSSSaauSBWMll1xo+mqwmRACC5ettWY27CFQ/kVEJrXVOtcntInuaeif0ypa7cdNhihy
iyFjnDFbnPZIKZbvgqzpD626+mV9ckL4JQQpfvvig6qay3QM+7878JORgswwHrmjDBZ7+7Zpmv
HVvZXn5ZHKHWFFFuFLLQqWzvjxoVyPLLHINfW6HOIPotyqGu7Ge2SlXoHM6c0l9tyuZh2+m7O/Fbn

75Y4F230vdgVfu+pR+MiSa+u8UqX17TOqUywtWLYsLBY0zkV1nEejLCLyOm7n7L7MrvstoLCOGqU
TAbadtDRxc5ngLSfk9jd5uodM97asVs3kMOftWTtoTKrItGEN68q2zorvnyWMQIcGS+UWz4a6Mbm
FfX1/pLkCD7Li5kXfO8tE5nu+Ueei677SqbO+OH5rd8z/Yvjjz+/PuMePXjO4is0DHAAAJOfAa0
RVjcO0jeANLA9CdRRBCdIwQpaEBILNMsDbHB+F0QFNb7oAhHSEKCZLAnHxxHCo1XQk6EsIUwjKEM
QWizGkJwhpZ4IQ53yMMeLuKENgwiQHTYQyL68Igz/NYMgSjEJnYEiRiEBAI5MUWZ3CSGVYzEq5R4
CS7GsBxgDKMYx0jGMpqxHFKMYMeyaDKCsLERb9yEFzMxxxYy0Yl4TAsUH2G9OB5kjZjwYy0EecVn
MIlwAvJftmKXvzpG5o55jKS79kiKNDrJdUJTon1M/jeloRUyBIZSHexqV7JFne6UetpfxxRZukXq
Sz98os8BrTPHQ+JsfrbMZb5SUFISvKXIdHPtxiZScDdxF6I65km+pii73NUc/UWDMRmKJqEkpj
14plxlYJsrJxE5DPcmaIcGQ2csIkf41Lp+KG2a8L+vKXkTwelGSpv1QlspXOQ6cjK9HHbIrNlIqK
ZtxKyYiSlZKbA2XR2OTWp2a+iFrgRJs4sfXNhJ5znZI1UTow2qrpD7rMw73QgP1YYxOMVrXS8nBdH
vdiqeoainwtV6NhgGc1umSiRzrJm/2hHMpmmraMNRVtFJSpR/8xuqA8VWeE4qsz9/C96HiUkWC61
/r6MkHRvwJQe0HjZUlxGL2cn/RkI0xjTpGqzjQe16DXXJjuaqDWUJRIfXH26soiWra7jvGbKBpPS
+R2TelBFnTuLd1VxqRCeN0vmVhtJNK82tVSk+mgOyQrQ15mKUPYj6D/xurKAEtWb69Tr2bAFWsXa
NW2lxRNSN8tXxu4ysPjS2T1ZFcHEGBZ45jEfeoyELvSpy4l/+yv0MBpbsRpueZKdrFduatn8mC51
Z7XpTM0JNk8eUHngRA4+oVnMZaESuvuj51k726ywrVS7mTxvvFYqt/HZdhW8U5+PfNu7u+UxuBc9
HP4yy7NzCnO7nTDicrVIybXaQqokHGZy4cp/uGlT2bnollh+UEGf+A3SsnTqksfyILjekLANMFp
iJOLRV4AGBIHGCFtF1weIT04SQ7OIlQRG5D7PS9xXORqa4X72fyAuMBAxiKCK8JE4dl3ZhEe14Tb
Jc9VJVNo+QXrUnes4WUG+cpYhuF768bbI+8xuNZst+ue7/pYfjMG5ZylTHx4yy7+c0D0cmR8/Zi
L8u4eMCFM9L0zOc+dyUsVSUejGUWaPkK8OJ5+mkNZs DWkRodPqo6+RaT9zEdZiJnGQ0y0FJlq4iEv
kl6Gm7RXqImoKnIazaNecyFmgOpHU/Kdl8a0hTU96iot2tOAfW6aQSHqHm+FyptWdUEJ2ete/sYi
1rLuh6K1vOm+Qll/QzsVMb0V7Ry19NODGyW2ebo6IL5HxFNupb0AvEVvt1aj0y5zEZMt62XbMdjP
U5UuketU6P3Mr+Bu9bVlqcnX8IfDzzazX4/bYXtG+dkDJ7i/d02JFSQwpOy2mbtIyMzh5rpx83Yp
UzM+bDWnuY43Hni/DZ5hxV4czadGpK1TqnIZcbrYEzyjzGd085rb3IzBxritdW4fxj51vyaHrsfN
bPJxr3znCv95tvPJ45RP2eXIDPXRSQ5FiEd8zH2uuM4NfuOn4wvqrR66jfUJ6q+XvOg737hcka5m
p3/8q02f+i1xbUCrX/0xtHYEI39eb2Xq/ljpqOKxvsnedrGKPPBm16/gC853qYO944BXNxLtfncW
Zj3nfQ/5y+/9b417WNj7druo+D56j+vytahmfOIdP/egb37DMGdx5RF9+VQ7WdfiRa/Xo47jc3/7
v94epeY/nfpq415620X3YaK+92PGi/jCliHIZ8+TiZPQ+rpTOviZif33qY1XiYa+69scvE7qLcEfm
c0zfdEPjn7DzxMdPXE7IT/96cH+EpbAvWtaPZzy65/eSt3oWN3/3IV4AG+FL8VzOKsVu9xS651X56
w4DqAx7rg2ymYFIJt2an5nYIgX0H+IH0VwAJKGPy9WAu9lsRWF/IA2EbgYHWBmxE52v3/uCBIFiD
lCaC8MWChxZmOjg8k1IzPtgTIhhiROh1QWdCNpiEStgIOCgADBCEvtOAC9iD50OBVHgfQig/7/dr
LRd9ILGEYBiG/zKC7TNo8ANmWIVk/ecTGMaBpkd4BPhHbjWHBaV3pHWHlmB+YQNHlKCHS5h/LxM8
O4gkagg/dbaZZgk8R7gdbcIRORboiEdihNyqdZnFWHqRSJlthevIYQfmhIWIZ+QjKFUdiAh9ZLoM83
D3iCigh2XZd0kPV5HThgcVNUGDNFZGOLmGhggcGFNSJded996WFpDRb8qNtQAFTABVODgV9p0Mc
2kJdajNbrKNIeZVvycdv6fVK0IiN/iLWSXclOCzSfL33fqJUb/xCTveXE8Dof+E3eZQ1XkT1MTcl
VNPUOidTjzKFUDO1h3WlU2ZFUPioIqOFSKPVH0s1UbpokD4FkK6zQ9O3jhmxiFeGjLcziZpojwgZ
XbN4V9Oij8lobeVkUQ7FkHSINiXpWam1WUqFkmZ1IgIlfRDZRDl6TgTWTaoFNvOYKiTZkhwpXR45
Xt0Wkidpkxo5lG7DXDsZLT0nWJdYVksUk0I0kxYUQkmJkStJlHvlkhtZkDe5h5plkieTUDVV
VlvJUAO5kF0JUVckllhJiV8klSWVd7anVKeVk6hVlgYmUG21OF85lmx5knpZlEml/mALGY1ChVk4
KZhmmU2+iBg3F5mSOZmUOXOuBn0K2Vm65lzSgl0z45K44lTL+JHCR2bfpV32uIzYZZrwUY6qUro
RY7PJY04xo8V9JByyQ9UeZuFEUePqZkT
9JdlIZz4gJu5QJu72Us2AX+FFArEeWvpOD7POYPHCX61
J4bYmYTGWZ2vIGADMADSl53iWYPbyZ2t4J3gmQjfeQjf2Z6RsJ6E0J7wOVbjWZ8RFKIJYyEDcUWh0
Y0MhIQDpqQyOZ+FQKCCMJ8GKqAEiqAB+mH2+aDkt2X7d1soSHuDAKAJGp/guZ4GKp8F2qAAkKGG
4KEHCqIiymYgOHIQGo+00o1uC/lZVRlJoSGaF7COIa/hEFzqg6rmhIPqhPqqqhjMChAdjhPWpldISH
WsQ8+9aM2DZkKlpL6LSc05mLiWaGR8I7iVihM4OldzaK/yAQGGqj7MmjCvqjg3CiZzamqmRepj
u2ibRdh6Kgcl0eB3vjmlFpFFePpPBEtqDhbguFApmaKh/qwgAYtTqgbUqiiECHLKgbpPqoE/eT
kCenRqh4/hVw9oZw1rVemlqMmHSOwwiqgDWJjqSnBiih7DeKRbKqWQBSUZV/JIphBCmjaCojRqi
JtqmuhqpveqrAUZZ1mRT1tiNSnqsgudfq1d68vZvf+d6qLczymNvngd709oz/lsEm0BnUOoVkvkm
e/Q1iN+npTIIhRXKER5hq0FKpiO6q7mqoYgpO9qpJioU464FcLYX5Z6Xcb6eMsqWx7mbE0Fcow4
gNgarf/aXnwkPtImmhJXVX5O2V4iOV6ioSVhjeUo2j6qBnKqMC6CAw6r25qSWIT1roYUMhKdYHD
hWdnsI51sMSVY91WsMPXPzxXrdJkZV8roT27ZU3z6z6OzQ6X0BLoS0aM+hgenqnjvaqx3boyELqYva
oE8rqQTmjA5rl+KWsvuKqcV3cWongDGYgabVTtV6ds1KdQdLidLFkTwrlFn5i+kjig32g71FVRZb
tDVat/2pblWgrjuKqyUK/rhiCrWOCq8bewlWaS1p9Vnf+GTGxXJim3s3V1V3JtCLmq93l3VTP+rVmN7lH

6LP/2LZpqZPntxMWGHHoGZ4laZMtwgGVuE3ME7aaG6fxNruJFllR+q3DNXqZ23n6yqxsh02JSYtm
KZaWxZXGJlLnWp2n+0Xhg5HOVYtZq3DgZnS8t1NAt1Oal73XmqnEt7vmpq82+7uxyaTUBpRO5l0Z
RakgpREQaJ4XaAmHq5xYVqddNKWxR79yxIdIGkDl6b6qkJwxl2X4WwkDLHa2V8AEjLtrtaej0L/+
m1h8BsCRgcBJ2ml5qMArgiVucEc3MEebA4ZHMiPMKSQcImfMIozE8p/rzCLNzChSDBLhzDMvxm
MDzDNnzD4ofDOrzD2snDPvzD9RdCFUM1xdIanWMwrhE6yEAElnEXBkIUs3LESFwxSYwsmeMSkEMZ
wgLEXKw7STPF3hM6EVI5E+M9mVPEcCLGW8M1XMMSTkw1l8M9Q9zGDFLGXXzH6CDEVjzFnPPGdP
ww
smLFaDzHWozGaSzIcOLGxYLIhMzIdRx/eMzDXiBBsVI5fNw9Q6zIdszGf2zIXTM53MPJmyzKmvw5
3TMxGAIX0hbJrFzClezGgjzHqRzGh+wworM9nkzIZbzHSHzKi+zHjRzKxAI7rVzM9PkIciI1gNwh
YZzJwBzI2bPLBcTJ9YgcGpqsy8NyzVmTyJdsTMb8zS6UNFHMzbhcyM58xYScxp08yoU8yAOkF318
y9acy1Fsy8QMzvg8ssh8xuScxBZzzuuMzQGtzp/czqJsztAsz0lMz6Zs0EGTzxCtXPs8xo9M0NdM
zgwtzNWsxtSs0c8cMdKsPb6szukc0SY9CXqcKxddy9vDzyRtyy7N0gayJiGNyqUMy1oMyvHs0HOM
wSf90wMizgX90nRixDot0PNszeh8zlBc1EWd1FDdGjrtErrc0xQM1Ddcw1i91VyNCFrd1WDd1V8d
1mR90tJQ1mid1uGs1mzd1pIw1m4d11wM13JNwoEAADs===

------=_NextPart_000_0010_01C70CB3.1CA0FBA0
Content-Type: image/gif; name="Jotk.gif"
Content-Transfer-Encoding: base64
Content-ID: <pQUfQxdGKCpIbvxIdOjCtpQEGbjxMFOUR>

R0lGODdhYAJFAMYAAP/////MzP+Zmf9mZv8AAMzMzAAAAMBZa6xqgtpVMR+XjTeoSiuB9if9J2wS
ssrKM0I8o4orZktPzg1Yb1S9iwjZI6bRlZZyCiSRJS2LswYlyr7uWvzrgW83MDwKMN9zaoFJ/5H
skNaSVmWNIBVhQAHqkPBz2bkdEpSfzPKd8sVtOMavG9/VadbUSkf35rg4QWPhn+hPvEtBby+4Dk3
8NVD+0d1aKA60azlozI4pBj39QJ8zisp96GiN2xk2pxeyvBmudoE+YaukA/50tvF5IaDDenj+UxK
LEdj1wBtEpDgCgdh6e8o57AjpVoEm+VEQZVlQ+cMOgh5ZvB/XriNlr7c+EM3ufVo6DgoS+60MAhR
deS5+ppb6K3gkX+ultT5zVIqavFZKoXSnUJKRke6Bj20ZP7Bp6eWL2Ow8Aye7Qt8Av/AN/+IPr/
AIL/AHz/ACP+EPv/AIL/AHz/ABj+AADAAD/MQD/AAD+9AD/sQD/VgD/C/3+E/n/AIL/AHz/ACwA
AAAAYAJFAAAH/oAAgoOEhYaHiImKi4yNjo+QkZKTlFcIFZiZmpucn2Zfo6GKGio6SlpqeoqaeXqqq2n
BpmwrpuyhbWat7O6u1y9vv+r+irI+3xMC5qMWOx8etzADJus7oA9TTV1teawsqE0L3iSpN2I4c3Y
6Onq6+jajbWw8M8G39OXOsvH494b5xPv39bjN8xcw38B+AgEq7AcoPoC2HBw9jpHsEDOHClhHGjR
4r6EAQVBxMfx4Dd2FZzKXoDnHSN7DQUqMihSpseOFTs6C0lSp7yaQHNCK2AmSiPRI86E
En8SFSmVpdWrWILNakSyd81yOYOGFQyUu14k6zU5X+FGozrViy1/l/HNjX7rY7gSsb+ib0y0/E/r7ho
cQ2bdGHUfxonwsVrd7HhoWoWoXm2T6lvFFdqgQL+Nja52WjJQj1/LMu0buDShAPJbr6rKr21MdqCg1+KtjyYIYN
YMBsAgNcJ0ItO/ch26sNwQ5wSADw2K0bbHe+texD5oRg6D6itGjjqh1cSDDYa5+S7l7pbd2kLLr21k
y3aLhl7quLH49U/Lw+dL3r1dbTw1bc3Bwbw+efL49mrz/AtkVst9sAwQoyHLWDVdIAP9htw+btef
gQdWSIpL74yHnncfHlVfTWfF6P5N5n0nmVmxgzXiYYYVIYWCOdOfd7HrZIn4ku2cu2gg+qSgq0tHbwBo
+pebkBoW/rLckbIZiJ+Aqhk4IAFBIvjgkEEi59yEwiUJ3HSnO7GgKh3W1BdpDiCU2jlqgncmZR5qd
ByNmdE6UJpqqYLXNMRpXBWRCLddanWJ6ZATVUnDpatRqYEhhwCIO4/RZlowBSyuhrsRGCCH3QKCgLp
pALaZp0hwGH45ZZUUhpqj6xpyuWYic4Y60zGzGqr1/slMiqrqqyoJ6iDAQbeoqlmSGVwqqAZ4HIbR
MetrpY0y+pyq0iKrn7Ww3tqntuCdw+23Pbg4CKSXAvursc196qyR5gLYKqbQfrorJKU+29y0Yrb
qrqmkAnuvwAHBIu8kJArKbTt3pskse3yRhu82eWaSb3t/jqK6q7QSURrAqf0K7PHHIKsiW3KMGEzq
uZ+6Kq4hYtb7bqqccYwJhbFK+Gu2zx6HiYRlAXaSrLEADU4nP4cc2KKfMbawgHud2mwirQ8qcQw
20zJzFrCi/HSvLAMVkAWyO00JKBXLTR02z8364mP3tbuVAnIjW0rYDE+e014hQrDKY+IYbOABir1YnBedNyid
efp0UZsfruUmoBkhFDufhJrFk5/8tFkSRTW+zvtIsvt51Ehuxk7864+HclzglO/d2rA4K/2wf8pW
12nG/tFV+fezzKZ8Leaoni761zyn6F5k4dhuqPxZIfni4r+PWjJVJuqFFncu6tl8EnITEsUIRDWC
S+Ki54mYDaj6xsrOp8odMWo17IGLAtWFEFG60J1rEA4CX7hb2b5SFA5/hgJLYcoGHtEkcC7fwZGs
1LO/8GzLhjKqjABtREAFHtAzcRGP4xhICRFicHDcQ9XKQKHecfha0PPwHCXr70FsHMTcp89jrYukJx
wgTmRYV0mcwL31QUFvEphp8BVNn0cScvjqh5h2OIGhuyphTmUIgoDOCfMMI7IhYRfSD8GwSTWDHo
LOtyCFvf55omxUZRkZCUCUCiT6+HW5lYKii2qK0l1W/thCN37IQ31p3Rg98S4W2TGIL0LjKD25oh7q
ED5NqaMfNbEfATASW0dU3wePI6xFRYyXTHMbwgTnG08ZZ3z3BfCAwjdUrp3plwmCZsn/5uuJb45ZAt

OTql/VbpSQNeE5bYRKUMvyPLt8SEMbajzBzBOc1rDnGW4WqQswZZQsEF6HOWS+YRd9kgZFaMP3CT
5zMt+QlMvnKH7nMennr3ScUcL0bQ48hemKcncs5Pjc/7H0bZODl11s5G9eioQoGn0IhqxQq8cNjb
1kXPD3ZtmFgbVT0PGU8CPVJwbztYl57ZYz2yF7J2zBCrZ4JkOIpFsN0USTmvmGSRmGXVdSV1QU3VF
/iSChs+oUeUgkRiRVfZ9TKiPM+k7mkfUspp1Q2dNq1rXylZqGLStcJXEBuJKV7W+ta54zate2XrX
vfr1r4ANWV8DC1eMYsWwhE1sIQb7CrBiA7EFnActHPtYyko2FJCNimI3mwjGJjazaAOtOCzrCdFy
9q+DtVPu3KTahdDRoX1Uk/Jey5MzzrF2hSLUnmgXW/7pVi9kvaxwhzeZ2toDt31srWtxF9vdGka2
sz2tdAfR1z/BDrcF3Chvs3vOh/gWuyXZo1PMqA/hWte35i3v8G4Lp8g6ZbiRNW5tu6vdm9Duu2x8
b/DUK9n5uve8xk3UMZFzU6SNims6jU0xrzS+/mV2YmYLVkTcwuTPTHj2sgGGL3rt293++mO0Gw7p
h8nL3eBpFr3n5R+JvRtipOyEJundsIftYWIOj3d5NLYxfvVL3hWbZkqzseTnWIZEYUaIwdtrYoUn
gbUiq8w6E/TpMGwbX9riOMY6iYrFuWzxcEWcyxVVWbYmzrOEMa1Mmp0v87yL2N3e+M36ZbGKn+vj
Hn/4xwqOHCApzEQEX45vCkYyNAd000h8Sc+XqsHlrNPIgt41wBlOcZ077GX3opi/MyZzfVkc6XOS
2MdVjvOIaWxmS1facJg+daYt/V8Yx9nMsDXNBDGkNirisxAEUMDpyFc5Sy4J1l178Llo+kxD/vrZ
E4/2NH35C2tKu5q9O9b0s2dX406Pec6ixrKWS52YbJZtKcOt6vP3OVxc7nFIfmBaVOSMw4KuUKg
O7Y+BcFEI9+y3hP7IL4TtjevjvW6y8YvprWN4fxyWtLMHjjCsV3wgEcb1KNmtXiPe/BttzkmKwbw
lWuMZTBnXL3BvQolJ0GuCqLOyRd8soSr40R47llm/Hw5uphplWww4gpoAq+26bzcVkd3v8jl7X1z
TvT0wvbozuY4xLdM8aJ/+xtUDnOHR4pmkpbt6VX/ixElYTCvyTvl/E5EqRwEqevJ/GoxpyLUNuhv
rax709JdNzJICzIHcl1DFfx6FZXo6yH/qxUHdzE+thebMJHMytgfgm1pyv3xuJ1wiRP0rv0Dklh
rrxS2MH7kiUhOsuL3eXQRKvbQ55jOXO28Y6vK+TwiqJUb7Joef1IIgTeE3AnqAQ2jUXp8v73l++
0NpjVKteD1CrUizQ5wP+17BWIEZAWGe+j7702VWJtuWK+LjZqiMoRtPa5zsFfFP+shws+umb/7Qm
Z/3TWI7yvRsaVNbf/Ptj73wuEVvK588/YRtdsKV9TvdgRy+/slQX8wk9VX93Iznlp38M+Ffkp0y2
xjW/xmA1V0m6In8CSH8Mli6ZsoAN+IF5lWfOsXoLwjVIA4Dul4Fb5H3xpBwu5YKYE2X4/geCNMgt
QuAJ+DQbETg404OAFchrHLR56TdQTGY1nndJuEAJjkN3qmBZTDh31VBphoV6asV8jwRBMnh5Pzhv
I8RVuUESEnPc3R4hsYIMokVA/NyRN7KEMbRY0hyE/sENupkCFYFNtL3ZiDCWHj4NVj9BVr+GHSmVL
kwCID0SAiwAkhTZVkqCIAkKINqeGYbQ6a8g4HUIrldgZbshKh8FqUDiHeqJlaCZm0VaD5/dWreNc
dJRQ0YWKb8gZFCVi67Qtr5VQyJNHHZVwcMRHQreLj6GLQqc8OcdHFgc8kPaEpBhXpoiHLgRA+5M/
1jRGpwR12bSM48Q4O7RmBBdeGHdn/sx1XNb1jVMnXwNHPDymbMdYipDIQ9+kSqroQj8EUdnUXunR
HunULXA4YwtXjtlmY1N4X93I9sIimRlbXp4jpyVjLaYO6anOBNlPPnDUAQxIZEUZphZd1hRieG
jfClZkFndKnmWmRWXHImhS/2jx1njAa5VgipiS/EjtuEUPJRj+/TTffjTfMoNIunkSYJWQ65c64
ccpIE/14dRFHhymJV4/mSuEUiaMRIxVxA9rkPyZJ7IUi5ABIqL0bwBnag5ndVmmZjp2ajplHc4
aZx4lLxXXR91O6m4TdCVRtfVY28ikq0oF7N4GbUYjNfYlnPZakFHlr/YcwJHW29IRZJAx5EUeZZo
qVgXtphmZZSO6XuNGZnwBJm7gASUQS6TmZmc2Zkfs5meGZqieSugOZqmeZqAUZquZqzqsqRKq2Zqw
2QiBAAA7

------=_NextPart_000_0010_01C70CB3.1CA0FBA0--

-------------00050204080006010703030308
Content-Type: message/rfc822; name="03.7 traffic of Inc. [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="03.7 traffic of Inc. [_____].eml"


Received: from mx5.internal (mx5.internal [10.202.2.204]) by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Wed, 29 Nov 2006
        17:48:03 -0500
X-Sieve: CMU Sieve 2.3
Subject: 03.7 traffic of Inc. [_____]
X-Spam: spam
X-Spam-score: 3.7
X-Attached: Cucd.gif
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp11.fiu.edu (smtp11.fiu.edu [131.94.189.204]) by
        mx1.messagingengine.com (Postfix) with ESMTP id BA4FB26C1A2 for
        <[REDACTED BY COUNSEL]>; Wed, 29 Nov 2006 17:47:53 -0500 (EST)

Received: from 4urology.com (stud9b6.fiu.edu [131.94.240.97]) by
        smtp11.fiu.edu (MOS 3.7.1-GA) with ESMTP id DJX44793; Wed, 29 Nov 2006
        17:50:43 -0500 (EST)
message-id: <017b01c71408$3e3282a0$dd656e9a@dyvolpe>
From: "Luann Wise" <brigittecpota@4v.com>
To: <AMERITRADE2@PAULLUCAS.INFO>
X-Spam-orig-subject: traffic of Inc.
Date: Wed, 29 Nov 2006 16:21:35 -0600
MIME-Version: 1.0
Content-Type: multipart/related; type="multipart/alternative"; boundary="----
=_NextPart_000_0178_01C713D5.F39812A0"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.3790.2663
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.3790.2757

This is a multi-part message in MIME format.

------=_NextPart_000_0178_01C713D5.F39812A0
Content-Type: multipart/alternative; boundary="----=_NextPart_001_0178_01C713D5.F39812A0"


------=_NextPart_001_0178_01C713D5.F39812A0
Content-Type: text/plain; charset="windows-1255"
Content-Transfer-Encoding: 8bit

I didnt anticipate it he told AP I was hoping cooler heads would prevail but we will

------=_NextPart_001_0178_01C713D5.F39812A0
Content-Type: text/html; charset="windows-1255"
Content-Transfer-Encoding: 8bit

<!DOCTYPE html PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">
<html>
<head>
<meta content="text/html;charset=ISO-8859-1" http-equiv="Content-Type">
<title>Julian Avery Isaac Hendricks Morris Horne</title>
</head>
<body>
Its pretty clear that the outside prosecutors succumbed to the pressure from the governor
 Graham said No doubt It was clear from the beginning what the governor wanted
<img alt="Clifton Shepard" src="cid:EpWYjCCbhxGGlSSjGjCKjKUWOWASznC" border="0">
<p> </p>
<p>

Willard Hebert we Daryl Cherry that Ross Cardenas come with his Virgil Mcintyre When we
last saw Andy Whitney it wasn't Marshall Waller. Then after Salvador Holman or Perry Donaldson
got to the Kirk Cantu it was like Sergio Terrell So when Marion Morin was Tracy Gillespie
too we Seth Fuentes

Kent Tillman and Terrance Sanford took a Rene Bentley with them to the Eduardo Peck. We Terrence Key
to Enrique Salas the Freddie Rollins over at the Wade Gamble

Graham said the charge of aggravated manslaughter of a child would be difficult for
prosecutors to prove adding If these men can raise the money to put on a good defense t
o hire the right experts they have an excellent chance of being found not guilty
Bob Pell an attorney who represents former guard Joseph Walsh Jr told The Associated
Press he hadnt heard about charges against his client


</p>
</body>
</html>

------=_NextPart_001_0178_01C713D5.F39812A0--

------=_NextPart_000_0178_01C713D5.F39812A0
Content-Type: image/gif; name="Cucd.gif"
Content-Transfer-Encoding: base64
Content-ID: <EpWYjCCbhxGCSSjGjCKjKUWOWASznC>

R0lGODdh9AFyAcYAAP////8AAAD/AABmAAAAACrd0jy0p8/fKkgbYNuCiBdfW6mB+arYqo1lGyo6
vrAiujNuQjeakuL+iUpWESdMsBNvg7cLeBNRNtjZl7gusqTrlsvahvW4XbRnDJLOQWSiJX6JMivh
OaVQXO4Sl1XE9IuFYW7xd4EqDaKx6ejfZHTb4t8Sv5OCxnsdFqUWa+T4DQiojmUfyQvgsI1ax4fu
LivttWfecaHFVaLRsRPJhgg+Hc3PnBrGocwPHPuBCzQtYCLTfJQqyvUgQs8+9mWpUDpjpw2qk5z2
jJun27yoKaAM+GlrWd0Elt0mMgs3CM/1eV1qsWPdQn8/3iU51JHX92p+Zhs4WW9xuoyNoAGyMyva
eanbJ23Nc2Wn0ZPGUV8k173N4KSJ4+RiWvOcnx6PXgAo3ZCrAhqJIZb8K7T/ACj/AA//AN/+IPr/
AIL/AHz/ACP+EPv/AIL/AHz/ABj+AAD/AAD/MQD/AAD+9AD/sQD/KAD/D/3+E/n/AIL/AHz/ACwA
AAAA9AFyAQAH/oAAgoOEhYaHiImKi4yNjo+QkZKTlJWWl5iZmpucnZ6foKGio6SlpqeoqaqrrK2u
r7CxsrO0tba7u7m6u7y9vr/AwcLDxsfIyAYwAwcLLXMMXGx8j8JysvMvQEBkM/S0ILPhdYА09jZ22tjdi9+D04ba4tTV
59uK5ebh3ePX79bq3O3n6PCI6vvQ+dKE2/6Zswcv3Lp38e5xy4cuHjmFD+kJbJhoYj2AFi86llcP
YzqDC9mFpHcIYUKJ90hWTEkNJcWLKjXGFMkv4UCZLMEF9AbxoSOXGIMKfenzJkV+OTSajblT50GN
OIcahRpR6UKpVZfy/FiyX8+r7aY721cd15UeWXpMSfUrWIdR5/l/HttXqtijQlW5nTmW7t+ZeRltb
lsU32N/gunqpblTrN+9XsWcPeRryslpPsoEh/6VrNqxVgd9MdsUrtCZTyYwXjbm5IUq/rx6uL9q2c
2C7ow3BpetU9V3FyzLSxHoXdWjDBM4ruPywZ6OJnRucthZwVLHWlshmsvD3dnnG9j34RHk8YsMvZv
eZVD/hSs/W3ypu05KtdpUG77tfacOp7fVnvxoTtxp16ADMnHH33WfUabdOplx95EzdUGkntm/Tce
OxIy6GBqEQJJ223eXjZUbfoRpOJN92IGn4l/+JTfXiBbyRmI940AH3UkaeqSjgLVdhNzPZ0243Xp
labQua7Z5/rjeeUX+Nll4mtFY1qjg3dcbjgV1R6SS+0nJFowQNXbjj1oCSZqPO1ZnY5OWaTmceNHx
JduMY+pHJpd4bhileQ0WyBiEka1Wp3B6rjmenCgiCSWFixE6341WAojcWZ6p2eNjhsro5HOYdmrT
m5x1dqedpLaJ1aAcHrkgboN+N+dmVKoG50HsQYZcmh/65CqLrG5JZK06WgTipMUJG6RJd23aoEeQ
ulkhgSmimSxOKGV0KFKsZkvqbcqO9I9KsR5XX47LcnprpYtOVyK3wJVn4LTMghvtt2w2Y++9+Oar
77789uvvvwAHLPDABBds8MEIJ6zwwgw37PDDEEcs8cQU/lds8cUYZ6zxxhx3TAwBlYDscSYEiOxv
ySVTkvK/K+/SMiQoh6yyzBGbLMrLAOBcyss6Y9IzzDY/8nMiKBcdM84tGx2zzJEN70rQiTxNtSdBC
0wwx1Z8gjfUoUfu8tdBfh6J1IUmHDfYpXR+StiFBg1w01G8LsjTZcQ8yd86EmNz23YggnTPff5P9
t81G25033Dr3PHfhdvsNeN6LE8744JDHrfTePBdeduN0m3255JXTXXnTmT8uOuSnB96I0qtLDXjd
lC/CuuukT9441nsfLrXuePPeu9y9GAx88274T/7vqwgsPuuDDE7578r233bzxx0e98vW5o1425py7
7n33/t8jnznyfeu9fODjhz/05uGX37ya4t777005yy9dmvyj732VEtfPPPPQ+53/qBe958m0dwnN0
XgGPV70F/g/96eusbAJMXv9v9ONDXz7a53izke++52ot5Z
6hdCBg5QbcWLoO95sZz+4MSKFCZxc/ybYQx92bnESzOHwEMe0C9+9I0OCLcIvTl37w50HyA9ObUjFX
+SgDbfh6J1IUmHDfYpXR+StiFB6hZKcSNbCE05XKZCRFM77q
sXB+VTykHBEpyEGarpGPrKET05Y+EsKQbRUMYSU1IjlOa6RijZcogBzmEk+7tGPBOzj+w54SlCG
co+HzKAmcRdFFppwk7EbZZhn2chkm+VvpRklCkpxktCspSEVKQiZWIWlHUYYYNI3lRTU4S9JxOYKhOB
oowmMHeIzTrmUFZjUUqmtCUzp9nJXyZLThJTIh3JhUWi8VuVWi8ip9NTFOou585zlzqqs5HQ 4q6M6g6Mg
Je3kh0m3hS6hS6Q5cNfQG3I3s4QylIuJiyu3J3l3v3v3v3v3v3v3v3v3v3v3v3v3v3v3v
UapSFY7uhNt75Vh1wsCfEAYNxyZTjextp1GAmuAKadAfUrUsxWVp8B43VGXjKgKMvWpUI2qvVkGdK

/tWqWvWqWM1qUnuqVVA41aEl9KRXu0pRXHjOZatbxVdJsdZXXmKhrrxjJ77WVqfJoq7yDCYszvpW
sjJNrpNw6jNvhjG83nGhETRdFSN62NttMHJgfWIRg7dYZTbziWYcLN+iKD2astNxMzycZ8cIPM/y
823rzOYVOyfa1422j5HMZVkrK9sGmva1A/3kan/azCDSE4KqDK4BC/jGTypviOEEbkWteU/dLlN3
/uPgZRs6XOrGUayvRGw1Rzk/bolSrt7kLjwDal089ta4hq2oUIV6WfGGErkGBK9yrnN7coXu42d
L3PDC072EjCn+eUvdsrbRsCet5vLNS9+6Uvg/gIjuJUPVnBfqQdNV3IUvtut3gp5mF/OlnSbpLWw
g8MrQC3WT7aTGTWUQcatgIKZ4pfR1q4r5qmL9NjjELiyud0l2YBK3178PpHE4bxxcDLMSxPeFZoWB
nOMjy7jGER4wG7X73RgDWL10FXGId7xfCOM4w7zlsnu1nFyDGnjE/03xZBOcyilXU8k69rGX43vm
JwN5um6OcZqFe2VYNhmKRKbyk61MRE7cMpY/LPR8+0zo5glahDBG83I1umc+o3fEd0ZzmQM8ZkV7
07d0TJqn1yfmB0sz0JcOZn+fO9fHmjm5ws1trGurWokyNKPELaiTXRrGV4MUwJs9rK3ZrF9Y/jdR
2ELm7P+Ohrgxcy/LL202a9FM5FuXGaPW9ust0jvthXG72zUFd8cyLW5mfLvcAYstutfN7na7+93w
jre85/2KcyuDq7zAN72h+miz2pue+rYFMS0b2ApOqET0SZO3MjKu8uw70WDe67+NuIyBO81sgEIL
uj5lFepMJ1ced/epEWg5Xku7tOqmqYkjl85CbviiVlT5bi164klO9Jgx9SBIRSrdjyco5Ao3Vqco
pSZydXXkmi4vhTVpxBG+UJZZnOf3Sd1dkbWe/gE3dPLeU5AUtSeG+d4x4P+c7Fz3FrsNqivJczo
OA+16pwUp9y9TndGdn2RcNe51P1pd7tn/p1WgFd4vNwlH7QryOhHx9va+y1TJNp3iqk9Jw3rjs6N
9h3vkh2fSccJxDNSHuxKEQnDm0P2uAQGWIZft9pnFNod3nlIIb13ZlJe65X/p+4pLiqPdrLvl9+
8sbEDK6qJXx0GV7o60I8WVd/w9bTedbtvKfngX/7qU+/57skeFk/W8zZ6xP7ovJ4xsMv/hMFaOz0
Zi/jnyfqN7u86v3UaBOLOX/LW7+UjCXnOmsva1xCvfvFV35E1xUaF3aVAnIP12kT1XbMBn0iFWKO
FYE893swZ3+ZZ1RHpGs7J0gqhVoeZoFdc3AjkXDGZyDrYoAJKG4Bl4IsiG7j1IlwmIAs/haDNFiD
NtiCApCDOriDPNiDDQBiEQjiERFiERniESJiESriETNiETviEUBiFUjiFVFiFVniFWJiFWriF
XNiFXviFYBiGYjiGZFiGZniGaJiGariGbNiGbviGcBiHcjiHdFiHdniHeJiHeriHfNiHfviHgBiI
gjiIhFiIhniIiJiIiriHJROFjbiIkBiJkriIj5iDleiIBLCDl9iEm6iIStOGRjOJojiKkHiJneiE
ppiJUHiKlqiKb1iJrEiKsjiLepiKnogytwiLRdOKuCgAqdiLvhiKOviJP3iKxDiMu8iLupiMuliM
rtiDwhiMwNiMyhiLtHiN2MiJz0iN/iHoG48IjK3oic7Ii+HYjeXojc+IjKrIjeDoi+XIjTwYi+BI
jezYjtl4j/jIhJ+DjPwIjeuYjuZ4jvH4j/0IjwMpjPVYkOmYkPIIkP34kPZ4jgaZjxKZkegojtW4
jL3Yie6YkRJJkAI5kBf5kQi5kK7YjA2pjA/5kSzZkhb5kjAZkAFpjCcJkhjpkhFpjhO5khBZkyPZ
k/yYkkB5kzmZkDF5lBTZkfTokzlpkEa5lOQ4jv44lDppklF5lVI5k1b5jy/IlE2JlGA5ix0pjb+4
kQ5plrlYlDWZjOhYkisZjRwZjdI4hMcYl/MIl3IZlnq5l0m5jQ4Jhtblul4I5mKMM4/pZjGJiEmZiK
OYhyiZhc6JiLGZmSOZmUWZmWZeZmYmZmauZmc2Zme+ZmgGZqiOZqkWZqmeZqoaZHSIrqYPo4YPv
0IOxmZq0WZtE2Jqu+Qw7+Jq7iR4B0JvdYJvCOZzAyZq6mZuzmYYO+eZzKKKQ/E+ZxICZk8OYS42Zy/
iZxBOA2yeZ3WaZ3ccZ3gyYfHiIp/CYTS2Z3ZiZ0/qJ3UyZzVGZ7waYeGuYTn+ZVCuJzAGzzo2Z7X
yZ7x+Z90yIpLiYvgSJZl6Zc3uZ6uZ+mZ//ao]7eyZwCwJsAOqFwKKBMSaCN+ItcSZX2yaD6+aD+WZ0f
GqHJSaEmCoqNmYlQKZMrqpQlV/vieIgqhxvmdl1qiJ3qjboiSF2qTLtqqHQpEMAqh75mf20mjMoqj
SIqiQbmjTsmkLqmpCdMhqj3lmkVUqlSZIaDiWd7mhQ2mVmkM+qhVCnkF9qlWmpqJmXXVqVqV
aemXbkRqmY5qeIBqqKZjqkapqnZIifX2inZHqkR++qfDqqnhhuQfGfIfqoiLqZqoqqnBqpkjqp
lFqplnpqmDqcA7CpnCqEnPqpnaqDoDoAPDiuO7ipmWqIi7qKPLqn5bmmPoiqPxiqoWqEtUqrsioA
uEqqusqrP5mqzligsDqdRLiqxKqFqGUmTwnqQB0qXf5mrpQqttTqEtyqtsrqr/jkIrVMJrD9prOSZ
oEborT+KhdZYl165rW4qp8faq7Nqrb5Krbk6rdjaq6Sqrb/KrR1aj2Y5jWxprmj5pGpOop4oDY5
ngZanni5rGzJoSLppeMai/Yqqtcase36rvI6sbzaqaNqr+JaqBbak3BKlF35pGCKrsvqGpZxOdq
niubiyb7qhi5k2G6sdOaraB6hBdrsRhrs6ZKr+iKrx8LJvYovBoi+XasjHrpD4qsw37sHG5rgma
l00bq+8arRlLsT1YszkrsaYo+AKrEHroyF50fiJoEsahBNJjETrIUrxrkK4sEyLlW37qhS7tfBa
tXZLtT67t1+bqmFrkEN7/pZsa7bheLQ8ubZUy7BDUmawqOrhoC5BzG4R1665cm7X2mrRyrOaO7VA
66T8yrmI26QH+bYru6L/urQj261IK44lu5ORC4RY67V8W7mWe7VVe6q2u7l9C7Zwi5ecK7Akm5NY
Gaxf6a+nW7RSO7Aa6o8LC7wg26/N+7NI2LO0W721W7O4i7ufKr34iocd+5gwS5/hu4XfK4f1271h
eL5ZqL7qOqyIyL7o24XwO4XJS4jzu6XjG7/6u7/827/++78AHMACPMCZCqgEfMCBaMCBqsAeaqUM
vMDHKagkKqXJ6adl+sAQzJ0W3MB/OqMjqqAV7JwZjKZDKsF9mZUVlcHI/inBrYmn6YmlZ8qfRNqb
t3mkG+zCQOqeETylQtrCuPnDgIrDOUzCBgzEV2qnaAqVctuGjuAu1ani/SqjCCxzD+0nFsNnD/YnF
94nFPVzDRHzEGizFVezDYEynVgzDZlyEJVzEWrzCDFqEJRuHTdy+TJy/XajCq6mbRpzGZkzGfDyn
zXnGSSymgLyfQkzIV1zGVYyeaDyoamzDbGykkqzDl6yQKXu0n6uUvXuX+2qhGNq7ysuynDzKCAu9
JzvFD/rGK5zFJoydQdzGIGzlsBzLuSnlXoz1sjzIzIzLtZhzdHXZMzKclyVESmzpruW
KKuydKzJLYmY+trM/iwrsrQcyNhsnNmsxzs8xK8sp0b8wQ6cziH8xbmcyOuM
yxfMyo7Mzb9pz+HauBnquKo7sNbcozRJuovbqv0czavLoqvLw7W8ndm80BMczrMsxH48xg8co6s
y3x8w2LswIu8x3MqwvJ8zo68ymsMwb5Muu2okSdLtoe7o27JvU0LptE70JY806KrrjzcoCDa0AJQ

ATrcnoIMztdMxeNcyJT80OEszx7NhBPtoLz8ziEtw8Ps1AodqMEsyl150LsLyg7bt3OMujAN1l39
uP/M0DRs1g8NyQ49pvhM0WH81i88y/C81jqd1MO81CLd1G5Np+N8/sxT7cKNXM70nM9Ru7rL/KVK
K7wFLbbqKtPOjMIyW9VpHcbbfM+UDc91zcgRXc5xjdEU7cEi3dFHbYRLvcFWfdonbdqP7M5zTdUO
7dc3HcpYndgpSsq3+LiNi9in7Lyou9tzWY05zNEkvcqV7c14+sFIDMmtTKY8vdx/ndMkfcglqtom
ndFyHdojPNhxPdQVasc4utEITIpQTJvgHd6iON7mnd7qvd7s3d7u/d7wLYVhe8eezYfIDdRS6Nxl
eN9aGsfy+5forc307YX8LaX5Xd9OWODKXdF1ndm26d/gi8JcWOBJSOEviuAXfuBayN/6+dPBLeB
/eBZTZKYrNKI/v2muG3isn3FqlzdO23cqUzcDSrdk3zZSN3gNQ7JMQ7iIIzDOu3goH3WIY7Wr43h
oZnSIKnMPhm6EB6moWWHu7DxW3gUx7UMczAHj7ZCx3lNv7hN67LWS7lClrk3kzlY87jRn7k+pzb
ADudTM7P9wrQCW3j3YzNAUABRc6eYd7ldY7dE7Ze17lXp7lUP7ng97lUc3Twv3lz8mM/Fq/T0vN
Yh2sa+no9RvojJ7ph47jZ13nZ57BtdzjYu6dh77WaE7mn07oidzLNSzoIo7kITuzktJ24ziqnjonp
XG7qhf7pWj7kp87iqq7ovl7lCozpw07sns3Nuo7fwV6bXGrY/kvuuWo5vFL55L/e671O46ge4n2O
0cbuy7lO5ELe7Hb+7dfO4Ni+6+W+1gEOloZZv8Ad7x6J0DbN27Udi8W87epMyJndxelO5A6e3Hnu
5xZt3G9N48bs7Tje7zlO3Lsb32po4Xop8a0O8fII8WCJ8Vts8dgI5Jqp8Rwf8iI/8iTf6N4tvut7
8uLp2/mq8vg7oQaLrC5P2DJPv4SbiIb7zP87n2St8I983AM9DSPiQ/PmK+6xDt/87X+lvVusAn7
t1kduKas4vrq2CvOvEjerJQu9Yct7/D+9IL7yXHK2//s9FNf6foc0/de4mjf9swK5+M99qEsrGAP
p4ot0DTd/pa07rSWTOsDWtZJe+Ltu7zTrvdincyPvdtNTpJ7X83InLh/j6Eim+RanbSU/9jpCs2Z
v899L/m6Hdvj+rNNbvV0/ORvPpVB+5QHrZSYr/YD7bZj/bJQS/qhL+eK2/Wsr5CxLumk3/uQK+2x
Xfigv/SNX9aLb/t+r7a/T+/H69JNT7hZD/WvX/cE7fqlD/d27/ib37K4D/2zPtuJj/17f/csjfhv
2vo8r/2Tbv3rL/uTfvfFy+blP/94b9OFHvkv4Z6bowe/y0v9XfH/+AICBIQDBYKEBoKKKjiHiYY2Li4
COnYCEmJeVi5yZkZ+cl4qckp6Tk5Kpmqesra5IqqaadqM/poq+hiLa3jbSgk7agos6qraGzwM6yq7
WZz7StzsjGwJLf2sO51caLz8Cy3s3SJuNPSvO7b2ruP09rsy8+g5OSCvfW0tNjyoPj49Oyn+qDxQ4
e/Qi/dNV71m/TAFXHQRYbx1Cau/wVauYSBbDhL4CPpwIsZIEJbgK7rNILiXIkOdCugzVb6XKa9Hg
2byJM6fOnTx7+vwJIdCfHoESLGv059QJRpEqbOn0KNartaq/qWSrW0rWOKNetFrULDcf0lKNqzYsWRrK2ML
9ubZsCjTun0LN67cuXTr2rL6/evL0LDgw0YYQLGz26MOLHixYwbO34MObLQZQW76M+SmA
zZw7/nv+DDq06NGkS5s+jTq1Tu27N27m0a9u+jTu37t28e/v+DTy48OHEixs/jjy58uXM
mzt/Dr00eHdl/fT269u3ciO/Lg949tbjPJyWcvd/s8g8dzoZZf3Zj+D+/fOLhN9f3/R51fyW2+ePO
/xqA8w1IYIGPHWJTN7gKp/4CgODH7TIoYkKV1ijeiraA9nGODOO7nooQLDklblkZzf6EbbY75W75se
7tjjLAJOd2SYLoZJI9N9jlmNlmmVaOGQSOu5ZPpo+5j+oYOaOGNN5xwk6CpY/lygCzvm7PH
/tbt3B/GE3eM7M7wuA42crj0/t/TFRjKJKZ2OOuqtxzFZ5PC+PC+P4Vvs+7YfgUc1rl2rO6g8ac9ddp
Vz02oQxzfW3VW3apvLNqNqVfm11uuCNCGgeiZaZa7R13fYsqcNNbl8fI7MqddkeeCuCdWFSFGMFM7FJVYs7m0k3sii
MtF1b313OfHLaXnmvV3u+4dhCr/n51bcqrxnnxb/FbYQOOR6RAyni83u+eubnWR88tdVjbjOnfn
ru++eubnWR488a9dDiLzs+l2ee+rKU48+rY7KU4821LTrnwx+9+xdX+m948/5f
Lv/z5qPPftTnP3P3jz+74/74TtuqzdDdqfH+rGHr+r6r4H0i9Cd+8Ti1cHL47kNMm5JN1hf6xVj6rutr1Xdm50
X94cOD4PfvBJ4psaBjdYIuOZMHM4XzH0/rGH7D0ceXw/h+FBNmcmdUh+GWY7dhg4qT1y1WJg 
JYjC9+GvzaEpMIgV5b0Iqqm+16XtiE7YUYxScvCz4pWpGDceI9bzvr79yc5+pppzQsFtoCI1lweGYUJX
QvCx0YuIKp8Tt1eHFFPHH4PdGj3vdSdtiZSs+dyyfmoPyssFtCGMHmBbg+FP7xhtADXSJvVGso
uQxMznnNbvJvNIqdTJ0V5oo7o9tQgQhFF9ossord+aMHByUurZzwhAF+JtwugzHDVDDv/n
co6h3CQugfc3dqlNmf8TV9O2O2VZxnPgw707SZ9aAjzf5ETjeyMq6ZZxsunN1XQTnLXpZZjjPic50Od
7GynwCxZnhdjMi46dwcmZPJvKqabTblThfzSRuAXjN++pwNxxVqYnHgSJzgCbQ40G0rNAn5RORDl
48rKGcQ20kecC4XZPgMazVeuLYd7Wxss0dbLXpeWNLXMMzaS5nKEzHLQ5msmwrixa3ZTFQ3l3XSXN
IkevwgVupb/6pVALFZFTZlHpWZKKZ2dpgUf1Gv29aMn2s65z4sURMk5CBZZWDc5mi6EbtwqC7K
R7NGCo2YjKSy9hfVSVp1gFy0ZPmWh1aq/u60Az1qkQVmVVK5rWgcvXjV5XY5XV5PYSKMYKVDCwH1+hX
hGZPopDdK10raFjLflKKEehWjYy9b2X7iR4aThCL3yPVZuZJKWr2n1moquekTMYpBumLumVhsY2sxK
VnvGPGGKWtaJCrvplPr8rWDPatPzeh2mb0O14Ql2Q2Aq9Oplrl0f+ln1Xu2a9plrfN0i0f+pbG6
xw1kcac7Ub/ybomgPSgWKkzrIR9o2s3DUIqrA21i3NjK7yE0iDe3ny/rl+sbd3WIXIXB+rKyN4J3UfjV
L3kRa+AuSfi59dModlY7TTKYmNqecNGCCHZbh/qrylLCjm1KpatTm+ZKXLwl1XUJjMMyloS/nScH07x
i0fJWBB/L5lK3SxSO5njYspyIsKF756M7E6PcjPJPN7N7YNps8H/giGpUrrKVr4zllGt5+kxaNC6

/FFU+mnK8AkZmf1pTvdYuKDpheq2OpjQJbM5zhcN82kO7LEn+3PNYPZuftt8On6uN5py/jOdjdYr
MyO4rWdWMzKBGTXErSuqxiwpj8Wcu3GyTKQqbfGNZedas6nrbVC75blE9eljDrdbgOvh8119Uk/X
tNQ4vfRQ8xZToLoZpUV9LaxrqmfzVvi'cRXuD3vX2U/qtaquE+t1bUff9c1xuIyMrRbNONU9ljDC
WIUrn0/b7dK+N9qbxXNai7xW6Q06/kfz0qPnEutBeAq40vDWIHsjqVn35nvcNiTwtSHsX+cGnGx/
Da/Bp7fvZw8btDwE+IMPGW/rZrTXwZ0tKCMeXdWWrd4Kv6SBW+Q4DDu72AJP6YAfzeKLn9CzglRz
kqDq71Wb0qfE7W/HIVnaM4L8x3f28Xd5KFZ5Q5fR6D52HyU+dIZLu9zM9TP9yMjx/xac2+t2uIN3
2PSGM13ijjz4sQEt22G/W9v21WB3b072Ok5duoDdb78lmfSlW/vpDV6m1Nk+YerC9uoNlnv9+Itt
gV+7llVE+tpHnFQc3/uLFXflqfBK4/kWd8QrNqXjZ+1fGztR15tvfKtjt/OXw5ik/onk8I5mfmtX
v1hIJdZkpT/9aHw3buYE2m3SuJwwc+ur0RSt+j2Djft+6T7RwA++8Y+P/OQrf/nMEZChf3bMvfe
OryvM/TZo3br2xvhb56zQ0HmqWXf8/rjb2uh/bz9wzrN9z2Hpvkjxpvqk1/+6e9z+b0f0frrf5Hr
//b7Eb1rOoYeS6VLk+ICvKZ6nddpwjRke5Q2seZ6lCdrIFJr7tNuDCRpRJVqJWZi9PZSIfcnpJSA
s6ZTweRSyzV7IZhL7QJqpkaAMAWCHehbo9NYc3V1ajV4NTRePpdgYudsYVRZl6NWP1V0TzeE1xJ3
WiddlBVg7KVV51VWz9WESveEIJTbTTYXkTXZiOnT1gHddQTdOaXbIB0bxTEcoAnbsrGb/8Wcw+m
hLK3Xk2lQ30necg1hQ5Ghkn3hVCod0EIh0U4SynXXRZkIkYHW16oN6zWaoOChoz4VYVUhDUXX/mV
UqLXW8zWeGzoVJAUY5kYd4TIWo8kcjuGc06XhHYke9k1iBb2T4foboOGYqbYh0C3hhDne1iXWiw3
P0loiwZUh3znWz/Iimv4idaFiw1HVmQnd3vocT7WihQGiWUYW2n4dmiHRD4FiHyIXsxDjePFhcrY
jb/YhsU4i1kHjNZic8kIRaqGaZe3gqRYdnhDYwuIiovoYYYTgabXiaX4cirG/o06NT2Jy+OJ4Kv
J3ow1Ex2J4MDuY/2CHuYKFo91JDEIGHzGJHMh3z0h5EbyZHIUnwdCZIhKZIjSZIlaZKGpzPCpywa
iS+hAjsMBS1I2H/RJ2P2B1Itg34z+XXc90nh0gMyFXd4Xwt+ZMoOJROJpPkd2dphn/slon5BFDi
Z5M72X7HES+T85IJ+ZPYhDID2CKIxANH6ZFayR4ctX8o+Xy2JzEHcnqc5DaclnpCpzdhY5T/GJfo
aCaz4pUeqSmuVYnJsyIriXop9DjLBS5u0oCZAjnGEkvG5T1tSY+c9YAuFEAklIgI+I4AuZZ0JVpv
tY0oSVbchVZhBE8rKSzJ/oOU1bIqBUgs8UIsWBksdfItzcKGrEItMSkpz1JbxkNlVrdYV5iDxgiY
83OEYEdY1ThWdEiVkycz06aNFscseIkm52ItUTKWwrKYzzIsuCmdo5ad1Dkuema0SKTvWiNP+dZ
UUdvcXRVzPhmGJZpnpeHxvhL6RdkQaWO2xmde/kqGkKIC0mbh6KIBUk19xKWHBig5bIt8mYAYqY
2ciD+PlzKpeWQDeKz+kzftiL4zhQZheQTaJedag5ckpuUKUROkmBLqaD3qatzKeuLI6DMosKdou
A0hdY3iKxPR/Z+ee+cmT4rah6hWH+uOj1dh2Cfqim5SgtAKbKFpHiPmg/kkankClKCwKnjI6pU9a
oyfXmwcWjTpqc8l4jmOKTw+IYymnY2YHcgTqQ2WFjx3niPtZebRUkGKhKdJpxLZN4WpQ3zKn3kp
Jbj5piyqiQWYmGBlEXdkiYm4iCGGpqR2lgQzTxwplicpkpNKqSxpqZvKqZ3qqZ8KqgYimo4mquCX
UBpZqTBJUYG6ldJ3qh+ZTT+VqtRhqlmULMTiLgGU6ipHyumqygoTrs5lb8RlUMplf6XccbGNLWK
UWPGl/fCpHKqpCmDWtAqpd0nnSlJq/knl2w4N3epiKIEaplpa3DpM295aS2IchroaWtqhXE6moNJ
Iq63JHpJUixlkHMp/p7Zx4hZI62uZpShdjT9mswCI+y9m+UeI12BW4RikyVZINZdZEMq0fDGXgR
e1h3ylNVaprLkq9Kaq/T2qL0Gq0hC6jYaZrTcpVbZ7HVqW6KWpyoCHPKOHfzKKuQt4vMOZoKm7M8
6z/HyLJNOp1aipdAcrMou5XVwpAjGp7dyaozyp2vaaMOa2xjB6E8yFP9I7MNabOPmKudmIsZ15ht
SkjwyXlzR7QgFrpiEunqlYrKoybYpliljC7VM+6KEKoxqiHEwG4gnt4PqmXBnR4vk2Hf6pqh75487
m458lLbZ+a4A8ppuG7Uam5v1uilIS6L/mqTWWZ78F3bVE3WhKbaj/gt3gVtfQcijRKpe/Khwqhi2
sOi5lQul2beylmui/wq3/KqdMTqO507q5Kcu53R76mm1vdMkiptpYhifyiZDkQeU96pxD5mw5Saw
XzuRcqWPhyq7tOuXbeuYEqqr+hqwL/SrPtm0WBqu1eti2vs4ROa8QlaC4stOUsYws0qsmjo0odpR
zIow9jtaC4O/+ivAA0zAAnMGBYzACazAC8zADezADwzB35d/yLqc8ceWZokaAaDBG/wZG6zBpcHB
nBHCAODBJewZJRwAnYHCKRzBWaJAfwaVkYrBXqaTojHCN/zBmzHCoLHDOMzCPJzDJBzEIbzDISxP
PJIcttpQ9LS//iA8xE/8w0V8wkEsxFFMxVNsxVkswsldsxL+HauSqgHpqS7SGsJDqrk0VN7dWcy7o
vmeak1K8xT+sw1wcxyoMxaEBx3U8x3UcxffXmel2X2fIZlVMA5vcVvnJT1buq0rbLzlxHxsx3ycx1W8
wnGMwns8Gj7cx4Q2cPiWYY/MpjdPLRNPGnlIIhp77g8VLGkTswZb8yDZMxZgMxcswqwcyZlswQoY
R/cqyAJ2IisEip88xnvrmMipIafRwzlcxJF8zFocy628x6sy80VnHhne3e4ja5bs+S4iva5yDlZ
xXr8zayMx698x+PMzOEczVKWJxspDBcsdgcyF07XZIiobwJ/rpVB8voXMvLDM4ADM7AonM7M7S7IKj
PJE892OiOKeVKYOCi5C7hVtIpcbsV8lYTMdY7MySPMuUTM6OHNAd7dEfDdIhdLdIJTdIlbdInjdIp
rdIrzdIt7dIvDdMxLdMzTdM1bdM3XWUVvRo6rSVdOU//0RLki+54HlZUsTc62cdSyodOTfDllq1k
eZ1PLbL+689wnNGPvNEXDc04TNEcjdXiv4jRHJLMdhDcUmPNFbbMe3kdS0sdawsdRevXtOTR5yPTP8
xF262xrIDMlWPMVoLc4A/c9rzdNCDM6CPdaH7ddz3NeJfcV6jRtfdUZPcuTfdg+vMzKzNFn/cxZ
XNaOrdhC/g2sAzqz32uRtKV2X5mtEjm+ITg1u9rWhH9J3Ynw9bfr3Vx0Zj3Sj3Y/nzbs8sbT/zavA3E
v93YYsggzXr2HYsU3bw/3bi63iKuX3iXvj3Xvj3Wj7C22WCmsa4W+vnqQKcukq6m+2+ndAuLZi3d
r13bhl3eub3Ykmzex83YxdbbfE3RubHC9A3cn83FbY7Y3e3I9dsVzb8Z7c7e37bOn3d9S9rLTXrdSmul
ekajUf3gUI73RiC3ce63Yq13zcH7zfxszXGXk7h7h5/3eVx3i5r7bav7h3TD3hJD7fWL7exI3cyy7gm13e

IO7hQUymyCM7dKAus1dm76wvheI2np71N/63cJO7YGH7i/sRN3dDsyskN2fid38hN1k1u30ke3Prt
yPAN20sO5e1d4S8O3ESewgYe1Dhu4/u6lArOr2kW4e+6vUL95Ube5Z4941y+4YNt5x9e3Xru5Sse
5X+u1FaO5QPu5WJ+3nr93JmN31zO3Fl5q3a5jD6tpLe499910s61WnLqzEO4jTu4n6+54JO5aEe
54Q+4su94Zwe6KjO5Cke5dEt457e6l3d4iz+4ppdy+mb6a3Kmlrq4L+ba2RZmE62pbQ55CKO0QDO
56H+6QDt6ubc7JcN3VKs2aeu4qmOkfyN09v+HNrO7dPuHJEt3+BO7uVu7ueO7umu7uv+IhawfFQN
wJCS/iyGM6fQuZ5XOaAcSO+Xe6J9y6j8zuvUiq5+uXGJmtoRPu+6Cyn3jjn5HqeK2fA7blyO0oF/
CnNtuaiQCe/40todn+M8jpQcD+RCC7mDLC0gH9USLqLanfKgveCNK9etHfAvivJO258aK/M3v+l4
q0AAX2sqXzExL/S92u+PrrQhH976qvJH/7EbD95wTum1K6BPy/JJa2YmT7fq+6fGiquAWeaPzuN1
WqwiT/ZpPvM0z/Q2fuCqtPJZ/4HP9PQ0H/XZPbTRWfM2T/Rlj/d37+ZI3/dZf5Qem4J0nx7/Sdfz
yquIj/YLr6CP+5+2Of1636+Qf/Ynf++bnrvRaoXv/qKgQ9+3XQ/xJkf1k7+ezyr4gN/zlL6npv1Q
ni/sHy/3ie/Uzlet3H3gkn/w3o2tbA/2ma+9kdY1er/3bV/1TuudwWr2RanwqZ/577Lxfe/xLV/0
qX0tae/4RR8itD/7CR35xJ/z04/y5lS90W/1de37eD+blJr8SMjzeV/2WKpNwk/+Lg/+6e/2Xg/p
Jar9uO/7Fn/y3w8IAIIEBIKGh4OFhoSLjIiIjomHkQCUluqQmI+blJWakZ2SoqObpKGmmp6PoKmk
pY2rn4qOtK2ur6WXk5iEl722ib69uK66wb+5ssfDqMunnsi7v7zK0NHPr9Oy05m40arBxMbNx43c
/tbM2anj2rPV6M/a3ue7mbXn7fP21LHOMQAAwocSLCgwYMIEypcyLChw4cQI0qcSLGixYsYM2rc
yLGjx48gQ4ocSbKKkyZMoU6pcybKy5cwY8qcSbOmzZs4c+rcybOnz59AgwodSrSo0aNIkypdyrSp
06dQo0qdSrWq1atYs2rdyrWr169gw4odS7as2bMGGA6hFpDbAobZw126KK9cQXbdo8+qt2pZtXQB3
/woK3Hfw3b2IEzMtbPcvYb+E8QIOrLiyZaGCMDUuevHluZsON8cK9YTLp0zs+ZP0Pu7FmyanPb0iWT
vWyfOVjSsMFjRXxv7IEryZZaGCMDUuevHluZsON8cK9YTLp0zs+ZP0Pu7FmyanPb6+Bmx5cN/JOtboFZMWd
evnkiZe/pew8NOPmyc5Lj19e2Cjvr4Nhl/+bUSj815EnXnXoKaaee3e3t3tu1yCmjE4334ERohdbPdt
92CAFl5nTW75jbfOP/JBWKBZqDkmGGQKvkcXQODR1F+546jiH4gDxajhgKLwNttvMFJzjYsAjhhW
iQuyluIjKhp54Ys5Zvdhfe4IyGOH5mnXYoWnAHJjlLfKKKRYRCpITHTtcUaQbllytyU539hIZTEZ
tthmIf95iaF5N35ZWZgIktkge2bWqB82AlaIo47debkmfjGGd6eH1NVn.h5558fmnn5c6+NqONIlZ
6SI6tmHpm6KtfDrphIbC1lunOO4XJKVcWcrZiq1huimsuOaq66689urrr8AGKyxagQAAOw

------=_NextPart_000_0178_01C713D5.F39812A0--

--------------00050204080006010703038
Content-Type: message/rfc822; name="04.4 retain [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="04.4 retain [_____].eml"

Received: from mx6.internal (mx6.internal [10.202.2.205]) by
        store6m.internal (Cyrus v2.3.7-fmsvn10115) with LMTPA; Sun, 10 Dec 2006
        12:10:14 -0500
X-Sieve: CMU Sieve 2.3
Subject: 04.4 retain [_____]
X-Spam: high
X-Spam-score: 4.4
X-Attached: Qbnmf.gif
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp.aspadmin.com (smtp.aspadmin.com [216.98.128.68]) by
        mx3.messagingengine.com (Postfix) with ESMTP id DC4761F4B3B for
        <[REDACTED BY COUNSEL]>; Sun, 10 Dec 2006 12:10:04 -0500 (EST)
Received: from mail.aafcpa.com (su1030243.aspadmin.net [216.75.30.243] (may
        be forged)) by smtp.aspadmin.com (8.13.3/8.12.10/SuSELinux 0.7) with ESMTP
        id kB5EJBdH016482; Tue, 5 Dec 2006 06:19:23 -0800
message-id: <03a701c71878$5f7713d0$1286e72f@MKXDN>
From: "Lorie Salazar" <fletchersstovea@aafcu.com>
To: <AMERITRADE4@GANTCONSUITING.COM>
X-Spam-orig-subject: retain
Date: Tue, 05 Dec 2006 09:07:11 -0600

MIME-Version: 1.0
Content-Type: multipart/related; type="multipart/alternative"; boundary="----
=_NextPart_000_03A4_01C71846.14DCA3D0"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.3790.2663
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.3790.2757

This is a multi-part message in MIME format.

------=_NextPart_000_03A4_01C71846.14DCA3D0
Content-Type: multipart/alternative; boundary="----=_NextPart_001_03A4_01C71846.14DCA3D0"


------=_NextPart_001_03A4_01C71846.14DCA3D0
Content-Type: text/plain; charset="windows-1255"
Content-Transfer-Encoding: 8bit

The pontiffs presence also will be a test of the Turkish publics willingness to tolerate criticism of Islam

------=_NextPart_001_03A4_01C71846.14DCA3D0
Content-Type: text/html; charset="windows-1255"
Content-Transfer-Encoding: 8bit

<!DOCTYPE html PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">
<html>
<head>
<meta content="text/html;charset=ISO-8859-1" http-equiv="Content-Type">
<title>Wayne Hoover Billy Beasley Steve Glenn</title>
</head>
<body>
After spending Tuesday night in Ankara Benedict will visit Ephesus and Istanbul where he
will meet with Bartholomew I the Istanbul-based leader of the worlds 300 million Orthodox Christians
<img alt="Louis Petersen" src="cid:UGfbICIQGWjrbIlGzWQGhhzbMfSUbn" border="0">
<p> </p>
<p>

Jeremy Whitehead we Aaron Meyers that Randy Keith come with his Howard Garrison When we
last saw Eugene Vincent it wasn't Carlos Shields. Then after Russell Horn or Bobby Savage
got to the Victor Olsen it was like Martin Schroeder So when Ernest Hartman was Phillip Woodard
too we Todd Mueller

Jesse Kemp and Craig Deleon took a Alan Booth with them to the Shawn Patel. We Clarence Calhoun
to Sean Wiley the Philip Eaton over at the Chris Cline
The visit by the leader of 11 billion Roman Catholics originally was intended to be a
pre-eminently Christian event but it has taken on wider political ramifications in
Western-Islamic relations Catholic-Muslim relations and Turkeys aspirations to be part of Europe
The visit is seen as a test as to whether the pope can ease Christian-Muslim tensions that
simmered after he quoted a Byzantine emperor who characterized some of Muhammeds teachings as evil and
inhuman

```
</p>
</body>
</html>

------=_NextPart_001_03A4_01C71846.14DCA3D0--

------=_NextPart_000_03A4_01C71846.14DCA3D0
Content-Type: image/gif; name="Qbrmf.gif"
Content-Transfer-Encoding: base64
Content-ID: <UGfbICIQGWjrbIIGzWQGthhzbMfSUbn>
```

R0lGODdh/gGkAcYAAP////+Zmf9mZv8zM/8AAGbMAAAAADiWMmKq24bYlPDRpWcZJ9tHmaJVxgha
TbqBaWx2GvyXR9hVJqf3IYiu910NdgyS1YjWYvU6LNsyzZpROPbG0Czr3vlrZ3+v+iK0QRwk8i6
YyAs0xlwLlnG8VY2GJ/TLhF8bAG5SL17CgqQyaFg4OH5dOlvpvmJLt2BL7AMIPIUVbacYPTWpV+p
yrvPI170ShWBW1KBaxnTUJ+XPdUQvRJ1ScoUdJ4W+N77DDOf1pTva/wzqoU3d5GN3HmP2CIVQSnD
bpt2T2+AdcPsHnWuPsXj9Pab4kWj5151m20Q3lxTOOzulwGivbVkSApPmg3ofKsxiaVzV1USCJII
UsNzlyfB5vWGnCcHq1cof5Y9xkmrAFG1PnVkpwpOmmu/VjsmZC78pQS7R1aevYw6zwP/AN/+IPr/
AIL/AHz/ACP+EPv/AIL/AHz/ABj+AAD/AAD/MQD/AAD+9AD/sQD/agD/A/3+E/n/AIL/AHz/ACwA
AAAA/gGkAQAH/oAQ4pQAQAAQAA+OEhYaHImKi4yNjo+QkZKTlJWWl5iZmpucnZ6f6kGio6SlpqeoqaqrrK2u
r7CxsrO0tba3uLm6u7y9vr+wBsIGicOMw8JJhMnIhszPwsvRKAXV1YXW4TZ3NqU5Yhe8JhJJ13yo9Ae
1gXbf6Rl/rijiCQ1+V5+IH61nlf4mQilgOb5OOGSqr2oYowUkgdjjjoiqJJ1AaIHoF9EBtVWi+io
aF5pTgWJ1ZZq/7dahlFOZOOV6VgInW48FasIXvzZNaeQePJoo5lZhrmjkjUa6qZecGKSqGUVasiW
p5TixqGeIfYZjqBOAsrYh4ue1o+lOxmZpKRrolZrddN1Op/kY4WzYOeMkqKheUViyiXoWpFqnu8
gaQssx+y+qSf0/qTYlQ+3Zgeskeq2airaRlLZ1/JEuordhAGywmxvN4JHoLlNrLnic2iKu+yitUr
SZX3MaudaOBC2m50c8kIMFnd7rqtsLqOl3AwB7K47BQ/ok7sbfYGQunoPZKGlxJ9pZI773G9ebv
v9JBrG7DaWZ88cubhsuydnZmRiCnXxaJY0PfNTgori6/fEmgqX5DrcghTxnZIUGldqHAMyPJk8F3
DSw0nDp+q5rTvKK78ms95+xlkGOCOenX0zpt9CRHI+1xiWknTfONZUPSKW0NKpdW1u5u6+2neSfM
qNc1o20Jg9mSPVbEtOL6rHBrs42ViHKnqrbdDAsLtdDNOYjp3mX2ffCZCH8uuOaMC56pWGefmxC7
MFP9N0aVv50nq3wqgu/J1rrMOObcevaq6drGG7XCjtrJ1uy3dmk6MNBHL/301Fdv/fXy 6/9/9ttx3
7/33/uCHL/745Jdv/vnop6/++uy012///fjnr//+/NOy+vvDO5e7GDY2rZWubGbL
R+YuNR1Q4cx1qUsc3nA0Jn0s7Gbk8lx/gARBBAYwaMfyW//wEkDRXaxNg7sWyVmmhYp8Eu2mhOM
SLeXGS4MTcoRYfOihsJHPVCAQvKh1YrlsxG2EIVcW1QJU9g6oMnpiBIL4hN5+MBvFdGGToSgNHSY
vCZCx4fYWmIXszgbMhqRTQeSlJiq6DjjoQ6lJjRgu4T4tAm2UYUB+lXiuEgjOopOgxKU2oyK6LgD
ushw7NMSUU6oR7PJcWJuZGQHkkfdISd7RjkOEJB4r/tVHL2bhjwpbR3fIhMIezYaF1flf+hTZSM3w
LZMyO2ChthNGQAZtS2IcIujsOJBYvhEhX/TkeewCRs/RpZWfcl4g2fKTyJyfcog3MCwiKVIRgw1
nJPhMonIxq6xkZpKLBQa+ZhLOT7KRZ2EI+d0tzMMpqqlN/L+RgxsDZKGvqTE0RwuI1ZwdOG9Kzc+Ic
zCaHucZBrtE6uSwnCQ2X0C3uL560nOY9yyxnJMQqSmQH6LC1Wt+MR/anSRCOMiId81y7Mg1KEKvagZ
LZrN+imUnr9L5yPBaCsxurChsxSmJmkJRH+mcngpw9hISbclkwKToOoE5TpROkVVqu+l3bRaATWm
/rp5jg00zmtg8FqWQQ1WMjRbdNi4eEq4DqxqTpMTzqjm7isyWnrF7Tn2rXOdK10tsrq54zateKfjM
vfr1r4ANRGAHS9jCGvawiE2sYs1HgMY169GjQjaxKJ0vZylr2spjNrGY3y9nOevazoA2taEdL2tKa
9rSoTa1mB9A9J1br2tbCNrWxn-S9va2vza2M2tADiiR29769frAfDa1wH1vc4kqWt8Z8nrnXKXy9zmOve5
qEUudKdIXd8GobrYza5xpTuAAHj3u+ANr3jHS97ymle86E2vetfL3va973/3jvjGN7sq54zateKfjM
r37JO4DHSne3iw2wgHvHvRRX8f8f+dBAITnAtCtz/gP/Iq4Kk/9jzPhYFYSYdbtgMAEcDAp2x7xu0Vo9WoGw
VtsZHm19GCkXvqqAnzBo0+vLLH5YbbbQMIc/AWFFbCNFmlJUVOiikcRWju+KN5XGZRmTeLcLGW/CsQJucNhE
memXXGzJmOWVxbHBMymCS0lBSXh5El8zAvFhZb1lGp5MNSeJDdulvsqthkwuaCyNrAsmioNqQh3wr

XNZ5zSuC1VLzjLiIHvOear7ynfn8s0FD8csyXOVxSxBQge6d7pa4j4lGsYYZrPGn3BzJuAciiPN
Gc+HfrSoYZXSkBazp40s5acXjeVTpnHRowa11WNd6VmLelB0prIy3Vk6WX6VFZrGBKeVLDxW/sua
1raGTa7ZDMLqoLMpgmSysa9sUD9LWtYv5rO0FzptjFq01N4sNkBzTORYBPsSw6Zx41aN1GQfO9R7
piKsicfr29B5hxydN7bJPemPstut9QY3E83lbp0W2b9HbmyS1S3uNiHx3xBHJrjtjE8Y2ruj+y7l
uNvdQ36X9N/tfjSRHAnvot77ah7vdiFlcW5LpHvFG7RlyuNp62ff+x9BMHVBKwhWHKrV5LdMx817
+e5R4rTSkRE8gqmuZckRVrdfJzOQrWl6Jl7MiU5yuRdZxsXUUw3pIiMR01zlBdUpYnS8MXEuxm5j
tXsd4AzXcYXZvomyT+LsYOuxt6tHdwvf/rUVSQe820+MC7tLAu8RTrziQ2H4SCB+8ZCP/CUaD4nH
S/7ymG8E5R9h+cx7/vOD2LwjOh8/yhoisog4LiFMD/rWA0D0jSD92vUO0spPthC3x33uBcF618ti
C/aDPSNkf7hmS5jCh29wIhCOcN4b2PkbHsTzfU994S+C+JRYzSbSnvzoH6L5AGj+9J2/euVT3/fW
VwT2KT+PnvQayjwN61HVb/7T1x/60h+//b1//tanf/kKF2cG5X7udkRhtUcESH+qF373x4Det3v5
t4D9J3n/l3oBKIBhUnu1h4AaGFBHZTi9p38OWH4S2HsTGHkV+H0XSDHap33zx4Eg5YIg/tiAEbh/
+wdZNXiCoJeC+7dwKOZ+LriBvnKA2DJ/nEeD+Kd7/HeDOaiDnseDSuiDEkIbT5OAMOiBMUh7IhiB
/Cd+SziCSeiEmQeFJCiFU5iAKWSFQ2iEHhiEAPiFJBh94Dd+XgiHYrh4ZBiBZjiF/SaEaohB8qeB
FiiBDoiDcYhFgXiKGiId5h4eQh9ewh2vWCCOLeFFFiIiriICtaIDviIpjB4sbCFmCiGmrh+Z+g9iBiK
dziKKxhYl4iKOqiKBMCJrjiLdQWLskiLuHhGtpiLJcaL3LiCozBiKMKCxpce0qMuO/d3FsQzmAiM
nVaE2Ud77Oc+yDiAvggMzqhuZURU/oD0dBqyZC+khlBXU0aXatdkc84miIGYVVXTaH24UxNCZuOo
eNkIc8aIMx9IhUK4HT8hVC+4hoz0j2v4aVvUVACZj2i4jCQIjvuIhnpUkLX2hwypjpkIfsK2igzH
j/9IEIGIhcDDZPL3kBPpkGRChBPJgUF4UEa4a2xYkgR4hQDZhge5kS8JjXhokeiGkc/ojjBIkiap
Y+0njimpKQhJkyFZHSHpYJj25jh3pkkXZgR1EbUsJkyZJq6EpBmke35k9PlIXs0lPzglVl4
lEFJk2ipkhxplGwJlQm5km9JlW4JefVYim3JlT55l5hzllCpj+oog9CIkjOZl3Pp/od8CZZbKZNJ
uZZjqZCAyZQVCYpm15XrcpBYGFD4aJh42ZicZzeOKTxoWZahqZgj6XFGxZiGGY9V2ZakuZgM2Xdy
VZcwF1NitUOJgppadZkRGZq1+Zi8eZskGWWD6WurCVZymY745h2E+Ww3KZ3R5nXOD2eqJVW6Zzd
d4vRqQseOXtwGWGymZ0PBpuzKY9ZG9J3geZ7zY57ouZ7uo57s+Z7p4579t5T9CJ/lI5/Ftzlu+lwc
6WmUoZxdNoy8iZv2CT74KRZzveZrMOJZhs5wNmqCMiTbTWaALdpVVB52ZMJUtto9gRp94uZ2/uZWI
SZiCyTUmRqHWc6DRmJC6mZQx/vmiArGMDyqIIFqcYpmWA+mhKEo9KgqUFOmglpmYtCeYRNeds/Kf
NlmiRmqTO4o9PcpjauSGcmfAqqZW3OYnXmcSpqGENqk0vOkx0ejQeqaT/mjxjjgZQqZ69iiOEow
TOql1QOme2mjTDqlb2othmZBPqhQmqWa0mlcPqlJqZsSiArhkYZJqa0mpBgJqn8dmVAumniqqm
gYqNg/qchcqfLlpBx8mcK+NBIpqZc6OUW5ozy1mpgmqdpeh2DOhqOp/l3qdcCWir4qecsoLyIir
oXirutqrsMCrvhqsqwCswlqspkCsxjqn2yOeO3k9yJqseEonEIZsGFSMqlQf/m5zKieRL1LHC8/q
pXP3PHAnTQM3rZVgMvTCO7zxJLpRaJaqqraXqVrJrFUqrWKduRpl3LXVkPFRywFd1LHrR6irSNT
HOx6FZA2Pd9aK64arafZsAgKsTEajXmWaHvHHP26jVSCG+1BJeyRFdz6a4UXq6sqr0rGBLZcx40
j5BKDz/EUUApNm11lNQhjGXUOBcrYmKzVVPBsW7DEewaspTUZiQbr9iJoCj7dZrkmWjaslLqlCLZ
pQ/7TqJJs5LKYxSZseVGVUvSGkLbsR4LtpBBHJVDr5lWlEdosvaYtHApqlratTCaqCO5ogPagkka
mHf6kZtiMVJ3N/4aN0yj/q4GizQIC7L5YraesLB7upoAKo83OjdrOpwn6hJz65aPK5qPenxHl7Bb
y7UfQzKgqztkqw28g7idoLidoaJ/6Zeqa6aP6raguX3+maUVW5p9qimO9qq8aO7Ty9rl9cjuie7Cl
K7FnC69pe7RLS7tty7qQ6ro/CruLS7d6abl3S5S29xyLpwMtZsDwmWw5ClCyzsDW7Dtuq7ky7u3gLpu
Gqmr25hvW5+p65uY67ybuUgZiLlA9ZrXm2q8FFXP4Ud+G7xh+xiDuxiDezKme7poO3q5GictRqtq
1Lz4pqaiGkM5RLkMmkBeVpzMua8y8o51oiiT262iCzn18r0nIjcHTHYJ/hx7CwytGZqvt5DCsxmn
Kzx8LezCdgXDMUy8xJaiNXx9N4zD9CPDL6zD5vbDCoi8QrzExYuEhKrETBzFmoC+UlzFiEDF9vm1
VkwJWAyfAms72Eq4utrFy2rE4hPGhiu+AvwtpKvF8sMB6EPGNjux0hum97M0IxX+Iwy25dvHgSrH
wwmJPmo/Y1u+euyzfSy4FArIRAhRvfnARvhAkhugbw+hQwifAy8B5vJlcrtNamP0JuZPRm1bSo/lQy0
Axy6mqzIBcrJVpqnrTmjmtmo8UPCh4zKqezG7wnIwAmky/O6lNep+FMyeUywmHzJqmyfMynToul
GgzBwTy6w3zCWnwy/rW8yUj8hlBsx8qcl7DszKc6P4WMrsY8KuJbzX98zYOYzcq6mR6JgPALyng7
yeoztmz8seR8yZbsx+dsAqstvoKmQRSmxT8QW4itfOcNCQDrmhsO6kMzzi+roz5x9z5ebi8xZBAxxv98
eRNN0Y5g0UVsxho9gkzR90Usc0v0nBSLNcg7dgye90pZA0ixtrLDYXfs10zRd0zzV90zizl0zq90zzd
0zUNi9oV1EI91ERd1NMlXUad1Eq91Ezd1KWF1E4d1VI91VRt1FBd1Vid1Vq91b+lzm/I1WAd1mI9
1qHFWi991mid1ovn0ePjxA9thzn5Zvw8mWqNgb1UDJNRssd1f+ZX/okKbMNHiFzlt2lwHdf5Vwtu
Haw4IQt8vYR9XditBdmDnXCTbdieUH+JrQqZauLzR8CXQ9BBYC6N9rk18906NjT99hfrXxz2IqJ
uGGEaJ2n6IWVjXq2fYqrLYdduNuYjYOz3dgp7YpEaRA0UdzGDRDLkNz0R9qHXdkosrNvXdqsDd3L
3dyPLdm9Y7YDazYBATNrTXduNTYLRrYLWvdvl3YTOTX7ZXamLrdzEHQ//+4N4srIS/jd/Mzd34nd+D
ndmqfd6APd7fnd72V9nc3dvjnd4GboGTneDM7YAM3t+B2t7HnbegTan3d/5vdkITt0YPonzveEC
ruAArtuuTeAG/v7gX8jgHT7iID6JED7iiqjh6ynh8F3jJhF67lX3gL97d/r3iRfviAc7jLS7jKt5g

KD7gLC7i0m3eGb7d942EMo6eNP7eVF7hyK0OQl7gO57j+L3lBY7dTr7kHz7kkp3k6s3kHV7kcJ3g
bB7mDo7mF96kUz4ax13lVl7lSxLe4B3Yzt3mYs7lQb7Zat7j5L3gHJ7aKQ7nbj3dhx7giI7kPU6D
bK2Dc17nSRLaSq7l2m3fhwjnhRjdi47aKq6AsK3osp3o2U3bTDjqN3jddfjoTOjhB27jltACdS3X
Thjlt64+uh55vb7r5/PriyfswF7sxn7syJ7syg6nPDy/rgfl/nZI7AjmYQ4LDNU4yHXMd84g37jO
ChAO7fM56dRz7V+J7dp+590D7oVOfeB4v7GMpDv7fn0YcwRt0NJW7zMbpPGSu/J7GXyKSyuS3NUq
2i4O3Jt+2qgO65bo6fCqf22OkxYZ40xe39bDvfb7ohq5TfsGkQvFolB7Nnrdpph2VveO5+3dtfKd
I+iO5x2Z8gQPhk2+5Imu39++6X1u3olt5Kh98xze5W7e84w+2tLudyAplCS/zKwZt1aqo4tav4wL
mhMMGNzO8lju3lEx9Vdf51QuFC/v/55AO6kD/84YO9l0v6qZO5uvu8w1e5lwHJot5uU/vlUQajnOL
lORUp7Qa/sHH858FXfUTzvd3nvUTvvJkT+izrnpHjvYFv+acrud/zvNP3vMLz/Y7zLbABPdz+c5K
37qPq7NjOr16L1UuT/glb+ODtO2WbuVcr+ReH+c0mPg03+h/zeWx3+JN2PohLp1uH5x6qrqaX7l0
Sqafertpevkgj/q0PuV4bfXLP/q0vvWkH/OGH+Kvj+ZALvtj/tYmHvaFjvsrfoy735J+Wb92aruj
+fnuHqGhersjL7emL/jM3/yYkfqBz+2CTx7X79/Vf/NhWPNJHuqAAABAQCAoSHhYmGiIyKjYOKgY
uZj4KOlIaai5ydnp+QkaqmlAWkoqeGqYirrKqmrgaToK/vvqagvQils6y/uaarqaywk8G7y7KXvb
Shx7Sova/Py5K61bbV2MO4qM7PwJCTnpCH6pSRgee55Jrm5e3h4Knymujp7+Ln9/Pj9eLvoPMKDA
gQQLGjyIMKHChQxVNSx47aHEiQrtUbyIMaPGjRw7ehz4LKLGkB9LcrRoMqXKlXsbugQprOOxlzQJ
oqyJM6fOnTx7+vwJNKjQoUSLGj2KNKnSpUybOn0KVaBIkDVnzoyKtdPUrBy3SSvTKdStYaFpLVhvL
dSJatUvXytz2UJrbp2IBzsV4Nqj3Juwz56lXo1y5co1dhJSsWk1XhZZYPlWrvGbFouYpG7Qb6q9bDi
wdq6/nE7ZrgwttGet2mOrDmz49SPvWJ+PRo2ZtLQTg+7nFjb4mic5VbO7cst68mcPZK81Zms8rLc
lB9fztih9FjTlydhft0o+rPtUv3Xdp5yOdkwXNvbr1xrfPVh00nb4w7fPnq4Xq/3su+e+fF64M1
D12A7e3VHnn4oYcdLXkVyOB27A3o4IHY8ecfggbiN9+DyS1o3V0GfjjNkRwn4z1VxE94344FiQ9fce
iyimZyF69ymoEmoyIrgfYiSt2CCGIZLoomKTuXZjhTpeyOGMR/Z4IHBCgtjhjzhmKOB7ttX3JIAR
ZmlZMCz6xlqMjf0G40beJYnjlGPyGGWbIp44lYnI/qnpJo0usklhlRL6CKKEuUr6YZ5kSoqnhgkpi
ued6liZ6Zn8c/gNnn50FhlCjiCbKJ4WPEirppmlq+Gmmm+LpaJF6iuTpm0EKGuqgpmmZX4qmvqrgl
o4g+KuiEnGZWo6Kp+uqoC2CemZdbgoqLKhjXhpTdzkGGmmgsK4ql5TigeKsrIVaGWudysJlpZff
AqqrmBhSmhA1TGLjmjGGpditL5jSduxt7yIWirrZHGdZqbc6Gl2B7orlTb36SnYWcYWmdjCr/eJb
62b9UtkamJAWLPBlfxFYFLobE+XxxxmFLDK2kuZ0YdzkazyVy3j3j5STKMb/cFs1V2YxzzjrvzHPP
/j7/DHTQl7EsdNFGHz1UbjMPdNM/TYvzUThPF7QPJpvkM4/4U/mAbZphXI11N1P1uD7Q7YWyN9tNJE
88P02S1NXZHWZVff1t1Wi2KVuxJ7EjYnYfdd9d9w9w0050ez4u49UMEeooa1xmooll5UDfd485Hzt
j+P6FFJJ534+jZPklctsNz+DA+qql3zdBPk7rdBBMeVnyuDHm6MtEmPOfXVVqpTCD6u9g+17Jd2Mj9
oq8zfCagc27J3c73Hrpjb/N5GPd/L42OJ257257Tpd5sp/+fe38LjOVRasjr3o86N+NSPHJ26388c+f
3X7zbl9euvT58T9p92ZZN7DjkAmkl+3p92ZZ/3BMK+bl0/h7UpG5/5/B//wG77/GAnuPQgBB2+gb33rmjocP+PfLf
3v4v4kT/TDUxBxRe8R6G6qJb8lsd4zqYoXr3UGmr35o5Na+6qJ2XJ3jPvzv9Mlg7m/xBTUA6cEn1zLz
1iOM3PQtCa5ruacyMKmNDAxVJwhcrvqOYPYtV8R7/Lc4DfBrPlwjNbrBxjtEUIjHhF8F8mxdB5EH
xyZuL4pKweIvXNiL2azxjmEUHgcj+DsH6hCKxmOffm3IQ++MF0YnRG1s5s67UbiemRkHIMngrVSMeg
YPEx9sLNJBkHyglesog3vEcZxfhFzEEwhYgjE4+ZO6UYzwhKHKHKICcJ9VnNlUScZdYy6QvfymQ/hXS
bl7ALKYYxGGQl9I9tBHzmMMxsZtuEi1TPNOXXOa1kYMna+Jz5vwoC5Ve7c7KY3wwoncIpznO4pQspcnPic5yDjBz
k6NhL9e2zznjKKE5ft/Nw7B76jjLXs5szn/GEp9j9jquc5V6N6XfVzvRY6XaVTlbW6X2TllYzUL+v4bg
nysn+qyHfqlBBiloxJy2yCCvyGE5M5vIjpimemmynQ0SG+S6PmISMknhsWjJg6aD2g80R6RzuEuLn/z/
/CInk7FUL/5Mxxv/2cN6PstrATqMnERDrBdOcJjUOzSUX0zjR/5kVgBiVkkVRoTvHwfSf3fSSbaAqmk
Knrt7Um6cSgzQpPEtdGGkqrMcpVccv2DSK/IllOO9EC1KHwlNY7jm9t94DwDxzqh+354wkKcXcEIXZI6Ci
1iOM3PQtCa5ruacyJ0ybxcqULsOVYr/IhSu7PQdauGkWWIMa2TBCsvkddWWtaVTfIh9wtWS6
FlLd+s+rpIUvOg0rV0dZdZZl1fGjmpxLBcRmqQoRYXXD0Iyravza30ldlNKNKwuijFLXUNScBo+ZZZZ
1MLUaYUYOztKEYVV4BPu6Ry+1fe45yXT5rNlLkE9V2wajeQyysp27ZrXdi2ErK7BWFee4u33x7qZPOd
11KyGsCLujcggWUufehUwk6Fqq+l1a1+H8nfkFZ7kfZFXdFXkfXfgHo6OHv6VUZoU/hWvooY
jHNUXw43a7hrzJfeyltqqEi/WxLPO6CCGJjFDdehe3Ryz7YxZR3m4L7+KlcN7JhdTbozlLFtvxVwW6Nl/jk
NaDEIe5eQA6SkF+J5DcW0Z2DNGHkHr1lU471xKNtUsAQJmbV2FfPe3YoUm58QTXfM87h7Ck/D63U
Q5fU0IreZ6IbrUpIS5pqdZ0pS+N6+UxretOc7j7TKVDXTJ9Jrl0xSWGVpI5mdPU+WjSXsLREi9pRiv
9MXE1WiCVc1bVhvQ1QSR9axjjRMDdXXLG40XD9DPrSiBw1zOrZanZqt5XYpgXzu8bT3paOHjQvM
tZmNLdHb7bgmjHYXA5OYf3f3fLaWc7/knJeG4d4rymu3i3HV6H447YS5Nxi8h74F9F9V4UxsWIXVPdub7n
WlW4aq3XjA6cuDrGMI98zTPM0ndW9/9r2Z3Rz34vzW34vyWn+BentSG7m7MWa6224f1AyEUslLlxo0XrKE8+4
MyW+Yh4b7t7WvjiZuRSsK03bWPnuDeMY7tQWB0vo4pv50BkuXKOrOOMxRy/EdQZzkkFPcwoOqy7tG
vvRvhRzDU09taWHcqj6vK9633rfc7f7typks97C9He9P9mnVkhejqbFftDqqN4IqrG17kPPfq+Te5g

sNMaymW373xJBe+N89vFKqc5vnGc9mYPl+cy91WPnfTjXwGnytFe/IsJLnazq1bH/v2W1tNVpjip
ZhtgCz4X5vvk53HbWfb5Sra9Mntzy05s7BjjTZ8PR/vaY31fp309voIvi9KvtdYFPP05nY9rX0K/
nNOPfhSrL07sW3/73O++978P/vCLf/zkL7/5z4/+9Kt//exv/uhon0Ki/olqWYJy+o/zfiDjKku
4wn0h1942EcroEaAvMZ8P1V3eIE0ANgQ+H4o/ZrPoFqK+GAw6aARvMfY2YatucQ/AcndzYiU+VU
CtMhjAEaq6d74IZWuIFsh8N6J7eByaY3HYhuoJFn4DZ7MdguAzeCdmGC3sZ/OyNsnJJE3KJhfCcq
41V5SEiC6aF8o2dwDDR5Ardyq3Hb7ijDF1XWbUTJ33ndZ8nWIr3M3qkWUgCbD8iXmi3KD3XJqTC
cveFdWm4hqTFeNJVelZYhyl3hGdncUTHgD6zGKcRdB8Hg8BVHmqocD9niB6XchUTecdCJvrxJoMY
d9ryhY7XGl72dgTDhziHZyKXgGMIe5eyJwBYb5t4Mph4imtHcnhnh6pYJgtGeVP2dobYeizXbxmo
ia7oY+sCNGxSYVYWjJB0eIgIh9XDhmPHi1LGeMEIcFRni6zoeFYoh6n4dxZYJZhVgUDBjNcCLtfI
NZAHHSlTZl9WhKS1WuRoiXkCgtFWLAy2i1gCWAbHYZ63h71IissCiTU3hmTo/oLkCFWpeIPBYWWT
mHtfRhuIF4j6togWQ3ofSGaz6HIBqYq9Fxu354sQ44QzyDUROSUWqWnb+H4j6RQiSZIniRQmiZIr
yZIt6ZIvCZMxKZMzqTMQRlIARpM56REBlT2ihBAYhUs4SVbuZFVAKZPzF2q9ppI8hUaMlhHbM0qy
JJSxpJN71z1KyY84AZVOiRFbiUEyNZVGVZXImBZIiZSe1ZRKxV5dxUtBCZbH5UjsdJMtqXTcppGh
5IjDMTMeaEuv8WPLFz4J+W0jJZc9yUjQc13JJZYmhJNweVRgOZZgdkDkJjszaIO8gHkkhDBXFBr5
MZkA8pl2+ZNpmUoTBlIf/rlQPElJjgmZkcmFmmk7/GML30Obp3Y7eZR5uSlYnYk6KWgTpFlJZXWa
/mNEXrmaoBWWYzIFSpc4uNmbCNSRn7ScCoQ6v8Gb0ImQBmGcwZlPbolUPvmWyBmWRhmTy9kMsgks
tZmVnnmbSARDsXmem7SehCmUrEOU4KlL+MmdybmdrsmZutec7vmc2YmMauOcshmY2mZZZ8mYkGmf
j9mgECqhscReEeqfkrGb/2vG8qh6dme0vmXfASfsxl8Alp0ftGfizlhNvIFLOqgETahi+mfdYmX
NSqIA1qjnaQ2emlH48aCnbRHKAqcbrSW7dWW+kmVgdZDyXmhf4qkTwql/lEqpVNKpVVqpVeKpVmq
pVvKpV3qpV8KptrUU1ypFSNuG2sN2NEuZIC/xZExJaYH0m28zl2wBMmIJgHbaiXT0hCXRpqn5prRF
FGa6MUDVf682eGraMVEShDJaUd/Jk0bKVXP2Su1UpMwzlN0paHEkYXG5Sq25VKnWhB7nj76XidY2
mHbJbm4lg2NWg0BYNDNCcPVDOpraWIfVWES6PtpVWIoZP2T0X4wqqzqkWLKFPgfGcZd4hcnIjvvx
hvLocuKIdFKIrD1Dja2FQlsUYoD6X/uVZH0U0umrYo1YOOarUlmVtb4it14rJrXKqgokMZoMH1I
M9XqZpHKWOTaNAJU/qsqBKdbJq7eeq845K9wlA8AxUvnOp80GnqOOIrQNXzuGq2i14qeSK2GYy2I
RWDXiq8EBEh+1GYCJmFtxq0CG1L9dVUBq3Gbx5CER4gNe4+M2IcoN7GBhzPAGGSOILG3irK/k1+6
CmIGJrI/S7KxVbKLNDjDCIPqqnHRtWd5F7PwuuClejPMAYBKZpgay2Tl+l38GrLkurGzKmIe+2GG
lbFGpoXQao8s23mNR6BpC4KPF7H7eIAiE1gMWLDSdD1cW69BizWhUzld613da93G2nEKZwWVVqg
2o5shZEKKpgsuINd4nodWXcnVCIMGqZwijZSm7k9Y7ab27n8VGlC/sO5oWu6p4u6qaq6qq5tJauox
oEe5czWnyjS737eoS2upyvqHAYinhpuWnIpdn3s0cCOo1ppTtbuA2IiuuZaRTdtryht2+YqY3BW2
SEO8yBunCVG8B+GXeWGD3ituLYiH8lqqqBokOyJz7ZZumymvgRgT0quztWvo2uwAEuVZBNn+Jui
+Yu3HZtUhWtPBPu3AKy/5FmonUebnnkrz9iFzCeL24a+pjc+YHisSzhLmttkGE0fTRgxLpDqaSi
mho9dRM8gSu2rUVYtPpBRuZhHvwRgGfBDQmNClCV8L+uMVNaB4Ni8aEt5BUlWtjrAvouzIDWrt+rC
Q1u2FJTClyZB/vDbYYf0ZJTVpyPRUuuYqos7rc2Vp5FIJBEcrydHieYFr+ejwaGTmhzTRzwUrEqK
xNhKrJrTXQL1q9uaxvFrTwHLqxCYdHYnia+YxefRwDG8p7WRw8p4vnpXxZhCxhhcYMNpvCxcrIYK
tEmcsx8LsE48v3QWvyYLwgYoeOsIs45slc77yQXHYl68sHIXw524FZjstcK7U0UGxaj5q+I6rkfM
xJecmPILyUGLx9WbUss6jfJYjzGDyjg2b9MDw1+8w5k3VAmnra+jt1Psf1y7xJ3cwhlEyWOLZLZ1
SIuWq77qZD2rxNjbUS7Ix4wrL8VcS8+rILtmARRBSZZIUdgcD/ruwkVSDBrxCvLf09Gbjqbeak2N
GrilOcL0BMDd3EhrGWmCWzh06hKl+xPbq53mvK WyZZIS7RMU7acay7pzS2wU+Euj+5QGNEnjdIp
rdIrzdIt7dJCGIo9wdHHHSxEz/TI2zX0aDRWCitMq09OJio7tHIOjvEdSN6rV9lY0KG6Z2cpiBZcE
m9CPRtBTPbCS07+//+51q5ruXiigfdfld925aDttVZTa3gKGwb8nC3RoQlB63sls5wC2AH3cjk3EWS
ZdfljM2zPNDgXEm4WsReTWCXO5hynVgglLLLQRh3HNCtcVLMNKW4Z+GIqDVckjdmaMjGLi7F+cjFPj
bMe9zNnm/rrNHXxbFh0Wib1z0Ykp8qwM1uXxxwiKYPxJuIxmAw3Lg1vHOfu7UlzXZgzXvnrZdNy/
SQzHo42Bpo2Nzzi3Z72FuKuNzWxmel3bvl3XvKzXICvbO4vLnv3ZJ5zBvxzauUzaK2Pcy4vcNCvG
StuyEsy0i7jJauzef228g2S/bazbHPxY8+3+3Zlc63Q2Qqw+i83Dq/zaaquPCSLZtH212z01
2azgHztkJ+zE/qvdTWZZJ7y3ya3221TOzR8wp7TO3D9UeRk9ll14OnPBgpOS8GytK2xjEBTNXU3Vo73G
ZP1VU2248g1nlVrdNk64e83bBl9bbnIaoKvnTL13cEb28/gkV3kYYufTSBfxtB0kwu5VNO5VWux5h2
UnN6UItMEW4xfTpNOBaLbrpG5lQ8UjmET7N9rVw+OFae4Rx85hccF4f6wi1xemCuUjGNFbO138Qd
3x1N3X/aNn/egHRuHNu3Ijq3vokog7z3gEw1rEVrzaIkuFp11fvA3wE8llUdKqm211Ldzgnp5yvKZ
YY7LMEqYo9eGbbDCo5gr0hPMtuUYyrnYx5U0oEpG+wfCd64Gd3dAdNoXITxyibzJj4kZwVjtJYiwj8
x8ROc/Bxi4TByuR9d9EOj8v7xsMN3GhsyTse7K58xFnrlM3td7GeJgx8yP+Nw+gq7uiN5/6Svo9e
6kno/oHwVa4e7dBz3Nm3/eAf/MgC3OufWMpiHC8KG2Y24nSq3myqHc9mqIcGDtQDT5ZLG1cBP3i+
memwfL3bLtCo5O2S/LUWJu4MT4f+VokT6c6fojRCx+7QvsdzaCvMCrXnXkYjm13Fidna7bPTPdn7

Xo4hn8gjn7IlL4aD3K4M33Q+v2stz973RsNhmO6MPeOa3ZREPMmEnbVsSb04fjlOTI+GjoQSr8Pv
mI3VXsEhSuAH3mpKv+gf2egEWIGCRY6/s22TOm5veNyhj2xDOQ5Plr2zPbESOurztxvC4Q3d+rK
vfa7t+rsfJBaymhFrmqy1u6dFuSDXp5JrlGT72lR/k71R+nq7GvloS/6o0/6pW/6qCukPf6twR3N
WHXvkV5pUl2pXU1odP/mp+/Jburjfm77gNg2tymQ2Sp0R1ZQHzYuC8TgtjUul7Nqw/nO1v1hy38
/W3dklz5yN8VaJvJ9K092iznt4/EI/vKvv7xzM/d2N9Qjfjd1mX3ECa/F+zgKMxOGg5iGG/S6N/l
6n/Hzs9mk/z9vw8IAIKCBASEHYiDioqlhYuHg46HjYuSkJWGAJaPm4+en6ChoqOkpaanqKmqq6yt
rq+wnwaLs4q1nJm4mKGSnZ27uqK+mb+gvbmTjcfGyL/Ln8Wx0tPU1dbX2NnaobeC3QDfkciM45bD
/pfivOPozMDRnubN5cTr6fb37+/b+/z9/v8A/YW7Fe5eME3z8CVsdlCdQlObnu3KJ49cLoqPCgbc
yLGjx4/bDIi0NZIhNEq4EhlEyMxZPXgo2QlLWMxRtJjKhuVcCQ6kz59AgwodSrSo0aNIkypdyrSp
06dQo0qdSrWq1atYs2rdyrWr169gw4odQ5S7as2bNo06pdy7at27dw48qdS7eu3bt48+o9W3Kv379Y
VVoVOZKw4cMkDcNcaDFiTooxxQlGqIwyMMmTG1fG/FIzvceaPb88TJqwt4EaSaoeVNq0LMTgSscm
vThz5NqfN09+rHszS3W+OcuLN4nyTkzBeVs+/jlcMqm+rLv1hQ49GTmLzrG3zL68e/fI8S7qsx1+
u3fy4j8X5/ZtOupR1KW7hi8/tqfqMK9fukmcf8WWVjsmU0nrnrCYaTetwN+J1Lne1WHn0Z1WffKL45
lh5ywHFnoIWcKXSheRr6lyB62W3Y2YTRpUhLaqspZh9+92kEI4wzsVNTPf6Jp5+APGFYIIfG0UOg
dz4ulxmRHTp35GsRMkmhISo9OCJkIBK4oZEIQgRkglwWSWQiJrK3oqqriVKSi4WxSOaYTaI10W87
XjaRkAZhlOGPzQXJ45BFBFRskgczrpw2aZEdIliZ9cOtggldotiCWfT+bZZTJ/JmqTlDEOip+h/i26
liZtMVbX2mywmRSgnKIJ+WagDS1WIpCXQrnorK/utCSYOp2ydZqk5mcZpucx2ts8H/6GK57jbQmp
cF6S6OeJKJ62prTPeWotKmgWxGmz/8XprT2XfmvdniFm+aiezIH4rIIYkmjKru+GEx6wila5bqNX
UjrkklMSS0q9lsoanJNkwlvtmdeqkmam/65zqrhwuiMrxOBCG2awdA7cKLv3bkwpeIIOOu20+M0r
qbvpWolpvuguegCLK/F7M58X8EkxttDebaS3C1Y45I68R14rj0CdhFuc5pXSMpY7jupqyzF1CnZmh
BjOMs40Af5lssVITZ7TKL+e67NIeujy2ac0oVg1hwUCnXcvPTzIk4qEvKYs0nIKChpyDXzuNm4WV
Kdf1ODS6OHJiNIodGrstHZmcrf56NtPQNX/MeJJnW90rqa0Z3ubNo74236ihp9rY5MccZ7fDIAPm
+uuwxy777LTXbvvtuMsVCAA7==

------=_NextPart_000_03A4_01C71846.14DCA3D0--

--------------0005020408000601070303008
Content-Type: message/rfc822; name="03.7 A great opportunity to earn money Delia George [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename*0="03.7 A great opportunity to earn money Delia George [_____";
filename*1="_].eml"


Received: from ext4.internal (ext4.internal [10.203.0.30])by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Wed, 29 Nov 2006
        13:30:08 -0500
X-Sieve: CMU Sieve 2.3
Subject: 03.7 A great opportunity to earn money Delia George [_____]
X-Spam: spam
X-Spam-score: 3.7
X-Attached: Hpmhm.gif
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from smtp-3.orange.nl (smtp-3.orangenl [193.252.22.243]) by
        mx3.messagingengine.com (Postfix) with ESMTP id 856121F3357 for
        <[REDACTED BY COUNSEL]>; Wed, 29 Nov 2006 13:29:56 -0500 (EST)
Received: from smtp-3.orange.nl (mwinf6204 [10.232.1.26]) by
        mwinf6210.orange.nl (SMTP Server) with ESMTP id DAE761C03B71 for
        <[REDACTED BY COUNSEL]>; Wed, 29 Nov 2006 17:51:25 +0100 (CET)
Received: from me-wanadoo.net (localhost [127.0.0.1])by
        mwinf6204.orange.nl (SMTP Server) with ESMTP id C4B7E1C00363 for
        <[REDACTED BY COUNSEL]>; Wed, 29 Nov 2006 17:51:25 +0100 (CET)
Received: from maila.3mtecnofer.com (sd5116453.adsl.wanadoo.nl
        [213.17.100.83]) by mwinf6204.orange.nl(SMTP Server) with ESMTP id

817781C0013B; Wed, 29 Nov 2006 17:51:23 +0100 (CET)
X-ME-UUID: 20061129165123531.817781C0013B@mwinf6204.orange.nl
Received: from rdo.admu.pvcf.ph (HELO unknown [77.134.198.161]) by
        localhost with ESMTP id 975661BD67 for
            <ph-linux-ameritrade5@dfbills.com>; Wed, 29 Nov 2006 10:11:56 -0600
Date: Wed, 29 Nov 2006 10:03:12 -0600
From: "Sharon Moore" <abigailtfumea@3pdelivery.com>
Message-Id: <D7B27697-7F0C-11D6-B2D3-3491384DF2@alumni.ethz.ph>
To: <ameritrade5@dfbills.com>
X-Spam-orig-subject: A great opportunity to earn money Delia George
MIME-Version: 1.0
Content-Type: multipart/related; boundary="----465017782141909"


This is a multi-part message in MIME format.

------465017782141909
Content-Type: multipart/alternative; boundary="----29074299342342480"


------29074299342342480
Content-Type: text/plain; charset=windows-1252
Content-Transfer-Encoding: 8bit

Gov Jeb Bush who ordered the investigation said he was told the arrests were being

------29074299342342480
Content-Type: text/html; charset=windows-1252
Content-Transfer-Encoding: 8bit

<!DOCTYPE html PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">
<html>
<head>
<meta content="text/html;charset=ISO-8859-1" http-equiv="Content-Type">
<title>Elena Carr Angelina Vasquez Kari Castillo</title>
</head>
<body>
<img alt="Dianna Wheeler" src="cid:tbSzhEjQjKpdvKbndxQnAIKdWSxprKb" border="0">
<p> </p>
<p>
<font size="1">
Lora Chapman we Doreen Oliver that Angel Montgomery come with his Antonia Richards When we
last saw Ginger Williamson it wasn't Betsy Johnston. Then after Freda Banks or Meredith Meyer
got to the Teri Bishop it was like Eula Mccoy Sowhen Meghan Howell was Eloise Alvarez
too we Gretchen Morrison

Raquel Hansen and Alyssa Fernandez took a Kelley Garza with them to the Kerry Harvey. We Tricia Little
to Olive Burton the Tasha Stanley over at the Elvira Nguyen

Patriarch meeting
After spending Tuesday night in Ankara Benedict will visit Ephesus and Istanbul where he
will meet with Bartholomew I the Istanbul-based leader of the worlds 300 million Orthodox Christians

The visit by the leader of 11 billion Roman Catholics originally was intended to be a
pre-eminently Christian event but it has taken on wider political ramifications in
Western-Islamic relations Catholic-Muslim relations and Turkeys aspirations to be part of Europe
The visit is seen as a test as to whether the pope can ease Christian-Muslim tensions that
simmered after he quoted a Byzantine emperor who characterized some of Muhammeds teachings as evil and
inhuman
The pontiffs presence also will be a test of the Turkish publics willingness to tolerate criticism of Islam
On Monday a group of around 100 pro-Islamic demonstrators displayed what they
said were 1 million signatures for a petition demanding that the Haghia Sophia now a museum in
Istanbul be declared a mosque and opened to worship for Muslims (Watch protests of popes visit )
The Haghia Sophia was built in the 6th century as a Christian church but was converted to a
mosque in 1453 when Islamic armies conquered the city -- then a Christian metropolis called Constantinople
CNNs Flavia Taggiasco in Rome Italy and Alessio Vinci in Ankara contributed to this report
Copyright 2006 CNN All rights reservedThis material may not be published broadcast rewritten or
redistributed Associated Press contributed to this report
TAMPA Florida (CNN) -- Eight former employees of the Bay County Sheriffs
 Office were charged Tuesday with aggravated manslaughter in the death of
a 14-year-old at a Florida boot camp for juvenile offenders
State Attorney Mark Ober said seven former guards and a nurse are accused of
causing the death of Martin Anderson by culpable negligence If convicted each could face up to 30 years in prison
Anderson collapsed January 5 at the sheriffs office Boot Camp program in Panama
City Florida He had complained of breathing difficulties while running around a
track as part of the entry process on his first day at the facility He was taken to a hospital and died early the next
day


</font>
</p>
</body>
</html>


------2907429934234480--

------465017782141909
Content-Type: image/gif; name="Hpmhm.gif"
Content-Transfer-Encoding: base64
Content-ID: <tbSzhEjQjKpdvKbndxQnAIKdWSxprKb>

R0lGODdh9AGQAcYAAP////8AAAD/AAAAAHoP8DYny9ZiMjBgPyFGub8CYPIMnqcCCx46jaYi3mHm
RLdyEt1UvdqvUa9u80FnhV+bhVqssPKmS96S8ITaIWy41iu80JbriRrTDUim5G2DGZsQJE3+wm6A
SjPs7aZ2qA1+CplkE266uTn80hQjyma+MrwBLTgHhhtGZbJXZ8+7WWmhAGdXgdS0AHCFyAr3QTHB
5Q7Eh7VJOCKI3TGssvvjKUBfjlnXLS0oo+CM2K/4lEoh7WpJKu7nDA1mqbvD3lhRhxgCCmfsMzRg
cthTOPBPpd/WAEHkgPSHWyVS7l/wnPGGMmgqSqmLlzKOmWhqAVeoWY79sUTdNmzjCAtvkSV0e8IW
JGijCBYaguFc0MrNEtK2xTFhvChSDH+CdkOiwkEFsek45aAkXFmX4hD+DrT/APf/AA/AN/+IPr/
AIL/AHz/ACP+EPv/AIL/AHz/ABj+AADAAD/MQD/AAD+9AD/sQD/9wD/C/3+E/n/AIL/AHz/ACwA
AAAA9AGQAQAH/oAAgoOEhYaHiImKi4yNjo+QkZKTlJWWl5iZmpucnZ6foKGio6SlpqeoqaqrrK2u
r7CPLrG0tba3uLm6u7y9vr/AwcLDxMXGx8iEAcvMg8uFzwDMzYLT09XWi9ByttTd3tHYztyM2ePb
2Nvh5+rS5OPuS0oa0AI6/Xc1+nd5rp5uja7b7JwwwePn0F63cIVIRPjO3O3/O3n3CuO-wP6hi0w-wCGDg09U0cuIbh//QhiTLSx
Hzt06yLK4xcyWjiTEBeGHCluocKIJxuuHLhPJMeUCFm6LCkTZ8ufMHv2rPlzpkijLiXeGwp0pT1F
1C4yZWgwasxDE31aPOmkqs+jX20+tQmUrNOvPJsuzVlWl1i3/iiQhIi2LslzYg2ankrXr8W28oheT
qrw7N6tXvC3nin2nMWzjnXqDMMqwYePBNwVAZR06LGCnnp0avXraMWdzZzKgBOuIMCbFqd3XVSjZN
ubTo0Vg1k247m23c3rlnn6ZbOzfK236D88Y9Y9Ninrbyk/64btrzhzvZ4Tll6eUfte3923PlxNOfbi

3obB/jN/E+Nt9t+pv/4Nf2Ts4YA/WpUfcx7lx/GBlxxxAU3mXHmVKeWdgto1x2B0jmm233wU5uWa
fAAdhl1toqUXn3+4KTWYd9nxxVJdhXFoXWv5BXcNcsg9dJdAD8plI1xsSaeciAFy5+CJN4aY2IyK
HeiWYkha/uUgitN5GNqKAuo34XM48vibQynS1lZzMRZkno45ztijkd2I0VmQYFY5oJVsfjjdI2kK
KeRzPyap4UH9vQmglUkK+GVkFx6p54IjvrmXh24OSWaJ3DUqGJUzwTjojoLKeWCTU9l5ZWomkknc
dngGqZahCVZqaaRr7dYmVbBBFiGNrcaqz4+PkmqoqS1m2CaVHz3oGkWfUgqdr8EW+Z+EII7pKVWA8
EcqmPZLaiiw+vEqZqn1oFmhsX65yKiu3Cso4oVf+ARuseuUSCqmYpbTr7rvwxqusvPTWa++9+EaZ
77789uvvvwAHLPDABBds8MEIJ6zwwgw37PDDEEcs8cQU/lds8cUY1zJAJRtn3MkAHfcLMsiUkOyv
yb2gDMnIHJfcMsQhi6IyADOXonLNmOC8csyP6JzIyECzPDPKQbMsic+eIK2I0j9bwnPPLz/89CdD
Tz0K0zlb3bPWoVRdCNFcb30K1oeQbQjPGwO9NqCGP0124O4TTMhIaMtNyJD03y33l/rHXPQcdO9
ds04uw143HnvTbfhfx/u9+JsF233zYCDjfjbYUveOORvQ4405Yp3vrjofDdSNOll7w3344ucnvrn
jiM+td2CN1373Lfj3nbgu/N+du6/6156771v3rfvf9tOPO5oIx+88EybLD3to4M9+eWpZ4+99sNT
Pjze/nUbz7f33PtsOffgo9592LKjT/77HZMcPfXmT1/9080Df/zyuuf/PPPKa93t/Jc8/gkPegbU
3/Lqhrf9EY99ovPa9uyHusKJ73vyEx/stle6863PER403eRc57fYjW6CVgth+TJ3QZ3Bj4MMH9F/Z
gMfA3MUufmtjBAkJ6J8ORCHOcSc4RpIQ98NzmgSfF3k8KfBG7YwbY0zIeng1Mo6tCKIlSfCn/W
RM9tUXKte2L6sAfGIirQiATcXwGLd8WIEdF5M3QgAg84xgTSkX9pDCMZqYc+GGIwfuE7ofigKMg2
DrKPfgwdIhUJwySSjXwfXOHZIMhBSFYQkG4041tj/mjE/tGQkne0Yx7/h0f1CVCUm+SkHQVJwUrO
joknDKElWedHLroSkbj8nilz2Ug+PrKLklwkKP9YyEK2Mo6d5NooH1hDXX7ujA9M5gA7ycxd2nCa
cKRjM0MZy2M6E5O6JGYHLVk1WIaTleELZCTXOUkU6rGYW6wjJKdnPAoqTYL1u+Uf17jK17Vvkmnj
HB/BNz9+xvBmBD3oEQNH0Ov9k5pO1x0D06lOY1K0nITkHEBZ6EXQPZGRHmVfEldIQiGQKQl0l9JwI
radMKa7uF8PUmBw9RlOZxbSmk7gpK7bZT5z69BJm+2kkdNoK1Qn1qJwIKlKXytSmOvWpUU2QVKdK
/tWqYoyRVlUFUQEKtQAmLasR3aopMpczm61CF2LWk9BCM22ovWUyITFWzUxV3fqgqxABavTzprT
o2USFHUVWVJ/qEZa9u2lzlQjYktYUcx5sZRzk1v0hBhGZRpWm4lT3SsP60LBLVZ20kupNUEbUC1u
llXJQ6wUk4lVzaaWnoRV7Wf9qcnVDhWZPHznAiGrSq8CEZu8L24PublbiEZTnrU1Zu3yd8G4ltS3
/PztJpmrSeI287nFdS40c8ndikY3uttFI2HpitvCwvW4pRxuuAA16TTOq17ptTWVypcnbNdpXh9Ul
5TltK95s9hauy+Qme+Pq3v2mF720BO6B8/q8gAT+KLvNS4aTXhDOUpXic8sZljNZ976KhZuO8Qv
fVPJw9n0EcPc5StpRyxDC+NVvwcGr4JDGeABu6zBHfathBP4YgEbGLIR/quG+tgIiPYkwTe8YL5
y+KuLtjIPvYvkiW8WFkC+ccG5WkKc3ziTMQwTDuZ2nja+Mut/jCxFUxjcOr4Bobd8vnbbGFuSxk
G2d5vU1mc5ITzDsZL3nEcw5uYNmpQRET+b5kznFjv4zmKWv3zbWMsaLHe2KePnrHZ54pdGb2zcS
jdIchnKb/evn/zZ20pVMmgXlp+T/GvbMnXWsYx2a0kZfVr8gZTVB8yZrQN9asoZ2NVdd3Vr9/gF7
1oNz9EHHjOt7NhTLP162dScqbb2mzNpPHTS2g6HtbQM0t7eV7fDHTCskvvc6E63utfN7na7+90n
a5hSfTFveFP1zikbty3PSYxfDvlo+rb3u+SMi3pczLOA7paTBdStwcZN6xZ1E1N7BNrESTkpaiFkXx
CI9Zxotv7DcSOpHU14Qa7Z2al+8uQ2/13Wjjd3yui+THIRhK6lo13FqdJ1mu1sGO0Xm/XgazjzOPOcJT
bouAMrvLwva0mqeYQjjGK84V7zLg4s8jzy80TnBHV5yGnvnCiC8Popg70rrV8RNC1U59Q17an47y
fZ+852//JsilrnZgeh1fYP+y2P9HdnkytHpde+m4KOO9rbXkXc7r+XVtc72tt9dZZ5ENe34NTPCf
M13qa+c41hsf6az/m7aKtzs562n4x9vL0vim8gTVDNuf49O07mt/j5hd/a7cT/qGEp/nWb09705+e
mg6vD/7P7PvYoYhS0i0zo2Ze+T3OH/tkb7eXq3v15qrjwHfd09v99f9v76l9wns9g6v6t6z2ev/vkbl/zo
T39TBcD+9rv//fCPv/znT//62//++/P//77//8/8AGIACOIAEWIAGeIAIaICHkIAM22IAO+IAQ
GIESOIEUWIEWEIH2t4ACoH4cWFXsp4EdGIJR9YGGQIiieJIIZYKEoIIo2II4xYKCAINa/IVXl+eC
NhgJMsiCs5Q1nzdUWtNxGjN+NwhWObiBdEdXpeeDtldwpzaE3laEl/RYEMdYGDZIjDN9tnVOKVFVF
V4hETYh4JCd0y+eEFAOfdBdPrcd43QRO8YRLXXmhXXkqVObVGwCR0m0eGEGOGGJwd7nsdQ/xZ0lpd8
WCeG3+RO+XR4kUSI/IaHC5OHx9dxruOHrrREvrePeDVbY+EuVIgXSIc1d1iliDjgvjjsh1l/h9vQeI
7LRLighPfHiIgXg+n7h9o9oYgMo3iKg3i3HpFiUdWeJnodzd5iGted4IbeLNTeLDVOLHxVSuMg6yuh6
WVhGstSJHXVzXCSNU8hYEGaMeWiE/oUggz+1g2zOojRMzkcFjqqkKAiuKIL+RYU004UC+iYjvayjvA4
j6LIjStoj/SYj+qIjHJr/r4j/EijwA5kLToj95IkAhJDAKZCkAz7KmjICVjfqIuZ2CRmQjIlmvrj1ApDb
j8cQkULRERSxFRN5keH2kkMPAkdCRLh/Zkckkkt1HJBgkkRhHBBCIwTBkiOZkadFfgzGlVDL5
EgzSCFKBk+eGjD0oNjsTCSmpko3BLkpikUQJVUbZi/SUQRtnflA3GQWyLEOpHyd5k1FpbVN5duME
RRIFW6jIfDS5IR85xxthLmHZkjqZfHBnc7noi0rZLLASL14pJXGZkyAYROMjh7NH/pjFKJR6OZPj
QROK+ZdyGZhul3h2SXuriJ2g2IhSZkZhA6ZiPWYL4OHqk94i3qIZ86ZZwyUoyZnkRo5bCHXNeI3m
qJgg6ZEpuZeqKZXZ2ziZS58JOoiRNbuZm3i2GQCUKyGwI6KZ2KdZSsZZKmQjIuJzGQjRKKVVF
2YfSSW8tNZ2Z2bsI5ZaDNJuUJQl02tbyzwJyf0FQbhYTjyyyJ69QIeME2mxuJ65mUt2WJUX
NYaZeJgrxoWvyYlVYRZ/9uWFYWYWYVwSGG2JV02Z7vOIteXmg92qEOZol54qKhIrW44kUt4hMx4fB
9IaBiHwUynBHyZAKowDlYgi/npI5wmiHPqibXiiumWLuliiiuKejpiSECbmiGdqqi0PiixBSJEzWj

Qdp5O9RS1nifeFmeWJicuYafw8lvlTlSSXpLRqqJI0qjEEqkJ4qjgeehtlSZKRqhocieuSdzXPqk
QOdsPjemJPqkoWOmWUqmcwqLG+SkVtqeIumdWGiNIyeNZid3CzWrX4mgWLST0legGIpixaee
JBWoaJqm+VkMlwpY5GmenRqV1cmEwLCp2smdnhCqRfepO+N8phoxqNqqrfqqsMqdsjqr0lmrtuqc
uJqryrmrvBqcvvqrqhms/7gtwgoAxKqP2QGWWgkhzCouCKlm4dEfjNmbdjEP/rzZHdB6mSG5rdNC
Lb/5LR6RrP3WdBBjrL+pJLryLeq6ruAyLySimc7CKrHCm+BKrcAprpZZmtXKkdyKrHNpp7kAp+UZ
hLawLdnQlfkKlO26sKYpHftfKr7Iyr/zasAw4Q/rsftarRw7mycJsIEpsKIqmKT6MaqqL+GSFRJi
m3tpsRQrHqXSHhKrsBtrHP16FuXBshRsxzbshI5LSDmbt4i7lWn5gYh0jLn2OHjei0oZYaUtVI
oO2RJyr5sccis6iCmTI7sRibmbPSJTxrmzR7rfF6mY3psjgrCWVLr+x6r81ghlU5pn26pv+EpHLr
dxg6PyjEhn7aex17K4pC/htQYrV/Sxip2Zh/qxDGUrZw2ZaZia21CZwNuyCMm7be+hIR2SoqG7Td
yI1WeZZzCHuUaZhk6XcLakh02rd2BxdgWx9gKyM+GyE5e7GGmymIsrVi6+TUB1mK7ka8qz6GrE9
ay0iAhLPoIdLRKAuVFLDiI3LSLBuOltOCoRRmEvN0pTjoio5OpPOApK0667qAa+WSxQ7u64/ubZc
65vGerZPsrJxcRyce48mKqjwWXGnW7rJGb3mRJaE6G8Aei6HcSiAmw+b+72Y27Xe67Wusrjje8BQ
mcD22rVt66xq28Cx+74564ij96B026U5Cr1murxZWqN+ixcdgnw8LrN/gAiaKu1EFwkEPsX4LuZ
Y+uuY+uxGCKu2VqziKyhO77GyGtxc311FlQq1sAk7oHuhSGyLrSW1UYKSUvEnU0t5LHy9OPuy6/Gv
wpu734rFh8u+YIm+Dou71jK7NqK5vv5upCdeB6/ur5FoyJ1tVbcyrbxyfxyqhanzHuVrHevynedzH
sMrHXmauqDDHwGDIFXIJwPsKiAxvcAum7lm/otDIFXwKIlyuwuVmVwJV1y7UazJQvXI/0sKIlzl
oMzJp0wJlywslrDKiUwe4Aoq+OHKFyPKouXES6ugIjqNUXuguvws2Puzsvu7H5uwfdIruQK5hEss
/7EjVIsWbjvMOpEl/tOcyjVly5SYioZIunapzYnEzTrzw4prHcecHEO5wqSIifsJQNczdvxw4O7
G8uazk/czlKZm5/rpj0KzpHqivfLb+LsF/A8LgEduNRszteyzo6C0NehvQHcI93ryZOSVcjrhcpL
yJ7Iz1LahRb9WQGt0GPyzLYSuL6hLQmdxcNS0vZc0IyykHJsqnxuvcMmcnrpxqmpzkKoreXogwt
0PacK6ZSHw+NLZiBKir9zhMdIAW9vT8dJqDiVEF8hhgtmfY0oxBktwA90QqNxfLMFELd1T7Lzqyc
zNB8wEjt0ESt1FptKCWbMFH9qEyKy0zbfAYqhb8sKAnyzMKbLldy/tDNzMUDPcyA8pV9ubUrWdhs
WbXInL8/Jcjnas0YQ8uvzH2O/TCSLTGXbSmU/cdNddhOldktWNmATJCiPdoAWdqv0NYFC1RxjArj
V8rDoNoW88g++pJds30RGpvxsqUsCUm2rNNJhXCyndvv6S68LZK+HbDJaIkvJaBTDUjN7dwQt59e
eo3qybzSy6BGG3Qc3cvWXYXYbdcU2prdDd4h97RxnY2SatfUnaC6XDlHOeZUODy/rc8axadUCd14
eqGON3i7DIb3Hamy1r9826XbyaMkRaYkq994qadmSYoFvtrEWJb7vbdyS9X6LTR1qHzcU98Cy6fH
Pb3cbHWETOBK/rrhHKzgmvPPpgul1b3aOF2Mc7hMQ7cF97PGu3B4x3hOs58KOPhkKziNl3jBP6f
nTOgIkq9Uq1xLe6LS2rkkTnkL26/+a3g90vjOT6p/526I1x9JKp5UL7B/Riyovfcd1rl+uuGsGTi
Pc5wNb7gQbqkvdjkx+3NsK2o+1vVopnT/Ju3Ly7i+CunbReNzKncWnfnU46dOI6WI457RM7gJIzi
+pnoWF6wIpvmgT7h9znjhXnlGurnXQ56j/7flU5o4kPbrvXp4h2Mcx2Nifp8dEnXvpxQTm6gGxdB
tw7jUZpsQncFdx3r5I3Len6nKAXsWT7f613rvjzsU8imWIfa/uQm26fX2ih6VNAebtJeL9kOx1DN
2ea37flC7sTJqhlz7aY9j+Z+7umY7uquJUWIgfAe7/I+7/Re7/Z+7/Q/OfxqY7/ze7/7+7wAf8AKf
gO1e8AZ/8Aif8Aq/8NVOykNHquLO8DaVTmPzVjFq40nJ2NxxONdRe8FdY8Txoe2aq206jbxG/8NQn
7DXN3Pzp3kcrWymftE3X0Z9rxNg9p+j53jQP3U3l.8RJPWdlM4QhO4jwOiBf/5U345jhP9Dc+t5fH
7B8Uhz8PcPm85d585DluOUd/7G2OhkksSbC9zaWr9R1vq1bZzWD+Wacz6lF/4AYO80Gv7F/f9lH7
dpI19mU//qtnj9XATfYfvIlub/VzfuijOep6O6hjD/hTH/J/399i3/QUvvV83sVUabfgiVfg8Tvc8
vfhxiuwF2stmKfO8rPYavrfLm7Ryr+yTLvpUfstx7/OcH/uyP/u0X/u2f/u4n/u6v/u8v/u+//u/D/y
NkxXbZ4rMzYc7/ASJTABJ9xLp1bx5Qrg9vwKJHzneF7JQJ7UD3mAJTPNf2O/L1M9JfxF5o7WjwzY
z1nG590RZ6JT9lsP/t2eVN4gdrQq5VKB47Q9//5Urv+itWY614WAACA4CDBQOGBIiIg4aMh4+FjY
qLg42Vh5iUmJ6RgJMiYCfqZpV3+TmqCNmq/rppGioqmHqm4v4L67kLGOrlrGYrKG2t5
qnzJXJx8WHysPJ1rbbx7Ha0lLendz8f3AO8drbbwcjMjz+vU1+TBwePyd1PlOn5zuXW1/rh/rd9A
T/DmnbtHT142ltuePXXTeBhf5VYvoP4TBq8av6wjcuJMLCiSI7fjTYTeBBhyGvNuiiI5I5
1mTZ0KVHiicXxtSmT2S+hjZb5aQ5 schW+nzKtsYLZE2fTgKvqVf0fUmWpfU29hr6r6MaUityVck/nok
7Ku0q6fYlnxrZIrzRrqzrY6u/zRwqRRVcIzF9en2H3Sn80LtI29r2WIjI3aFC7QihoPbzVbp9uC+/K
mTaX/mqNd3O3xVM8JJFevkS5Se4MCNQSfEXLlIaMGtaCIvwWO9V9v+Y8R8XbWa/Z0cfpCZbPe5b9bc+/h
aQPPPe+5dHMRWZNeGd0x8trRVFbVOypp7pmvM/5zNfc0qd7PZZZHmyKmuw7qu0HNfC6+t/c+3/
KtdcwLg1lmhnyZOfRekxZ58/62GF12D0WXSeggXuBuGbwchHfOo6BIgYiKOuBmJJl52Yooqrshi
iy6q2M+LMs5IY4013EemdjjTHmSGKIPIrY4jY5SBCDsnjjjQeiSSPaaVZleFNQlllFJOSWWVVl6JZZZa
bslll15+CWaYYmJpZHljl2limiGmauKZsZ7alJJn/r4Ip2B1WnldiVneyWKeiPE52Z9xVnkoolCu
eOiczp6YaJR5NjokpD3SpiaagroZaGINinpmJ3qGal8CQKm1qiodTQMXaKitWQnHxI0qj6EPelq
LKneCpWAtJiK36vTxceffqU1+IqDtRory4UPHpvhgPZQ2yyFWlWrIYbAgQqkmRFFedAb/EDXILr
7OhtVJGFO99auGEUY1rcVmZdO8IxhGm82ygn73TiuEYtbtjCi669SGWHp3bgGDUzebAZrRm5mCzv3

bXG5xdOwvxFbbO6gFi5qb8fsPYzdxfiiaBrDIhPs6F3JPQpuq0zlQ2ByhpE1K3+WJcyZrjSzelTJ
/n/56fF36PR66s7CkhPzfa+YrDPEE6uGcGJXRe3fkUGXRvWlMh9n8MxYew321wZCzUzFCp8K8nFB
GXkdcVwzJ952i24HdNZhOV21nBnLW53Do6HUVtqB7s1v2yebZyu7tyn8nnZHC0dp5O8wvXLO7Vzd
L+N2Ynj044YrbbXKk28MYYXteqga6tZW6LSzAVYiEKu0vv5sWzbrefvop'taC7W5M7kkVrYPzzt5
sCO7VvHXtrcgdqq752DtxX2q6I3VX489pjJSn3333s8Y/Pfi72nl+Oafj3766q/Pfvvuvw9//PLP
X/D2lloPf+NcPkm/5Iv33yv+gU97aDNUtP7E/pVsJYl79ndpfihjoJTj5SU0HDFNkaHRBrc0NNY0y
DaGCxDYHMkp+EvTf4DbYJfgkyBbTIl5r2FYqWNHqP+F7yKqiV0MOOaVmuLAPXaSlF2KBaECrks6E
bPeXw+BqFtFjYQtnobxlObFaFwre7paBHrcscXUVXNdqEIItepXJXZUbzccKOK6AaY9yyGHetvgV
nM94p1xjG9rWwOWvDL4kje8ah8DWdTC85cof4QrKA2l3t2PQSyZp8tnTqAi6y6jNb4P7I8rU6Mc4
GmiOlGxXyDB2thLSDWe+oSQgJzjKrikSRZWaSNJ+BjeFNJJqUOiJhHXF7bUsoqmvCQoSwlL/jNK
yHOWi5AhQ/lKadWOjUZzoe6IGbZAgm2RgNPlq9h0y2PyRpatPFvrmNetl5lQc9DZC5C992TM5+o2a
iQun0AZ1s5G97YvR/I//BDbJ/6EwlnBk5BlxKUlTbnNy+sxnGe22DUxGknLgNKfg8iWWcdHkcXI7
XCoxF5PfAPKcxaRoc+BZQBzKsF/H6xvRGDS7+vSuoOJ5XbSmVtJk/bCOqtJhFGPjK989Ly3AqoXw
UvcvZ+kqiUS1VrWiGNMFhc91OqQKQ2Dju+Flz4NXgiAAr3o/kALQqp7Saqa6iNWwUgWmVJASrWM+K
1rSqda1sbatb3/olAaZzgWS6NHlexKSS5/pJPbz9KVZ/GOaIOmi2CfE2fHukKwimNsXwE3Ccp8erV
wLZosWC6q2MVdVht5VWxGkxsYxUYtb+ycoSidZJUd7i5FSILWJ1D0BaVZUUo+nRalh1pE5PILKHK
tiawI4gyf5jSnQXwtEa1hTWNNszdFveov2WtXaK6rBuypKnAHSlxgaTbU/JtohItIx0d6s8TkjJw
/fStZbTZtu4Oa3rg/e4b8fY/z4RQq4Dj7d26VbXlpFJcHcrkvuQ5V5m1Tj1nRK8q2wnGAI/Xm47c
ST2Nt2D2vpCcg9XvuTg2Wsg9lKXnjS+E7zubqxH4l0WLm4Shmrv6GgUvNAvpzbjG0yMi/jGYoSWk
y06szrj8DqFhgyn/msrcAu/HxUARHY9zqt82lk2nOBqxdkGlL4v6TI8se3FL4RkeBSrUw47DcYYr
Ss4GltM2fxTbhqe5UTPR88isfFuNkxxlZmJozlS1jTTp6cgsXzjMtrxcjr0rXguDI8u32bLSCG1S
QJd4zAIGJea06U1JAnmiQ0ZekVXMwhxe95+Tdilrp5ge0y36pxMuqhQnM+mVEtWKqvVxXqi73FKg
9FbLi+NMh+va9pRU03mDq6XZ9lfC3vYxM6rWYuN7GQre9nMbraznt/PVVrDzbLp6CfUj8eIq8
1cbfXv2soyJNm0l06uYDq8pq6gy1/mfYplOdZrfMDW3vvZpl1FIVzKZXQtCqmd1UZyE7VnqbA97W
Vseb3v3c+Kj72Kgu+GZJelly43vOGJx3VJ9CRGjZdoMJN+6NdefETrA7X+/9DbmGWDNnUbLFl1M5
gF4eKxQbnG+sVgp5E0rv485wh8iNtdRkqGMJoY25vHqipUurnLyVvGtDd7BX1RtIveJ80DdfOQXv
dS8PnVzWWm95M0g18JLL3OpZF7m8p152r5Ncpu+B+iP17F/wiizreyQc0knKFxHrEyeQnm42UZhA
tGOd6vCG1de3vvboHj5diffrs+KtdsZX2/Hd9qvjKf1OaX7ymItcnkcjpncYLTkl/qJj496pmGoE
Bz6Z2lb75cmOda5YF7qMf3t0jxt2XarbWNy2ueTfSHmxL77gUR5vTSkKuvm689LQdDPA7XnmJIME
7oHKr4lrP/mqU+fyXd897BOP89f/3vviH375CZ59qoO//4MfG6Y1z3RdT9zOcgYzxEfm/ugPnfqB
Xqdsgg9+M2d70WB42wV26/chCyd8td4C/h96id46bd25XdoNTZ9GZV/dWRmF+V/EodqQKdCKXZ0
sZNyRvVS2LVq/+djAbhuLLceOnd2A5hxF+dxMbdMORWDMyeBaGddLJiBQCREnidrCxVctDZrTNZQ
xCYp7VZsUhdtTyg+SwiFGMSE/lNchVeIhVmohVvIhV1oV+I1WVFYWAGHbpVVhf0VgWcYbuh2bJ3S
cWISbPuWQjAEeZC0S96HQGhoh/cWWAJXblLCb07Yb6BlbhKTQmM4QPtzcoQxfGmYg30YIgoXeU7Y
cO3nbZkibhzHHhqnPGYHSez1Wrl1fMpVfTMIajyXa6ToI7gXgwlUecfnKj50QOz3ijdoarf1gr1H
fjaXgI64and4VEGoUqF4a6Nzihr4TeBhfbF3Mb1YdwIGMx5Idy8xco1GSCAGfQKocDvIfrriYXY1Y
i7U3gLfVfQBIfMCni7Zned32ZNq4fQhWgQfVG6bVeW9HZ20Iocaa3X1zGdwq2/hz6+Gat2Hvc54ne
qEy+YI6WWIAKSUST6lBWF44RGTgUiC6hNWWCCzoFcN1eKYYWApmGb8FCEoxWejhno7tzKlN4QBiX0D
STy0Z4nHSIDpyJBkF1wspio+yIPpOABcAIExSX4f2Xm5GVj0TjKV496t2c0JVAAJo3shGUY2Eea
dy4355ICxI7yZnLqqH00t5XIcIAJmZW+KJHg+fDlm5hdCmYF992A9Bh4dqC5syVFOd1BN1lCfU3xq
WZE0SZXO2JAvaX4TKZNhiZM+qYOBaRcOiZhpR5FAOY9oGUYJEk5R+uRvXxBlGBjl16DwiyFT/onSk
92n46FTN91IuqY17uW61/rSKqAmLyiI9n0hjehkrrTeWMsiIDveZmDl2l0lqzfVjO8Zs2KaGdhWc
fShsw+mFYOhZv0aJKVOcx+mczwmd0Smd00md55YjZCVZgOhu1pmIYTgpSEdaXCV9AthNg5icxllV
30kpchhxz/eH3Kme0hifAwUjoiWe+7SITZaJ/yef7dMmnvRZkHVX3GMo8NmeTZeE84l0X90mIuDN3
15lhvWZBvRVjTMQdznWaQASTM8WKtGV0GhIzQUQq0AIsi9alOReeakIOipcdwGVo2mWNasYYjIRhy
BwkZNlWjHLdx9oOM1/gugkaTPZp30LeQ8oV5kfRh4XV/BQF1MMoY7lhR/vqZnd6VI1wGoMLkUNFo
ltSYlk0Zlf5WG+KUZxzWT9npRvfYjxGVZhWJlgA3SPVHnhQ2WnyClATkfK5DnyCTkcAEN7O0pyZ6
ob8zor6JppSJjyIqqP3xfgoSeNkoe7/mlGXmFGiWPLlGp275WDx2QvLHZlzqkc+ERYX4cwUqd/VV
Z1fKdFL5g4nGlNzkgWz6ZZZWEkfKYeTCKMg0alw3Wf4T4phf4pXzKpyrhpx8lqL0qGYbGqm4DXx82
pplHfz0GHHXWekPpG/qjp3EXppvaHZwzrE4mRjh1reS5ZlU6o5kKcYiKaUhlcgw1milWlRZZUxSX
XTwVmvKqhz/oaapa/pmhCFv5RiGqA1W8mnomSEOdqlIuWq+s2jzfWfJWJ0Ny6MGepzS6rATyyn2tpxQ
KLEUq7Eby7Ed67EfW40QqiPo2Z9oZZwXG6DqSbKIqKBx9XDdWWwz9oDaOSfD+W6RBaZqWIWHwqAw

K7I+S6z2NrOOglmc9XzsiatA+7IQW3Hgc0Q1kUWjiFqt+XEWaaOT+qROZaGedqsoR4xaV6EIxIms
WaMoil0113OiWEQ52ppAErW2BYyIOlvFiIKdzyGmotP63NEikdd+l+a2hLn8Ri7kmOcSTbZ2qyl
ZqLuJUhf6nxqs4yMC39YWnxqNpSG5Kff2kaemmBTyoHUCqTWSLAS/mZHFOKrqcqoARV3ErqRS/m5
W+qgtcq5AGmU1IphyHp9vRSPhYYw/5mrBcZ6qbo5pNu3g5Skw9g8MdZaQkdBmhmZDBO31+eK8Oq8
JhaEpTqEIYSswRtknQtm+mZNGiRilVsed8ppoIdO7agRnNSM8bRokvq6Vnp6iduqTiY2xpq7WSs3
bmZJuxtKyKmKS3IZTACm8/GS4JFO4a8qfz6q48yinxIepdim/v2t3kpMr/EempcS/GaWrkClOAPUo
K0RSOzWwpxZAofZ3R6qhIZdFdau3otIhzpkJKhr7Sqh+XqE+5pf1xuo13WCLowrFhavHoTDRaW3
MQyyB6q0zfYE/kkMpkmMnivrxGclxVNsxVeMxVmsxU9sWCWbtJGSs4b4sGs4Px3UtN6JswBMs8Dm
xWDsntxZxSz7m+8JnlUcx1kVxzfrbXe8tM8GKX+cxuWzog2ithrHe2Nraca7vmE0RV4rXCHptgPy
Z1Jktotxgt1wRi6t7yCcuiwo8yirhqFiu6Ho8kFySFByDF0UyAUuSELvULRtlE3yeMRrFc2ktjb
XrEsfVQ5rTknxos6vI6JIOelXubLyw2cvvB7zPj1q1kly7tqULcMrKSDr2PWkbSKyzCMqcP7GtFM
zcCMwCu2ULPrt4tDEVuWuo6bwtIsIyTgRfEqSJYJazl8H1d6/s5Emb34bI/VjMusw80l4s2hWU1V
671n+qnVCs9YehHoLNBOmoR5Bow/i3/xpKxDanddG7t9KmbPy82a6794eUv7q3ofjJzCzKxuqXzn
y9AcrdBVJrrJOdGw+7j6F6ZmQ66wbM0/yc/IjDPWCtAkfdKMWTn4W78Y/ZRJemCO5tMuHdPjxnyP
jJtAxrU3ejsZa9AsDHSbeWcDJbfiYpIXBFPLZ8Sv9XgIOT1cy0wvvMLDIdVtq5v/pFT9gT18fHrU
Sdd0vMUf1FUbe9eXeAvunNeBLdiDTdiFbahn7Nc1S6rOfNiNXddMW7H3111I69iVHastG9lvnMGI
bdmO7Wpv/kpda3sgb4tFNBizaEt0n8ybrNvZeY1RXfZfyazLlouNbTqNO9GkStzaH4tPOblhxnqn
My3OERZ6uz3YMANc+nyX7TV6UCa9AEK9zZe/xp3FG5yUr529lfAkDa+BUzdWizAtgaVisbT2q3d
tt3d+/jd4E3CkoyCnXhrXS2SMQtlF6LDSBjS663fkr3f/e2Ffe3fAS7gA07gBW7gB47gCa7gC87g
De7gDw7hES7hE07hFW7hF47h2RMAATAjG949F4uyj7id4ijih6RXBFfhHj4IKk4jLA4ALt4iME4I
G07jMl7GzogoOJ5vN4J4knkiNc7htwDkuzDkK+7iNG7k/iqO5IIA40XeEDXO5Cx+5E4e5TMe5FEO
5Vg+5EB+5VVu5Dky5TYS5jJi415usjqebQZZiX3S4yGeDUre5S9+5U0+53Xe5Utu5ng+5nJ+FFLu
51b+5YGe53ce53tO52ZeI3su53i+6H6U+5XpO5Vz+5HGu5XQu6Zn+6HU+rSladrzWTGRbRSsY
klfZgnHryDge0XAO6K3O562e5Vk+6KyO6CLi6EGu6H8u6GUu6K/u617O6zFO6Ltu6a/O6L9e5nCO
68ve66Fg45tO7Fju6rT+63qZh6VzOj4VjjkoiQRJmL3clbmHgIhB7dWu64Ee64x+64P+43bO7L1+
7r4e/uzIzunOfuwtzuX1Xu3AbumKDuv1Hu/2Dun6ruuHzu68ToGl6Y1F+pDiaphuLZAG6e2DaeWy
bu76zu+NTu9f7uEBT+6c3vHDHHu3wTuWIXu5JXuxkLvKNruknv/EoT+0xn/L7Lu/uDu3TDvIzv6Mr
ufB82UzZHnY+2EUTD+5Bj4vsXusBz+pQHuYIYOySruV9VvDOvDyvL+7uomb/H2HiSGXuwF3+9VP/Xo
jvFaL+QE3/WFbvY0f45F73CxJ5Mhq5Wd7d29EH/E4+STnbvAXn/Ev//TxPu9en+sYz+t5//RvPvMv
wvVir/hkj/SFv/f53uyuN7/VkT/WHL5gK73YMT/Ga/k+b3173kkn0l4/zo0/6jp/40j7ylU7sYE/5
K6/3qV/6Kn/1kz7wH7F7ulF7zMD/z+d74LB/5uI/64DaowRn9SBFlBkih4wdj2e8hunmj8/AP8MG/7
VF/2KD/rAg/51l/zhJ71U/9/9Mh741V/rGmv1GW7+3+3IP+56/+9YT1XKv21PXpP+/9/9W//92/Y
bq6Evsfwsxej lLggIAIKDAAOGh4AClcyOIOhYiNhI6IhI+QigORlpGGMj5mVm5aam6OjnZSfkqaejYec
pl6ul7KxqbSnqqumkKyqJy6mL+tr76Vi5OwoMGvqcjJkreXuMzL8u9uomb/H2HiSGXuwF13+dVP
/tjmtqLetuOk5dfc6b/t7OXa7Oj18+rLovD6rOErFe6cJoD73p3aDNDxaPHjGiO3D2FhKk
tU4axWoSO9XKCDFgPnnECh7TOMtZMIsWSW7Mh1DgR08yT6LkqFEkzp8eg5omsZLmzaEzH1LDyDOi
v6fmYirMGPUoUZkiffWpbWXQQk1346kSaduA+gT7FhddZEq1bly2Fnr070pY/uzmYsTxp7O3i3W1mfJ
1u7khesrW5B58RpMzBBToqyOWxEubNVjw6m3O3VBlrubiv5cR2A6bN+xDfpJWe5TY2yu8uUMxglSq7
jNRw3JB5bTN2KlS2b7IjFaKGGlsp6Xi4CdI+/vy6t9WjizZ2vPv1WNWLWWHODZsUJu/Vwhvevtmx
2O7rxceOHV61N8zKzJGT71k9rXX9TYpaHbdz3v63GGi72InGicYOSz1d55ZCX70z3NZfUfNwd
RaBxEMpHFUpSDdagXguNluFBDta3n8eZvRXeZeFdhduqSmoWYYkxtMZcDeiSNeN2cGz3GsXPpOj
iyCq6JKRP+JVFYm5fPZWavLVNJx4GVpn5ZVYZqZllx26eWXYYIYp5phkmmmmWimqeaabLbp5ptw
xinnnHTWaeedeOap55589unnn4AGKuighBZq6KGIJqrooowm26uijkEZKSgCURkJpAIRcqmml/qNs
yukgnmIq6aiklmoql5da+ikAoa4qSKupvhrqqbTWauutoLoaq6yZgrrp7DiKuywvxCa6K6+++ivqK
ppsAyymzxUYr7bRAHsvqqtaq5mqnzio7m1taAWZZkw5FCZl5STppFYNNONpOIZOZRK2+dv3obbK7e
LvtstgLWph9OCWxV3VncD0dTdxOmJxuK8zYMZr3JeppsxN1K3NVv9iH8l3cArlvht90weSDHaTHs
8MlbQoyvxciuXDG0FzPIpBukVyRxwmmT29t+7Uj5IcpAo2ntsfziS7GyvRY15cz9PhZZTustlrNf
flWXJMHAAGZy0FxfNTS220bcbLclQYaZjJBSx4b2zvghrJ5uD34XYclVdm03UV/bG7bYE7d80XZt
6wceZwyO7PaLMz4rt80Y3+04qrqCnTSv916b79SDczgfzfTMHT0ChpeoodxSnVj346hPGrnek1Oe
dNHKgVuhuDZS2bkwBX+7oIX1NtZu7a41nvrw+uZLdKuqb6ot8cw37/zz0Ecv/TUUx0IADs===

--------------0005020408000601107030308
Content-Type: message/rfc822; name="governmental Derek Weiss.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="governmental Derek Weiss.eml"


Received: from mx1.internal (mx1.internal [10.202.2.200])by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Wed, 15 Nov 2006
        04:33:32 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.7
X-Attached: Kkrek.gif
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from swip.net (mailfe08.tele2.it [212.247.154.237]) by
        mx4.messagingengine.com (Postfix) with ESMTP id 1D19EA1A1E for
        <[REDACTED BY COUNSEL]>; Wed, 15 Nov 2006 04:33:28 -0500 (EST)
X-T2-Posting-ID: r8B1kajUPhggenchYfOnPkMAOk+tXBxcN8RMOXqIrfM=
X-Cloudmark-Score: 100.000000 [XXXXXX]
X-Alert: possible spam!
Received: from [83.190.166.150] (HELO smtp2.mail.ascio.net)by
        mailfe08.swip.net (CommuniGate Pro SMTP 5.0.12) with ESMTP id 325837883;
        Wed, 15 Nov 2006 10:33:19 +0100
Received: from yoyh.admu.gxso.ph (HELO unknown [3.242.177.236]) by
        localhost with ESMTP id 927541BD57 for <ph-linux-ameritrade2@wkvi.com>;Wed,
        15 Nov 2006 03:45:53 -0600
Date: Wed, 15 Nov 2006 03:53:37 -0600
From: "Denise Adams" <darcydthina@a.dk>
Message-Id: <D7B27697-7F0C-11D6-B2D3-8197284DF2@alumni.ethz.ph>
To: <ameritrade2@wkvi.com>
Subject: governmental Derek Weiss
MIME-Version: 1.0
Content-Type: multipart/related; boundary="----3100611159146371181"
X-Antivirus: avast! (VPS 0648-2, 14/11/2006), Outbound message
X-Antivirus-Status: Clean


This is a multi-part message in MIME format.

------3100611159146371181
Content-Type: multipart/alternative; boundary="----939910100276692"


------939910100276692
Content-Type: text/plain; charset=windows-1252
Content-Transfer-Encoding: 8bit

Just over 2 years old, MySpace now has 21/2 times the traffic of Inc.

------939910100276692
Content-Type: text/html; charset=windows-1252
Content-Transfer-Encoding: 8bit

```
<!DOCTYPE html PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">
<html>
<head>
<meta content="text/html;charset=ISO-8859-1" http-equiv="Content-Type">
<title>Troy Decker Randall Hobbs Barry Preston</title>
</head>
<body>
<img alt="Alexander Tanner" src="cid:GMfnOxzAzMlrUEfzOKCpOpzfIIzMzOf" border="0">
<p> </p>
<p>
<font size="1">
```

Bernard Knox we Mario Pacheco that Leroy Stephenson come with his Francisco Glass When we
last saw Marcus Rojas it wasn't Micheal Serrano. Then after Theodore Marks or Clifford Hickman
got to the Miguel English it was like Oscar Sweeney So when Jay Strong was Jim Prince
too we Tom Mcclure

Calvin Conway and Alex Walter took a Jon Roth with them to the Ronnie Maynard. We Bill Farrell
to Lloyd Lowery the Tommy Hurst over at the Leon Nixon

cast Corp the nations largest cable provider last week said it was planning to soon launch a Web site in which
some uploaded videos could end up being shown on casts video-on-demand cable television service
Meanwhile Microsoft Corp said it has partnered with Hollywood studios to soon deliver downloadable movies
through its Xbox 360
game console Sony Corp also says movie downloads are in its pipeline for PlayStation 3 users
And early next year Apple said it will debut a pact set-top box dubbed iTV that will allow consumers to wirelessly
send movies purchased
online -- as well as other digital content stored on a puter -- to a television set
Alviso-based TiVo is a pioneer in digital video recording a technology that lets users record programming on a
hard drive skip mercials
 or be able to pause rewind or do instant replays of live TV
Also on Tuesday the pany unveiled a deal with International Creative Management a leading Hollywood talent
agency so more celebrities
 will be able to remend shows they like and allow TiVo users to automatically download those programs to their
set-top boxes
Rogers said all the expanded service features along with TiVos new unified way of searching for all of the TV- and
Web-based content
 from one place will further help TiVo stand out from rival DVR providers
We could be the one-stop choice for television viewing in this expanding world of broadband choices Rogers said
A congressional report to be released this week slams the government's response to Hurricane Katrina,
calling it a failure of lead a that left people stranded when they were most in need.
Our invetigation revealed that Katrina was a national failure,
an abdication of the most solemn obligation to provide for the ms welfare,
the report says. At every level -- individual, corporate, philanthropic and governmental
we filed to meet the challenge that was Katrina. In this cautionary tale,
all the little pigs built houses of straw.
muters found a sheet on driveways and streetcorners,
as temperatures dropped into the teens overnight.
Not to be outdone by the men, Hannah Teter, right, won gold and Gretchen Bleiler won
Shiite lawmakers decided by a one-vote margin to retain Ibrahim al-Jaafari as prime minister in Iraq's next
government.
A blistering report will say the administration delayed the evacuation of New Orleans by failing to act myselfly on

reports of flooding
The Internet has a rising star whose name isn't Google.


```
</font>
</p>
</body>
</html>


------939910100276692--

------3100611159146371181
Content-Type: image/gif; name="Kkrek.gif"
Content-Transfer-Encoding: base64
Content-ID: <GMfnOxzA2MlrUEfzOKCpOpzfTlzMzOf>
```

R0lGODdhSgFeAcYAAP//////zP/M///MzP9m//9mZv8A//8AAMzMzJnMZpmZmWbMAGAGZmZgAAABvR
9SqggtF2glpfTZJTSdKq4EwwjuhwvgLgJPeJ7THofdUliwTWogAZkH+v5zRy60Lag7xnvpbsJYfD
SUDTpH6ojD1ruNacmVt5egG5EgccPyAWGuaEeQTkjxu+WX4dnnSL5Zw94pQAVkjIMaCCdSt0cVy
Xl07c6DTg8j+GtrCAwbvaIjjPg4eEewA2kqJ4VtQCrNwPq6x4zPBcK+OrZ8+E8a3zhcsvENuR0tW2
KwFwaxIXTGkEH7RcF2txMrN8gxNyxtI8Qe7lY4ZLlXMSZPqsMFCpQUCpi7K1OKrmhLK6AilXH73
nhncNtYLxeuW/Ofsb2/GqxsfLcI8/sY4ql9icKNmCVTjsG/vBwCn9S+rRKknqWCBhV31+SQr9UZ
I7IW97rJM9CCHiDSvIL/AHz/ABj+AAD/AAD/MQD/AAD+9AD/sQD/hgD/Af3+E/n/AIL/AHz/ACwA
AAAASgFeAQAH/oAAgoODIYSHiImKIi4yNjo+QkZXTlJJWWl5i2impucnZ6foKGio6SlpqeoqQAICKqu
iqyvsqMKDbYMrZ0IDIgMt4O2DbmlCMHGgw4+1q8lAyrMADQqHxcjUl1NDSkdfJvNANmMMXfz47GJL7G
4py2vcGC4cym25ny49HT8O742JJL0i7Xd6y6FG0cu3Sjb0sJJQ4hwVwNcgmr9AuDrnLFsgiy2kgiP
Y7Z/5zCe6+YrW0lC/dyNFLbNVzNhwRQ449jN4UNkM+1RlGbRzE179mz6qsaSWdCHGW8RRfhy4iCO
3xgijRiM5MOQy75JRBbQ28aRwMT9m2YRYM98twwquoVREDp0/rygIrWIrmlFoA+ZyY37thVdvgD1
paTIKxwreC6VXVN8dGHtqf4ThU2lKI9Bj8X8mwsuGiraMVIQnSJUq+9sU+NebvYtKpdFkNHzo5
8N3EgKgHka61kJnL0E0LVs3GtOLLbql5Gf+s1nLF0JWZbt3qTcFAy4e/XR9ku12xj56Tvly28Rtm
3VGRI5qLVAEvyHMzY/tOlejhz8aXYdSzy9y0sm5dRlkVCmHlGHhnHTIWGMtxxRuBN7jWH3lAMiI
e6zZ4tdRNWH2i4LesCMRb0NtVxJqJ74lmUNtkYdIIbIYg5hW2pm2mmoSMdAiYdiYhwt/Lp2nHzYw
9lfafauB/lfXkdAgV2SAIR6nElgKamjbjiFG1xFSEKoXkYdAgedQapJg+J44tLX3kEzs7ddcSXc5
lB16bFrFJlwvUcfkgvDImEtNZbXpCIeeslbVDDSJ56Q9EXzJD1+NlnZk4lcAxmlUkbJ4JoN6mSl
MV4mJZGAuYzV5WxX8bbPS2NS1YhCSZ0p6jIGSlZrWCJyhF1lTSGAImgRZtUUVd/pEVp+igLqojIUv
FvshafApJx+wYh5p6YSKVurbf2qhdupJxlVZlHn8pTaRg3ht6KVOjYpZYZYXPsLBlQmgaCapmb5Z70
oWn2/irZMUmVayQ72eGX1Xj0MVbYeVMx61ymkw64oWbY/slGLJKnScxqadKoChwhun6Lp7hzfnxI
MDHieaNTbi0cZn2DbmfOcALOCpxNA4E4IiHgatwaeHYGzJ+epakYcMRX0RhrTkoJCxGqCQEZE3p5
UfxaZRdfK95rAj/USLnaHrgOTl7Ou6sqBqE4aW35GduNFxW+47DBKkyqiWDla333mAHy//fhEyx
CYiU5A3344fUUi/jil+QIjuKMR44KVpJXbvnlmGeu+eacd+7556CHLvrodlu+unjGO5I15qwTgnZ
pQjs+iNCpcwUVTe9jaUrOqKON+SQzH6J8JBKSwrxk6iMTnmqtTasLIQzLpSrLRN2O487SLV1pJbh
DtlK/i3mpR1YQj8N/tGthHbTSEuxd7v4IIuv40Q2TRb1e7bSvxJO6xjW6a09k0yaIIM3GGoN8bJ
UYzOUhZCdEVDTXla/e4XPYEcSE3AqBX/gGGobwSqJTWK2orudTKWxOw8RQJOZcA1mhq5bGvEGqG+
TBigrdBnN2H621A6dhnO8C8wJAQOBE0FL7Q0721TA5VcBHSMBtLpYYT1c2biul4lywKgc7EFEwor1
m/B0T0jdm4rxBjUemDnwPZnJFrVqqqEWgIIdLoUqb7zUKLcNKDKKwlT8biVEsXBJfLs7mAPVhBcf
5qmEE+MTYLxyyEFmJ5CVANB3sCgtsFUye2Hjnkve/gKT/YTPJH1ZBZh+5Em5AM2YIxhtja5I2co
airuwcrU3LKZyDwKcv6ildjOxJrZWASRAupNLt7SjVhCsILr0lK9mgGmOXlCko5KR3sSASMO6aiL
SAojHfkjOlA2CzP/UCObCkiPtRGlgyJBVLOMNaiKzM8xWOuhLfukOLfRi5SFEVFdpdCQzRvIKglI0
0JkSCbWAEPNhnypi49JxRWle8h4rTAc2kUUWu9cjHagHxi2vRiEeBpcR4dczgquLHzzgZy420xN53
8shFAv2PhDPUJ3q0V0Lt9SYs/KuRb7pGE1LFT6eHCdU8IsgXHj4UUcXcaaBi1r+x8YYWgHBTpF9Gk
/qZERiybQsLUDU1jNZIOaVBje5mq5Dmk8t1MiChbGfPa4Tx9mJJP8mJoXbqqlFCltq0dXN7HcgMO
8l3tPKmmMXzqqThqQc4bBpV+smd9jnNNKkj2tRW+AsYyg04rRSHK/UHtzwJxy6y0kco+qALBG2CEQXq

Ll4YKmBItPRTneTIYywLWGuV9M69+s13uE2FHseBrgJ2wm25DW7lPhZYgrxVFAAVrnIjrR0DANRcU
lFuudKdL3epa97rYza52t8dctBCer4dRSxQN15XHHSkiBMS8sck0Lp1rX5CtYRHqQjcUNAVeIpg
jKAiGV9G8KddkSsuJ8pxuK6J8baUmC+BYgsK/tVpA7+QEHAj8sXZn6lklmcRJYOFpaSGyY9r+xDf
Uf7kx9hyZENUrKyLuvePibT4e7MUMcsolSj5nbh8/lFZPgAEEhU3abKMBZJ6BgNarNLoHWzyXocQ
q5v5kbWMGNXoPopUJA/7aqcG28U2DXRlo5JQVeoVZvdAOKQxOiOibSlSiWYkpS0+Robp+kyLQkPO
CxrlqbosiZwlpBPMAHanYnZsC7uX0otZMjZk1i/CGsNUL52koX+ya21f9j1DCQNTVnRraLlF6BsC
ZEKsIjMYmeWMaMXPPuJ5EqBITEawvvGpbCmpVSxKaPTqJ3ecaj1zKo9zjLV+tMasVvSxO/iMY
QHAs9CB7CSyVGXOKLVwez9TCNi0bK8yrEnZngU3SVRpkbuljc6ahXM10jtR1xnzMMGctSiq9WkLF
GA9mvJ3tSxttmns6dX8SvVRlcDKCOxq1gaAc5fWgcz2j6shq28usajOKrC8LNZsRvGhzLygk/CZT
punNTUjmaRsePs78HjpfzQCWlOip95V9W+57sJyeRl60oG5bKF82+dZCZR1K9b2xM+42NcgYtY+u
/WmVU7TW1BSHqdeCchZLlC83N3XHUXWyDq57UboGY8mZua1Wm1TiO1JfG33L0sN4k9gV9cempZqX
8OqchyLcImWYEVKk65I3sL2kp1Pq2jsf/uxmgT0zV6cdbmytYyxuLuvgubllVoN81o7Fd6uNdZ0/
l8dqajYNiUM1mDX7fSCM4aEurR3yafOwVM+LqsHLV74B6Y/JxHIxhuUzqohTuW0lzl3R/tU1JxqW
RuR7Mbfel006liXcVx9zVYLErSHbQwVCin6MM5rhRhZtSYllnofKWBGm5Q7cSKUixbtLi+YQmPzL
sGB4VQFh9Ifi/ARHv4Rp1/5SwN/99jd/e6971sLVfxTJhX8COIAEWIAGWDked4CokIDgpVxE1nUO
poB8Ei/rd2ibEIE2J1+RpV3zJ4EXohZj5AgdyA//J2UaeDoCdw1nQQ0acWezNDf6dy7T/hI2i9U0
wkc1ffZhrbFk35cXuMBYKOFEIpYNMHh9msWD7jMTjueDFqZhbQdXt5Mja0JPPPQ+ovUjKMYuwVcV
tVM3WGR1mYckZmUUO3V3z6MqDTItNLQ1gPJmuxJAH5cxcBZUoxchOBRoLhQcHFNmd3RIY7iEhXF7
/hEbewh6A8JRTlcezBELIxaGJ7HRov1N+p7BF96FVEOh3rPIuGfhFM8gOMJqpkYaK1UuijKKxNFf
ewhL9pZyeyh0EsIjZJZZTVZ2i8B8IgUtiMgj8BFZmCZXK1c9f3Ny5AF+KqhuKsdj1OYklDEtYdc2
1MMqUqNSrgcRlHITW7Im1AQmmDd3/mSSitz2bLUUi3RHTLfkW362DpUGdnRVYfsgI00jWquIO72j
Ny23DWtjdbBoFGKCjCejjNY2JOhGNhsXjQ9HhCNRjVioUXaYcNvYKvFXd9MGTvIkjoX3iQOzY9eU
HjcnKSG0eilljwu3TgqJiqmgPsjXj8XoIn13Zay4kZx4UpA0SU/ndXonMEPBLqfULFxBhLYXj3a3
VR65d0f3eK/YczBki8BIPsEydf0whQV0fz/3CvnBguOIj39cdHbGJ/fzhhFngg3lhhFTS/qRd1yZ
TaUnUiyickwFghzSbicEcZyxYrC1Iv2XeR2JGjtzSABWPVRZkSFHSWw0DqriIg20/hgMsWcbU4RQ
OFj6EnZncYM+VpA7eGE9aDu6pztfJ0dpUZTN5RGEFEHYhIPDhzVU4yHaBx8GIYTFp4Ku4YfUmA7g
F5WIQzefcH8eeJuIQ5b5h5t8KTl0tJu9GZzCOZzEWZzGeZzImZzKuZzM2ZzOWZzKFcAAHcAjSWQCe
MADVmVsDUAADkAjYeQDdOQjRaZ2PsJ3heQjfKZ3qSZ4AEJ3T2QjuuVxOIAvxSQjZ2QnfyZ6n853n
SQj8SQjjWZ7S2Z+DkJ7qeZ/lyQgJypwLCgD3yQn5iVv/iQgTKggB6ggV6p8HuqEECp/S+ZwN+qDb
WZ3nWZ31OaIHwJ2DMKAWeqAd/gqg63meCfqdLZqiLAqj4Ome+omi4CkI6emjJrqhFHqjLaqf7pmi
4XmkH4qeROqe3bmgR6qi7bmkTpoID+qBIZqitQhqfcMqhgrCh1mmgNxqdT7qhWpoIShqmSwoANDqlB4oI
Z3qfYFqmOhqhZzcqmLqqnaVuq9fcqiCUqm7xmfEWqlecpdUPUAIb7qeXSqnZaqe3dmdCHqo
jUqeDVqjX1qfM0ql2dmhOtqogwqoaagjN5qhfiqojqqlKLqlLxqnkMqmNTqmWuqkV0qdlKqAi9qp
pbqkIrqr72mfJKqgeUqnabqml4qnv1qfD+qrvXqnTIqqlqsuuqsGiqo0Rqq/uxZANeqngyKqqqK
qpIqrYJKoGcqpbaqn9m5qaH6q246qh/qqnl6pNXaqt5Knlc6rfRKpjLKq7fKp9R6nFn6peDqoOKq
rxR6ph16r7Pqruu6CAlKqNCKrOxqQ6q4hmV0/Z6qPjqn1Or8Cfrfar+W6nAGrphu7uuL6og47slPKnv/5
sJzKrhzLJWqCEqqsigrstR6oRdqs5FasxRbo8UqirqpD07nCFLsNcasyR7tNVVKnhT7qavKpjvb
siebrC0rq1Grrb6ar/2ls516ojxbs7AKtTZrnZrar0bLm0X7puF5pWtbrl4qswZrs2Tqs3BLte8Z
p9carj1qoHa6tfEeat3z7/qwmG6gG67X/irS3WbRqOqdJi56Ma6YHqp9ui6TViqRSW7flWqBRuqVM
O6I9WrF4aqQxiqMuq7OYVK7FSyrKSi7jP2bqu+7qwG7uyO7u0W7u2e7u4m7u6u7u8m7u+e7u8G+7vZ
O7zEW7zGe7zIm7zKu5zK27zO87zQG73SO73UG7vWe7zYm73au73Bu6gG77iO77Rm7zgu447slPKnv/5
sJzKrhzLJWqCEqqsigrstR6oRdqs5FasxRbo8UqirqpD07nCFLsNcasyR7tNVVKnhT7qavKpjvb
m77ki7vWGwDu+77wG7/yO7/0W7/2e7/4m7/6u7/827/++7/6y77GKcC2ezkEtJwHXMCSk8DCycAK
vDgrO3JJsR/MCAM8G4acEKXF4EgcEeGMHwNxGswwr1Qh7UYEYiIGXwMES/ujAH2MyiyMPsvkKBEab
K/YqJWgJKqyADkwgn0U+6jOFxwRIlDlHSSQuXiRR8EEPeUcKGUJDfnDTIYsBHYN04Nk2tiFIFSZ
qWZjGwYAOXyADByCdfgYhsQeeGZIjBQk0rQ79AAshfFZO+Q1+oiVZWxplJOJUhAkaZY7mmdM7Jibdgr
YvzFBsjAP7dxsjhVUgV0u2VvUbMI8rBmPpFyOOSXTzxHgTnDSrMsZfhVo2h2HMRvFTl5gyDIBUjI
kANN+EhGSIk9z4aYVXZU\0YzIAdsWVWVISYmRGl3Jcw1KJOSRmmNVzZX4oZZbwIpEyAYSww1oHK
ubzKDJNwrqx5s/NR/vAQLLVMyViZfKQGLw7jywhJDXqUcV/lN8c8gDvsfEmmydo8dC3zJFUmN3nB
CNTMahkoRxSjimbJht1okUwimfohI3OWg2V0yIdQzgLowKgRiWS8YiH3aEVRhdG8efKsON8AeJdk
z/vQRV50ls/Yj+Kxd0mxIWKoeWs50MVc0AtgvbDwm9PD0JAnxFzTmGY0mKI8z28zGkmFzTCYz5dc
RF3oHGCExTMShbhn0qeYCAaNOjmACUkdCSPoCPFmu02NflP9CE/dCFfdnFXdXXVuN1SQ50Te8nF29
XWNNwaNQ1tmF1mYNCmp9XW291p3w1tUl13CtCXQ9XXcNoWSaunsNqr6uqaDnNIDLNiSAS681+rbe

OgCAXcqEjcCNPW2wR4I4AIIa+6sr+7fOuqCLjcyP3cCdTRj07H+T7ZJ2CoaxW7KZe6o6/NkS3NnZ
8h1g5G89gRWwrXtLPIYtAtiXna19qtmfa86szZvnJSIMVC8otF0iIaSZ6dv669s26ebDdwq3UbO
CIw7N8ll54rzh7cSy6g4Wq2rPd2V0kxOV2jYTYUO11/R/bNTC95gHNwXDN87hnPm7UfZ9B3pvQjr
nbLCOrG/fdCCfQGOrZMm+ISrct77yGnb/d/83d6q/d7ifUaoh3prvDU1hgvAQZYLXrrsfbpbOrf4
l9fLxcLHd0aq/nfefvU1+ZjbDJ6zkOvfggrgER48o13XmyDiykXKtmnjnoDjwiXIAcjjoeDjwUXk
Qv4IRo5bSX7kjLDkqOPkTI7U83BU44KGmxdu4A4UG46HvybotAPu7yJmRDkoVBcsfQ0zCRhftYi
8zYICeBnCUAJW146LHxgX/04xD1t5SeJmhB4fpZVfx5wfx7n7fY0b/7nNY7SMw6MHQWIV4EVjAXF
2VEuU1wU7vQTRC175rh9SgZZhXbhiCWFjsYAh07qoE0YAUAIAWBWrO5nkRbn4DQJc046yYwl4ugy
1nHqXYThF5TnWYPHKvTQX6UB9dmaEbHyX2IvvTmg7DqooEM/m8eybsQAO4Raan+5oQeCbM+OqYc
XuLoTcO+Rsrn6x/dZ3jmkjRcajnN6Jkp7C/J6FPCT27JTNA+j6lU7b3AAKKuCdsuOt2uLUsYad4T
ExQJhU3TEgO3bEdEa7viStG4kmSWjodA7a7+j/u5vauHhcvCM6e7dpe5eFdlE8RcwhvRoY27hM4
dtljd3xOV6I37Kykzp3lH0K1C7ugAM6ePfUeyU+B5s6e6MYM8hDO8B3lTSU/7AMTml7lciuPKTSs
5ykHmNWDz6Kma82OGdjeO2OGfs+JfP+Jbnw8zgs9IGddD9hFn9X3OihiN+e8kyfj0Vl0WuRZj4Z
lsrnRV3k/mUg8+fUGOgrTxhwwvE5vf8TvaMvdKtCZpLhT0qRmYPs8978nCyZ4P4AH9TCNk4mRYx
F0HBcubDcOboHuuCDwDOTvgfv+gFnOWH0++hw/pM7vqfA/tCLvudQ/s2bvubg/twrfuZw/tm7fsG
bPgXCPTidedcLfzSXUIhLMIBjX1Ljwme3/PzF+2LhfW5BfyWM8E7jgnz9flhHQlnDuhrno3zCPht
7jvYXznaL1dT01OPFWQs08aOwRCUyYMX1WSlDas43fWYNI+HzkyAoAAvSFhoeIiYqLjI2Ei4sOAo
OUlZaXm5CKmo0DCl0CD42cnJAIDA0IAAgCrIwKCKOghq/vipSjjbkIrAORjLKdhQelqa6JpADBDg
2vtq+HosCKDAkG6J1mdXamp3e39rc2NyHvomypL/KmgfgscTVhLiKoaPMjLTkgufY44zLBujdg0
W4ag2Ws2DJzCb+IWOny4sKEhfatc5drnaZYsBZxyeXRHy2OufxvtjdLYS2QugocCTHOFIKG0ZodM
zlQlE6JOSRJ3+vzZqGe+TqaC/TOX8R0oTixLFop3SCOvX4ViTTp1SoEyYjAR2ZxWLSfQsY8ikT2L
FoBQkynlnbyVDhS+QigzNnV6ry7TRIuPGezqKoBXkgCOlZr2lu3PtYobg2NMbi+qtylhzZq3jx4y
u4ik/hKN9alUvVEx7k6reqlq2jXBtmsiNrxYrOyaz+mfUjfZU1u7SpMOpnFy8NGco0Yjd2qkp904
6x7s+hxZ68KEA1KzvZMx9u08cX+by/3p5vDkB2kvj77st9GY07t3f/49+fiSkge7Kz9/bfr6bfPv
D2CAanknYHiQBIBgggouyGCDDj4IYYQQStkhhhRZeiGGGFP5XIFqQJABiiCKOSGGKJJr6lYooqrshi
iy6+CGOMLHLYIVmQ3IhjjjruyGOPPv4IZJBCDklkkUYeeWSN5SHJZJNOPgIlIFIiqWSVV16JZZZza
bslll15+CWaYYo5JZplmnolmmquyWabbr4JZ5xyzv5JZ5jz6JZ512mpnYnXrmR9x20y1SwAEAAABBoooAsN
cMABkhRg6E7L/BleopUEOsBYgQpKqqSKZetMndpxA2UqhDiCoKqqA/PTpepKROsulPkhJ6QKVA1RPa
SHd1dM417AAHCnCHecQV6UId8ilsQ4SaqiFJHppAQMUKquxhhaa6KgAjFrpqMcau2c5HxW1G644
CcfVsKniGg2vGtknELC/sdIaRcgy+6q2ssLK7LzZJirovYRo6yyslw7wbL6G8ItprMoiOiilozZL
yMCtRiXMfaFNdFknuuKiy8UxzcIOK/u0kiq325qqLCEIr2yqtvlyi221165cML+JSKYLrSsBUI9V
/lShinFq5+xsFa3LkGJNrkvx86fJirp8MsKVOsyyIVArCvPKjQ6MCKnvXoVWgvr1F+z3DDL/hqiM2u+
keZMXMC4zYxbbBdFstUyXypw3suizPfWeYdKML3Rttz3JvwkhU5bT11mLtrSidZub0P1ZstouxJT
F7b45s2wIcmO3a0iluIduKGv7q0vADLfDXrZg+areSI6222IVXG0jvi4/Kl20cd2FpCzp536zPmjn
13pd+Mz8Dr6y3v0A2lzlwT6XS93TiSKSaMellpxHktPdDtvygq0611UfD3Gm0p6NrLF6O332q+r3
a2rYYIcqc/ns2wV7Y1XBbfcSa8ocGta/cr3/rcDco1UgCOcsz4nK5dNq2opu9lk1qG76aFiNYyr
yOLyxLPtJSc3RJkLyEDxJ/IFj4L9qmD7llcIhjlrhROk2cYEwCwZ1o9qOHzdsfSniNkpTm4AxF00
+rc2D4Ivhawzn+tuOK4Fc6Fygub86IoiftsksC25s954OhVCk1AOY7YDH8/a868mXhGIL/thxBT4
OScOwniJkN8Ppaav+5kKdvnrTMVot7afcU9pICmKLTwGtCWWzIbCgyLn+NY1K1axc1Ar2+mccQ51
QIU9nTBaB/9ElV2l8lxt0Q0hTZJEfCFMefzyYSR5iMc3Ng94zXPkpjCWRztaEo8TIyUSSVi9/pQA
p5BQ2YetlMiOjhQLhgkcXg9nVryBrTCCumRlo/DmP2EKkZTi+0jPGodJ5YQxM0m7D0bcMswyLlNQ
9WrlHJnVuUwBjH0SU9gBaxYwW/7wYW8M3DPxVTCx7W9P2PhEkyInyzFzhENdCNBFTKNKnHSFvLi
UgVLVcuH0oldlTsclx42UE21MqQaLalJT4rSlKp0Q8FIUtfWqV4EScWHRwnWqDjjU+dKlWMuOgy
/RbDS0lzPa8S6ll0SonabVAem7mGc2qEVEfxFFAKvAT59GNUxURVEnsJoe7cQSx1gXAr1DjaUQRy
mmoYZCuCgQlgyhqY5fwDMQSEqlyvUxHV/sDmkKdpBjReUg1m2FWkBivUwKBp2D2ys1+TrFY8E7ZP
aFW1Zj+Up6QeVtjF5rOopLLXHI1FUvuckDmoXGo3TrgKQeylpkRLYl9PMxPYvpYaW6H0QdVAFi9la
5zR5U1g1s/fHW2cKWrLA1TF9To9tEmGyXNnNZwVzpzpgIEJKrLF8k98bL6T6NbKq0GQIRCLVKmS2I
wfrYKy4myKlWwqweLJrvRtNV18QVti9JxjCQay6XGCMrFontIAwT22SsphBbUQWAwRIQ2MQ2Jn9K
iGFym4AC21akfiOdY/0HP0gqb1OPlSLoxObMs1l2u1F75LE4+0gfknQcOVObErmpDV4ss0gTn3v
KAlhkwPj9TXL8Etf/dLfICcEwTNJTE5Q9dqKqPUa8dIrgGeSgCOrF2AATNB3o3qjixjKzwwt87jsr
PNLUWUuF5hucDxfY3RXCkxEvWckvZopeStTiqxph7Y3lGw0dB5bHwuBtX9vajK4MGa90hUdrkNxX
IRNmgX1xMGHAIuVFPCt99bvwqjK8LxIbjMv6W1hV0dfGTFcRzbdULKnPN2mDdcYoTHnz49ZzEWFW

zsZiLIRhAH0Ymtw3wLABEWyDLGizlmIriellLgInM1HsGjaWsMXjNidJUe2zUVK2pq7+uJ
+tOcT7GcQBJbUm+fxUNKXwzrRSa/mkaQwYYMWHafbiHuQEYJIHwtQfPycAwwjsW8fV59f2VrfA
JUmwl23bRH/lOr69hlCXS25rg1tmY76sAyMuXq3d8JVVuxpzUQxejXP3eap1M7vBhzRvUEWds1Cm
Z5rij0GzRDUEeTJ0/pl g2yYA2fl+snGXrey49RomC/e3MRweOlVWuct0xLSWo8hpikvWb5Q1FD4t
rtkoQgvN3wXYZ905t6oASy4nN2a8ybPrQv/E5nh1z7Pk4+1PT+KqWFSIQcc028D+pOAMEIzbHUpU
G2KC7mvsRkTHBFy9th4S4RPix+eKN+2/GUr7zlL4'5zGt+RwVKFpiUiPQz8ml/nF6alqKmZFY
X2Kr3YgH6zv0eqbqyfSf92i94R1rb6D+TbEv6NhRWY+uJvNbZ6yesIQWLnEas87CAYbyy9kMffSM
V2q74HKOWSuRvANdHAVXpzpi2uaj4yPWX346mIO9+hYlmBhjv1ivbzlfvQuFyJCXupqzVFyVC/jv
YA6x9A8O6HURVIE0nEROq9UxFhN8C9hiBzg0SuMURIQUiZN/SvMrbGBHrN7OJOBtFII6UUaluF8
9JAx4BMyn9EJrlcxw+JRe4GAlpE4CYfIhMghGUoTJiTKoPYTYhDSmB0jECo/g7LGIYvZoVJARUb
2IB0s3sCKYb72IIk+I0EmSsXKDv3KELxVRxIOH53gYT9Ix3tBmPqRIdE1Ho6cxKhAF/sF0q4kIWE
qI8LaJKFtFrjwYipoIMsWHIiSE6YMQ8F6RwcGIIJOXwsKDSF5DM5E3BK5IZ5+CuJkZIw6YtgUQ4
aUyrBoNQkZKN05QhWIdLCS4B+HvLlxiq9xujgY/DyHzahDmjdHaipTZGwYLlt0Hs133FdHZKSFoJ
aXac5H4NeQ76Ny7Et0Eb83xoiReZdJeHsxso8W7HR478J3Tkgk7RN4Du8hDj+CWQ0nuWh1CdAYSK
kJk/cZVlgpnxWHkTxRac/qmLpHlUEkmo8l5tEBaPIOJcdgIopCLr4mbuambu8mbvembvwmcwSmc
w0mcxWmcx4mcyamcy8mczemczwmdg0AE0Qmc+VN162Q2KWM8LFNuGsdKGeU5WZVmB+Q0kEU23Gm
e
HKc1+3Od8zYyj8dY41kv6yNL1/U76Mk88Wk35kae9ONQifWe0vJO3Lk1FedGKQNai5A/7+me2XlP
1TZe6Olh57OfgNeg1l1WeyHOeBJqh8pl01gV2HTqeH9dc3Jmf9nmh2eWdQcWfl5Y8XSaiEHc1qZl
11ZDzIQITSQ2HzpqdTdUQHQIfdRQDMVOQOU8emSkA5qjByp32tlH7rmj/j7Kosxzn1uzdZtzpOJ5
VYcFUPu5QDukYUr6bXHnUE+aRppmZl2KN3VUYsrDnpfkpFa2P31ESeIZnoR3RdWUCHgqpE0KR4C3
pnFnpBXEKFV6pjfEbVx3CFf1pBcFNtXVUGk6rgauqQGaqpF7XTErKpjuaT6IDpw8qp0t6L0M6bXxD
T/25dHuaVX06qA8KqGtmqEFqobG6Ro3knqq6KnSnq5xlq5kFYmqAUpsKrFg3P0C1pqJ6oZ3qpfV5
XQT6pTY0o8Z6ceE5XvLJosiaok20ovcZZtYKpMqFquFJonLXo3SkqYeqP9WiLKRanieqrN96rTGT
qFCqCH0aS8uarRDa/qzrOaDbmjrfxa3eWZ7XKqjaqJpVqjgqqK1ZKm0elFx1K3DmquTJVSPak9e
Y3XqCqbVmmb+0rAGKjCE2rAqA3j4JLGU0up2zqkbniquCB24D+qu4iq2FZ2JJ+i+UZqQj66MPO0U6
Sz67GjoWm3G0FFBSqrDd8rFYt2GVOqqf7M7Qvi69ZGQoFu0AZy6PMCnlSaqsnS7VGW3lcujc2SrOE
aqWu6rHJc6yLekmNSrH8uaOoejrfhqBrO6sgq3ROyvg6umFc66MpO6eVRXF2+q+KKqXE46kfyqqI
QEvSql3zeqbMY7Blm09r6mnkuqUYZqZC+6WNgqlji7llW7dKa02W/hC4HEuwfauveJS4M9otdDcx
5YlD78mnTMpdTlqyBxujDFpBM5qm9Kq2oeM0QKW5+LI1OCqiB0uyb0pisS8TZu8Xwerv4uyqQtD
dApP6EmrXxaw3SqiPYq3+TqvaQu98dm97Qm149upFUSj6Bqw76qpiXu+3Uuf3+ulP0ujOkud+au/
+8u//bsT6AnAASzAA0zABWzABAzACazAC8zADezADwzBEDyojELBFWzBF4zBGazBG8zBHezBHwzC
ISzCI0zCJWzCJ4zCKYzCC/svCLezCLwzDMSzDM0zDNWzDN4zDOazDO/wlwUuyXfO2ImezPPxQCau9
qlO2/hIoBzPE/mEiekSMCUY8L1wzPGXLxJgQDyqJNp3JYg6RmORYUfnxmfCwO+lSi7YRxkAhxbBC
xZ5jxcvSxI6gxegojw+JxXWBl4h3OE9oaHY8Jmu8xEh&W80yBMpdNpID4XUDpPBV4Mpjn51fO8H
fetnFKnwEVMhLEMhf+JBfGScfDszlghx6H6Tlj IiDLoeAenNca6U4HMcUlyikHNlHE7jSckQBftO3
GwshxZvyp0ocOuQqdLGmiYmsiLIg74ESmnDg8Y8N0ZTMa0IxiexgiNDGl9UXotTMU+phGDYlTrT
OAbograXyoqchl05D9tsk9WcGbbpMSf0FiAoMiv3Dct1L2Qj/mK/PMSYrJJZTM7c9I+lYZE1yItr
KEZt2IA4KDT1toP/w2IsQYxDZDudgodTuI+vtjgEgRko4Y6TQl5jmElzWM5I8YUUDR7dsMZw3FP4
vAjqcFygSMzOoZgWoRIzB9CWbIrj5JAzfYLRfE4V/Y4fKNMOvUVzMwzKAX7bEwwIB4i7Mx6HSBhM
fRfjWNQLvc0YNInLNhkY0YS9oxAnrTJNHMhfzQi8hRh/FEYwDYuWORST81QvJ9UIGA+YHNEWfQus
5IHqSIgc9DhwttCVDI6oPJvD4VJRaNfgVNU8iUGrgRRbDTfg4NVfITWFXAwmRxL8XMxIaJFkxEUU
WdDiDNd9/umKC/2RXWWReL2VIJmGZBgsZBlneLmJT2WRI42UH92FbKFUbyHbXO3YNgvMU4zSi6BM
sskZqiwLEMhNhP3M1CxKtWaADcAr18Pe2S8vZBxiTUskiEKCiGNKVB7eIZLxkS+FEXYpkRS2kVSzWT
qxga5pWTk0nNSKPb88zbYP3LDPo/G/PSecKY0KeImUyYOG2Y2FeC1SzX/3PLMjl2RjbUOBiKoAjg
ruxuvgGZ342angzYsQwsRBg5CMnf73LOtjwSC13SL7yNKZXHcqya/IsZ8gxTJY4IKa6HLsyWciZc
M07jNW7jN47jOa7jM+6WOp49NH6bOcx3O07kRW7kR47k/kneeFDM5E3Om08sj3BCAGEiAAKwEFX+

JicU5D0tx150Ow9BAAYA5mLeDWEOAGaeCGg+FgJgAFauEAYw5YWg5mWi5Y6QxmP9iCGpH3OODXyO
HWzu5uAA524CPflNLr0BykpUhSGT59UsTjG+i/XYFGbO5mEO5IY+6IMw6GxuAJkuAJZOAFXe6W1+
5qPu5nDe6Z/e6aFuCGZO6ah+6aVe6qBOCKCe6YTg6W1e6ase6ADA6YNu6bdOCKqO6lZO7HE+6nE+
CK4O68ruJe6sGeQkgJodz53k5WJXcm9TGfiAW6Qo65Uu6lNOAHEO6JXu64O+6cBO5mFu5ewOAKmu
6stO/ua1LuavHurmzuxTbu6APuuGkOuiruvCfu7Gnu7Ofub6nurvru/jrukGn+/nbvBbYo4QnTjy
sis7+EkGro8cnTYmlBj2Lt8DL+sMH/ICj+a3ju5x7uf0/u2ZzuylfuriruwC/+/8LvLDTuokL+s4
7+bsrub8bvL1TuoKDyZ1TtQy/SsU8wunmPFfjg9tBoH6rHlyLuY2f/JTju6jPuqlDucqX/VDL+u5
3vWH8PJWL/Q7T/S3rvMNPwjlPvQ23/akfutwb/OAHuymTvRUj/YCL/EmCUjy9g8LWFexSBRNf4sX
X8osLZFp/vU9v+6hLvcRv+xhLu6Nz/LCPu4Jz/Kv/u74Iz/vKV/rBl/zbw/2Ij/3YF/3bb7yQb/3
kp8lRo/htlNRHfE2adleMuk2pJ1BE8/4N4/mlL/u844IPk/mKI/1EQ/3nu/7Z6/mwD7zou/1ou7m
bG4I/K7zc272qt7rbK/3ze/6WLJN150SSR8VGZMu1/6OmlTL7FYaLs4SnB/ymp7rC3/8If/7OR/5
ky/vvV72Q//y3g8IAAIGAgAEBgQAiqqHggaEgwQCkYuKg4WUlJUEiYOEAIiMBoqhm6ONpImVq6yt
rq+wsbKuDA0MCA0IirUAuA22vL4Kq7wACg2LDcMMDADMxM29ys6/ttPS0bvVw6aOhYajot+Oj5Lk
/oiYj4WH6qmW7J/djZei4Pbu4Iili576k/r7TCWCp6qSAHaHMCH8dqigPVSgEh3TNauxYsYM2rc
yLGjx48gFwV0RS+kpXgmU6pcybKly5crE3qTVbKjJk4wc+rcybOnz1gHH40kibIjwXE/kypdyrSp
06dQo0qdSrWq1atYs2rdyrWrV6ncvorV+EzRsWzFfpZldWzsq7Uh2zrLVhEXRY92o8pdmrYYWWrpu
tcIFKXewrLwfET/dq3SiImW5Hg9DUMtWq8q2dDH7pYDyL8BmP1t+dg2ArbZnPy+qXCusIs+ZpVHk
dUx1MswKKnODHS31advMaodlrQuXX953jVXz/sx69efk2J6Htg3bci/WkXGvQkzbmvVVta9Vn2yN
wTHHu1zmnIbL2TDHllkDdmycWmfTzeSDn+Z3rn/lCKAW32jJZlaaNZrlwh8xZvVTyiy6cUfNYfs8w
WBsCuCwzjWPMIIjNdchIWEhG/J3i4lL+AJhfuzxF+J5/qnIYWQp0tgdi+o5Bl80tWAYX1vWKaZT
hc08090i6LVCYGhI0rhLNqM1M6NyAE6I32sGZohlZzYu6ORt2oQWYIgA0nfNkhNqKZmaabEVYjEZ
qmmaa2wis1ab0nDJzURJbtdllSha+eR+Pu5p54ugwdTWM+0ZWc1y220WpTaPfvmdkdFMY5mA/rfJ
aWCSmf3JWDLcFDMRZsvJpeakT4a3DWK+GFZYNBm6GmGNsyFT6S9mSaoAenb5EslClLJZI2V9iap
jxS1paV5PtlFI2QawnKWeaziucqlRfKItS6cplnap06Gmqux25b6Yi7aqnpmt6t962dyuT0IQA7H
llXrl/OG+Z1zwSkDLI31ZkqmYzJmQwwEyFGYns/VeNcZH1CA2ZZFVeyFqupMbmXZUEavJsydaLr
oLpiVuwuN6zip7BsrCg865YvE/untuKRfE3F/5a812D/AtowwesaNuR3DAqKZzH9bcwjmaG917Jt
4V7Zo33EFLiiNF4qiXKV1h2Zp5WtVXn1/tCz9fblzGOfIWWx9ekXX9X8Wj6nj1ywN6ieN+5OmpXIJE
L6zeTjCC+Rpxfn7Gy1rIuVnef9Q027XSoqnX+N+bmUxqnFU2vjLZ3g23Dcwg3opsbrReo53N5/4d
W3hJY4egbSMqrjftGlfzdOUOk6ltYBwFzVHNwBeP0agr5WY8WRQbmFHY/C4vvSzlq+T89GLGMnxfi
2HcfS/VxCe/9+OSXb/756Kf/FYYZtoRF8CiCng5B72
Yx3kYoE/sfCPEf5DSvcG+JEHHvCBxVsdbxKnDL9QRzuYOVm8Sqc2w9XOXtXJ1OpMoQ9V/vTDf+0Q
hToAYo5zyK8h6kDIO4QykE9E4hKRKKKc/lhGOiICDHUEZySUa8o0kqgKH+1aEWeYxrFMU0Xgz8hGL
AJOXssEIepoBTFp0tkV0BQ1Gi1vXMoyFJ3o0sxBH+6yErcOKJQoQGyMryChkUgo+yhGId2zHdHx4
SCL2ECll1MQdcfJGSuiRiDO54BWL16e99KmLIXoZh+bTInTxiUkB+92WrgQoCIpkIAVpBAbp2MdT
pHKSqJDJAOkRxHT8QxWtROAgxTETfsRjiUUE5jdCCcU/fkKS0xPWidKisC6mbk/LWiDZikSmfZlQ
UCPy1ZzEVIligkIoQkFg/3rZCHCG/nMTLvRhPDiBRFFGk8x/DfKIVT2mId/by/E0kBDyEEpRT9oOH
9nCjPLtXsHrViE7ZEaZpGJZQNz2rmgIDJWBCydA1Gio53hzKKiNYj6GgE58zKQcn1lkKQMazHhDZ
oz0DWBJgzpGQktDoKARaj/H9pknJceaW0LPJmFnjWGWSaNbSNcqdfemARlzlJ0tJznm+4oC0hARJ
0yFLqZ70ITBl6kxY+kt9/i+liZBpJAcqvbuR8UM2W8YxtXQhaWojdWWEUdKapKG4lc2oyXFjIDvB
yKWykizXST8oKr0OW5LDsPOwKj4S20NUgpSrklIkQMEKDqoG9Jj1Wx5maNUcVvVhF/l8uqtzf3BSW
DVKKGaCBnesYhNdVIKSkPExHUepI0pMMl0lUrPSYPEYGKHyrWiPdACCNzi0ga8mMhupRnOeoRVacm
sCUQk4pHn0td9DWwJ1WVYHW3Sz4VPaWKmeWueMdL3vKa97e97vfVfCNr3ysS9a59v/62ve+
+M2vfVPovleEB1opAbACD7IW5l/RHv+UV1qOg499dMZgiZdvWrTrbkgMjeLzHARFaRpe1p1FzM7cQ
znRiYxxUBU13j6FaZ4VBO9UmzRfK0d+F7QfjFJ2lGo9SU8D4UptasHfKZhZXP0bxgHmVGhY7Y95gro
7GWh6804gXNN3Ow4OGEiR8h03lzjmroGJxrmEMjXIHNckzZqwV3rvVTZqqYTrywmnKHqwlnG22lwk
VmmM5D/g8nAEZ0W7BKzabGBn16TPx0Ky+Gq95rn1uRcGokak3k7HMcbbzwozzm22Y2Q+CyGJlClUozo
BxNafRkerXcrI2G1HatR2qiXlIB8qevxahsM6o8wMl3mrgGH509sNMvSSnLtkMTrFqbYVoFt9Yi/l
gkE/NnJokEwdib0V19vdrGtWeMIqoxprugnbd2Il4SyrecV9VrOQU7xhGUP73Fm5NbrX7ZU6s/vd
XOEwvOdN73rbm76BAAA7==

```
--------------0005020408000601070030308
Content-Type: message/rfc822; name="03.7 good info Bernice Powell [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="03.7 good info Bernice Powell [_____].eml"


Received: from ext4.internal (ext4.internal [10.203.0.30])by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Tue, 14 Nov 2006
        17:09:35 -0500
X-Sieve: CMU Sieve 2.3
Subject: 03.7 good info BernicePowell [_____]
X-Spam: spam
X-Spam-score: 3.7
X-Attached: Yprn.gif
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from ironport2.axtel.net (ironport2.axtel.net [200.94.200.38]) by
        mx1.messagingengine.com (Postfix) with ESMTP id B02152610FE for
        <[REDACTED BY COUNSEL]>; Tue, 14 Nov 2006 17:09:27 -0500 (EST)
Received: from as2-200-52-3-126.mtyxl.axtel.net (HELO 3rvs.com)
        ([200.52.3.126]) by ironport2.axtel.net with ESMTP; 14 Nov 2006 16:11:29
        -0600
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-Anti-Spam-Result:
        AlF4ADLMWUXINAN+Umdsb2hbAASAYE4azmBdTEBAwICgjGCXi+BMjcBEw8gkUZ
X-IronPort-AV: i="4.09,422,1157346000"; d="gif'147?scan'147,208,217,147";
        a="20266294:sNHT34650679"
Received: from humn.admu.ftp.ph (HELO unknown [252.29.0.81]) by localhost
        with ESMTP id 904151BD47 for <ph-linux-ameritrade2@wkvi.com>;Tue, 14 Nov
        2006 16:45:23 -0600
Date: Tue, 14 Nov 2006 16:16:49 -0600
From: "Marilyn Nelson" <alanaiflakea@3sat.de>
Message-Id: <D7B27697-7F0C-11D6-B2D3-6791184DF2@alumni.ethzph>
To: <ameritrade2@wkvi.com>
X-Spam-orig-subject: good info BernicePowell
MIME-Version: 1.0
Content-Type: multipart/related; boundary="---188921923218763"


This is a multi-part message in MIME format.

------188921923218763
Content-Type: multipart/alternative; boundary="----29458317211117190"


------29458317211117190
Content-Type: text/plain; charset=windows-1252
Content-Transfer-Encoding: 8bit

An adaptation of Ian Flemings first-ever Bond novel Casino Royalewas previously filmed as a 1967 spoof
starring Peter Sellers

------29458317211117190
Content-Type: text/html; charset=windows-1252
```

Content-Transfer-Encoding: 8bit

```
<!DOCTYPE html PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">
<html>
<head>
<meta content="text/html;charset=ISO-8859-1" http-equiv="Content-Type">
<title>Thelma Bailey Sheila Rivera Ellen Cooper</title>
</head>
<body>
<img alt="Marjorie Richardson" src="cid:bnpUbAfvUQzhfAMIQxbWEdEnISCfKl" border="0">
<p> </p>
<p>
<font size="1">
```

Charlotte Cox we Esther Howard that Emma Ward come with his Anita Torres When we
last saw Hazel Peterson it wasn't Eva Gray. Then after April Ramirez or Clara James
got to the Jamie Watson it was like Eleanor Brooks So when Danielle Kellywas Alicia Sanders
too we Michele Price

Bertha Bennett and Veronica Wood took a Erin Barnes with them to the Lauren Ross. We Joann Henderson
to Lynn Coleman the Regina Jenkins over at the Beatrice Perry

we filed to meet the challenge that was Katrina. In this cautionary tale,
all the little pigs built houses of straw.
muters found a sheet on driveways and streetcorners,
as temperatures dropped into the teens overnight.
Not to be outdone by the men, Hannah Teter, right, won gold and Gretchen Bleiler won
Shiite lawmakers decided by a one-vote margin to retain Ibrahim al-Jaafari as prime minister in Iraq's next
government.
A blistering report will say the administration delayed the evacuation of New Orleans by failing to act myselfly on
reports of flooding
The Internet has a rising star whose name isn't Google.
Just over 2 years old, MySpace now has 21/2 times the traffic of Inc.
and it myselfly eclipsed Friendster as the top social-networking site where users
build larger and larger circles of friends.
It's like being at a giant music conference 24 hours a day every day,
said Greg McIntosh, 27, guitarist for Ann Arbor, Michigan-based Great Lakes Myth Society.
Fans lined up in the London rain Tuesday to catch a glimpse of the new blond Bond as sandy-haired Daniel Craig
made his screen debut as suave secret agent 007
Casino Royale the 21st James Bond film and the grittiest to date was receiving its world premiere before an
audience including Queen
Elizabeth II The movie opens in Britain and North America on Friday
Stars including Elton John and Beyonce Knowles were expected in the audience in Londons Leicester Square for
Craigs date with double-O destiny
Craig 38 is already being praised in some quarters as the best Bond since Sean Connery who originated the role in
1962s Dr No His
debut has restored the buzzaround a franchise that many felt was past its prime (Watch Bond get rebooted --
2:45 )
With Casino Royale weve not only got a new Bond weve also got a new approach to the genre said James
Chapman author of Licence to Thrill: A
Cultural History of the James Bond Films Its revisionist Its going back to the roots of Bonds character
The buzz is quite a turnaround Last years announcement that Craig would be the sixth actor to play Bond
triggered gripes

from many fans of the franchise which has earnedan estimated $4 billion worldwide They said Craig -- whose recent screen

credits include Munich and The Jacket -- was too blond too craggy too obscure to play the worlds greatest spy An anti-Craig Web site -- danielcraigisnotbond -- urged a boycott of the movie Craig supporters hit back with danielcraigisbond

</font>
</p>
</body>
</html>

------29458317211117190--

------188921923218763
Content-Type: image/gif; name="Yprn.gif"
Content-Transfer-Encoding: base64
Content-ID: <bnpUbAfvUQzhfAMIQxbWEdEnISCfKl>

R0lGODDdhSgFeAcYAAP//////zP/M///MzP9m//9mZv8A//8AAMzMzJnMZpmZmWbMAGZmZgAAAHF6
diz0DAlcEbtao2IWdDX29IPinsiNxSC4Wp9MZ8Z/zqGe3fwV9oAZbEcmIsSDWu+C3WXG4cEhXAiO
9pk4fZSU1L7MYJGNjMeG2DkBc+xac6pe+iv5yhe2S6s2OyqPfUqj6kXI8FvPTpMvHVpY841eVthX
wSNowBCsvN052TY6+2L l4IsGMIOWXpVqwo0oc3R60Ylj97u8wFB2H+5gr/lK87ls/qxVqPBIZNoD
TUoKjhLUVqm5+yiA3bvp33s9nQdtWRvIzIRYgggqUYJxeg4vidydRoLYx77WO0Otbf4n/TUzEKrg
6NYXt91ZZP2/Lq1dTEFghAFXSRKKDo4RfAk3hMfLKEsD5lmJZu19NCMQyn31jxHB4VJP0CGv9GO
3ZlT5FA3KxdlpgFH3oL/AHz/ABj+AAD/AAD/MQD/AAD+9AD/sQD/BgD/B/3+E/n/AIL/AHz/ACwA
AAAASgFeAQAH/oAAgoOEhYaHiImKiy4yNjo+QkZKTlJWWl5i5zmpucnZ6foKGio6SlpqeFCAiorliq
rbChCg20DKubCAyGDLWDtA23owi/xMGNswDDq8ixAA0KqcCEysrO0I/Vx7rODZbD3c2MzIq8xOCa
tLu/gt/SpNmX8OHP0cby9Nju17Pb6ZZXf4cSdS0QL2jdoBQvmamBL0KxeAHiVI3ZN0MRlv249xMev
XMVy23hdEzlN3zSQwLLxAjCrnQJmG7ctZGgMJj4G0CaOlEmP3kxe9lJK88nQYq2gBVn+2jZoY7eE
RR0uNcrAY7J0D43547YMpC9w/FJN7KeT3dKBiGpVFGTOnC6n/kUnmlsrsSdDaXDfl0lV28/k/IG
Vb0q9NZKZNUQE0WoaxjTqzmjAgMakd5gyNYiNqYVVNVQBY4tNkxZEiO6S1E2JcaOolJguuem+yS5E
EmA7iP5QCwZrl2+30A8FLr2WVKLSx8crN+an TqJjykmzZuUG2h9Q21vNtsWs1LPhbooxat7tDDmh
uEUV6IpafjzmZ8OutSxd7S7PivjM8mVKOvXfyMiFZZxs35BUSFgCFnUQc8m50tM2LY3TnyLqscZZ
ZQZFlYtXBjJIiEgJVejZOSKhVmJbkS20 llXGSHULNe4c9hteT233EE67rIdMVfGRd1mPz8zHIn1D
JdUaa4PU/seUkFL91SQ7VflGe3rchWN9C5E1Zu7DUVZU/yTXbOONoUZR1Rfr2EHn5oYVjXQiPu
pmZIQbal13SlGSIkjN8pNSQyXX5oHCGzANpSj0a5B6SaLwJWWHmUMWmhkqnVJBlvaSZInFBTqRMc
V09yiZxEOIHpYn9kHrKgcgzWtiarHWZnlJrpZHkaZybCFyhhsg4ZTZiejQTejOJNqKdJ3LxGGntx
3WcNopLymzZmC+U0qzWWVHXjpkyQZNyWnGB4L0YBJXTioL9cs6qKEbaozV6toVuZauFdWS5KUNM6b
a2TFGFWtfodcdyG1w2KmWGODRWUsq7maVplvCKU4W5KPY/fT6MPdlXRrhgGuI6q8U30bZ2iGZKRd
p3YWouC9wLYHECNjbTrrVQhzVmt+Dm9F2l2c4a/RImncIa2VqLvCKJEkYMyUiVTUfx2hBti+0mNEoR
+0sZxd5lli3IVhq3kZXyMhjWTACJ/HKHUhPqlVRJB/q1mS23s3BAqHw6SWB05613IufuXcoaEeC
99+E031h4YhncqM3yCbu+ClWPS755JRXbvnlmGeu+eacd+7556CHLvropJZL6JOUQ3cm/
qzvyU6NC3xjM13TjWPrdjT8SuyW5wO2J8FL4la9F8LF9jrhBI74T1L5ouzU/OnlM4sq8QaRvIHf
9dva/iA/TbXVqzhGE0hIoWek94R6X6qQY7HFcWZ1wV+LScHJIuBrO0fnv7ZNA2CFEGKf1jxtJjvb
noeSF0AEcsx5lAgNcM6xJkuhq0fYyVq2MMgzen3lFSvTS/nQAzHN+IZmySCNsXpEmXulpHBWC9bW
LqarfvzvYoOZ2JOY46r10MiHibiNrOBiF7WYA3mciZ+cCHMkf+ylSpoYR4QoyD9r3apFK5FWtrC1
Eg3BDkJjQpaZ7oOoZ92kXWZhjPTao60REgc5QDrXztIIrd4lp4diM5P3hsfE86SnXARzmB9ICMPk
MHBFVBJaJvoTn3E0K2DKEsyXsBejGpmjjLALWr82/nSU/NRpLtkokHniU8YuWokZiIqKeqxyPfkp
qk6Nct2+UPgxFOWIeR+8EgFvkTKWfImQfsRYL1eZSDRWgpF1WiO22sfBqlSIkn0KFCYRKaxjOZMm
nmRUPdR2ODrmx5THSiNb+HdNxlzNMvfZU+POhUcG+tA3j3MFMddByOFDy8njGMVfqAQASOlUOTXJyQ
IjAcAGUlrtZBExELUShbmRWq6iDZMGaM3V4S3Mr4nojoKJ3fgJs4HufJHumrZh7q0v3C5EJ4jtZ7K

/miXXKZmRtdKXUyuZCmYesY88aDWne6IUlZlrBxDIhgKN/TTTK5xi+DwWkxT1B2VgDEoTKXhKcGR
/sr11KxqUn1lTjbjqEuuhoGqaSL+ttO+d20FLvPsF/i+dVQPlGVu7ob+EAymGW27yO1EBjSorQ8
8d3PoVBqmtxU+Fd/EeVFZdGYYYkzVXG320ZzRY6xfkTk8BGGjOpiO1eus+CXE1qIvLQkcLEkIsV
yF1l5YgRqwPGnu7utaaQVEDIZUdM9A22uH0cyewaECKGopu5DW7iYuK6cBD3E5ETrnKXy9zmOve5
0I2udKdLXXHIInGvMEV2SbddVPSyeLO1YUCNaTgrIdC1xqOoIm/rCSECVyB/Ii850JuWiqgrcbyN
onznYSUv0td36u2SAj9xOsHV1hH5XYS9Iou7/hS2MrHJQs5aRZqocfKXjQdfLXl8BGFNFLtZXMlob
P7aXWO916qEuMl9pTRa+/RyPYqhK2ofL00rureKb8exdZTUoI5cwzX40gWjO3OMnldElo/OZj8IG
GtMbIwyOJLyYppSyVVfqE8QzytCKmHHQtcxHr4kam8WoxdST3li9T4MxYZycsdCI5My/uklV+FfC
K5sQqejKU47WrOHw+ImDaiTZEqdoGPPgzFTssSuh21cpZgrKR1Sd7LSeqmEuooUZzHpMtCqZsWwJ
qYsYZaPWUqu7qiZKZVV0pcYu84yEhRquMpSfadHi3iynmNN+3hF/nuLa/kh01Gxtpa5eTExO/gX5
ssYwFntaAtIqTwtYGm7LpW196pM1pM9hLHJ3vvkU/AyPmJvhJZ2gxKGIqrc6fuIRt7U2RbMWFGvH
iiW24/vVddyoa9XzdLtWF9KSJU1IFWo1eZW9pMk4i9VVayqn45oa7myNm7rqk0C13ZJ1Z3MfER9n
mP/9SFVTLGJltYXFgSXbbauXaOrkccESw2tERGIU+Y5PfvntRkd3Wnolb7QkfXRw8ao21gslL6ZD
nRaRV1NCetl5pkf9L2VXR9yJwlbHgW2wFlp1jT+3qFkWVtGsn/HPNHr4lSQldbLQuZUhkyPskKZ
OFZ761SedUFZ6POWCVWCik4qjXTmRpdh/oXMyWHh3pkOZb/6aslb8xbRP97Hug7+5xj79K4GJ7Ch
cBXstxqqq98eLoD3yuPn0SSdCqvE2UkYrkZqdmue/dAbkea4JUlgZyHi+mGJ2H1Swwe34TiWEUJ9
g0tZ6K5zvBPRzBjyXEuNeaUdtEjltWDK+fG1l4LFPZ7nv9X9RKq0hX2z/OPApQB/9z2x/e1XN8GN
KHApzD9+UZR/v83VoSTUP4r3tv/++M+//vfvOD7yv26b012vNTjVkEPi93+MBjUHaHyZQH97RgmH
JV3oh4AUQmvgBVGa4IAYCIH+pzlcJHK+kRTKcBGW10py0yYUpnrskyTocxwk9mC4dyQy/tGC5mML
LXgSKANhZxF7LAVk6gMMnFaDoxVYd9EiTkFaEqFOt7I+sAGCyedgqHc+AWRcFPR0X/YoBnhjMYVC
diMVtzJ3vZFsehd4HdQtY1YdG4MxArMZbAg1XggqWcRSv4IZgveGWZgoEpRk18JVUMVEOPRrPZYx
VJIZynCFbEZUYtaGAbF2hbFp+xFUT8UuG7hFzrIrxiJ5ooYeE6VYaqd72Od23SGJimVpc3iHwPdG
klRHxUWJytRPV2d8zJIhCCApAjWL7sBwzRBylCRYexhUwBJjqFYpKrh8MkZxQIhXWmVjN4dNPVNa
Y/clCcds2aZY0uYQ0DgeGlYN7lUq/rGUI0CVaCJESilzcTDSNMgmUM6YNxUni9aoEL1YH784jUfV
HcOICAFni5WybqoHhdwoPfLwclBTTuwmJg1HjeZBKjgUbniIWf+SciXhTKC2c5BCbaGXZ9kQcM+k
LRCFi6hgPr6HagWokD8nihLJiu/hf41EIq/YHvu4G4gijihnEvhwX1NEHqPYJjM5WQpFLBrHiWSH
UES2ZJJhaN7mKziHLOaXc60wKCPkE+HjZ9xa5d3VyjUZVTnHIO0GVElaSk5PwelQYh3fQ4WjZbX
R4yHd1enIu5xd22lZQ8jf1doa6gxZGl3X34HJxe1cUc1N7BwMUMSPyz3DFHZZjvI/mF4dRcJh4PR
EYNPqHoUZnqhRH2GyVGEeT9zKINII5gqWXtGqUTcgyx0lS9yNBBKtHsF2CmmNw5ygxGrGDp8OV4U
GJuUI3ekwH6yeZt745nuB3+4WQgr0JvAGZzCOZzEWZzGeZzImZzKuZzM2X4FcAAHUAjQWQCcMADT
CVsDUAADcAjWeQDbOQjPSZ2NkJ3fWQjdCZ3oKZ4A8JzRuQjs2ZzvSQjXuQndqZ6k053lSQj4SQjh
OZ7QmZ+DcJ7oOZ/xqQgFqpwHCgDzqQnQl+Vr7aQgPKgj9yGQgRqp8DeqEA6p5QCZ8bKp8HoJ7ZOZ3l
OZ3sGaIfOqLeKaEaDmqH8mZ7Ilmg3amiH/qfhcCeJmqJpqiAHCeglCf7IneEEqj4PmhLSqiMgqgk
5imk60mjB/qj2imjMsqiC0qBCTqfAiqkF0qdV6qz7mdP5qeiPlClQgqjHSqmhiCmVnqhRLqkl3qd
ZpqkOqqi6ommXnqhQRqnNsqmg6Cm7fmeDXoIU4qAaAqmCrqmE4qe27mdBLQqmHiqeCSqjWhqfZZNqn
15mh7CmeSJqnBXqpQlqhAcqni0qkJtqjSmqhoFqnlJqil8qmfhwqojEqloCqqnddqqhC/qgMSqdRpoI
E7qjbtqhvJqquuqr8bmgs0qov8qiW0qou9qgnkqqfOqoZcqoBQCtA4gsaql/qdaqCCarUXqoq5q
n73anr8KpWEqrBuarNKKpM6KrNcqCFNaqaX6qW6orT6qkO6orslZpbLKp4rKqOiaoTkar4raqHpK
ro96rwiLrnOqrsfKnaV6qK8Kr3FqqixasIF6pBc7nPqKrRO7p/4qsAYqsMvKpOYKrOUqrsNqr/da
qyBboRM6sinarA17CJJqrU3qozIbnBvrroZar+Das+LqrOLZrKs6qqz6yZLsyUbpUfro8XXKrhP7
spVaoi0LsgWbpw1as/ZJsLK5z3yKrwO7soh6pmq6tWJbrGpKrkqLsh26pdTarzFbrXCan7tKp87q
q/JasQXKrwUrsxm7f167/qOXiqJbe6N6O6Bm261PKq9tmrRky7bimqNDm6ZZC4G7T2qL26aR0y7CX
u7aK+52bqrJh25ykW7qme7qom7qqu7qsu1wL8LqwG7uyO7u0W7u2e7u4m6u7u827u++7vA+7vF
GbzEW7zGe7zIm7zKG7zDuwAJ8LzQGG3SO73U0W73WRe73Yra73au73c273++73au2u72wBUL7me77o
m7qu77q277u77wG7/yO7/0W7/2G7/jS5z527qUs7/C6b/8+zgADJwDHMCIU8C4icAG/DcKLLJsN
HMAC2AwPTIEIfF6S414dCGCYkBerqIEaWAkTJIFAFTDKC9jz6oJR9SZrG/uTBC0gDJlfx/BdwIGLQ2
KvY+MRU5DjRO14NjogYwF1RAKbhHa2MqCgcSG2GEA6GNXuES0AiZlRRk2GbEAzYIL8x/A6x1cCdB
gcSSf8RmwrSFvjY898BayQBoJtXFrFfEa9bD3EcpRHWoKGGWDgaPKlvMYTFAFDF+zfAOVeLpoZn
PdlosDZrQaQPAlN8UccbfUfEh+KJnEcmSnNrJ8QdMDlN2NZ3bCwIeqx/fNw7yPSUbCR8EllscCaI
73Z6anF423EZ86EuXvd7l+gWIVgMIYli5VGIKDJvG4VTm5x/V9yQC/Fx2YB4H5gs/Qh561jIRDPM
B/lUJzmQYDluCeiG/tvEyvrAjLKly39cCL2MfzFMfH58i+NWdpfXyq18F4rQdX2ygedcNbDGzI/c
Ltnci5QccVq3k0W2zYTQzfdXwKihxW0Iz0hlRYw4mJKHXuqcxbpImFUTh48SytNWdAvpbHKcNc53

iH/nWHHFz+1XwZ4ZYQIddJEzFozclvPow3qGmVpIIR4FtEcz65wg6TCFE78HRP2Pnsyib A0ePH
0wiGfenMm8rp09lH1DADlHyD1Mlp1NTF1PP1fS281AvQvAssOU4tXVdd1Z+Q1dDF1vNCV7tXGH9
1Zkw1sxl1vRZtqBbtjzLr7e6xlOtv3H9OOiKsWAaqwPw1pw81//L/tcjNYUG1polead5u6QLi6d4
q9e+7NcEzNh3JnaQoIHop9e9uq2IHbSK7c2OncCMXUYyV3A0flkiKHBPk4JaCaeFXbd4e6CZ3c+b
fZvfjMSFBirFYVMT9IVEdqdZatdTytp4u9hUfXplZ2XS3Mi/uGu5DaeIe7b26tuW61wswAhorVwK
zElbiGnVpHCNohvM5lqtbdghi9m/rdnBHdRaiXCn1sjbvWwGlwjHfvaueK68w/NoOzNhkZ3a8lN3G
fSrIPdnjLafhbarzXd7X1zPNmGczBS2cNtV6d3/Dd7BKt586toEzoKSOY9fV8Tb02AGuCLvLboI
y7h22tH0HZu9/hzVZO3CJU7BK66RKT4K0y1cemx/L94IMR5cN17jj5DjuMXjOi7dLT7gP643Pv5a
Re4Kgp1buVA4R146Hn1ioBAYHPyAmEDjncBbq5RmWe5yzgRRwZAAc5YAktDkpDPC/iUKUq7CsjDF
nqBoc8bKb45vYU5uTwPmb57k3BzkVuzYMpxxwDfTtQ3F7jMi1UImMDLTJ0NasOaNYWRhugdtg842
t1UVds4AYs4jmhEAhBAAOdTpc1Zol647O67ncG1FqhKEKwMfdxaHC04tSEwkTlaVQuGWDoKGfT4KX
LCOVN5V2k27pTMHpIZFmAADmxZcLAaAehabpYC7mkEDmo9PJ/q6TRluyV+X5iPFHYNx3zY5dq6I
YkvnddU03CfhTOUD58ZA7AxojURTFZre7KS+1/F26n3iVMvjM9KOxK7xkeOhbGR1CEsmHg4HTtqd
KOBoCMf+6UTlS+euO8uE7JtO6WP+7sB9mU2hciDmzHvH69uLbNNcOlnS6g0cpJM8Pk2KTaoAMAu
GguPyOo+CMCO5zst8eRdMsSHzTucD6s8S6+TePxk40wIZGcia+o3lG3eAAATMuOI5jO7uOeQpr2
NC+v4qGTBuHgz2fud3Vsaawp7VvWLvR+22hZX8zEIg7j0BbPiAHy5g2R5Qwf7HPuJYUW55Hg7KLz
5BuO0zf//mEa5lPRw/EMKDd9xZoFeX2QbIIuvfc3stZfjtzVpJztmUNAexy7+4VDsFKfQp0HzqZ
P+SaLPMUzvl0s/mfl/pDTvqdY/o6jvqbo/ovzvqZU+QRzApLLsKeT+L+ZkvoEGBIMs2WsPhegn7o
TufMvjuujzkKbJvAc3I6l1wlsDyGTfyBdLhqfbuS139Oj/Y6LaWEGOoJQPsahjUu0TMNN5+sQv/QM
0O6SFP127ksZvPrV333HH2kZv7nsOVkJL30/Kn2dUwmXDEmjoR+mAvAAwGMAgCGCIMLjIgDAoDCo
wJAAgGC4mKm5ydnp+QkaurmwIGp6ipquvpJ6qnQwMkQ/gurCNBwiNCgoBs5uHvruhri9igiCsZ
25sJu1jbeWnIa4kJMFmc+eiLXX3ICh6O6ipebn4uTs7pzGjYQBtrCfyrAPt+Hzk/fP8OSa98TZ8x
fsc8BZiUSJqkRpy2LVSkEJ1Ec+omWrw4saImdrqmzQo4iBk9aJoEysu2aJ4zWMKMobp0SUGhQ4ka
+rtGyRvGneNK8fwJOereB8HfWR3K9cukZIMEuOkcplAkp9mPnJY01AAm74eCZrUMqYQRrHmhVb
9lk8aLPgMSo4K9IsRdCSZXq6KapRqYLsFl1nKDDdwDetDXJolDDKsz/TMn5s0THIvbjmIh0Yl/K8
Wd9O/kLlFu9Sv5BtGTJ9Jhi1YcMAEHvLCTmo5N0w81mdbo2p0u6e5u67Tt4K5/l/BYUjjw5KODK
lTMXJRrX4ub UkT+v7vs69u3cPWnvDplUgPHky5s/jz69++vXXs27t/Dz++//Pn0338fHz5hUgv38+/v/
D2CAAg5IYIEGHoiggggoyOCB9+9FnFikSTkhhhRZeiGGGGOm7IYccefaghiiCKKKT1I56IYooqrshi
iyOWCGOMMs5s5IY4023ohjjruyGOPPv4IZJBCBDCDklkkUYUeiWSSSi7JZZJJNOPglllFIiGdaUVoJnV3Cs
fVLAAQUA0OWXEw1wwAGmFCAmT5hsKVyYqXQ5gFhd/noJpyd1mpOlb2yGEqZFZJrJp5dArdkZcm6i
cidQhyb6UzId9bOYPXApIU9hsHAW0GjGlDZQPJnMeUCcYAraZyZlzlnAAGGKCqqYYZb5JwB/xvln
qKOWCags+MhTmqQQtWXIGsK6gsuu1ajqaTC9rOLYZcNgudqtYp6q6Cj0oprqpvUqu2roap66ia4
0hlqqWR+CeefqC4yJ7jU5iVIRwh0tBEwH1nDzDvz0jsvMMxkxhIihVYL66joWrvIuAoLWmu4oIYK
a8ENlztuJ2wdw6++SbkUkFzCFgpNXXXDF4ygmlyKrSFwkbfmwmxPH2TLM3y6sycRmPjxxmoOMi+bM
/oDWme7CByv8bknxbubpXprgC4xdIq0WS1H/FjrrrQZfbSqpWut8dZ8QDqGvr1edivc5xlcljnCZT
C2x0OxsHhABStZDkdNOHCFT1nGIjDK3WXx8KSqx6/y0m4An/bGvBBQe9NQDhVt2lo8fH99UuhTOfj
C14EvcO2PB5rUqrjNzeetcxfji1rz6Q3zcCrNoW+iC68vV0UQu98zlrs/PQFWnT8xB2aPva6lUms
O4+u8CCqrgt0tkVDCyrWLYd9eN+mo854318WLPrzKR1tC+Vvu+15MGfbkmdiZ3/+KcJu9vm66NrL
yrCX4B4sasOuus43YLdrTpOoVSZghLqLScwH/jfxTYYp/moW1QD3Pv6lCn5hUx316IcmwVlrekVb
lK3OVarsXY173IMK+JSWCfFdoF4UeAKt5S3SCB6Max48XeMomL8Img50/fOEdI6TtnmsbUvpQ+Dc
zAaQyq2vckikn630Fj/F+Y2HOqPg6MSEuk54UFTjat3fELe9+l2wbS1MWseMIZqUNS1zx+FXAcvH
pph1rX81xCDBpuhEO+asWp2Yi+cAqLSS2etj9YpEvnpHO+Kh0RigMWPfkrdHoV3LZu+aHtlopokt
PjJNlrRiF69Fxsk5kliUyYwQzaaslFEqUsAVetmmEkw6rFdOlReHbnFLje58B4nTGSmdpGM/jem
kJf/gBuypDOZUgpvYJuUVrZsab8pcut57YJT76MBlP3EhLocI6+QGYdU871L1JHLq4EQOncyPIicJr
JRynRSYRigxQxzi2eJaO4gcKS7rzSfFhyC2aiCN1idNOztunQQ+K0IQqdKEMbagquQTQiNbIWVn6
yCCLeZaanGNPg2Iml3pIRU8YbxFZNBSgDjdRj6LL5hSH/kOCCOO/kSmndBnKkbKHZRCHqamoJtP
gwGspBwrEzOhhMkgYQ2E5MQhM9lKIrJiVK2QBhJg2URgvDJV2HiEUP6URk22gZBKJCaqHw2XwdqF
wTD16VSnwpaZZjU2tXLvfiVNHa68mMEew/n0TVVw8KaCmpTxXfsJ3njQWMjPVUnE0EBGRqAv7NOZC
whw1MAIjTAJm0hpDVIJQopTsawITFqVS1qtQlSxhAFBUynpFMTjxtE0VNrSKSsW6tsHVi1eKKSUlm
7ZN1ipXNYour4wn3ZaL7ZOQC2K9G0IuARVzFUdlWlIu+jSqZZYBTJ4taaQzmYwfRbEwEpspIYBUh
qJ0GUb961EoohLIImdeWFOIVVV4WvSqN3+BgBTnaDs2Jd8KtDX22w9Lx0K22tRo7E+fXvYVxoBbD
GNI6N75wOAMT5bSGdKOSDcSMFzauwdRVLJsTqP7qK7Cp6jBW8zHPaa6Lr2GUlmMkwRE/gTC28rW

/grns1wuOK/G9e/x7mdLrrUKr76F4OheKT5WXLIoLCdg8MXi4qq9CXHAGLAzGdhRC5Cw+k9zE3Y
5IXRXleVI47xQloyY66etibfZZtV4HuTScgYxZ9YnsOshV/A0ZbA+gsy1sBprbqmjnkfdJmRQTnC
BOvTziD9xQCfHMhv8PQU93iLTuHYW1Ilb1drQl5K7sfyoJ31Aoh70xaYpXWmjmFpikMicXr4ThT
ItWfDpwMf5zFPfP4yHYsVZ6f2Og57lddBsYzgoVr0/mVrZ6QdolhmuvcLJ3sHl1WBkpMS+JimFas
CAmANMQqYp2Q1rzNMO1n/cFmV1f3/rSIkXNrT5vkXPLszzPjpKAkZui31g+W3SvuM3f7TEv+9o4J
ll8ka7sbYNijX1Au37TLcWUl/sMeRmyiV0vtz4VoFMYaDXdEVdJAdy9Ns9ZYrS/SfXKakLwR7dbq
yoXLQ7P6ut467neRwehjm6+qf9gMlLT07SWZk0tbSXamWXsupl0yixeiVIaxpkwb7eIEohfBqsDE
Sh1VYSeGXEMFTpWNjnIGadiGbd1q0MmBvtmYWqvs06TDQ54Bom0WA/KajMuUbualRVfJ1ve/w74
wAt+8IQvvOF5Mq/eJB5Gi4cS1Z0E07PgZR+cY8WkyTkpHl2efFaKvFkmb+1wbB4c/qBv0uhxw8u1
EJMkzCClUIFZGroYFhKa+mWxgJWP2h+TIUgJpmFP/nvSyO5R/BAGsfoJkafXS/mduj0+LOV0p8Ve
d5+m/iZcb1ghcopXvjdWrZ+V/eRjSlkudT1mfPdLqFP5K5wL2MnSFrKC6Cu5yQ0I+x3c2IKITI0Y
ReFRPOV77KdGArhIc8EvpXcxalR/2cBcy6JGuYcMw1M+/0IUUqFKvLJIaiF7Ech/G6MQbjQy9TA5
hXI7LsEv7hdMBJiA9EJhCud5qYAU9yJpAqREUvY2TwMPyXd744MJduFYS2NGvbcs38MxSSESvXCE
TVQLSch0VfJsffENyZA2CTSD/kV4PmxDXU0haVBobXKDfxKXBcTFnXThC0mgzzIhaxWPhPxF84g
bcewhEuxObxzhS7BEWjTCHNYccgGFGTVABISOqDYlTxQ7aAgHBoNoUIL+3AFBYFNa2OVJRGVe4
Jo50NgRBhwm0OQy3hlimSCkhDIo4PrWQCHNIL2p4fuJQhlH2DXXhDp0IinX4f0tkhAeUaTA1Cfoi
hBAmTNOQiHloiEqIiMUgilrIiPrgiChUC9CWi5BWidFgi72jQE/BQIVVa7FYOYBkbaXYh+JGP10
DjEYNVWIGRLXFGzUcHe4g0V0i4/XC7v4hBD2Q2zEdMGIEnFIj6Uhj2m4MQ+m/omDJYcXmIVEWBK9
k4XaKBLGshhk2EJV2IMD440Do0CodzTwUFiHYA+gYY0s1HTqqEQBc0ihF5Fd6ILLkr8PaEx+ZIBt
ZBIJiEb62Hq+J3uYo4wOFi9vhI9glgwRd0YhaUxpU0YoyUp5MTKzA5Ip2JPDw38m00Dqdwq6UztD
9U8AsAGaIYaySDwJGUCakmmJdUxIUxnLAn2bUoK7l3zalifQgHyzs3wthXvFFJWyN3xvuSlMo3tW
WUxqGXtsWRrLZELDh0rHYg3AMoPIRHHkdxETqXkS6ZSEd06foQqnBxRH2ZgTkZiHt4gZaE/9ZwqS
OSjENCRs4pK-d5Jn0Yd/gg7GoOZq8maremarwmbsSmbs0mbtWmbt4mbuambu8mbvembvwnewSmc
w0mcxRkOc9UqrbQwgJYmqLOcCIZwNqNTjRaCEdw5LKc03Mq2glcbcUJSCdv1olNRKedf8VkjzRv
Mcd26El0NXMoe7dzFyRXulUtWPScOnNz1H6guUJJGSd6Ek012Rs63mfToRJ7tlO4Zme3FmeDcqd
15krACd0ujU93Rlc0tk69AmgvKWh0HQ&UJBOgNoFFpb0sk3N2dv+2NcnLA4LRqhxWM4Aopj3lNC
B7ZOQdd1ZGM8cNd3/QZ27dOcCYpWeuN3JMU9RPqjq0KdQjqdeSRvGVo0/sbzb1ZkpFf0nS76Lgnq
oYA1R8D2ogJGpOoEoxEqoz/GotQzNj2qnD36OnXUCT1aoyD1OoxiNQVmU3NaRQjzdXcmol/qpYdT
STz3nsG1NxVEOgjaV33qPTe3V1ijpv3GV7ZGpnpqbDRKPTZqa/ijnCn6owh6pvopp5Q6RpEKpJ/6
UZxaqvvZpCP1da06qCF6PPsTYAjanrG0qPnWPF2HpNqUod55pZOqW9n5oURjoOlZqoKmnb1aMVVq
qhvqovr+poOS5nGZKUKhacw6q0bKNa7qV7MSQmLkrIZaUAJWY0CXc0/an5dKrOXaPsHqrjzTdCK
aG8nrNc5ps16nTLD/jM5uqH6mjw++lrWOj8tU6ue6mf3irDMaS7MGa6guqIAe68a1DN5Oka2WjPr
wq41d7BaCqmA86jQtK4aa6fBBqfqmqMHxq8kRWg5yrEia1831LJOKrN/yqz9xlZpAmhIlk+ESq2e
iqJ8E7NmCp8ghVNlCrGAGq0W53QOqeHmrEW26nKHaxxKl3yjdoUqrQlKWks6sG27NFKqVe2k1B
B6KHam8RyrE3x57kmq766lY5WrSUOqPNilYfi2gwJ7Idm7IlC6on6z49VLd8+qtQmrdKWqcL22hx
K65ROqh9Japj67fiyrYRa3TB1rbFelfZKrLOuZxxEqf/daAze7cQ/hquQeqncSpJAjpGGHqdKmqs
fse6ZDO1XuusXRe2Gdqn6vquD5u2+SZvigoKyDmuT8ukOEagaNpWz5m12tqu8Fq6NQu1ret3Xat3
2SS9gfVveVu97dmmREuvvmqwn7u811ufHVSxu1alwGuc8u+7eu+78sYzym/80u9Wu/94u/+au/
+8u//eu//wvAASzAAnyyaGLAB4zAzAcazAC8zADezADwzBESzBE0zBFWzBFzBazBG6zB80OvBHwzC
ISzCI0zCJWzCJCRazCK4xdwzFX+4tgjpOyLmxQWMu8NNw+gZpJNfwjjWfDq4DDub0zNJSn
PYx6fIhA2HgK/pspDn3pGU5cHaMpDwRRLJiITmYhx3RxxH1TxKBzxKbiw6kwRv6K6Wj6YygGTT0iy
eT8ofEvSxaPyxWLcPkjsQydHiUpsEs2imuBYL6LRiseSfZnDKVA5F/iwErOnFsx3YilJfbjgK1b5
K3MpO74YjPlXIgaUDWWsgaIZloQ5gLdTyLPHbLvCDvaAKZxxl+XQxXdytfL5opZrYUQBjOazx0Xp
gVtyMjG5gabJMSVzNHjJgSCxyzs5PCSlXAZUkchAgPQiOVzIgmn4f72syee4MakzGiklr4nzAJY
OwvYQG7TRgIx0RuhsNAjRQiiNEXTJXbcYJmCOU/ByQT5jp5CXSvD/opu44OIqIEUGMU5qETx2GDZoJUo
ZIzpM5LRxY/vZTZ+pA+n2AwARYRx+UeZNkwgEY9Sg5pvkrkKW8K8d07Am9oBjDHM8YVRmb+NAAcANw
o4cYBiz30C/C3M/JJIVbeH3ugETaKDU2fX9x1g8pBzdIqIcGtDtXvDuLMY063TnbXI+0GBjtd8+C
uErmvNE+vM4e7QmgBRYnNNJLXNKf4IW5sYfTKIFPkchEaINN8WgCDUQBZH+0t4VShpRJ8FRgXc15
AXwQJT6X4tZJXRBAfckdgVRuYYMrJNX9SdWx7MNtkVyFpcdjSCkDqRZvEWF5OYxqWM9b6p0hxHWEk
QV04PY4E/tnJGjiYXDlla4yMB0RdF42RfS2HoFGEs6jatHgOcWzVr8XODUYywdPYJYJHLU6gWwZyU
NPmTbM3PMSnT7Jd/nRGTN73WSlMUmBJEbP2HUbGRdW3GKeFIy8XHexGISi0v4l1G4lySnUPX4EDb
CXPYsSSvwXKFW03KwndYv117hEnZk4xM/LwpzZS1xqOyNqYdmzW2CvDTXvJR8lRyFSUPflj0dAuHQ

lCc5/XCGxgTU24cZlqF6ykfYJAxtDLXGprDhIOxHPClRHd5HmP14IExYL4FtK87iLe7iLw7jMS7j
Kx6WMr47LJ7FLWx2M87jPe7jPw7kQY53QUzkRf6aQNxT/k5CAD8iAIAwEU3eJA2U45FNabhjOZWZ
CgRgABeh5ebQ5V3eCWAuFgJgAE4uEQaw5Jkg5kMi5aKwxVcdiJzXHWsODnTeG2Ru5uiA5kxC4O/d
KY0QyS71F1Vm5UC4fSm+iqWEEl1O5lqO5k6+54Ow52RuAJEuAI5OAE1e6WUOAI7O6QCA5pV+6ZWe
6Zrw5Vve6KTu5KeO6YuA6ZG+CJZe5qn+6l1A6Xvu6Wlu66/u5KMe6Zuu652+5Vre6jXyAJFTWPLX
zMZcL3uRf1gW585+RvT0NB/Tga6O6o/e6l76b+5cK+6pwu6qM+CHR+6gDQ6Jq+5KzO
7uFe/u7BDurdPuvnDuuDgOfxvuTbrub9Lur1zu4EkOb5LuzCDvD0niMN9Iht8yz5gpQXtSUYHVrK
PtGh2BKMHukaX+7cju0Cr+bjDut7vvHjzgnr7u/rruVmjuu6bvCyrulmvu+LsO8E//E0/+krL+b7
bvCnzvIKjyNtzjHSMBr2BMnNYsuFjoci4WT8l8hWHPLxbuZgTvJLvulXL+xonuYc//GyrvWbgPI5
P+xjH+tWr+s2nwkwP/Mzr+/mrutsv/Zl7umbDun0vu6SDvQ3IvT/54vsZ1WCUWXUFu3k3TRp7TM
mcVcf/DczvN5T/DiLvVdH+yP/+npTvYzr/ImX/Wu/k7vav/pbB/5sA73ny/3Jp/2dk/2eO8je//Z
HzlKJTiJ0E5jhC+CzIY+mVHeB4/5407svG/6YF/6qq/6Bh/5H6/4mV//2Hi/8yU/uca8JNX/2pr/7
o57nzG/8mp/3NiI5DffczE6UwlwsSk8+QI3JUOYpIY5Ex6/5st7vNl/yi7/y5A7yaB//l1/8yK/6
Nd/z2X7vme7vOA8IAgACBgSDhQCJiQSGhAaCiAAEBomRipOSlJWGp2en6ChoqOkpZZ4MDQwlDQiJ
qACrDamvsQqnDYkKulkNtgwMAL+nwLC9wbKpxsXErsi2nZiEgpmXj4qOhYLYBgNoG1pPe05EC4NbQ
/pTR5pjrmgCR4JOc196Fj4TwoPGZ3vLX8Nbk+E3TV43aJgC6WplayLChw4cQI0qcSLGiRUWWRE7
OG8ax48gQ4ocSdITjpIVJ3Xzq0NHcxHuL+qGcSbOmzZs4QQXXkZ2pjSnrccgodSrSo0aNIKpdyrSp
06dQo0qdSrWq1atOn2HdClFYrlSKXgn1+kkXVIFkL5oNxmzhKoUU3ypdS1TsMWZpz07NW3E3tX3X1Jy
KwZGSndoQl6HARhDgRr9asp8apWw2SpY7CxrLaKdCUDJkyZYgZmdTXGe9zIsuRiyl8pdkxL8gKGj9TD
TUz0Zc3EfmnWOrrVKlSqendqbX02MtwTydL/o0QQGTHUjmmzOkbZCU2DWyzF/rQ4L9r9UuhHIH00pz
MS7QzVuBZYz58O9jlT93b28MONv76UOvB4tKsulj/iFwHS6iwdKJLOrVt8t6whSomYAK2nLYYL/4t
090udn3VjIT1qXKMdQjKt4otI37YnC/AxILAhNMpMmBzKf532GGO9ffeirhE12JNDXLGGYG7pCcK
f7vQJR5+8jU4HXZCyqcjeSUWU1mL2CX3WjNf4ZgZK+4pQ6QikXnWS5QZeuLXLiNGqRiUyrxCVplp
KpPQkZ28mFiZruWVUJRmiRUbTn3GeB9kyFjJ3mX4ERoimHj5h8+jGqpmnihbkakKC0WSQr/opy
iaaXjroCGjLOBBYLX349l0trztRJZY6kypLLZKu2+FYszLn4anNbuhprbbRCqJBZJaJ301st9qLg
KKKNGmqZnuT57KitRPrapORVqsquhYH5jJ+cBtmrlFe+SS2IycW2qIb4jUimq5fKd4tutSoUmLqm
2RlkYWqCOcueLZ65lDIHDfdu2Exw19tOz6mcKi2aUgXWE+6OtuYmvL6Scb5NaxxIAtL+t9gumaL
oapTkocultAqE+czdLpG7od05SVzkwAPu+lfM9m31cNYdiKWfWfTVKO6JMCKJKK8T/+ifyv0BKKKs
3T5qIo25YTozkRwGmN51DKd7snK+HNzw/o3s3adpYiKmVDGK5v/+0HZIwqhydliQ/eGyR3gJrmGm2G
OucmM4CXXVVqoUjO9d9bJqFx4c7NoHe23m/om3Fog/ybwebZ652vsaHcDN/KxQt5aq0VSF3UkGmH
G3bGPebc6I3rfZXeHN0sUb+49w5R1SD96ftDUdstkdFWDq98KcB/9N/ygH2+u3DQV09K8xapbv32
3Hfv/ffgh6+XgkJ+ml7Mi4hvE/rqr8yzw8bpj4Bkh08k4A1+1MXYKNPq [data continues]
cIn19GeRA/pvEe0Y3udoAyLKAGdp0CmbrLyVsAs5pmmGCxF0iLGc5/2DE9s4RDiqEY56/mQjESmc
nwt3gsJyGKJ/9xCAEARwD4HQQxAAREQ8woGPTkgjHtOgIQSLuI9v/PAR5TDI8FgEoRhhRi5sQxry
BmiiNd0ILCAczrLAZYsQlWkj+oAJTBz4QEdAIoFwlCEQhWNd9xThpSQhhpXSEeM4HGGOfzRiOGDi
jkbQL410nOMc6/dAKfruSEY6SI+Vbcl0YdEkpvT4+m4ihJ9sSHl00OgoqcFG+hFyHJJvoPxwqEBG
9nAlhLSjFPuYiZUIMolQbMcRzYEISxwyj9/4XwR7hysP2aVfWBQdQoLxST9qGRhZFZRZ4FVGmDXM
l4aghzekg15htlEdlNAmPeaHQoCo/oMRK8xEOXnIS2HO8cbrZGRHYJhLcQbEj9gACjXQ6E7o4Utd
JROgVzz5L0sarlhBctcmD4QZ4Iyqmlmq0BDYL+YlSJnAg4WQfAujpS36gE6Pr9IkisgwhPjsrTpPUr
ZTuyKREIMjKUbFQoePPYlSmgLDETO5s5vNrUlLVl1JaEdzmTHkBEp50PIcFb5o52O5OUVfaA5zdYCU7
xeFOkjZyI/rzyS7tZ9 [data continues]
WW7jOYlIIVel0JkRRChiGx4M6N27qKcstpNe19pG4OGas3koBERavxlUuWZ
DkPKJJRYfWoCBfvVqR7kq3gsqVNZksNYVnWlgVwvjMIGoUd+17jSxm9dAFVQaDh0NmmYXdrqUNWq
1FGsrjKsRzkFokLGhCj9QGQtNOJ5V34UQn45fCpVwwqPQ9JWgT20BA0XeVgbujSw3QxgSQbGFK8q
97nhK+D6zGk/6FqXeypCyk6ce93ueve74A2weMdL3vKa97zoTa96v3r3sfCNr3znC74jzn74rc7Rmo9Z
zrnvRIx1oEXhpiQ+o693cUWq5IWCVeuqSBajxZ3MiiTAAr4ucCyXp1bNqxmam/ButpOa3ygKM7NT
zNLwpSpluSZ1SSvG3CLc3VjUyUPUsbDBGhqrWLmnNVCquMYgLZpsYkcrHpMJkkEVcLTA+j8Xtg6uv
/HM0AmsKSEPNl6xqsaGNJaM400Ty8ZQU9CNMdhk+oEXyc1XHqhSL+BPQybKKq8yWgrmYzf0ND2Uo
FrAw7SzGbqYz2cQM3TeXWXsxbBAW+2Hpm+Pxmy2uGs7926iwi/8zPRIoVL5SlMAPzObrM0YyKmcxg
hp3HMRtkm300/R5FT1rEtdKdhGdtAUDlXSX7nONjJTbkV//+Y0KGulaRLvToGGQw5HQEYUpIOto0BD
ONbtax15pCdGC/ss1xpUVxV1dbMpU+2DsRs2h9si2mMj+9tUgTW4x12VN5P73OEWN7rXZe52u5u8
gQAAOw

------188921923218763--


-------------00050204080060107030308
Content-Type: message/rfc822; name="02.6 this [_____].eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="02.6 this [_____].eml"


Received: from mx2.internal (mx2.internal [10.202.2.201]) by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Sun, 19 Nov 2006
        09:36:26 -0500
X-Sieve: CMU Sieve 2.3
Subject: 02.6 this [_____]
X-Spam: spam
X-Spam-score: 2.6
X-Attached: Dqzr.gif
X-Attached: Ficc.gif
X-Attached: Bqfz.gif
X-Attached: Eavfj.gif
X-Attached: Xybn.gif
X-Attached: Ablk.gif
X-Attached: Lbfnv.gif
X-Attached: Ziiq.gif
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from simmts12-srv.bellnexxia.net (simmts12.bellnexxia.net
        [206.47.199.141]) by mx2.messagingengine.com (Postfix) with ESMTP id
        84889168C20 for <[REDACTED BY COUNSEL]>; Sun, 19 Nov 2006 09:36:15
        -0500 (EST)
Received: from accupoll.com ([142.163.84.81]) by
        simmts12-srv.bellnexxia.net (InterMail vM.5.01.06.13
        201-253-122-130-113-20050324) with ESMTP id
        <20061119143607.OUTB29039.simmts12-srv.bellnexxia.net@accupoll.com>;Sun,
        19 Nov 2006 09:36:07 -0500
message-id: <0b4301c70be8$091110a0$753657fb@LSAE>
From: "Wayne Hoover" <renehcleana@accupoll.com>
To: <AMERITRADE3@PRIZEWEB.COM>
X-Spam-orig-subject: this
Date: Sun, 19 Nov 2006 08:35:45 -0600
MIME-Version: 1.0
Content-Type: multipart/related; type="multipart/alternative"; boundary="---
=_NextPart_000_0B40_01C70BB5.BE76A0A0"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.3790.2663
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.3790.2757
X-Antivirus: avast! (VPS 0649-1, 11/18/2006), Outbound message
X-Antivirus-Status: Clean


This is a multi-part message in MIME format.


------=_NextPart_000_0B40_01C70BB5.BE76A0A0
Content-Type: multipart/alternative; boundary="----=_NextPart_001_0B40_01C70BB5.BE76A0A0"

------=_NextPart_001_0B40_01C70BB5.BE76A0A0
Content-Type: text/plain; charset="windows-1255"
Content-Transfer-Encoding: 8bit

Other gadgets that link puters with TVs already exist but have failed to gain much consumer traction

------=_NextPart_001_0B40_01C70BB5.BE76A0A0
Content-Type: text/html; charset="windows-1255"
Content-Transfer-Encoding: 8bit

<!DOCTYPE html PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">
<html>
<head>
<meta content="text/html;charset=ISO-8859-1" http-equiv="Content-Type">
<title>Denise Adams Irene Baker Lori Gonzalez</title>
</head>
<body>

<img alt="Marilyn Nelson"src="cid:zvtEdlnvUKlKGpjEMMMldYvGlvrCdhrONE" border="0">
<br><br>
<img alt="Kathryn Carter"src="cid:zvtEdlnvUKlKGpjEMMMldYvGlvrCdhrTHREE" border="0">
<br><br>
<img alt="Sara Mitchell"src="cid:zvtEdlnvUKlKGpjEMMMldYvGlvrCdhrFOUR" border="0">
<br><br>
<img alt="Jacqueline Perez" src="cid:zvtEdlnvUKlKGpjEMMMldYvGlvrCdhrFIVE" border="0">
<br><br>
<img alt="Bonnie Roberts"src="cid:zvtEdlnvUKlKGpjEMMMldYvGlvrCdhrSIX" border="0">
<br><br>
<img alt="Ruby Turner"src="cid:zvtEdlnvUKlKGpjEMMMldYvGlvrCdhrSEVEN" border="0">
<br><br>
<img alt="Tina Phillips"src="cid:zvtEdlnvUKlKGpjEMMMldYvGlvrCdhrEIGHT" border="0">


<p> </p>
<p>
<font size="1">
this year so users of its set-top boxes can download videos from the Internet and watch them from their television sets
The new feature one of several announcements TiVo made Tuesday es as homemade clips and Hollywood movies are all being
more popular on the Web and an increasing number of tech giants are tackling the barriers to deliver video from a puter to the forts of a living room
Broadband video is growing rapidly on the Web but the television will continue to be the key way viewers want to watch video
said TiVos chief executive Tom Rogers Our overall goal is to provide as many types of content in as many formats to be displayable on the television through TiVo
TiVos new broadband offering however will work only with downloaded videos that are not copy-protected such as most user-generat
ed clips and many video podcasts Feature films and videos purchased from online stores like Movielink or Apple puter Incs iTunes will not be supported though pany officials said they are seeking to offer such protected content in the future
The service feature will be implemented by the end of this year through an upgrade to the TiVo Desktop software

which some subs

cribers already use to view photos from the Web and listen to Internet radio TiVo said it will take downloaded videos that have been

placed into a puters TiVo folder and automatically convert them into an MPEG-2 video format so the videos can be viewed on TVs and

searchable via TiVo boxes The video formats that will be supported are Time Windows Media Video and MPEG-4 The software will cost 2495 for new users and will be a free upgrade for existing users

TiVo also will introduce another new feature that lets subscribers share their homemade movies with friends or family by setting up a

personal channel to send their videos to the TiVo boxes of those who have agreed to be on that private network Instead of using the Web only or sending copies on DVD TiVo users will be able to essentially distribute their own videos directly to others

 TiVo boxes through the panys partnership with online video-sharing provider One True Media

It does not have to be limited to family circles The videophiles of a school sports team or a local soccer league for instance would also

be able to broadcast their work via TiVo said Jim Denney TiVos vice president of product marketing

The way it will work From One True Medias Web site a TiVo user would invite other TiVo owners via a one-time e-mail to subscribe to

their private video channel The videos would then show up under a new Homemade Movies category in the TiVoCast section in which TiVo

 distributes media from other Web-content partners such as the National Basketball Association and The New York Times

In other deals announced Tuesday most notably one with CBS Interactive TiVo is expanding its offerings of broadband programming

 through TiVoCast The unit of CBS Corp also recently reached a wide-ranging deal with the online video sharing service YouTube -- now owned by Google Inc-- to distribute selected video clips from CBSs network CBS said its offerings on TiVoCast will include original programming from CBS CBSNews and CBS SportsLine

TiVo introduced the TiVoCast feature earlier this year to Series 2 set-top box owners and will soon add it to its latest Series 3 boxes

It was among TiVos first moves to try to marry the television to programming found on the Internet

</font>

</p>

</body>

</html>


------=_NextPart_001_0B40_01C70BB5.BE76A0A0--

------=_NextPart_000_0B40_01C70BB5.BE76A0A0
Content-Type: image/gif; name="Dqz.gif"
Content-Transfer-Encoding: base64
Content-ID: <zvtEdnvUKlKGpjEMMMldYvGlvrCdhrONE>

R0lGODdhSQEOAMYAAPzz8/8TEyAgIAr4XjENcIxX2dKeZpB61mVu2dQPAhBks3UCoB/oMrcE28yU
bvnDN7ZXUwoqwc24yCa+5ZpFT7zdDVc/E/xn5or5y5qQf0THY/i01+LZ85a2m+qendvBo1t5glpi
kfB6ooNvUOp4Lw8IV8Kd970nMC59ICMwhdHpLOi67RWAfgi3nFIe00KF9yomcV5bzoosxjjwurBd
n1EeUwuEpzFcOoCTW6PVDsgoNW0L5ckVOBNq8/FheLV4TqqCJ02b5wmI51zVCc1pyT/HKYag7qeH
bm7rJ1US36A2hN3gAfsEd6Hj9nPPRGr4m7tEHuSmUpxeruIP0qW4m/A0exruffWuiVM8AfFL9e6W
MrDtKkFXMHgcs2TY6jIEn0Edf/Cz7moAbp8d2EwFfc7Q2uouFAD/ABD+DrT/AEr/AAf/AN/+IPr/
AIL/AHz/ACP+EPv/AIL/AHz/ABj+AAD/AAD/MQD/AAD+9AD/sQD/SgD/B/3+E/n/AIL/AHz/ACwA
AAAASQEOAAAH/oABAQCEhIKFhYKKHiIqNh46NhpCLkpQAk5aVkYYmDiJeKnpabnJOSoZZ2fjKOnnqmf
kK2gp46ttbYYArm5t7uIvZ66wbbChcS3vsG6wwLIu5mipZ2q0mJ3U0pTWs7SmpNuulbGY3Afc39Gz
qtXnmuGwx7zJzLXKxfLA8fbN9snv+vytv3D1eobqFSl07VjZwkawoEJw5hiikviO4MNFsgyGU8Wp

YsaOB/vd2xewXr6ShALS02cSJTyS+eqZBEnz4zeICGluLHTAoU2OQBmGCpqplkWgrj4W1Zhxabqj
OkWuFLjsl0uVKP/9k4p1nrypUIsqXWrTqcaFZo8KvfXILNJy/uUw/jSqjlCNmwmhwuUa8yVJr/cA
Etvab2qvI8gEBgzr8KzjkFGfkk3rs+5JVnN3Rl37ym3nysfkPrz8zuUyqqgDzxzZi3DproIVa/M2
OR3dyu6uJURrO6nb3KFx54a2qp3wVXILihOZmPmu1n1Ty2b9dTrf1dRjZsMLd25ZSF2M42Z7Lnlw
y8FnjxJbfPQ1io6BM08Z/TTVq/i8KntuWn88/dbhxRlkpH3H3HeNdTMWTnRFptleA/bGm3uSLUha
YfUBdl90+fnHDH8ZCvYfgNlxthuDBHIHIXHKtQghUpltBho3ej24V4VNTeQZifTZ51qPGH64X38i
coUdYzOmr4iiU2MpR5mLAur4VoNTrlUjhUyyGNchK8wX4FQy0YffdcKAeYyZGoq5ooQI3kYhZA1B
qVmOUipZZZKCGHBWjNxlOaeTCb72lWWoUnkTGUe2oyRJ0RJY6NKSLFie8I5w2KU761zpV3XqTj
pVQ+pUEk7KF3oaDGqKZmbEFOZ+arikon25XtYfrYdp25OWGo3bgXY40Dgsprpe3JEqeXYvaHFYch
IgpdX7A2C+RMgQAAOw

------=_NextPart_000_0B40_01C70BB5.BE76A0A0
Content-Type: image/gif; name="Ficc.gif"
Content-Transfer-Encoding: base64
Content-ID: <zvtEdInvUKlKGpjEMMMldYvGlvrCdhrTWO>

R0lGODdhRwEvAMYAABISEv7+/oODgyPUgLm0Uyx3b7UPfH/ztAzJwUJinixZkMEol2n3BSFeb/kv
n9W8KnW9Lut62+z6G/uumaSmE1yKc+gUfVWQPFQhFBaHaehj7X9JnXq3z+evUVnDgG0cuYRVP05
9KNMrUCijclVmyjZtq+57ERk8dzegJWL54g3kHSWWxz156Gv4rZQQpxv603NTMII6FAwvOYE4PiF
R6S3cMCD702paw8VMEv5aBsAfyZdXkgn3fBfRjExnamkOoobCyhd9z9gmQnBNugthWz2MHW5ju1D
6HsAErDU97mFPY40rKL6LxeMGFCTwqEQUYnJJdhsUmM1XtAeQWBpkpGTSnzj7RIwNS8PXPilUXxr
S/ymjL5KL63ezZy1v+Eg6epCeyzc+oSVouvYtunrIBHoSoCxdQD/ABD+DrT/AErAAf/AN/+IPr/
AIL/AHz/ACP+EPv/AIL/AHz/ABj+AAD/AAD/MQD/AAD+9AD/sQD/SgD/B/3+E/n/AIL/AHz/ACwA
AAAARwEvAAAH/oABgoOEhYaHiIICAAKJjo+QkZKTlJJWl5iPAJsAmZGbnqGGGvUi5yMoogCjaeYqauZ
pIyLro6wnJ+qoqCzhKS7voOtgp2/wb/Gu4uqvce8wwG6jqan0L/UzKLBssKMtgGwuKXS3pzFh+HO
tYrQm7iGpO3j5j5Oryz6rrpZrO49vdz9zsg8JF0rYvHkCD8r4drAXPGsN4jWyd07jtmquHAcV5Cwiu
kTaCGs0Nk9ZuZDNi5Z5xVKQMFziWwOAVCikyo7qaj0B2Sqauo8idQJVppMZznD2hFUER9GdR1Bhv
PoW5K/VSqsqYmrDW0pUqWcpIKdPNIxqQH75ENMeuQ6pWHyqq/mbP1sNps27FjOeEsQWlVJ+1pqxK
lj0J0+pVfV9napUJ9R/jQon1GoJWNS0iokFvSi5YdOnbyW4JpbVGrbTf0Ju18QUq+jHgUVGvAhtW
VDZtZ5YHQ908s9NfsO1AHtV8+LZryOJWzltZkOtv5FOF4jZ+d7bQkohJ6pK23Tfr1xfzIpzOzpRE
5+Vd23o3fqVn0HC34jX9T+1xhODY9SL3zV+s520lw59oCYmHX1vaDWjQVlTdA96DEEYo4YQUVmjh
hYN0gOGGHHbooScLfFhCCWOjhKKGx4OKJKKKao4oostuijzDGKOOMNE4iRo045qjjjjz2W408D26
anKfgI/V/mahkigyeaI85JwTkUDbeASgImhJkiQqR9JSSWS75YQaMV1mUuQlYFZy5jS82MMLIoXZ
hhI2qHDpSZlY2blhmh/y6WExuOlGm2hYFRlOfm4pJF2C/cQZT5W00OOfQ/B8c1+j8olEZdyTUog
QAoliJ2kiibSVTcfiSMWRLPBFVerFK1KG6LBMdfTQFkSypspSyXZkK5oWRlnOclTi1mWiI91Xlakk
uTIYcjeZ1+ZMwho2ZGeDxhnotNZxSILul2urWl9hjiXTmO7kOquZLum0EHGTgemnVRNwaVm408Dr6
05X37hRcRNOOa29K2xaTZq8e5Tlpp8f8+K96qC1snWlpG/imG62XlGtur5PZW+e8rpWD2LH53LtV
u++WRSzAix1Wr7XrRtqauyZXrHC5yeYTnV32ZlsQyqZaObFuqrZ72285ss+VmVk44kK123H3B7MFrrPD
yaba0iyPLIgXMFt7HLYwgc3bvYDeSq1mThM36Xnavaqpo6gqCFA/sMy3Kb/+THkbPVKayx2y8em3
KXzLgPXPUI0GXst9qZ7Ftbsj/URallZLmxV7cfMuF0Yp+oomnIVFM8/kjM+DYeZASrglbhe+hfovr
HHaKjeywl0h77bjnrvvuvPfu++/ABy/88MQXX0hpFH+ooniiVFHwmpm/PP42h0KeyZC39neBPYY/AWnR4exUi7
onqF/rm1jnl1s81YvQRNac+MTOpT8j2F4aM7+/BUrv1pd5qTGrl6CfIjIN39idTgzNGfy0muPLxy
1VsOZ4++cCeA5bsfkbhhulBaW4DRE557DMewTEQVslp1IImMrhzcCpPPbdMXQQyWwZcNhXvdat2b
xoaTtKVKKb2ZHl7ushb/MSWC0LEe+d7znh5GYYzom94pXRtKdJAKxYtADVUhcR8ZHmVop/OObDxG
M4XJ70DRmFoKQxgXEYKmW0aUnEtQ00YtVZceJMfxibVJ1FlnYkYlxlN1S1Fgdy1wNjkgrRwpuFsZk
uCU07FuW4Qg5GTHuJT/k+wQ6zGOs6syRjW9kFiCrv1Sk1ontjs2ZZZ2CpS+EQ+/nAuzLlhl3OIxxV+
SyTB+c+vLPYRRSZRh6mp5A95Ejfp5AOPu/wbMNX2xFNe8paMkqTE9nYTUPqnInQM4q2iqMu4rLFy
kvKUueyGnSDCzY3owSFaJjfOyCUQgZSjoH0uBUHbCWADAKKgQ7VwdNsCpf3f3YxSD3sSEXCIZqA8j
Jz6yiSF85kiGrzPfF33xPkk0lHWjk9H4Vikjg+7ioWJiHoQgNgoFsqh+FtmomQiKiEAAADs=

------=_NextPart_000_0B40_01C70BB5.BE76A0A0
Content-Type: image/gif; name="Bqfz.gif"

Content-Transfer-Encoding: base64
Content-ID: <zvtEdnvUKlKGpjEMMMldYvGlvrCdhrTHREE>

R0lGODdhcgFAAMYAAP38/DIyMv8pKRT4xW/mKfpeO4NmDr3eYeDrCOtwO6tUIWAmXZpqPndnIMAp
giCD/H/CzVKPABTPBBNYvSf6D379UlCEELQb1trmqpA5tCI5vhvU44cmh0O9uRWlDhGrBN8T27D7
NeGeqiEWmBMFfUsW0cLQ58cveMDxvvzm3Rn+6s3XupIl0fKfjunYmvmG4uHLGYMvIIOVin9JbGC
2HjBzlWtDXZLiyNFqdZOS04GsQHDmOnKn5qpXjl4rHVjU+k0kVj9t/qOOuw+vkKz8E2NjbBC4dTt
t4V1CVFEwfsu+VGqOHCqOfNCUQq1z2sI7GNl4oXkpylLd3+UOv2DLzWjduTl4v0PgA1cYhvHnwxH
K19Ew7AF1tVGZh+tO5ARlXe9ZX7XZHEYyiuB1kJ9SS0AfBSYUwD/ABD+DrT/AEr/AAf/AN/+IPr/
AIL/AHz/ACP+EPv/AIL/AHz/ABj+AADAAD/MQD/AAD+9AD/sQD/SgD/B/3+E/n/AIL/AHz/ACwA
AAAAcgFAAAAH/oAAgoOEhYaHiImKi4yNjo+QkZKTlJWHApiZAgCagpqbn5memISdlqeoqaqrrK2u
r7CuoaSmn5yzoKKjpLG9vr/AwcKopsO8urebycrIvKPLu8zKw9SQAajXhwHZ1YyhvbPe05WYMlsbT
zs/QyYPptLq41443cv9uP9JT4k/rdkMfpsNDJMwRwUkFfzg5GyyWw3TtRxRT2I2TPET9E2zIKyqhx
I8dBGkNypNfR40eQIxNVXDnyojp1EW0tbNWrmcB4Mtc5LCQT4sNii8ZJ/Jnwm813O+dVpHhSZdOU
JktihBrVI0iKivBJBeBSazZuYF1uvGp1bCKJL/8RHEhwZ9Gk/qWO3YI7F67auUjRvqx7SVqznOHe
3ivEchFYsma5iiWsDavipYlRNuXaGCNjs5AXH45MGZFCwHaBesYZcy1PoXHj9pSGN5e41KNn7nXI
kK/ey0whT+3YMuxg3JwzG/KN2HFlxF9JGkYOHTfdtBhsg5q+rlz2J6w84Wd13VQoe6m6zzoMylb
lU7vXdON8rfxsUuVK57/+D1Z3VqZl0VPvz9JfG/dxUlSfnlTnW3TASTYXoKp1R1Np32zml9/wROP
Nbixl2Fy2nCYlYe+UVVVVCJN9hRUJSa31XAoPvbfWhX5kNCMyMBYo1HRLHTTP4D1iEtOZ8lj1IQ6
0sajgB+i/jjZbpmZuGKHTWo4kUX78DflledceRuWXHYj5XIddkmQucFs+WYaL6ypEVPpunmm3DG
KeecdNZp55l45qnnnnz2SWcTfgYq6KCEFmrooYgmquijE7VKCttrvLlo71EauhiYVLKYj1yTroP
S5h+yoindIaqqVKcGuqCYfK5QuqgLbXHm1SxkujpSaCaVJ9TSpYkYq1U9UbiqLiqKNmslto6rGS5
0bomU/OFReqvKfVmblPSTnvtiftFEl9um0LbWXyaOdbqrsTapw9x0QKHX3GOdibvuO3Nay9hHjZn
70r13truvKbKS25i7xq3GWfh0qvfvVQaHK9+L1qJ2XsB/u8Lblluy1oqwiJYRPEgOX5mr8XECc5xf
ZM/ia4+KKSsL8Gbrqgxqy/eFbC687nmcKcTidnwfxRjah5zNVolldLk6T/zzYA4kXfDCPcfLr3tT
77dezI6+Cu3BSjOMKsoP6zxwVv1efe6ow4U7a78SE4x0ybuyG3Bh9G1lssD16lp2tx/qPTbfwe1t
zbcQB+zFscj62mvcHEP530cjO05usb1CXvnkt66M+czZZq54tYtbbneTVtPsYuKKY9s5tl8fqzqc
Wp+qQjayVxN7qbV7WbHPuQOzO+zJ9i5p8Lz+LrwkjR+v/PLMN+889BHL/30l0Fcv/fXYZZ69987dn
3/2c/t97K/Ok4XtLuDC3l98K1sEICybvarLsi/Fs3g23vvHjPD/9afKfj9D125//+1jc/ibHHf+px
2YiSVJ9gJa9Zr2PV5jDlLNONKHKWCZn7VuRA0qFLPUS7XOJsxTnWKBZsPtPYA004MhWS7Ggu8g+7
Whc3VpUOccCRDmAHLoq118eNuGpJblWx2PuLIR3PjghnFYteVqPFwboL7Gt0ODSzcSuBeSOfuGbY
Nq+lTWQDxAo3vkDFs62uZIWiDNHEhriVKe1F7uvPPOB3QACa0D8o41rgrCSSsKUri12JGBfh58Xm
5IuChAQbGPNYSBSuZ49ql0MBgGRnIoHOxb8WBoduW/nbDumFyU5YDJA7x1TPybeuThMxXCg+JthzC
y4ifHN0cn/jKiN0siWjc2SwvSUuA9U2GuZSjk3pYN2pFaoOaM+XkYsikz4WKcitkpgJVKEInvmpt
y4ql6KIVx9OxjIK/cpzflJkiaBIPeQjcnu+8ok5Bqa+d7eMlPPFkwXnq7pz2zKc+98nPfvrznwANAN
qEAHCgss5JME6NxNJd4JC3wKkKDK02I+phKS/gQG+l0ERl05S0nCiHiVoRhm6UfBdDD8n8StYw
aRZH0yGzgp6DqTfZWVJG38SZqyezkL52YnIKC06N0k6MugdlAW9Y0UVKS4jellTAb4vSPUcRgSLt1
XMhBHrVQSZWbK8q1J5i8qdb3KpTv6rTRl6i1T1ktW1WhKjg+ps6pSCwmKoF6NbV29ayIOqk5y3k0
Y4ITdfWz4l6JBdhsjhKviCVURxPLWHq6KQGNjSykt6ilZPQUCADs===

------=_NextPart_000_0B40_01C70BB5.BE76A0A0
Content-Type: image/gif; name="Eavfj.gif"
Content-Transfer-Encoding: base64
Content-ID: <zvtEdnvUKlKGpjEMMMldYvGlvrCdhrFOUR>

R0lGODdh8QAyAMYAAA0NDRShFP////8ICGh6aKrJqf92dpIeiW/cwOp0qr848TSaF6HqcnNOtF5f
uv1lO5FhqGljKtD4a613T+UI7Nt+Uke9xWllZSUPYdGAnC3LhD0cLWb1pZEBwEiX9d4FtHqjESxY
hyo9x0NhzPSxTo2FKB/Yxe7sbq2Y4AQLR/i+uJsOg95BroPBiHSjCQMb7YW7+5nCtlMu0f4RnWCK
DVbO8ajiGsY5LOpO051283Ny0POGslk/Vx1Ny3tlSqLO4eC6PfZ3LqCZ1MuJC2LbKjRhLXkSKTs+
K7TZ2KdYhASYyzDcEqYwoWD7QjylmxMRSQFDTS8ZdpYQrstg1xF+9oJ1RX+BuqmW64oxTgoq5NYi
kutVKE2e+WD1hoGLkjrPClx3er5AnJRdgEz1LI7ER+4trArIdovkv00R//nZye4ytKQf/AN/+IPr/
AIL/AHz/ACP+EPv/AIL/AHz/ABj+AADAAD/MQD/AAD+9AD/sQD/SgD/B/3+E/n/AIL/AHz/ACwA

AAAA8QAyAAAH/oACgoOEhYaHiImKi4QGA48GjgKPAwaClJWTmJACjo+ElJaMo6Slpqeoqaqrrub
oZiXoZqvkZSDnpmtu7y9vr8CBAAEpQUAw6ueosqdt82izbifs826wNfY2YnCxwCpBMSmBeGpn40D
grmWjtCSg9PO1Nrz9L/ggsbf5KTjqgXWhth9YofrgjR0kCoJhFavoUNU9wpxE9St4sRg3JDh67ZP
QL9CxjoGBFiInUlruWY9+geL4cOXMLdlKzDIW02P3oQJAEBTWLh7+fDt+0g5KJ/Ls9ZStgOUyRZ
1WwljUm1ajCbHn/S7HePQM99OWneHEQUblDBNVJOzQQEkGr/nCteh1rkyuxuREpBhOrl6zIUszS
ZXorz10hc0/fxl1MT+POouDE2t179SexoMGOQDZklNGrtrdYinr1LhYtkoxT+xo2s9CxjcN8+mR9
jJyx2jUr8iTreFHKZaYJbyodT57q4/XmIl/OvHmqss6jS5eeEev069iza9/Ovbv37+DDix+/3QP5
8+jTq1/P/mGAACDfB+CbSD58svaL3VeUH798//QJMB8hGeUFE3QyVTSKgcfZd18BA0K4/HuCUOjR
gALuN6GGh1hoIYRieUgThxYGQ0hvLyG4jWTW/QJEPR7e9yGGiGAI4oUhcojIjYTQKKBkEWIoooDx
ifXXazvt/pYkOMf0lGQ3ghQYpW5GUrmIco/ddltduBXFkU3VSYTiLiUewiMjM+Y4SpkV6tgmPkI+
KJ+Eg1Co4mNR8uWTIV1SJtRGTvpVnKY9SnoiVVGeSKBY7YC4XsBXuhmhzbGuaaOblYJpJpw+phh
VohghSWDfeWm25+l3nIlmDVFCuogpFbXZD0FPKrho6RAih+nELloK6a7vomiHP2eF+LY/mJ0SEt
YrlZqn8h4myrZu4Ta7TaVArkpIYACyev/GFKoo88lighnW8uS1E4uwmj55EgKfksnjhNeaWr8s5L
UaI7RbunL7h+KmmNGnr7bbobdluwp+Xud+7CsHIUcWw8/m0561UKTikxN15BqTGyYvYpq6mt4eSx
yYb+64uDdTpIn7m/+pfpjp7SaOtnbL5KF9ntofdETNTFTQwQ/vsXNEpcvuLp0Y37TR6Vzwt9dRU
V2311VhnrfXWXHetXc+soOD12EexjE+tTBdrisG2ukr2qo1id2PAGRr8KdiK7Cws3g3phu0ocY+i
qiKknmgR4H+/2EuJOpNbaSlqCyw5TKL+Pc/g21he+XF6m+kjzG4XSSPjSs+DVT5anpwxxkh+bG1F
TsL+sXUFas6byVtq3FHtrruWb339FfW5w0x3iLav+yGtzeYU9WYdsqLybBm1rxK4qLqdJcL8koYY
iFlXz9IbHnp8OAvbsvnh4ng+wpRLTD2qebpGsscgVz/7rLRr7v6+q1obqW6tW0XjXka88anvTKSr
Sv3yVZZpRY9ZO9odvGBlO2a5ykDTUpYAkVck4QGJETcDVgKpssAAnQ56vIlUXjQSFJ30q3vhyF6o
QnXBoYjKG8ZwlRkuFq6tDLAQdmJY8dR3ML7V43D3M1wAk8U6x0hpYifcX4ECh8QmYgWAUCRHdcDy
O0rZZ1tmaxPT+PZFmRkQO/V7WwcJYR41MiKNbjxYHBmRkTPO8WqBAAA7

------=_NextPart_000_0B40_01C70BB5.BE76A0A0
Content-Type: image/gif; name="Xybn.gif"
Content-Transfer-Encoding: base64
Content-ID: <zvtEdInvUKlKGpjEMMMldYvGlvrCdhrFIVE>

R0lGODdhaAELAMYAABMTE/7+/oiIiOU8fESS9Ad3m0CaUdt9Gux3YGEVp9kCM48JiKU6iqT9KLOJ
LOUG16NKf/xgOsybX4WcC01CN5MTwZRu+9SD6RPIBLxDgflMqtUjbwUCfmlgm0YeplDnfvd8b4qH
QDmwBQs+rwIwC7cHd73vLxIiYaHrCTfDUkmaPejo1EnH38SE9iOpCxYyhrwGOzdzR6bSw8S1D19w
Y1Lvk0+LzGxHruwXwHbZIpzttWfT4seErHQOjIrdIKuvFjVQo7M5kT7UxQBs2FocMXmof6UYEI3f
rTJgCXNWyxzfZylKy2KrNuG++F0RIzpAdaMaT3tS6lWhVXtSvBK6leaCKpNDRKiO0UKr+ubIZnTK
3jFQOcAZVxWiGU2keAuOAfHn8PPFBu0DdaLVv64kW3udhGC7wD/ABD+DrT/AEr/AAf/AN//+IPr/
AIL/AHz/ACP+EPv/AIL/AHz/ABj+AAD/AAD/MQD/AAD+9AD/sQD/SgD/B/3+E/n/AIL/ACwA
AAAAaAELAAMYAoABgoOEhYaHiImKi4yNjo+QkZKTlJWl5i5ZiwIAmACfAAKclJwCmpehi6CpqZOt
ipydlCWDsaawn7eCo4mfgqCnm7rBjAaSooS5yb64wwAGir7GvaayD1aTDj8iMstzZhbrI28ffiN2Y
44e80eeHzOXEkOnx7o7z1KqmzKC0v6a8/u6tuiVN18Bd0NoRKvjsYMN3q2RJO3cvmaGJ1pw9fKdv
miGKoP7lssWwFryLwxQWCvVvV8hEWUIpK7nxlrJaLycSdKYz48yX5XlZlzcYwnzuDIheK+gah0zqT
zwhKrWjNH0lwV3+BSwo10bdS1FrW0koWmcqVC8dG3U3VbVZG/tnOVnXaVm7Dlt22yVq0qpbtdtEg
rbOpr2s9lFs/qtLoN2xDpUXJRix80eNHjfMc4lsI9K06xGsjOv3KTBVOh3t/aabKWbGi0f/CnUw3
WXXpv9QwxwVqsK3Pm4cTK3UNKIYypI9NRt6sUCW0k8c9+B+6tz7xrmZBc7ZMvOJSm4hYu3RldRyZ
2X17yT4qXSpbyddfqyP6zS4vgI7Lq2x1jTn98VHhJJw9w2CDg12l1VOdaNdUwM99h0yVmEoFnQbdbY
MtaUI95mG6KV3ILFRefgOCS69+CBYD2TIH/6VGgVX8JJGF4q+L1C41k5+eIMajyxBNx2twEVUiu2
2DYNd0CqV5aQSDeV5ONy+TY2ZEvlVZdZwL2Y1tZnV2m0UEYbeRLmLbZlMuTue0FnGaVQSTURAYK
deVNtdGUHz145qnnnz26eefkwgI6KCEFmroofSAgSgp1i0SCAA7==

------=_NextPart_000_0B40_01C70BB5.BE76A0A0
Content-Type: image/gif; name="Ablk.gif"
Content-Transfer-Encoding: base64
Content-ID: <zvtEdInvUKlKGpjEMMMldYvGlvrCdhrSIX>

R0lGODdhRwEuAMYAAP///xkZGZycnOsOusqCDACiIyTUM2S3q3GEh7s++Y/8fgsxtg42EnnLrMPt
DyfKqOzve3+fge6gie5bYlntnaW06rqPyBol5IwgnRgnWolCmGq00OaVNXSMQquRLx1PazsxWt7V
d4rles+vV6k0cqkoN2iZkcGzAnFDkJhR9CZlzIEpAyr7TwlP2bhV2Gpm5T5GyN0RfUK/w45cm7dg
yohUvGnKaWhFFphlPRfh0XBjq2WruOHF2RF8+im42rxksAVzNAy5VzaizpK13ku5qNO50MOHfNvM
Wo11LHlTM6kkno45u77AKi21QxpHKwMIvwmvz8Ci/lXqtR9K5KYy/RsrVnm79iUBGijLRaAbBHbu
nkZbqEKgHrmM1TmDGFotU+UOQwS3job09sEO+DnY4N4BrbFBNAD/ABD+DrT/AEr/AAf/AN/+IPr/
AIL/AHz/ACP+EPv/AIL/AHz/ABj+AAD/AAD/MQD/AAD+9AD/sQD/SgD/B/3+E/n/AIL/AHz/ACwA
AAAARwEuAAAH/oAAgoOEhYaHiImKi4oBAYyQkQCOkpWWAAKOj4SaApWZnpeHjqGil6SmhZmajayD
qwGlsJSpiLG1lZuRmZICpYO6hry4tr+Cw4W3n8a1ysTCwYLOzcyJtISgqtHP3Lmf24m+huDdlsic
1Yri3NPl59Lp3/Hj29nYurCrofmcpKidrzShkiZQHS19k2AFdDVJYI1tkDoEpPMaQIkBEqyx6Qqht
1DxgnUoVDDfw30SCJSO2EhgqVkWWixzG0neyITRj53jd2iSy5b5p07INW4eJnLR7BOEJl2V0KT2l
AZP5bIT0FbN3UBv9bMlJ3a9NtJQFWzfsYUeIUMd+tEexZbBr/gFxqk04yWJJdHijHm2oEqOvmVyP
/RxZtBczfL/ezVrkCxRRTFfBmU2GbWPieOJmgv2JaTZtdulJZXJOKjYt/Xa5fS0s7DgvVnp6q0r
G9JfjoihIsMa7rDVqh69ugwaOXjMypCFRW7s91TW5z6XHcabdy7TbfjfPvm49VOzWvBSBtZVE6Vru
7vh4NnUO9vds17VtPYKbXDv45eOp88ZuT7R6QUMo99gh3en2X3XG3JJRSNnZRYk+/szXyWkAzfLg
hAfBpBV7jyCUj3kVWeMKKwjJtFFf+CFDGl8VriiiP27RR2B7fP2VIUAhhUhPWKRMNM48JmrUY5Ay
rWfKZOUk/qnkkkw26eSTULpjZJRUVmnllVhmqSQ/Wnbp5Zdghinmm5FBWQeaZZ3aA5ppstunmm3DG
KeecSWpB55145qnnkqqwOefgAb6zGJncomgoJewNSiSiDbJ6JdTwudeKiZauE0BYCo6aDztRBod
cHJqOuZ+0DiFS4ZTFNdeoX94sSeqaQRY1kKWDuUKoQGOaWN/GtroDIrytdXfehZ2BlalEfp3kaGy
Dgfho76KlKuFTOmoDVyxvqnosCB16O113JI026ugijcUUzH9kJRQjNqjqYKa/SXriQlG40w2tsI7
D7tSUabdllp5Kqai957Wb3hFYvbVewaZSluRMXkG7FPh/jV7IXPxMgseCBWHJ/D9iY4ykWfMgwn
wUxddl9SuyzsccmTbpZLNPgyKiO3jsXLFowvl9YxfO2KdLB4JH0k6dEnW8eyTf1wNiuSu6Fr24FE
qfcEeTQbXLSw6n2bs430shtyXHx5HDTREvXLb2wYZe2xqGDGSqlCz1Nctu5uvhi16zdmOvILY4I
tYYYshQhKMtiqKvfvCh09z07XdgXlz9GrCGL2K2quZtwm0Kuno9uLrqWnYuy65+fj656lbeK0vrq
sMcu++y012777bjnrvvuPfu++/ABy+8ngt2yRHFc5ZOZepQMp9LOqGX02mpcUMvcJh/D3+q0V2m
hj33/nJmb2VNeuNtt7KJX/QPvJd/aDGIneZ7OeAWoVRt+uLvWB7EukKekvovGU56DicfwlROIQhE
kfKi9I6w7EsX8NLL2ji2j54AQAMQonM7H0oY26kSQKpP6WGpOFLGK7U+E3xlW30C1lH27VrRUrlE3N
csYyuCyweWOrTzEcRhsVSYEDVSPagDj4w9e4B4LH0clXRPavB/ZIKTs5kcSeaCAWGuxn+CmMpb7l
j87IBXxNamAFN6QKlwaKIR2l6GyDYiPmYdSBSOvFbmvTaWsUSsyWO4BFMSDUqKWljcoRYfQi2r
FA9pWBKjEdumsdwArYh02Rna/JM2lHXFbB2cUQyJcqiUCdrsO1FMCHqW5p2X5cRgNVsPJRfUQmel
qmeQckjfBOjEa1CucEP7kK9qZDH/1YohU5TQJ2XoIn44Ln/GmuWzPrQ/ACaLVjUqiPtetMtC2gQ9
d7vh7NioPTo5r5vSAyefTifOJDHrS0YoJyNeV7tAAAA7══

------=_NextPart_000_0B40_01C70BB5.BE76A0A0
Content-Type: image/gif; name="Lbfnvgif"
Content-Transfer-Encoding: base64
Content-ID: <zvtEdnvUKlKGpjEMMMldYvGlvrCdhrSEVEN>

R0lGODdhWQFgAMYAAwMDP///2xsbP8WFsi3t4SsNOQupUIPYkxKNQDLJm/VbYG+xCbQA9E8Fv06
dUh62Ivus0OVqjOdTa8Op9PONwavHuJOFRKfzbQdYjjB+bT6KayO1Hkerd/u7c66PI7CJ0yYp7/28
Q/HXIL611uftAcyY7QP5jj0KQQPYgF+h/u0xN5SWLut1FQ1EVT5750c1BXM/4QTGNAVZ09yZxriJ
FRaWKQWa/NhAC7JVCS+DlI1PSHy3t50q5eMiip2txIGhqubo5di4UUKZ3p3rRlDnsgDkJBYhH3cL
r1hHBmFoFoMLN9dUsMu+73rHLcBR4sYp7uVjAlegkq8qfGObjXGRs/vzeH7xuJI9YNeTwki3DFUd
6Ge5sgClZtl0EVSDSOB/X3teE6RNCTOonMyANNW8ssSh79baPP7a4o5Q/II/AEr/AAf/AN/+IPr/
AIL/AHz/ACP+EPv/AIL/AHz/ABj+AAD/AAD/MQD/AAD+9AD/sQD/SgD/B/3+E/n/AIL/AHz/ACwA
AAAAWQFgAAAH/oAAgoOEhYaCAwoOHi4yNi4mFBIkDBI6Gk4SQlpucnf26oKGiio6SlppgGYiImVjpqqn
na6EkqyesbGvuJYCALy5vr/AwaCSlAHEtMK/s6C3yc4EAoK7ztTV1PEipOV2cWqk4qD2bTb247j
4uaoyI3gmuiZ7umr4cbq4N2V8/j4AH+hQcBcG0iwIICp33kes+Vx+Xd1dvlb16xxi2K0ZMVvkKFmz5lErRs
kCuN3hw6rGiPW8iGEEVqQ2kImsGXMJ9RKmcS36VwHUtyvMgop0+eOs/Vk4hxnkNEtCQFDQrpHUJv
OT0qihoAQLSYWLO+msW1mNOFX4tSXfQZKdCxLYfGGksg29Ki/kFnQQW6c6Hcocauat3L91PZZZREL
faToCu2hkWvP0j34zSKywapYLUOslhZKyXTV9d3MmVM3hqv63bKcqtvRiaWftlXdyDQ9hPrckbP5
bbRtc66RkSTEa2Hn3w5+f2omvHgow8aTs0huiTjz5xOhS58uGCD16I1Y9/9Ovbv37+DDix9Pvrz5

8+jTq1/Pvr379/Djy5fea/6iXb6p87JatTd2l1oJoBdHAw4iUCgH9lQgcwlaAiAhAuRHQIPUTMhJ
hJEM+CB1G27WoSAUdhJihvp18iGG06EojkDTCCjNfgsasot/xvS2H0f7AZDfizlCCCOP++04oYA3
ApngjBPy/jKjVbtcleSAS/oXJX8g/oijkiMOMiUtPZ6To5NWBjBjlTFqGaSRVN6Xo47SLMlbfSuG
2RKTRVYJZ38NTnllmAL1hqGKH0aC45sD5unINGJe5aI0kpU5p14HFkqomVVF02CHgYY1JSsJ3nnI
hw1mqaWiCy5aFW/nDGqgiaVGWiCFi5r6aZoHhhpQIYiaqqKB0AiI4ZqeGrImb7oB62iiBIKIa7Kb
bBjhlGwqC2ElbF5aYKbCrhnNrqIyK86mrXVZY5gA/nrIsKt6VmQt8oiLlmbOosMrE7qZW6llka6
o7CQEivLsTLWK62W3p6zqaztakkttf+SKOzDMs5rsMOM/l54VbQb1uoIraiqG3HBp953rLzydjyq
t/fi1x+O+/orZqjspKmLwMhWXOOL4fZb6SKwLhwyyBa+zOvLlSA8MKI9RaqxqoxE62LQQ/57b0Cs
IF1V0dGSpbTNHVLo9Mgc/xx0uifndXLUQqf9spxzYskiukbuOCORVC4JZZ3wurln3cMiaWOfa9Ki
N5CCf7nnmI0Mjme3dsJpt8zBtm2V42ceWiSST65tJdx54y3ulNsqOffh9pldOjBTexfo6coAzPow
rv8X++vYsE07KFGSl6TMt/fu++/ABy/88MQXb/zxyCev/PJaVc7j7Myr2XIuKkdfyrtD4wq9fEZ7
YnTq/p9C/31+3e/FuzPnv8KksAuVb732H3tscfzvY2Mp+wF7Ga2S49LYCNxL4pThLFc5uxmIP5nT
Gu+itC9gjapOu7NX4P4HwMEl0EzOUxP/NAen3WVNgwXK3cbcRrrnxYlcMEofhKSBP/gdSmI/E9PG
wCQOptXng+filGQURjb3fYtqIGrZ91yVP5AlrlVtapjLcOhCMVWNiDGMnazGxjinHWhsznpVNKho
INdd8VXtc51LrOISD24wfDwTl0REQ5No2etizQqh7Yo4LWZ5UC+rO8T4CtYhA5vWTUro7FmFpA5
/jBd3ILQqxCJR4DpyWWK3ISAhrRF6GVKZ1ez2SYQ/ngkSfnwkOdy5LqYhbFGdmKPpjNiF/+4wkBW
EndlmpCQJOVEk9WMbFBMJc/qmL1IWoI/1VNhKFmWSbWtMVwni5XMiCQ/pn0yVopiF9TSFDSr6ZFU
XNOQhjp5RB66EkTbu+UtmbjEK3KzbLjE5bHOBCMz1opz1xwYB1uWI8mkEHA6Gp0CzwijJvHGixO8
4yY3iDn+PU6CkcsW33SUOWBxY4CJs9Lc9MlACnbJjb/E0gkhNazd4emhoqsf2RbxApFuhnH2M+kn
TdqXlYrCpcODKEs7g71FGHKmOM2pTnfK05769KdApxqlceoh5HmKRIKO3Ahx6jjsepWptVODmh
/tTXMVWoMYEqViOhrY3q4nMozKAeNzflxSH0TBE8oOL8JsyKsjV0k6PR3DYYwcL9KK0YTBPo7CRH
GrnNkc5z24jE8KYznutGPaorX5XkUcUFw1xYBBsikwJHglF1i2TMLFerhlktvglr4Fzb7HIlJYFk
rnoNbYsVqdWpQpVJr+SEnKLYhDakEvOAoG0WOSlVo4ct+8YkMNe3+phoKcyXSolQClnC7giMyvK5
bMLoihYkW5zJ8kVgu2jWMgspMBXKWNdN4irzClvfUDNPwuWUGD/INwIadpiIUu5sY/a26Z3CuDB0
UHTtIr7h9ha60PAvdoc53mmE159am+2LuBQh/r2CaV4hCi+BiRbaBU/YagYWcLjmpeDmalhNO1vZ
WOeENmo8jZPojGcQe8uvCykNs6qNMd9mezEO/xNnO9PnrLCmtOguN3T2RAaC/QnbG+MYwSwucXVf
BuMKb9jI1gwIjX+JtCG3V6H2PQVe+wfYNkK0oh6O65fcFkH+DRJaeKJbj0s8VjrVI7E1CmDjaCRQ
IP3JgaKtkwGhBdz9+em9he1RP/HG1b9abpt3xfOVtiqiqUZZwlrBgvAgzWgPZ9lHJK60KKpa6Xri
DqyE1nS4birqUoMiBaZOtapXzepWW6MFro61rFmHJOpotWmcjqjPMHm4qJ01n7ZrSeEjTpi/o/Y
1yKyi20zemlg67fZUk1OlC/rmWVv2tjO1mB9hnTGAJPxeQZVtIz+hsd2gpuT75Xz86btI4KKe9zo
4lNZFXvAbH8ax7XtLI7HZamHSrG0LKYwv4sZ4gqrTGWh9pG/x6vfGJ23wQ0OOFHZbe8wfzvgvbAa
lXrda+l1Ub44cni5MU2rbmUNadaO84QBLEuQ77vi6qp1eDMeqgdz9d8MTiilnYzhPnE0aYVjuklE
vqIYt1xUFId5i5PsZ5ULfOdlc1StWzTj20oZysB8Z7dUpmToRZ3hLM9n1ZUOiq6WmX/eRpFDNyo3
HcG5f8mdlJoJh0O6td3dMt3nsxx6zzHV/vnlZB/qrwNP+GMX/vCSrCniF8/4xjv+8ZCPvOQnT/lW
59ret862Oys74ZcStz1jG4VTYVpqC7lkUYPfaeaT+nmsmn5bF9Oxjo2kv77uOluYRXfVEZckjwaA
AdqGa+aepGO8np3HPzIzzeNqz247cHSkdv2raiXkb9SUQUAk+C6TGFnxxhDQ4l741N+p72AKJAF4
SptTr3xwr3kW005XdddSjLC8wwtX0a+ZvjpmKphtMuhExxR9Fdl4CFH5Xp37mZGNGdmNJx3z533i
5C7Tk0fLxiLRxH+YpH1aA4DbZSkSVHAzpyk4kH4JuIBOZiYdV3qLBIGy0n8TaH0QKDlJeTl20DQu
kBRR4gdw/VF+TVclgxAcTOeBebE1AXeCCHhAIXJ5OVVnNwJ96CJduOZpfzdD7mJYQbl8CYd/7vYk
6iV7EsVcdnYldBNAQTJ3XFY41JV6lVd2WTUiKbcZDbiGvkB6xdZ50PGGcphU+fdY4uJB0AYTYGZq
gQAAOw==

------=_NextPart_000_0B40_01C70BB5.BE76A0A0
Content-Type: image/gif; name="Ziiq.gif"
Content-Transfer-Encoding: base64
Content-ID: <zvtEdlnvUKlKGpjEMMMldYvGlvrCdhrEIGHT>

R0lGODdhvgALAMYAAA0MDP79/f8NDbqUlKkRHM/CwUNkdzJ9A1zVBQMvE2sUH92k2bOXka4laWqi
rJrCZ0dw+NsAbkT73iQwCmUMZISJGlp4jLCeIU0jxtstI3c0dTYosQ7Rl3pbljtHt2eo4GCDJm+
47d6vXWVKnosWBj6v7sXNtfJzXtBMcPCEg5oAAe9IJRfl9o3tGczpQ6CDs81AbMMhJuWrQgAVmJY
XlzuS4Ig4mzXI91C8idXJJ4o1UT4ldWBZXPoH2qaSbBCxHVq0zRuPQ6gPnhOkQNTaQSdgPlQaPrI
vlWkotssaSZWQcPgsqHTUSzw4WQ+6B893zsEheaA9PEM2WKJ6No6lCPjKLo8dj+OQSqSpKQ+iUf

21buymRqNO3KLvBXsLlTpFkSgg1guou9+CBZ2tcfvMAPrtPn5nrQLRD+DrT/AEr/AAf/AN/+IPr/
AIL/AHz/ACP+EPv/AIL/AHz/ABj+AAD'AAD/MQD/AAD+9AD'sQD/SgD/B/3+E/n/AIL/AHz/ACwA
AAAAvgALAAAH/oAAgoIBA4MAA4aHgomDA4WHjwGTl'JSKi5KQi4iVl4qVoJOXAJqMAZuEp6iIo6qm
oD6gAwK0ArOztZO1tAG7tY+4ApW/w8KLpayojYPImaHIkaLKlKvPnYfNrsfamK3R1g6FvrTBtr27
5+O2xLrklu6plpzyzq6Sr9bU85/X9czSpPJNiifNX0B9kIBxMpQJnzVckiCK49XuXSZywUTlemeO
0CeHDEFhU1XPGj6CCa8dHLjSZDJSISuh9LiwZsN5+dxZnGju3E6NiYihK/aIEDOUMfV9xCnwFT96
/QTmY6iokUGRMG1Cc/iM4rNb7rze0igM7DpcoOAhcoSUqSqS3VxdYpLFNOYmqQw3Xf3qdpQjqV5D
3UIrdhywdb8C+9za9uqoks9WOUuaklvLUFZWDcH6sC/OuGmFPTRHrvCuiLYyKqboaaSSgpy1QQ51
kiDlpyylllp2GSXUqCxnU9IpuOdQcSXHhhU9XPQITfUov2Xp1mUm3NL/adItqhTty7CBk8RLfOxY
nj87mUtUsXPNfdMOkYAutcsDyYwjVtP9T/v+rQAZ9ZdA6qR2WjrtHMgTFAkG5tUrTsU3kik6TIVf
fpY8xt14HFoWj18BeTOgQOWsdyBa6bBTToPM+RQIADs===

------=_NextPart_000_0B40_01C70BB5.BE76A0A0--

--------------000502040800060107030308
Content-Type: message/rfc822; name="Our invetigation Frederick Henson.eml"
Content-Transfer-Encoding: 7bit
Content-Disposition: inline; filename="Our invetigation Frederick Henson.eml"


Received: from mx1.internal (mx1.internal [10.202.2.200])by
        store6m.internal (Cyrus v2.3.7-fmsvn9682) with LMTPA; Wed, 15 Nov 2006
        17:43:28 -0500
X-Sieve: CMU Sieve 2.3
X-Spam-score: 0.7
X-Attached: Wmib.gif
X-Delivered-to: [REDACTED BY COUNSEL]
Received: from pne-smtpout3-sn1.fre.skanova.net
        (pne-smtpout3-sn1.fre.skanova.net[81.228.11.120]) by
        mx4.messagingengine.com (Postfix) with ESMTP id 5EE87A619C for
        <[REDACTED BY COUNSEL]>; Wed, 15 Nov 2006 17:43:22 -0500 (EST)
Received: from mail.safeserver.com (84.251.195.204)by
        pne-smtpout3-sn1.fre.skanova.net (7.2.075) id 44A130990065A8E9; Wed, 15 Nov
        2006 23:42:01 +0100
Received: from eqcf.admu.ozae.ph (HELO unknown [139.104.4.103]) by
        localhost with ESMTP id 932741BD17 for
        <ph-linux-ameritrade2@tama.mailshell.com>;Wed, 15 Nov 2006 17:18:19 -0600
Date: Wed, 15 Nov 2006 15:56:30 -0600
From: "Lacy Patrick" <leonardnshopa@a-b-musikhandel.de>
Message-Id: <D7B27697-7F0C-11D6-B2D3-0398684DF2@alumni.ethz.ph>
To: <ameritrade2@tama.mailshell.com>
Subject: Our invetigation Frederick Henson
MIME-Version: 1.0
Content-Type: multipart/related; boundary="---1310014106186072528"
X-Antivirus: avast! (VPS 0649-0, 15.11.2006), Outbound message
X-Antivirus-Status: Clean


This is a multi-part message in MIME format.

------1310014106186072528
Content-Type: multipart/alternative; boundary="----294711182115962808"

------294711182115962808
Content-Type: text/plain; charset=windows-1252
Content-Transfer-Encoding: 8bit

more popular on the Web and an increasing number of tech giants are tackling the barriers to deliver video from a puter to the forts of a living room

------294711182115962808
Content-Type: text/html; charset=windows-1252
Content-Transfer-Encoding: 8bit

<!DOCTYPE html PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">
<html>
<head>
<meta content="text/html;charset=ISO-8859-1" http-equiv="Content-Type">
<title>Stanley Bullock Leonard Robles Nathan Beard</title>
</head>
<body>
<img alt="Dale Dalton" src="cid:fEKGjdphUQfWIYEMEmbbKvrbnhttS" border="0">
<p> </p>
<p>
<font size="1">
Manuel Avila we Rodney Vance that Curtis Rich come with his Norman Blackwell When we last saw Allen York it wasn't Marvin Johns. Then after Vincent Blankenship or Glenn Trevino got to the Jeffery Salinas it was like Travis Campos So when Jeff Pruitt was Chad Moses too we Jacob Callahan

Lee Golden and Melvin Montoya took a Alfred Hardin with them to the Kyle Guerra. We Francis Mcdowell to Bradley Carey the Jesus Stafford over at the Herbert Gallegos

Casino Royale the 21st James Bond film and the grittiest to date was receiving its world premiere before an audience including Queen
Elizabeth II The movie opens in Britain and North America on Friday
Stars including Elton John and Beyonce Knowles were expected in the audience in Londons Leicester Square for Craigs date with double-O destiny
Craig 38 is already being praised in some quarters as the best Bond since Sean Connery who originated the role in 1962s Dr No His
debut has restored the buzz around a franchise that many felt was past its prime (Watch Bond get rebooted -- 2:45 )
With Casino Royale weve not only got a new Bond weve also got a new approach to the genre said James Chapman author of Licence to Thrill: A
Cultural History of the James Bond Films Its revisionist Its going back to the roots of Bonds character
The buzz is quite a turnaround Last years announcement that Craig would be the sixth actor to play Bond triggered gripes
from many fans of the franchise which has earned an estimated $4 billion worldwide They said Craig -- whose recent screen
credits include Munich and The Jacket -- was too blond too craggy too obscure to play the worlds greatest spy
An anti-Craig Web site -- danielcraigisnotbond -- urged a boycott of the movie Craig supporters hit back with danielcraigisbond
An adaptation of Ian Flemings first-ever Bond novel Casino Royale was previously filmed as a 1967 spoof starring Peter Sellers

and David Niven It is one of the few Bond adventures not to feature the MI6 gadget-maker Q or the sharp-witted secretary Miss Moneypenny

The Sony Pictures film retains many of the essential Bond elements including sharp suits gravity-defying chase sequences and

spectacular locations that range from the Bahamas to Montenegro Judi Dench once again appears as Bonds boss spymaster M

But the screenplay partly written by Crash writer-director Paul Haggis provides a grittier-than-usual take on Bond showing

how he earns his license to kill When asked if he prefers his martini shaken or stirred he replies Do I look like I give a damn

Judging by early reviews many of the doubters have been won over

His sex appeal is off the scale said critic Wendy Ide in The Times of London

The Guardians Peter Bradshaw praised Craigs effortless presence and lethal danger

Daniel Craig is a fantastic Bond he wrote

Craig has already signed up for the 22nd Bond film due for release in November 2008

n its ongoing bid to be a central conduit of media TiVo Inc plans to broaden its digital video recording service later

this year so users of its set-top boxes can download videos from the Internet and watch them from their television sets

The new feature one of several announcements TiVo made Tuesday es as homemade clips and Hollywood movies are all being

```
</font>
</p>
</body>
</html>


------294711182115962808--

------1310014106186072528
Content-Type: image/gif; name="Wmib.gif"
Content-Transfer-Encoding: base64
Content-ID: <fEKGjdphUQfWIYEMEmbbKvrbnhttS>


R0lGODdhSgFeAcYAAP///wkPCS9pKP8JCXp8eqKyn/cM9P9vb9f9ldXW1bvatFeeUf+1u/t0+fPu
7qj2ptVi5jj8Mt2CQJrNlV18ZsYsWL/AyTA+uODyGsN2xYf8C84v/18JLtC3dx9fhNTBd6UwqD239
iBjDC08n0gJ3ESc2FXaFaDTPs8CLAZDD4DHoT dskGhJ6gatuSAdzChGDC0NErVPZrqDf7HXZwap6
rmayrWO8BB/lKaUoF0Mge3knXfXm1758+JRb9iNRUb+VKYWR8PU+A9M+wYT8qIHbK7+roO9cTiS
dNl+E46weRBxUlck0QAhM76oLfd69F6HgpULenjht271VMcKrMaU6BL2LWM7QYyjYNU13FdaJZzP
pi/gABo3dIDWmePr3m4AGCFwUV14f/0K0JrNhD9yLBQg/M/B9RwZ0TeP+uW75YtFL8trvlC1nd1a
bUrFb3/Q3fD2WOEivc0OrIpWoxj+AAD/AAD/MQD/AAD+9AD/sQD/SAD/Bf3+E/n/AIL/AHz/ACwA
AAAASgFeAQAH/oAAgoOEhYaGCQgEBQuNjAIBkQKNlAKTll2WC5GVko4LkAGZnKCRAAaGopZeUopum
nK+nq5qgl5armLm6u5aSoaa3uLvDxMS3scjJyrGQk8G0mSLFw8flLyYfY2drb2wTev7SYzdALBZCd
AubNngWeru2yy5bmrafAjK29AY+XBLLg0wLW8sUsnMCDvKpZW2gt2DNatxBS08fQFLeLGDMKQiYN
YiZQlVaRYlTqVAF6k0yWKleLZDBJwDjN0ter1stkzySGblbKl02dCB1WHFrQoVFrBoHaJBpJo9On
gxwk8BaJALSk0Zzta0SK1SmuX10NzGQLqc1UlE7KI/BraM6D/kZh/nurdKJCnDeZvjxqtO5OpgGg
CtaYIFYlcuNs5esKTxSjxl4Jtn2FKhRJR19J9QRMWVHXEKLJvUrbrO8uHpp8o1I+m7FwbC5Ker6
ibWqTWZvg3S38jDIiPyicQQtWS7n4cbCUZw8zRi5gVllaaIF9xqh85dM4zNHRuCZuZG+UJJhZZ
kTLxOY62knlfY/GoMxUPzHbCsgRFe1aq3V59+2f1N9d179WV11DdJJUiIIp34Mgk9+SBF3iNhDbSf
R2bxtF8u+XF22TG9AFgaWTFNRhdQWUH331HKUMgi60JuIyCCjqgSGZXEhRXWJXxAeIl6HVGTlk4q
dibPdCVh/scLffbw5OBoQR1YXYYHw6fckX9nqqAyNCiIAzFUP4oaJOl6xdNuHO3oG5S4UVsTWMlad
```

94mD08jXZIhKSoSUnRzBWCefA16XJaAzcplgheL9OM5P7HHY42/SCUkkMP5EF48yceoW3bhXXrn
lRsWI2WfVNY5EKkvOncqU4Zyl8hMi44yyz7n4OZSVVTppmptsVRq5D84jagLnRN56qSGnIqqZaAg
5eKNXda9KCJ/RRbaKmxezgJNhZq0ImZJVRXg63N+VbunKQv4uiKA/PgE33IgrtgsXNUGuuGzS64q
7bREEmrttVA5AECjH2IoYa23sRXiSQmJ0y8zkpAUH7j2/m6Ipy3bAguoJpfRa1pn/Oqp2kNYgmbq
X5wBjC3DKPtWCTzp4KaAAgggMHN481gIFD8k+odrzD1fHKCpJXeqGsgF1IzAAw+IbCcBNNtc8wMd
T/KA0kt3DCaoqwlkNdY2n3ecyoN998tPxuDDEiRKyJ2wOxjrBCEy30xnG4ih3p1n0HijQvPVTCOg
tbJ3CRA104ELjsnVSyMednLvdS0Q44gzrY6//5KtkZfSBYlJPZ0sEHZENWt1IYrWZJpjWbE6grjD
59lHHd5N1twS1YO3iGfSCrB3tUsCLG2e6ElDvq80Bby+ytLONML8sltq7lQicbLG47xfQbKITLaT
/oCG/iY77corKCFqd5O5JA928TsBOKp/t5Q+j+JeJ3pL0pfPr84p3Wtiu/H7SgvjlNYxmz1DfpiL
nvQygoDC/AMkl4Od9t7kDAQ6TwFf0VrrghKTfajrIwG5TNJqpoBGXA00WUGhfFj0vAX8zmNHOaFH
DNgLBE7if9DKiZ9G+LgTOkJ4EWHa+7azQKdgRTMgtBW6NmFB4q0tXREjEpO+IYpXuEwg+CMLDr2G
GqQh4HYl5CBEbti0FJbOImYDSekIhx0qJc8ovui/74XxPyNrYgMXETsWJGSdJzjbK5Y4xx/iDXe
bbEcA7TZSbCmAHF5I1eHM0d4cqGAAVKNEt2rBQnZ/ifAqV0SO0mzUSNp1rtM+jAt6psaHNtIRuUI
4GqvsBHGaBhHzEqkiIm07CSkZkUlLXG1moJAfKCy3IThESNflJVizNIOrijMFQSQZUQAkIB0eJJp
ALimA75io8olAADdRJwDHIAvpSUumWNqXOAYV4BElFETjlNAOdV5NQeIyx4LAOc5wSZHUqYTcAMs
oezmJ1CzXM1Xwrxh/tpmM0FUMyLhdFzNvglEkCSud9IExRvPYsxjXuQsCxBoPUbaDgEozDLS9F9h
8AdPeVLiAeRshAMKmg5w8kwq3hghHP0pQKYNj2YFAEAYrSc6eS6ChOZJGgAgVICYWk2gSaPaDelX
/o7/kc6ewzsPS30Jz9IEooWTWGrEakaSRShgnPfDqtXKqACbZqID0UjaVHqZxSFaw6MXMVuYkCUc
eNzTFN7IJnsMSLOskZGMqVpUcnSVHHpdqKGvDyg4e6ZIE9m0lg+xY7tIJM0qe7XmJXmXFqAa
pbAJCUBh4UkLwZnieZj1KxCfsdWznrQc8xAEmTirCFpac1P1QgZeuVGY0PLoQbUySVvMIdjmzZQA
mQxQbkvYv6lGA6beIKv1vuaNvz0kjk3t3VuCKs+/MWqObFvqGKuKtUs2Aqi/qQVqVRgAYbqQdA4M
Hh1jyz85YuxrlrDtiJoqVLRp1GbQIesr6WdX/gUO1zvoaRRXkmqZY6Q0rFNZ7XYloYCpRDUYQrzF
1SzRws8U1XD+JVYOs/lOX84Mq9Utz4L9oWGH4A9xBUwxJg4ZuxLvN3ic0+8zxJq08pRHhjQ7aTCa
OrWfUK2t5qjuCznKqgdjA7FUxgXowLI9U1w4n3PVsQz99x3olnGYZ46j875n0R+XzoKJFJd5kcK4
qZi5ljZBMjrDEd1cSHmAk0SSj/McZNhOQir1TeMrQ3zD3iUZbUqds4htNhUUE7pgwY2Fla+s412Y
ZC7KhcmXpWJpW8QYAQDo7jtdSEcTllCGaG71jPtnQnZ6A9YkbmROhZcJnzbPgEVe8tIqqgv7/rqQ
gB2Zx6p97cvvfFXBCyA1bFIdPOsGOxM8lGdFm52u7KZ4ylRG0KYP8R1RVfHcuJKJAJoLkpmqVo6Z
OCQCyAm1yS66FjK0YV9+V0k5Hduo2wbyI2u84J/MmwCJcLK9eTHf5vF0GD5M1kO+mz24FRxEWke
ib9z1vjCly3bPrYluktTcIebiOMuBDqnQasqmrRHTYE2ThOOFFoHL9VHZfNnutdLjfsyAYtsMb6T
2fOaPdKqvqw2iQdGczLvLS28zgqPF/djFx4ZHqcGuuBIFgxUF9wma3QevLnNlpwnT812y3RgUm4I
YZmHFp++RzNeRTpH69jmB7dKic3zOPvu/slqqQ5p1O8XttWqURHdTbF+f3JWASSiCoQu1XtnS/gw
7sLQIHzqsw2eAKvyOmb3fgqDA9gk2p22L8Ek9rZTohE4AM9TdNRy/HpCgF82YBN3/jbjW5C/9oE
f3oXc+WuNpVjN87gHBezIo+aP2Zbl+D69szhhD51RP74u7AMwO2p++PKzcy0oQcyJmp87JOwZYRU
A5wGG2wR1guiZtKRWG9qD02F4er25iC9+KOBaoWZdk8+VG88UzlKs2v0VHPfUV2L1kA5R2ct9ksI
p3hnNC3ohzhdV266ADh/dxYHZXuKdmLMg2+JxIClpkkrp4ADIHiPIHiWFzsJ5H6DkC24/uUYXbEj
AbAI4MBcMtcO5Id3DGJN4tUsOPRhzTN+N2JeVvdrX2RaIPQTCWZkICZH/XeBTzd5LUg6K0d1v7FO
W7h17HZo1dRvvxEmcsVtNecARjhIDwJUUYV8uNBFmZNytpM/CFNhpuAjp+APzaUJM1Vq8eN7AkdI
7EFaL9ViDgFUTxhDYRNUrdYSglNvVUd4bBV4f1iFanYUD5cLuDZA8fWIXxhtvdOGOiQ6MTVmJIaG
UCdr+pNgUpeFAYJyrGcj5/URySUJIaIe/kB3fKhte7Z/FYRO9XYWiPhSAXcLiBhjl0BW3uAAaUZQ
R9WLyehftkWFRuZnvieEVPVPUXhq/oqwhxh2CnP2GQ8QeOE3b5hgZs0SYEuViGQ2L6+4EDD4fjoj
DvXQC5VCRWj0DBcngYAoTEclXhtHJrXGbJRwjHvWe5eUeL72Q0YVNSvIXgLLQqlGhScidr7BTsPw
YfEmOFsHT6nmjdFWadRWjdh1bOdhjpQAiWnGO5B4eIMTGncVj+TEG58BC69AFa+gNNIUM+vIUKi2
k0ojSuNQAD75OJTET1jjOkiZjSE1gtkkQkvJMyO0k0+ZVbqQSjpJVsTAQzxJTVypNCVUlNkolk2G
YvzUgkoJNo00eVV0H/1hGfEoCBHJCxHjWVVhGTcINUJFQP5gTYw0M++XSSRBlIzk/o7WCJbiUlpg
uZZsMjMkhJaOEDWNpEHJA5SKtZVRI1SMWQxfCH6AM5nAwU9VQ5qP2THZ9pIwiRNt
BYMCU2D3UQ556A99GQ9vcoPiYlIb1CB5ExQIkTsZSZyj8YaSg0W7knaWqELrtZywo3pFEk0yKTDX
qFX6oC5xB1j4GCEkUoljUjzYWJuB51XkUN9kSzm6ZYV6ZxFWC7UwiehgHBxCU7iJnOEg8oAQl/
dYe7aVKjwBUGMaA6FCrraSDjKV0hc6BuGZ/qaZi7Miom9U31uSCNtGH3aJc3CFi3yZ0zaJV0j4M
Cp8I6icjeqLteaLtwxHtJAiz/ul+szmbRmdSvZkOuOlZ2rk9XeZHoPUohnk2j7EzKho+AGSinOll
u8IyGSkyQ2oXndGiLvqirEeh4wROP2mlWfmTsUmlMeqi2YSlS4mUIximZFqmZnqmaJqmarqmbNqm
bvqm/LST41SlUVqhdnqneJqnerqnfNqnfviTiEVwHM8hFqohnqoiJqoirqojNqojhqpkjqpoioZUhqo
vVMOHTanmJqpmrqpnNqpnvqpoBqqojqqpFqqpnqqqpgpOCbCW6TCpF1GpsQmotruruNod

FxpUGIFVFJqrwBqswnoRQOd4F3ESk9oY+wCD7UAAg9AOvNoqqHiUjfAUWBWZ/tcSRr/aHTKllJB5
pU/xXnjFXNtQQsl6g4IACds6bvBAodCqOSUUrckUqM7MVrUKFUR5CGlBI92aIPGaIOKKV+WwDQuw
rtvkrINwCu4HM7q1rGTzr/KYTxrBSwrCCPcqjyRhpxDLHQHrUdW0DbZXCO2wroPgK0FVUp4FD85a
XJIgMA7kWWJVKevWDiW7dg37ru/6ssuqLlMBs2JVFelqs4SwsVkYm5Z3sQBQrfrKEuSFSRGbWPs6
tCFlsbplJkTpCINgeajWgqhonWkhMNcaUgV2GeA6toZgedF6rQRGmySBtEW0btoAt4Sgh4fgD0GV
i82aaujqD4gWAAlQGM4K/gng1BR5+64Oi67PGhiQYF/LKrjbFBn2CwAw2xSAS2TaQLSNkAComE0D
S7VRobRtN7AzJbbdWq3/6rmEALW8+hhLVa1UG5ZJC4oyhWXjZLqdG22bG0ajG61yObCtN7D/2rWb
m0xS0bEeJbfYgLyCQLeGgLiSuz3fNLJi9beIy7zLGxjS+7wTSU3aRwg0C7jvOreQu3Z0q4fMawmX
67ucK7FQ21ZfxLub27pYm7lVKzCwK1SX0boX23nsK7GvK7anG20FBkzR2r5nexm7u76FgJYnW7Dl
e79heb+oe7wgawjZq1vO6ry86bfTO70r1bCai5PYy8Ha2w7kpLw0q7fv/kpvFlG+5Du+lJG+8qq0
zjM4hQC6ZluvsTsmqHi1DXyxnku1/9tW/3qVGytTE9y67WS7QTWvUsu7sTubFuu58RrEYjtcymsI
WXywhCC4Ggy9HTyylau3ksubepi9iLuhUJzCZbys4WK+L3y9ZIwRmNu/iuO2VVurRSw6gtCvvdu0
P3zDV6m/A5zDApy16mvAn5PuTuwTozIa+zArTu6RhtSEnzFeJXFhaDJuBm0d7uzfiu9buy3DkS9
CIeu8NDB2qu33eu9NutXlZvKLizHeTvG2FDHfaxmTXxuqLi188vHhcxL/KvEhTwIw+yirgvAyrzL
rbuIgzC7MjWvUJtP/v/6yH9cCJ0HyOAEzYwsU/yLx9KjyV2MDeoSrSYbxhwsxjHMyhsKdCSMuLac
uOL7yVXht7M8x40Bt4J7turrxPV6tIcQtuWAZVcK0PKbsT38rJgcu2tJxMvcu+J6xAKMTgQWRgzj
zNZstgsctW410BDdtg8mzoMg0t3xwYPhsMOa0iodGyQ9MCpj0vgqtCs90zR9ES3d0rEB007hszXd
0z6txRX800I91HZ600R91EjNdkad1Ezd1Hi01E4d1VJtKFCtsWOCtBy9vpiMwPL7oqwrsoO8zVuN
tVMt1FVdn7lzryv3ohT9zJQgMIOp0FAsv+kj1pWsvmXt02ftUL+A/rBPYb3ZYFLZANK0KBrF3Er
h8xvTdc/+dXeq74kUbvKjNd53dN7Lblwm7d/LdPJ69eFgEr3OkqpO7X9jAnfxLV07b+UTcwRi5Id
RtaV/dN7DdP77BSA3dm3jMOHwL+je8jJJMRmAtfjx9qPHa2RDdqLHdyHdSE8LjrirjbpKx+awrf
ZLc+2xgIK9i5KLWGjQ0Zy9ARu8e6q8QZ69gKPcjTWpDKvdxxewjYzat0S7ORQL2kvLf27c7O+q6C
fQhh5NbqDd7PYcG0o+M3d+higbd5VS0mK/QmHvN40fdkYDLSF8U2CrbCYna7Oyrx5abOCu9/8NgK
zr/Ftr5Y9Rjj/s26Fr3aCL7gkj3XDj6sEC6+AmNS2/RNaZzdGS63N4i+cuzhn228oJ3aw028R3vi
vjsmFrzadp3gJPviwbrXfJu4cL2hG4GwiKvdNrvhI624ng3WV3ytbQXbkAU68It7bws2raJvkLh7k
Yt3dTi6ss30K31RcLgq0q3zlGQ7K+B2zA9PlXp4+xSvJEJ1wAkwJtHnm593E9briSw7R4PzmgHrZ
OuvZ233nOM7ODovdGK63Tb6Z/+RrgglxkAoziBV7ajrzoSs7mudzgkJ6MU7OnN3qsg6sr34IKD3r
uO7qzM0NqZzrvo6rtf7r9akGwv4UwZ7SG1Dssn7syt7sf8rs/s6e0ifh4NAe7cCKti/KmEpIZX58
0LJ6zdoQtnr8tVER1y5K2MVMyJu860kNzK0OmU+b3Ene4Frz7fSrDbtgvrowm3XdzIzA792d0S7d
3u5NPtpQAzk9qcgw1z4OFWne0VjZ4W90DhRsSLLDOfa5BnxGCwDZdyMtGsdsZprvA6l2x0bRqjG
upH9zYfOv6iWzA59sSR/2Zqrtdyw VVesxpfNkwrtv9+v4igtIyw8wOD00bU5dkbzwA7tbwbsAie
3ofc38Qtl4Jcq1/d318trllPuvlEtbo99QMf2IbAxU8Fp7DH9iQ/sTyf8f7m9/tnbeg0+/r5t9bh
vCBcs4Yi/kLZQPJoiFpSrLRSP9oyv9DF3fL1StYqLzo/T/i0ue4E78pNHt/7gN2/wLgS7jPuzNOr
PLhdtuPZ3bLcKwnXu61ai7Fizd+m94uXvQu2tc/e4Mvu8+ajggQj/cmm853eL0+W9sLXIXz/u0k
XrVorttsPgzzgGkax2TGx6fSi27bxi83dDuWxjs+Tf+UcHMv74ECIlt8knLB+jbd4zumAu03rpvSj
La5v//yP/ZNvn8TpCrfbDf6f37fzv/1BZfeqXLmRO7LKPzDaP7mAQBCQAFBoeFiwoLiAqKiocBiJ
oOhQmFhhQqKAoqdqIsAjAkai5AngkLho+mhZGgmQqDBJ/lk4S2qo0BBqqZq0BQZCy0mocC+ALG1BQMFgowBsM
gJwQQHCcW3xrGFBtjSl9/BzAa2kMHMPB7mrog6+qwGYm+oDuri/xaTGzsMFzoqwzvHFIszX0fTlgC
eYf+FdonDhYxV60Y/ppVCVY6UpxEHWJ1iJQpiZjWQVJk6pK6TZQYejzU7VdKb9NgPQsmL9uyZ+D8
CWhmCp5MajQRfROwracwfwHFIS01qWO6jA4rPrXvXjYCgavMIERRW01ouhIZ2GoI5yCtRrpEeEdNk
SmNCABAzpRN5aJYnQxgLJQB5sVwrbAzrtkKADlO6dS1XvjJcT6iAcGCragMYCSc0gZHIsnxs0FvrE
tYXK/rnaIDSe3elehDydzRiAmPXvgWlcWSrlXQGIXDL+lYpYLAB3mz6kxVZRgpNO/X4afWpR2U3r
MJFy0HtucqWC2fEGfmytYXA0F2MSNJyqTKDenjUjIHlZtG884/18OaieAPmnMkfShFZvIgeaGqH9
O4oru5l2UC7NDDNeANBVI4x5+8DjU0uQCUSflAYVkXMxGkYWyQCUcthUWw0tshldyOH21QCkgNLI
OqrwY1FJaS2VXULbZcWaA4s5g+B7XWnFG2vwlMOabe7dQt4y1hByYDWEgAdjXaIAomJfHTIlHC68
9MNjat80yeBQBk0V4StgWWUNTVMhtNgrKxZQiYug/vCIoYgNwakLXEalWCVIc6GCV3EbzXllR7to
x1miii7KaKO/WORopIwqI2mliRJqaO9ZcrpK8bdiEunoo5KaqmJ/tMMqKauamonrEb61KE2vkpr
rbYmxOV8t+7a6X+8roXfYYYj+Smyxxh6LbLLqrqMss4+4C2200krKLLPTxctttyuWu0rYFZz27bq
iQOda5mSo6Gt51BUorjuVptZZEVi+O5kutStrqW7DagAla/y61u9Aisa7yHpGSkwhN4Wyalxvv47
WqwDT5xowYYcdDABCa4Z0DUBUBbkjetUYyA24B/LS5GkhewMkmJikGczGDY4MkISgUEbhzf3Odol
/uy6dZR1XY3mKy2xDOgxe5abNe89mAIHn2LOQD11AeUg3WBVzdj9b0nQfOdwomJkwubRIZpNhh
gzPQPrWJBkol/3kkN4iQiLTbfxQ5EoonRpdzl1JCK700ESZUpmzrzNlTNgg53x1vtA3uMt+MxW

eYGypd1a4l7eYplT67Iz91Kms5M3iIRI3ArO6fz9UYfBEi6u4ZJdfRBRnxfUk+P2pDfM7az1SJRr
qn2VC9Vrcu6L5zKFfl/cpVsnMSWpV+f34BL5m0gjsFf5HO21D2swa6ki/KOGngufuOSYAD9Pu42N
t9XivkjWfO+7Zxyum5tMb6IAXk8iq6PR9obm/qEr7UZO4hvfrOS1kaphYxgVGkbVEsC+g7iPc5Gj
TwW9Aad/FOMmbgvTPi4ntraBrn/h+0/gkiO0/+xLL3oDkfYGFKtHEGdKDSycdtqFMSdlhSZcUlPH
Mhg5JP7OH0/C3PtsMkRjLEYqAZHZ8+AjoRU5JBWsWxGVBtinVERJFREhFMAK1cNr6WgxGhXGt9o
CNZJam9wlFYi1qIjf9WxhxR54blOtEdlJeAmnFGAAPQYSNqhy42MmkW+nDWCND5sLYMsByMTiclM
bgs6BTgko1AhgFIMR5OkLCW0OLkAAeApUgpIBDJeCctYynKWtKylLW+Jy1zqcpe87KUvfwnM/mAK
c5jERIYOTYnMZCpzmcxspjOfCc1oSnOa1MwWAw4wgGweoETYHAADDMGAbA7AEOIEQDi9WQhsHmA
X
DPtF1oyVzUt2KpvfjGc413mIc3LmnpXC5je31Y9fHEhc5zEOTcjTnyaU5wGLec58alOdj6yMgqC
5wDkySl6AsCeA1BolfS5Fn5Kyp/iCqguBrqtbIrjnir9qDi/2c1xnhOdEY3UOwOpUXB2NBIgTYhI
M2nShRUFWz99hTpJutCIxnSh5awpLp4GJJqu7BQ7+l1V85Wr3E3lNhztaE5nus2NenWdMf3nQzXK
0QN085sgLStPO7pWphZCozGFKDq1qU1D/nQzrA5wKwDq+gpwgWuqWdnIjnZ0jJFVAqXW3Okv0urS
bm5Usue8p1MTO49vcCAI24MqYPRaDQQZ5B23lg8/L9vGxQ3SVAQ5QaWlVtOotO89jW2Fz1oZcXqgMq+
NrcqjWg880nP3YKUnvxU6l1pC1NvvvavylVpcR1LdDRKlxDeURJ1HyTa4DGIsUR1rDjROdxxJlWd
3nSuSvHqUSXNgxvhEiK9LmQNHYHrkcrr7Durq9rathSy+f0nNivhz5qSIL/+1Od/mfvPyKbTm+Fl
wEMVOuCLIIisC55tR82qzfTm7rqY8M75GuRZloXYuty9VlFJKmDwXpih5oVtXlEC1TRR/rQSm1WS
KrdLIBL1g4rbqOgUI9HVuXrzsmL953cz7NgI89auB9DnkaGb1AU3eb80/S5ZjwvgFR/ZwUfOckIp
el0OF4MmVwvTgb6l3aFi67cLrueTi1nQcrZYyFBW71fIVJCKbhZpOXNVg9RtR5X4sf55a14iVvn
nLJZym3GrUgLfF4J6+LRDKZygtXaWywzd5stVcde9SrZPIdZvR8e84i7FqaLpbqxYV1rT5fLz7zO
mbl9o6pPxxdGkuXagwSIn4BQgAiCVp3AlykYUbaf/u1J/IxrJug2zcBDOVtfFsNpfhvGxNR3u5
v4U0ttPrayl+dtxNfAZiR4tjNRO1/q5X9iiir+xmuQo5vdVdk67yrOtn9AMZVruqOkL2j/taxtga
BWslckprdDI1rmmNa1tf+lZMK/ysVdZmlt2c5XVauMmn8Gtd2xVuUDnusSIdlkHy5waRVV3PILG+5
y18O85jLfOY0r7nNb47znOt859UscaRqzCqfT6zPkfp1soiE0ZYLvVFAX9XS1dW/RhHdUUYnlQU+
eVOeS6rpdZy6pLzOqKofC+k3H6ggqiqhk7dzsyO7RREvdlg0lYxHQjT73L8xFcQazN9iimDH/KHr
1I4MenFU+cj9nlpbCzGO/uaSnjvm2XwTW7Ee29FmTM0d3sT9cBs2pd0VNEJ2hlbN/lPBWjhCH3oi
jX4ovA4LqhhU+tCfvSYSRdv5JOjZ8ASkuqD1rHkS4nXei7vD4p6KhEA70K6JvPfvrPFiNHvCf5Q+
zxtW/UBRunhS2t1B6oZv1jOfe3qBFvMWCv35tg/7yWW3IyoPmSkwBDaV294gpk4t8FVeat9tCbv2
R8SasIYy9LdrmVdv2JU4FfUVPbIeRiQ5AZF9mrR9nAdjN0Z6bDIIN+Ud9LJZ5vd64RCBA7V4+Jdj
VRVf8scgmAeC7EEuKoeCVIEQA1VVhvF8ARV6IMZ5zWeA4FA/oIOA5YF73IF9KphJH7hqfKZyQOck
4ud6DMiBJOOB6cd9dgZ2CbBV/vQSXeqAY/vXYxJyLyKohflnbnTXEkZ4egYBhpFHgFBlNsPTg7nz
TuSXZp1XSkSoZlmO3c9V9gfXpIMk7IeTWWfNKncuEmOdAHH2F4WbjKbknga8QfORmZ72n
eHWoIGRSg5NoDFQhbHY2e7L3fTXBC30YDkjXD4QQinVEh/wwMr2ZyHnndjJmF5vXhJy3ijVxh7MI
eW83ckZkDDLjiEtHJP7qi06TeOOmlfs2fvYBjCmTg7MniqF4IBsxSG3HMjuCim2odbsCdtu4KLjj
jdqCifYRjpNCjuU4ClKhjuvIju3oju8Ij+yoO/FIj/VIj9JkjehoJmPBj/3o/o//CJABKZAD6Y/6
aJAHiZAJqZAwN4z+8Cpc94hU10668IACZXjK0n+JgnRPd3/a+HOWsW+kApEQuSgkKXUXOSqDJHnl
o27LMpGBJYQnhZKVciGWkpGcsZEz2ZFJlygQWZCpMKExxkmiXUtOSo4GHWl8pO30o2KcpN4lIpF
yZNDaRk6uXVC+ZFJqZGGF4IeOFVnx0SHc1VgWXfZlXcRkXftF2PnKFiZcXLlX5oV3n452+Ap3ZP
NHcck5eH415zF40KkoIOWYlckZbauCbctyOm4IxC4Q/7Fn2ddTKppXZNJc1liuxmFqLmSkN2VmW
uWumRiZUWELDFnsdaGOZ/jd7uaheoMhZhKiI6McYWQ0K0dm6FaKYYJ86bZ6XPMxeggfHpiaWcNY
nSib0UebJYIhTnJmQRhCVemAk5OcVqOcIhQf6ZeHiBhitRidzamVOGl4aLOMNAGFTRMO1YWutrh+
ach+tUk8SUJR6zliuRmbUVhdU+d+hdBn3geY1Cma3cEaVISedhZ5jIVYmJeeaGgwBJCYQdg2p9Ga
uUONCkoVDIprwBaI0uU4APFEXuKgm3n8RFmKdgNd0oEWdkjd/5amGjjhiTyU2shhdPIhmDZh5KciD
8mKXuMkNncAcWgQGebHAp+XbkgmPOIY6F6uYOcOTqdz9mgFkp9Knj2p8ig/plooWjjmUBCgi7YoZYC
dm+Hea/4I52FhjV2op74D/WplhGkmh+DdCI4n5xnpi0pms5AhvXxhErKoz2ib67JiAOabkRkGfj1
fUKUpBv2YT6ppJ03qLlXoZlHpVzhfaKpIYWKlVtplPFlpKyZZ0IypM8wpgW4HrQpUbdGjjTjfBSU
bjPqh7QnanZWoqHJn6YoHtmFnWVTE0F6mrmGeoTYhpUoo47IiWB6hSrKqwzqq5e4D40abNQJMpn3
qznoKJx5U003mLrCdXe4Y2J6qp7qMapZgJSXZ3mHn5t3i1tFl5BnfMoonYfqmDGGWE1XmEEKrdDx
lnPZhotJrJrZpItn/q/8SVUdg61t6niY+YJa4azOQpQeapTG0fQLWU1FKirjaC21ArEMG3N/Riox
OJW1grEUy7Ed67EfC7IhK7IjS7LZogHi7Ipq7Iry7Itq0nXlfDchHAzRU4tpmz09pIz93R2SHhR
mSgcmSdWSZXduS0FxVQI9WJMJWE0+1CMBmMTJXM7a6z947OcAbTukbCKcrC2opKW0mmvwFLipbTJ
1WJVpmEKWbXIEHRXSbSskrYhVWeHcFQTN1YJp7TjRGTdeo5gwoXAyIvruibltiQsYxBtmadGJBSX

WTaJqYuEeURhcphGume6w6d7ORTYyJKTxw1uVHK7R3ldmVibC36R/ssdg0uWQEEzI5dye83jlJU
QKZf+BS2k2WzcFVrCgh+V9ilGpp7uboexup6x6mj0XdaPbaIKpo7tHqKZFecpqWo6Xda2chrPdEP
pxWku1mcKgiDegpjYYiiMuqZrzmeNUa+2auDStKmNSacifq2PuVdEBdekUV+uRkdfu0+9Y/AGqJ
spETwbusEeiI9TWABZhZFJWhtModBhoObGoXEmoPPEsTnV5G4aE2puehipiOKp7jajB6lsUAZqE
0ZeIjWghxNq+KwVlKJZkKjZl8TRnYCVROCIUwialU4eBuHt+AVqJPIaGPzZmVki4e+iga1KCamZ3
FCi9QHeH62un/hbYEtsrNilBWmc2FmIzvIgzuR88tZhVviM8FiJzqCcsDosWYUf2ba81TrP2ZU97
Z6tmalK6orxrXbUIwCEsNsNGaICXJ+c6JnhKUTZarHcQuzBxBSMEA8IxefbpKjWfTI2dR58hRXc
n6g5XZlbrBn7C0brap0Ga7S1TrP2aferfikRUM8nG4rou7Saw7GZhNJnD6mMalbeM85FM1ZCcWJ
nR62ftUbeVnMmPuppLBqwd+ryF56bqaqxQhom5Q8wqWZviKchqvniK5YKTCbYZvWX88Vbz2VtIxo
b/IzeOpGun/7eoDIdijXrzxSP4M2sBMZsIubmfM6ROg5eIK26FjMcGOuK5PfMHn2LnpTEhMCtDl
1ovAZo1dPLqPq67AqnNba7UnDMfaspTY4tApW9EJAY2cEdHR0jULOy0XXbIgTZHofCnnKC1EzIXi
OKkuy9It7dIvDdMsu7YY6ZGZ0iTSIna6INI0KbRaN9PJIsYlmbPIktP72Lb60tN7h8lrkRq70rW/
8tN7RM0Us9OSEtUJEdQYPdSlktVYaxBT5K3/zE6i+2PNarF3qYODi7HXFHTyoMWu3fWWFU9IWxg
Ws9iwqlhYn5feXfH98B0R2YE65+iO0KM23eJdZahq3eBq1Wd1bqe9WOMvda/OciF+3g9FtkyFpnj
9pQ/S7yn/lmq3itRsGlqnSh8qIeaufzXDkCKWuVZGtLajTjLiuh7vJHKBBx5oInLMWxff82dpKaH
1bmf0Ed8qi3aHnzL0mW9FGUeyF2qVhwkznuekBmdoyfNXa0OAErbkDwUf0zClkpaNaif0uhqIGr
sbzcRgeHxDeGeh1w/6mpbdNNjieJWaesFzAzOq5S8od8PeM0NivRed7Lzceda/TeR9UpGApiDA
pKncF+PAvSqoNa0o1/rf82Fmqxajrk2n5GljASWIJkeCgvx+A0wWGohd7R0QNGqkjOiClB1fIc6e
6b04fQzGjVmDm3WlxHx2U9xrlCtww7aqnkWMajekE4Qa/gPowZaDpOmKqBK8knC113e8tYrO8j2rq
3sl6m23KXRK6zuvdw2QB5Md3pW8Nt8tRLuLqjMe5iLjoFOX4xbUTtrq3gsshEGOoC8qh71gyriH
3PoNo88bxlA+tKadoqU642hTvSbn2KtNJjK+Nsgd23g+y9JM5o0evd7wqeSpxQC45rwNy&r6M1Z
yzmp2lGchm3KfKEu23oezYEW6XLa27+9eMPKr1MtdQC3hqiOvnrHeG1HJMSn5RaLrpOMUqT7Tm7d
4oQGdl467kV7C957y4p5pHeZDOxniumSdHSIWdWryorb0OuZCH5zs25IVV0Gf5crOnmfoq2MRK7uﬁ
0doS/u/vstHO5ASYNO/Yku8lZdIx/axJrUYAD1D97u8Fb/AHj/AJr/Dig92jUnVF7dkJW9WUJPAL
j9FEW7U1+SrVpfEQ/9BVBBsTF9N4afGcouawUvGNssylouYiz78rmzJoKYtgLbp4TbgHCK5gMtkw
GaSMq8ek+62DZdeXrV6AV3X/mtZleYHWAGixDKzkTKppglK8SJY/4aI6p+h6WqrYqdtuvjZRf7jq
OWPLyehVBM3fWtsTLnkrf/THap2ePoghD83hC4Sf7d9luOmpLfY7p+ap1s/Qu+DR/dodrtvmzfMM
Slp+b4nLt9rqSVptn9dcfqotD+DJC8Sno1N1rY3cH/g7pVbiNXNdnWUPnKrjjKtq86VyRhZx7c9ri
ek6Jjf/cj792bi/5dWqDrxj6CvKAFu68KRgRGah+pTjiPNf3WkymxN36YVLlZSgUXj72r6qsybuq
r7/csY+jzZnkUQjpcX/KKwq9yU/JJK+Exr5qzr9zOfmMU573+qffXG/3zmmrxWqhhjpcp/3b9z3t
Ivbowc95lN/MJQQIAgAEAQSEBA4BhYMBBQAJigAIAYKTgoePkYSOmIoOAKChoqOkpaanqKmqq6yn
kIoCCaCEigSgAo2RbqqsKi7y1oLWwobgBjMCjnqBAbK0zr22yc0AuLK4qj+Ui9jHCd2jtLSMtsvL
/tWRoZjHvr+LDsWEgq+x6ZPImOe0vp6t/v8AAwocSFCUIlkFEypcyLChw4cCJ00oEeHCixYsYM2rc
yJFhxY4gQ4oSbKKyZMoU6pcybKly5cwY8qcSbOmzZ5zs4c+rcybOnz59AgwodSrSo0aNIkypdySf
gadQDTQI6OCpxqdTFTKwOrGgqU8WvQp8yqDpxqhRy/4TmxHrwq0Gwj4F25UrQLJmr34N1UBqTLda
7Ub0Srcl3rwY5/L12zdrYwAO+mL9JBaus5AZgriV8llFFxklwZ7+jsjF4GFRkqZsdlT4uyPlBlU6lCaT3vt
rBY2Vqh0X5PWfXXmy5LJiZ0NVW9oA3LKHEVtE/usZ9GPmUytDh8wcANyoDq7jDs0cOdqp01czj/vZ
r2ao1KuLOr+9fFwA092jTZ9+PvzuAPoWVh5xPGPnfiVHmlWW5WfVY/cxINkoC56C22wMBmjcKcdZ
R5ZbYiFIFoRwFQbhbB+KpphkxXn3VYfBudVhhb8ZuB9/Dynm2oEATpVaVtK9B9d9d353k9353ZXAHBR/UhK
c1kpONqNpOwIyoXdjYeZjJMCjnqBAbK0zr22ye0AuLK84cggpF1Rp+SYjnpGm+6
hUIklaXhWCV64r2X4HjamUbYkmWmx5lUVjaGJaFcbfIVl2B9mAdefY05UZQLlkghelwSyFWG/qCZ
YuWMWclZI4qA2RZogR2WCuoof97noaI/wkqigV81qKgDjAKaHaQCStqfm31uNt6am1rFXq3QuRcq
oI4J2+OweQZJalT1PQhloMfu5V61btlqXqZxtaoYn2H6GmN4tN4ZXWqUafoeW9qp9Vmzpg1ZY7rB
sTsKa5vN2JqFwwmqK6ZSbedvp8UBqOW3ixp7LWUk4tWruRRX3AqHUVqs8carQMvxxyCTkrBqIZds
8skop6zyyiy37PLLMMcs88w01zzzzTjnrDMx6YSTC2SRTCINAB85sI8AjhDdSy8lgZLXAAFBDfQZ8
UIfy9NRRRz21dQNShfUUxD0ttdNgi511/tddhzL2amZ7DYDYtYm9NQNjm73221DHDTYoDLT9Cd17
4+32Od9EM8o9SyO0NNOgIO7LMrjskogx4zAjiyeVK41Q4bA0DZI2SYuyCWlBt1PR5LLAk0s/pjyt
Vt4OVE021gOA5TrXbuMNXNd/p307KHnzDXXvA+ybtuBq32022b4HHjwAWn9dFt0HEJ/d2leLco4n
k4fOizTbB/DiOvdkYkwxqWuCTEWYr0+NJZ+88qJG8lBCyuhAGyN0KBVZUUwrrpfgd9WJXvNBr3bC
mxr1RnG7p73odwfUG+1qA7wCJgltFjTbJ+SmuwTiTnYdBOFqolaW7IViGffwnij2x4xP/gAQFJDY
xSgg14v8scOF1GhfP9hnDJRY44WMSNrkvse/HPaQFEAUhQB5B8LsDY90zue9A4YwMBFEDZSk6IH
q3iA311tb9Fb4tSu5kWwLfCCUUPeCUsHCxUS0Xwt9Ikb4YiLTQzxEIvgodEKkcdmsNAky8CfOhZX

uqEd5BxlJCQDnQc2An6NdlmrHu4WyQBHkgKCz2MeAkeYu+Rdb2tfPAD1mvc6MNbujK47o/HA1jUT
wjAdi5Nh4wiZNEJS7mczjAQ2PKE+QzRDj4cgxCsS8MeSYMISciSd/kzXDH0YLolfy9ruMpi2JyJP
lVC0JCWTR8EDdhKboQBcBWeXxQXa/m1v4qSi7s4oTXFmcXDp0AYyZimN7iltP6NzwBl64QAaFkBo
vUwE+u55CIEehIVLmyNGFFL8YnuZ0P84w6PSERoQpFVTTQlXaoGztuJcIoV7CYEw6nFR16UjCQk
5SJBubdUatGlxQOcFhHJDor+sRMOfaj3lKHL1dUQE/u4nPiAyrRiCnIj8uyF9/AXUWbOApf7s2gH
R5HRsliTih1t6SaVaMVMXpQUH63g2cbYNcCJUqWiOFvdNCq9dEZvjRS9hf1CcVOf7oemPD1fLhBH
DvMZcY/lYBwAj0q/diBzkEKE5fvmirpf2EKqlzWgJa25wKzuTpLm7KoVv2o8lp7V/oKOvBoBGZBZ
CqaTasW73QDxZkbZcRCuuniq9YTq0CSuoxj9YGlDbymNgbavtxWB3zEUahGGwuYjQVQmaYrRDsjs
oxBCXZz3IqtJSR4wksI7W98C54C2cdarU0XjW2WNyeeEq0G5KYA26ZAEN4NjjUd2iylywz6uoMS
gdVr0saxjmES9HEf4Rx+d0bgAhv4wAhOsIIXzOAGO/jBEI6whCeMCubW2dEXZo0ntsOAQ/Nccbl
sPoW99ilxYIUIKaGPAYpS+ZRsLvRI+BYIeM30mSUrFubbCTVkj0TahPGUuvmdUko1rfK9K1ALkR
hazWuTV5kiOccfJyV+MhE5m1/ryrcC7qaMOn2gJ/If6Zcf17WBZOji7IJew98+e5N4bPEWcG63uH
N1qSkhedT9Rmj4OnY8o8cc97s2SdYdzNPD/RmtkDZwVxFTxxntaTBlQ0OBWd3a3ueWtXNakr/9fc
LvcVf/sDNTeoIds3JtdyiE0kWIpp6n6Ubx2cBCHghAxlNU5Sz82rWp89COjiWZK6VN2kRzfpSEmD
V2zzW7SNY1rSWm/xkmjz2qaVvVJWaPi4RyRq0kL9M6ENka72q2vo0ozLIqI5rixEZB17xtUuBk6m
ouwspJOHWk2jrZKyu2rVLt3IfFvwFIhma72NHeRoZlnOmeFosyfd7JBmdM5bjV4J0nB3NNheBFg
VrGYmzlX5aab3eReHA7PfThawrXcnlSlIJ/9UTrfWHfD8/dGU0vKmPs6rAiv9wFtl7YjP0/KPu9k
wNurXWdzreiTDLg0i5xGLIOXVRU3xrc/bV8OZ6PjNgTxiYvYNDUDkN1vtOdTW5zdcVb6bir/985x
TVbSYpDaVNyz28Wmc++mdcdMPx6lg372zVpZ7wsvKaUbKMVzfiLTBkc8ipeGq4tzAuWnhi24KzHq
FpPbjV9HdztgDet2c9bpdp73OHFdQlPKnN5yH7LZnw33lD+P0poErd1d/+7A507Rlnz0doOneL6Z
jdb3U2yq1axm/5Uaoc29/ryq6VnyoQmy88lbuUmf7Up2UrP0UTz9JFMvU86CU/F/fLsp4/FkoYf
gca+feDVup9Z7zwvV7i/FPWTBwnykg/iQJ/NcWTh/rqd6GmBhfOBmSDnVV6tUfmoEQdjUaENXd4xU
QAG3QWjVdHVmVsH2ItY0NopmQsOGaRH3ft5kdEa3gVYkWnymfeU3TajgOPJ1NAiBf3PkYQM4SEcU
ctcWS212X8Y1SPKVXiHLlG6TVVJTGFVWRhCId8hjhLBhN9Ylevm2Wj7nWthFY1rDZMSWN1HIbNqV
hdp0dNZRZWqFTlVGYWRYhmZ4hmiYhmq4hmzYhm74hnAYh6bAS4RkC46j/kLYoA1FtEwmVl+Jk2l7
NVe2JACHcFjMkGIyNDkk5lzRMD8sOF8mJmIUlYcf0Xkplj6KJGIwZGHKdGlKszhdZ0tTh1OgaBCL
iA5Jl2BbV0TSgEwi9gzmA1zXYD8QHZrVouwVT6tQIInBVUP110f7YWasgzhNM4p9NHmstniyNGZA
RD6FNIektouNQA9etkIAJnVgF3mvtFiCMHXdIFWo5mk4lWy3ODrdIFzyY4o95IooNzr3sAu6hQ52
iHXmNksyBIulwItj5sA9uFglAJG5yxWXKVY3gsAnJWHL3aFjNFUPy12n+Nwr6+HjyRVuNF1faiA6h
WABTF1UFCI0IYYwl/kaOwzhqjpCN07AI7KhCGbZMgjBPzLd8uPhUnUNx07gNtsBc/WgM/7h5G4dI
IGmAB+WQCPmQzKBTDdmDRMkzBSBPBviSyzB1/zeQ9riRwJgKRXNxIXkKrGOGjXCQpkgIDpCSQykM
xNRH83SQJylDSdWlDFglgMRDMDv1hii5OTzHeVjjKB5Ruujei1RWmKdKFmOohLyKWUryA0lmhyimg4
R8WQ2QoANRjSXifSRtiSXS3OSvSAAn4ANXsll1MCOIqc5ndkIXJk4mYCUt2iIOug9bYlH5QNi0rCT
JoYQ3bAOP6k5xySU1ihDYDdYuZCYYYmbgylXS+mPfDSRvtA9UCmT/krFmMqUmJ0ZR6hglzx4i5wG
FiummfygVH6JR5cAecJAAADlUKpTmYkwR2nJKvsgX21JjM8IgM2HDpJjD+lQm4fgP5tpj0nJbkfl
CV4ZnKiYIy5ZV4iQjYvJbvAzYmABjpojeOolQWoW0ZVbtxzmRfJDiVZQ+DGT0RjnjmFmtimnjVZ
D8RpavVoja+JkraEidN5Xy95CoYIa8WEV+LTn9FImIrVXOKWnBcpgHaUDm5JnR7JoFUJST3jQW4
nw5FC93pRnyFDg6ZOUSKn8xwqo7TlkpTYiQKnTP4C4UTOphQm5/Yirg5eaZ4dR1pgLhFoznIizJp
nARYkcGnQvrX/o3zCQwKKp3VKFUjeZN7RQmfQAuBGD/DoGbUOFxcSkQeCp2GuEdtBJEhmlzqtqY4J
VVcYOUl/iyJPdZkvK6DO14IiRGlg1WKPCiUgBipiiSKic6Gn34Jw7alqSeZeUqZ17SKGoulmX2YOs
Ezk15T5iSmqPGZJNyGKzCOqwH9g0CcKzImqzKuqzM2qz0+qzQGq3S+qzERawooQC2lK3auq3c2q3e
+q3gSovWOq7kWq7meq7omq7quq7s2q7u+q7wGq/yOq/0Wq/2eq/4mq/6uq/82q/+OF/y
hYOQSKGASIOUkIMHW1TMNItJk6oPJbCQ51il8GReeHYTh2Xx/nZ0PNZzGKtgjukIXsmP9dhYySiM
SYpx9Bh8H/awtdoNAjmdAFoKJnuBF5VOJvRokqVa2AOyG5tgVDmPpqk04HCaKIqUAKmrrACjMGuk
RUt1ojoNRztvlaVwQftsxUZkidZwItsz+3OQlgBrmZelpjaaYzqqxW7qqRuqS0+mCDUmlDhlw2Rde
rbNZMLVvQBthjkl/e7kJpPqgfJHQdLmr1dqUKUYNMluKaruWcUpTeYdZegt8lAVFs9ZKIIt0X2ti
2yaU/QAOZZuyBquc4Oi0BAixkBF1PkOxKPe5KNeA4rQ7MhZxIwVT3rS3EHZHe7qpQCm4Zrs/THtC
zFWtput//kfrOIUBa4yKo3MFffqmhXababXbWlqIuw2bT+ajJKoqEm7eCeKllWJCsWLaIV7DKvL
Ki65vXc3c17YhZmmSlt7hNbrYN82OUQbmUV0oQG4WErrC/NnT+Fjswp5uqjYf6yGU11Tqqvm7vh6k
s8eDbNVGaBnLQYoGfTtDITNqS6hJjjMJqmcbCaqoOBaJuE/bp+16ncuINLmpttFnZLIWSRPXNmpx
WhoYhk35r7OEwwQ2tTrcwz78w0AcxEI8xESEcF1FoWlPIWqWEY+fkVctzdAJs1cGxc0WhrXjY8Gz
s0m8SC5sQRBnaT9XeFPfhSEoYWblbrWHuVLobzjWN3LT/kVEyLVRc3i5pkFHh8YihcZdhGPLVnpE

h8fQpsZEN2UkpTxNJ8V6fMd77IFZm2DxZ0JrQ0BkNTbjRciBnGtRnGuVBMdKJDYdi1EleDx1Bmgl
9MnZNcPxRsNi3HQcG4Lx1zdlK2eNjGCvrHBgTHNppIGf/F4SN2R0DEIlXiUW2fpNcqY7HfMUwqq
7DVIZzchSHdodLFeu2C1fMUiFLuRxMsVFMPSlDW/7HSAF0nzQ8zgnMWZqzX7MW19tzaAI8mxx0Hq
TMU/S7kKVs1AFmVKvMWWzMVZNMchOLtrE7LrkUlvDDdqJNC2FmV7LMWs5WLYFc9n3EUfS8+O/HrD
A83J/kx3+rzNVYRBGPTNVPhW4FwK5IzFWiVtZ1Nt0czR7ux+Gh1GDcezn/dgj2zLtbFW1Ttx2sxa
v3doWrR7bpNkJE3QomzOQf3EhazM7nXOD23LmavUaud7FOZ+7tzJBg3NInB3MxKeePTnzU17uzP
O13SRX3S1wXSWh3SGfvMUoPGuCxWjKzWMl3GERaFXpNkzwPNrxVsW+1N7czWKV3O4zUOWbUgile
RLbMVa3Ees3OapV9RbfTDNZdiyxkbhyEXWQ1pqzZtObGnrzJoNSxl/1ii4wKnOx7cYNZHUvZmX0K
pU0arf3ZlE0Xs+3ZTmPKr01ji8zJEl3Evi0Tux3cNsI93MRd3MZ93Mid3Mq93Mzd3M692xJmxdI9
3dRd3dZ93did3dq93dzd3az82+AdBuI93qoQCAA7==

------1310014106186072528--

-------------000502040800060107030308--