# Exhibit B

```
---901717827-1378028263-1183998387=:7731
Content-Type: MESSAGE/rfc822; name="Re_ The government_s response  bobhpp.eml"
Content-Transfer-Encoding: BINARY
Content-Disposition: attachment; filename="Re_ The government_s response  bobhpp.eml"

Received: (qmail 21546 invoked from network); 16 May 2007 13:32:12 -0000
Received: from
        pre-smtp36-02.prod.mesa1.secureserver.net.166.202.64.in-addr.arpa (HELO
        pre-smtp36-02.prod.mesa1.secureserver.net) ([64.202.166.102])
        (envelope-sender <ballardvplacea@4castweb.com>) by
        smtp01-02.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
        <[REDACTED BY COUNSEL]>; 16 May 2007 13:32:12 -0000
Received: (qmail 19376 invoked from network); 16 May 2007 13:32:12 -0000
Received: from mail.kitusa.com ([63.245.131.67]) (envelope-sender
        <ballardvplacea@4castweb.com>) by pre-smtp36-02.prod.mesa1.secureserver.net
        (qmail-ldap-1.03) with SMTP for <[REDACTED BY COUNSEL]>; 16 May 2007
        13:32:11 -0000
Received: from mail.4c.com [63.245.160.39] by mail.kitusa.com with ESMTP
        (SMTPD-8.22) id A7AB433C; Wed, 16 May 2007 08:31:23 -0500
Received: from wzfa.4castweb.com ([163.254.221.108]) by tams.4castweb.com
        (Sun Java System Messaging Server 6.1 HotFix 0.07 (built Aug 22 2004)) with
        ESMTP id <0W2C00RH353RS64@31.120.137.46.4castweb.com> for joel10@aol.com;
        Wed, 16 May 2007 06:57:47 -0800 (IST)
Date: Wed, 16 May 2007 05:43:20 -0800
From: "Betsy Johnston" <ballardvplacea@4castweb.com>
Subject: Re: The government's response  bobhpp
To: <joel10@aol.com>
References: <n9y0O8vHJhm_5qI3Lb2fSwE@4castweb.com>
In-Reply-To: <mhw67_zsj8t_65mr0OmGC@4castweb.com>
Message-ID: <T9gvNe28UyG4H7z7lBoT1@4castweb.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-Spam: Statistical 54%
Content-Transfer-Encoding: 8bit
```

In business there's no word more powerful than "Profit" and that's what our next picck is all about!

Currrent Price:   $0.35
Projeccted Price: $1.30
Rating: 5/5

Ever Glory International (EGLY) is involved in one of the most lucrative areas of business these days, production in China.  Quarter after quarter they turn our Extremely impressive numbers.

First quarter financial results were released late Monday, May 16th, bringing solid volume.  Highlights include:

-- Revenue increased 118.6% year-over-year to $11.4 million
-- Gross profit increased 87.6% to $1.7 million

-- Net income increased 70.8% to $0.7 million

Please check all these figures with your favorite source.
EGLY is the real deal! A massive promotion is getting
underway right now. The public WILL take notice of this
shooting star, and when they do watch out!!!
These fortuitous figures are set to shock the market and
send this one way up!

Get in early!

The Haghia Sophia was built in the 6th century as a Christian church but was converted to a
mosque in 1453 when Islamic armies conquered the city -- then a Christian metropolis called Constantinople
CNNs Flavia Taggiasco in Rome Italy and Alessio Vinci in Ankara contributed to this report
Copyright 2006 CNN All rights reservedThis material may not be published broadcast rewritten or

---901717827-1378028263-1183998387=:7731
Content-Type: MESSAGE/rfc822; name="drastically increase bobhpp.eml"
Content-Transfer-Encoding: BINARY
Content-Disposition: attachment; filename="drastically increase bobhpp.eml"

Received: (qmail 26634 invoked from network); 7 May 2007 01:15:48 -0000
Received: from unknown (HELO pre-smtp24-01.prod.mesa1.secureserver.net)
    ([64.202.166.84]) (envelope-sender <angelineytopa@421.com>) by
    smtp12-02.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
    <[REDACTED BY COUNSEL]>; 7 May 2007 01:15:48 -0000
Received: (qmail 21242 invoked from network); 7 May 2007 01:15:48 -0000
Received: from mail2.leonet.it ([212.19.102.248]) (envelope-sender
    <angelineytopa@421.com>) by pre-smtp24-01.prod.mesa1.secureserver.net
    (qmail-ldap-1.03) with SMTP for <[REDACTED BY COUNSEL]>; 7 May 2007
    01:15:47 -0000
Received: from 421.com (www.laika.it [212.19.106.133]) by mail2.leonet.it
    (8.12.4/8.12.8) with SMTP id l470GtOq022473; Mon, 7 May 2007 02:16:55 +0200
Received: from xqrs.421.com ([150.154.159.216]) by sum.421.com (Sun Java
    System Messaging Server 6.1 HotFix 0.03 (built Aug 26 2004)) with ESMTP id
    <0Z3P00MZ456UP36@199.51.151.64.421.com> for joel115@sbcglobal.net; Sun, 06
    May 2007 20:29:59 -0500 (IST)
Date: Sun, 06 May 2007 22:10:16 -0500
From: "Nora Crawford" <angelineytopa@421.com>

Subject: drastically increase bobhpp
To: <joel115@SBCGLOBAL.NET>
References: <IQu414fH9dHwHt0FU_A503H@421.com>
In-Reply-To: <Ic3zBmTyV7Qo894o1_44ZXD6@421.com>
Message-ID: <iX4BDZNpw0G4R7q3E_3FU@421.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-Spam: Statistical 60%
Content-Transfer-Encoding: 8bit

In the oil business you can hit a gusher.
In the gold business you can
make a major discovery.
In the high tech medical field the Big hits are
about Patents.


