# Exhibit F

Groups                                                                      Help | Sign in

# news.admin.net-abuse.email

Search this g | Search Gro

## Ameritrade Spam Again                                    Options

**Discussions**
  + new post

Messages **1** - **25** of **60**                                          Newer >

About this group
Subscribe to this group

**Thomas**  View profile                          Jul 29 2006, 12:01 pm

This is a Usenet group - learn more

Newsgroups: **news.admin.net-abuse.email**
From: **"Thomas" <tomwin...@gmail.com>**
Date: **28 Jul 2006 17:01:42 -0700**
Local: **Sat, Jul 29 2006 12:01 pm**
Subject: **Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author

Sponsored Links

Power E*TRADE
100 Commission-Free Stock Trades
Apply Now at E*TRADE Securities.
ETRADE.com

Update on this thread from December:

http://groups.google.com/group/news.admin.net-abuse.email/msg/1de050b...

I just changed my original unique Ameritrade email address which was
getting spammed, to a new unique email address, on my first account on
7/6/2006, and on my second account on 7/14/2006.

Today (7/28/2006) I received a spam at this new address. It is not an
easily guessed address (aaaaaa-aaaaa-aaa@ourdomain, where a's are
letters, some random). My machines have not been compromised by
viruses. The answer is Ameritrade is leaking them, in my opinion.

I complained to them again today, and within 10 minutes I received a
form letter response concering Ameritrade's privacy policy, as if that
is what I am complaining about. (NOWHERE does it tell me they divulge
my email address to raunchy spammers.) I believe their is an employee
selling our information, or a security leak at ameritrade. No one seems
to believe me, but the thread I referenced above should make someone at
Ameritrade wake up before someone with more time than I have decides to
get serious, legally.

I have decided to perform an experiment. I have just updated my
ameritrade addresses to a set of 47 random characters, drawn from a
38-character pool (a-z, 0-9, dash, and period). Based on how slow
someone would have to check addresses to dictionary attack our server,
it would take 10^68 YEARS to guess this new email address if you ran
through every permutation.

That takes care of the idea that it might be spammer guessing my email
address.

I have also taken precautions to make sure this email address never
ends up on my computer system. It is only stored in our secured mail
server.

That takes care of the idea that it might be a virus divulging my email
address.

Add to that that I have a hundred other unique addresses used with
other companies, which are NOT being spammed.

I will update this thread when I receive a spam at this new address, if
only to amuse myself, as Ameritrade seems willing to wait until they're
cutting a check for damages.

Reply to author    Forward

**glgxg**  View profile                           Jul 29 2006, 4:33 pm
Newsgroups: **news.admin.net-abuse.email**
From: **glgxg <g...@mfire.com.invalid>**
Date: **Fri, 28 Jul 2006 21:33:44 -0700**
Local: **Sat, Jul 29 2006 4:33 pm**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author

Thomas wrote:
> Update on this thread from December:

> http://groups.google.com/group/news.admin.net-abuse.email/msg/1de050b...

> I just changed my original unique Ameritrade email address which was
> getting spammed, to a new unique email address, on my first account on
> 7/6/2006, and on my second account on 7/14/2006.

> Today (7/28/2006) I received a spam at this new address. It is not an
> easily guessed address (aaaaaa-aaaaa-aaa@ourdomain, where a's are
> letters, some random). My machines have not been compromised by
> viruses. The answer is Ameritrade is leaking them, in my opinion.

So why not just sh%tcan Ameritrade and do business with someone else?

Reply to author    Forward

**Thane**  View profile                                    Jul 29 2006, 9:58 pm
Newsgroups: **news.admin.net-abuse.email**
From: **"Thane" <m...@ix.netcom.com>**
Date: **29 Jul 2006 02:58:09 -0700**
Local: **Sat, Jul 29 2006 9:58 pm**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author

- Show quoted text -

I'm an Ameritrade user (ex TD Waterhouse) and have never been spammed
(so far). FWIW.

