# Exhibit H

Ameritrade Reply #2 - news.admin.net-abuse.email | Gr... http://groups.google.com.py/group/news.admin.net-abus...

**Google Grupos**

Ayuda | RegÃstrate

# news.admin.net-abuse.email

Buscar en este gr  Buscar en los gru

## Ameritrade Reply #2

Opciones

☆ 5 mensajes

**Debates**
+ nueva entrada

Acerca de este grupo
Suscribirse a este grupo

Este es un grupo Usenet. MÃ¡s informaciÃ³n

**stinky**   Ver perfil                                                        15 abr, 00:10

Grupos de noticias: **news.admin.net-abuse.email**
De: **stinky <stee...@gmail.com>**
Fecha: **Sun, 15 Apr 2007 00:10:21 -0400**
Local: **Dom 15 abr 2007 00:10**
Asunto: **Ameritrade Reply #2**

Responder al autor | Reenviar | Imprimir | Mensaje individual | Mostrar mensaje original | Informar de este mensaje | Buscar mensajes de este autor

Here is the 2nd reply from Ameritrade

We understand your concern and frustration over the spam e-mail you?ve
received, and we want you to know that we take your privacy and security
seriously. We will continue to do all we can to protect both.

Our investigation into this issue is ongoing. We?ve recently expanded
the directions in which we?re investigating, and have doubled our
efforts in both internal and external investigations. We?re looking at
our own systems, and working closely with our vendors to examine theirs.

We continue to make progress and work very hard at investigating this
issue, but unfortunately we still don?t have an update we can share with
you at this time. We hope you understand that sharing details of exactly
what we have learned so far can compromise the ongoing investigation.

Please be sure to delete any spam you might receive, then empty your
e-mail?s trash so that it?s no longer kept there, either.

If you haven?t lately, you might want to review the Security Center
online, which has details about spam,  and also about the Asset
Protection Guarantee. It protects you if you lose cash or securities
from your account due to unauthorized activity. If that happens, we can
guarantee we?ll reimburse you if you work with us in three ways: 1) keep
your account information secure and confidential, 2) frequently check
your account and report any suspicious activity to us immediately, and
3) take steps we request if your account is ever compromised.

We understand that this issue is a nuisance and that it?s troubling. And
we thank you for your cooperation and patience as we get to the bottom
of it.

Responder al autor    Reenviar

**Bill Cole**   Ver perfil                                                    15 abr, 06:07

Grupos de noticias: **news.admin.net-abuse.email**
De: **Bill Cole <b...@scconsult.com>**
Fecha: **Sun, 15 Apr 2007 06:07:47 -0400**
Local: **Dom 15 abr 2007 06:07**
Asunto: **Re: Ameritrade Reply #2**

Responder al autor | Reenviar | Imprimir | Mensaje individual | Mostrar mensaje original | Informar de este mensaje | Buscar mensajes de este autor

In article <steenky-12F26A.00102115042...@bignews.bellsouth.net>,

 stinky <stee...@gmail.com> wrote:
> We continue to make progress and work very hard at investigating this
> issue, but unfortunately we still don?t have an update we can share with
> you at this time. We hope you understand that sharing details of exactly
> what we have learned so far can compromise the ongoing investigation.

Cynical Translation: It looks bad, and Legal has gagged everyone
involved.

> Please be sure to delete any spam you might receive, then empty your
> e-mail?s trash so that it?s no longer kept there, either.

Cynical Translation: Please don't retain any independent evidence.

--
Clues for the blacklisted: <http://www.scconsult.com/bill/dnsblhelp.html>
Current Peeve: People who poke at the trolls and regularly post wildly
        offtopic who still think others are being rude by auto-ignoring them

Ameritrade Reply #2 - news.admin.net-abuse.email | Gr... http://groups.google.com.py/group/news.admin.net-abus...

Responder al autor    Reenviar

**stinky**  Ver perfil                                                                                                        16 abr, 10:15

Grupos de noticias: **news.admin.net-abuse.email**
De: **stinky <stee...@gmail.com>**
Fecha: **Mon, 16 Apr 2007 10:15:51 -0400**
Local: **Lun 16 abr 2007 10:15**
Asunto: **Re: Ameritrade Reply #2**

Responder al autor | Reenviar | Imprimir | Mensaje individual | Mostrar mensaje original |
Informar de este mensaje | Buscar mensajes de este autor

In article <bill-A808F2.06074715042...@toaster.scconsult.com>,
 Bill Cole <b...@scconsult.com> wrote:

> In article <steenky-12F26A.00102115042...@bignews.bellsouth.net>,
>  stinky <stee...@gmail.com> wrote:
>
> > We continue to make progress and work very hard at investigating this
> > issue, but unfortunately we still don?t have an update we can share with
> > you at this time. We hope you understand that sharing details of exactly
> > what we have learned so far can compromise the ongoing investigation.
>
> Cynical Translation: It looks bad, and Legal has gagged everyone
> involved.
>
> > Please be sure to delete any spam you might receive, then empty your
> > e-mail?s trash so that it?s no longer kept there, either.
>
> Cynical Translation: Please don't retain any independent evidence.


Indeed. I suspect that they are not able to sweep this one under the
carpet as easily as they did the other ones. Plus they are dealing with
a more informed public, who has the access to create tagged email
addresses.

One of the first excuses given to me on another instance of my tagged
email getting out to stock spammers was that my email address was easy
to guess. I will give them that, no problem, my mistake to believe that
a corporation would protect my privacy and when they didn't they would
blame me for it. So then I changed my email to something a lot harder to
guess. I banged on the keyboard and came up with my new and improved
email address. Then again, here comes the spam after a period of time.

Another reason Ameritrade can't dismiss me as easily is that I have my
own mail logs. They can't say "dictionary attack" because I have the
logs. Most users don't have that luxury at their hands, and to get the
logs would take a court order and $$$$$.

It will be good to watch them wiggle on this one. I wonder if a media
outlet would like to take this one on. I don't know, my faith in the
media is so/so. I just need to remember to contact them every so often
and see what the progress is and to send them the logs on my THREE
previous ameritrade accounts that are still receiving stock spams. I do
find it funny that they receive ONLY stock spams. It might be time to
get the government involved in this one.

Responder al autor    Reenviar

**Karl-Henry Martinsson**  Ver perfil                                                                              17 abr, 21:14

Grupos de noticias: **news.admin.net-abuse.email**
De: **"Karl-Henry Martinsson" <n...@martinsson.us>**
Fecha: **Wed, 18 Apr 2007 01:14:36 GMT**
Local: **Mart 17 abr 2007 21:14**
Asunto: **Re: Ameritrade Reply #2**

Responder al autor | Reenviar | Imprimir | Mensaje individual | Mostrar mensaje original |
Informar de este mensaje | Buscar mensajes de este autor

"stinky" <stee...@gmail.com> wrote in message

news:steenky-C9A87F.10155116042007@bignews.bellsouth.net...

- Mostrar texto de la cita -

Contact IDG (Computerworld/Infoworld). They have some clued in writers.
Robert McMillan at their News Service is good.
http://www.networkworld.com/Home/rmcmillan.html

/Karl

Responder al autor    Reenviar

2 of 3                                                                                                                07/05/2007 04:48 PM

Fin de los mensajes

**« Volver a "Debates"**   « Tema más reciente   Tema anterior »