MAYER, BROWN, ROWE & MAW LLP
LEE H. RUBIN (SBN 141331)
SHIRISH GUPTA (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060
lrubin@mayerbrownrowe.com
sgupta@mayerbrownrowe.com

Attorneys for Defendant TD Ameritrade, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW ELVEY, an individual, and GADGETWIZ, INC., an Arizona corporation, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>TD AMERITRADE, INC., a New York corporation, and DOES 1 to 100,<br><br>Defendants. | Case No. C 07 2852 MJJ<br><br>[PROPOSED] ORDER GRANTING TD AMERITRADE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Judge:  Martin J. Jenkins<br><br>Date:  Tuesday, August 28, 2007<br>Time:  9:30 a.m.<br>Loc:  Courtroom 11, 19th Floor |

1   On Tuesday, August 28, 2007, Defendant TD Ameritrade's Motion to Dismiss the First Amended Complaint came on regularly for hearing. Having considered the Motion and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

Defendant's Motion is granted.

The First Amended Complaint is hereby dismissed without prejudice. Plaintiffs have 30 days to file an amended pleading.

IT IS SO ORDERED.


Dated: _____, 2007

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE