1  MAYER, BROWN, ROWE & MAW LLP
   LEE H. RUBIN (SBN 141331)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA  94306
   Telephone: (650) 331-2000
4  Facsimile:  (650) 331-2060
   lrubin@mayerbrownrowe.com
5  sgupta@mayerbrownrowe.com

6  Attorneys for Defendant TD Ameritrade, Inc.

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
         **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**
11

12

13 | MATTHEW ELVEY, an individual, and | Case No. C 07 2852 MJJ
   | GADGETWIZ, INC., an Arizona
14 | corporation, on their own behalf and on | STIPULATION AND [PROPOSED] ORDER
   | behalf of all others similarly situated, | RESETTING MOTION TO DISMISS AND
15 |                                          | MOTION FOR PRELIMINARY INJUNCTION
                  Plaintiffs
16 |                                          | Judge:  Martin J. Jenkins

17       v.

18 | TD AMERITRADE, INC., a New York
   | corporation, and DOES 1 to 100,
19

20
                Defendants.
21

22
       WHEREAS, Plaintiff Matthew Elvey and Gadgetwiz.com filed a First Amended
23
   Complaint against Defendant TD Ameritrade, Inc. ("TD AMERITRADE"), on June 28, 2007,
24
   and Motion For Preliminary Injunction on July 10, 2007;
25
       WHEREAS, TD AMERITRADE field a Motion to Dismiss the First Amended Complaint
26
   on July 18, 2007;
27

28

1    WHEREAS, pursuant to Civil Local Rule 7-2, the hearing for Plaintiffs' Motion for
2 Preliminary Injunction is currently set for August 14, 2007, and the hearing for TD
3 AMERITRADE's Motion to Dismiss is currently set for August 28, 2007;

4    WHEREAS, on June 29, 2007, the Court ordered a case management conference to be
5 held at 2:00 p.m. on September 18, 2007;

6    WHEREAS, TD AMERITRADE's counsel has a scheduling conflict with the current
7 hearing date of August 14, 2007 for the Motion for Preliminary Injunction and Plaintiffs' counsel
8 has a scheduling conflict with the current hearing date of August 28, 2007 for the Motion to
9 Dismiss;

10    WHEREAS, the Motion to Dismiss and Motion for Preliminary Injunction raise common
11 issues of law such that it will likely be more efficient for the Court to consolidate the hearing
12 dates for the two motions;

13    WHEREAS, it would be efficient for the parties, and may be more efficient for the Court,
14 to align the hearing dates for the pending motions with the current date for the case management
15 conference, September 18, 2007;

16    WHEREAS, the proposed schedule set forth in this stipulation will not postpone any
17 deadline set by the Court and serves judicial economy;

18    IT IS HEREBY STIPULATED, by and between the parties, that pursuant to Civil Local
19 Rule 6-2, Plaintiffs' Motion for Preliminary Injunction and TD AMERITRADE'S Motion to
20 Dismiss shall both be set for September 18, 2007;

21    IT IS FURTHER STIPULATED that TD AMERITRADE will file its Opposition to the
22 Motion for Preliminary Injunction no later than August 23, 2007, and that Plaintiffs will file their
23 Opposition to the Motion to Dismiss no later than August 27, 2007.  The parties shall file their
24 respective reply briefs no later than September 4, 2007.

25    IT IS FURTHER STIPULATED that this stipulation shall not be construed to reflect the
26 position of any of the parties concerning the urgency or absence of any urgency of the relief
27 sought in the Motion for Preliminary Injunction.

28

Dated:  July 20, 2007

By:   /s/ Alan Himmelfarb
LAW OFFICES OF ALAN HIMMELFARB
Alan Himmelfarb
2757 Leonis Blvd.
Los Angeles, CA  90058
Telephone: (323) 585-8696
Fax: (323) 585-8198
Consumerlaw1@earthlink.net

Attorneys for Plaintiffs


Dated: July 20, 2007

By:   /s/ Lee H. Rubin
MAYER, BROWN, ROWE & MAW LLP
Lee H. Rubin

Attorneys for Defendant TD AMERITRADE

*E-Filer's Attestation: Pursuant to General Order No. 45, Section X (B), Lee H. Rubin hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

## [Proposed] Order

Pursuant to Stipulation, and for good cause shown,  IT IS SO ORDERED.

DATED:_____

_____
Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER RESETTING MOTION TO DISMISS
AND MOTION FOR PRELIMINARY INJUNCTION    CASE NO. C 07 2852 MJJ