IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ELVEY, et al.,<br><br>      Plaintiff(s),<br><br>  v.<br><br>TD AMERITRADE, et al.,<br><br>      Defendant(s).<br>_____/ | No. C 07-2852 MJJ<br><br>**CLERK'S NOTICE**<br>**(Rescheduling Case Management Conference)** |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the accompanying notice of electronic filing)

THE PARTIES ARE HEREBY NOTIFIED that the Case Management Conference previously scheduled to be heard Tuesday, September 18, 2007, at 2:00 p.m., is VACATED.  The Conference is RESET for **October 16, 2007 at 2:00 p.m.** in Courtroom 11, 19th floor, San Francisco, before the Honorable Martin J. Jenkins**.**  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.  A Joint Case Management Statement shall be provided to the Court by no later than **October 9, 2007.**

Dated:   July 26, 2007                               FOR THE COURT,

                                                       Richard W. Wieking, Clerk

                                                       By:_____
                                                           Edward Butler, Courtroom Deputy