1  MAYER, BROWN, ROWE & MAW LLP
   LEE H. RUBIN (SBN 141331)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA  94306
   Telephone: (650) 331-2000
4  Facsimile:  (650) 331-2060
   lrubin@mayerbrownrowe.com
5  sgupta@mayerbrownrowe.com

6  Attorneys for Defendant TD Ameritrade, Inc.

11             UNITED STATES DISTRICT COURT

12     NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW ELVEY, an individual, and GADGETWIZ, INC., an Arizona corporation, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>TD AMERITRADE, INC., a New York corporation, and DOES 1 to 100,<br><br>Defendants. | Case No. C 07 2852 MJJ<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br>Judge: Martin J. Jenkins |

-1-

NOTICE OF CHANGE OF FIRM NAME;
CASE NO.: C-07-02852-MJJ 44039707.1

-2-

1   TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTE THAT, effective August 31, 2007, the name of the law firm of

3   counsel of record for Defendant TD Ameritrade, Inc. will change from MAYER, BROWN,

4   ROWE & MAW LLP to MAYER BROWN LLP.

5   Counsel's address will remain the same, other than the firm name:
        Lee H. Rubin
6       Shirish Gupta
        MAYER BROWN LLP
7       Two Palo Alto Square, Suite 300
        3000 El Camino Real
8       Palo Alto, California 94306-2112
        Telephone:   (650) 331-2000
9       Facsimile:   (650) 331-2060

10  Please use the new firm name in all pleadings, correspondence, and other documents after

11  August 31, 2007.

12

13  Dated: August 21, 2007                        MAYER, BROWN, ROWE & MAW LLP

14

15                                                By:  /s/ Shirish Gupta
                                                       Shirish Gupta
16

17                                                Attorneys for Defendant. TD
                                                  AMERITRADE, INC..