MAYER, BROWN, ROWE & MAW LLP
LEE H. RUBIN (SBN 141331)
SHIRISH GUPTA (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
Telephone:  (650) 331-2000
Facsimile:   (650) 331-2060
lrubin@mayerbrownrowe.com
sgupta@mayerbrownrowe.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW ELVEY, an individual, and GADGETWIZ, INC., an Arizona corporation, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>TD AMERITRADE, INC., a New York corporation, and DOES 1 to 100,<br><br>Defendants. | Case No. C-07-2852 MJJ<br><br>**DEFENDANT TD AMERITRADE, INC.'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION**<br><br>Hon. Martin J. Jenkins<br><br>Date:        September 18, 2007<br>Time:        9:30 a.m.<br>Location: Courtroom 11, 19th Floor<br>              450 Golden Gate Ave.<br>              San Francisco, CA 94102 |

Pursuant to Civil L.R. 6-3(a), Defendant TD AMERITRADE, Inc. ("TD AMERITRADE") hereby moves for a 14-day extension of time to file its opposition to Plaintiff's Motion for Preliminary Injunction and Class Certification.    Currently, TD AMERITRADE's opposition is due on Thursday, August 23, 2007.  With the extension, TD AMERITRADE's opposition will be due on Thursday, September 6, 2007.

For some time now, TD AMERITRADE has been undertaking an internal investigation of possible unauthorized acquisition of customer e-mail addresses from TD Ameritrade's computer systems.  On Sunday, August 19, 2007, there was a significant development in the investigation.

TD AMERITRADE is currently in the midst of evaluating the newly discovered information and intends to confer with its regulators regarding the matter.  The results of these efforts may significantly affect the company's arguments in response to Plaintiffs' pending motion.  Prior to filing this motion, TD AMERITRADE contacted Plaintiffs' counsel to notify them of these developments and see if they would stipulate to this extension, but they refused. See Declaration of Lee H. Rubin ¶ 9.  TD AMERITRADE believes that 14 additional days will allow it sufficient time to evaluate its recent discoveries, confer with its regulators, and revise its opposition accordingly.

In order to give Plaintiffs adequate opportunity to brief the issues and in light of the current briefing and hearing schedule for Plaintiffs' Motion for Preliminary Injunction and Class Certification and Defendant's Motion to Dismiss, TD AMERITRADE further requests that all dates be continued for two weeks.  Given that, according to the First Amended Complaint, Plaintiffs became aware of spamming events in October 2006, but did not file the original Complaint until May 2007, Plaintiffs will not be unfairly prejudiced as a result of a two-week continuance in the hearing.

Pursuant to this request, Plaintiffs' Opposition to the Motion to Dismiss would be due no later than September 11, 2007 and the respective reply briefs would be due no later than September 18, 2007.    The court would set both motions for hearing on Tuesday, October 2, 2007.

1         The initial Case Management Conference currently scheduled for October 16, 2007

2   would not be affected by this revised schedule.

3

4   Dated: August 22, 2007                    MAYER, BROWN, ROWE & MAW LLP

5                                     By: _____ /s/ _ Lee H. Rubin _____
                                             Lee H. Rubin
                                    Counsel for Defendant  TD AMERITRADE,

6                                   Inc.

7   Of Counsel
    MAYER, BROWN, ROWE & MAW LLP

8   Robert J. Kriss
    71 South Wacker Drive

9   Chicago, Illinois 60606-4637

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION AND CLASS CERTIFICATION; CASE NO. C 07 2852 MJJ