1  MAYER, BROWN, ROWE & MAW LLP
   LEE H. RUBIN (SBN 141331)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA  94306
   Telephone:  (650) 331-2000
4  Facsimile:   (650) 331-2060
   lrubin@mayerbrownrowe.com
5  sgupta@mayerbrownrowe.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW ELVEY, an individual, and GADGETWIZ, INC., an Arizona corporation, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>TD AMERITRADE, INC., a New York corporation, and DOES 1 to 100,<br><br>Defendants. | Case No. C-07-2852 MJJ<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Martin J. Jenkins<br><br>Date:       September 18, 2007<br>Time:       9:30 a.m.<br>Location: Courtroom 11, 19th Floor<br>                 450 Golden Gate Ave.<br>                 San Francisco, CA 94102 |

1  Having considered all the papers submitted in support of the Defendant TD Ameritrade, Inc.'s Motion For Extension Of Time To File Opposition To Plaintiffs' Motion For Preliminary Injunction And Motion For Class Certification, and finding good cause, IT IS HEREBY ORDERED that the Motion is GRANTED.

Defendant TD Ameritrade, Inc. shall file its opposition, if any, to Plaintiffs' Motion for Preliminary Injunction and Motion for Class Certification by Thursday, September 6, 2007.

Plaintiffs shall file any opposition to TD Ameritrade, Inc.'s Motion to Dismiss no later than September 11, 2007.

The parties shall file any reply briefs no later than September 18, 2007.

The court shall set Plaintiffs' Motion for Preliminary Injunction and Motion for Class Certification and TD Ameritrade, Inc.'s Motion to Dismiss for hearing on Tuesday, October 2, 2007.

The initial Case Management Conference remains set for October 16, 2007 at 2:00 p.m.

IT IS SO ORDERED.

Dated: _____, 2007      By: _____
                                      THE HONORABLE MARTIN J. JENKINS
                                      UNITED STATES DISTRICT COURT JUDGE