MAYER, BROWN, ROWE & MAW LLP
LEE H. RUBIN (SBN 141331)
SHIRISH GUPTA (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
lrubin@mayerbrownrowe.com
sgupta@mayerbrownrowe.com

Counsel for Defendant TD AMERITRADE, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW ELVEY, an individual, and GADGETWIZ, INC., an Arizona corporation, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>TD AMERITRADE, INC., a New York corporation, and DOES 1 to 100,<br><br>Defendants. | Case No. C-07-2852 MJJ<br><br>**SUPPLEMENTAL DECLARATION OF LEE H. RUBIN IN SUPPORT OF DEFENDANT TD AMERITRADE INC.'S REPLY TO ITS MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Martin J. Jenkins<br><br>Date:   September 18, 2007<br>Time:   9:30 a.m.<br>Location: Courtroom 11, 19th Floor<br>            450 Golden Gate Ave.<br>            San Francisco, CA 94102 |

1. I am an attorney admitted to practice in the state of California and before this Court. I am a partner with the law firm of Mayer, Brown, Rowe & Maw LLP, counsel for Defendant TD Ameritrade, Inc. ("TD AMERITRADE") in the above-titled action. I make this supplemental declaration in support of Defendant TD Ameritrade, Inc.'s Reply to Its Motion For Extension Of Time To File Opposition To Plaintiffs' Motion For Preliminary Injunction And Motion For Class Certification, filed herewith. I make this declaration based on my own personal knowledge, and could and would testify competently hereto.

2. Over the past two weeks, I have been negotiating a stipulated protective order with Scott Kamber, lead counsel for Plaintiffs. Despite exchanging several drafts and making significant progress, the parties have not reached agreement on the terms of a stipulated protective order.

3. Mr. Kamber is currently traveling in Southeast Asia. I intend to continue to try to reach agreement with Mr. Kamber on a stipulated protective order in the coming days, to the extent that I have the ability to communicate with him while he is out of the country.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of August, 2007, in Palo Alto, California.

*/s/* Lee H. Rubin
Lee H. Rubin