Alan Himmelfarb
LAW OFFICES OF ALAN HIMMELFARB
2757 Leonis Blvd
Los Angeles, CA 90058
Telephone: (323) 585-8696
Fax: (323) 585-8198
consumerlaw1@earthlink.net

Scott A. Kamber
Ethan Preston
KAMBER & ASSOCIATES, LLC
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kolaw.com
epreston@kolaw.com

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW ELVEY, an individual, and GADGETWIZ, INC., an Arizona corporation, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>TD AMERITRADE, INC., a New York corporation, and DOES 1 to 100,<br><br>Defendants. | Case No. C 07 2852 MJJ<br><br>STIPULATED [~~PROPOSED~~] ORDER REMOVING HEARING DATES ON MOTIONS TO DISMISS AND FOR PRELIMINARY INJUNCTION FROM COURT CALENDAR<br><br>Judge: Martin J. Jenkins |

## GROUNDS

1. Plaintiffs Matthew Elvey and Gadgetwiz.com filed a First Amended Complaint against Defendant TD Ameritrade, Inc. ("TD Ameritrade"), on June 28, 2007, and Motion for Preliminary Injunction on July 10, 2007.

1  2.  TD Ameritrade filed a Motion to Dismiss the Plaintiffs' First Amended Complaint on July 18, 2007.

3.  On July 20, 2007, the parties filed a stipulated proposed order, entered by the Court on July 26, 2007, extending the briefing schedules and continuing the hearing date for the Motions to September 18, 2007.

4.  On September 10, 2007, the parties filed a stipulated proposed order, entered by the Court on September 12, 2007, continuing the hearing date on the Motions to October 2, 2007.

5.  The sharing of information and meetings between the Parties set forth in Paragraph 8 of the September 10, 2007 request for adjournment are ongoing and lead the Parties to conclude that the interests of the parties, as well as the interests of judicial efficiency would be best served by removing the Motion for Preliminary Injunction hearing and Motion To Dismiss hearing from the Court's calendar.

**STIPULATION**

1.  IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2, that Plaintiffs' Motion for Preliminary Injunction and TD Ameritrade's Motion to Dismiss shall both be removed from the Court's October 2, 2007 calendar.

2.  IT IS FURTHER STIPULATED, that Plaintiffs or TD Ameritrade may re-notice their respective Motions at anytime hereafter on 14 [handwritten] ~~ten~~ days notice.

3.  IT IS FURTHER STIPULATED that this stipulation shall not be construed to reflect the position of any of the parties concerning the urgency or absence of any urgency of the relief sought in the Motion for Preliminary Injunction.

IT IS SO STIPULATED, THROUGH COUNSEL.

Date: September 24, 2007        By: _/s/ Alan Himmelfarb_
                                    Alan Himmelfarb
                                    Counsel for Plaintiffs Matthew Elvey and
                                    Gadgetwiz, Inc. and the putative class

-2-
**STIPULATED [PROPOSED] ORDER REMOVING HEARING DATES ON MOTIONS TO DISMISS AND FOR PRELIMINARY INJUNCTION FROM COURT CALENDAR
CASE NO.: C-07-02852-MJJ**

Date: September 24, 2007          By: /s/ Lee H. Rubin

Lee H. Rubin
Mayer Brown LLP
Two Palo Alto Square, Suite 300
Palo Alto, California 94306

Counsel for Defendant
TD AMERITRADE, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED.

Date: 9/26/2007          By: /s/ Martin J. Jenkins

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

-3-
**STIPULATED [PROPOSED] ORDER REMOVING HEARING DATES ON MOTIONS TO DISMISS AND FOR PRELIMINARY INJUNCTION FROM COURT CALENDAR**
**CASE NO.: C-07-02852-MJJ**