UNITED STATES DISTRICT COURT

Northern District of California

MATTHEW ELVEY, and individual, and
GADGETWIZ, INC., an Arizona
corporation, on their own behalf and on
behalf of all others similarly situated

      Plaintiff(s),

v.

TD AMERITRADE, INC., a New York
corporation, and DOES 1 to 100

      Defendant(s).

CASE NO. C07 2852 MJJ

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Ethan Preston, an active member in good standing of the bar of Supreme Court of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

Ethan Preston
Kamber & Associates, LLC
11 Broadway, 22nd Floor
New York, NY 10004

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/2/07

                         Martin J. Jenkins
                         United States ~~Magistrate~~ District Judge
                         Martin J. Jenkins