Alan Himmelfarb
LAW OFFICES OF ALAN HIMMELFARB
2757 Leonis Blvd
Los Angeles, CA 90058
Telephone: (323) 585-8696
Fax: (323) 585-8198
consumerlaw1@earthlink.net

Scott A. Kamber
Ethan Preston
KAMBER & ASSOCIATES, LLC
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kolaw.com
epreston@kolaw.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW ELVEY, an individual, and GADGETWIZ, INC., an Arizona corporation, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>TD AMERITRADE, INC., a New York corporation, and DOES 1 to 100,<br><br>Defendants. | Case No. C 07 2852 MJJ<br><br>STIPULATED [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Judge: Martin J. Jenkins |

**GROUNDS**

1. Plaintiffs Matthew Elvey and Gadgetwiz.com filed a First Amended Complaint against Defendant TD Ameritrade, Inc. ("TD Ameritrade"), on June 28, 2007, and Motion for Preliminary Injunction on July 10, 2007. TD Ameritrade filed a Motion to Dismiss the Plaintiffs' First Amended Complaint on July 18, 2007.

-1-

2. In a proposed stipulated order filed by the parties on September 24, 2007, the parties explained that the parties are meeting and sharing information and on that basis, the parties requested that the Motion for Preliminary Injunction and Motion To Dismiss be removed from the Court's calendar.

3. On September 26, 2007, the Court entered the stipulated order removing the motions from the Court's calendar and permitting the parties to re-notice their respective motions on fourteen days notice.

4. The discussions referenced in the September 26 stipulated order are ongoing and the parties anticipate that those discussions will reach a conclusion concerning the direction of the litigation within approximately 30 days. Accordingly, the interests of the parties and the interests of judicial efficiency would be best served by continuing the Case Management Conference to ~~November 13, 2007~~. December 4, 2007

**STIPULATION**

1. IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2, that the Case Management Conference shall be continued from October 16, 2007 to December 4, 2007 at 2:00 p.m.

IT IS SO STIPULATED, THROUGH COUNSEL.

Dated:  October 9, 2007          By:          /s/
                                         Ethan Preston
                                         Counsel for Plaintiffs Matthew Elvey and
                                         Gadgetwiz, Inc. and the putative class


Dated: October 9, 2007           By:          /s/
                                         Lee H. Rubin
                                         Mayer Brown LLP
                                         Two Palo Alto Square
                                         Suite 300
                                         Palo Alto, California  94306

                                         Counsel for Defendant
                                         TD AMERITRADE, Inc.

-2-

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  IT IS SO ORDERED.

3  Date:  10/11/07                    By: _____

4                                          THE HONORABLE MARTIN J. JENKINS
                                            UNITED STATES DISTRICT COURT JUDGE

*[Seal: United States District Court, Northern District of California; signature of Judge Martin J. Jenkins]*

-3-

**STIPULATED [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO.: C-07-2852-MJJ**