David C. Parisi, Esq. (162248)
Suzanne Havens Beckman, Esq. (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dparisi@parisihavens.com
shavens@parisihavens.com

Attorneys for plaintiff Brad Zigler,
on behalf of himself, the general public and all
others similarly situated

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELVEY, et al.<br><br>        Plaintiffs<br><br>   v.<br><br>TD AMERITRADE, INC., et al.<br><br>        Defendants. | **Case No.: C-07-2852 MJJ**<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[Filed pursuant to Civil L.R. 3-12]** |

Pursuant to Civil L.R. 3-12, plaintiff Brad Zigler ("plaintiff") hereby submits this Administrative Motion to Consider Whether Cases Should be Related.

The two cases which plaintiff believes should be related are as follows:

1. *Elvey v. TD Ameritrade, Inc.*, Case No. C 07 2852 MJJ, assigned to the Honorable Martin J. Jenkins.  The complaint in this action was originally filed on May 31, 2007.

2. *Zigler v. TD Ameritrade, Inc.*, Case No. C 07 4903 MMC, assigned to the Honorable Maxine M. Chesney.  The complaint in this action was filed on September 21, 2007.

PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
(818) 990-1299

Case No. C 07 2852 MJJ
Case No. C 07 4903 MMC

The *Elvey* and *Zigler* matters concern substantially the same parties and allegations. Each complaint alleges a National class action against TD Ameritrade, Inc. ("Defendant Ameritrade") for its failure to secure the personal and private information of its customers, the purported class members, which resulted in class members receiving spam and the release of their confidential information to persons in the general public. Each action also alleges that Defendant Ameritrade was aware that unauthorized individuals had accessed the data files containing private information of the purported class, including social security numbers. Further, each complaint alleges that Defendant Ameritrade did not act to fix the security breach and that it profited from the improper disclosure of class members' private information.

Accordingly, plaintiff requests that the *Elvey* and *Zigler* actions be deemed related pursuant to Civil L.R. 3-12, and the Honorable Martin Jenkins, assigned to the earlier-filed *Elvey* action, preside over both matters.

DATED: November 2, 2007             PARISI & HAVENS LLP

                                    By: /s/ David C.Parisi_____
                                    David C. Parisi
                                    Suzanne Havens Beckman
                                    Attorneys for plaintiff Brad Zigler,
                                    on behalf of himself, the general public and all
                                    others similarly situated

-2-

PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
(818) 990-1299

Administrative Motion to Consider Whether Cases Should be Related     Case No. 07 2852 MJJ
                                                                      Case No.  07 4903 MMC

**CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. §1746, I hereby certify that on November 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached attorney list for Case No. 07 2825 MJJ, and that this filing will also notify the only other party in Case No. 07 4903 MMC.

DATED: November 2, 2007				PARISI & HAVENS LLP

						By: /c/ David C. Parisi_____
						David C. Parisi
						Suzanne Havens Beckman
						Attorneys for plaintiff Brad Zigler,
						on behalf of himself, the general public and all others similarly situated

PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
(818) 990-1299

-3-

Administrative Motion to Consider Whether Cases Should be Related    Case No. 07 2852 MJJ
                                                                      Case No. 07 4903 MMC