**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Elvey,<br><br>              Plaintiff(s),<br><br>     v.<br><br>TD Ameritrade, Inc.,<br><br>              Defendant(s). | 07-02852 MJJ<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-02852 MJJ                              -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: November 14, 2007
9                  RICHARD W. WIEKING
                   Clerk
10                 by:   Timothy J. Smagacz
11
12                 _____
                   ADR Administrative Assistant
                   415-522-4205
13                 Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-02852 MJJ                 -2-

PROOF OF SERVICE

Case Name:       Elvey v. TD Ameritrade, Inc.

Case Number:     07-02852 MJJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On November 14, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>Scott A Kamber
>Kamber & Associates, LLC
>11 Broadway, 22nd Floor
>New York, NY 10004
>skamber@kolaw.com
>
>Ethan Mark Preston
>KamberEdelson, LLC
>53 W. Jackson
>Suite 1530
>Chicago, IL 60604
>ep@eplaw.us
>
>Alan Himmelfarb
>Law Offices of Himmelfarb & Himmelfarb
>2757 Leonis Boulevard
>Los Angeles, CA 90058
>Consumerlaw1@earthlink.net
>
>Lee H. Rubin
>Mayer Brown LLP

Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
lrubin@mayerbrownrowe.com

Shirish Gupta
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
sgupta@mayerbrownrowe.com

David Christopher Parisi
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
dcparisi@msn.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 14, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov