Alan Himmelfarb
LAW OFFICES OF ALAN HIMMELFARB
2757 Leonis Blvd
Los Angeles, CA 90058
Telephone: (323) 585-8696
Fax: (323) 585-8198
consumerlaw1@earthlink.net

Scott A. Kamber
Ethan Preston
KAMBER & ASSOCIATES, LLC
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kolaw.com
epreston@kolaw.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW ELVEY, an individual, and GADGETWIZ, INC., an Arizona corporation, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>TD AMERITRADE, INC., a New York corporation, and DOES 1 to 100,<br><br>Defendants. | Case No. C 07 2852 MJJ<br><br>**STIPULATED [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Martin J. Jenkins |

**GROUNDS**

1. Plaintiffs Matthew Elvey and Gadgetwiz.com filed a First Amended Complaint against Defendant TD Ameritrade, Inc. ("TD Ameritrade"), on June 28, 2007, and Motion for Preliminary Injunction on July 10, 2007. TD Ameritrade filed a Motion to Dismiss the Plaintiffs' First Amended Complaint on July 18, 2007.

2. In a proposed stipulated order filed by the parties on September 24, 2007, the parties explained that the parties are meeting and sharing information and on that basis, the parties requested that the Motion for Preliminary Injunction and Motion To Dismiss be removed from the Court's calendar.

3. On September 26, 2007, the Court entered the stipulated order removing the motions from the Court's calendar and permitting the parties to re-notice their respective motions on 14 days notice.

4. On October 9, 2007, the parties advised the Court by stipulation that the discussions referenced in the September 26 stipulated order were ongoing and sought a continuance of the Case Management Conference to allow the parties to determine the direction of the litigation. The Court thereafter continued the Case Management Conference to December 4, 2007. The parties have been actively engaged in discussions over the past two months and the discussions are ongoing.

5. Accordingly, the interests of the parties and the interests of judicial efficiency would be best served by continuing the Case Management Conference to enable the parties to complete their discussions.

**STIPULATION**

1. IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2, that the Case Management Conference shall be continued from December 4, 2007 to January 22, 2008 at 2:00 p.m.

IT IS SO STIPULATED, THROUGH COUNSEL.

Dated: November 27, 2007   By:   /s/ Ethan Preston
Ethan Preston
Counsel for Plaintiffs Matthew Elvey and
Gadgetwiz, Inc. and the putative class

-2-
**STIPULATED [PROPOSED] ORDER CONTINUING HEARING DATE**
**CASE NO.: C-07-02852-MJJ**

| | | |
|---|---|---|
| Dated: November 27, 2007 | By: | /s/ Lee H. Rubin |
| | | Lee H. Rubin |
| | | Mayer Brown LLP |
| | | Two Palo Alto Square |
| | | Suite 300 |
| | | Palo Alto, California  94306 |
| | | |
| | | Counsel for Defendant |
| | | TD AMERITRADE, Inc. |

*Filer's Attestation:  Pursuant to General Order No. 45, I, Lee Rubin, attest that I obtained concurrence in the filing of this document from the other signatory.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED.

Date: _____  By: _____
                                              THE HONORABLE MARTIN J. JENKINS
                                              UNITED STATES DISTRICT COURT JUDGE