UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ELVEY, et al., | Case No. C 07-2852   VRW |
| | <u>Related to:</u><br>C 07-4903  VRW<br>Zigler v TD Ameritrade Inc |
| Plaintiff(s), | <u>CLERK'S NOTICE</u> |
| v. | |
| TD AMERITRADE, INC., | |
| Defendant(s). | |

This action having been reassigned to the Honorable Vaughn R Walker;

YOU ARE HEREBY NOTIFIED THAT a Case Management Conference has been scheduled on **May  29, 2008 at 3:30 p.m.** before  Judge Walker.

Copies of the Local Rules, Standing Orders, the Court's  weekly calendar and available motion hearing dates  may be downloaded from the district courts Internet site:

http://www.cand.uscourts.gov . A link to the  page may be found on the Court's home page.

Please report to Courtroom  no. 6, 17th floor, United  States  District Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated: February 26, 2008

By: *Cora Klein*

Cora Klein, Courtroom Deputy Clerk

**(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the court's ecf  electronic notification and/or certificate of  service)**

attachments                                                        1