Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Ethan Preston (pro hac vice)
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604
(312) 589-6370
epreston@kamberedelson.com

Scott A. Kamber
KAMBEREDELSON, LLC
11 Broadway, 22d Floor
New York, NY 10004
(212) 920-3072
skamber@kamberedelson.com

*Attorneys for John Lofton*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW ELVEY, an individual, and GADGETWIZ, INC., an Arizona corporation, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>TD AMERITRADE, INC., a New York corporation, and DOES 1 to 100,<br><br>Defendants. | No. C 07 2852 VRW<br><br>Judge Vaughn R. Walker<br><br>**NOTICE OF CHANGE OF ADDRESS AND FIRM NAME** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTE THAT**, effective immediately, Plaintiff's counsel have changed their name to KAMBEREDELSON LLC. Counsel have also changed their addresses. The new addresses are:

> Alan Himmelfarb
> KAMBEREDELSON LLC
> 2757 Leonis Blvd.
> Los Angeles, CA 90058
>
> Ethan Preston
> KAMBEREDELSON LLC
> 53 West Jackson Ave., Suite 550
> Chicago, IL 60604
>
> Scott A. Kamber
> KAMBEREDELSON, LLC
> 11 Broadway, 22d Floor
> New York, NY 10004

Please use the new address in all correspondence and other documents.

Dated: May 23, 2008

By: s/Ethan Preston

Ethan Preston (pro hac vice)
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604
(312) 589-6370
epreston@kamberedelson.com

*Attorneys for Plaintiffs*