UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : __May 29, 2008__

**C 07-2852  VRW   Matthew Elvey et al   v  TD Ameritrade Inc**
**C 07-4903 VRW   Brad Zigler et al     v   TD Ameritrade Inc**

Attorneys : For Plaintiff(s):   Scott Kamber, Ethan Preston

      For Defendant(s):   Lee Rubin

Deputy Clerk: Cora Klein                                   Reporter: not reported

PROCEEDINGS:                                               RULING:
1. _____                         _____
2. _____                         _____
3. _____                         _____

Case Management Conference - Held

SCHEDULE:

HEARING for :

PRELIMINARY SETTLEMENT APPROVAL: 6/12/2008  at 2:30 p.m.
STIPULATED MOTION TO AMEND COMPLAINT and CONSOLIDATE CASES

File Motion: 5/29/08                    Opposition:                    Reply: