FILED
08 MAY 29 AM 10: 25
CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Alan Himmelfarb (Cal. Bar. No. 90480)
   KAMBEREDELSON LLC
2  2757 Leonis Blvd.
   Los Angeles, CA 90058
3  (323) 585-8696
   ahimmelfarb@kamberedelson.com
4
   Ethan Preston (pro hac vice)
5  KAMBEREDELSON LLC
   53 West Jackson Ave., Suite 550
6  Chicago, IL 60604
   (312) 589-6370
7  epreston@kamberedelson.com

8  Scott A. Kamber
   KAMBEREDELSON, LLC
9  11 Broadway, 22d Floor
   New York, NY 10004
10 (212) 920-3072
   skamber@kamberedelson.com
11
   *Attorneys for John Lofton*
12

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW ELVEY, an individual, and GADGETWIZ, INC., an Arizona corporation, on their own behalf and on behalf of all others similarly situated, | No. C 07 2852 VRW |
| | Judge Vaughn R. Walker |
| Plaintiffs | **APPLICATION OF ADMISSION *PRO HAC VICE* FOR SCOTT KAMBER** |
| v. | |
| TD AMERITRADE, INC., a New York corporation, and DOES 1 to 100, | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Scott Kamber, an active member in good standing of the bar of the State of New York and to the bars of the United States District Courts for the Southern and Eastern Districts of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Matthew Elvey and Gadgetwiz, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Alan Himmelfarb
   KAMBEREDELSON LLC
   2757 Leonis Blvd.
   Los Angeles, CA 90058
   (323) 585-869626

4. My office will cause to be mailed to the Clerk of the United States District Court for the Northern District of California a check for $210 to pay for *pro hac vice* admission fees.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2008

Scott Kamber