1  Alan Himmelfarb (Cal. Bar. No. 90480)
   KAMBEREDELSON LLC
2  2757 Leonis Blvd.
   Los Angeles, CA 90058
3  (323) 585-8696
   ahimmelfarb@kamberedelson.com
4
   Ethan Preston (pro hac vice)
5  KAMBEREDELSON LLC
   53 West Jackson Ave., Suite 550
6  Chicago, IL 60604
   (312) 589-6370
7  epreston@kamberedelson.com

8  Scott A. Kamber
   KAMBEREDELSON, LLC
9  11 Broadway, 22d Floor
   New York, NY 10004
10 (212) 920-3072
   skamber@kamberedelson.com
11
   *Attorneys for John Lofton*
12

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW ELVEY, an individual, and GADGETWIZ, INC., an Arizona corporation, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>TD AMERITRADE, INC., a New York corporation, and DOES 1 to 100,<br><br>Defendants. | No. C 07 2852 VRW<br><br>Judge Vaughn R. Walker<br><br>**[PROPOSED] ORDER ON SCOTT KAMBER'S APPLICATION OF ADMISSION *PRO HAC VICE*** |

---

[Proposed] Order on Application                                   No. C 07 2852 VRW
for Admission *Pro Hac Vice*

1  Scott Kamber, an active member in good standing of the bar of the State of New York
2  and to the bars of the United States District Courts for the Southern and Eastern Districts of
3  New York, whose business address and telephone number is
4
5     KAMBEREDELSON LLC
      11 Broadway, 22d Floor
      New York, NY 10004
6     (212) 920-3072
7  having applied in the above-entitled action for admission to practice in the Northern District
8  of California on a pro hac vice basis, representing Plaintiffs Matthew Elvey and Gadgetwiz,
9  Inc.
10     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
11 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro*
12 *hac vice*. Service of papers upon and communication with co-counsel designed in the
13 application will constitute notice to the party. All future filings in this action are subject to the
14 requirements contained in General Order No. 45, Electronic Case Filing.
15 Dated:

16                                    _____
                                      Hon. Vaughn Walker
17                                    United States District Court Judge

[Proposed] Order on Application                                          No. C 07 2852 VRW
for Admission *Pro Hac Vice*