UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:**   June 12, 2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**   James Yeomans

**CASE NO.**  C 07-2852  VRW Matthew Elvey et al v TD Ameritrade Inc.
              C 07-4903 VRW Brad Zigler et al v TD Ameritrade Inc.

**COUNSEL FOR PLAINTIFF:**               **COUNSEL FOR DEFENDANT:**
Scott Kamber, Ethan Preston              Lee Rubin
David Parisi

Matthew Elvey - lead plaintiff for the class

**PROCEEDINGS:**   1. Motion for Preliminary Approval of Settlement (unopposed)
                   2. Stipulated Motion to Amend Complaint and Consolidate Cases

**RESULTS:**       The Court heard argument from counsel.
                   The Court submitted the matter
                   The court to issue written ruling.