Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Ethan Preston (*pro hac vice*)
KAMBEREDELSON LLC
The Monadnock Building
53 West Jackson, Suite 550
Chicago, IL 60604
(312) 589-6370
epreston@kamberedelson.com

Scott A. Kamber
KAMBEREDELSON LLC
11 Broadway, 22d Floor
New York, NY 10004
(212) 920-3072
skamber@kamberedelson.com

David Christopher Parisi (Cal. Bar. No. 162248)
Suzanne L. Havens Beckman (Cal. Bar. No. 162248)
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
(818) 990-1299
dparisi@parisihavens.com
shavensbeckman@parisihavens.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW ELVEY, an individual, BRAD ZIGLER, an individual, and JOEL GRIFFITHS, an individual, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>TD AMERITRADE, INC., a New York corporation, and DOES 1 to 100,<br><br>Defendants. | No. C 07 2852 VRW<br>No. C 07 4903 VRW<br><br>Judge Vaughn R. Walker<br><br>**STIPULATION FOR CONSOLIDATION AND FOR LEAVE TO FILE CONSOLIDATED COMPLAINT** |

**STIPULATION FOR CONSOLIDATION AND FOR
LEAVE TO FILE CONSOLIDATED COMPLAINT**

Pursuant to Federal Rules 42 and 15, and Local Rule 7-12, Plaintiffs Matthew Elvey, Brad Zigler, and Joel Griffiths (collectively "Plaintiffs") and Defendant TD Ameritrade, Inc. ("Ameritrade") and hereby stipulate to consolidate *Elvey v. TD Ameritrade, Inc.*, No. C07 2852 VRW (N.D. Cal.) ("*Elvey* Action") and *Zigler v. TD Ameritrade, Inc.*, No. 07-4903 VRW (N.D. Cal.) ("*Zigler* Action") (together the "Actions") and to filing the attached Consolidated Complaint.

Rule 42 provides the Court with the authority to "join for hearing or trial any and all matters at issue" in separate actions which involve "common question[s] of law or fact." Fed. R. Civ. P. 42(a). "[U]nder Rule 42, the main question a court must address is whether there are common questions of law or fact [and] then must weigh the saving of time and effort consolidation would produce against any inconvenience, delay or expense that it would cause." *Single Chip Systems Corp. v. Intermec IP Corp.*, 495 F. Supp. 2d 1052, 1057 (S.D. Cal. 2007). Here, the *Elvey* action and the *Zigler* action involve substantially the same claims and class. Further, Plaintiffs and Defendant have reached a proposed class settlement on behalf of a national class of current and former Ameritrade accountholders. This consolidation will facilitate and promote the Court's review of the proposed settlement – the first step towards expeditiously disposing of two closely related matters on the Court's docket.

Rule 15 provides that Plaintiffs "may amend [their] pleading . . . with the opposing party's written consent." Fed. R. Civ. P. 15(a)(2). Ameritrade has again consented to the amendment of Plaintiffs' claims and the filing of the Consolidated Complaint. The Consolidated Complaint conforms to the claims which the proposed settlement is intended to compromise and release, and is an essential prerequisite to the proposed settlement.

**STIPULATION**

IT IS HEREBY STIPULATED, pursuant to Local Rule 7-12, that the *Elvey* Action and the *Zigler* Action shall be consolidated for all purposes and Plaintiffs shall have leave to file the attached Consolidated Complaint.

| | |
|---|---|
| Dated: May 30, 2008 | By: s/Ethan Preston<br>Ethan Preston (*pro hac vice*)<br>KAMBEREDELSON LLC<br>The Monadnock Building<br>53 West Jackson, Suite 550<br>Chicago, IL 60604<br>(312) 589-6370<br>epreston@kamberedelson.com<br><br>Alan Himmelfarb (Cal. Bar. No. 90480)<br>KAMBEREDELSON LLC<br>2757 Leonis Blvd.<br>Los Angeles, CA 90058<br>(323) 585-8696<br>ahimmelfarb@kamberedelson.com<br><br>Scott A. Kamber<br>KAMBEREDELSON LLC<br>11 Broadway, 22d Floor<br>New York, NY 10004<br>(212) 920-3072<br>skamber@kamberedelson.com<br><br>David Christopher Parisi<br>Suzanne L. Havens Beckman<br>Parisi & Havens LLP<br>15233 Valleyheart Drive<br>Sherman Oaks, CA 91403<br>(818) 990-1299<br>dparisi@parisihavens.com<br>shavensbeckman@parisihavens.com<br><br>*Counsel for Plaintiffs* |

*Pursuant to Section X of the Northern District of California's General Order No. 45 on electronic case filing and 28 U.S.C.§ 1746, the filer attests that the undersigned concurred to the statement above on May 30, 2008.*

| | |
|---|---|
| Dated: May 30, 2008 | By: s/Lee H. Rubin<br>Lee H. Rubin<br>Shirish Gupta<br>Mayer Brown LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br><br>*Counsel for Defendant, TD AMERITRADE, Inc.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: June 13, 2008   By: _____
THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE