**United States District Court**
For the Northern District of California

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MATTHEW ELVEY and GADGETWIZ, INC, on their own behalf and on behalf of all others similarly situated,** | **No   C 07-2852 VRW** |
| **Plaintiffs,** | **ORDER** |
| **v** | |
| **TD AMERITRADE, INC and DOES 1-100,** | |
| **Defendants.** | |
| _____/ | |
| **BRAD ZIGLER, on behalf of himself, the general public and all others similarly situated,** | **No   C 07-4903 VRW** |
| **Plaintiff,** | **ORDER** |
| **v** | |
| **TD AMERITRADE, INC and DOES 1-100,** | |
| **Defendants.** | |
| _____/ | |

On June 13, 2008, the court consolidated the above-captioned actions. See 07-2852 VRW Doc #58; 07-4903 VRW Doc #23.

The court further ORDERS as follows:

1. Elvey et al v TD Ameritrade et al, C 07-2582 VRW and Zigler v TD Ameritrade et al, C 07-4903 VRW are consolidated for all purposes, including pretrial proceedings and trial, pursuant to FRCP 42(a).

2. The caption of these consolidated actions shall be "In re TD Ameritrade Accountholder Litigation," and the files of these consolidated actions shall be maintained in one file under Master File No C 07-2582 VRW. Any other actions now pending or hereafter filed in this district which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes if, as and when they are drawn to the court's attention.

3. A Master Docket and a Master File are hereby established for the consolidation of proceedings in all of the actions consolidated herein and in all other cases filed in or transferred to this court and consolidated herewith (hereinafter "these consolidated actions"). Entries in said Master Docket shall be applicable to these consolidated actions as more fully set forth below. Separate dockets shall also be maintained for each of these consolidated actions, and entries shall be made therein in accordance with the regular procedures of the clerk of this court, except as modified by this order.

4. When a pleading is filed and the caption, pursuant to 8 and 9, infra, shows that it is to be applicable to "All Class Actions," the clerk shall file such pleading in the Master File and note such filing in the Master Docket. No further copies need be filed or docket entries made.

United States District Court
For the Northern District of California

     **5.** When a pleading is filed and the caption, pursuant to 8 and 9, infra, shows that it is to be applicable to fewer than all of these consolidated actions, the clerk need file such pleading only in the Master File but nonetheless shall note such filing in both the Master Docket and in the docket of each such action.

     **6.** When a case which properly belongs as part of In re TD Ameritrade Accountholder Litigation is hereafter filed in this court or transferred here from another court and assigned to Judge Walker, the clerk of this court shall:

     **(a)** Place a copy of this order in the separate file for such action;

     **(b)** Serve upon the attorneys for the plaintiffs in the newly filed or transferred case a copy of this order and direct that this order be served upon any new defendant(s) in the newly filed or transferred case, or their counsel; and

     **(c)** Make an appropriate entry in the Master Docket. This court requests the assistance of counsel in calling to the attention of the clerk of this court by administrative motion the filing or transfer of any case which might properly be consolidated as part of In re TD Ameritrade Accountholder Litigation.

     **7.** This order shall apply to each case subsequently filed in this court or transferred to this court which is related to In re TD Ameritrade Accountholder Litigation, unless a party objecting to the consolidation of such case or to any other provision of this order shall, within ten days after the date upon which a copy of this order is mailed to counsel for such party, file an application for relief from this order or any provision

herein, and this court deems it appropriate to grant such application.

8. Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

```
                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA

In re TD AMERITRADE              )   Master File No.
ACCOUNTHOLDER LITIGATION         )
_____)   C 07-2852 VRW
                                 )
This Document Relates to:        )
                                 )   Class Action
_____)
```

9. When a pleading is intended to be applicable to all actions in which this order is applicable, the words "All Actions" shall appear immediately after the words "This Document Relates to:" in the caption set out above. When a pleading is intended to be applicable to some, but not all, of such actions, this court's docket number for each individual action to which this pleading is intended to be applicable and the last name of the first-named plaintiffs in said action shall appear immediately after the words "This Document Relates to:" in the caption described above, for example, "C 07-2852 VRW (Elvey)."

All other pending case management issues will be addressed by way of a separate order.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge