1  MAYER, BROWN LLP
   LEE H. RUBIN (SBN 141331)
2  TWO PALO ALTO SQUARE, SUITE 300
   PALO ALTO, CA  94306
3  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
4  lrubin@mayerbrown.com

5  Counsel for Defendant TD AMERITRADE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TD AMERITRADE ACCOUNTHOLDER LITIGATION | Master File No.<br>C 07-2852 VRW<br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S JUNE 13, 2008 ORDER**<br>Chief Judge Vaughn R. Walker<br>On submission. |

Counsel for defendant TD Ameritrade, Inc. ("TD Ameritrade"), respectfully moves this Court for a two-week extension of time for the parties to respond to the Court's June 13, 2007 Order, which directs the parties to provide the Court with certain information regarding Plaintiff's Motion for Preliminary Approval of the Class Action Settlement.   The grounds for TD Ameritrade's motion are set forth below.

1.     On June 12, 2008, the Court held a hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 53).  On June 13, 2008, the Court denied Plaintiffs' motion for preliminary approval without prejudice, and directed the parties to submit specified additional information bearing on Plaintiff's motion by June 26, 2008.

2. Counsel for TD Ameritrade has been working diligently with TD Ameritrade to comply with the Court's June 13 Order. Mr. Robert Kriss, TD Ameritrade's lead counsel in this matter, has taken primary responsibility for working with TD Ameritrade to gather the requested information and preparing the submission on behalf of TD Ameritrade. Yesterday, Mr. Kriss was required to travel from his home in Chicago to Cleveland to tend to his elderly mother, who has recently fallen gravely ill. Undersigned counsel, who is currently out of town visiting his father in St. Louis, is not in a position to complete the required fact-gathering and prepare the requested submission. For these reasons, TD Ameritrade requests an additional two weeks to provide the requested information to the Court

3. Counsel for TD Ameritrade has conferred with Plaintiffs' counsel concerning TD Ameritrade's request for an extension of time and Plaintiffs' counsel have no objection. Plaintiffs' counsel adds that circumstances require it to join in the instant motion because counsel for both Plaintiffs and Defendant had agreed to share and discuss with each other certain materials being gathered in response to the Court's order. Plaintiffs' counsel adds further that the information to be shared directly impacts Plaintiffs' ability to comply with the Court's request for additional information. As a result, in the interest of efficiency and to avoid the need for supplemental filings, this unopposed motion requests that all Parties be afforded the same two-week extension of time to file their submission.

## **Conclusion**

WHEREFORE, TD Ameritrade respectfully requests the Court grant its unopposed motion for a two-week extension of time, from June 26, 2008, to July 10, 2008, for the parties to submit the additional information requested by the Court, as set forth in the Court's June 13, 2008 Order.

| | | |
|---|---|---|
| 1 | Dated: July 25, 2008 | MAYER, BROWN LLP |
| 2 | | By:     */s/* |
| 3 | |       Lee H. Rubin<br>*Counsel for Defendant TD AMERITRADE, Inc.* |

Of Counsel
MAYER, BROWN LLP
Robert J. Kriss
71 South Wacker Drive
Chicago, Illinois 60606-4637

---

3

UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY
WITH COURT'S JUNE 13, 2008 ORDER
C 07-2852 VRW