MAYER, BROWN LLP
LEE H. RUBIN (SBN 141331)
TWO PALO ALTO SQUARE, SUITE 300
PALO ALTO, CA  94306
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060
lrubin@mayerbrown.com

Counsel for Defendant TD AMERITRADE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TD AMERITRADE ACCOUNTHOLDER LITIGATION | Master File No.<br><br>C 07-2852 VRW<br><br>**[PROPOSED] ORDER GRANTING TD AMERITRADE'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO COMPLY WITH COURT'S JUNE 13, 2008 ORDER**<br><br>Chief Judge Vaughn R. Walker<br><br>On submission. |

On _____, 2008, the Unopposed Motion of TD Ameritrade for an Extension of Time in Which to Comply with the Court's June 13, 2008 Order (the "Motion") came before this Court on submission.  Having considered the Motion and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

The parties shall have until July 10, 2008, to comply with the Court's order of June 13, 2008 (Dkt. No. 61).

IT IS SO ORDERED.

Dated: _____, 2008      _____
                                                                   Hon. Vaughn R. Walker