**EXHIBIT B**

1  David C. Parisi, Esq. (162248)
   Suzanne Havens Beckman, Esq. (188814)
2  PARISI & HAVENS LLP
   15233 Valleyheart Drive
3  Sherman Oaks, California 91403
   (818) 990-1299 (phone)
4  (818) 501-7852 (facsimile)
   dparisi@parisihavens.com
5  shavens@parisihavens.com

6  Attorneys for plaintiff Brad Zigler,
   on behalf of himself, the general public and all
7  others similarly situated

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

11

| In re TD AMERITRADE ACCOUNTHOLDER LITIGATION | Master File No. |
|---|---|
| | C 07-2852  VRW |
| This Document Relates to:  All Actions | Class Action |
| | **DECLARATION OF DAVID C. PARISI IN RESPONSE TO COURT ORDER OF JUNE 13, 2008** |

1    1.    I am an attorney at law, duly licensed to practice before all the courts of the

2    State of California. I am a partner in the law firm of Parisi & Havens LLP. I am primarily

3    responsible for the handling of this litigation on behalf of Parisi & Havens LLP. I make this

4    declaration based upon my own personal knowledge. If called to testify, I could and would

5    testify to the facts contained herein.

6
7    2.    I submit this declaration in response to this Court's Order of June 13, 2008,

8    docket item No. 61.

9    **A.    Hours and Lodestar of Counsel**

10
11    3.    This Court's Order requested substantiation that would permit the Court to

12    perform a lodestar cross-check. As of June 24, 2008, the total number of hours spent by the

13    attorneys in my firm on this litigation is 105.9 hours. The total lodestar amount, based on

14    my firm's current hourly rates, is $47,655.00. This figure is based on the rates my firm

15    charges on litigation matters. We account for expenses separately which are not duplicated

16    in our professional billing rates.

17    4.    The two attorneys in my firm who worked on this matter are myself and my

18    partner, Suzanne Havens Beckman. I worked 80.9 hours on this matter and Ms. Havens

19    Beckman worked 25.0 hours on this matter. We each bill $450.00 per hour for our time on

20    litigation matters. Ms. Havens Beckman is an 11th year attorney and I am a 16th year

21    attorney.

22
23    5.    Attached hereto as **Exhibit 1** is a true and correct copy of the law firm

24    resume for Parisi & Havens LLP.

25    **B.    Trend Micro Internet Security Pro**

26
27    6.    On June 13, 2008, I ran a search for the "Trend Micro Internet Security Pro"

28    program on Frys.com. The three user version of this software sells at Frys.com for $69.99.

1  I could not locate a one-user version of the software on the Frys.com website. A true and

2  correct copy of a screen printout of this webpage is attached hereto as **Exhibit 2**. On June

3  26, 2008, I ran another search for the same program on the Frys.com website. This time the

4  program was selling with a rebate of $60.00, with a final price of $9.99 after the rebate. A

5  true and correct copy of a screen printout of this webpage is attached hereto as **Exhibit 3**.

6
7       7.    On June 26, 2008, I ran a search for the "Trend Micro Internet Security Pro"

8  program on Newegg.com. The three user version of this software sells at Newegg.com for

9  between $57.99 and $59.99. I could not locate a one-user version of the software on the

10  website. A true and correct copy of a screen printout of this webpage is attached hereto as

11  **Exhibit 4**.

12      8.    On June 26, 2008 I ran a search for the "Trend Micro Internet Security Pro"

13  program on Amazon.com. The three user version of this software sells at Amazon.com for

14  between $52.00 and $59.99. I could not locate a one-user version of the software on the

15  website. A true and correct copy of a screen printout of this webpage is attached hereto as

16  **Exhibit 5**.

17
18      9.    I went to the Trend Micro website on June 26, 2008 and found that Trend

19  Micro sells the "Trend Micro Internet Security Pro" program for $69.95.

20      10.   On June 25, 2008, I went to the ebay.com website and searched for the

21  "Trend Micro Internet Security Pro" program. I found the program to be auctioned for

22  between $12.95 and $25.99. A true and correct copy of a screen printout of the webpage

23  showing these prices is attached hereto as **Exhibit 6**.

24
25      **C.   Matthew Elvey**

26      11.   My firm does not represent Mr. Elvey and I only met him once, at the hearing

27  before this Court on June 12, 2008.

28

PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
(818) 990-1299

Declaration of David C. Parisi                    Page 3                    Case No.  07 2852 VRW

12.   On June 19, 2008, I wrote to Matthey Elvey and requested that he send me a copy of his CV to me for submission to this Court.  I also requested that Mr. Elvey agree to a time to talk to me by telephone about the statements he made at the hearing on June 12th.

13.   Mr. Elvey responded to my email with an email dated June 23, 2008.  In his email, Mr. Elvey stated that he would submit his resume to the Court himself.  Mr. Elvey also stated that he would prefer to communicate by email.  Mr. Elvey also represented that he was unaware of this Court's Order of June 12, 2008.

