# EXHIBIT C

1  David C. Parisi, Esq. (162248)
   Suzanne Havens Beckman, Esq. (188814)
2  PARISI & HAVENS LLP
   15233 Valleyheart Drive
3  Sherman Oaks, California  91403
   (818) 990-1299 (phone)
4  (818) 501-7852 (facsimile)
   dparisi@parisihavens.com
5  shavens@parisihavens.com

6  Attorneys for plaintiff Brad Zigler,
   on behalf of himself, the general public and all
7  others similarly situated

8
                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10

11
   In re TD AMERITRADE                    | **Master File No.**
12 ACCOUNTHOLDER LITIGATION
                                          | **C 07-2852  VRW**
13
   ─────────────────────────────         | **Class Action**
14 This Document Relates to:  All Actions
                                          | **DECLARATION OF BRAD**
15                                        | **ZIGLER IN RESPONSE TO**
                                          | **COURT ORDER OF JUNE 13, 2008**
16

17

18

19

20

21

22

23

24

25

26

27

28

1      1.    I am over the age of eighteen and have personal knowledge of each and every

2    fact stated herein and am competent to testify thereto if called as a witness.

3

4      2.    I am a plaintiff and a proposed class representative in the above entitled

5    lawsuit. I provide this declaration to provide information to this court on my background

6    and the basis for my opinion that the settlement in this action is in the best interest of the

7    class.

8                  **PERSONAL BACKGROUND**

9

10      3.    I am currently a financial writer and editor.  My work has appeared in the

11    Journal of Indexes, Institutional Investor, Financial Planning, Financial Advisor, Mutual

12    Funds, Futures, Registered Rep., CRB Trader, TheStreet.com, and the North Bay Business

13    Journal, among other publications.

14      4.    I was head of marketing, research and investor education at Pacific

15    Exchange's option marketplace and then at Barclays iShares.

16

17      5.    I am the creator of the North Bay Stock Index.  I created the index to track the

18    ups and downs of companies headquartered in Sonoma, Marin and Napa counties.

19      6.    I am author of the book Exchange-Traded Funds: How to Get Started in the

20    Newest Investment Vehicle.

21

22      7.    I have been a commentator on National Public Radio affiliate KRCB and the

23    European Press Network.

24      8.    Some of my direct clients are money management firms, exchanges,

25    brokerages, governmental agencies, periodicals and news organizations.

26

27

28

1

## FACTS RELATING TO TD AMERITRADE

2      9.    I am currently an accountholder with TD Ameritrade and have been so since

3  approximately September 2003.  I maintain several email accounts, one of which I provided

4  to TD Ameritrade.  I also provided TD Ameritrade with my social security number.

5

6      10.   During the time I have been an accountholder with TD Ameritrade, I have

7  received stock spam email at the email address that I provided to TD Ameritrade.

8

## MY RETENTION OF PARISI & HAVENS LLP

9      11.   In the early Fall of 2007, I learned from wire service reports that there was a

10  lawsuit against TD Ameritrade with regard to a security breach and resulting stock spam

11  email.  Because I have an account with TD Ameritrade and I received a lot of stock spam

12  email, I decided that I wanted to be involved in the matter.  After making several phone

13  calls, I located Mr. Parisi, my current counsel in this matter.

14

15      12.   When I agreed to be a potential class representative in this litigation, I agreed

16  that I would consider the interests of the class just as I would consider my own interests and

17  in some instances put the interests of the class before my own interests.  I agreed to be a

18  champion of the class.  I agreed to participate in discovery, though no discovery was served

19  on me.  I agreed that any resolution of the lawsuit filed on my behalf must be designed in

20  the best interest of the class as a whole.  Finally, I agreed to follow the progress of this

21  lawsuit and provide all relevant facts requested of my counsel.

22      13.   Since retaining Mr. Parisi and his law firm, I have learned quite a bit about

23  TD Ameritrade, the rights and remedies that class members have in cases like this, and the

24  specifics of this litigation.  Mr. Parisi and I communicate by email and phone about the

25  status of this case.  I also follow the filings in the case on Pacer.  I believe that I have met

26  my obligations as a class representative.

27

28

1

**COMMUNICATION WITH OTHER CLASS REPRESENATIVES**

2    14.  I understand that there are two other individuals who are seeking to be named

3    representatives of the class in this class action.  I have never spoken with, met or

4    communicated with in any way with these individuals.

5

6

**SETTLEMENT WITH TD AMERITRADE**

7    15.  Mr. Parisi and I spoke about the potential and likely terms of the settlement

8    agreement before it was agreed upon.  All of the questions that I have had about this case

9    have been answered by my counsel and I believe that I am a fully informed client of his law

10   firm.

11    16.  My attorneys have explained to me the various ways that this case could

12   proceed were this case not to be settled at this time.  I believe that I have a good

13   understanding of the positive legal and factual issues in this case, as well as some potential

14   defenses that TD Ameritrade may raise.  I believe that the provision of the Trend Micro

15   program to all class members, which I understand to be over 6 million persons, as well as

16   the retention of an independent consultant to analyze TD Ameritrade's security systems, and

17   the creation of a procedure to address any potential organized identity theft, to be a good

18   result for this case.

19

20    17.  I currently pay for and use security software on my computer and I expect

21   that most other users of TD Ameritrade also pay for and use some type of security software.

22   The settlement's provision of Trend Micro software means that I and other class members

23   can save money by using this software for free as opposed to purchasing antivirus type

24   software.  I consider this to be a valuable part of the settlement.

25    18.  The settlement requires TD Ameritrade to retain a company which specializes

26   in identifying possible organized identity theft.  This company, ID Analytics, will identify

27   and inform any class members whose information may have been subject to organized

28   misuse and that was the subject of the security breaches.  TD Ameritrade will set up a

1   customer support program trained to help remediate any harm from the theft, as well as a

2   program to address any losses. While I have not experienced identity theft, this provides

3   some piece of mind for me, and likely for other class members.

4
5   19. I also place value on the fact that TD Ameritrade will tell me and other class

6   members if we have been exposed to identity theft after each of the ID Analytics reviews.

7   TD Ameritrade did not alert me of the security breaches until after it was sued, so I consider

8   the ID Analytics notification part of the settlement a significant and valuable part of the

9   settlement.

10   20. I have reviewed the settlement agreement, discussed it with my attorney and I

11   believe that it is a fair and reasonable settlement. I signed the settlement agreement on May

12   22, 2008. In agreeing with the settlement, I considered the interests of the other persons

13   who were harmed by TD Ameritrade like myself.

14
15   I declare under penalty of perjury under the laws of the United States of America that

16   the foregoing facts are true and correct. Executed this _____25th_____ day of June 2008 at

17   Santa Rosa, California.

18
19   Brad Zigler

20

21

22

23

24

25

26

27

28