# EXHIBIT D

Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Ethan Preston (*pro hac vice*)
KAMBEREDELSON LLC
The Monadnock Building
53 West Jackson, Suite 550
Chicago, IL 60604
(312) 589-6370
epreston@kamberedelson.com

Scott A. Kamber
KAMBEREDELSON LLC
11 Broadway, 22d Floor
New York, NY 10004
(212) 920-3072
skamber@kamberedelson.com

David Christopher Parisi (Cal. Bar. No. 162248)
Suzanne L. Havens Beckman (Cal. Bar. No. 188814)
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
(818) 990-1299
dparisi@parisihavens.com
shavensbeckman@parisihavens.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TD AMERITRADE ACCOUNTHOLDER LITIGATION | No. C 07 2852 VRW <br><br> Judge Vaughn R. Walker <br><br> **DECLARATION OF CHRIS HOOFNAGLE** |

Pursuant to 28 U.S.C.§ 1746, I, Chris Hoofnagle, hereby declare and state as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge. I am a senior staff attorney to the Samuelson Law, Technology & Public Policy Clinic and senior fellow with the Berkeley Center for Law & Technology at the University of California, Berkeley, School of Law. I concentrate on consumer privacy law and identity theft. My CV is attached as Exhibit A.

2. Matthew Elvey contacted me in May 2008 regarding the above-captioned litigation. After Mr. Elvey contacted me, I provided to Mr. Elvey records I received as the result of a Freedom of Information Act request to the Federal Trade Commission (FTC). These are records of victim complaints to the FTC concerning identity theft that mention TD Ameritrade. I compile this information as part of academic research into relative rates of identity fraud at banking, telecommunications, and other firms.

3. I have explained to Mr. Elvey that he does not have an attorney-client privilege with me. However, Mr. Elvey has asked me to keep his communications with me confidential (except to the extent he has disclosed those communications). I have honored that request so far with respect to my dealings with the attorneys in the above-captioned litigation, and hope to continue to honor that request.

4. I have reviewed the transcript from the June 12, 2008 hearing in *In Re TD Ameritrade Accountholder Litigation*, No. C 07-02852 VRW. I believe that Mr. Elvey is referencing myself and certain records I provided him at page 41 from lines 4 to 8 of the transcript of that hearing. To the extent Mr. Elvey implied at the hearing that I have determined (or that the records I provided him suggest) that the data breaches at TD Ameritrade resulted in identity theft, that implication is not supported by the data.

5. I declare under penalty of perjury, that the foregoing is true and correct.

Declaration of Chris Hoofnagle                                         No. C 07 2852 VRW

1  *Pursuant to Section X of the Northern District of California's General Order No. 45 on electronic case filing and 28 U.S.C. § 1746, in lieu of Chris Hoofnagle's signature on this declaration, Ethan Preston attests that Chris Hoofnagle is the signatory of this declaration, and that Chris Hoofnagle concurred to this declaration on June 25, 2008.*

Date: June 25, 2008

Ethan Preston

Declaration of Chris Hoofnagle No. C 07 2852 VRW

# Exhibit A

CHRIS JAY HOOFNAGLE
Senior Staff Attorney
Samuelson Law, Technology & Public Policy Clinic
Senior Fellow
Berkeley Center for Law and Technology
Admitted to practice in California, DC

University of California
Boalt Hall School of Law
396 Simon Hall
Berkeley, CA 94720
(510) 643-0213
choofnagle@law.berkeley.edu

**Experience**

Boalt Hall School of Law                                                                July 2006-Present

    Senior Staff Attorney, Samuelson Law, Technology & Public Policy Clinic

Electronic Privacy Information Center                                          October 2000-February 2006

    Director, West Coast Office and Senior Counsel

Stanford University Law School Center for Internet and Society        September 2005-July 2006

    Non-Residential Fellow

American Association of University Professors                                  Summer 1999

