**EXHIBIT E**

1  Ethan Preston (*pro hac vice*)
   KAMBEREDELSON LLC
2  The Monadnock Building
   53 West Jackson, Suite 550
3  Chicago, IL 60604
   (312) 589-6370
4  epreston@kamberedelson.com

5  Scott A. Kamber (*pro hac vice*)
   KAMBEREDELSON LLC
6  11 Broadway, 22d Floor
   New York, NY 10004
7  (212) 920-3072
   skamber@kamberedelson.com
8
   David Christopher Parisi (SBN 162248)
9  Suzanne L. Havens Beckman (SBN 188814)
   Parisi & Havens LLP
10 15233 Valleyheart Drive
   Sherman Oaks, CA 91403
11 (818) 990-1299
   dparisi@parisihavens.com
12 shavensbeckman@parisihavens.com

13 *Counsel for Plaintiffs*

14              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                     SAN FRANCISCO DIVISION

16 | In re TD AMERITRADE        | No. C 07 2852 VRW
17 | ACCOUNTHOLDER LITIGATION   |
                                  Judge Vaughn R. Walker
18
                                  **DECLARATION OF JOEL**
19                                **GRIFFITHS**

20

21

22

23

24

25

26

27

28

Declaration of Joel Griffiths                              No. C 07 2852 VRW

Pursuant to 28 U.S.C. § 1746, I, Joel Griffiths, hereby declare and state as follows:

1. Pursuant to 28 U.S.C. § 1746, I, Joel Griffiths, hereby declare and state as follows:

2. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon my personal knowledge and could testify if called upon to do so.

3. It is my understanding that other individuals have submitted requests to the Court to be named as representatives of the Class. I have a substantial amount of practical, hands-on experience in corporate IT networks, security of those networks, and email in particular. I am a professional Senior Linux Engineer at GoDaddy.com, where I am responsible for the design and architecture of a rapidly growing email system with several million email accounts. A true and correct copy of my curriculum vitae is attached as Exhibit A, although some of my personal details have been redacted by my counsel.

4. I was an accountholder at Ameritrade when TD Waterhouse and Ameritrade merged into TD AMERITRADE, Inc. on April 24, 2006. I have been an accountholder at TD AMERITRADE, Inc. at all times following that merger. I am a user of Gadgetwiz.com, Inc.'s email and domain name services, and I receive email at certain email addresses which use the "gadgetwiz.com" domain name.

5. I provided TD AMERITRADE, Inc. specific email addresses which I had never disclosed to any other person (except my counsel). I am not aware of any way that any third party could have obtained these email addresses except from TD AMERITRADE, Inc.

6. I have received spam at these email addresses. Exhibit B to the Motion for Preliminary Injunction and Class Certification is a true and correct copy of a sample of the spam I received at these email addresses, except that my counsel has altered the spam source code to redact the email addresses I provided to TD

Declaration of Joel Griffiths                                                                 No. C 07 2852 VRW

AMERITRADE, Inc. I understand this was done to preserve the confidentiality and uniqueness of these email addresses.

7. I first contacted the attorneys at KamberEdelson on or about June 12, 2007. I found these attorneys through an internet-based search, which lead me to a website where I submitted details about my receipt of the stock spam emails. Shortly thereafter, an attorney from KamberEdelson contacted me and I entered into an attorney-client agreement.

8. Prior to reaching a settlement in this matter, my attorneys discussed various drafts of the settlement agreement with me between late February 2008 and late May 2008. Following my review of the draft agreements, I shared my comments on them with my attorneys.

9. On May 22, 2008, I was presented with the final settlement agreement that was ultimately provided to the Court. I reviewed the terms of the settlement agreement in detail, and believe it to provide reasonable and appropriate relief for myself and TD Ameritrade's other accountholders who had their personal information compromised.

10. I signed the settlement agreement on May 22, 2008.

11. I continue to support the settlement as fair, reasonable and adequate compensation for both my own claims and the claims of the rest of the class. I believe the settlement provides benefits in the form of fraud monitoring and through the use of ID Analytics to help class members determine whether any instances of identity theft occurred due to TD AMERITRADE.

12. I declare under the penalty of perjury as provided by the laws of the United States of America that the foregoing is true and correct.

DATE: June 26, 2008

_____
JOEL GRIFFITHS

---

Declaration of Joel Griffiths                                    No. C 07 2852 VRW