**EXHIBIT 1**



<u>At the Company</u>

| For Media: | For Investors: |
|---|---|
| Kim Hillyer, Manager | Tim Nowell, Director |
| Communications | Investor Relations |
| (402) 827-8654 | (402) 597-8440 |
| kim.hillyer@tdameritrade.com | timothy.nowell@tdameritrade.com |

**TD AMERITRADE RELEASES RESULTS OF CLIENT SPAM INVESTIGATION**

*Assets Remain Secure*
*No Evidence of Identity Theft*

**Omaha, Neb., September 14, 2007** – TD AMERITRADE Holding Corporation (NASDAQ: AMTD) has discovered and eliminated unauthorized code from its systems that allowed access to an internal database. The discovery was made as the result of an internal investigation of stock-related SPAM.

The Company commissioned forensic data experts to assist in its investigation of this issue. Results of their combined efforts reveal the following:

- Client assets held in accounts with the Company remain secure as UserIDs, personal identification numbers and passwords were not stored in this particular database.
- Information such as email addresses, names, addresses and phone numbers was retrieved from this database and affects TD AMERITRADE retail and institutional clients.
- While more sensitive information like account numbers, date of birth and Social Security Numbers is stored in this database, there is no evidence that it was taken.

"While the financial assets our clients hold with us were never touched, and there is no evidence that our clients' Social Security Numbers were taken, we understand that this issue has increased unwanted SPAM, which is annoying and inconvenient for them," said Joe Moglia, chief executive officer. "We sincerely apologize for that and any added concern this may have caused."

The Company has hired a third party, ID Analytics, Inc., to investigate and monitor for potential identity theft. ID Analytics provides identity risk services to many of the country's largest banks and telecommunications companies, as well as government agencies. Following its initial evaluation, ID Analytics found no evidence of identity theft as a result of this issue.

"Following our thorough analysis, we found no evidence of identity theft related to TD AMERITRADE clients as a result of this issue," said Mike Cook, chief operating officer of ID Analytics, Inc. "In our opinion, TD AMERITRADE is applying proven measures and technologies to help protect its clients from identity theft."

TD AMERITRADE will retain ID Analytics' services on an ongoing basis to support its client accounts by continuing to monitor for evidence of identity theft.



The Company is confident that it has identified the way in which this information was taken and has taken the appropriate steps to prevent it from recurring.

"This issue is not unique to TD AMERITRADE.  It's something that all companies involved in e-commerce should be aware of and prepared to address," Moglia continued. "We participate in industry peer groups to share information on these types of threats in the interest of protecting all clients."

TD AMERITRADE wants its clients to know that no special actions are required of them with regard to their accounts, other than to continue remaining alert in guarding their personal information. Their account assets are still protected by the Company's Asset Protection Guarantee.

For more information on this issue and the Asset Protection Guarantee, please visit the Company's special client information center at www.amtd.com.

AMTD-G

### About TD AMERITRADE Holding Corporation

TD AMERITRADE Holding Corporation, through its brokerage subsidiaries[1] provides a dynamic balance of investment products and services that further the Independent Spirit of individual investors.  Listed by *Barron's* as the #1 Web browser-based online broker and *Forbes* as one of America's best big companies, the Company's full spectrum of services include a leading active trader program and long-term investor solutions, including a national branch system, as well as relationships with one of the largest networks of independent registered investment advisors.[2]  The Company's common stock trades under the ticker symbol AMTD. For more information, please visit www.amtd.com.

[1]TD AMERITRADE, Inc., member FINRA (www.finra.org) /SIPC (www.SIPC.org), receives clearing and custodial services from TD AMERITRADE Clearing, Inc., member FINRA/SIPC. TD AMERITRADE and TD AMERITRADE Clearing, Inc. are subsidiaries of TD AMERITRADE Holding Corporation.

[2]"The Best Web Browser-Based Online Broker" by Barron's, 3/5/2007 based on Trade Experience, Trading Technology, Usability, Range of Offerings, Research Amenities, Portfolio Analysis & Reports, Customer Service & Access, and Costs. Barron's is a registered trademark of Dow Jones, L.P.  More info on the Forbes award is available at www.forbes.com/platinum.



September 14, 2007

**You do not need to make any changes to your TD AMERITRADE accounts or to change the way you do business with us.**

**Dear ,**

Let me tell you why I am sending you this email. While investigating client reports about the industry-wide issue of investment-related SPAM, we recently discovered and eliminated unauthorized code from our systems. This code allowed certain client information stored in one of our databases, including email addresses, to be retrieved by an external source.

**Please be assured that UserIDs and passwords are not included in this database, and we can confirm that your assets remain secure at TD AMERITRADE.**

What we want you to know:

- Once we discovered the unauthorized code, we took immediate action to eliminate it. We are confident that we have identified the means by which the information was accessed and have taken appropriate steps to prevent this from reoccurring.

- You continue to be covered by our Asset Protection Guarantee, which protects you and your assets from any unauthorized activity that may occur in your account through no fault of your own. If you lose cash or securities as a result of such activity, we will reimburse you for the cash or shares of securities you lost.

While Social Security Numbers are stored in this particular database, **we have no evidence to establish that they were retrieved or used to commit identity theft**. To further protect you, we have hired ID Analytics, which specializes in identity risk, to investigate and monitor potential identity theft. ID Analytics provides identity risk services to many of the country's largest banks and telecommunication companies, as well as government agencies. **Following its initial evaluation, ID Analytics found no evidence of identity theft as a result of this data breach**. We will retain its services on an ongoing basis to support your TD AMERITRADE accounts and to monitor for evidence of identity theft. We will alert and advise you if any is found. As always, we encourage you to remain alert in guarding your personal information, regularly review your account statements and monitor your credit activity from the major reporting agencies.

For more information on protecting yourself against the possibility of security threats, please visit our online Security Center.

We sincerely apologize to you for this situation and want to assure you that protecting the security and privacy of your assets and information remains a top priority. We have made and will continue to make significant investments in security software, systems and procedures, and we will remain vigilant about protecting you.

We want to answer any questions and address any concerns that you may have about this matter. For more information, including a list of Frequently Asked Questions (FAQs) and an additional message from me, please go to www.amtd.com or contact Client Services. Please note that we are anticipating increased call volume during this period, which may lead to long wait times. We encourage you to review the FAQs and, if you have a question, to log on to your account and send us a secure email. Once again, **please be assured that your assets are secure at TD AMERITRADE.**

Sincerely,

*Joe Moglia*

Joe Moglia
CEO
TD AMERITRADE

---

TD AMERITRADE understands the importance of protecting your privacy. We are sending you this notification to inform you of important information regarding your account. If you've elected to opt out of receiving marketing communications from us, we will honor your request to unsubscribe from future emails now.

TD AMERITRADE, Inc., member FINRA/SIPC. TD AMERITRADE is a trademark jointly owned by TD AMERITRADE IP Company, Inc. and The Toronto-Dominion Bank. © 2007 TD AMERITRADE IP Company, Inc. All rights reserved. Used with permission.

Distributed by: TD AMERITRADE, Inc., 1005 North Ameritrade Place, Bellevue, NE 68005

TDA 9649 EM 09/07