**EXHIBIT 2**

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
lrubin@mayerbrown.com

MAYER BROWN LLP
ROBERT J. KRISS
CHARLES E. HARRIS II
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
rkriss@mayerbrown.com

Counsel for Defendant TD AMERITRADE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re TD AMERITRADE ACCOUNTHOLDER LITIGATION | Master File No.<br>C 07-2852 VRW<br>**DECLARATION OF MIKE COOK CONTAINING CERTAIN INFORMATION IN RESPONSE TO THE COURT'S JUNE 13, 2008 ORDER**<br>Chief Judge Vaughn R. Walker |

Pursuant to 28 U.S.C. § 1746, I, Mike Cook, declare and state as follows:

1. I am the co-founder and Chief Operating Officer of ID Analytics, Inc. In my role as Chief Operating Officer I have conducted extensive research on the methods and schemes of fraudsters, resulting in the development of industry-standard solutions that combat the most difficult-to-detect types of identity fraud.

2. Prior to joining ID Analytics, I spent twenty years in risk and fraud-related roles and half of that time in senior executive positions at various companies.

3. ID Analytics is a leading provider of identity intelligence software and services to Fortune 1000 companies across multiple industries including communications and financial

services, as well as major retailers, government agencies and health insurers. These companies and government agencies use ID Analytics software and services to assess the identity risk of potential customers so they can make more accurate business decisions. For example, millions of times a month ID Analytics' clients will use our software and services to assess the validity of a customer's identity and the risk of identity theft before issuing a valuable good like a credit card or phone to the customer.

4.  ID Analytics is able to deliver this capability to its clients through two key assets: advanced analytical technology and its proprietary cross-industry ID Network®. The ID Network includes billions of identity attributes (name, address, phone, Social Security number, date of birth, etc.), two million reported frauds, and one billion consumer transactions. The ID Network receives an average daily flow of 45 million attributes via a constant stream of input from its clients including 4 out of the top 5 wireless phone companies and a majority of the nation's top 10 credit issuers. This depth of information in the ID Network and advanced analytics facilitates our ability to deliver reliable, real-time visibility into the risk level of identities across multiple industries over time.

5.  ID Analytics' scientists have over 100 years of cumulative world-wide experience building analytical models in the fraud and risk categories from companies such as Capital One, HNC Software, Los Alamos National Laboratory, Morgan Stanley and Visa. This experienced team of scientists has been granted 31 patents to-date.

6.  Among its suite of products and solutions, ID Analytics is a provider of data breach analysis services. ID Analytics Breach Analysis Service detects identity theft directly attributable to a data breach, otherwise known as "organized identity theft." Organized identity theft needs to be distinguished from environmental identity theft – which is the fraud that would impact a population irrespective of a data breach. Research conducted by the Federal Trade Commission suggests that approximately 1-1 ½ % of the Untied States adult population can be victimized by some form of identity theft. Therefore, in any sizable population of U.S. residents

1  there will be victims of identity theft, whether or not that population has been the subject of a
2  data breach.
3  7.     In order to conduct the data breach analysis, ID Analytics compares identity elements (at
4  a particular moment in time) provided by our clients to activity in the ID Network subsequent to
5  the date of the breach event.  We analyze the information and look for unexpected relationships
6  or shared identity elements that might be indicative of identity theft related to the data breach.
7  8.     The combination of ID Analytics' advanced analytical technology and the power of the
8  ID Network is highly sensitive and robust.  This unique process can detect and isolate small
9  changes in potential misuse of identities.  For example, this technology can identify the potential
10 misuse of identities (e.g. sharing of phone numbers and addresses) with as few as two individuals
11 within a breach population of millions of members.  The technology is also robust enough to
12 analyze potential organized identity theft among millions of people potentially impacted by a
13 data breach.
14 9.     ID Analytics provides its Breach Analysis Service to multiple government agencies,
15 including the Department of Veterans Affairs, and private sector clients including TD
16 Ameritrade.
17 10.    At the request of TD Ameritrade, ID Analytics has analyzed a subset of identity elements
18 of consumers identified by TD Ameritrade for the period from October 1, 2005 to June 6, 2008.
19 Within the ID Network, for this specific period and for this population of consumers, ID
20 Analytics found no evidence of organized identity theft.
21 11.    ID Analytics does not make any predictions regarding any future activity that might be
22 associated with this consumer identity information.
23
24 Dated: July 10, 2008                            ____/s/  _Mike Cook_ _____
25 *Pursuant to General Order No. 45, Section X(B), Lee Rubin hereby attests that Mike Cook concurs in the filing of this document.*
26
27
28

3
DECLARATION OF MIKE COOK CONTAINING CERTAIN
INFORMATION IN RESPONSE TO THE COURT'S JUNE 13, 2008 ORDER
C 07-2852 VRW