**EXHIBIT 3**

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
lrubin@mayerbrown.com

MAYER BROWN LLP
ROBERT J. KRISS
CHARLES E. HARRIS II
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
rkriss@mayerbrown.com

Counsel for Defendant TD AMERITRADE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re TD AMERITRADE ACCOUNTHOLDER LITIGATION | Master File No.<br>C 07-2852 VRW<br>**DECLARATION OF WARD THOMAS CONTAINING CERTAIN INFORMATION IN RESPONSE TO THE COURT'S JUNE 13, 2008 ORDER**<br>Chief Judge Vaughn R. Walker |

Pursuant to 28 U.S.C. § 1746, I, Ward Thomas, declare and state as follows:

1. I am Director of North American Sales for Trend Micro Incorporated, a California corporation ("Trend Micro"). In this role, I am responsible for sales in North America of Trend Micro's line of software products offered to individual consumers, including Trend Micro Internet Security Pro ("TIS Pro"). I have personal knowledge of the following facts and if called upon to do so I could and would testify to the truth thereof.

2. TIS Pro provides comprehensive content security for personal computers. TIS Pro is designed to reduce spam email, protect against viruses and other malware, safeguard against key

stroke loggers and prevent unauthorized access to personal information, reducing the risk of identity theft.

3. TIS Pro is licensed to end users on an annual subscription basis. Active subscribers have the right to use the software for up to 3 personal computers in a household and to download or access and use updates to the software's content security components, databases with detection routines for viruses, spam, spyware and unwanted web sites. End users must update the software after their subscriptions run out to ensure that they are protected from the latest malware and other threats.

4. Trend Micro offers and sells TIS Pro to the public through retailers and an online store linked to the company's website, operated by online vendor, Digital River. Major retailers include: Best Buy (bestbuy.com); Circuit City (circuitcity.com); Fry's Electronics (frys.com); Officemax (Officemax.com); Staples (Staples.com); and Target Stores (target.com). Some of these retailers, including Best Buy, Circuit City, Fry's and Officemax, also offer TIS Pro for sale through their own online stores on their websites. Amazon also offers and sells TIS Pro at amazon.com.

5. The suggested retail price for TIS Pro in the United States is $69.99. Attached hereto as Exhibit A is a true and correct copy of screen shots from the Trend Micro online store operated by Digital River listing the purchase price for a one year subscription as $69.99. Unlike many other vendors, the purchase of TIS Pro includes the right to free telephone, email and online chat technical support during the subscription period.

6. TIS Pro competes with a number of software programs offered by other vendors. The following is a list of some of these competing software programs and their suggested retail prices, based on information available on the vendor's website, which is also listed:

| | | |
|---|---|---|
| Norton Internet Security | $69.99 | Symantec.com |
| Norton 360 | $79.99 | Symantec.com |
| McAfee VirusScan | $59.99 | Mcafee.com |
| McAfee Internet Security | $69.99 | Mcafee.com |
| McAfee Total Protect | $79.99 | Mcafee.com |
| Kaspersky Internet Security | $79.99 | Kaspersky.com |
| Microsoft Care One | $49.99 | Microsoft.com |

7. Trend Micro periodically offers rebates to customers of TIS Pro through its retailers and its online vendor. Our typical mail-in rebates for TIS Pro range from $30 - $45. Instant rebates typically range from $20 - $25. Mail-in rebates and instant rebates generally are not offered together. Rebate programs area available to each retailer for a limited number of weeks each quarter, and rebates run for a limited period of time, usually one week. The rebates offered by Trend Micro are lower than the price that retailers pay Trend Micro for each package of the TIS Pro software. Some customers purchase the software without any rebates.

8. On information and belief, when a Trend Micro rebate is in effect, at least one of Trend Micro's retailers, Fry's Electronics, has offered licenses to TIS Pro to customers for an amount equal to the value of the Trend Micro rebate. For example, during at least one time when Trend Micro had a $45 mail-in rebate program in effect, Fry's reduced its price for TIS Pro to $45, an amount less than Fry's pays Trend Micro for the software program. Customers who took advantage of this offer could buy TIS Pro from Fry's for $45 and then request a $45 rebate from Trend Micro.

