Matthew Elvey
1819 Polk St. #133
San Francisco, CA  94109

July 14, 2008

**Via CM/ECF**

Hon. Vaughn Walker
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102

Re:     *In re TD Ameritrade Accountholder Litigation*, No. 07-2852

Dear Chief Judge Walker:

On July 10, 2008, proposed class counsel and defendant's counsel both filed response briefs in support of the fairness of the proposed settlement in this case. The Court, at the July 10, 2008, hearing, expressed interest in a copy of my CV, and in evidence that the defendant had been made aware of the breach at least as far back as October 2005. In addition, proposed class counsel requested permission to withdraw as my representative. In light of my counsel's withdrawal, I respectfully request that the Court grant me thirty days, until August 14, 2008, to obtain new counsel, file the documents mentioned, and file a brief in reply to the two July 10, 2008, response briefs. I have already contacted potential attorneys, who are reviewing the case.

As proposed class representative, I take seriously my duty to ensure that any settlement adequately protects the interests of absent class members. Contrary to proposed class counsel's suggestions, I have no motive for objecting to the settlement other than my desire to see an agreement that is fair and beneficial to the class. The requested thirty days will give me the opportunity to retain counsel and prepare a reply brief that fully sets forth my objections to the proposed settlement and to the adequacy of proposed class counsel's representation.

Respectfully,

_____/S/_____
Matthew Elvey
Proposed Class Representative

cc     Scott A. Kamber (via CM/ECF)
       Proposed class counsel

       Lee H. Rubin (via CM/ECF)
       Counsel for defendant