IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE | Master File No. |
| TD AMERITRADE ACCOUNTHOLDER LITIGATION , | C 07-2852   VRW |
| | **CLERK'S NOTICE** |
| _____/ | |

(Plaintiff is required to serve a copy of this notice, and file proof of service with the Court, on any party not appearing on the Notice of Electronic Filing and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the court has scheduled a Case Management Conference in this action for September 15, 2008 at 3:00 P.M.  Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated:  July 15, 2008

          FOR THE COURT,
          Richard W. Wieking, Clerk

          By: *Cora Klein*
          Courtroom Deputy Clerk to Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov