IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TD AMERITRADE ACCOUNTHOLDER LITIGATION | Master File No<br>C 07-2852 VRW |
| _____ | ORDER |
| This Document Relates to: All Actions | Class Action |
| _____/ | |

     On June 13, 2008, the court denied preliminary settlement approval. Doc #61. The court ordered the parties to submit additional information to assist the court in evaluating the settlement. Doc #61. The court has received those submissions. Doc ##66-67. The court also received a letter from class representative Matthew Elvey. Doc #68. Elvey spoke at the preliminary approval hearing and expressed reservations about the

settlement.  Elvey requests leave to file a memorandum that explains his objections and responds to the parties' submissions. Elvey shall serve and file his submission no later than August 29, 2008.

     IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge