1  MARK A. CHAVEZ (SBN 90858)
   CHAVEZ & GERTLER, LLP
2  42 Miller Ave.
   Mill Valley, CA 94941
3  Telephone: (415) 381-5599

4
   GREGORY A. BECK (To Be Admitted Pro Hac Vice)
5  BRIAN WOLFMAN (To Be Admitted Pro Hac Vice)
   PUBLIC CITIZEN LITIGATION GROUP
6  1600 20th St. NW
   Washington, DC  20009
7  Telephone: (202) 588-1000

8

9  Attorneys for Plaintiff Matthew Elvey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re TD AMERITRADE ACCOUNTHOLDER LITIGATION | Case No. C 07-2852 VRW |
|---|---|
| | CLASS ACTION |
| | **NOTICE OF APPEARANCE** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that Mark A. Chavez hereby enters his appearance on behalf of Plaintiff Matthew Elvey in In re TD AMERITRADE ACCOUNTHOLDER LITIGATION, No. C 07-2852 VRW, and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the undersigned counsel at the address stated above.

Date: August 29, 2008

Respectfully submitted,

CHAVEZ & GERTLER, LLP

PUBLIC CITIZEN LITIGATION GROUP

_____
Mark A. Chavez

Attorneys for Plaintiff