1  MARK A. CHAVEZ (SBN 90858)
   CHAVEZ & GERTLER, LLP
2  42 Miller Ave.
   Mill Valley, CA 94941
3  Telephone: (415) 381-5599

4
   GREGORY A. BECK (To Be Admitted Pro Hac Vice)
5  BRIAN WOLFMAN (To Be Admitted Pro Hac Vice)
   PUBLIC CITIZEN LITIGATION GROUP
6  1600 20th St. NW
   Washington, DC  20009
7  Telephone: (202) 588-1000

8

9  Attorneys for Plaintiff Matthew Elvey

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13 In re TD AMERITRADE              )  Case No. C 07-2852 VRW
   ACCOUNTHOLDER LITIGATION         )
14                                  )  CLASS ACTION
                                    )
15                                  )  **DECLARATION OF MATTHEW ELVEY**
                                    )
16                                  )
                                    )
17                                  )
                                    )
18                                  )
                                    )
19                                  )
   _____)

20

21

22

23

24

25

26

27

28

1    1.    My name is Matthew Elvey. I am an Ameritrade customer and a plaintiff in this

2  case. My resume/CV is attached as Exhibit 1.

3    2.    I am a security expert, IT professional, and am active in anti-abuse activities and

4  legislation. I have a long record of handling valuable, highly sensitive, confidential information.

5  I am well qualified to assess the technical quality of the settlement remedies that relate to

6  security. I am well qualified to assess the credibility of evidence of a technical nature. I am

7  familiar (in a general way) with the methods I understand were used, on the one hand to illicitly

8  access and on the other hand to attempt to prevent and detect access to the confidential

9  information. I led the development of the infrastructure of the web sites of a Swiss bank with

10  over a trillion dollars under management, in order to provide a unified worldwide web presence,

11  including providing customer access.  I am a graduate of Yale University, having completed the

12  requirements for a major in Computer Science and for a separate major in Mechanical

13  Engineering.

14    3.    I provide general IT consulting services. I tend to work for businesses that need a

15  generalist capable of handling all of small firms' IT needs, directing the IT staff of medium-sized

16  firms, and advising large firms. I also have skills that land me work consulting regarding overall

17  IT strategy, as well as specific areas, including email deliverability and spam control, design and

18  implementation of efficient networking/security, web, database, and storage systems.

19    4.    I worked on the IT systems of the public transit systems of major US cities,

20  including implementation of a multi-entity, secure wide area network.  I've employed database

21  technology to limit, log and monitor access by specific users to specific data. I've also deployed

22  systems to monitor and control changes to specific hardware, operating systems and applications.

23  In other words, I know a lot about how banking/trading systems can and should be built and

24  maintained to provide good security, as well as the challenges of doing so.

25    5.    In my work, I regularly report and document security and privacy violations.

26    6.    I believe that the proposed settlement in this case is unfair and inadequate. My

27  opposition to the settlement has nothing to do with self interest. I feel that I have a duty as class

28  representative to protect the interests of the class by advocating a fair settlement. I do not have

1   unrealistic expectations about what the class could achieve in settlement. I understand the risks

2   of litigation and that settlement entails compromise. I ask only that the settlement be fair to the

3   class.

4       7.      I have nothing to gain from opposing the settlement. On the few occasions where

5   I have spoken with a member of the media, it was only to bring more attention to Ameritrade's

6   wrongdoing. I never promoted myself or my consulting business to the media and have no

7   interest in doing so.

8       8.      In November 2006, I began receiving spam email touting fraudulent stock deals.

9   The email was sent to an email account I created exclusively for use with my Ameritrade account

10  and which I used only for that account. I had never given the email address to anyone other than

11  Ameritrade.

12      9.      I emailed Ameritrade to report the problem. I received an email in response that

13  the company was "conducting a thorough investigation into this matter."

14      10.     Several months later, Ameritrade had not responded further. I designed a test to

15  determine whether Ameritrade was leaking my email address. I entered a new, unique address

16  into my Ameritrade account that I disclosed to nobody else. Soon, I began to receive the spam

17  that I had been receiving before. I have multiple other email accounts and I was not receiving

18  this spam in my other accounts.

19      11.     The only reasonably possible way that identical spam could end up getting send to

20  two separate email addresses, neither of which I had ever shared with anybody else, is if

21  Ameritrade was leaking those addresses. There is no way that Ameritrade could have failed to

22  come to this conclusion.

23      12.     I emailed Ameritrade again to report the problem. Ameritrade again told me it

24  was investigating the matter.

25      13.     I did some searches on the Internet to try to figure out if others were having the

26  same problem. I was shocked to see that there were complaints about the same problem in

27  several online forums, documenting that the problem went back to at least October, 2005.

28

1    14.    I approached KamberEdelson, the proposed class counsel in this case, and asked

2  if the firm would file a lawsuit on my behalf. I provided counsel with proof Ameritrade's

3  security breach from the test that I ran and postings on the Internet regarding the breach dating to

4  as early as October 2005.

