1  MARK A. CHAVEZ (SBN 90858)
   CHAVEZ & GERTLER, LLP
2  42 Miller Ave.
   Mill Valley, CA 94941
3  Telephone: (415) 381-5599
4
   GREGORY A. BECK (To Be Admitted Pro Hac Vice)
5  BRIAN WOLFMAN (To Be Admitted Pro Hac Vice)
   PUBLIC CITIZEN LITIGATION GROUP
6  1600 20th St. NW
   Washington, DC 20009
7  Telephone: (202) 588-1000
8
9  Attorneys for Plaintiff Matthew Elvey
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
13 In re TD AMERITRADE              ) Case No. C 07-2852 VRW
   ACCOUNTHOLDER LITIGATION         )
14                                  ) CLASS ACTION
                                    )
15                                  ) **DECLARATION OF LAWRENCE SWEET**
                                    )
16                                  )
                                    )
17                                  )
                                    )
18                                  )
                                    )
19                                  )
                                    )
20

DECLARATION OF LAWRENCE SWEET, Case No. C 07-2852 VRW

1. I was a client of TD Ameritrade, Inc. from June 2003 to December of 2005.

2. In October 2005 I began receiving spam email promoting worthless stock at an email address that I used only for my Ameritrade account. I had never given the email address to anyone but Ameritrade. I own my own domain and use unique email addresses for each company I do business with.

3. Shortly after the spam began arriving, I contacted Ameritrade to tell them that someone was stealing email addresses from the company's database. I was told that the spam was the result of a "dictionary attack," where email is sent to random email addresses on a server. I knew that was not the case because I have a catch-all email box. Email sent to any email address at my domain would have been detected. I received exactly one copy of the spam directed specifically to the email address given only to Ameritrade.

4. I initiated several more contacts with Ameritrade to complain about the problem. I was told that the company's servers were secure and had not been hacked or otherwise compromised.

5. One Ameritrade agent admitted to me that I was not the only client receiving the same stock-related spam at an email address given to Ameritrade.

6. Any reasonable person would have deduced from these facts that the security of Ameritrade's database had been compromised, either by a hacker or by an insider selling customer data. Despite my best efforts, however, I could not convince anyone at Ameritrade of this obvious fact.

7. I am unhappy with the terms of the proposed settlement and have no use for Trend Micro Internet Security Pro. I have already stopped using the Ameritrade email addresses that were receiving spam and blocked all email to those addresses. I think Ameritrade should have to fully inform people who were affected what happened and take proactive measures that will ensure this does not happen again. Ameritrade should make sure that when customers are not ignored when they complain about a serious security issue.

/ / /

/ / /

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August 2008.

/s/
Lawrence Sweet

I certify that Lawrence Sweet has concurred in the filing of this Declaration.

Mark A. Chavez