1  MARK A. CHAVEZ (SBN 90858)
   CHAVEZ & GERTLER, LLP
2  42 Miller Ave.
   Mill Valley, CA 94941
3  Telephone: (415) 381-5599
4
5  GREGORY A. BECK (To Be Admitted Pro Hac Vice)
   BRIAN WOLFMAN (To Be Admitted Pro Hac Vice)
6  PUBLIC CITIZEN LITIGATION GROUP
   1600 20th St. NW
7  Washington, DC 20009
   Telephone: (202) 588-1000
8
9  Attorneys for Plaintiff Matthew Elvey
10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
13 In re TD AMERITRADE              ) Case No. C 07-2852 VRW
   ACCOUNTHOLDER LITIGATION         )
14                                  ) **CLASS ACTION**
                                    )
15                                  )
                                    ) **ERRATA SHEET RE**
16                                  ) **PLAINTIFF MATTHEW**
                                    ) **ELVEY'S CORRECTED**
17                                  ) **RESPONSE TO THE PARTIES'**
                                    ) **BRIEFS IN RESPONSE TO THE**
18                                  ) **COURT'S JUNE 13, 2008 ORDER**
                                    )
19                                  )
20
21
22
23
24
25
26
27
28

ERRATA SHEET RE PLAINTIFF'S CORRECTED BRIEF, Case No. C 07-2852 VRW

Plaintiff Matthew Elvey has filed a Corrected Response to the Parties' Briefs in Response to the Court's June 13, 2008 Order, making the following corrections to the memorandum filed on August 29, 2008:

- the sentence starting on Page 17, line 16 has been deleted; and
- the sentence starting on Page 20, line 9 has been deleted.

There were no other corrections or revisions made in the memorandum.

Date: September 9, 2008

Respectfully submitted,

CHAVEZ & GERTLER, LLP

PUBLIC CITIZEN LITIGATION GROUP

Mark A. Chavez

Attorneys for Plaintiff