# Exhibit C

- Home
- About

# Trials and Tribulations

Read of my efforts to be an exemplary class rep. in the Elvey v. TD Ameritrade pump-n-dump spam and Identity Theft litigation. (I discovered the information security breach by which the Social Security Numbers of all 6.2 million AMTD customers were compromised and proved that known criminals had gained access to the database they were in. )

September 3, 2008

## Declaration shreds proposed settlement, discloses threats, proposes remedies.

Posted by Matthew Elvey under News

Much is on the record now. I just filed this brief and this declaration with the court, prepared by my new counsel.

We *shred* the proposed settlement. We mention the penetration test (which can be obtained for as little as a $100) they pass off as a full security audit; I am pushing hard for one certified as conforming to a strong existing industry standard, namely ISO 27001, as there are some security standards (e.g. PCI, SOX) that are *not* designed to ensure a reasonable level of overall security has been achieved. We highlight the master-magician-caliber misdirection from the main accusations of wrongdoing - secrecy, false advertising, Identity Theft, and poor security, and prove the utter failure of any of the proposed remedies to address them. We disclose the **fraudulent** filing of court documents with the court that purported to show my signature on to the settlement, and the written threats made by my former counsel and intended to prevent me from fulfilling my duty to the class. Finally, we propose remedies to the settlement to address the flaws we highlight.

For a **SUMMARY of the brief** as well as further information, please see the Press Release from my counsel, Public Citizen, who, with assistance from local firm Chavez & Gertler, have provided most excellent counsel. While I had previously prepared my own CMC statement, brief and declaration tearing down the settlement components, theirs is dramatically superior to what I had come up with. I had drafted them during the time period after I realized that I and the class lacked (and during which I was searching for) adequate counsel (i.e. about half of 2008). I have now spent over a thousand hours of my time on this case!

Perhaps Ameritrade should be required to publish a security audit letter alongside the standard financial audit letter in the company's annual report. In another case of a web breach I found, the FTC required security audits for 20 years. Companies that make a public fanfare proclaiming what good citizens they are face harsher penalties when they are shown to be nothing of the sort. Seems reasonable to me. What do you think?

## Leave a Reply

You must be logged in to post a comment.

## Archived Entry

- **Post Date :**
- September 3, 2008 at 5:37 pm
- **Category :**
- News
- **Do More :**
- You can leave a response, or trackback from your own site.

Blog at WordPress.com. — Theme: Connections by www.vanillamist.com

:)