**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL  MINUTE ORDER**

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:**  September 15,    2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**    Kathy Wyatt

**CASE NO.**  C 07-2852   VRW

**TITLE:**    In re TD AMERITRADE ACCOUNT HOLDER LITIGATION

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Plaintiff Class: Scott Kamber | Robert Kriss, Lee Rubin |
| David Parisi | |

Counsel for Matthew Elvey, Plaintiff Representative - Mark Chavez

**PROCEEDINGS:**
Status/Case Management Conference.

**SCHEDULE:**
October 7, 2008 at 10:00 A.M. - Preliminary approval of the
Proposed settlement hearing.

Notes:  Defendant will provide  the court, for the court to review,  copy of the deposition transcript
of William Edwards.