1  Scott A. Kamber, Esq. (pro hac vice)
   *skamber@kamberedelson.com*
2  KAMBEREDELSON, LLC
   11 Broadway, 22nd Floor
3  New York, New York  10004
   Telephone: (212) 920-3072
4  Facsimile: (212) 202-6364

5
   David C. Parisi, Esq. (SBN 162248)
6  *dcparisi@parisihavens.com*
   Suzanne Havens Beckman (SBN 188814)
7  *shavens@parisihavens.com*
   PARISI & HAVENS LLP
8  15233 Valleyheart Drive
   Sherman Oaks, California  91403
9  Telephone: (818) 990-1299
   Facsimile: (818) 501-7852
10

11

12  ATTORNEYS FOR PLAINTIFFS

13           **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**
14             **SAN FRANCISCO DIVISION**

15

16  In Re TD AMERITRADE                  No. C 07-2852 VRW
    ACCOUNTHOLDER LITIGATION
17  This Document Relates to All Actions  [Assigned to the Hon. Vaughn R. Walker]

18                                        **DECLARATION OF SCOTT A. KAMBER
                                          IN SUPPORT OF PLAINTIFFS' MOTION**
19                                        **FOR FINAL APPROVAL OF
                                          SETTLEMENT AND AWARD OF**
20                                        **ATTORNEYS' FEES AND COSTS**

21                                        **Date:        September 10, 2009**
                                          **Time:        10:00 a.m.**
22                                        **Location:    Courtroom 6, 17th Floor**
                                          **450 Golden Gate Ave.**
23                                        **San Francisco, CA  94102**

24

25

26

27

28
                                          Case No. C 07-2852 VRW

1    I, Scott A. Kamber, hereby declare as follows:

2    1.    I, Scott A. Kamber, am an attorney at law.  I have been admitted pro hac vice to

3    practice before this Court for purposes of this action.  I am a founding member of the law firm of

4    KamberEdelson, LLC, am the primary person at this firm responsible for this action and have been

5    involved in all aspects of this litigation since its inception.

6    2.    I was confirmed as lead counsel by this Court in this Court's Order entered May 1,

7    2009, docket number 93.  I make this declaration in support of Plaintiffs' Motion for Final

8    Approval of Settlement and Award of Attorneys' Fees and Expenses.  I actively participated in all

9    aspects of this litigation, and am fully familiar with the proceedings being resolved.  If called

10   upon, I am competent to testify that the following facts are true and correct to the best of my

11   knowledge.

12   3.    In response to prior request of this Court, supporting information regarding the

13   hours and billing rates of plaintiffs' counsel were submitted to this Court on July 10, 2009.  (Dkt.

14   No. 66.)  Since that time, the following additional hours were expended by my law firm:

| Attorney | Hours |
|---|---|
| S. Kamber (Mang. Member) | 68.3 |
| D. Rubin (Associate) | 113.2 |
| Law Clerks | 3.0 |
| **Total** | **184.5** |

21   As of August 19, 2009, the total number of attorney hours spent on this case by my law firm was

22   1,664.2.

23   4.    Based on a review of this Court's prior rulings on the award of attorneys' fees, I

24   understand this Court reviews the lodestar based on the hourly rate for attorneys provided by the

25   current iteration of the Laffey Matrix, adjusted for the geographic market area. Rather than include

26   my Firm's standard billing rates as were reflected in my prior declaration, I have included a chart

27   reflecting the experience level of each attorney who performed work on this matter along with

28

their corresponding billing rate as set forth in the Laffey Matrix for 2008-2009 (adjusted for NY and Los Angeles).

| ATTORNEY (position) | YEARS OF PRACTICE | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Scott A. Kamber (Managing Partner) | 18 years | 714.2 | $430 | $307,106.00 |
| Alan Himmelfarb (Partner) | 30 years | 15.5 | $485 | $7,517.50 |
| E. Preston (Former Partner) | 8 years | 731.3 | $330 | $241,329.00 |
| Dana B. Rubin (Associate) | 9 years | 145.5 | $330 | $48,015.00 |
| Steven Lezell (Associate) | 4 years | 51.4 | $270 | $13,878.00 |
| Law Clerks | N/A | 6.3 | $130 | $819.00 |
| TOTAL | | 1,664.2 | | $618,664.50 |

Based upon these rates, my firm's lodestar was $618,664.50.

     5.     A biography of my firm was submitted as part of my declaration and submissions for preliminary approval. I have attached an updated firm biography hereto as exhibit 1.

     6.     Throughout my involvement in this case, I did my part in ensuring that the tasks necessary to prosecute this case were allocated among the attorneys in my office and were conducted efficiently, without undue duplication of effort, and at minimal expense. Not being paid by the hour, plaintiffs' counsel in this case had an incentive to conduct their efforts efficiently. So too, being responsible for advancing all expenses, plaintiffs' counsel had an incentive not to expend funds unnecessarily. My firm's costs, when added to the costs incurred by Parisi & Havens LLP, exceeded $9,000.00. However, at the conclusion of the mediation before Judge Neville, $9,000.00 was the maximum amount that we agreed to request.

