David C. Parisi, Esq. (SBN 162248)
*dcparisi@parisihavens.com*
Suzanne Havens Beckman (SBN 188814)
*shavens@parisihavens.com*
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Scott A. Kamber, Esq. (pro hac vice)
*skamber@kamberedelson.com*
KAMBEREDELSON, LLC
11 Broadway, 22nd Floor
New York, New York 10004
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re TD AMERITRADE ACCOUNTHOLDER LITIGATION<br><br>This Document Relates to All Actions | No. C 07-2852 VRW<br><br>[Assigned to the Hon. Vaughn Walker]<br><br>**DECLARATION OF DAVID C. PARISI IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Date:        September 10, 2009<br>Time:        10:00 a.m.<br>Location:   Courtroom 6, 17th Floor<br>                  450 Golden Gate Ave.<br>                  San Francisco, CA 94102 |

Declaration of David C. Parisi                                                                                          Case No. C 07-2852 VRW

I, David C. Parisi, hereby declare as follows:

1. I, David C. Parisi, am an attorney at law, duly licensed to practice before all the courts of the State of California. I am a partner in the law firm of Parisi & Havens, LLP. I am the attorney primarily responsible for the handling of this litigation on behalf of Parisi & Havens LLP. I make this declaration based upon my own personal knowledge. If called to testify, I could and would testify to the facts contained herein.

2. I am one of the Class Counsel appointed by this Court on May 1, 2009 in the above-captioned litigation. I make this declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlement. I actively participated in this litigation, and am fully familiar with the proceedings being resolved. If called upon, I am competent to testify that the following facts are true and correct to the best of my knowledge.

3. In response to prior request of this Court, supporting information regarding the hours and billing rates of plaintiffs' counsel were submitted to this Court in July 2008. Since that time, the following additional hours were expended by my Firm:

| Attorney | Hours |
|---|---|
| David C. Parisi | 117.7 |
| Suzanne Havens Beckman | 13.7 |
|  |  |
| Total | 131.47 |

As of August 19, 2009, the total number of attorney hours spent on this case by my law firm was 237.3.

4. As indicated in the Declaration of Scott A. Kamber filed concurrently, herewith, rather than include my Firm's standard billing rates as were reflected in Class Counsel's previous filing (Dkt. No. 66, 9:5-6), the lodestar rates for the attorneys at my

Declaration of David C. Parisi  - 2 -  Case No. C 07-2852 VRW

1  firm have been calculated using the Laffey Matrix for 2008-2009 and adjusted for the Los
2  Angeles market accordingly. This calculation puts my firm's base lodestar for the total
3  hours spent on this matter at the following;

| ATTORNEY (position) | YEARS OF PRACTICE | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| David C. Parisi (Managing Partner) | 17 years | 198.6 | $428.86 | $85,201.61 |
| Suzanne Havens Beckman (Managing Partner) | 30 years | 38.7 | $428.86 | $16,596.89 |
| | | | | |
| **TOTAL** | | **237.7** | | **$101,940.02** |

Based upon these rates, my firm's lodestar was $101,940.02.

5. My firm also incurred $2,132.77 in expenses related directly and solely related to this litigation. Parisi & Havens LLP tracks expenses and allocates expenses to cases as they are paid. The $2,132.77 expended on this lawsuit was for filing fees, legal research, postage and federal express, travel related to the lawsuit, as well as other miscellaneous but necessary expenses.

6. My firm resume was submitted as part of my declaration and submissions for preliminary approval and is identified as Docket No. 63-3, pp. 7-11 of 27.

7. Attached hereto as Exhibit 1 is a list of those persons identified as requesting to opt-out of the settlement.

1  8. Attached hereto as Exhibit 2 is a list of those persons identified as objecting to the settlement.

I declare under penalty perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 20th, 2009 at Sherman Oaks, California.

