1  Howard Strong, Esq. [S.B. # 069641]
2  Law Offices of Howard Strong
   stronglaw@gmail.com
3  P.O. Box 570092
4  Tarzana, CA  91357-0092
   (818) 343-4434
5  Fax (818) 343-7910

6
7  Attorney for Objector &
   Intervenor Richard Holober

8

9

10              **UNITED STATES DISTRICT COURT FOR THE**

11               **NORTHERN DISTRICT OF CALIFORNIA**

12

13

14  *In re Ameritrade Account*          )   Master File No. C-07-2852 VRW
    *Holder Litigation,*                )
15                                      )   CLASS ACTION
                                        )
16                                      )   **NOTICE OF AVAILABILITY OF**
    This Document Relates to All        )   **NEW CLASS REPRESENTATIVE**
17  Actions                             )   **& NEW CLASS COUNSEL IF**
                                        )   **PROPOSED SETTLEMENT NOT**
18                                      )   **APPROVED BY THE COURT**
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )   **Date:        September 10, 2009**
                                        )   **Time:        10:00 A.M.**
22                                      )   **Ct. Room:   Six**
                                        )
23                                      )
                                        )   **The Honorable Vaughn Walker,**
24                                      )   **Chief Judge, presiding.**
                                        )
25                                      )
                                        )
26  _____)

27

28

NOTICE OF AVAILABILTY OF NEW CLASS
REPRESENATIVE & CLASS COUNSEL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

NOTICE IS hereby given that Richard Holober, a member of the class (and, also Executive Director of the Consumer Federation of California), who has filed an objection to final approval of the proposed settlement and notice of his intention to appear at the hearing the motion for final approval of the settlement in the above-referenced matter as well as notice of his intervention in this case, is available to serve, should the Court not approve the proposed settlement in this matter, as a new class representative.

NOTICE is also given that, should the Court not approve the proposed settlement in this matter at Gretchen M. Nelson of the law firm of Kreindler & Kreindler LLP is prepared to prosecute the matter further on behalf of Mr. Holober and the class.

A copy of the curriculum vitae of Ms. Nelson is attached hereto as Exhibit A.

DATED:  August 28, 2009                LAW OFFICES OF HOWARD STRONG


                                       _/s/ Howard Strong_
                                       Howard Strong
                                       Attorney for Objector and Intervenor
                                       Richard Holober

# EXHIBIT A

# EXHIBIT A



# KREINDLER & KREINDLER LLP

707 Wilshire Boulevard
Suite 4100
Los Angeles, CA 90017-3613
(213) 622-6469
Fax: (213) 622-6019
www.kreindler.com

Kreindler & Kreindler LLP has a long and proud history of representing plaintiffs in complex tort litigation. The firm is a recognized expert on the laws which govern air travel. The leading textbook in the aviation field, Aviation Accident Law (Matthew Bender), and a standard treatise, New York Law of Torts (West), were authored by members of the firm.

Kreindler & Kreindler LLP lawyers have led the trial work that resulted in a series of the most important plaintiffs' verdicts in aviation law history. These include the Pan Am Lockerbie Flight 103 disaster case and the Korean Airlines Flight 007 case. Members of the firm have been appointed by Courts around the country to committee leadership positions representing plaintiffs in numerous disaster cases.

Members of the firm also have had extensive experience in litigating complex business torts, including securities and antitrust class actions, as reflected in the resumes of the following lawyers with the firm.

### Gretchen M. Nelson

Gretchen M. Nelson is a 1983 graduate of Georgetown University Law School. She received her B.A. degree from Smith College in 1976. She was admitted to the State Bar of California in January 1984, and is the Immediate Past President of the Los Angeles County Bar Association and the past Chair of the Litigation Section of that association. She is a member of the Board of Governors of the Consumer Attorneys of Los Angeles. Following law school, she practiced for several years with the law firm of Morgan, Wenzel & McNicholas in Los Angeles, California. While an associate with that firm, she was involved in a broad range of litigation matters, including business and commercial litigation, personal injury and insurance bad faith cases, representing both the prosecution and defense.

In August 1988, she joined the law firm of Corinblit & Seltzer, a Professional Corporation, where she concentrated her practice in the prosecution of complex business litigation, with a strong emphasis on antitrust and securities class action cases. While at Corinblit & Seltzer, Ms. Nelson acted as counsel for plaintiffs and defendants in litigation brought in federal and state courts throughout the United States.

In February 1998, Ms. Nelson formed her own law firm where she devoted her practice to the litigation of complex class action cases, involving securities, antitrust, employment and consumer claims as well as other litigation on behalf of individuals and

New York Office
100 Park Avenue
New York, NY 10017-5590
Tel: (212) 687-8181
Fax: (212) 972-9432

Massachusetts Office
277 Dartmouth Street
Boston, MA 02116-2805
Tel: (617) 424-9100
Fax: (617) 424-9120

New Jersey Office
801 Franklin Avenue
Franklin Lakes, NJ 07417
Tel: (201) 343-7771
Fax: (212) 972-9432

small businesses.  In 2003, Ms. Nelson joined the law firm of Kreindler & Kreindler LLP and along with Stuart Fraenkel opened their office in California.

