UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** September 10, 2009

**COURTROOM DEPUTY:** Cora Klein     **Court Reporter:** Debra Pas

**CASE NO.** C 07-2852 VRW

**TITLE:** IN RE TD AMERITRADE ACCOUNTHOLDER LITIGATION

| **COUNSEL FOR PLAINTIFFS:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Scott Kamber, David Parisi | Robert J. Kriss, Lee Rubin |

David Weinstein for Objector Elli Weinstein.
Theodore Frank for Objector Brad Richards.
Howard Strong and Gretchen Nelson for Objector Holober.

**PROCEEDINGS:**
Final approval of class action settlement.

**RESULTS:**
The Court heard argument from counsel.
The Court submitted the matter.
The court to issue written ruling.