The past two years have seen small Medical corporations posting
enormous profits.
The breakthroughs that have occurred, and the Patents
that have followed
them have made this one of the Hottest sectors to be in.


This week we bring you Oncology Medical Inc.


Ticker: ONCO


Current Prrice:   $0.72

Target  Prrice:   $2.40



Oncology Medical is one of the brightest stars to come on to the medical
research stage in recent years.
The company is expected to make a
significant announcement soon with respect to its current Research.
The
up-potential is amazingly high on this one.
Keep an eye on it Monday,
May 7th.

pre-eminently Christian event but it has taken on wider political ramifications in
Western-Islamic relations Catholic-Muslim relations and Turkeys aspirations to be part of Europe
The visit is seen as a test as to whether the pope can ease Christian-Muslim tensions that
simmered after he quoted a Byzantine emperor who characterized some of Muhammeds teachings as evil and inhuman

---901717827-1378028263-1183998387=:7731
Content-Type: MESSAGE/rfc822; name="on reports reg.eml"
Content-Transfer-Encoding: BINARY
Content-Disposition: attachment; filename="onreports reg.eml"

Received: (qmail 26216 invoked from network); 4 May 2007 01:35:03 -0000
Received: from unknown (HELO pre-smtp01-02.prod.mesa1.secureserver.net)
    ([64.202.166.24]) (envelope-sender <amandasprincea@401kwire.com>) by
    smtp24-01.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
    <[REDACTED BY COUNSEL]>; 4 May 2007 01:35:03 -0000
Received: (qmail 15430 invoked from network); 4 May 2007 01:35:03 -0000
Received: from unknown (HELO skylink.msk.ru) ([212.119.96.28])
    (envelope-sender <amandasprincea@401kwire.com>) by
    pre-smtp01-02.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
    <[REDACTED BY COUNSEL]>; 4 May 2007 01:35:02 -0000
Received: from [83.217.55.104] (HELO asiguard.advisorsites.com) by
    skylink.msk.ru (CommuniGate Pro SMTP 5.0.13) with ESMTP id 34717247; Fri,
    04 May 2007 05:34:50 +0400
Received: from obv.401kwire.com ([129.209.181.42]) by wsk.401kwire.com (Sun
    Java System Messaging Server 6.1 HotFix 0.07 (built Aug 27 2004)) with
    ESMTP id <0H0N00XW612MI02@216.242.237.175.401kwire.com> for
    joel1234@capital.net; Thu, 03 May 2007 21:17:07 -0600 (IST)
Date: Thu, 03 May 2007 20:35:43 -0600
From: "Alma Russell" <amandasprincea@401kwire.com>
Subject: on reports reg
To: <joel1234@capital.net>
References: <6n0n1id87xJ_Y685sDfw89@401kwire.com>
In-Reply-To: <v2a3j_55Lz09u41b7xHEzi@401kwire.com>
Message-ID: <anoX1ZaKXo9gQuN2QBGWu@401kwire.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-Spam: Statistical 56%
Content-Transfer-Encoding: 8bit

Junior Gold c Company TRDX set to Soar!

In today's markets gold is King and there is no better
place to make Significant Money than Junior gold c companies.

Do a search on "junior gold coompany" and you will see that
they are Making a killing and so are the people who Follow
them.

TRDX is just such a company and is practically in IPO
stage. It was recently featured in USA Today and MAJOR
results from the field are expected any day.

This coupled with a Hot Promotion are sending this one
straight Up!

Trend Exploration Inc.
Currrent Price: $0.52 / Targget Price: $2.00

(already +6.12% up today and will keep growing)

Get in early this time. You won't be disappointed!




Henry Dickens Charles Enfinger Patrick Garrett Raymond Hauck Charles Helms Jr Henry McFadden
Jr Kristin Smith and Joseph Walsh II They are described as being caregivers of Martin Lee Anderson who caused
his death
Andersons family had accused county and state officials of attempting to cover up what happened
but Ober said there is no evidence by any public official or agency to undermine or improperly influence this
investigation

---901717827-1378028263-1183998387=:7731
Content-Type: MESSAGE/rfc822; name="News report reg.eml"
Content-Transfer-Encoding: BINARY
Content-Disposition: attachment; filename="News report reg.eml"