Thane

Reply to author    Forward

**Seth Breidbart**  View profile                          Jul 30 2006, 11:06 am
Newsgroups: **news.admin.net-abuse.email**
From: **s...@panix.com (Seth Breidbart)**
Date: **Sat, 29 Jul 2006 23:06:45 +0000 (UTC)**
Local: **Sun, Jul 30 2006 11:06 am**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author

In article <1154167089.083118.39...@b28g2000cwb.googlegroups.com>,

Thane <m...@ix.netcom.com> wrote:
>I'm an Ameritrade user (ex TD Waterhouse) and have never been spammed
>(so far). FWIW.

You will be.

I just got several spams to a new TDAmeritrade account (an email
account given only to them).  I changed the email address they have;
let's see how long it takes for the new one to get spammed.

I think it's time to get the NASD and SEC involved; a company with
security that bad shouldn't be entrusted with other people's assets.

Seth

Reply to author    Forward

**Buss Error**  View profile                              Jul 31 2006, 3:25 pm
Newsgroups: **news.admin.net-abuse.email**
From: **Buss Error <buss_er...@yahoo.com>**
Date: **Sun, 30 Jul 2006 22:25:00 -0500**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author

On 28 Jul 2006 17:01:42 -0700, "Thomas" <tomwin...@gmail.com> wrote:

>I have decided to perform an experiment. I have just updated my
>ameritrade addresses to a set of 47 random characters, drawn from a
>38-character pool (a-z, 0-9, dash, and period). Based on how slow
>someone would have to check addresses to dictionary attack our server,
>it would take 10^68 YEARS to guess this new email address if you ran
>through every permutation.

Also consider that you might be transiting someone sniffing traffic
for email adresses between you and Ameritrade, if any of the traffic
is with the email address is enclear. Also consider that Ameritrade's
traffic is being sniffed by their upstream or a customer at their
upstream doing arp cache poisioning.

However, I agree, the most likely thing is Ameritrade has an insider
leaking their mailling lists, followed by a comprimised system within
Ameritrade itself.

There are man in the middle attacks that will work with SSL, if you
can get the browser to load a certificate.

Reply to author    Forward

**Seth Breidbart**  View profile                                Jul 31 2006, 8:16 pm
Newsgroups: **news.admin.net-abuse.email**
From: **s...@panix.com (Seth Breidbart)**
Date: **Mon, 31 Jul 2006 08:16:10 +0000 (UTC)**
Local: **Mon, Jul 31 2006 8:16 pm**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author

In article <19tqc2dntab4r81t1gm6ii2usbdsfkl...@4ax.com>,
Buss Error <buss_er...@yahoo.com> wrote:

>On 28 Jul 2006 17:01:42 -0700, "Thomas" <tomwin...@gmail.com> wrote:

>>I have decided to perform an experiment. I have just updated my
>>ameritrade addresses to a set of 47 random characters, drawn from a
>>38-character pool (a-z, 0-9, dash, and period). Based on how slow
>>someone would have to check addresses to dictionary attack our server,
>>it would take 10^68 YEARS to guess this new email address if you ran
>>through every permutation.

>Also consider that you might be transiting someone sniffing traffic
>for email adresses between you and Ameritrade,

The next time that happens will be the first.

Someone who could sniff traffic could steal stuff a lot more valuable
than email addresses.

Also, they'd have to get them outgoing, since I only tell Ameritrade
my email address with https.  (And if somebody were sniffing incoming
to me, they'd get a lot more tagged addresses.)

>However, I agree, the most likely thing is Ameritrade has an insider
>leaking their mailling lists, followed by a comprimised system within
>Ameritrade itself.

Right.  Either way, Ameritrade is at fault.

>There are man in the middle attacks that will work with SSL, if you
>can get the browser to load a certificate.

If somebody could MitM against a stockbroker, they aren't going to
steal email addresses.

Seth

Reply to author    Forward

**stinky**  View profile                                Aug 1 2006, 5:46 am

Newsgroups: **news.admin.net-abuse.email**
From: **stinky <stee...@gmail.com>**
Date: **Mon, 31 Jul 2006 13:46:45 -0400**
Local: **Tues, Aug 1 2006 5:46 am**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author

In article <eagpm5$pc...@reader2.panix.com>,
 s...@panix.com (Seth Breidbart) wrote:

> In article <1154167089.083118.39...@b28g2000cwb.googlegroups.com>,
> Thane <m...@ix.netcom.com> wrote:

> >I'm an Ameritrade user (ex TD Waterhouse) and have never been spammed
> >(so far). FWIW.