14.   On June 23, 2008, I again wrote to Mr. Elvey and requested that he provide me with his CV.  I also provided Mr. Elvey with a copy of this Court's Order of June 12, 2008.  Finally, I asked Mr. Elvey about any evidence he has to support his claims that Ameritrade's conduct has lead to identity theft of its customers.  Mr. Elvey has not responded to my emails.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct and that this declaration was executed this 10th day of July 2008 at Sherman Oaks, California.

s/David C. Parisi
David C. Parisi

**EXHIBIT B - 1**

(April 30, 2008)

## The Law Firm

**Parisi & Havens LLP** is a dynamic law firm that prides itself
in meeting the varying needs of our clients. Our firm is
committed to providing each of our clients with the highest
quality legal representation and achieving the most
successful resolution of their cases possible.   We
specialize in representing individuals and businesses in
complex insurance coverage and insurance bad faith disputes,
consumer class actions, as well as general civil and
business litigation.   The firm counts as its clients several
banks, a Fortune 500 Company and numerous consumers.   In
each area in which we practice, the firm and its partners
have built a reputation in the community for representing
clients in cutting-edge litigation with skill, strength, and
integrity.   Consistent with the needs of our clients and the
individual nature of each case, Parisi & Havens uses both
contingency and hourly fee arrangements.

## The Partners

### David C. Parisi

Mr. Parisi represents consumers and businesses in conflicts
with their insurance carriers.   He also litigates general
business and consumer disputes as well as class actions by
consumers and insureds against corporations.   In his career,
Mr. Parisi has addressed and resolved numerous insurance
issues for businesses and homeowners, such as the
application of complex exclusions in directors and officers
liability insurance policies, the scope of business
liability insurance policies, the degree to which insurance
carriers may dictate the defense strategy of their insureds,
whether insurance carriers can force insureds to participate
in a costly appraisal process, as well as various automobile
and homeowners policy interpretation issues.

Mr. Parisi has served in a leadership role or was co-lead
counsel in the following complex lawsuits and class actions:

> *In re Farmers Northridge Earthquake Commercial
> Litigation* and *In re Farmers Northridge Earthquake
> Commercial Litigation No. II*, two groups of

(April 30, 2008)

consolidated and related complex lawsuits.  Mr.
Parisi's clients' had over 169 claims in this
litigation and resolved their disputes for in excess of
$191 million.

*Mendel v. Sirius Satellite Radio, Inc., et al.*, a
consumer class action valued at just over $1 million in
which every consumer was awarded 100 percent
reimbursement.

*August v. Sony Pictures Home Entertainment, Inc., et
al.*, a consumer action which resulted in both Sony
Pictures and Netflix, Inc. changing their practices
with respect to all consumers nationwide.

*Eren v. Topa Insurance Company, Inc., et al.*, an
insurance action which resulted in Topa changing its
practices with respect to denying particular types of
insurance claims and reimbursing affected insureds in
State of California.

*Simonian v. Farmers Group, Inc., et al.*, an insurance
class action which resolved with insureds receiving 100
percent reimbursement of approximately $9 million
withheld by the insurer, and which resulted in a change
in the claims practice of the insurer.

*McGuire v. Farmers Group, Inc., et al.*, an insurance
class action which challenged Farmers' practice of
overinsuring property, thereby artificially inflating
policy limits and artificially inflating policy
premiums.  The case was settled with Farmers agreeing
to change its practices.

Mr. Parisi's published appellate opinions, where he
represented the insured or amici, include *Fireman's Fund
Ins. Companies v. Younesi* (1996) 48 Cal.App.4th 451; *Doheny
West Homeowners' Ass'n v. American Guarantee & Liability
Ins. Co.* (1997) 60 Cal.App.4th 400; *Truck Insurance Exchange
v. Superior Court* (1998) 67 Cal.App.4th 142; *Basich v.
Allstate Ins. Co.* (2001) 87 Cal.App.4th 1112; *Kids' Universe
v. In2Labs* (2002) 95 Cal.App.4th 870; *21st Century Ins. Co.
v. Superior Court (Schwartz)* (2005) 127 Cal.App.4th 1351;

(April 30, 2008)

and *Doheny Park Terrace Homeowners Ass'n, Inc. v. Truck Ins. Exchange* (2005) 132 Cal.App.4th 1076.

Mr. Parisi has taught attorneys about insurance bad faith and is often called upon by insurance professionals for advice on complex insurance coverage issues. Mr. Parisi is a member of the Consumer Attorneys of California, the Consumer Attorneys Association of Los Angeles, Trial Lawyers for Public Justice, the American Trial Lawyers Association and the Los Angeles County Bar Association. He is admitted to the State Bar of California as well as the U.S. District Court for the Northern, Southern and Central Districts of California.

As a consumer advocate, Mr. Parisi gives a great deal of his time to assist various consumer-related insurance organizations. Mr. Parisi is a 1992 graduate of the Boston University School of Law.

**Suzanne Havens Beckman**

Ms. Havens Beckman's practice is primarily focused on insurance bad faith litigation on behalf of California policyholders as well as class action litigation on behalf of consumers. Ms. Havens Beckman has represented insureds and resolved hundreds of lawsuits dealing with a wide variety of complex insurance bad faith issues: from director and officer liability disputes; to duty to defend liability; to the more typical homeowners insurance issues, including the water loss exclusion, the code upgrade exclusion, coverage for damage caused by mold, and the appraisal clause. Ms. Havens Beckman's clients range from individuals to small businesses and large corporations. Ms. Havens Beckman also has significant experience in general civil litigation.