    Law Fellow

**Academic Publishing**

- *A Model Regime of Privacy Protection*, 2006 U. ILLINOIS LAW REVIEW 357 (with George Washington School of Law Professor Daniel J. Solove).
- *Putting Identity Theft on Ice: Freezing Credit Reports To Prevent Lending to Impostors*, in Chander, Radin, Gelman, SECURING PRIVACY IN THE INTERNET AGE (Stanford University Press Forthcoming 2007).
- *Big Brother's Little Helpers: How ChoicePoint and Other Commercial Data Brokers Collect, Process, and Package Your Data for Law Enforcement*, 29 NORTH CAROLINA JOURNAL OF INTERNATIONAL LAW & COMMERCIAL REGULATION 595 (Summer 2004).
- *Digital Rights Management: Many Technical Controls on Digital Content Distribution Can Create A Surveillance Society*, 5 COLUMBIA U. SCIENCE & TECHNOLOGY LAW REVIEW (2004).
- *Reflections on the UNC JOLT Symposium: The Privacy Self-Regulation Race to the Bottom*, 5 NORTH CAROLINA JOURNAL OF LAW & TECHNOLOGY 213 (2004).
- *Matters of Public Concern and the Public University Professor*, 27 JOURNAL OF COLLEGE & UNIVERSITY LAW 669 (2001).

**Amicus Briefs**

- Authored brief joined by AARP, ACLU of N. Cal., CALPIRG, Consumers Union, Privacy Rights Clearinghouse, and the National Association of Consumer Attorneys in *ABA v. Lockyer*, No. 05-

16560 (9th. Cir. Sept. 8, 2004). This case concerned the preemptive effect of the Fair and Accurate Credit Transactions Act of 2003 to more restrictive California financial services regulations.

- Authored brief joined by the ACLU of Fla. In *Kehoe v. Fidelity Federal Bank and Trust*, No. 04-13306 (11th Cir. Aug. 31, 2004). In this case, the 11th Circuit agreed with the argument we made in support of plaintiffs that the Drivers Privacy Protection Act afforded successful plaintiffs liquidated damages for violations of privacy. The case settled for $50,000,000 with direct payments to plaintiffs.
- Authored brief in *Remsburg v. Docusearch* ("Amy Boyer" case), 149 N.H. 148 (N.H. 2003). In this case, the New Hampshire Supreme Court held that private investigators owe a duty of care to the individuals they investigate.

**Congressional Testimony**

- *Hearing on Protecting the Privacy of Consumers' Social Security Numbers*, Before the House Commerce Subcom. on Commerce, Trade, and Consumer Protection, 108th Cong. 2d Sess. (2004).
- *Hearing on Enhancing Social Security Number Privacy*, Before the House Ways and Means Subcomm. on Social Security, 108th Cong. 2d Sess. (2004).
- *Hearing on Use and Misuse of the Social Security Number*, Before the House Ways and Means Subcomm. on Social Security, 108th Cong. (2003).
- *Hearing on H.R. 2622, the Fair and Accurate Credit Transactions Act of 2003*, Before the House Financial Services Committee, 108th Cong. (2003).
- *Preserving the Integrity of Social Security Numbers and Preventing Their Misuse by Terrorists and Identity Thieves*: Joint Hearing Before the House Ways and Means Subcomm. on Social Security and the House Judiciary Subcomm. on Immigration, Border Security and Claims, 107th Cong. (2002).

**State Legislative Testimony**

I have testified many times on the state level both at the California Assembly and Senate. The text of these and other written testimony I have submitted to states is online at http://epic.org/

**Press Attention**

A search for the terms "Hoofnagle" and "privacy" results in 840 hits in the LexisNexis All News database and 393 hits in the national television transcripts database. My work regularly appears in the New York Times, Wall Street Journal, and Washington Post, on NPR, and on major television networks.

2

**Education**

| | |
|---|---|
| University of Georgia School of Law, Juris Doctorate | May 2000 |
| University of Georgia, Bachelor of Arts *cum laude* | December 1996 |