9. Trend Micro Internet Security, a version of TIS Pro with fewer features, and TIS Pro have received favorable reviews from a number of publications and other third parties. Attached hereto as Exhibit B is a true and correct copy of a review entitled "Best security software" from the September 2007 edition of Consumer Reports rating antivirus, antispyware and antispam software programs, including ratings for Trend Micro Antivirus, which offers antivirus protection only, and Trend Micro Internet Security 2007. Links to online reviews of TIS Pro include: http://www.laptopmag.com/review/software/trend-micro-internet-security-pro.aspx and http://computershopper.com/reviews/trend-micro-internet-security-pro-review.

10. Trend Micro is a wholly owned subsidiary of Trend Micro Incorporated, a corporation organized under the laws of Japan ("Trend Micro Japan"). For the fiscal year ended 2007, Trend Micro Japan reported consolidated revenues in excess of approximately $890 million (yen 99,805 million). In 2007, global revenue from sales of Consumer products, such as TIS Pro, was approximately $228 million (yen 25,878 million).

11. Trend Micro considers the terms on which it offers to sell TIS Pro to retailers and other businesses, such as TD Ameritrade, Inc., to be confidential and proprietary information. Without disclosing the particulars, Trend Micro can disclose that its agreement with TD Ameritrade requires TD Ameritrade to pay more than $6 million for the right to distribute TIS Pro during the period from December 24, 2007 to March 31, 2011 to those eligible who elect to download and install this software.

Dated: July 10, 2008 ____/s/ *Ward Thomas*_____________

*Pursuant to General Order No. 45, Section X(B), Lee Rubin hereby attests that Ward Thomas concurs in the filing of this document.*

# EXHIBIT A



File Edit View Favorites Tools Help
Back
Search
Favorites
http://store.trendmicro.com/servlet/ControllerServlet?Action=DisplayPage&Locale=en_US&SiteID=tmamer&id=ShoppingCartPage
Go
TREND MICRO
live connected, stay protected
1 Shopping Cart
2
3
Remove
Qty
Product Name
Price
1
Internet Security Pro - 1yr
$69.95
1
Optional: Protection Download Service
$7.99
Save 15% Upgrade to a 2 year subscription
Save 20% Upgrade to a 3 year subscription
Order a BackUp CD of your software for only: $9.95
Sub-Total $77.94
Continue
Trusted sites
start


File Edit View Favorites Tools Help
Back
Search
Favorites
http://www.bestbuy.com/site/olspage.jsp?id=pcat17005&type=page&_requestid=484357
Go
English | Español
Ad
Locator
Center
Center
Cart
SEARCH FOR
Keyword or item #
All Categories
GO
Welcome. Please create an account or Sign in.
You have to be willing to lose yourself...
Your Cart
Get it faster!
Pick up in store.
SHIP or PICK UP?
Internet Security Pro (3-User Pack) - Windows
Shipping: Usually leaves our warehouse in 1 business day
Store Pickup: Available at most stores
Ship
Pick Up
Select store
$69.99
$69.99
Move to Wish List
Easy Shopping
Need help?
Call 1-888-BEST BUY or have us call you now.
Earn points with the Reward Zone® Program
Not a member? Learn More
Enter 10-Digit Member ID (On back of card)
Remember my Reward Zone Member ID Learn More
Product Total: $69.99
Shipping & Handling (Estimate): $3.99
Shipping Help
Standard (est $3.99)
Estimate Tax:
Enter delivery ZIP code to calculate tax.
Subtotal: $73.98
Not ready to check out?
Create an Account to save items in your cart for later.
Great financing offers with a Best Buy Credit Card. Apply today
Earn points everywhere with a Reward Zone® program MasterCard. Apply today
Security & Privacy
Every transaction on BestBuy.com is secure. Any personal information you give us will be handled according to our Privacy Policy.
Returns Are Easy
Internet
start