5    15.    Throughout the case, I repeatedly told my attorneys that I thought a fair settlement

6  should include serious security reforms on Ameritrade's part, including especially a full security

7  audit and full disclosure of the nature of the breach. I was always reassured that those issues

8  were the subject of negotiations.

9    16.    Several times during the case, I asked my counsel to see a transcript of the

10  deposition of Ameritrade's chief of security. I also asked for specific information about the

11  nature of the security breach and Ameritrade's security policy. My attorneys told me that I could

12  not have access to that information because the transcript and the information it contained had

13  been designated "attorneys' eyes only." As far as I know, there was no other discovery

14  completed in the case.

15    17.    In late February 2008 I was given a copy of the proposed settlement by my

16  attorneys. I was immediately very disappointed because it contained none of the provisions that I

17  had told counsel would be important to a fair settlement. I was particularly disappointed that

18  settlement did not include any kind of security audit, as I requested, and provided instead for a

19  penetration test.

20    18.    When I told my attorneys that I was unhappy with the settlement terms, I was told

21  that the parties had gone through a mediation and it was too late to make changes to the proposed

22  settlement. That was the first I had heard about any mediation in the case.

23    19.    Because I was unhappy with the settlement, I did not immediately sign it. My

24  attorneys then told me that I would be removed as class representative and that the settlement

25  would proceed without me. I feared that, if I were no longer class representative then I would not

26  be able to communicate my objections to the Court at the hearing. This is the threat I was

27  referring to when I said that my attorneys had threatened me, but I did not have a chance to

28  clarify myself at the hearing. I never meant to say that I had been threatened with physical harm,

-3-

1 but I do feel that telling me I would be cut out of the settlement if I did not sign it was a threat in

2 part because I could have lost $10,000 provided for me in the agreement.

3      20.    My former attorney says in his declaration that I attempted ex parte contact with

4 the judge in this case. I never attempted to contact the judge, but I did speak with the judge's

5 clerk. The only reason I did that was because I felt like my attorneys were no longer representing

6 my or the class' interests. I asked for access to PACER because my attorneys repeatedly failed to

7 give me all the filings in the case and I wanted to follow it for myself. I also asked the clerk not

8 to accept any filings with my signature without checking with me, because I was afraid the

9 settlement might be filed without my approval.

10      21.    The security measures specified by the settlement are well below the minimum

11 standard of security that any reasonable company would use if it wanted to protect its customers

12 from identity theft. The only policies related to security mentioned in the settlement are

13 penetration tests, account seeding, and consulting by ID Analytics. A security policy cannot be

14 effectively developed by haphazardly picking a few practices such as those in the settlement. To

15 be effective, a security policy must include at least a written security plan, a full security audit to

16 detect current vulnerabilities, and followup audits to ensure no new vulnerabilities have

17 appeared.

18      22.    The settlement calls for a penetration test, which is a one-time attempt to break

19 through the company's security, simulating the behavior of a malicious hacker. Penetration tests

20 can only detect the specific problems that they are designed to look for, and therefore cannot

21 protect against a wide range of unpredicted vulnerabilities. The audit component has been

22 replaced with nothing more than penetration tests, and doesn't even specify what is to be tested

23 (It could be anything from just the IPs of its public web servers to all IPs of all offices and server

24 locations, including internal IPs accessed from AMTD's network.). The procedure, though useful

25 and an important part of a security plan, is relatively inexpensive and makes up only a very small

26 part of a well-implemented security policy. Penetration tests cover only a moment in time and

27 therefore may not detect vulnerabilities that have already been exploited, such as the hostile code

28

DECLARATION OF MATTHEW ELVEY, Case No. C 07-2852 VRW

1    running on Ameritrade's servers that gave rise to this case, or vulnerabilities that are created

2    sometime after the test is run.

3        23.    The settlement calls for using account seeding and the firm ID Analytics. Account

4    seeding is the practice of putting dummy account information within a database so that, if the

5    data is ever used, the company may be able to find the origin of the leak. Both these policies are

6    designed to detect theft after it has occurred, but they do not stop the data from being stolen in

7    the first place. It is very difficult to detect or deter the sort of large-scale, organized data theft to

8    which Ameritrade fell victim. With millions of Ameritrade clients, it would be very difficult to

9    detect identity theft, and this is especially true given the long time period during which the

10   breach went undetected.

11       24.    I have occasionally seen Trend Micro Internet Security Pro available retail for

12   free after rebates. Attached as Exhibit 2 is a true and accurate copy of a newspaper advertisement

13   listing one of these deals.

14       25.    I do not have any use for Trend Micro Internet Security Pro because I have

15   security systems that make it unnecessary; I use a Mac running MacOS and Gnu/Linux. I no

16   longer use the email addresses that were receiving the Ameritrade-related spam.

17       26.    One of the most effective ways to secure private data is to implement encryption

18   so that, even if the data is stolen, it is unusable by the thief. It is also important to limit access

19   and monitor use of high-risk data like social security numbers. Only those with a need to use that

20   data should be allowed access to it, and that access should be logged, and those logs should be

21   reviewed.