1          Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true

2    and correct.

3

4    Dated: August 20, 2009

5                                                           ____S/SCOTT A. KAMBER
                                                            SCOTT A. KAMBER
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# KAMBEREDELSON, LLC FIRM RESUME

KAMBEREDELSON, LLC is a commercial litigation and legal consulting firm with attorneys in Chicago, New York, Los Angeles, and Florida. The firm has four primary practice groups: plaintiffs' class action litigation (with a particular emphasis on technology cases), class action litigation defense, general commercial litigation, and legal consulting.

Our attorneys have been recognized as leaders in these fields by state and federal legislatures, national and international media groups, the courts and our peers. Our reputation for leadership in class action litigation has led state and federal courts to appoint us lead counsel in many high-profile class action suits, including the 2007 contaminated pet food recall, the recent Thomas the Tank Engine lead paint class actions, the AT&T mobile content class actions, and the Sony CD technology multi-district litigation. We have testified before the United States Senate on class action issues and have repeatedly been asked to work on federal and state legislation involving cellular telephony and other issues. Our attorneys have appeared on dozens of national and international television and radio programs to discuss our cases and class action and consumer protection issues more generally. Our attorneys speak regularly at seminars on consumer protection and class action issues, lecture on class actions at law schools and are asked to serve as testifying experts in cases involving class action and consumer issues.

## PLAINTIFFS' CLASS AND MASS ACTION PRACTICE GROUP

KAMBEREDELSON is a leader in plaintiffs' class and mass action litigation, with a particular emphasis on technology class actions. We have several sub-specialties within our plaintiffs' class and mass action practice group:

***Technology Consumer Protection Class Actions***: We have settled the only class actions to date alleging text message spam under the Telephone Consumer Protection Act, including a $7,000,000 settlement with Timberland Co. We have prosecuted over 100 cases involving mobile content, settling numerous nationwide class actions, including against industry leader AT&T Mobility, and an injunctive settlement against Facebook, Inc. Our attorneys also settled an international class action against Register.com, which alleged that the company engaged in deceptive practices in placing advertising on "coming soon" pages of newly registered domain names.

**Representative Settlements:**

- *Shen v. Distributive Networks LLC.* No. 06 C 4403 (N.D. Ill.): Co-lead counsel in a class action alleging that defendant violated federal law by sending unsolicited text messages to the cellular telephones of consumers nationwide. The settlement – the first of its kind in the country – provided each class member with up to $150 in cash.

- *Weinstein, et al. v. Airit2me, Inc*., Case No. 06 C 0484 (N.D. Ill): Co-lead counsel in class action alleging that defendants violated federal law by sending unsolicited text messages to cellular telephones of consumers.

Case settled for $7,000,000.

- *McFerren v. AT&T Mobility, LLC*, No. 08-CV-151322 (Fulton County Sup. Ct., GA):  Lead counsel in class action settlement involving 16 related cases against largest wireless service provider in the nation. Settlement provided virtually full refunds to a nationwide class of consumers who alleged that unauthorized charges for mobile content were placed on their cell phone bills.

- *Gray v. Mobile Messenger Americas, Inc.*, No. 08-CV-61089 (S.D. Fla.): Lead counsel in case alleging unauthorized charges were placed on cell phone bills.  Case settled for $12,000,000.

- *Gresham v. Cellco Partnership*, No. BC 387729 (Los Angeles Sup. Ct.): Lead counsel in case alleging unauthorized charges were placed on cell phone bills.  Settlement provided class members with full refunds.

- *Duffy v. Nevis Mobile, LLC*, No. 08 CH 21376 (Cir. Ct. Cook County, IL): Class counsel in certified class action against mobile content provider for unauthorized mobile content charges resulting in default judgment over $10,000,000.

- *Abrams v. Facebook, Inc.,* No. 07-05378 (N.D. Cal.):  Lead counsel in non-class action settlement concerning the transmission of allegedly unauthorized mobile content.

- *Zurakov v. Register.com,* No. 01-600703 (New York County, NY):  Co-lead counsel in a class action brought on behalf of an international class of over one million members against Register.com for its deceptive practices in registering Internet domain names.  Settlement required Register.com to fully disclose its practices and provided the class with relief valued in excess of $17,000,000.

- *Kiesel v. Time Warner*, No. 809542 (Orange County Sup. Ct., CA):  Co-lead counsel in a representative action on behalf of thousands of apartment and condominium residents in which firewalls were breached during cable installation.  Settlement provided the class with complete relief including the inspection of every multi-unit dwelling in the affected county and repair of all breached units wherever they were found.