_____/s/_____
David C. Parisi

## *Opt Outs*

Achosen, Charles I.
Adams, Brian G.
Adams, Daniel H.
Adams, Daniel H., IRA-SEP
Adams, Daniel S.
Alber, Todd S.
Alway, Mark
Annibale, Kenneth J.
Asire, Cynthia
Bak, Mary
Baker, Alan Lee
Baker, Carol Ann
Baker, Martin
Balson, Maria A.
Barden, Jonathan D.
Barry, Phyllis L.
Bassett, Charles E.
Bassett, Joyce P.
Bell, Glennis V.
Bertucci, Sidney J.
Bieber, Karen
Blanton, Chris
Bluhm, Jason
Bolian, Joshua S.
Borgman, Rebecca A.
Bozeman, James
Brault, Merton (deceased)
Brault, Virginia
Brown, Steven D.
Bryan, Brent
Carlson, Shannon
Carlson, Susan D.
Cassel, William B.
Chapman, John C.
Chilvers, Heather I.
Chilvers, William B.
Compton, Lisa A.
Dahl, James R.
Dankert, Matthew C.
Davis, Steven M. (Buster)
Derry, Cornell W.
Dinges, Debra A.
Dinges, Jr., Richard
Dolce, Susan
Donnelly, Allison
Donnelly, Kenneth
Eichhorn, Grace
Eichhorn, James W. (Eichhorn Rev. Family Trust)

Elam, Grant
Elam, Rebekah
Evans, Patsy J.
Fennelly, Hiba
Fennelly, Jeremy
Finn, Theresa & Wanda S. Morris, Jt. Ten.
Fitzherbert, Ronald J.
Forristel, Nancy
Fracyon, AN
Frederick, Joanne
Frederick, Ralph Edward
Freeman, Natholyn M.
Freeman, *St.,* Sydney B.
Freetly, Neil T.
Frelinger Family Trust
Frelinger, Robert, Trustee
Gagliardi, Frank
Gallagher, Vanessa H.
Garidel, Gloria
Gibbons, Edward F.
Gibbons, Elida A.
Glenn, Michael D.
Glenn, Michael D. as Custodian for Andrew T. Glenn UTMA VA
Goldstein, Dan
Gonzalez, Bertha J.
Gonzalez, Pedro H.
Goodchild, Paul R.
Graven, Michael J.
Grech, Angela
Grech, Michel
Gutierrez-Sanguineti, Maria L.
Haddad, Antoine C.
Hahn, Michael T.
Hanson, Lois P.
Hanson, Thomas D.
Hario, Sampsa
Harrison, Walt
Hartman, Kenny
Haus, Ralph A.
Higgs, Shirley A.
Higo, Carrie
Higo, Paul
Hint, Michael
Hoffman, Alan J.
Hogan, Ben
Holt, Duane A.
Hoppe, Eric
Howe, Andrea J.
Jacobs, Kenneth
Jarosky, Elmer J.

2

Jarosky, Patricia A.
Jasinski, Mathew P.
Jones, Edwin W.
Jones, Timothy J. fbo Zachary M. Jones
Jones, Tom
Jose, Phillip
Kanuckle, Pamela
Kaplan, Robert
Karakosoff, Alex, LLC
Kaufman, Jeremy
Khaliq, Asim
Khaliq, Fariha
Khay, Meng
Khay, Yong
Kidney, Phyllis L.
Kinder, C. Ray (Rev. Trust)
Kinder, Eloyious M. (Rev. Trust)
Klesnik, Saso
Knisely, Michael D.
Kobielusz, John
Kough, Kathy L.
Kovacs, Shirley M.
Kridler, Elizabeth F.
Lacey, Steven W.
Lang,John
Larson, Andrea A.
Lawrence, Sherree L.
Lehr, Jonathan J.
Lehr, Susan
Levy, Yuval
Lewellen, Breton
Lin, John
LLobet, Kelly Kathryn
LLobet, Rodolfo
MacLaughlin, Sherry
Madden, Mark
Mandich, Robert
Marrou-Freundt, Carlos
Matsushita, Masakazu
Matza, Fern P.
McCamy, Patricia Awen
McCarthy, Earl
McDaniel, Suzanne
Melton, Denzel D.
Melton, Phyllis R.
Messner, Richard
Miller, Edward
Miller, Kelly Lynn
Milne, Donald Dale, Ttee
Mintz, Philip