Ms. Nelson has lectured on class and class-related litigation issues as well as trial advocacy and evidence issues for the Consumer Attorneys Association of Los Angeles, the Association of Trial Lawyers, California's CEB Program, the Practicing Law Institute and the ABA's Tort Trial and Insurance Practice Section.  She has also presented class action programs for the National Business Institute and Mealeys and has published articles in the Advocate, the Forum, the Brief and other publications on class and other issues.

A list of representative cases, among others, in which Ms. Nelson has had a substantial role both during her tenure with Corinblit & Seltzer and after is set forth below.

(1) *In re ZZZZ Best Securities Litigation,* Master File No. CV 87-3574 RSWL(Bx) (C.D. Cal.).  Corinblit & Selzer was appointed by the Los Angeles federal court as sole lead counsel to represent the plaintiff class of defrauded securities purchasers.  The ZZZZ Best fraud was described by the United States Attorney for the Central District of California as "the most massive and elaborate securities fraud perpetrated on the West Coast in over a decade."  In the consolidated class action cases, the court issued several important published rulings sustaining plaintiffs'claims.  *See, e.g., In re ZZZZ Best Securities Litigation,* 864 F.Supp. 960 (C.D. Cal. 1994); and [1990 Transfer Binder] Fed.Sec.L.Rep. (CCH) ¶95,416 (C.D. Cal. 1990).  The case was settled for approximately $40 million in cash.

(2) *In re Taxable Municipal Bond Securities Litigation,* MDL No. 863 (D. La.).  Corinblit & Seltzer was among four firms selected for a leadership role in this consolidated multi-district litigation brought on behalf of defrauded securities purchasers of municipal bonds.  After five years of litigation, the case was settled for approximately $110 million in cash.

(3) *Raymark Industries, Inc. v. Stemple,* No. 88-1014-K (D. Kan.).  Corinblit & Seltzer defended an attorney in an action brought under the RICO statute and state law for alleged fraud in connection with the settlement of a class action case.  The firm was successful in obtaining an injunction restraining the prosecution of twelve related actions filed by the plaintiff in federal courts located throughout the United States.  After several years of litigation, the case was settled and dismissed.

(4) *Biben v. Card,* No. 84-0844-CV-W-6 (W.D. Mo.).  Corinblit & Seltzer served as co-lead counsel for plaintiffs with Cohen Milstein Sellers & Toll in consolidated securities fraud class action cases.  The plaintiffs achieved substantial pretrial victories, including establishing the sufficiency of their claims under the federal securities laws against the director, accountant and attorney defendants in that case and in defeating motions for summary judgment by the insurance carriers for certain individual defendants.  The case was settled for approximately $12 million in cash.

(5) *Sanwa Bank California v. Facciani*, No. CA001132 (L.A. Sup. Ct.)  Corinblit
& Seltzer was counsel (together with two other plaintiffs' firms) for a class of investors in this
state court securities case and a companion federal case in which settlements totaling
approximately $26 million were obtained on behalf of the investors.

(6) *Schneider v. Traweek*, No. CV 88-0905 RG(Kx) (C.D. Cal.).  While at
Corinblit & Seltzer, Ms. Nelson played a primary role in prosecuting the claims of a class
consisting of thousands of investors in eight limited real estate partnerships.  In granting
plaintiffs' motion for class certification, the court determined that "[t]he qualifications of
Plaintiffs' counsel are not at issue, since the Defendants conceded at oral argument that no one
questions the ability of the law firm of Corinblit & Seltzer to prosecute this action on behalf of
the proposed class." *Schneider v. Traweek*, [1990 Transfer Binder] Fed.Sec.L.Rep. (CCH)
¶95,419 at 97,113 (C.D. Cal. 1990).  The case was settled for in excess of $14 million.  Other
reported decisions in the case can be found at *Schneider v. Traweek*, [1990 Transfer Binder]
Fed.Sec.L.Rep. (CCH) ¶ 95,507 (C.D. Cal. 1990).

(7) *In re Domestic Air Transportation Antitrust Litigation*,  Master File No. 1:90-
cv-2485 MHS.  Corinblit & Seltzer was appointed by the Atlanta federal court to serve on the
Plaintiffs' Steering Committee.  The litigation consisted of more than fifty consolidated
antitrust class actions.  The case was settled for $50 million in cash and discount travel certifi-
cates with a face value of $408 million, which the Atlanta federal court valued as being worth
approximately $305 million.