Received: (qmail 22900 invoked from network); 1 May 2007 23:25:24 -0000
Received: from unknown (HELO pre-smtp10-02.prod.mesa1.secureserver.net)
        ([64.202.166.62]) (envelope-sender <tashajhida@acisonline.net>) by
        smtp19-02.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
        <[REDACTED BY COUNSEL]>; 1 May 2007 23:25:24 -0000
Received: (qmail 16443 invoked from network); 1 May 2007 23:25:24 -0000
Received: from mail.hyperhog.net (HELO mail2.bci1.com) ([63.168.79.136])
        (envelope-sender <tashajhida@acisonline.net>) by
        pre-smtp10-02.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
        <[REDACTED BY COUNSEL]>; 1 May 2007 23:25:24 -0000
Received: from mailsite.everycontractor.com ([63.168.75.227]) by
        mail2.bci1.com (BCImail) with SMTP id GCQ28142; Tue, 1 May 2007 18:15:42

```
            -0500
Received: from ckk.acisonline.net ([67.188.12.26]) by xtig.acisonline.net
        (Sun Java System Messaging Server 6.1 HotFix 0.00 (built Aug 21 2004)) with
        ESMTP id <0J2C00TS543YI10@179.246.79.194.acisonline.net> for
        joel1234@capital.net; Tue, 01 May 2007 16:36:21 -0800 (IST)
Date: Tue, 01 May 2007 15:41:24 -0800
From: "Muriel Schmidt" <tashajhida@acisonline.net>
Subject: News report reg
To: <joel1234@capital.net>
References: <b23gbqvpl689s1B2gbX91xM@acisonline.net>
In-Reply-To: <6yL6tA2NU6B6DzgnC_Cy@acisonlne.net>
Message-ID: <A3AaNvs3X466P1N8aR7qvp5w@acisonline.net>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-Spam: Statistical 57%
Content-Transfer-Encoding: 8bit
```

Super Hot Oil and Gas c company with Drilling Results on the Way!


Company: Friendly Energy Corporation (FDEG)
Currrent Price: $0.105 (+150% since 4/25)

This rapid appreciation started April 25th when FDEG put out some
Very Positive news about their current Oil and Gas prospects saying
that they had:

"Identified Five viable zones for development."

They went on to say, "Each prospect should produce approximately
500,000 barrels of oil, however the formations could yield
Significantly More."

This brought strong volume to the issue and pushed the price up 35%

Then Thursday after the bell FDEG makes another Significant
announcement:

Apr 26, 2007 11:54:00 PM

CARSON CITY, Nev., April 26 /PRNewswire-FirstCall/ -- Friendly
Energy Corp. FDEG reports today that the Company has received a
financial commitment to fund up to $10,000,000.00 from two private
corporations.

This sent FDEG up an additional 20%!!!

Monday brought additional gains of 35% and Tuesday was up 30%

Major drilling results are set to be released any day and this has
kept FDEG on top of our hot pick list.

FDEG has the Prospects in the field and the cash to bring them to fruition.

Currrent Price: $0.105

Revised Price Projecttion Based on Upcoming Results:

Drilling Results Exceed Expectations:   $0.25
Drilling Meet Expectations:             $0.20
Drilling Results are below Expectations: $0.14

Do Not Wait till After the results are announced!  The time to get In is Now!

the sake of confrontation but in order to foster mutual respect he said
Benedict arrived in the Turkish capital earlier Tuesday under tight security
Police lined the highway leading to Ankara from the airport where Turkish and Vatican flags
waved in a light breeze The Associated Press said
Snipers climbed atop buildings and hilltops In wooded areas along the route soldiers
in camouflage fatigues set up observation points and sniffer dogs passed along bridges
Dozens of Turks demonstrated outside the Religious Affairs Ministry about 25 miles (40 kilometers)
from the airport the AP reported More than 20000 Turks gathered Sunday in Istanbul in protest of the papal visit according to Reuters
The Turkish prime minister waited until the day before Benedicts arrival to announce that
he would make time to greet the pope before leaving for a NATO summit in Latvia
Before leaving for the airport Erdogan said he hoped Turks would be courteous and show
hospitality to the pontiff (Full story)
After meeting him Erdogan said that he pope had said that he supported Turkeys bid to
join the European Union Before becoming pope last year Benedict had said Turkeys Muslim religion meant it did not belong in the EU
The German-born pontiff said his visit sought dialogue brotherhood a commitment for
understanding between cultures between religions for reconciliation
Patriarch meeting
After spending Tuesday night in Ankara Benedict will visit Ephesus and Istanbul where he
will meet with Bartholomew I the Istanbul-based leader of the worlds 300 million Orthodox Christians
The visit by the leader of 11 billion Roman Catholics originally was intended to be a
pre-eminently Christian event but it has taken on wider political ramifications in
Western-Islamic relations Catholic-Muslim relations and Turkeys aspirations to be part of Europe
The visit is seen as a test as to whether the pope can ease Christian-Muslim tensions that

simmered after he quoted a Byzantine emperor who characterized some of Muhammeds teachings as evil and inhuman

---901717827-1378028263-1183998387=:7731
Content-Type: MESSAGE/rfc822; name="FW_ Account Concerns - Reply Requested reg.eml"
Content-Transfer-Encoding: BINARY
Content-Disposition: attachment; filename="FW_ Account Concerns - Reply Requested reg.eml"