> You will be.

> I just got several spams to a new TDAmeritrade account (an email
> account given only to them).  I changed the email address they have;
> let's see how long it takes for the new one to get spammed.

> I think it's time to get the NASD and SEC involved; a company with
> security that bad shouldn't be entrusted with other people's assets.


I actually began to receive stock spams myself within the last 3 weeks
on my ameritrade account as well. I have changed my email to another
unique email address and lets see what happens.

Reply to author     Forward


**Rex Karz**  View profile                                           Aug 2 2006, 1:47 am
Newsgroups: **news.admin.net-abuse.email**
From: **Rex Karz <rexkar...@yahoo.com>**
Date: **Tue, 01 Aug 2006 06:47:26 -0700**
Local: **Wed, Aug 2 2006 1:47 am**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author


- Show quoted text -

Ameritrade leaking email addresses?

Could I dare speculate that it is AT&T that has the leaky
employee? After all, they are engaged by BigBrother to spy on all
internet traffic, ostensibily to catch Ossama and friends and
other nere do wells. So, I suppose that an unscrupulous AT&T jerk
is as good a candidate as any to attribute the leakage.

Also, given that the NSA is likely to be able to crack even AES256
at this point and that your traffic needs to be in plaintext for
BigBrother to use it, I can also easily imagine that the plaintext
is readily visible at the AT&T evesdropping points.

Just my speculation, of course.


Reply to author     Forward


**Seth Breidbart**  View profile                                    Aug 2 2006, 7:43 pm
Newsgroups: **news.admin.net-abuse.email**
From: **s...@panix.com (Seth Breidbart)**
Date: **Wed, 2 Aug 2006 07:43:15 +0000 (UTC)**
Local: **Wed, Aug 2 2006 7:43 pm**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author

In article <12cumrillsol...@news.supernews.com>,
Rex Karz  <rexkar...@yahoo.com> wrote:

>Ameritrade leaking email addresses?

Yes, it is.

>Could I dare speculate that it is AT&T that has the leaky
>employee?

Why would an AT&T employee leak _only_ my Ameritrade private email
addresses, and not the hundreds of others?

Seth

Reply to author    Forward

**John Caruso**  View profile                               Aug 11 2006, 5:53 am
Newsgroups: **news.admin.net-abuse.email**
From: **John Caruso <johnSPAMcarAWAY...@myprivacy.ca>**
Date: **Thu, 10 Aug 2006 17:53:54 GMT**
Local: **Fri, Aug 11 2006 5:53 am**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author

On 2006-07-29, Thomas <tomwin...@gmail.com> wrote:

> Today (7/28/2006) I received a spam at this new address. It is not an
> easily guessed address (aaaaaa-aaaaa-aaa@ourdomain, where a's are
> letters, some random). My machines have not been compromised by
> viruses. The answer is Ameritrade is leaking them, in my opinion.

I've also just been spammed at my Ameritrade-only (unique, never-used-
elsewhere) address.  This follows a similar barrage of spam to that address
a week or so ago.  In both cases the spam I've received to that address
has been stock-related.  So I'd agree that Ameritrade is leaking addresses.

I can't be sure if that's intentional or a result of technical incompetence.
However, as someone mentioned in the December thread on this same topic,
Ameritrade's privacy policy reserves to them the right to share "non-public
personal information" with anyone at all.  They have an opt out for that,
and I always scour web sites for privacy information, opt-outs, and mailing
list unsubscriptions, so I would almost certainly have found that one.
But corporations like Ameritrade will often add a new opt-out (default to
opt-in, of course) without mentioning it--and you don't find out about it
until they've already used it against you.

So my presumption is that they simply sold my address, and yours, and
presumably many others as well.

> I have decided to perform an experiment. I have just updated my
> ameritrade addresses to a set of 47 random characters, drawn from a
> 38-character pool (a-z, 0-9, dash, and period).

I've done something similar: changed to a date-stamped address with various
pseudo-random stuff in it.  Certainly nothing a brute force email generator
would ever stumble across.  I'm debating now whether to write to the SEC's
enforcem...@sec.gov address immediately, or hold off until this new address
gets spammed.