Ms. Havens Beckman has served in a leadership role or was co-lead counsel in the following complex lawsuits and class actions:

> *In re Farmers Northridge Earthquake Commercial Litigation* and *In re Farmers Northridge Earthquake Commercial Litigation No. II*, two groups of

(April 30, 2008)

     consolidated and related complex lawsuits.  Ms. Havens'
     Beckman's clients had over 60 claims in this litigation
     and resolved their disputes for in excess of $40
     million.

     *Mendel v. Sirius Satellite Radio, Inc., et al.*, a
     consumer class action valued at just over $1 million in
     which every consumer was awarded 100 percent
     reimbursement.

     *August v. Sony Pictures Home Entertainment, Inc., et
     al.*, a consumer action which resulted in both Sony
     Pictures and Netflix, Inc. changing their practices
     with respect to all consumers nationwide.

     *Eren v. Topa Insurance Company, Inc., et al.*, an
     insurance action which resulted in Topa changing its
     practices with respect to denying particular types of
     insurance claims and reimbursing affected insureds in
     State of California.

     *Marootian v. New York Life Ins. Co., et al.*, a class
     action which involved claims stemming from the Armenian
     Genocide of 1915 which involved complex issues of
     International Jurisdiction.

In addition to her litigation and claims analysis
experience, Ms. Havens Beckman has been successful at the
appellate level.  In recognition of her efforts to confirm
the constitutionality of Code of Civil Procedure section
340.9, Ms. Havens Beckman received the Consumer Attorneys of
California 2001 Presidential Award of Merit.  Ms. Havens
Beckman's published opinions include *Basich v. Allstate Ins.
Co.* (2001) 87 Cal.App.4th 1112; *20th Century Ins. Co. v.
Superior Court (Ahles)* (2001) 90 Cal.App.4th 1237; *Bialo v.
Western Mutual Insurance Company* (2002) 95 Cal.App.4th 68;
*Migliore v. Mid-Century Insurance Company* (2002) 97
Cal.App.4th 592; *E.M.M.I. Inc. v. Zurich American Insurance
Company* (2004) 32 Cal.4th 465; *21st Century Ins. Co. v.
Superior Court (Schwartz)* (2005) 127 Cal.App.4th 1351; and
*Doheny Park Terrace Homeowners Ass'n, Inc. v. Truck Ins.
Exchange* (2005) 132 Cal.App.4th 1076.

LAW FIRM RESUME

Parisi & Havens LLP
Page 5 of 5

(April 30, 2008)

Ms. Havens Beckman is often called upon by other attorneys and insurance professionals for her advice in responding to insurance company denials of claims and has lectured on various insurance litigation topics.

Ms. Havens Beckman received her J.D. from the University of Southern California Law School in 1996.  She is a member of the Consumer Attorneys Association of Los Angeles and Trial Lawyers for Public Justice.  Ms. Havens Beckman is admitted to the State Bar of California as well as the U.S. District Court for the Northern and Central Districts of California.

Ms. Havens Beckman devotes her free time to causes that she cares about, including volunteering her time to local environmental and hospice organizations.

# EXHIBIT B - 2



**PC Computers** | **Apple Computers** | **Notebooks/Tablets** | **PDAs** | **MP3/iPods** | **Hard Drives/Memory** | **Networking**
**Electronic Components** | **Phones/Communications** | **Audio/Video** | **Cameras/Telescope** | **Car Electronics**
**Office Products** | **Software** | **Games** | **Movies** | **Music** | **Books** | **Science/Toys** | **Health & Beauty** | **Appliances**

Customer Service | Home | Your Privacy | Express Account | Track Your Order | Returns | Warranty | Store
Locator | 1 (877)688-7678

Search [              ] in [Entire Site        ] [  ▼] [go]          Disable Menus          



**You can't go wrong!**
- **Best** customer service on the web
- **Secure,** no-hassle shopping
- **Our customers love us!**

Need help placing your order? Let us help!
**1-877-688-7678**
INTL: 1-408-350-1484

## PC-CILLIN INTERNET SECURITY PRO 2008 (3 USER)
TREND MICRO:
**For Windows**
**FRYS.com #: 5360058**

Whether you are at home or on the go, Trend Micro Internet Security Pro safeguards your online transactions, identity, and irreplaceable files with the most comprehensive protection available. Get all the benefits of our proven Internet security plus enhanced identity theft protection, Wi-Fi validation, data theft protection, and system recovery.



Price: $     69.99

[add to cart]
& buy it!