Accessories for Trend Micro Internet Security Pro 2008 Microsoft Internet Explorer
File Edit View Favorites Tools Help
http://www.circuitcity.com/ccd/attachment.do?OID=193717
simplicity guaranteed
store locator
find a store
shop by phone
1-888-244-8594
CART | WISH LIST | MY ACCOUNT | ORDER STATUS | HELP
WEEKLY AD FINANCING OUTLET GIFT CARDS SHOP BY BRAND
SEARCH:
Free shipping on orders $24 & up or choose 24-minute in-store pickup
Free shipping on orders $24 and up
Added to cart:
Trend Micro Internet Security Pro 2008
$63.99
Make sure you have everything you need:
Services
PC in-store service
firedog
Bring in your PC and let firedog do the work
$29.99
Shopping cart
Your Account
Create an account:
– Simplify checkout
– View your order status
– Save shipping info
– Track packages
Store locator
Shop and pick up in stores near you.
Find a store
Gift cards
Circuit City Rewards Credit Card
Apply & buy today
Sign up for the hottest news & deals
DEALS
SHOPPING
PEACE OF MIND
ABOUT US
Internet

# EXHIBIT B

FIRST LOOK Apple iPhone | Sneakiest SCAMS | PICKUP TRUCKS | BEST dark CHOCOLATE

# Consumer Reports®

WE RATE YOUR HEALTH PLAN



- 80 major HMOs & PPOs
- 7 ways to protect your family
- Are you really covered?

SEPTEMBER 2007 EXPERT • INDEPENDENT • NONPROFIT www.ConsumerReports.org

# Stop ID thieves

## 19 ways to protect yourself online

- New threats to avoid
- Best software for viruses, spam & spyware
- Don't get hooked by a "phish"





# Best security software

## Some suites now offer superb one-stop protection

The days of installing a hodgepodge of stand-alone programs to protect your computer from online threats might be ending. More tools to zap spam, viruses, and other threats are being built into operating systems, e-mail programs, and other major applications.

Software programs are increasingly also sold in security suites. Those typically package together programs to fight malware—viruses, spyware, and spam—that are also sold à la carte. (For that reason, in our Ratings of stand-alone programs, many products are followed by the name of the suite to which they belong, listed in parentheses.) Suites also add extra features such as phishing detection, child filters, and file-backup utilities.

There's a new class of supplementary security protection, as well. Browser toolbars you download, often free of charge, will check sites in an online search against a database and flag any that have been troublesome in the past.

Our tests of security software, done in our labs and those of an independent research laboratory, try as much as possible to emulate the conditions programs actually face on the Web. To do that, we use real malware, including viruses that are slightly modified versions of those found online, and spyware that we actually harvest from the Web. (We, of course, take extraordinary measures to ensure that all this bad stuff remains secure in our lab.)

**WHAT WE FOUND**

Here are some key findings from our tests and what they might mean for you:

- Of the nine security suites we tested, four are Quick Picks that protect against viruses, spyware, and spam as effectively as the best stand-alone products. Though all cost at least $50 to purchase and $35 a year for renewal, using one of those four is generally cheaper and simpler than assembling an array of equally effective stand-alone programs. That's especially true if you're seeking protection for multiple computers in your household.
- The suites also bundle in some extra features you won't get by buying a la carte. Though we didn't test those features, we think they're useful additions. For example, most suites include a filter that allows parents to block access to certain Web sites. Pricier suites also typically add features to manage file backup and many Windows maintenance functions.
- Stand-alone products are still worth considering, however. Indeed, they are the best choice if your computer lacks the 1 gigabyte of memory we think is needed to run a suite without much slowing of your computer. Some decent stand-alone products are even available free of charge (see box below).
- Operating systems do not yet provide full protection against all threats, though the spam filter built into the Windows Vista and Microsoft Office 2003 and later versions performed exceptionally well.

## Do you really need to pay for computer safeguards?

[illegible] able online didn't perform quite as well as the best of pay programs, which offer the greatest margin of safety against any or all online threats.

But no-cost programs are worth considering as supplementary protection, or even as primary protection, providing you practice safe computing (see the tips on page 32) and fully use the security tools built into your operating system. A few caveats, though. Compared with for-pay suites with a single interface, you'll need to manage a myriad of programs. And some freeware may become for-pay eventually.

Drawn mostly from our test results, here's a miser's suite of security freeware, arranged by type. See the relevant Ratings for more on how they performed and see [illegible] sites from which you can download them.