22       27.    I have devoted hundreds of hours to the case, doing research, reviewing filings,

23   and offering suggestions. To my knowledge, and based on phone conversations I initiated, the

24   other two class representatives have not actively participated in the case.

25       28.    Attached as Exhibit 3 is a true and accurate copy of an article in Network World

26   titled "Ameritrade leaks and more Wi-Fi theft," published May 31, 2007. I obtained a copy of the

27   article from the Internet at http://www.networkworld.com/columnists/2007/053107-

28   backspin.html.

DECLARATION OF MATTHEW ELVEY, Case No. C 07-2852 VRW

1         29.    Attached as Exhibit 4 is a true and accurate copy of an article on Slashdot,

2  published May 30, 2007, with the title "Who's Trading Your E-mail Addresses?" Slashdot is a

3  popular and widely read online technology journal. I obtained a copy of the article from the

4  Internet at http://yro.slashdot.org/yro/07/05/30/1444236.shtml.

5         30.    Attached as Exhibit 5 is a true and accurate copy of an article in Network World

6  titled "Judge halts Ameritrade settlement that would mean a boon for lawyers, a pittance for

7  victims," published June 16, 2008. I obtained a copy of the article from the Internet at

8  http://www.networkworld.com/community/node/28895.

9         31.    Attached as Exhibit 6 is a true and accurate copy of an article in Seeking Alpha

10  titled "Ameritrade's Stock Spam Problem: The Timing Couldn't Be Worse," published on June

11  12, 2007. I obtained a copy of the article from the Internet at http://seekingalpha.com/article/

12  37854-ameritrade-s-stock-spam-problem-the-timing-couldn-t-be-worse.

13         32.    Attached as Exhibit 7 is a true and accurate copy of a posting on news.admin.net-

14  abuse.email, dated September 25, 2007. news.admin.net-abuse.email. It is available on the

15  Internet at http://groups.google.com/group/news.admin.net-abuse.email/msg/79efdb9fddd42657.

16        I declare under penalty of perjury that the foregoing is true and correct. Executed this

17  29th day of August 2008.

18

19                                     /s/

20                                  Matthew Elvey

21        I certify that Matthew Elvey has concurred in the filing of this Declaration.

22

23

24                                  Mark A. Chavez

25

26

27

28

DECLARATION OF MATTHEW ELVEY, Case No. C 07-2852 VRW

# EXHIBIT 1

# Matthew Elvey

██████████████        ███████@matthew.elvey.com        Phone: (415) █████

## Summary

*Proven highly proficient supporter of efficient, cost-effective, reliable, secure, high-performance web and business system architectures. Adept at leveraging open systems, commodity hardware and a mastery of several relevant technology domains for project success. Career achievements include architecting and successfully launching several business systems.*

## PROFESSIONAL EXPERIENCE

**Group D & TEP** (IT Consultancy)                                        San Francisco and New York
**Senior Consultant and IT Systems Administrator**                                        7/99-present

- Installed and administered Linux, Mac and Windows-based applications and networks for multiple clients.
- Restored order to the IT department at a database-centric medical information provider. Established systems and policies for DB replication, security, backup/data integrity, and helpdesk. Reorganized the client IT department, which had lost key staff – evaluated replacements, repaired corrupt and inoperative SQL Server database servers and corrected the company's malfunctioning Fast Ethernet LAN. Resolved bottlenecks, improving DB, Server, and LAN performance by factors of 100.
- Architected a scalable web platform prototype for managed secure email ASP Sigaba.
- Researched and developed the technical marketing for Argus, a secure platform startup, leading to a $2MM angel investment.
- Engaged by Infotrieve/Signal Equity Partners to review the leading research delivery company's IT department and develop a Strategic Plan that successfully guided the company's systems through a period of rapid growth. Focused on improving worker mobility and resolving security challenges.
- Analyzed Collaborative Capital Venture Fund's potential investments from a systems perspective.
- Engaged by Silicon Summit Technologies. Recovered the deployment capability of the XML-centric client's Java product after its lead developer left, and help port the application from Windows to Linux and to Solaris.

**Linkify Spontaneous Collaboration** (ASP)                                        Emeryville, CA
**Database, Network and Systems Architect**                                        6/00-9/01
Lead design architect for of all aspects of the linkify service platform. Ensured that the platform infrastructure met scalability, performance, flexibility, and cost requirements (high availability, redundancy, recoverability, security, load balancing…) and supported all initial programming and rigorous ongoing QA, custom development and maintenance. Served in roles as purchasing and project manager, functional spec. writer, and DB programmer. Technologies leveraged: BEA WebLogic, Java, Linux, Netscreen firewalls, Cisco routers, Windows 2000, MS SQL Server, Oracle, VSS, a terabyte data store, and redundant network and Internet connections.