- *Weaver v. WebTV,* No. 793551 (Santa Clara Sup. Ct., CA):  Co-lead counsel in a certified nationwide consumer class action alleging consumer fraud/deceptive advertising of computer services and capabilities. The settlement provided the class with a collective award guaranteeing a minimum face value of $6,000,000.

***Products Liability Class Actions***:  We have been appointed lead counsel in state and federal products liability class settlements, including a $30,000,000 settlement

resolving the "Thomas the Tank Engine" lead paint recall cases, a $32,000,000 settlement involving the largest pet food recall in the history of the United States and Canada, and a $100,000,000 settlement involving Starlink Corn Products.

**Representative Settlements:**

- *Barrett v. RC2 Corp.*, No. 07 CH 20924 (Cir. Ct. Cook County, IL): Co-lead counsel in lead paint recall case involving Thomas the Tank toy trains. Settlement is valued at over $30,000,000 and provides class with full cash refunds and reimbursement of certain costs related to blood testing.

- *In re Pet Foods Product Liability Litigation*, No. 07-2867 (D. N.J.): Co-lead counsel in class action involving largest pet food recall in United States history. Settlement provided $24,000,000 common fund and $8,000,000 in charge backs.

- *In re Starlink Corn Products Liability Litigation* (N.D. Ill.): Represented sub-class of farmers who grew recalled Starlink corn in a consolidated settlement of federal class action valued in excess of $100,000,000.

- *Kan v. Toshiba America Information Systems, Inc.*, No. BC327273 (Los Angeles Sup. Ct.): Class counsel in a defective product/breach of warranty action concerning laptop computers. Settlement provided the class with a collective award valued at approximately $45,000,000.

*General Consumer Protection Class Actions*: We have successfully prosecuted countless class action suits against health clubs, dating agencies, phone companies, debt collectors, and other businesses on behalf of consumers.

**Representative Settlements:**

- *Pulcini v. Bally Total Fitness Corp.*, No. 05 CH 10649 (Cir. Ct. Cook County, IL): Co-lead counsel in four class action lawsuits brought against two health clubs and three debt collection companies. A global settlement provided the class with over $40,000,000 in benefits, including cash payments, debt relief, and free health club services.

- *Kozubik v. Capital Fitness, Inc.*, 04 CH 627 (Cir. Ct. Cook County, IL): Co-lead counsel in state-wide suit against a leading health club chain, which settled in 2004, providing the over 150,000 class members with between $11,000,000 and $14,000,000 in benefits, consisting of cash refunds, full debt relief, and months of free health club membership.

- *Kim v. Riscuity*, No. 06 C 01585 (N.D. Ill): Co-lead counsel in suit against a debt collection company accused of attempting to collect on

illegal contracts. The case settled in 2007, providing the class with full debt relief and return of all money collected.

- *Jones v. TrueLogic Financial Corp.*, No. 05 C 5937 (N.D. Ill): Co-lead counsel in suit against two debt collectors accused of attempting to collect on illegal contracts. The case settled in 2007, providing the class with approximately $2,000,000 in debt relief.

- *Chancer v. Princess Cruises*, No. BC 115472 (Los Angeles Sup. Ct.): Co-lead counsel in class action lawsuit challenging a cruise line's deceptive "low price guarantee" as a consumer fraud class action. The settlement provided the class with a collective award valued at several millions of dollars.

- *Fertelmeyster v. Match.com*, No. 02 CH 11534 (Cir. Ct. Cook County, IL): Co-lead counsel in a state-wide class action suit brought under Illinois consumer protection statutes. The settlement provided the class with a collective award with a face value in excess of $3,000,000.

- *Cioe v. Yahoo!, Inc.*, No. 02 CH 21458 (Cir. Ct. Cook County, IL): Co-lead counsel in a state-wide class action suit brought under state consumer protection statutes. The settlement provided the class with a collective award with a face value between $1,600,000 and $4,800,000.

- *Cioe v. Lycos,* No. 02 CH 21456 (Cir. Ct. Cook County, IL): Co-lead counsel in a state-wide class action suit settled under state consumer protection statutes.

- *Gavrilovic v. Vintacom Media Group, Inc.,* No. 04 CH 11342 (Cir. Ct. Cook County, IL): Co-lead counsel in a state-wide class action suit settled under state consumer protection statutes.

- *McArthur v. Spring Street Networks,* 100766/2004 (New York County, NY): Co-lead counsel in a nationwide class action suit settled under New York consumer protection statutes.

- *California Reconveyance Cases*: Part of a team of attorneys who settled a series of state court class action cases under California's Reconveyance Statute. Cases settled for a collective amount of over $10,000,0000.

***Insurance Class Actions****:* We have prosecuted and settled multi-million dollar suits against J.C. Penney Life Insurance for allegedly illegally denying life insurance benefits under an unenforceable policy exclusion and against a Wisconsin insurance company for terminating the health insurance policies of groups of self-insureds.