Mintz, Philip W.
Moen, Carl D.
Moen, Geraldine
Monsour, Noel
Moore, Curtis
Morris, Lee W.
Morris, Wanda IRA Rollover
Oback-Russo, Helene L.
Oravetz, Arlene
Oravetz, Robert
O'Rourke, Barbara J.
Park, Sangji
Pelak, Jason
Peterson, Jason M.
Peterson, Stacy & Wanda Morris, Jt. Ten.
Podolsky, Stuart
Porter, Natalie A.
Rafidi, Alice
Rajulapalli, Chandra
Ray, Connie J.
Ray, Dana A.
Razavi, Parjiana
Rechberg, Hubertus
Rechberg, Natalie
Remke, Kathryn
Remke, Richard
Rice, Raymond L.
Rich, Charles B.
Rich, Mary E.
Richmond, Gregg
Ripp, Marc Leonard
Ripp, Shari R.
Rogles, Helen K. (Trust)
Rogles, James E. (Trustee)
Rosenberg, Matthew, by his father Schlomo Rosenberg
Rosenberg, Rachelle
Rosenberg, Shlomo
Rosenberg, Zachary, by his father Schlomo Rosenberg
Rush, Michael
Russo, Joseph
Saar, Ida
Sandala, Maria
Scacewater, Rick
Schlegel, Kathy
Schlegel, Tod Thomas Rush
Scott, Bobby J.
Scott, Raymond
Seibel, Richard
Sems, Carolyn V.
Sems, David A.

Shearer, Janice M.
Simpson, Charles L.
Sitter, Norman
Smith, CorbettT.
Smith, Pamela J.
Staples, Kyra A.
Staples, Skylar C.
Stevenson, Ronald Wayne
Stratton, J.E.
Strong, Howard
Strong, James Andrew
Tanner, Jack
Tanner, Jack & C.F.
Taylor, Kayme
Teow, Ru Yi
Thaler, Carole
The Denver Architectural Foundation, Inc.
Thomas, Donna May (Living Trust)
Tibbs, Jack
Tracy, William B.
Troxel, Timothy S.
Turato, Allesandro
Van Oldenmark, Betty
Van Oldenmark, Wil J.
Verde, David J.
Vo, Xinh
Walczak, Theresa
Weiler, Don. L.
Wheeler, Christopher
Williams, Greg H.
Wiltshire, David J.
Wissner, Henry C.
Wissner, Mary Jean
Wroten, Rhonda
Zarna, Matthew
Zaveri, Vishal R.
Zawolik, Antionette
Zawolik, Jill
Zurl, Alfred A.
Zwart, Dirk A.
Zwart, Renee E.

## *Objectors*

Bacon, David Lee
Blyth, Jacqueline and Michael J.
Blyth, Michael J. Cust for Andrew M. Blyth
Blyth, Michael J. Cust for John A. Blyth
Blyth, Michael J. Cust for Katherine Blyth
Camden, W.
Cary, Marcel M.
Colletti, Ned
Dueitt, Ezetta
Dueitt, Jerry O.
Dueitt, John P., Jr.
Dueitt, Rose M.
Elvey, Annette
Elvey, Malcolm
Elvey, Matthew
Ewald, Bob H.
Ewald, Wendy
Flinn, Sr., Donald R.
Frambes, Ted
Frank, Theodore H.
Gibson, Margaret J.
Gibson, Richard L.
Gleason, Rodney
Gleason, Rosemary
Guenther, June N.
Hitt, Andrew
Holober, Richard
Jahr, Karl G.
Jarvi, Ronald W.
Maddox, Helen B.
McKenney, Robert
Nebgen, Arthur J.
Noon, Patrick
Ozeck, Sam
Richards, Brad
Riches, Jonathan Lee
Rowan, Brian A.
Sampson, David
Shenkin, Alexander
Simke, Jack G.
Suber, Doris L.
Weinstein, Elli
Woepke, Richard A.
Woepke, Shirley C.