(8) *Pinto v. Birr Wilson & Co., Inc.*, No. CA001058 (L.A. Co. Sup. Ct.).
Corinblit & Seltzer were sole counsel for a class of municipal bondholders who had been
allegedly defrauded.  Ms. Nelson was one of the primary attorneys responsible for prosecuting
the case.  The case was settled for approximately $1.4 million in cash.

(9) *Slaven, et al. v. BP America, Inc., et al.*, No. CV-90-0705 RJK(JRx) (C.D.
Cal.).  Ms. Nelson and four other firms prosecuted claims on behalf of a class of businesses
who suffered economic losses as a result of a massive oil spill off the coast of Huntington
Beach that occurred in 1990.  Reported decisions in the case appear at *Slaven v. American
Trading & Transp.Co.*, 146 F.3d 1066 (9th Cir. 1998); *Holifield v. BP America, Inc.*, 973 F.2d
1468 (9th Cir. 1992); *Slaven v. BP America, Inc.*, 190 F.R.D. 649 (C.D. Cal. 2000);  *Slaven v.
BP America, Inc.*, 958 F.Supp. 1472 (C.D. Cal. 1997); *Holifield v. BP America, Inc.*, 786
F.Supp. 853 (C.D.Cal. 1992); *Holifield v. BP America, Inc.*, 786 F.Supp. 840 (C.D. Cal.
1991).  The case was settled for in excess of $6 million.

(10) *In re Brand Name Prescription Drugs Antitrust Litig.*, MDL 997 (E.D. Ill.).
This was a antitrust class action against the manufacturers and wholesalers of brand name
prescription drugs.  While at Corinblit and Seltzer and thereafter with her own firm, Ms.
Nelson acted as one of plaintiffs' counsel in obtaining certification of a class of pharmacies,
settling the claims of the class members against certain of the defendants and pursuing
remaining claims to trial.  Reported decisions are found at *In re Brand Name Prescription
Drugs Antitrust Litig.*, 186 F.3d 781 (7th Cir. 1999); 123 F.3d 599 (7th Cir. 1998); 115 F.3d

456 (7th Cir. 1997). The case resulted in settlements of over $700 million for a class of independent pharmacies.

(11) *Porter v. City of Los Angeles*, Los Angeles Superior Court Case No. BC119914. While with Corinblit & Seltzer and thereafter, Ms. Nelson was one of three attorneys who prosecuted a class action on behalf of tenants of a building demolished by the City of Los Angeles asserting claims for inverse condemnation and negligence. The claims were settled following class certification and shortly prior to trial for in approximately $4 million.

(12) *In re Compact Disc Antitrust Litigation*, MDL 1216 (C.D. Cal.). Ms. Nelson was one of plaintiffs' counsel involved in the prosecution of antitrust claims against recorded music distribution companies charging the defendants with price fixing compact discs. Settlements for in excess of $50 million were obtained in the case.

(13) *Canning v. Music Express*, Los Angeles Superior Court Case No. BC 227542. Ms. Nelson was one of the attorneys representing plaintiffs in a wage and hour case brought against a limousine company on behalf of its drivers. The court certified the class and thereafter a $2.2 million settlement was achieved and approved by the Court.

(14) *In re Broadcom Corp. Securities Litig.*, Master File No. SACV 01-275 GLT (MLGx) (C.D. Cal.). Ms. Nelson was local counsel for the Lead Plaintiff in these consolidated securities class actions in the United States District Court for the Central District of California, Santa Ana Division. A class settlement for $150 million was achieved after lengthy pre-trial proceedings.

(15) *Godinez, v. Schwarzenegger, et al.*, Los Angeles Superior Court Case No. BC 227352. Ms. Nelson was one of four counsel for the plaintiffs in this public interest lawsuit filed on behalf of students and community organizations challenging the manner in which the State of California and its various agencies apportioned more than $2 billion in new school construction funds. Following extensive briefing and hearing on plaintiffs' motion for preliminary injunction, the claims were successfully settled. Issues relating to plaintiffs' counsels' fee application were appealed to the Court of Appeal and resulted in a published opinion affirming the fee award but remanding for further findings. See *Godinez v. Swcharzenegger*,132 Cal.App.4th 73 (2005).

(16) *Sanchez v. Survival Insurance Co.*, Los Angeles Superior Court Case No. BC 225524. Ms. Nelson was one of the attorneys representing plaintiffs in a wage and hour case brought against a insurance broker. Following the issuance of an extensive order certifying the class, the claims were settled for in excess of $600,000.

(17) *Westways World Travel, Inc. v. AMR Corp.*, U.S. District Court Case No. 99-7689 RJT (C.D. Cal.). Kreindler & Kreindler and Ms. Nelson are one of the counsel for plaintiffs in this class action filed on behalf of a class of travel agents against American Airlines and other defendants. Reported decisions may be found at *Westways World Travel, Inc. v. AMR Corp.*, 182 F.Supp.2d 952 (C.D. Cal. 2001) and 218 F.R.D. 223 (C.D. Cal. 2003).