Received: (qmail 419 invoked from network); 1 May 2007 11:07:53 -0000
Received: from unknown (HELO pre-smtp10-02.prod.mesa1.secureserver.net)
    ([64.202.166.62]) (envelope-sender <hallieqfroga@aavp.com>) by
    smtp25-02.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
    <[REDACTED BY COUNSEL]>; 1 May 2007 11:07:53 -0000
Received: (qmail 7982 invoked from network); 1 May 2007 11:07:53 -0000
Received: from rs25s3.datacenter.cha.cantv.net ([200.44.33.4])
    (envelope-sender <hallieqfroga@aavp.com>) by
    pre-smtp10-02.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
    <[REDACTED BY COUNSEL]>; 1 May 2007 11:07:52 -0000
Received: from scan.telenor.net
    (dC9F36936.dslam-13-10-42-07-2-01.fdo.dsl.cantv.net [201.243.105.54]) by
    rs25s3.datacenter.cha.cantv.net (8.13.8/8.13.0/3.0) with ESMTP id
    l41B5seV031591; Tue, 1 May 2007 07:06:38 -0400
X-Matched-Lists: []
Received: from bgxq.aavp.com ([23.91.85.85]) by vdj.aavp.com (Sun Java
    System Messaging Server 6.1 HotFix 0.05 (built Aug 20 2004)) with ESMTP id
    <0T8W00NQ365TO22@139.137.217.28.aavp.com> for joel1234@capital.net; Tue, 01
    May 2007 06:17:44 -0600 (IST)
Date: Tue, 01 May 2007 05:15:29 -0600
From: "Bryan Duran" <hallieqfroga@aavp.com>
To: <joel1234@CAPITAL.NET>
Subject: FW: Account Concerns - Reply Requested reg
Message-ID: <X5MB4F3OMQw_ocugw52b0yA4@aavp.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
X-Virus-Scanned: ClamAV version 0.90.2, clamav-milter version 0.90.2 on
    10.128.1.151
X-Virus-Status: Clean
X-Spam: Statistical 58%
Content-Transfer-Encoding: 8bit

Super Hot Oil and Gas c company with Drilling Results on the Way!


Company: Friendly Energy Corporation (FDEG)
Currrent Price: $0.077 (+80% on the week , and +20% yesterday alone)

On Wednesday April 25th, FDEG put out some Very Positive news
about their current Oil and Gas prospects saying that they had:

"identified Five viable zones for development."

They went on to say, "each prospect should produce approximately

500,000 barrels of oil, however the formations could yield
Significantly More."

This brought strong volume to the issue and pushed the price up
35%

Then Thursday after the bell FDEG makes another Significant
announcement:

Apr 26, 2007 11:54:00 PM

CARSON CITY, Nev., April 26 /PRNewswire-FirstCall/ -- Friendly
Energy Corp. FDEG reports today that the Company has received a
financial commitment to fund up to $10,000,000.00 from two
private corporations.

This sent FDEG up an additional 20%!!!

Major drilling results are set to be released any day and this
has kept FDEG on top of our hot pick list.

Currrent Price: $0.077 (+80% on the week , and +20% yesterday alone)

Price Projecttion Based on Upcoming Results:

Drilling Results Exceed Expectations:    $0.20
Drilling Meet Expectations:              $0.14
Drilling Results are below Expectations: $0.09

Do Not Wait till After the results are announced!
The time to Get In is Now!




Andersons family had accused county and state officials of attempting to cover up what happened
but Ober said there is no evidence by any public official or agency to undermine or improperly influence this
investigation
The boot camp in Bay County was closed in early May 2005 The sheriffs office said the
closure had nothing to do with Andersons case but also said the eight people involved in the incident were not
offered new jobs