I haven't bothered contacting Ameritrade and won't, since I won't add the
insult of wasting hours of my time to the injury of them sharing my address
with spammers; that time can be more profitably spent searching for a new
online broker who doesn't sell personal information.

- John

Reply to author    Forward

**stacey.che...@gmail.com**  View profile                   Aug 11 2006, 5:19 pm
Newsgroups: **news.admin.net-abuse.email**
From: **stacey.che...@gmail.com**
Date: **10 Aug 2006 22:19:25 -0700**
Local: **Fri, Aug 11 2006 5:19 pm**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author

Recently, I received 3 spams sent to the unique email address I gave
Ameritrade.  I called them to ask about it and after "investigating",

they concluded they don't give out their data to anyone and have no
idea how it happened.  I said I wanted to close my account and wanted
the transfer out fees waived, which they agreed to.  I suggest anyone
who is concerned about this problem and wants to close their account,
ask for the transfer out fee to be waived and feel free to say they did
that for me!  My account is in the process of being transferred out
now, but just today I received more spam to my unique Ameritrade email
address.  Also, a friend of mine, who also uses unique email addresses
for every company he does business with, has been receiving several
spams to his Ameritrade address.  Sounds they they have a problem
keeping their data secure.

Reply to author    Forward

**stinky**  View profile                                    Aug 12 2006, 6:45 am

Newsgroups: **news.admin.net-abuse.email**
From: **stinky <stee...@gmail.com>**
Date: **Fri, 11 Aug 2006 14:45:09 -0400**
Local: **Sat, Aug 12 2006 6:45 am**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author

In article <1155273565.336439.172...@h48g2000cwc.googlegroups.com>,

 stacey.che...@gmail.com wrote:
> Recently, I received 3 spams sent to the unique email address I gave
> Ameritrade.  I called them to ask about it and after "investigating",
> they concluded they don't give out their data to anyone and have no
> idea how it happened.  I said I wanted to close my account and wanted
> the transfer out fees waived, which they agreed to.  I suggest anyone
> who is concerned about this problem and wants to close their account,
> ask for the transfer out fee to be waived and feel free to say they did
> that for me!  My account is in the process of being transferred out
> now, but just today I received more spam to my unique Ameritrade email
> address.  Also, a friend of mine, who also uses unique email addresses
> for every company he does business with, has been receiving several
> spams to his Ameritrade address.  Sounds they they have a problem
> keeping their data secure.

Possibly an inside job. Too bad corporate types are too boneheaded to
realize it.

Reply to author    Forward

**ikb**  View profile                                       Aug 12 2006, 7:13 am

Newsgroups: **news.admin.net-abuse.email**
From: **"ikb" <hbhaska...@gmail.com>**
Date: **11 Aug 2006 12:13:32 -0700**
Local: **Sat, Aug 12 2006 7:13 am**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author

Yet another ameritrade stupidity victim. Again unique addresses getting
spammed. And just like someone in the thread said, all are stock
related spam.

- Show quoted text -


Reply to author    Forward

**Shmuel (Seymour J.) Metz**  View profile           Aug 12 2006, 12:04 am

Newsgroups: **news.admin.net-abuse.email**
From: **"Shmuel (Seymour J.) Metz" <spamt...@library.lspace.org.invalid>**
Date: **Fri, 11 Aug 2006 09:04:17 -0300**
Local: **Sat, Aug 12 2006 12:04 am**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author

In <1155273565.336439.172...@h48g2000cwc.googlegroups.com>, on
08/10/2006
   at 10:19 PM, stacey.che...@gmail.com said:

>Sounds they they have a problem keeping their data secure.

Sounds like they're lying, although I admit that they could just be incompetent.