In stock, same day shipping

Detailed Description | Tell a friend | Warranty Info

## Detailed Description

- Anti-virus
- Parental controls
- Anti-spyware
- Data theft prevention
- Email and IM safety scan
- Protection against ID theft
- Protection against rootkits
- Wireless hotspot verification
- Proactive intrusion blocking
- PC recovery
- Anti-spam
- PC performance tuning
- Two-way firewall
- Free automatic updates
- Home network protection
- Free phone, email, chat support
- Web threat protection

**Requirements**

- Windows Vista
- Windows™ XP Professional or Home Edition with Service Pack 1 or 2, 2000 Professional with Service Pack 4, Windows™ XP Media Center Edition 2004 or 2005, Windows™ XP Tablet PC Edition 2004 or 2005
- Intel™ Pentium™ 350Hz, or equivalent processor
- Intel™ Hyper-Threading and Dual Core CPU compatible

- RAID 0 (Striping) or RAID 1 (Mirroring or Duplexing) compatible
- 256MB RAM minimum (1GB recommended)
- 350MB hard disk space available for installation



**Home  | Site Map  | Buying Guides  | Coupon Settlement (CA only)**          **Search**          go

**Frys.com prices good for online purchases only. In-store items and prices at Fry's retail locations may vary. Some online offers are subject to prior sale and may not be available.**
Copyright © 1995-2008 Fry's Electronics, Incorporated. All rights reserved. Fry's Electronics, Frys.com and Outpost.com are registered trademarks of Fry's Electronics, Incorporated.

# EXHIBIT B - 3

# FRYS.COM

## Your Technology Headquarters

PC Computers | Apple Computers | Notebooks/Tablets | PDAs | MP3/iPods | Hard Drives/Memory | Networking
Electronic Components | Phones/Communications | Audio/Video | Cameras/Telescope | Car Electronics
Office Products | Software | Games | Movies | Music | Books | Science/Toys | Health & Beauty | Appliances
Customer Service | Home | Your Privacy | Express Account | Track Your Order | Returns | Warranty | Store Locator | 1 (877)688-7678

Search [        ] in Entire Site [ ] go        **Disable Menus**        view your cart & checkout



**This Weeks Specials!**
Click Here

**You can't go wrong!**

✪ **Best** customer service on the web
✪ **Secure,** no-hassle shopping
✪ **Our customers love us!**



Need help placing your order? Let us help!
**1-877-688-7678**
INTL: 1-408-350-1484

## PC-CILLIN INTERNET SECURITY PRO 2008 (3 USER)

**$60.00 Rebate**
TREND MICRO:
**For Windows**
**FRYS.com #: 5360058**



Whether you are at home or on the go, Trend Micro Internet Security Pro safeguards your online transactions, identity, and irreplaceable files with the most comprehensive protection available. Get all the benefits of our proven Internet security plus enhanced identity theft protection, Wi-Fi validation, data theft protection, and system recovery.

Price:  $  **69.99**
After Rebate:  $  **9.99**


add to cart & buy it!

**In stock, same day shipping**

Detailed Description | Rebate Info | 📧 Tell a friend | Warranty Info

---

## Rebate Info

**Product Rebate:** to receive your rebate, follow the instructions on the PDF below. You will need a printer and postage. No printer available? Then click the second link to receive the rebate form by .
Mail the form to me

**$60.00 Rebate!**   Regularly **$69.99**

$30.00 Mail In Rebate valid from 2008-06-18 to 2008-06-26
Download the PDF

$30.00 Competitive Upgrade Rebate valid from 2008-06-18 to 2008-06-26
Download the PDF

Rebate PDF Requires Adobe Acrobat Reader. Click Here to get it.
Rebate Offer Does Not Refund the Sales Tax Paid by the Customer

---

## Detailed Description

- Anti-virus
- Parental controls
- Anti-spyware
- Data theft prevention
- Email and IM safety scan
- Protection against ID theft
- Protection against rootkits
- Wireless hotspot verification

- Proactive intrusion-blocking
- PC recovery
- Anti-spam
- PC performance tuning
- Two-way firewall
- Free automatic updates
- Home network protection
- Free phone, email, chat support
- Web threat protection

**Requirements**

- Windows Vista
- Windows™ XP Professional or Home Edition with Service Pack 1 or 2, 2000 Professional with Service Pack 4, Windows™ XP Media Center Edition 2004 or 2005, Windows™ XP Tablet PC Edition 2004 or 2005
- Intel™ Pentium™ 350Hz, or equivalent processor
- Intel™ Hyper-Threading and Dual Core CPU compatible
- RAID 0 (Striping) or RAID 1 (Mirroring or Duplexing) compatible
- 256MB RAM minimum (1GB recommended)
- 350MB hard disk space available for installation



Home | Site Map | Buying Guides | Coupon Settlement (CA only)          Search

**Frys.com prices good for online purchases only. In-store items and prices at Fry's retail locations may vary. Some online offers are subject to prior sale and may not be available.**

Copyright © 1995-2008 Fry's Electronics, Incorporated. All rights reserved. Fry's Electronics, Frys.com and Outpost.com are registered trademarks of Fry's Electronics, Incorporated.