**Antivirus** Alwil Avast Home Edition [illegible]

**Antispyware/antiadware** Install both Microsoft Windows Defender and Spybot Search and Destroy 1.4.

**Antispam** SPAMfighter standard for Microsoft's Outlook or Windows Mail with Junk Mail Filter.

**Browser security toolbar** McAfee Site Advisor. Not rated, but worth trying. See tip No. 4 on page 32.

**Software firewall** ZoneAlarm 7.0 (Windows XP, 2000) and 7.1 (Vista). See tip No. 1 on page 32.

**Rootkit detection** AVG Anti-Rootkit. Not tested, but worth trying because other free programs don't claim to protect against this insidious type of malware.

# Ratings Software suites

• **Availability** Suites are periodically updated. New versions should perform at least as capably as the version we tested.

Excellent · Very good · Good · Fair · Poor





**1 Trend Micro**




**2 Check Point**



**3 McAfee**

**In order of performance against viruses, spyware, and spam.**

| Key number | Product | Price | Service: Renewal fee/yr. | Service: Number of PCs | Overall Score (0–100; P F G VG E) | Antivirus | Antispyware | Antispam | Completeness | Ad/popup blocker | Antiphishing | Child filter | Privacy | File backup | Wi-Fi monitor | Windows cleanup |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Trend Micro** PC-cillin Internet Security 2007 | $50 | $50 | 3 | | Excellent | Excellent | Excellent | Very good | | • | • | • | | • | |
| 2 | **Check Point** ZoneAlarm Internet Security Suite 7.0 | 50 | 35 | 3 | | Very good | Very good | Excellent | Very good | • | | • | • | | | |
| 3 | **McAfee** Total Protection 2007 | 80 | 80 | 1 | | Very good | Very good | Very good | Excellent | • | • | • | • | • | • | • |
| 4 | **McAfee** Internet Security Suite 2007 | 70 | 70 | 1 | | Very good | Very good | Very good | Excellent | • | • | • | • | • | | • |
| 5 | **Microsoft** Live OneCare | 50 | 50 | 3 | | Very good | Very good | - | Good | • | | | | • | | • |
| 6 | **BitDefender** Internet Security 10 | 60 | 45 | 1 | | Very good | Very good | Good | Fair | | | • | • | | | |
| 7 | **F-Secure** Internet Security 2007 | 60 | 60 | 3 | | Good | Very good | Very good | Good | | | • | | | | |
| 8 | **Symantec** Norton 360 | 70 | 70 | 3 | | Very good | Good | Very good | Excellent | • | • | • | • | • | | • |
| 9 | **Symantec** Norton Internet Security 2007 | 60 | 60 | 3 | | Very good | Good | Very good | Very good | • | • | • | • | | | |

## Guide to the Ratings

**Overall score** is based on the ability to detect and isolate viruses, spam, and spyware without falsely flagging non-threats. For details on **test results**, see the Ratings for antivirus (page 37), antispyware (page 38), and antispam software (page 39). **Completeness** scores the suite's comprehensiveness, including the listed **features**, which were not tested or directly scored. **Ad/popup blocker** suppresses ads and popups in your browser. **Antiphishing** is an add-in that checks sites against a fraud list. **Child filter** allows parents the option to block access to certain Web sites. **Privacy** issues an alert if you or someone else sends by e-mail or Web form personal information that you told the software you don't want to send electronically. **File backup** provides periodic backup of important files to another drive. **Wi-Fi monitor** lets you know if someone is trying to access your wireless network. **Windows cleanup** provides a convenient interface for many Windows maintenance functions. **Price** is for the download version and includes the first year of service. Boxed versions are usually available for $10 to $15 extra.

## CR Quick Recommendations

A security suite makes sense if you want the simplicity of a single program. Suites also offer features that most stand-alone products don't include (and that we list in the chart below, but did not test). And where stand-alone programs usually run on only one machine, some suites can be used on as many as three computers, making them a potential money saver.

However, we recommend suites only for machines with at least 1 gigabyte of memory; any less risks slow performance. All of the products offer a unified interface, automatic updating of all components, and a software firewall, and are compatible with Windows XP and Vista. **Ratings** reflect performance against viruses, spyware, and spam. **Quick Picks** considers performance and value.

### QUICK PICKS

**Best choice overall:**

**1 Trend Micro** $50

The Trend Micro suite excelled in every category and, even with its $50 annual fee, offers fairly inexpensive all-around protection for as many as three computers. The few extras it lacks, including an ad/popup blocker, file backup, and Windows cleanup utilities, might be found on other software you use, such as your operating system and browser.