**Reef** (cutting edge eBusiness consultancy)                                        San Francisco, CA
**Senior IT Project Manager** – Consultant                                        10/98-7/99
Technical lead for firm's assessment, recommendation and implementation of a global Web information architecture for Credit Suisse Asset Management (CSAM), a leading international provider of mutual funds and asset management services. Led the technical development of a global Online Communications Strategy and implementation plan, building relationships with CSAM IT and business executives in New York and London. Prepared technical analyses and a formal technology proposal that resulted in Reef being awarded CSAM's multi-million dollar implementation contract.

**Find/SVP** (Research and Advisory svc. to Fortune 500)                                        New York, NY
**System Manager** – Consultant                                        3/97-9/98
Improved performance and functionality of Questrac III, Find's core business system based on a highly customized Vantive, Windows NT, MS SQL Server, Visual BASIC and Crystal Reports. Determined project objectives and scope with senior management, and led a team of up to seven to implement the enhanced system. Accomplishments include:

- Designed a new UI.
- Improved performance sixty-fold.
- Made 11 system robustness enhancements.
- Integrated with seven external systems.
- Developed additional capabilities for new customers, including new data mining facilities that have enhanced marketing and executive decision-making.

*Matthew R. Elvey*                                                                                                           *page 2 of 2*

**Goldman Sachs** (premier Investment Bank)                                                            New York, NY
**Analyst** – Risk Analysis and Regulatory Systems/**LEW** – **L**egal **E**ntity **W**orkstation            6/95-3/97
- Lead systems analyst on special project for firm's Senior Chairman, to determine Return on Capital firm-wide. Analyzed requirements of a new system to better assess trading risk and profits, by incorporating a financial optimization strategy that calculated the minimum capital required to cover the firm's trading positions across all financial instruments, and derivatives thereof. Created the system on SunOS/Solaris with SybPerl scripts, C programs, Stored Procedures / SQL, batch processes and shell scripts.
- Developed functionality and performance enhancements to Goldman's **P**roprietary **Ac**counting & **R**isk **A**nalysis system. Enhanced Sybase back end performance by tuning SQL stored procedures. Provided a new module that allowed users to better identify, investigate and correct interest calculation errors. Resolved systemic miscalculations. Enhanced PARA's ability to handle derivatives with irregular trade and settle dates and currencies.

## EDUCATION

**Hunter College High School**                                                                                        '85-'91
SAT: 780 Math, 760 Verbal; U.S. Presidential Scholar Semifinalist.

**Yale University**                                                                                                        '91-'95
B. Sci., dual majors completed in Computer Science and Mechanical Engineering.
Emphases in AI, economics, optimization and security.

**Goldman Sachs Training Programs**                                                                              '95-'97
Analyst Training: financial products, Business Management practices, Perl, Sybase, Unix, C, C++, OO programming, Sybase Database Performance/Internals, SEC regulations.

## TECHNICAL EXPERTISE

**Systems Administration**
DBA/Database Administration - Schema Design / Data Modeling, server, index and query performance tuning, stored procedures and triggers. Complex LAN ,WAN, VPN and Wi-Fi deployment -Cisco IOS, Security, Encryption, Cisco, SonicWALL, etc Firewalls and routers, backup / disaster recovery / redundancy, clustering, NAT, DHCP, vLAN (802.1q), Apache, IIS, Exchange. TCP/IP (routing, DNS, Cisco IOS, BGP, NFS), Windows, UNIX: { Linux, SunOS 4.1.x, Solaris 2.x, BSD, AIX }, Novell & AppleTalk.

**Operating Systems**
MacOS X, Windows 2003/Vista/XP/2000/NT/98/95/3.1/DOS, GNU/Linux, Solaris, SunOS, BSD, Unix, AIX, NeXT.

**Programming**
SQL (Microsoft SQL Server, Oracle & Sybase), Perl, shell scripts (sh, csh, ksh, tcsh, bash), Vantive / PeopleSoft, Assembly, Visual BASIC, C, C++, Java, CGI, HTML, Neural Networks, Lisp… Windows, X/Motif and Mac APIs.

## MISCELLANEOUS

| | |
|---|---|
| **Foreign Languages** | French, basic Italian |
| **Travel** | World traveler - extended stays in Austria, Belgium, China, England, France, Greece, Israel, Italy, Japan, Portugal, South Africa and Switzerland. |
| **Citizenship** | USA. |

# EXHIBIT 2



Case 3:07-cv-02852-VRW    Document 72-2    Filed 08/29/2008    Page 12 of 27

# EXHIBIT 3

Sponsored by:





**NETWORK WORLD**

This story appeared on Network World at
http://www.networkworld.com/columnists/2007/053107-backspin.html

# Ameritrade leaks and more Wi-Fi theft

Backspin By Mark Gibbs , Network World , 05/31/2007

First of all, there is something that I meant to discuss a few
weeks ago that surprisingly has not gotten much coverage.
Art Medlar, a fellow inhabitant of a mail list I subscribe to
explained that he is a client of TD Ameritrade, and being a
cautious kind of guy he used unique primary and alternate
e-mail aliases for his account.

Sponsored by:



He wasn't happy when "[within] a month, both of these
addresses were receiving stock-pumping spam. I called
[Ameritrade] and had a nice heart-to-heart with a clueless
and unconcerned [customer service representative] and
changed the addresses [to different e-mail aliases]."