**Representative Settlements:**

- *Holloway v. J.C. Penney*, No. 97 C 4555, (N.D. Ill.):  One of the primary attorneys in a multi-state class action suit alleging that the defendant illegally denied life insurance benefits to the class.  The case settled in or around December of 2000, resulting in a multi-million dollar cash award to the class.

- *Ramlow v. Family Health Plan* (Wisc. Cir. Ct., WI):  Co-lead counsel in a class action suit challenging defendant's termination of health insurance to groups of self-insureds.  The plaintiff won a temporary injunction, which was sustained on appeal, prohibiting such termination and eventually settled the case ensuring that each class member would remain insured.

*Securities Class Actions*:  We have successfully prosecuted securities class actions against companies such as Command Systems and Loch Harris on behalf of shareholders.

**Representative Settlements:**

- *Stassi et al. v. Loch Harris et al.*, No. GN 200180 (TX):  Lead counsel in derivative action on behalf of technology development company that successfully obtained dissolution of corporation and distribution of assets to shareholders.

- *In re Command Systems*, Case No. 98-cv-3279 (S.D.N.Y.):  Lead counsel in securities class action against technology company in which participating shareholders recovered over 80% of their losses.

*Privacy Class Actions*:  We have litigated numerous class actions against Facebook, Sears, TD Ameritrade, and others involving the failure to protect customers' private information, some resulting from actual security breaches.

**Representative Settlements:**

- *In re Sony BMG CD Technologies*, No. 05-cv-0575 (S.D.N.Y.):  Co-lead counsel in case that resulted in settlement correcting risk of harm to computer users caused by Digital Rights Management on music CD's.  Settlement included replacement of all affected music CD's and an award of additional music CD's to class members.

- *Wormley v. GeoCities*, No. 196032 (Los Angeles Sup. Ct.):  Class Counsel in consumer class action for privacy violations that is believed to be the first Internet privacy case to recover a benefit for impacted class members.

*Mass/Class Tort Cases*:  Our attorneys were part of a team of lawyers representing a group of public housing residents in a suit based upon contamination related injuries, a group of employees exposed to second hand smoke on a riverboat

casino, and a class of individuals suing a hospital and national association of blood banks for failure to warn of risks related to blood transfusions.

**Representative Cases:**

- *Aaron v. Chicago Housing Authority,* 99 L 11738, (Cir. Ct. Cook County, IL):  Part of team representing a group of public housing residents bringing suit over contamination-related injuries.  Case settled on a mass basis for over $10,000,000.

- *Sturman v. Rush Presbyterian-St.Luke's Medical Center*, 2000 L 11069 (Cir. Ct. Cook County, IL):  Part of team of attorneys in suit against hospital and national association of blood banks alleging failure to warn of risks of hepatits C infection as a result of past blood transfusions.

- *Januszewski v. Horseshoe Hammond*, No. 2:00CV352JM (N.D. Ind.):  Part of team of attorneys in mass suit alleging that defendant riverboat casino caused injuries to its employees arising from exposure to second-hand smoke.

The firm's cases regularly receive attention from local, national, and international media.  Our cases and attorneys have been reported in the Chicago Tribune, USA Today, the Wall Street Journal, the New York Times, the LA Times, by the Reuters and UPI news services, and BBC International.  Our attorneys have appeared on numerous national television and radio programs, including ABC World News, CNN, Fox News, NPR, and CBS Radio, as well as television and radio programs outside of the United States.  We have also been called upon to give congressional testimony and other assistance in hearings involving our cases.

## CLASS ACTION DEFENSE PRACTICE GROUP

Our founding attorneys began their careers defending class actions at large national firms. We have successfully handled numerous class actions on behalf of banks, securities firms, and numerous retailers.

## GENERAL COMMERCIAL LITIGATION

Our attorneys have handled a wide range of general commercial litigation matters, from partnership and business-to-business disputes, to litigation involving corporate takeovers.  We have handled cases involving tens of thousands of dollars to "bet the company" cases involving up to hundreds of millions of dollars.  Our attorneys have collectively tried hundreds of cases, as well as scores of arbitrations and mediations.  All of our attorneys have regularly practiced in state and federal trial and appellate courts.  The firm also has experience advising companies in international matters arbitrated before the ICC, including a multi-billion dollar action against Shell Oil.

## LEGAL CONSULTING

Legal consulting is an area of practice that sets KAMBEREDELSON apart from other law firms. The firm advises on governmental and consumer issues and has helped its clients formulate business strategies, revise contractual and advertising material, and implement consumer protection strategies more generally. Our clients range from small Internet start-ups, to brick and mortar companies, to one of the most trafficked Internet marketers, content and commerce firms in the country.