4.

Following an appeal from the dismissal of the claims on summary judgment, the Ninth Circuit reversed in part and affirmed in part the grant of summary judgment and the case has been remitted to the District Court for further proceedings. In addition, Ms. Nelson was one of the counsel for plaintiffs in a related class action entitled *All World Professional Travel Services, Inc. v. American Airlines, Inc.* U.S. District Court Case No. ED CV 02-849RT (SGL. Reported decisions in *All World* may be found at 282 F.Supp.2d 1161 (C.D. Cal. 2003).

(18) *In re ATM Fee Antitrust Litigation*, U.S. District Ct. Case No. CV 04-2676 CRB (N.D. Cal.) Kreindler & Kreindler is one of the counsel for plaintiffs in consolidated antitrust class actions challenging foreign ATM fees charged by a number of banks and other entities. The case is pending in the Northern District of California.

(19) *In re Cosmetics*, California Superior Court Coordinated Proceedings No. JCCP Case No. 4056. Ms. Nelson was one of plaintiffs' counsel in coordinated class action proceedings that were litigated in the Marin County Superior Court arising out of antitrust claims asserted by a class of direct purchasers against manufacturers of high-end cosmetics and retailers. A class settlement was achieved valued at in excess of $100 million. The settlement involved a nationwide class and the settlement was presented and approved by the U.S. District Court for the Northern District of California. The approval of the settlement was affirmed by the Ninth Circuit and the case is now final.

(20) *Archer v. United Rentals*, L.A. Superior Court Case No. BC 296139. In this consumer class action, Ms. Nelson and Kreindler & Kreindler represent the plaintiffs who are challenging the practice of recording personal identification information in violation of the Song-Beverly Credit Card Act, Civil Code Section 1747, *et seq*. The court certified a class under Business & Professions Code Section 17200 for injunctive relief.

(21) *Grossett v. Wenaas*, California Supreme Court Case No. S139285. This is a derivative lawsuit filed in the San Diego Superior Court by a shareholder of JNI Corporation against the company's officers and directors charging them with violations of their fiduciary duties and insider trading with respect to a secondary offering. Ms. Nelson and Kreindler & Kreindler were counsel for the plaintiff along with two other firms. After lengthy and protracted proceedings, the trial court dismissed the case based on a report by a Special Litigation Committee. The company was then purchased and the stockholders were cashed out. The appellate court dismissed the appeal on the grounds that the stockholder lost standing as a result of the merger. The California Supreme Court granted plaintiff's petition for review and affirmed the finding that the sale of the company resulted in a loss of standing to a derivative plaintiff. The decision is reported at *Grosset v. Wenaas* (2008) 42 Cal.4th 1100.

(22) *In re Emulex Shareholder Cases*, JCCP No. 4194. In these coordinated shareholder derivative cases, Ms. Nelson represented plaintiffs asserting claims against the officers and directors of Emulex Corporation. The cases were resolved in an $8 million settlement.

(23) *In re Intermix Media, Inc. Shareholder Litigation*, Los Angeles Superior Court Case No. BC 339083.  Ms. Nelson and Kreindler & Kreindler were counsel for certain plaintiffs in three consolidated  class action proceedings asserting claims against the officers and directors of Intermix Media Inc. arising out of the sale of the company and its primary asset, MySpace.com, to News Corp.  Plaintiffs alleged, among other things, that the defendants failed to maximize the value of Intermix in the sale.  Following the dismissal of the claims on demurrer, the Court of Appeal affirmed the trial court's order.

(24) *In re Countrywide Financial Corp. Securities Litig.*, U.S. District Court Case No. CV-07-5295-MRP.  Kreindler & Kreindler is local counsel representing the Lead Plaintiff in consolidated securities class actions filed against Countrywide Financial Corp. and various officers and directors, underwriters and accountants arising out of the sub-prime lending practices.

(25) *In re Amgen Inc. Securities Litigation*, U.S. District Court Case No. CV 07-2536 PSG (PLAx).  Kreindler & Kreindler is local counsel representing the Lead Plaintiff in these consolidated securities class actions filed against Amgen Inc. arising out of allegations that defendant engaged in off-label marketing and falsely represented the long-term growth prospects of certain pharmaceutical drugs.

(26) *Steele v. Rambus, Inc. et al.*, Santa Clara Superior Court Case No. 1-08-CV-113682.  Kreindler & Kreindler represents a group of investors who opted out of a prior securities class action alleging that the defendants engaged in a long-term fraudulent scheme of backdating stock option grants to certain officers, directors and employees by failing to properly account for the option grants.  The case is pending in the Santa Clara Superior Court.