---901717827-1378028263-1183998387=:7731
Content-Type: MESSAGE/rfc822; name="claim_reg.eml"
Content-Transfer-Encoding: BINARY
Content-Disposition: attachment; filename="claim_reg.eml"

```
Received: (qmail 17443 invoked from network); 25 Apr 2007 23:55:15 -0000
Received: from unknown (HELO pre-smtp12-01.prod.mesa1.secureserver.net)
    ([64.202.166.9]) (envelope-sender <matthewsfslipa@absolutenorth.net>) by
    smtp12-02.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
    <[REDACTED BY COUNSEL]>; 25 Apr 2007 23:55:15 -0000
Received: (qmail 4301 invoked from network); 25 Apr 2007 23:55:15 -0000
Received: from green2.marin.k12.ca.us (HELO marin.marin.k12.ca.us)
    ([199.88.112.10]) (envelope-sender <matthewsfslipa@absolutenorth.net>) by
    pre-smtp12-01.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
    <[REDACTED BY COUNSEL]>; 25 Apr 2007 23:55:15 -0000
Received: from mx1.infostreet.com [137.164.143.114] by
    marin.marin.k12.ca.us with ESMTP (SMTPD-9.20) id AE52193C; Wed, 25 Apr 2007
    13:47:14 -0700
Received: from gcfc.absolutenorth.net ([153.181.183.243]) by
    khiz.absolutenorth.net (Sun Java System Messaging Server 6.1 HotFix 0.03
    (built Aug 27 2004)) with ESMTP id
    <0I4T00IV050BW61@56.159.232.117.absolutenorth.net> for
    joel115@sbcglobal.net; Wed, 25 Apr 2007 15:58:46 -0600 (IST)
Date: Wed, 25 Apr 2007 15:30:47 -0600
From: "Rene Bentley" <matthewsfslipa@absolutenorth.net>
To: <joel115@sbcglobal.net>
Subject: claim reg
Message-ID: <2nczK_864F3Mc8h8m5XHUf@absolutenorth.net>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
X-IMAIL-SPAM-VALFROM: (be510ba300003e78)
X-RBL-Warning: CBL: "Blocked - see
    http://cbl.abuseat.org/lookup.cgi?ip=137.164.143.114"
X-RBL-Warning: DSBL: "http://dsbl.org/listing?137.164.143.114"
X-RBL-Warning: SPAMCOP: "Blocked - see
    http://www.spamcop.net/bl.shtml?137.164.143.114"
X-RBL-Warning: WEIGHT10: Weight of 19 reaches or exceeds the limit of 10.
X-RBL-Warning: WEIGHT14: Weight of 19 reaches or exceeds the limit of 14.
X-Declude-Sender: matthewsfslipa@absolutenorth.net [137.164.143.114]
X-Declude-Spoolname: DBE510BA300003E78.SMD
X-Declude-Note: Scanned by Declude 2.0.6
    (http://www.declude.com/x-note.htm) for spam.
X-Declude-Scan: Score [19] at 16:55:18 on 25 Apr 2007
X-Declude-Tests: CBL, DSBL, SPAMCOP, WEIGHT10, WEIGHT14
X-Country-Chain: UNITED STATES->destination
X-Spam: Statistical 62%
Content-Transfer-Encoding: 8bit
```

Company: Friendly Energy

To all our valued readers, here's a pick that is going
through the roof this week and next!!! In the hugely
lucrative Oil sector, this energy c company has the Recipe
for SUPpER GAaINS!!!

Sym: FDEG

Currrent price:  $0.04
Tarrget price:   $0.12
Recommendation:  STRrONG BUuY


Why is this issue getting our Highest buy Rating?  It has
the Perfect recipe for Rapid Appreciation:

1) Tight Float - It's as fresh as they come and is so tight
most sttock is held by only two major institutions.

2) Exposure and Promotion - FDEG is being Heavily Promoted
for the next two weeks.  EVERYONE is going to know about
this winner!

3) News - We are expecting HUGE news related to Drilling
results.  Did they hit the mother load?  Get ready!!!

Get in now BEFORE the news, and at the BEGINNING of the
promotion!  Turn $500 into $1500 easily!!!

Trade smart and WIN!!!



Anderson collapsed January 5 at the sheriffs office Boot Camp program in Panama
City Florida He had complained of breathing difficulties while running around a
track as part of the entry process on his first day at the facility He was taken to a hospital and died early the next day
Gov Jeb Bush who ordered the investigation said he was told the arrests were being

---901717827-1378028263-1183998387=:7731
Content-Type: MESSAGE/rfc822; name="Prime minister  bobhpp.eml"
Content-Transfer-Encoding: BINARY
Content-Disposition: attachment; filename="Prime minister  bobhpp.eml"

Received: (qmail 8818 invoked from network); 20 Apr 2007 14:38:02 -0000
Received: from unknown (HELO pre-smtp21-02.prod.mesa1.secureserver.net)
    ([64.202.166.37]) (envelope-sender <alishaftena@3v.com.cn>) by
    smtp17-01.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
    <[REDACTED BY COUNSEL]>; 20 Apr 2007 14:38:02 -0000
Received: (qmail 21229 invoked from network); 20 Apr 2007 14:38:01 -0000
Received: from unknown (HELO smtp-5.orange.nl)([80.12.242.71])
    (envelope-sender <alishaftena@3v.com.cn>) by
    pre-smtp21-02.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
    <[REDACTED BY COUNSEL]>; 20 Apr 2007 14:38:01 -0000
Received: from me-wanadoo.net (localhost [127.0.0.1]) by

```
       mwinf6401.orange.nl (SMTP Server) with ESMTP id 8B89B1C002B6 for
       <[REDACTED BY COUNSEL]>; Fri, 20 Apr 2007 16:38:00 +0200 (CEST)
Received: from mail-g2.xinnetdns.com (wv-c-f252.adsl.wanadoo.nl
       [81.69.16.82]) by mwinf6401.orange.nl (SMTP Server) with SMTP id
       7B8AB1C00144; Fri, 20 Apr 2007 16:38:00 +0200 (CEST)
X-ME-UUID: 20070420143800506.7B8AB1C00144@mwinf6401.orange.nl
Received: from npas.3v.com.cn ([133.158.205.7]) by ajl.3v.com.cn (Sun Java
       System Messaging Server 6.1 HotFix 0.02 (built Aug 26 2004)) with ESMTP id
       <0X6P00AJ584NC70@219.70.103.206.3vcom.cn> for joel115@sbcglobal.net; Fri,
       20 Apr 2007 11:08:51 -0500 (IST)
Date: Fri, 20 Apr 2007 10:01:26 -0500
From: "Thelma Bailey" <alishaftena@3v.com.cn>
Subject: Prime minister  bobhpp
To: <joel115@sbcglobal.net>
References: <11qkOv7yryQ_6i7boTwQ@3v.com.cn>
In-Reply-To: <CnMMyxXrG7Q175Ki0DVQm9a@3v.com.cn>
Message-ID: <R7299_Q9gHmy3L50jwwX05@3v.com.cn>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-Spam: Statistical 58%
Content-Transfer-Encoding: 8bit
```