--
   Shmuel (Seymour J.) Metz, truly insane Spews puppet
   <http://patriot.net/~shmuel>

I reserve the right to publicly post or ridicule any abusive E-mail. Reply to domain Patriot dot net user shmuel+news to contact me. Do not reply to spamt...@library.lspace.org

Reply to author    Forward

**Seth Breidbart**  View profile                                   Aug 12 2006, 7:55 pm
Newsgroups: **news.admin.net-abuse.email**
From: **s...@panix.com (Seth Breidbart)**
Date: **Sat, 12 Aug 2006 07:55:27 +0000 (UTC)**
Local: **Sat, Aug 12 2006 7:55 pm**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original | Report this message | Find messages by this author

In article <44dc8052$11$fuzhry+tra$mr2...@news.patriot.net>,
Shmuel (Seymour J.) Metz <spamt...@library.lspace.org.invalid> wrote:

>In <1155273565.336439.172...@h48g2000cwc.googlegroups.com>, on
>08/10/2006
>   at 10:19 PM, stacey.che...@gmail.com said:

>>Sounds they they have a problem keeping their data secure.

>Sounds like they're lying, although I admit that they could just be
>incompetent.

I vote for incompetent.  If they were competent, they'd be selling the addresses to a better class of spammers.  (Although the fact that none of the Ameritrade spam I've gotten has been for phishing Ameritrade does seem strange; I'd have thought that was the obvious use for those addresses.)

Seth

Reply to author    Forward

**Stephane**  View profile                                        Aug 14 2006, 12:15 pm
Newsgroups: **news.admin.net-abuse.email**
From: **Stephane <steph...@dslextreme.com>**
Date: **Sun, 13 Aug 2006 17:15:32 -0700**
Local: **Mon, Aug 14 2006 12:15 pm**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original | Report this message | Find messages by this author

One more victim here. Not only an unique address but also 2 other regular addresses, one that I used in the past with them , the other that I currently have listed as alternate.
All being used for pumping stocks - spam that I never used to get until about a month ago -- Argh !!!
I send them an email , will see what they have to say but don t have too much hope. I think the suggestion of switching broker is good however I not convince that any of them are immuned, if it is done by the token disgruntle employee it is  very easy to access such data , I used to have access to zillions of credit card number , with expiration date , name and address ....

Reply to author    Forward

**supersecre...@yahoo.com**  View profile                        Aug 15 2006, 8:15 am
Newsgroups: **news.admin.net-abuse.email**
From: **supersecre...@yahoo.com**
Date: **14 Aug 2006 13:15:57 -0700**
Local: **Tues, Aug 15 2006 8:15 am**
Subject: **Re: Ameritrade Spam Again**

Reply to author | Forward | Print | Individual message | Show original | Report this message | Find messages by this author

I searched for and am now posting on this thread because I got 4 such
emails over the weekend.  Each to a unique address that I have only
given to Ameritrade.

Thanks.

- Show quoted text -

Reply to author    Forward

**supersecre...@yahoo.com**    View profile ⭐☆☆☆☆ (1 user)    Aug 15 2006, 8:20 am
   Newsgroups: **news.admin.net-abuse.email**
   From: **supersecre...@yahoo.com**
   Date: **14 Aug 2006 13:20:19 -0700**
   Local: **Tues, Aug 15 2006 8:20 am**
   Subject: **Re: Ameritrade Spam Again**
   Reply to author | Forward | Print | Individual message | Show original | Report this message | Find messages by this author

You can bet they know it's an inside job.   But dude, they aren't so
"boneheaded" that they would admit it!

Anybody who would close his account over this is a real dip-shit.

- Show quoted text -

Reply to author    Forward

**stinky**  View profile    Aug 15 2006, 8:44 am
   Newsgroups: **news.admin.net-abuse.email**
   From: **stinky <stee...@gmail.com>**
   Date: **Mon, 14 Aug 2006 16:44:34 -0400**
   Local: **Tues, Aug 15 2006 8:44 am**
   Subject: **Re: Ameritrade Spam Again**
   Reply to author | Forward | Print | Individual message | Show original | Report this message | Find messages by this author

In article <1155586819.555554.9...@i3g2000cwc.googlegroups.com>,

 supersecre...@yahoo.com wrote:
> You can bet they know it's an inside job.   But dude, they aren't so
> "boneheaded" that they would admit it!

> Anybody who would close his account over this is a real dip-shit.


My account is still active, the old email addy is dead and has received
over 14 spams over the weekend.