# EXHIBIT B - 4

**newegg**.com®

[login]    0 Items ($ 0.00)    MY ACCOUNT

SEARCH    trend micro internet security pro    GO

ABOUT US    HELP & INFO    NEWEGGMALL

BROWSE | COMPUTER HARDWARE | ELECTRONICS | PCs & LAPTOPS | APPLE | CELL PHONES | DIGITAL CAMERAS | NETWORKING | GAMING | SOFTWARE | SPECIALS

▸ **Guided Search**

**Advanced Search**

🏠 Home > Text Search Terms: trend micro internet security pro  (1-10 of 10 Results)

## Search Results (customize your results)

« Prev  **1**  Next »

**Useful Links**

Free Shipping (10)

**Price**

$25 - $50 (6)
$50 - $75 (4)

**Type**

Antivirus (2)
Internet Security (8)

**Version**

Professional (4)
Standard (6)

Search Within [        ]    Best Match    20    GO

☑  **TREND MICRO**

View Pic

### TREND MICRO PC-cillin Internet Security 2008 Pro 3 User Small Box - Retail
- **Type:** Internet Security
- **Version:** Professional
- **Operating Systems Supported:** Windows
- **Packaging:** Retail
- **Features:** Whether you are at home or on the go, Trend Micro Internet Security Pro safeguards your online transactions, identity, and irreplaceable files with the most comprehensive protection available. Get all the benefits of our proven Internet security plus enhanced identity theft protection, Wi-Fi validation, data theft protection, and system recovery.
- **Model #:** PCNN0139
- **Item #:** N82E16832286015
- **Return Policy:** Software Return Policy

Free 3 Business Day Shipping
**Your Price:$57.99**
ADD TO CART
ADD TO WISH LIST

☑  **TREND MICRO**

View Pic

### TREND MICRO PC-cillin Internet Security 2008 Pro 3 User - Retail
- **Type:** Internet Security
- **Version:** Professional
- **Operating Systems Supported:** Windows
- **Packaging:** Retail
- **Features:** Whether you are at home or on the go, Trend Micro Internet Security Pro safeguards your online transactions, identity, and irreplaceable files with the most comprehensive protection available. Get all the benefits of our proven Internet security plus enhanced identity theft protection, Wi-Fi validation, data theft protection, and system recovery.
- **Model #:** PCNN0216
- **Item #:** N82E16832286014
- **Return Policy:** Software Return Policy

Free 3 Business Day Shipping
**Your Price:$57.99**
ADD TO CART
ADD TO WISH LIST

☑  **TREND MICRO**

View Pic

### TREND MICRO Internet Security 2008 Pro 3-user - Retail
- **Type:** Internet Security
- **Version:** Professional
- **Operating Systems Supported:** Windows Vista Ultimate, Business, Home Premium, or Home Basic Windows XP Home or Professional Edition, with Service Pack 2 Windows XP Media Center Edition 2005, with Service Pack 2 Windows XP Tablet PC Edition 2005, with Service Pack 2 Note: Trend Micro Internet Security Pro supports both the 32-bit and 64-bit
- **System Requirements:** Required CPU Intel Pentium 800MHz (1GHz recommended) for Windows Vista Home Basic, Home Premium, Business, or Ultimate (32-bit or 64-bit) Intel Pentium 450MHz for Windows XP Home, Professional, Media Center or Tablet PC Note: Trend Micro Internet Security Pro can support computers with processors equivalent to those listed above, as well as Intel
- **Packaging:** Retail
- **Model #:** TIS08S864
- **Item #:** N82E16832286011
- **Return Policy:** Software Return Policy

Free 3 Business Day Shipping
**Your Price:$59.99**
ADD TO CART
ADD TO WISH LIST

☑   **TREND MICRO**

### TREND MICRO Internet Security 2008 Pro 3-user - Retail
- **Type:** Internet Security

Free 3 Business Day Shipping
**Your Price:$59.99**





- **Version:** Professional
- **Operating Systems Supported:** Windows Vista Ultimate, Business, Home Premium, or Home Basic Windows XP Home or Professional Edition, with Service Pack 2 Windows XP Media Center Edition 2005, with Service Pack 2 Windows XP Tablet PC Edition 2005, with Service Pack 2 Note: Trend Micro Internet Security Pro supports both the 32-bit and 64-bit
- **System Requirements:** Required CPU Intel Pentium 800MHz (1GHz recommended) for Windows Vista Home Basic, Home Premium, Business, or Ultimate (32-bit or 64-bit) Intel Pentium 450MHz for Windows XP Home, Professional, Media Center or Tablet PC Note: Trend Micro Internet Security Pro can support computers with processors equivalent to those listed above, as well as Intel
- **Packaging:** Retail
- **Model #:** TIS085871
- **Item #:** N82E16832286012
- **Return Policy:** Software Return Policy

View Pic

[5]

ADD TO CART

ADD TO WISH LIST

---

TREND MICRO

View Pic

[4]

## TREND MICRO AntiVirus plus AntiSpyware 2008 - Retail

- **Type:** Antivirus
- **Version:** Standard
- **Operating Systems Supported:** Windows Vista Ultimate, Business, Home Premium, or Home Basic Windows XP Home or Professional Edition, with Service Pack 2 Windows XP Media Center Edition 2005, with Service Pack 2 Windows XP Tablet PC Edition 2005, with Service Pack 2 Note: Trend Micro AntiVirus plus AntiSpyware 2008 supports both the 32-bit and
- **System Requirements:** Required CPU Intel Pentium 800MHz (1GHz recommended) for Windows Vista Home Basic, Home Premium, Business, or Ultimate (32-bit or 64-bit) Intel Pentium 350MHz for Windows XP Home, Professional, Media Center or Tablet PC Note: Trend Micro Internet Security 2008 can support computers with processors equivalent to those listed above, as well as Intel
- **Packaging:** Retail
- **Model #:** TAV085765
- **Item #:** N82E16832286008
- **Return Policy:** Software Return Policy