**A fine value:**

**2 Check Point** $50

Check Point's antivirus and antispyware components didn't score quite as high as Trend Micro's, though its antispam protection was first-rate. Its annual fee is $15 less than Trend Micro's. It includes an ad/popup blocker, though it lacks the antiphishing and Wi-Fi monitor that Trend Micro offers. It can be used on as many as three computers.

**For full features at a premium price:**

**3 McAfee** $80

**4 McAfee** $70

These best combine high performance and ample features, including a file backup utility, and offer an integrated security solution, albeit at a relatively high price. The lower-priced suite (4) also carries a lower annual fee. It's the better buy unless you really need a Wi-Fi monitor, a less-than-essential feature unless you suspect your neighbors of hacking into your network. Note that McAfee charges $10 extra per year to service each computer beyond one.

## CR Quick Recommendations

Of all the types of security software, the most important are those that combat viruses—malicious programs that can damage files and more. We even recommend antivirus protection for Macs, if only to prevent you from passing malware on to Windows users (only Norton (6) is compatible with Mac OS).

Indeed, even the lowest-rated software does a good job overall. For computers that are constantly on the Internet, consider a high-rated program for its greater margin of safety against new viruses.

All the programs have a trial version you can download and use for up to 15 days, real-time protection, and scan-on-demand; the option to scan e-mail attachments; automatic scan of new files; and automatic update for detection of new viruses. **Ratings** rank products by performance and features. **Quick Picks** also considers value. Note that most of the products are also available as part of a security suite for as little as $10 more.

## QUICK PICKS

**The best all-around performance:**

**1 Trend Micro** $40

**2 Check Point** $30

While both scored well overall, Trend Micro has the edge when it comes to ease of use and speed; it's also essentially a "mini suite," because it comes bundled with an excellent antispyware component. Check Point costs less, both to buy and to maintain, and excelled in its ability to detect actual viruses without mistakenly singling out benign material as virus-laden. For $10 to $20 extra, you can upgrade either of these programs to their suite versions, which we also recommend (see the suite Ratings on page 36).

**Good protection that's free:**

**11 Alwil** (download only)

With good though never outstanding detection, ease of use, scanning speed, and features, this free program is useful for protecting multiple computers on a tight budget.

For our antivirus and antispyware tests, we enlisted help from Independent Security Evaluators (ISE), a computer-security consulting firm. ISE's president, Avi Rubin, is a former technical advisory board member of a company acquired by software vendor McAfee before ISE began work for Consumer Reports. He continues to act as an adviser to that company and was not involved in our testing.

# Ratings Antivirus programs

• **Availability** Programs are periodically updated. New versions should perform at least as capably as the version we tested.

Excellent | Very good | Good | Fair | Poor




1 Trend Micro




2 Check Point




11 Alwil

**In performance order based on test results.**

| Key number | Product (Where available as part of a suite, name of suite appears in parentheses.) | Price | Renewal fee/yr. | Number of PCs | Overall Score (0–100; P F G VG E) | Detection | Features | Ease of use | Scan speed | Scheduled scan | IM scan | Rootkit detection | Firewall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Trend Micro** AntiVirus plus AntiSpyware (PC-cillin Internet Security 2007) | $40 | $40 | 1 | | Very good | Excellent | Excellent | Excellent | • | • | • | • |
| 2 | **Check Point** ZoneAlarm Antivirus (Internet Security Suite 7.0) | 30 | 20 | 1 | | Excellent | Very good | Very good | Good | • | • | • | • |
| 3 | **Microsoft** Windows Live OneCare (Vista) 1.5 | 50 | 50 | 3 | | Excellent | Good | Excellent | Very good | • | | | • |
| 4 | **BitDefender** Antivirus (Internet Security) 10 | 30 | 22 | 1 | | Very good | Very good | Very good | Good | • | • | • | • |
| 5 | **McAfee** VirusScan Plus (Internet Security Suite) 2007 | 40 | 40 | 1 | | Very good | Very good | Very good | Fair | • | • | • | • |
| 6 | **Symantec** Norton Antivirus (Internet Security) 2007 | 40 | 40 | 1 | | Good | Very good | Very good | Excellent | • | • | • | • |
| 7 | **Kaspersky Labs** Anti-Virus 6.0 | 50 | 35 | 1 | | Good | Excellent | Excellent | Excellent | • | | • | • |
| 8 | **Symantec** Norton Antivirus for Macintosh 10.1 | 50 | 50 | 1 | | Good | Very good | Good | Good | • | • | • | |
| 9 | **F-Secure** Anti-Virus (Internet Security) 2007 | 66 | 66 | 3 | | Good | Good | Very good | Excellent | • | | • | • |
| 10 | **CA/eTrust** Antivirus 2007 | 50 | 30 | 3 | | Good | Good | Very good | Excellent | • | | | |
| 11 | **Alwil** Avast Home Edition 4.7 | free | none | - | | Good | Good | Good | Good | | • | | • |
| 12 | **Grisoft** AVG Anti-Virus Free 7.5 | free | none | - | | Good | Fair | Very good | Very good | • | | | |