Medlar was even less happy when "[last] week, these two
began getting stock spam. None of them have ever received
any other sort. They have never been used except where
entered on the Ameritrade profile form. The Ameritrade guy this morning says that it's obviously a dictionary
spam at all possible addresses [like those I used]."

To say that this was disingenuous on Ameritrade's part would be kind. Medlar commented that "it looks like the
people running these scams are pretty serious and have connections of one sort or another inside at least one
business which should be very secure but is not."

Related Content

A recent Slashdot article discussed more or less the same experiences of Bennett Hazelton, a well-known
privacy and anticensorship activist. The implications of this for Ameritrade are . . . what is the word I'm looking
for? Ah yes. Huge. This is a story that has, as we say, "got legs." Stay tuned.

My other topic this week is a follow-up regarding last week's column on things legal and the issue of
unauthorized Wi-Fi access stirred up some interesting comments.

Reader Peter Quirk in Hopkinton, Mass., asked: "Thanks for highlighting this unintended consequence of
security legislation. I wonder whether we will soon be subject to power theft suits for plugging laptops or cell

phone chargers into the very few available power outlets in airport lounges."

I've wondered about this for years. We all go into Starbucks or we're waiting in the airport lounge for our flight to be cancelled and the first thing we do is plug in to the first power outlet we can find with nary a care in the world. Why is it that using AC power (which has an easily quantified and real cost) without explicit permission is apparently OK while using an unsecured, uncontrolled Wi-Fi access point at a cost that could be measured in nanocents — no, femtocents – is something that is worthy of arrest and prosecution?

Reader Vinny Fasano of Huntingdon Station, N.Y., was amazed when he read about the case I discussed in BackSpin: "Perhaps I'm missing something here, but I seem to remember during the course of my studies that the airwaves are owned by 'the people' — if you choose to put something out for broadcast (and yes, I would certainly consider a non-point to point, non-encrypted radio transmitter 'broadcast'), how can you possibly be prosecuted for using it?"

Fasano continued: "Since I apparently don't have the moral compass of a number of your bloggers, when I'm traveling with my PDA I'll routinely search for a Wi-Fi hot spot to check my e-mail."

I suspect the blogger Fasano was referring to was Anonymous writing on Gibbsblog who declared that: "what bothers me most about the alleged action mentioned in the second-to-last paragraph of your article -- you or anyone finding '... an open access point we would probably use it...'! I would not use it! It is just plain wrong, no matter how you justify it!"

Another blog contributor, Lawson, pointed out that if  "… [you] use your laptop in a part of the house or property where the neighbor's unsecured Wi-Fi with same router setup is the stronger signal [you could unknowingly] connect to their setup rather than your own. By the logic of the current law you are now hacking and liable for prosecution." I love that!

Related Content

I was discussing the whole unauthorized Wi-Fi issue with Mrs. Gibbs, who raised a very interesting question: What if a teenager were to use an unsecured wireless access point to browse porn? Could the access point owner not be considered to be liable in a similar way that Amero was found guilty of four counts of risk of injury to a minor and impairing the morals of a child?

All contents copyright 1995-2008 Network World, Inc. http://www.networkworld.com

# EXHIBIT 4

# Slashdot

## News for nerds, stuff that matters

- Log In
- Create Account
- Help
- Subscribe
- Firehose

- Why Log In?
- Why Subscribe?

Log In

Nickname [_____]  Password [_____]  ☐ Public Terminal [ Log in ]

[ **Create a new account** ]

### Who's Trading Your E-mail Addresses?

Posted by **CmdrTaco** on Wed May 30, 2007 10:49 AM
from the checking-the-nasdaq-now dept.

Bennett Haselton is back with another piece on e-mail privacy. He starts *"On April 14, 2007, I signed up for an AmeriTrade account using an e-mail address consisting of 16 random alphanumeric characters, which I never gave to anyone else. On May 15, I started receiving pump-and-dump stock spams sent to that e-mail address. I was hardly the first person to discover that this happens. Almost all of the top hits in a Google search for "ameritrade spam" are from people with the same story: they used a unique address for each service that they sign up with, so they could tell if any company ever leaked their address to a spammer, and the address they gave to AmeriTrade started getting stock spam. (I don't actually do that with most companies where I create accounts. But after hearing all the AmeriTrade stories, I created an account with them in April just for the purpose of entering a unique e-mail address and seeing if it would get leaked.)"* Bennett continues on if you're willing to click the link.

What's surprising is that as far as I can tell, AmeriTrade has taken almost no heat in the media for letting this happen. Despite the abundant testimonials from bloggers who had their addresses leaked, the story never crossed over into the "mainstream" Internet press. In a recent Bloomberg News story, the FBI warned that E*Trade and AmeriTrade users were vulnerable to spyware installed by criminals in hotels and cybercafes to capture accounts and run pump-and-dump stock spams; no mention of the fact that all AmeriTrade e-mail addresses were apparently already in the hands of spammers anyway (although no one knows if usernames and passwords were leaked to the spammers as well).