## OUR ATTORNEYS

**SCOTT A. KAMBER** is a founding member of KAMBEREDELSON. He has served as lead counsel in dozens of class actions, resulting in hundreds of millions of dollars in relief for his clients. His class action cases have established precedent concerning internet privacy rights, liability for database breaches, the responsibilities of growing genetically modified foods, the relationships between corporation and consumers concerning the definition of consent, digital rights management, and shareholder rights.

Mr. Kamber has worked as a financial consultant, and, after entering private legal practice, represented both plaintiffs and defendants in a wide range of commercial litigation, initially at the defense firm Hughes Hubbard & Reed.

While his defense background influences Mr. Kamber's litigation philosophy, his interest and background in privacy rights and the Internet dates back to the 1990's, when he resolved what is believed to be the first Internet privacy case to recover a benefit for impacted class members. A particular area of interest for Mr. Kamber has been the litigation and resolution of matters that have set the standard for digital rights management for computer software, video games and music. In pursuit of these matters, Mr. Kamber has gained extensive courtroom experience and tried over 15 cases to verdict.

Additionally, Mr. Kamber has also had an active and broad practice involving international law, which has catered to his love of negotiations and dispute resolution. Mr. Kamber has traveled to over 30 countries, handled negotiations on 5 continents and structured transactions with the Olympic Committees of several Eastern European and Latin American nations. Mr. Kamber has worked to vindicate the rights of African torture victims and worked with the President of the United Nations General Assembly. Mr. Kamber is a frequent lecturer on international matters and is a regular speaker and moderator for the Center for International Legal Studies based in Austria.

Mr. Kamber graduated *cum laude* from University of California, Hastings College of the Law in 1991 where he was *Order of the Coif*, Articles Editor for HASTINGS CONSTITUTIONAL LAW QUARTERLY and a member of the Moot Court Board. Mr. Kamber graduated with University and Departmental Honors from The Johns Hopkins University in 1986. Mr. Kamber is admitted to practice in the State of New York as well as the United States Supreme Court, the United States Court of Appeals for the Second Circuit and Ninth Circuit, and the United States District Courts for the Southern and Eastern Districts of New York. In addition, Mr. Kamber is well versed in the procedures and practice of numerous arbitration forums, both domestic and international.

**JAY EDELSON** is a founding member of KAMBEREDELSON. He has been recognized as a

leader in class actions and corporate compliance issues by his peers, the media, state and federal legislators, academia and courts throughout the country.  On the plaintiff's side, he has been appointed lead counsel in over 40 class actions, resulting in hundreds of millions of dollars for his clients.  On the defense side, he has saved his clients a similar amount of money by either quickly defeating class actions or by reaching favorable settlements.  In February of 2007, the *Chicago Sun Times* nicknamed Jay the "Spam Slammer" after he secured the first settlement of a suit under the Telephone Consumer Protection Act for the alleged transmission of unsolicited text messages.  Months later, another legal publication dubbed Jay a "class action master."  He is frequently invited to weigh in on state and federal legislation concerning consumer protections and technology issues and testified before the United States Senate in the aftermath of the recent contaminated pet food recalls.

Prior to co-founding KAMBEREDELSON, Jay worked for a large defense firm where he successfully represented numerous financial institutions and automobile title companies in class action defense, consumer protection issues, and general litigation.  In that capacity, Jay secured the immediate voluntary dismissal of a $50 million class action lawsuit against a national bank, earning him the first official departmental commendation in the firm's history. Presently, in his capacity as the Managing Partner of KAMBEREDELSON'S Chicago office, Jay regularly counsels companies on legal compliance and legislative issues in addition to handling all types of complex commercial litigation

Utilizing his experiences from both the plaintiffs and defense perspectives, Jay has litigated class actions that have established precedent concerning the ownership rights of domain name registrants, the applicability of consumer protection statutes to Internet businesses, and the interpretation of numerous other state and federal statutes. He has also secured settlement in cases of first impression involving Facebook, Microsoft, AT&T and countless others.

In addition to technology based litigation, Jay has been involved in a number of high-profile "mass tort" class actions and product recall cases, including cases against Menu Foods for selling contaminated pet food, a class action settlement involving the Thomas the Tank toy train recall, and suits involving damages arising from second-hand smoke.

Jay consults with the University of Chicago Medical Center and the Pritzker School of Medicine on Internet and legal ethics issues. Jay is frequently asked to participate in legal seminars and discussions regarding the cases he is prosecuting. He has also appeared on dozens of television and radio programs to discuss his cases. He has taught classes on class action law at Northwestern Law School, John Marshall Law School, and DePaul Law School.

Jay is a graduate of Brandeis University and the University of Michigan Law School.

**MYLES MCGUIRE** is a partner at KAMBEREDELSON.  His practice concentrates on consumer protection law, class actions, and legal and political consulting to technology companies. Prior to entering private practice, Mr. McGuire spent several years operating an Internet advertising company, which was later sold, in addition to counseling high-tech companies on legal issues.