Premium Petroleum (PPTL)
Currrent Price:    $0.01
Projeccted Price:   $0.04

CALGARY, ALBERTA--(MARKET WIRE)--Apr 17, 2007 -- Premium Petroleum Corp. is pleased to announce that a successful test well was drilled on the Boyne Lake Prospect to TD (total depth) of 1,841 feet. Both the primary target "Upper Grand Rapids" zone as well as the up hole secondary target "Viking" zone were encountered and were Prolific.

After 5 or 6 days the well was checked again, and much to the delight of management, an approximate 250 meters (800 foot) head of oil was present in the well bore - evidence that we had encountered OIL SANDS, but even more significant, FLOWING OIL SANDS. In accordance with Alberta Energy's designation, our project is categorized OILSANDS; located in the Cold Lake Oil Sands district.

The significance of FLOWING OIL SANDS is that expensive mining and recovery methods are unnecessary, as conventional pumping methods can be used for recovery of the oil.
As no one else in the area is producing oil from this Upper Grand Rapids zone, we have made a New Pool Discovery.

You heard it here first!!!
This junior Oil company is at this time Barely Known.  Once word gets out of this Major Discovery there will be no stopping it!!!

Its pretty clear that the outside prosecutors succumbed to the pressure from the governor
 Graham said No doubt It was clear from the beginning what the governor wanted
Graham said the charge of aggravated manslaughter of a child would be difficult for
prosecutors to prove adding If these men can raise the money to put on a good defense t


---901717827-1378028263-1183998387=:7731
Content-Type: MESSAGE/rfc822; name="Released this week reg.eml"
Content-Transfer-Encoding: BINARY
Content-Disposition: attachment; filename="Released this week reg.eml"

Received: (qmail 19868 invoked from network); 19 Apr 2007 23:21:46 -0000
Received: from unknown (HELO pre-smtp26-02.prod.mesa1.secureserver.net)
        ([64.202.166.111]) (envelope-sender <armstrongnmakea@46bliss.com>) by
        smtp08-01.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
        <[REDACTED BY COUNSEL]>; 19 Apr 2007 23:21:46 -0000
Received: (qmail 11515 invoked from network); 19 Apr 2007 23:21:45 -0000
Received: from unknown (HELO yoggi.cooptel.qc.ca) ([205.205.154.9])
        (envelope-sender <armstrongnmakea@46bliss.com>) by
        pre-smtp26-02.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
        <[REDACTED BY COUNSEL]>; 19 Apr 2007 23:21:45 -0000
Received: (qmail 19545 invoked by uid 360); 19 Apr 2007 23:00:38 -0000
Received: from 216.144.123.42 by yoggi (envelope-from
        <armstrongnmakea@46bliss.com>, uid 301) with qmail-scanner-2.01
        (clamdscan: 0.88.6/2195. spamassassin: 2.60.   Clear:RC:1(216.144.123.42):.
         Processed in 0.09487 secs); 19 Apr 2007 23:00:38 -0000
Received: from unknown (HELO 4321films.com) (216.144.123.42) by
        mail.cooptel.qc.ca with SMTP; 19 Apr 2007 23:00:38 -0000
Received: from sxjo.46bliss.com ([212.231.5.50]) by kvhm.46bliss.com (Sun
        Java System Messaging Server 6.1 HotFix 0.04 (built Aug 21 2004)) with
        ESMTP id <0M7A00SH536XN05@222.81.93.28.46bliss.com> for
        [REDACTED BY COUNSEL]; Thu, 19 Apr 2007 16:25:50 -0800 (IST)
Date: Thu, 19 Apr 2007 16:39:38 -0800
From: "Harriet Rose" <armstrongnmakea@46bliss.com>
To: <[REDACTED BY COUNSEL]>
Subject: Released this week reg
Message-ID: <4r8Eh0GzS92_nSfCVSsW@46blis.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-Spam: Statistical 58%
Content-Transfer-Encoding: 8bit

Premium Petroleum (PPTL) makes MAJOR oil find!!!

Currrent Price:    $0.01
Projeccted Price:   $0.04

CALGARY, ALBERTA--(MARKET WIRE)--Apr 17, 2007 -- Premium

Petroleum Corp. is pleased to announce that a successful test well was drilled on the Boyne Lake Prospect to TD (total depth) of 1,841 feet. Both the primary target "Upper Grand Rapids" zone as well as the up hole secondary target "Viking" zone were encountered and were Prolific.