Reply to author    Forward

**Plotzen...@gmail.com**  View profile    Aug 16 2006, 5:10 am
   Newsgroups: **news.admin.net-abuse.email**
   From: **Plotzen...@gmail.com**
   Date: **15 Aug 2006 10:10:08 -0700**
   Local: **Wed, Aug 16 2006 5:10 am**
   Subject: **Re: Ameritrade Spam Again**
   Reply to author | Forward | Print | Individual message | Show original | Report this message | Find messages by this author

I also started receiving junk email from Ameritrade to a unique account
created exclusively for Ameritrade usage six years ago. The account has
been dormant for two years (i.e. no logins) and I have received NO
email from Ameritrade in approx. 2 years.

It's not an intermediary spying on traffic...

Reply to author    Forward

**hcl...@gmail.com**  View profile    Aug 16 2006, 10:12 am

Newsgroups: **news.admin.net-abuse.email**
From: **hcl...@gmail.com**
Date: **15 Aug 2006 15:12:18 -0700**
Local: **Wed, Aug 16 2006 10:12 am**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original | Report this message | Find messages by this author

Funny, exact same thing happened to me. I have two TDAmeritrade accounts, both with addresses that are IMPOSSIBLE for a brute-force program to figure out. Both addresses were created on my own domain name, using words that can be found in no dictionary, and used ONLY ONCE EVER--to sign up for the account.

I receive spam almost daily. The spams are all the same--a set of random words (to confuse and sabotage heuristic filters), and an image (with a 'hot' stock tip on a GIF image to circumvent spam filters).

It is obviously happening to a lot of us. Unfortunately, enough people (especially with Ameritrade) are gullible and have so little financial knowledge that they will fall for it. It's the old "pump and dump" scheme.

I complained to Ameritrade. A service rep told me to "e-mail the FROM" address. The rep (and whoever is scripting the rep) obviously has no clue that the FROM address is among the easiest things in an e-mail header to forge.

Based on all the other conversations on the Web about this, it is apparent that Ameritrade has no intention of taking this seriously. I wonder if they are part of the scheme? It's definitely something the SEC should really look into. They are no doubt benefitting from it.

If any lawyer is reading this and would like to put a class action suit together, I'm in. I am getting nothing from Ameritrade's customer service.

- Show quoted text -

Reply to author    Forward

**stinky**  View profile                                        Aug 17 2006, 1:45 am

Newsgroups: **news.admin.net-abuse.email**
From: **stinky <stee...@gmail.com>**
Date: **Wed, 16 Aug 2006 09:45:31 -0400**
Local: **Thurs, Aug 17 2006 1:45 am**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original | Report this message | Find messages by this author

In article <1155679938.639354.309...@m79g2000cwm.googlegroups.com>,

 hcl...@gmail.com wrote:
> If any lawyer is reading this and would like to put a class action suit
> together, I'm in. I am getting nothing from Ameritrade's customer
> service.

Are you an Apex level customer? Apex level customers seem to get more attention. I guess I will have to contact them as an Apex customer.

Reply to author    Forward

**Stephane**  View profile                                     Aug 17 2006, 6:46 am

Newsgroups: **news.admin.net-abuse.email**
From: **Stephane <steph...@dslextreme.com>**
Date: **Wed, 16 Aug 2006 11:46:33 -0700**
Local: **Thurs, Aug 17 2006 6:46 am**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original | Report this message | Find messages by this author

On Wed, 16 Aug 2006 09:45:31 -0400, stinky wrote:
> Are you an Apex level customer? Apex level customers seem to get more
> attention. I guess I will have to contact them as an Apex customer.

Ameritrade Spam Again - news.admin.net-abuse.email | ...    http://groups.google.com.fj/group/news.admin.net-abus...

I guess as an Apex customer , I got "more" attention but the only response
I got so far was a cookie cutter email.
When I sent my complain as a security issue , I sent detail information
containing more than what they asked for in their reply:

"Thank you for reporting that you received spam e-mail at an e-mail address
you use with TD AMERITRADE.

We take your privacy very seriously, and are conducting a thorough
investigation into this matter.

To help us get to the source of the spam, we would appreciate it if you would
reply to this message and provide the following:

-    The date the e-mail was received
-    The address the spam was sent to (your e-mail address)
-    The e-mail source (the ?from? address)
-    Whether this was the first occurrence

We sincerely appreciate your cooperation and patience as we work to get to the
source of this.