Free 3 Business Day Shipping

**Your Price:$34.99**

ADD TO CART

ADD TO WISH LIST

---

TREND MICRO

View Pic

[29]

Downloadable version also available

## TREND MICRO Internet Security 2008 3-user - Retail

- **Type:** Internet Security
- **Version:** Standard
- **Operating Systems Supported:** Windows Vista Ultimate, Business, Home Premium, or Home Basic Windows XP Home or Professional Edition, with Service Pack 2 Windows XP Media Center Edition 2005, with Service Pack 2 Windows XP Tablet PC Edition 2005, with Service Pack 2 Note: Trend Micro Internet Security 2008 supports both the 32-bit and 64-bit versions
- **System Requirements:** Required CPU Intel Pentium 800MHz (1GHz recommended) for Windows Vista Home Basic, Home Premium, Business, or Ultimate (32-bit or 64-bit) Intel Pentium 350MHz for Windows XP Home, Professional, Media Center or Tablet PC Note: Trend Micro Internet Security 2008 can support computers with processors equivalent to those listed above, as well as Intel
- **Packaging:** Retail
- **Model #:** TIS085598
- **Item #:** N82E16832286010
- **Return Policy:** Software Return Policy

Free 3 Business Day Shipping

**Your Price:$39.99**

ADD TO CART

ADD TO WISH LIST

---

TREND MICRO

View Pic

[3]

## TREND MICRO AntiVirus plus AntiSpyware 2008 - Retail

- **Type:** Antivirus
- **Version:** Standard
- **Operating Systems Supported:** Windows Vista Ultimate, Business, Home Premium, or Home Basic Windows XP Home or Professional Edition, with Service Pack 2 Windows XP Media Center Edition 2005, with Service Pack 2 Windows XP Tablet PC Edition 2005, with Service Pack 2 Note: Trend Micro AntiVirus plus AntiSpyware 2008 supports both the 32-bit and
- **System Requirements:** Required CPU Intel Pentium 800MHz (1GHz recommended) for Windows Vista Home Basic, Home Premium, Business, or Ultimate (32-bit or 64-bit) Intel Pentium 350MHz for Windows XP Home, Professional, Media Center or Tablet PC Note: Trend Micro Internet Security 2008 can support computers with processors equivalent to those listed above, as well as Intel
- **Packaging:** Retail
- **Model #:** TAV085772
- **Item #:** N82E16832286007
- **Return Policy:** Software Return Policy

Free 3 Business Day Shipping

**Your Price:$34.99**

ADD TO CART

ADD TO WISH LIST

**TREND MICRO Internet Security 2008 3 User - Retail**

Free 3 Business Day Shipping

**Your Price:$43.99**

[ADD TO CART]
[ADD TO WISH LIST]

- **Type:** Internet Security
- **Version:** Standard
- **Operating Systems Supported:** Windows Vista Ultimate, Business, Home Premium, or Home Basic Windows XP Home or Professional Edition, with Service Pack 2 Windows XP Media Center Edition 2005, with Service Pack 2 Windows XP Tablet PC Edition 2005, with Service Pack 2 Note: Trend Micro Internet Security 2008 supports both the 32-bit and
- **System Requirements:** Processor: Intel Pentium 800MHz (1GHz recommended) for Windows Vista Home Basic, Home Premium, Business, or Ultimate (32-bit or 64-bit) Intel Pentium 350MHz for Windows XP Home, Professional, Media Center or Tablet PC Memory, Disk Space, and Monitor Required Memory 256MB minimum (512MB recommended) for Windows XP 512MB minimum (1GB recommended) for Windows Vista Home Basic
- **Packaging:** Retail
- **Model #:** PCNN0229
- **Item #:** N82E16832286016
- **Return Policy:** <u>Software Return Policy</u>

View Pic

---

**TREND MICRO PC-cillin Internet Security 2008 - Retail**

Free 3 Business Day Shipping

**Your Price:$42.99**

[ADD TO CART]
[ADD TO WISH LIST]

- **Type:** Internet Security
- **Version:** Standard
- **Operating Systems Supported:** Windows Vista Ultimate, Business, Home Premium, or Home Basic Windows XP Home or Professional Edition, with Service Pack 2 Windows XP Media Center Edition 2005, with Service Pack 2 Windows XP Tablet PC Edition 2005, with Service Pack 2 Note: Trend Micro Internet Security 2008 supports both the 32-bit and
- **System Requirements:** Required CPU Windows Vista Home Basic, Home Premium, Business, or Ultimate (32-bit or 64-bit): Intel Pentium 800MHz (1GHz recommended) Windows XP Home, Professional, Media Center or Tablet PC: Intel Pentium 350MHz Required Memory 256MB minimum (512MB recommended) for Windows XP 512MB minimum (1GB recommended) for Windows Vista Home Basic 1GB for Windows Vista Home
- **Packaging:** Retail
- **Model #:** PCNN0232
- **Item #:** N82E16832286013
- **Return Policy:** <u>Software Return Policy</u>