### Guide to the Ratings

**Product** shows the name of the stand-alone product and, in parentheses, the name of the security suite that contains the same product, if available. The stand-alone and suite versions of that component should be equally effective. **Overall score** is based mainly on detection, with features, ease of use, and scan speed also considered. **Detection** is how well the product detects current and new viruses without falsely identifying benign files as viruses. Our tests used both real viruses captured during testing and variants of real viruses we developed using the techniques that real virus writers use. Some scores differ from 2006 results due to changes in scoring and updates to the tested program. **Features** reflects the usefulness of the program's features. **Ease of use** indicates convenience. **Scan speed** is how quickly the product scans a typical hard drive. **Scheduled scan** means you can set up automatic scans. **IM scan** shows whether the product scans instant messages. **Rootkit detection** indicates protection against this especially insidious malware. **Firewall** indicates whether there are features to block hackers. **Price** is for the download version and includes the first year of service. Boxed versions are usually available for about $10 or $15 extra.

# Ratings Antispyware programs

• **Availability** Programs are periodically updated. New versions should perform at least as capably as the version we tested.

Excellent | Very good | Good | Fair | Poor



1 Trend Micro



2 Sunbelt



7 Microsoft

**In performance order.**

| Key number | Product (Where available as part of a suite, name of suite appears in parentheses.) | Price | Service: Renewal fee/yr. | Service: Number of PCs | Overall Score (0–100; P F G VG E) | Test results: Detection | Test results: Features | Test results: Ease of use | Features: Prevents changes | Features: Prevents startup | Features: Scheduled scan | Features: Spyware details |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Trend Micro** AntiSpyware (PC-cillin Internet Security 2007) | $30 | $30 | 1 | | Excellent | Excellent | Very good | • | • | • | • |
| 2 | **Sunbelt Software** CounterSpy 2 | 20 | 15 | 1 | | Very good | Excellent | Very good | • | • | • | • |
| 3 | **F-Secure** Internet Security 2007 | 60 [1] | 60 | 3 | | Very good | Excellent | Very good | • | • | • | • |
| 4 | **McAfee** Internet Security Suite 2007 | 70 [1] | 70 | 1 | | Very good | Very good | Very good | • | • | | • |
| 5 | **BitDefender** Internet Security 10 | 60 [1] | 45 | 1 | | Very good | Very good | Very good | | • | • | |
| 6 | **Check Point** ZoneAlarm Anti-Spyware (Internet Security Suite 7.0) | 20 | 20 | 1 | | Very good | Excellent | Very good | • | • | • | • |
| 7 | **Microsoft** Windows Defender | free | none | - | | Very good | Very good | Excellent | | • | • | • |
| 8 | **PCTools** Spyware Doctor 5.0 | 30 | 20 | 1 | | Very good | Very good | Very good | | • | • | |
| 9 | **Webroot** Spy Sweeper 5.3 | 30 | 30 | 1 | | Good | Excellent | Very good | • | • | • | • |
| 10 | **SpyBot** Search and Destroy 1.4 | free | none | - | | Good | Very good | Very good | • | • | • | • |
| 11 | **Symantec** Norton Internet Security 2007 | 70 [1] | 70 | 3 | | Good | Very good | Very good | | • | • | |
| 12 | **Lavasoft** Ad-Aware SE Plus [2] | 27 | none | 1 | | Fair | Excellent | Good | • | • | • | • |