This doesn't bode well for anyone who uses any type of online service and wants that service to keep their personal information secure. If AmeriTrade got skewered in the media for leaking customers' personal information to spammers, other companies would see that and learn the lesson. On the other hand, if AmeriTrade gets away with it with barely a whisper in the mainstream news, other companies are going to take note of that, too. Besides, spam and identity theft hurt everyone, not just the victims, because the costs are passed on to all of us in terms of higher ISP charges, higher payment processing fees, and more mail lost due to stringent spam filters.

AmeriTrade disclosed in April 2005 that a tape containing some customer information might have been stolen in February of that year, and many spam victims who blogged about their AmeriTrade addresses being stolen, referenced that incident as the likely cause. But after Bill Katz's blog post became a clearinghouse of sorts for complaints about stolen AmeriTrade addresses (probably as a result of being the first match on Google for "ameritrade spam"), several users posted that they had received spam at accounts that were only created with AmeriTrade in summer 2006. And then my e-mail address got leaked between April 14 and May 15, 2007. So it's pretty clear that some attacker has access to the AmeriTrade customer database on an ongoing basis, and the February 2005 tape theft probably had nothing to do with it.

AmeriTrade says that California law required them to notify their California customers of a potential security breach after the tapes were stolen, and that they went further and notified all of their customers anyway. Since there is now proof that their database is more or less perpetually open to some outside attacker, will they send out another notification letter to customers?

An accidental security breach can happen to any responsible company, especially if they are compromised from the inside. But the trail of blogosphere and UseNet posts indicates that several times AmeriTrade has concealed the full extent of the problem from customers who asked them about it, or has given out information that they already knew was wrong. In one thread in October 2005, a user reported that they wrote to AmeriTrade asking why their AmeriTrade-only e-mail address was getting spammed, and AmeriTrade replied that the spammer might have guessed the address using a dictionary attack, adding:

> We have no reason to believe that any of our systems have been compromised. Ameritrade deploys state of the art firewalls, intrusion detection, anti-virus software as well as employs a full time staff of employee's dedicated strictly to Information Security and protecting Ameritrade's systems from unauthorized access.

But that was long after February 2005, when AmeriTrade said that tapes containing customer data were stolen. (Even if that turned out not to be the cause of the spam after all, by that point AmeriTrade knew that their customers' addresses had been leaked somehow.)

Then when my friend Art Medlar complained to AmeriTrade this year about the same thing happening, he got a response saying that even if he was getting spammed by an address that he only gave to AmeriTrade, that could be the result of hackers "implanting 'bots' that have the ability to extract e-mail addresses from your computer, even when you have protective spy software engaged". But of course this makes no sense -- if this were the source of the problem, it would affect everyone's e-mail addresses equally, and would not explain

why a disproportionate number of complaints were coming from people who created addresses that they gave to AmeriTrade specifically.

When I sent AmeriTrade my own inquiry, I got a response that was identical to a forwarded message that someone else posted to news.admin.net-abuse.email in April. (To their credit, in this version of the message, AmeriTrade is acknowledging responsibility for the problem instead of attributing it to dictionary attacks or botnets. But the e-mail contains the curious piece of advice: "Please be sure to delete any spam you might receive, then empty your e-mail's trash so that it's no longer kept there, either." Huh? As one reader replied to the UseNet thread: "Cynical Translation: Please don't retain any independent evidence.") At first I didn't realize this was a boilerplate response, so I sent back some more questions, asking, for example, whether they would notify their California customers of the data security breach as required by that state's laws. The second response I got was a copy of the *old* boilerplate that they were sending out two years ago, blaming "dictionary attacks".

Now, compared to the 1,000 spams I already get every day (pre-filtering), the AmeriTrade spams were just a drop in the bucket, and many of their customers are probably in the same boat. And unlike most AmeriTrade customers, at least I can stop all AmeriTrade spam just by de-activating those addresses, since they aren't used for anything else. (Right now I'm keeping them open just to see what else comes in.) But AmeriTrade's database also contains much more valuable information such as names, PIN numbers (do you use the same PIN number everywhere that you sign up?), and Social Security Numbers. When I signed up for my account, informed by dire warnings that federal law required accurate information "to help the government fight the funding of terrorism and money laundering activities", I gave AmeriTrade my real SSN, address, and other personal data, figuring that if I gave them false information, I might get in more trouble than the experiment was worth. But now that the attacker has my e-mail, they might have all of my other information as well. In the coming months I'll probably start checking my credit report more often than I used to.