Since turning to plaintiffs' advocacy, Mr. McGuire has had principle control over many nationwide and multi-state class actions.  Drawing on his technological background, his specific

area of emphasis is on emerging technology class actions, including those involving electronic commerce, cellular telephony and wireless media, among others. He has served in leadership positions in groundbreaking settlements involving Facebook, Verizon, Sprint, and T-Mobile.

Due to his diverse legal and business expertise, Mr. McGuire has been asked by members of Congress to comment on proposed legislation in the mobile content industry and has worked with state regulatory bodies in related efforts.

Mr. McGuire graduated from Marquette University Law School in 2000 and is admitted to practice in Wisconsin and Illinois. He is a member of the National Association of Consumer Advocates and the Chicago Bar Association.

**ALAN HIMELFARB** is a Partner at KAMBEREDELSON. He has advocated on behalf of plaintiffs for 15 years and specializes in complex litigation, contracts, high-technology fields, foreign licensing, and foreign technology transfers.

Mr. Himmelfarb's unique career path provides him with a wealth of experience and a distinct set of knowledge. Mr. Himmelfarb was admitted to the practice of law in California in July 1979. At the age of 23, he was the youngest member of the California Bar at the time, and within five years, became managing attorney of a law firm employing six attorneys and a support staff of ten. In 1988, he took a position overseas as a foreign legal consultant in Asia. In this capacity, he acted as chief negotiator for international sales/service/technical transfer agreements, mediated cross-cultural (Asian-Western) business and governmental interests, evaluated international business/marketing strategies for multinational corporations, drafted and negotiated a full range of international transactional agreements for Korean, European and American corporations and businessmen and marketed legal services to Korean domestic market and international community.

In 1992, Mr. Himmelfarb returned to Los Angeles in the capacity of a litigator, with an emphasis on plaintiff's work against banks and other financial institutions. He has been engaged in class action litigation since 1994, where he has secured hundreds of millions of dollars for his clients.

**MICHAEL J. MCMORROW** is a partner at KAMBEREDELSON. His practice focuses on commercial litigation and class action law, and his recent experience includes representation of consumer classes in litigation under the federal Telephone Consumer Protection Act, the California Unfair Competition Law, several common law claims, and additionally, representation of corporate clients in the mobile telephone content industry in commercial and trade secret litigation.

Mr. McMorrow is an experienced trial and appellate commercial litigator who has represented clients in court and at trial across a full spectrum of issues, including trade secret litigation, commercial contracts, airplane leasing, airport construction, automotive manufacturing, commercial and consumer lending, product liability, and has represented clients in heavily-regulated industries including insurance, defense contracting, health care and energy. Prior to joining the firm, Mr. McMorrow was Senior Counsel at Foley & Lardner LLP, practicing commercial and energy regulatory litigation.

Mr. McMorrow graduated magna cum laude from the University of Illinois College of Law in

2000, where he was Associate Editor of the UNIVERSITY OF ILLINOIS LAW REVIEW, a Harno Scholarship recipient, and President of the Prisoners' Rights Research Project. Mr. McMorrow received his B.A. in Political Science from Yale University in 1994. Mr. McMorrow has been a member of the Trial Bar for the Northern District of Illinois since 2005 and the Chicago Bar Association Judicial Evaluation Committee since 2003.  His pro bono representations have included asylum applicants and prisoners' rights issues.

**DAVE STAMPLEY** is Senior Counsel to KAMBEREDELSON. His practice focuses on technology law, particularly the litigation of issues affecting the privacy and security of consumers' personal information.

Mr. Stampley brings extensive experience in the areas of both technology and complex litigation. Prior to joining KAMBEREDELSON, Mr. Stampley served as an assistant attorney general for New York and led aggressive Internet Bureau enforcement actions recognized for producing meaningful privacy protections and corporate security standards.  In this capacity, he handled New York and multistate cases involving DoubleClick, Ziff Davis Media, Eli Lilly (prozac.com), and AOL/Netscape (SmartDownload).

Additionally, in the private sector, Mr. Stampley was general counsel and compliance specialist at Neohapsis, a provider of information risk management, security consulting, and lab testing services.  He also previously served as Director of Privacy for Reynolds & Reynolds, a global Fortune 1000 technology solutions provider.  Prior to entering the legal field, Mr. Stampley was a business applications programmer and systems analyst.

Beyond Mr. Stampley's technology law and corporate compliance expertise, he gained extensive trial experience as an assistant district attorney in the premier public prosecutor's office, the Manhattan D.A.'s office (New York County).  His 30 trials included serving as co-counsel in the case against Edward Leary, the "Manhattan Subway Bomber."

Mr. Stampley is a Certified Information Privacy Professional and a faculty member of the Institute for Applied Network Security.  He frequently speaks at conferences on security and privacy compliance issues and has been a guest lecturer at the New York University Stern School of Business and DePaul University's Graduate Information Technology Studies.  He served as an invited expert on the Platform for Privacy Preferences (P3P) Vocabulary Working Group of the WorldWide Web Consortium (W3C).