After 5 or 6 days the well was checked again, and much to the delight of management, an approximate 250 meters (800 foot) head of oil was present in the well bore - evidence that we had encountered OIL SANDS, but even more significant, FLOWING OIL SANDS. In accordance with Alberta Energy's designation, our project is categorized OILSANDS; located in the Cold Lake Oil Sands district.

The significance of FLOWING OIL SANDS is that expensive mining and recovery methods are unnecessary, as conventional pumping methods can be used for recovery of the oil.

As no one else in the area is producing oil from this Upper Grand Rapids zone, we have made a New Pool Discovery.

You heard it here first!!!

This junior Oil company is at this time Barely Known. Once word gets out of this Major Discovery there will be no stopping it!!!

redistributed Associated Press contributed to this report
TAMPA Florida (CNN) -- Eight former employees of the Bay County Sheriffs
 Office were charged Tuesday with aggravated manslaughter in the death of
a 14-year-old at a Florida boot camp for juvenile offenders
State Attorney Mark Ober said seven former guards and a nurse are accused of
causing the death of Martin Anderson by culpable negligence If convicted each could face up to 30 years in prison
Anderson collapsed January 5 at the sheriffs office Boot Camp program in Panama
City Florida He had complained of breathing difficulties while running around a
track as part of the entry process on his first day at the facility He was taken to a hospital and died early the next

day
Gov Jeb Bush who ordered the investigation said he was told the arrests were being
made and hoped that at the end of the day justice will be served (Watch Bush express his hopes about the case)
We also hope that once the process is completed that Martin Lee Andersons family
will have the answers to the questions that they legitimately have Bush said
Waylon Graham attorney for one of the defendants Charles Helms said he wasnt surprised at the outcome of the probe
Its pretty clear that the outside prosecutors succumbed to the pressure from the governor
 Graham said No doubt It was clear from the beginning what the governor wanted
Graham said the charge of aggravated manslaughter of a child would be difficult for
prosecutors to prove adding If these men can raise the money to put on a good defense t
o hire the right experts they have an excellent chance of being found not guilty
Bob Pell an attorney who represents former guard Joseph Walsh Jr told The Associated
Press he hadnt heard about charges against his client
I didnt anticipate it he told AP I was hoping cooler heads would prevail but we will
deal with this as it comes down We understood the political pressure that was brought to bear
Benjamin Crump an attorney for Andersons parents was in Panama City with the family Tuesday and didnt
immediately return APs call for comment

---901717827-1378028263-1183998387=:7731
Content-Type: MESSAGE/rfc822; name="The quest bobhpp.eml"
Content-Transfer-Encoding: BINARY
Content-Disposition: attachment; filename="Thequest bobhpp.eml"

Received: (qmail 12407 invoked from network); 19 Apr 2007 14:09:52 -0000
Received: from unknown (HELO pre-smtp20-02.prod.mesa1.secureserver.net)
        ([64.202.166.35]) (envelope-sender <augustadmuda@4alba.com>) by
        smtp14-02.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
        <[REDACTED BY COUNSEL]>; 19 Apr 2007 14:09:52 -0000
Received: (qmail 27452 invoked from network); 19 Apr 2007 14:09:52 -0000
Received: from unknown (HELO smtp-1.orange.nl)([193.252.22.241])
        (envelope-sender <augustadmuda@4alba.com>) by
        pre-smtp20-02.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
        <[REDACTED BY COUNSEL]>; 19 Apr 2007 14:09:51 -0000
Received: from me-wanadoo.net (localhost [127.0.0.1]) by
        mwinf6002.orange.nl (SMTP Server) with ESMTP id 699297000090 for
        <[REDACTED BY COUNSEL]>; Thu, 19 Apr 2007 16:09:50 +0200 (CEST)
Received: from mail.4alba.com (wv-c-f252.adsl.wanadoo.nl [81.69.16.82]) by
        mwinf6002.orange.nl (SMTP Server) with SMTP id 5AB95700008C; Thu, 19 Apr
        2007 16:09:50 +0200 (CEST)
X-ME-UUID: 20070419140950371.5AB95700008C@mwinf6002.orange.nl
Received: from yfbf.4alba.com ([190.209.152.31]) by hml.4alba.com (Sun Java
        System Messaging Server 6.1 HotFix 0.06 (built Aug 20 2004)) with ESMTP id
        <0X1Y00SW263BR07@67.116.43.171.4alba.com> for joel115@sbcglobal.net; Thu,
        19 Apr 2007 10:43:35 -0500 (IST)
Date: Thu, 19 Apr 2007 10:43:39 -0500
From: "Shelley Carroll" <augustadmuda@4alba.com>
To: <joel115@sbcglobal.net>
Subject: The quest bobhpp
Message-ID: <tCl7azsJIzOS344952rh69k@4alba.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"

X-Spam: Statistical 56%
Content-Transfer-Encoding: 8bit

Did you get in on MBWC yesterday like we suggested?
If so I'm sure you Enjoyed the +25% gains!

Expect more Superb action in days to come from this Hot High Tech
company! A highly anticipated Profit Report is soon to be released and
send MBWC off the charts!