If you?d like to learn about general tips about privacy and security,
you can visit the Security enter online. You?ll find it after you log on,
under the Account menu.

Thank you,

Jason N.
Client Services, TD AMERITRADE
Division of TD AMERITRADE, Inc."

In the meantime , I changed my email address with them and opt out of any
third party info sharing that I could find. If that email address gets the
same SPAM , I am out.

Stephane

Reply to author     Forward

**stinky**  View profile   ★★★★★ (1 user)   Aug 17 2006, 8:01 am

Newsgroups: **news.admin.net-abuse.email**
From: **stinky <stee...@gmail.com>**
Date: **Wed, 16 Aug 2006 16:01:46 -0400**
Local: **Thurs, Aug 17 2006 8:01 am**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original |
Report this message | Find messages by this author

In article <pan.2006.08.16.18.46.32.329...@dslextreme.com>,

Stephane <steph...@dslextreme.com> wrote:
> On Wed, 16 Aug 2006 09:45:31 -0400, stinky wrote:

> > Are you an Apex level customer? Apex level customers seem to get more
> > attention. I guess I will have to contact them as an Apex customer.

> I guess as an Apex customer , I got "more" attention but the only response
> I got so far was a cookie cutter email.


I will do the same and lets see what they say.

Here is a sample of the infected machines the spams have come from.

125.190.168.77
157.100.84.125
193.77.148.24
196.206.194.237
196.211.60.18
196.218.126.234
196.218.87.221
196.41.32.26
200.104.174.137
200.21.173.113
200.216.242.18
201.30.110.75

```
201.67.29.100
202.65.159.195
203.109.86.252
203.175.68.218
207.218.178.2
209.159.164.146
210.211.169.197
212.122.214.1
213.91.140.1
218.148.140.181
221.161.217.12
222.102.53.235
222.253.151.159
24.150.253.179
24.98.22.165
59.144.75.7
60.49.109.97
62.245.162.40
67.165.241.135
69.242.247.148
70.109.133.240
70.52.251.54
71.233.139.231
72.160.94.200
74.128.142.243
74.241.170.201
80.192.250.245
81.170.29.191
81.82.210.83
82.207.103.165
82.7.18.94
82.77.89.5
82.92.177.158
83.117.238.134
83.19.73.42
83.27.232.104
83.85.186.212
84.36.107.94
84.56.252.69
85.102.244.84
85.186.159.53
85.2.152.199
85.99.0.221
86.135.195.36
87.126.115.35
88.16.98.119
88.203.50.96
88.224.214.190
88.229.153.19
88.64.53.96
```

Reply to author    Forward

**bar0**   View profile                                    Aug 17 2006, 9:32 am

Newsgroups: **news.admin.net-abuse.email**
From: **"bar0" <nob...@spamcop.net>**
Date: **Wed, 16 Aug 2006 21:32:49 GMT**
Local: **Thurs, Aug 17 2006 9:32 am**
Subject: **Re: Ameritrade Spam Again**
Reply to author | Forward | Print | Individual message | Show original | Report this message | Find messages by this author

"stinky" <stee...@gmail.com> wrote in message

news:steenky-F8720E.16014616082006@bignews.bellsouth.net...

- Show quoted text -

....etc. snipped

Never mind the domains, they are undoubtedly the same ones that sendsafe has
infected. Look at some of the companies. Many commonalities; in choice of
stock promoter, locations of principals (Penticton BC is one that comes up a
lot), most are so thinly held it's probably just the owner and close
relatives, and many are successors to previously spammed entities, or are
connected via shared directors with CWTC.

This isn't only pump and dump spam, a lot of it is create a company, "issue" (declare) shares, publicise some "intent", and price targets, pump, and run.

A number of these companies report no revenues for several years. (never mind profits)

There are even a surprising number of dotcoms with absolutely no net presence I can find (except for spam complaints).

It's very smelly.

Reply to author   Forward

Messages **1** - **25** of **60**                                    Newer >

« Back to Discussions                         « Newer topic   Older topic »

**Create a group** - Google Groups - Google Home - Terms of Service - Privacy Policy

©2007 Google