View Pic

 [2]

---



**TREND MICRO Internet Security 2008 3-user - Retail**

Free 3 Business Day Shipping

**Your Price:$42.99**

[AUTO-NOTIFY]
[ADD TO WISH LIST]

- **Type:** Internet Security
- **Version:** Standard
- **Operating Systems Supported:** Windows Vista Ultimate, Business, or Home Basic Windows XP Home or Professional Edition, with Service Pack 2 Windows XP Media Center Edition 2005, with Service Pack 2 Windows XP Tablet PC Edition 2005, with Service Pack 2 Note: Trend Micro Internet Security 2008 supports both the 32-bit and 64-bit versions
- **System Requirements:** Required CPU Intel Pentium 800MHz (1GHz recommended) for Windows Vista Home Basic, Home Premium, Business, or Ultimate (32-bit or 64-bit) Intel Pentium 350MHz for Windows XP Home, Professional, Media Center or Tablet PC Note: Trend Micro Internet Security 2008 can support computers with processors equivalent to those listed above, as well as Intel
- **Packaging:** Retail
- **Model #:** TIS085581
- **Item #:** N82E16832286009
- **Return Policy:** <u>Software Return Policy</u>

View Pic



 [3]

---

[ADD TO WISH LIST]

| Search Within | | Best Match | 20 | GO |

« Prev **1** Next »



**Finally, a community site**
**dedicated to Newegg.com shoppers.**

| CUSTOMER SERVICE | SHOPPING HELP | MY ACCOUNT | COMPANY INFO | TOOLS & RESOURCES |
|---|---|---|---|---|
| • Contact Us | • Buy Gift Certificate | • Login/Register | • About Us | • RSS Feeds |
| • Search Tips | • Return Policy | • My Account | • Office Hours and | • Site Map |
| • Frequently Asked | Information | • Order Status | Location | • Knowledge Base |
| Questions | • Knowledge Base | • Order History / Print Invoice | • Careers | • Rebate Center |
| • Address Verification | • Lite Version | • Wish Lists | • Newsroom | • Affiliates |

- Icon Glossary
- RMA Request
- Track My Order
  tracking number
  Go
- Awards/Rankings
- Events
- Newegg Information Center
- Newsletter Subscriptions

Policy & Agreement | Privacy Policy | All rights reserved.

**EXHIBIT B - 5**



amazon.com    Hello. Sign in to get personalized recommendations. New customer? Start here.    Get FREE Two-Day Shipping Now!

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account | Help

Search | Software | trend micro internet security pro | Cart | Your Lists

Software    Bestsellers    New & Future Releases    Business & Office    Children's Software    Computer Security    Education & Reference    Graphics    Home & Hobbies

---

**Category**

‹ Any Category
  **Software**
    Utilities (8)
    Web Development (6)
    Business & Office (2)
    Networking (2)
    Education & Reference (1)

**Operating System**
  **Any Operating System**
    Microsoft Windows (5)

**Seller**
  **Any Seller**
    Amazon.com (4)
    7GIFTS (3)
    Anything You Imagine (2)
    Cool Tech Central (2)
    Efunctional (2)
    lakeplacegames (2)
    Target.com/ITC (2)
    › See more...

**Shipping Option**
  **Any Shipping Option**
    Can be shipped within one
    business day from
    Amazon.com (4)

**Listmania!**



Five Star Security Books: A
list by Jeff Pike ▣



Modern Asia, Part III:
India--From Moghuls to
Internet: A list by Philip W.
Henry ▣

▸ Create a Listmania! list

**Search Listmania!**



---

"trend micro internet security pro" › Software

Showing 7 Results                                Sort by | Relevance



**Trend Micro Internet Security Pro 2008 3-User (Windows Vista / XP)**
Buy new: $69.95 $59.99    30 Used & new from $27.25
Get it by Friday, Jun 27 If you order in the next 13 hours and choose one-day shipping.
★★★★☆ (30)    Eligible for FREE Super Saver Shipping.

**Trend Micro Internet Security Pro 2008 - 3 User**
1 Used & new from $52.00

no image available

**Pc-cillin Internet Security 2008 Pro Bilingual M2 Small Box (No Operating System)**
Buy new: $56.99
Get it by Friday, Jun 27 If you order in the next 9 hours and choose one-day shipping.
Eligible for FREE Super Saver Shipping.

no image available

**Pc-cillin Internet Security 2008 Pro Bilingual M1 Large Box (No Operating System)**
Buy new: $56.99
In Stock
Eligible for FREE Super Saver Shipping.



**SpySubtract Pro (Windows 2000 / 98 / Me / XP)**
2 Used & new from $17.99
★★★★★ (1)



**AdSubtract Pro (Windows 2000 / 98 / Me / XP)**
7 Used & new from $3.00
★★★☆☆ (2)



**Trend Micro Internet Security 2008 3-User (Windows Vista / XP)**
Buy new: $49.95 $39.99    21 Used & new from $22.89
Get it by Friday, Jun 27 If you order in the next 13 hours and choose one-day shipping.
★★★★☆ (105)    Eligible for FREE Super Saver Shipping.