[1] *Only available in suite; price and fee is for suite.* [2] *Discontinued; new version is being tested.*

## Guide to the Ratings

**Product** shows the name of the stand-alone product and, in parentheses, the name of the security suite that contains the same program, if available. The stand-alone and suite versions of that component should be equally effective. **Overall score** combines detection, features, and ease of use. **Detection** indicates how well the product was able to detect and block installation of spyware. We used spyware determined to be "badware" by StopBadware.org, an organization of which CU is a member. We also created variants of the actual spyware and tested for detection of those. We first allowed the programs to scan for the spyware, then we tried to install the spyware to see whether it could block the installation. Because of the advance in methodology, the scores this year are not comparable to those from prior years. **Features** and **ease of use** indicate how intuitive the interface is and how easy it is to perform common functions. **Prevents changes** means spyware that isn't initially blocked is prevented from actions such as changing your home page and redirecting Web searches. **Prevents startup** indicates detection and stopping of spyware from starting automatically at boot-up. **Spyware details** indicates extra guidance to help decide whether to remove a detected item. **Price** is for the download version and includes the first year of service. Boxed versions usually are available for about $10 extra.

## CR Quick Recommendations

Antispyware products are an important security tool for Windows computers, though unnecessary for Macs. Because each manufacturer maintains their own, slightly different database of spyware, we recommend use of one antispyware program to provide real-time protection and another for periodic scans of the drive. All the tested programs offer both options.

All also allow you to selectively restore programs removed as spyware. Unless you're especially knowledgeable, we recommend removing everything the program finds, except for regular cookies. Spyware, tracking cookies, and adware should be removed.

Changes to our test methodology mean some products that were also tested in 2006 have received a slightly different score in this year's Ratings.

Any of the tested programs is worth considering, with the possible exception of the discontinued Lavasoft (12). (The company has released a new program, AdAware 2007 Plus, that we will test and post results to our Web site; see page 2.)

Obtain software only from the official sites listed; similar programs offered at other sites actually may be spyware. All of the products we tested are compatible with Windows Vista.

**Ratings** reflect performance and features. **Quick Picks** also consider value.

### QUICK PICKS

**Best values in for-pay protection:**

**1 Trend Micro** $30
**2 Sunbelt Software** $20

These top-rated programs are relatively inexpensive, and are rich in features. Trend Micro had the edge when it came to detection. But Sunbelt cost less to buy and to renew. Both can be used on only one computer. For that reason, consider buying the Trend Micro software as part of its high-rated PC-cillin Internet Security suite (see page 36). While it costs $20 more than the antispyware program, it can be installed in up to three computers and also offers antivirus and antispam protection along with many other features.

**For free protection:**

**7 Microsoft**
**10 SpyBot**

Though they lack the combination of performance and features of the programs above, these free programs are worth considering. Microsoft was the better of the two at detection and was the easiest software of all to use. SpyBot can block changes to your browser home page.

## CR Quick Recommendations

Get an add-on spam-filtering program only if you're using the spam filter provided by your e-mail provider and are still getting too much spam. (Keep in mind that computer-based programs won't block spam you receive from Web-based e-mail providers such as Gmail.)

Most programs did at least a good job. The exceptions, CA (11) and Apple (13), scored only fair overall because they relied heavily on the user identifying "good" senders before they could accurately discriminate between desirable e-mail and spam. The result: too many false positives—benign e-mail consigned to the computer's spam folder.

All of the add-ons in the table are compatible with Windows Vista except for Smith Micro Allume SpamCatcher 4.0 and PC Tools Spam Monitor 3.0. Only Apple Mail works with Mac OS. **Ratings** rank products by performance and features. **Quick Picks** also considers value.

### QUICK PICKS

**If you have Windows Vista or a recent version of Outlook:**

**12 Microsoft**
This top-performing filter, built into Windows Vista and Outlook 2003 and later, is likely all you need, with excellent detection without many "false positives." It's also easy to set up and use.

**If you're prepared to buy a suite:**

**1 Trend Micro** $50
**2 Check Point** $50
Both of these are available only as part of top-rated software suites (the price shown is also for the suite). Trend Micro has the edge in detection, as well as ease of setup and use. The spam component in the Check Point suite has some better features, such as the ability to tell you why it tagged material as spam. Although the Check Point suite includes a popup blocker, it didn't rate quite as high overall as the Trend Micro suite, which omits the popup-blocking feature.