Probably someone inside AmeriTrade is selling customer data to an outside spammer. (It seems less likely that an attacker would keep breaking into AmeriTrade repeatedly to get updated copies of the customer list. Once you've broken in and gotten the customer database from 2006, why bother breaking in a year later, taking the risk all over again of getting caught and going to jail, just to get the updated 2007 database? Surely the 2006 list would be enough to run any pump-and-dump stock scam that you want!) Two suggestions to AmeriTrade to tighten their security: First, the number of people within the company who *can* access the customer database, is probably a lot larger than the number who actually *need* to access the customer database. Limit access to the e-mail database to people who actually need it. Second, in any cases where different employees really need to have access to the list, try giving them different versions of it, where each version is "seeded" with spamtrap addresses at Hotmail and Yahoo Mail. If the spamtrap addresses that start receiving spam are all ones that were used to seed one particular employee's copy of the list, then you've found the source of the leak. That won't stop the spam being sent to addresses that have already been stolen, but it could prevent further leaks from happening.

The SEC recently announced that they would suspend trading of companies whose stocks had been the target of spam campaigns to manipulate the price. Perhaps AmeriTrade could do something similar -- once a stock is identified as being promoted in spams sent to AmeriTrade customers, any customer attempting to buy that stock would be presented with a message saying that AmeriTrade was blocking the transaction for security reasons. (If this runs afoul of some SEC regulation that a brokerage has to let you buy any stock you want any time you want, then at least display a big warning when AmeriTrade users try to buy it through their system, saying that the stock has been the subject of a fraudulent promotion scheme and is an extremely high-risk buy.) However, while this would remove the incentive for stock spammers to target AmeriTrade customers, it's also really just covering up a symptom of the problem, rather than addressing the problem itself, which is that a spammer was able to steal the customer information from AmeriTrade's database in the first place.

# EXHIBIT 5

Case 3:07-cv-02852-VRW          Document 72-2          Filed 08/29/2008          Page 21 of 27

NetworkWorld.com > Community > Buzzblog

Enter IP Address
Log in     Post     Register

Search Community / blogs: [                    ] [Search]

## Judge halts Ameritrade settlement that would mean a boon for lawyers, a pittance for victims

*Submitted by Paul McNamara on Mon, 06/16/2008 - 11:47am.*

What made the Ameritrade data breach particularly memorable was not that 6.3 million customers had their personal info  compromised. No, what made it memorable was that the company had received multiple warnings from IT professionals over more than a year that its database had been compromised -- yet took no action before the bits hit the fan last fall.

And here's what will make the settlement of a resultant class-action lawsuit memorable, provided a judge overcomes his nausea and eventually blesses the deal: Of the nearly $2 million Ameritrade would pay for its sins, almost all of it would wind up in the pockets of plaintiff's lawyers.

What would those victimized get?

A year's worth of spam blocking service.

David Kravets writes in Wired:

> A federal judge on Friday declined to approve a proposed settlement of a class-action representing as many as 6.3 million TD Ameritrade customers whose privacy was breached when hackers stole personal identifying customer information.
>
> U.S. District Judge Vaughn Walker was concerned whether the deal, which gives more than $1.8 million in legal fees to the plaintiff's attorneys, would provide any real benefits to the class of online brokerage customers.

The judge had other concerns as well, including a contention from lead plaintiff Matthew Elvey that he had been coerced into accepting the terms of the deal despite his belief that it was inadequate. (Elvey elaborates on the weaknesses here.)

Recap: Swimming pools and private-school tuition for the lawyers and their families; warm bucket of spit for Ameritrade customers whose inboxes ballooned with spam after the dam broke.

Of course, this is pretty much the way things go in class-action lawsuits where the individual members of the class incur damages that are relatively minor and/or difficult to quantify. But it's still a less-than-satisfying outcome for those on the receiving end of Ameritrade's sloppiness and stubborn refusal to listen to what experts were telling them.

And none of this comes as much of a surprise to Josh Fritsch, an IT security veteran who was among those sounding alarms in early 2006 that Ameritrade had a problem. Fritsch was also among the Ameritrade customers victimized, but not a party to the lawsuit.

"In the end, (the suit is) not going to matter much," Fritsch tells me. "Any real compensation for carelessness with personal data will never be offered, and the token concessions which are made are basically useless."

"If Ameritrade were serious about making amends for their error (and ignoring the error for so long) they would publicly disclose the full results of their investigation, thus 'proving' their claim that there was no real problem," he adds. "They would also offer a choice of free service from them (such as free trades) or free service with a competing broker (at Ameritrades' expense) if the victim elects to find service elsewhere. This would rebuild trust, prove honesty, and demonstrate a sense of caring for their clients."

Likelihood of that happening?

**About Buzzblog**



When not blogging, I am a Network World news editor and write the 'Net Buzz column.

Contact me.

Buzzblog archive.

Advertisement:



# EXHIBIT 6

# Seeking Alpha$^\alpha$

# Ameritrade's Stock Spam Problem: The Timing Couldn't Be Worse

by: Short Thesis Investor

posted on: June 12, 2007 | about stocks: AMTD

There has been some serious chatter about Ameritrade's (AMTD) platform being compromised in some way, including the fact that customers' accounts could be in jeopardy.