Mr. Stampley is a graduate of the University of Virginia School of Law, where he was a Dillard Fellow, and Mississippi State University.  Following law school, he clerked for the Honorable Lenore L. Prather of the Supreme Court of Mississippi.

**STEVEN W. TEPPLER** is Senior Counsel to KAMBEREDELSON.  Mr. Teppler concentrates his practice on data protection and information technology law, including electronic discovery, loss or destruction of information, authentication and admissibility issues uniquely inherent to computer generated information, including spoliation issues arising from unauthorized or illegal data manipulation or alteration. He is the Co-Vice-Chair of the American Bar Association Information Security Committee as well as the Florida Bar's Professional Ethics Committee.

Mr. Teppler has authored over a dozen articles relating to information technology law and

routinely presents his work at conferences. Mr. Teppler's recent publications include: *Spoliation in the Digital Universe, The SciTech Lawyer,* Science and Technology Law Section of the American Bar Association, Fall 2007; *Life After Sarbanes-Oxley – The Merger of Information Security and Accountability* (co-author), 45 JURIMETRICS J. 379 (2005); *Digital Signatures Are Not Enough* (co-author), Information Systems Security Association, January 2006; *State of Connecticut v. Swinton: A Discussion of the Basics of Digital Evidence Admissibility* (co-author), Georgia Bar Newsletter Technology Law Section, Spring 2005; *The Digital Signature Paradox* (co-author), IETF Information Workshop (The West Point Workshop) June 2005; *Observations on Electronic Service of Process in the South Carolina Court System*, e-filing Report, June 2005. Mr. Teppler is also a contributing author to an American Bar Association book with the working title "Foundations of Digital Evidence" (publication expected March 2009).

Mr. Teppler graduated from the Benjamin N. Cordozo School of Law in 1980 after earning his B.A., *summa cum laude*, from the City College of New York in 1977. Mr. Teppler is admitted to the bars of New York, the District of Columbia and Florida.

**EVAN M. MEYERS** is Senior Counsel at KamberEdelson. Evan is an experienced trial and appellate litigator and has handled a broad range of complex litigation matters, including contract disputes, securities and consumer fraud, employment discrimination, insurance coverage, antitrust, shareholder and tax disputes, business torts and other matters. Evan has managed all aspects of the litigation process, including evaluation and strategic analysis, drafting pleadings in state and federal trial and appellate courts, taking and defending depositions, arguing motions, and representing clients in mediations and settlement conferences. He has also successfully tried cases in state court.

Prior to joining KamberEdelson, Evan worked at Drinker Biddle & Reath LLP, where he was an associate in the firm's commercial litigation practice group and represented a wide range of clients in federal and state courts, including manufacturers, insurance and financial services companies, government agencies, close corporations, hospitals, colleges and universities and not-for-profit entities.

Evan received his J.D., cum laude, from the University of Illinois College of Law in 2002, where he was an associate editor of the Elder Law Journal. Additionally, he served as a judicial extern with the Hon. Wayne R. Andersen of the U.S. District Court for the Northern District of Illinois. Evan received his bachelor's degree, with distinction, in political science from the University of Michigan in 1999.

**DEBORAH M. KRAVITZ** is Senior Counsel at Kamber Edelson. With a unique career history that spans the corporate world, the US government and high-profile law firms, her practice focuses on complex civil and criminal litigation, including SEC enforcement and securities litigation, white collar criminal defense, and corporate compliance.

In addition to practicing with defense firms of national and international stature (most recently with Heller Ehrman), Ms. Kravitz also served as a Federal Prosecutor in the Tax Division of

DoJ, and as the Chief Compliance Officer of a global company that provided services to the oil and gas industries. In her role as Chief Compliance Officer, Ms. Kravitz was an integral member of the senior management team and was responsible for the implementation of a global compliance program during a period of time when the company was under a Deferred Prosecution Agreement arising from violations of the FCPA.

This broad range of experience allows Ms. Kravitz to develop practical solutions to a wide array of commercial, litigation and compliance matters.

Ms. Kravitz graduated, with honors, from the University of Maryland School of Law in 1991, where she was an Assistant Editor for the Law Review and member of the Moot Court Board. Following law school, Ms. Kravitz clerked for the Hon. Deborah K. Chasanow, D.Md. Ms. Kravitz received her B.A. in International Studies from the Johns Hopkins University in 1987.

**RYAN D. ANDREWS** is an associate at KAMBEREDELSON.  He has been appointed class counsel in multiple complex high-stakes class actions, and actively involved in the litigation and settlement of class actions focused on the mobile content industry and Internet privacy.

Prior to joining the firm, Mr. Andrews engaged in all aspects of the prosecution and defense of claims on behalf of individual and corporate clients, including motion practice, arbitration, mediation, trial to verdict, and appeals.