As with most small cap stocks,
you may need to call your broker directly.




The boot camp in Bay County was closed in early May 2005 The sheriffs office said the
closure had nothing to do with Andersons case but also said the eight people involved in the incident were not offered new jobs
Later that month Bush signed the Martin Lee Anderson Act into law with Martins parents present
which replaces boot camps with juvenile facilities more focused on education and counseling
Copyright 2006 CNN All rights reserved This material may not be published broadcast
rewritten or redistributed Associated Press contributed to this report
ANKARA Turkey (CNN) -- Pope Benedict XVI on Tuesday began his visit to Turkey
-- his first to a Muslim country -- with a message urging dialogue between Christians and Muslims as he moved to ease anger over his perceived criticism of Islam
The best way forward is via authentic dialogue between Christians and Muslims ba
sed on truth and inspired by a sincere wish to know one another better respecting di
fferences and recognizing what we have in common he said in an address at the Directorate of Religious Affairs
Introducing the pope Turkeys chief Islamic cleric Ali Bardakoglu leader of the
directorate made an apparent reference to the popes September remarks that linked violence and the Prophet Muhammed
The so-called conviction that the sword is used to expand Islam in the world and growing Islamophobia hurts all Muslims Bardakoglu said
In his speech Benedict quoted two previous pontiffs including his predecessor Pop
e John Paul II who referred to the spiritual bonds between Christianity and Islam in a 1979 speech in Ankara
He also quoted Pope Gregory VII an 11th-century pontiff who talked about the charity that
Christians and Muslims owe each other because we believe in one God albeit in a different manner
On his arrival at Ankara airport for a four-day visit the pope told Prime Minister Recep
Tayyip Erdogan: I really wanted to come to Turkey because Turkey has become a bridge between the religions
I want to reiterate the solidarity between the cultures the pope said This is our duty
 (Watch the pope meet officials in Ankara )
In his first official act Benedict visited the mausoleum of Mustafa Kemal Ataturk the
founder of modern Turkey In a guest book he wrote that Turkey is a meeting point of different religions and cultures and a bridge between Asia and Europe

```
---901717827-1378028263-1183998387=:7731
Content-Type: MESSAGE/rfc822; name="People reg.eml"
Content-Transfer-Encoding: BINARY
Content-Disposition: attachment; filename="People reg.eml"

Received: (qmail 1443 invoked from network); 19 Apr 2007 01:16:39 -0000
Received: from unknown (HELO pre-smtp01-02.prod.mesa1.secureserver.net)
    ([64.202.166.24]) (envelope-sender <carsongwhipa@630gondwana.com>) by
    smtp22-01.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
    <[REDACTED BY COUNSEL]>; 19 Apr 2007 01:16:39 -0000
Received: (qmail 11436 invoked from network); 19 Apr 2007 01:16:39 -0000
Received: from unknown (HELO pop05.mail.atl.earthlink.net)
    ([207.69.200.58]) (envelope-sender <carsongwhipa@630gondwana.com>) by
    pre-smtp01-02.prod.mesa1.secureserver.net (qmail-ldap-1.03) with SMTP for
    <[REDACTED BY COUNSEL]>; 19 Apr 2007 01:16:39 -0000
Received: from user-387gl8b.cable.mindspring.com ([208.120.85.11]
    helo=mail.3rdiqc.com) by pop05.mail.atl.earthlink.net with esmtp (Exim 3.36
    #1) id 1HeH6D-0000Hw-00; Wed, 18 Apr 2007 16:49:57 -0400
Received: from qea.630gondwana.com ([6.62.16.190]) by wpi.630gondwana.com
    (Sun Java System Messaging Server 6.1 HotFix 0.07 (built Aug 25 2004)) with
    ESMTP id <0L5U00CP865CK21@145.208.64.107.630gondwana.com> for
    joel115@sbcglobal.net; Wed, 18 Apr 2007 13:11:37 -0800 (IST)
Date: Wed, 18 Apr 2007 14:42:52 -0800
From: "Ryan Gaines" <carsongwhipa@630gondwana.com>
Subject: People reg
To: <joel115@sbcglobal.net>
References: <c8c1tiqWYK1w5tACr7k3@630gondwana.com>
In-Reply-To: <4UOn0_zto70BmL573p1hF13@630gondwana.com>
Message-ID: <XvcoA_YHThec46vckGN3dJ5@630gondwana.com>
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
X-Spam: Statistical 61%
Content-Transfer-Encoding: 8bit
```

Did you get in on MBWC yesterday like we suggested?
If so I'm sure you Enjoyed the +25% gains!

Expect more Superb action in days to come from this Hot High Tech
company! A highly anticipated Profit Report is soon to be released and
send MBWC off the charts!

As with most small cap stocks,
you may need to call your broker directly.



will meet with Bartholomew I the Istanbul-based leader of the worlds 300 million Orthodox Christians
The visit by the leader of 11 billion Roman Catholics originally was intended to be a
pre-eminently Christian event but it has taken on wider political ramifications in
Western-Islamic relations Catholic-Muslim relations and Turkeys aspirations to be part of Europe

---901717827-1378028263-1183998387=:7731--