Showing 7 Results                                Sort by | Relevance

---

SPONSORED LINKS (What's this?)
**Trend Micro Security 2008**
TrendMicro.com - Award Winning **TrendMicro** PC-cillin. Save at **TrendMicro**: Download Now!

McAfee - Official Site
www.McAfee.com/OfficialSite : Buy McAfee **Security** Software. Save $20 When You Protect Your PC Today!

**Security** Guard Services
www.supersecurity.com : Armed/Unarmed **Security** Guards 2 Weeks Free Service (800) 481-6666

**Search Feedback**

Did you find what you were looking for? ‹ Yes › ‹ No ›

If you need help or have a question for Customer Service, please visit the Help Section.

askville
amazon    Can't find what you're looking for? Ask Askville! There's a growing community of people just waiting to answer your question. Give it a try!

Search powered by A9

| Where's My Stuff? | Shipping & Returns | Need Help? |
|---|---|---|
| • Track your recent orders. <br> • View or change your orders in Your Account. | • See our shipping rates & policies. <br> • Return an item (here's our Returns Policy). | • Forgot your password? Click here. <br> • Redeem or buy a gift certificate/card. <br> • Visit our Help department. |

Search [ Amazon.com ] [          ] ‹ GO ›

_Your Recent History(What's this?)

**You have no recently viewed items.**

After viewing product detail pages or search results, look here to find an easy way to navigate back to pages you are interested in.

Look to the right column to find helpful suggestions for your shopping session.

**Continue shopping** Customers with Similar Searches Purchased

         

Trend Micro Internet Security Pro 2008 3-User by Trend Micro

Trend Micro Internet Security 2008 3-User by Trend Micro

Trend Micro Internet Security Pro 2008 - 3 User by Trend Micro

Kaspersky Internet Security 7.0 3-user by Kaspersky Lab

**Recent Searches**
trend micro internet security pro (All Products)

· **View & edit Your Browsing History**

**amazon**.com
Amazon.com Home  |  Directory of All Stores

International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Help  |  View Cart  |  Your Account  |  Sell Items  |  1-Click Settings

Investor Relations  |  Press Release  |  Careers at Amazon  |  Join Associates  |  Join Advantage  |  Join Honor System  |  Advertise With Us

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates

**EXHIBIT B - 6**

ebY®

Hi, bluenormanblue! (Not you? Sign in)                                          Site Map

| Categories ▼ | Motors | Express | Stores | | eBay Security & Resolution Center |

ADVERTISEMENT  (about)

MEDICAL HAIR RESTORATION  Re-Grow Your Hair  FREE  CLICK HERE  $5000 Value  before  after

Home > Buy > Search Results for ' trend micro internet securit...'

| All Items | Auctions | Buy It Now |        We've created a new search experience. Try it now.

trend micro internet security pro            All Categories         Search   Advanced Search
☐ Search title and description

### Narrow Your Results

**Computers & Networking** (11)
  Software (11)

### Search Options

**Location**
☐ Worldwide
☐ Items within  200
  miles of  91403

**Show only**
☐ Items listed with PayPal
☐ Buying Options
   Auctions
☐ More Buying Options
   Add Item Inventory
☐ Free Shipping
☐ Completed listings
☐ Listings
   Ending within
   1 hour
☐ Items priced
   [  ] to [  ]
   Show Items

Customize options displayed above.

### Related Neighborhoods

Web Design
236 members
54 posts

### Related Guides

Absolutely Free Must...
Viruses and Spyware ...
Beware Cheap Softwar...
Norton Internet Secu...
Installing and Updat...

## 15 items found for: trend micro internet security pro  ( Save this search )

| List View | Picture Gallery | | Sort by: Price + Shipping lowest first | | Customize Display |

| Item Title | Bids | Price* | Shipping to 91403, USA | Time Left |
|---|---|---|---|---|
| Trend Micro PC-cillin Internet Security 2008 Pro 3-User | 1 | $0.99 | $12.95 | 4d 21h 06m |
| NIB 2008 Trend Micro Internet Security PRO w/ PC-cillin Free PRIORITY S/H - 3 PC license - 100% + feedback  🔎 Enlarge | =BuyItNow | $30.00 $40.00 | Free | 3d 19h 05m |
| ☆ 2008 Trend Micro PC-cillin Internet Security Pro 3 PC | - | $24.99 | $5.75 | 6d 19h 33m |
| Trend Micro PC-Cillin Internet Security Pro 2008 3-User | - | $25.99 | $4.99 | 2d 14h 32m |
| Trend Micro PC-Cillin Internet Security Pro 2008 3 User | =BuyItNow | $27.50 | $3.99 | 5d 22h 14m |
| Trend Micro PC-cillin Internet Security 2008 Pro 3-User | - | $24.99 | $6.99 | 3d 20h 50m |
| ☆ TREND MICRO PC-CILLIN INTERNET SECURITY 2008 PRO 3 PC | =BuyItNow | $34.99 | Free | 6d 21h 41m |
| new Trend Micro Internet Security Pro 2008 3-User | =BuyItNow or Best Offer | $31.85 | $4.99 | 5d 09h 57m |