**Good for stand-alone protection:**

**3 Cloudmark** $40
**4 Smith Micro** $30
**5 SPAMfighter**
Cloudmark is the best stand-alone choice if you use one of Microsoft's e-mail programs. SPAMfighter has reasonable detection, and it's free. Smith Micro is the best choice is you use a non-Microsoft e-mail program such Eudora.

# Ratings Antispam software

• **Availability** Programs are periodically updated. New versions should perform at least as capably as the version we tested.

● Excellent ◓ Very good ○ Good ◒ Fair ● Poor



**1 Trend Micro**



**3 Cloudmark**

**Within types, in performance order based on test results.**

| | Product | Price | Renewal fee/yr. | Number of PCs | Overall Score (0–100; P F G VG E) | Filtering accuracy | Features | Ease of setup and use | Integrates with mailer | Can use non-MS mailer | Online collaboration | Uses rules | Learns from mail | Tags spam |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ADD-ON PROGRAMS** *Used in conjunction with an e-mail program to filter out spam.* | | | | | | | | | | | | | |
| 1 | **Trend Micro** PC-cillin Internet Security 2007 | $50◻ | $50 | 3 | | ● | ◓ | ◓ | • | • | | • | | • |
| 2 | **Check Point** Zone-Alarm Internet Security Suite 7.0 | 50◻ | 35 | 3 | | ● | ● | ○ | • | • | • | • | | |
| 3 | **Cloudmark** Desktop 3.0.2 | 40 | 40 | 2 | | ◓ | ○ | ● | • | | • | | | • |
| 4 | **Smith Micro** Allume SpamCatcher 4.0 | 30 | 10 | 1 | | ◓ | ● | ○ | • | • | • | • | • | • |
| 5 | **SPAMfighter** Standard 5.3.7 | free | none | - | | ◓ | ◓ | ● | • | | • | | | |
| 6 | **Symantec** Internet Security (Add-on Pack) 2007 | 70◻ | 70 | 3 | | ◓ | ◓ | ○ | • | • | | • | | • |
| 7 | **McAfee** Internet Security Suite 2007 | 70◻ | 70 | 1 | | ◓ | ● | ○ | • | • | | • | | • |
| 8 | **F-Secure** Internet Security 2007 | 60◻ | 60 | 3 | | ◓ | ◒ | ○ | | • | | • | | |
| 9 | **PC Tools** Spam Monitor 3.0 | 30 | 20 | 1 | | ○ | ○ | ○ | • | • | | | • | • |
| 10 | **BitDefender** Internet Security 10 | 70◻ | 45 | 3 | | ○ | ◓ | ◓ | • | • | | • | • | • |
| 11 | **CA** Anti-Spam 2007 | 30 | 20 | 3 | | ◒ | ○ | ○ | • | | | | • | |
| | **E-MAIL PROGRAMS** *Included in the operating systems installed on new computers.* | | | | | | | | | | | | | |
| 12 | **Microsoft** Windows Mail Junk Filter | | none | - | | ● | ○ | ● | • | | | • | | |
| 13 | **Apple** Mail 2 | in OS | none | - | | ◒ | ○ | ● | • | | | • | • | • |

◻ *Only available in suite; price and fee is for suite.*

## Guide to the Ratings

**Overall score** is based primarily on the ability to recognize valid e-mail and spam. **Filtering accuracy** indicates how well each product correctly identified spam without inadvertently tagging good e-mail as spam. We used 1,000 actual spam messages captured from e-mail and 333 non-spam messages to test each program's ability to weed out spam without also putting the kibosh on legitimate messages. A product that **integrates with mailer** blends its own controls with those of the e-mail program. One that **learns from mail** identifies patterns in your e-mail, if you tell the software which messages are spam and which are not. With **online collaboration,** a product checks each message against a "live" online database of reported spam messages to improve accuracy. **Uses rules** indicates detection of known attributes, such as whether it contains a suspicious link. All products let you add "friendly" and "unfriendly" senders to the filter (either automatically or manually). **Price** is for the download version of the program and includes a year of service (a free trial period of at least 15 days is available). Some products are available in a boxed version for about $10 extra. (Most will mail a CD for a few dollars.)