It seems that the minute that you sign up for a new Ameritrade account, you are bombarded with third party Ameritrade/stock spam. What does this mean? Somewhere during the client signup or login to Ameritrade, the user's account information (E-mail address at a minimum) is being collected and used to resend spam back to the user. This would constitute a serious security breach. What else is being collected? Perhaps it's not a software issue at all, but rogue employees of Ameritrade selling client information. How far does the penetration go, and where is it in Ameritrade's system? Regardless of the mechanism of the breach, this is serious, and the responsibility to pinpoint the problem will ultimately come to unhappy regulators with Ameritrade customers holding pitchforks and torches right behind them.

Bennet Hasleton of Peacefire ran a test to see if he could duplicate and prove the problem exists. It does. He signed up for an Ameritrade account using an e-mail address consisting of 16 random alphanumeric characters, which would be extremely difficult to guess mathematically. He then kept the E-mail address private – he was the only one that knew it. Lo and behold, he began receiving Ameritrade spam at this address as soon as he completed the sign up process. This is clear proof of a serious security issue.

Read more about Bennet's experiment here.

Ameritrade has issued a statement acknowledging the problem, which has sent the conspiracy-minded into overdrive. The following comment from Ameritrade is particularly suspect: "Please be sure to delete any spam you might receive, then empty your e-mail's trash so that it's no longer kept there, either." This doesn't really serve any security function but cleverly removes (sort of) evidence from the user's system. To delete it would be a prudent request, but emptying the trash?

The Ameritrade response:

> We understand your concern and frustration over the spam e-mail you've received, and we want you to know that we take your privacy and security seriously. We will continue to do all we can to protect both.

> Our investigation into this issue is ongoing. We've recently expanded the directions in which we're investigating, and have doubled our efforts in both internal and external investigations. We're looking at our own systems, and working closely with our vendors to examine theirs.

> We continue to make progress and work very hard at investigating this issue, but unfortunately we still don't have an update we can share with you at this time. We hope you understand that sharing details of exactly what we have learned so far can compromise the ongoing investigation.

> Please be sure to delete any spam you might receive, then empty your e-mail's trash so that it's no longer kept there, either.

> If you haven't lately, you might want to review the Security Center online, which has details about spam, and also about the Asset Protection Guarantee. It protects you if you lose cash or securities from your account due to unauthorized activity. If that happens, we can guarantee we'll reimburse you if you work with us in three ways: 1) keep your account information secure and confidential, 2) frequently check your account and report any suspicious activity to us immediately, and 3) take steps we request if your account is ever compromised.

> We understand that this issue is a nuisance and that it's troubling. And we thank you for your cooperation and patience as we get to the bottom of it.

Whatever the response from Ameritrade, it is clear that more light needs to be shed on this serious problem. This is clearly an issue that can affect shareholder value if Ameritrade trading volume declines and people close accounts because of lack of trust. There is significant downside risk here if this problem starts to receive national media attention. Remember that this is a financial company with highly valuable information like social security, trading and bank account numbers.

It's also worth noting that ChoicePoint (CPT), the data broker that suffered a security breach in 2005, settled last week with 44 states and will pay a fine of $500,000. This is on top of the $15 million already levied by the FTC which was the largest civil penalty in FTC history.

ChoicePoint's stock fell 21% within one month after the media exploited the story. Two years after the event, the stock still hasn't recovered to its pre-incident high.

The timing of this couldn't be worse. With mounting pressure on management to agree to a deal to be acquired by either E*Trade (ETFC) or Schwab (SCHW), which is being put forth by hedge funds JANA Partners and S.A.C. Capital Partners, this is not a good time to have the kind of serious structural issues that could blow up any deal. Hedge funds that are long can switch to short in an amazing amount of time.

If Ameritrade is confronted with a situation similar to ChoicePoint, expect the stock to excrete large volumes of pain.

**AMTD 1-yr chart**



*Disclosure: No positions of any kind in either Ameritrade or ChoicePoint.*

# EXHIBIT 7

 **Groups**

Recently Visited Groups ▼ | Help | Sign in

# news.admin.net-abuse.email

| | Search this gro | Search Grou |

---

Message from discussion TD-AMERITRADE admits that it leaked email addresses via "unauthorized code"

**Thane**  View profile                    More options  Sep 25 2007, 3:28 pm

On Sep 25, 7:02 am, stinky <stee...@gmail.com> wrote:

> You wern't the only one reporting it back then. ;-)

I just got an interesting offer from Ameritrade in response to my complaint about the Joe Moglia letter last week. They have offered 50 free trades plus a year's free membership of a credit monitoring service. I had pointed out that the letter was BS and that this had been going on over a year. They surprised me with this offer. Any one else get this?

Thane

Reply to author     Forward

## Discussions

+ new post

---

About this group

Subscribe to this group

This is a Usenet group - learn more

Sponsored Links

RIAs and TD AMERITRADE
The Resources you Need
When You Need them. TD
AMERITRADE.
www.tdainstitutional.com

Buy Stock Online for $7
No share limit. No maintenance fee
Open with just $500 at Scottrade.
www.Scottrade.com

Options Trading Experts
Expert Analysis, Online Resources,
And In-Depth Training Available.
www.OptioneerTrading.com

See your message here...

---