Mr. Andrews received his J.D. with High Honors from the Chicago-Kent College of Law in 2005 and was named *Order of the Coif*.  While in law school, Mr. Andrews was a Notes & Comments Editor for THE CHICAGO-KENT LAW REVIEW, as well as a teaching assistant for both Property Law and Legal Writing courses.  Mr. Andrews externed for the Honorable Joan B. Gottschall in the Northern District of Illinois, and earned CALI awards for the highest grade in five classes.

Mr. Andrews graduated from the University of Michigan in 2002, earning his B.A., *with distinction*, in Political Science and Communications.

**MICHAEL J. ASCHENBRENER** is an associate at KAMBEREDELSON. Michael   focuses his practice on prosecuting Internet privacy, consumer technology, and mobile content subscription fraud class actions.  He also advises technology companies on the handling of Internet users' personal information.

Before entering the legal field, Michael spent several years working in the cell phone, computer, and Internet marketing industries where he gained significant insight into the business of emerging technology.

Prior to joining KAMBEREDELSON, Michael served as an Assistant Attorney General for the State of Minnesota.  Upon entering the private sector, Michael was an associate for a large plaintiffs' consumer protection law firm where he prosecuted individual and class actions on behalf of consumers against mortgage companies and debt collectors.  Michael successfully litigated multiple cases to judgment, securing redress for aggrieved consumers.

Michael graduated from Chicago-Kent College of Law, where he was an award-winning member

of the Moot Court Honor Society, as well as Editor of the SEVENTH CIRCUIT REVIEW.  He was published in a law journal during school and received a CALI Award for obtaining the highest grade in his Tax Procedure course.

Michael received his B.A. in Journalism from the University of Minnesota-Twin Cities in 2001.

**RAFEY S. BALABANIAN** is an associate at KAMBEREDELSON.  Mr. Balabanian focuses his practice on prosecuting consumer technology class actions as well as defending corporate clients in a variety of litigation settings.

Prior to joining the firm, Mr. Balabanian was an associate attorney with a boutique Chicago law firm where he practiced commercial litigation.  Mr. Balabanian has represented individual and corporate clients ranging from real estate developers, hotels, insurance companies, lenders, shareholders and attorneys.  Mr. Balabanian has first chaired both jury and bench trials, engaged in extensive motion practice, litigated class action matters and acted as lead counsel in several mediations and arbitrations.

Mr. Balabanian received his J.D. from the DePaul University College of Law in 2005.  While in law school, Mr. Balabanian received a certificate in international and comparative law and earned the CALI award for the highest grade in advanced trial advocacy.  Mr. Balabanian received his B.A. in History, *with distinction*, from the University of Colorado – Boulder in 2002.

**STEVEN LEZELL** is an associate at KAMBEREDELSON and the firm's hiring attorney. Steven has successfully litigated and settled a number of consumer protection cases through trial, engaged in extensive motion practice, drafted appellate briefs, prosecuted class actions and participated in multi-session mediations.

Prior to joining the firm, Steven was a litigator at a Chicago boutique focusing on consumer protection matters, real estate disputes, fraudulent transfers in bankruptcy and the prosecution of white-knight mortgage fraud cases.

Steven received his J.D. from Chicago-Kent College of Law with High Honors, *Order of Coif*, while earning his certificate in litigation and alternative dispute resolution. During law school, he served as a Judicial Extern for the Honorable Ann C. Williams on the Seventh Circuit Court of Appeals and as President of the Student Bar Association. Steven also served as a Notes and Comments Editor for THE CHICAGO-KENT LAW REVIEW and represented Chicago-Kent at the National Sports Law Moot Court Competition in New Orleans in 2004.  Steven was awarded the ABA-ALI Scholarship and Leadership Award for best representing the combination of leadership and scholarship in his graduating class and also received the Lowell H. Jacobson Memorial Scholarship, which is awarded competitively to a student from one of the law schools in the Seventh Circuit to recognize personal commitment and achievement.

Steven received his B.A. in Political Science, *with Distinction*, from the University of Michigan—Ann Arbor in 2002.

**DANA B. RUBIN** is an associate at KAMBEREDELSON.   She focuses her practice on a wide range of class action issues.

Prior to joining KAMBEREDELSON, Ms. Rubin played a role in numerous private and class actions on behalf of shareholders and consumers.  Ms. Rubin has also represented both plaintiffs and defendants in employment litigation and civil rights matters.

She graduated with honors from the University of Maryland, College Park in 1993.  She received her J.D. in 1999 from Fordham University School of Law, where she was an Associate Editor on the INTELLECTUAL PROPERTY, MEDIA & ENTERTAINMENT LAW JOURNAL.  Ms. Rubin is admitted in the State Courts of New York and the United States District Courts for the Southern and Eastern Districts of New York.  She is a member of the New York State Bar Association.