UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**AMENDED**
**DATE:**   September 10, 2009

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**    Debra Pas

**CASE NO.**  C 07-2852  VRW

**TITLE:**   IN RE TD AMERITRADE ACCOUNTHOLDER LITIGATION

**COUNSEL FOR PLAINTIFFS:**          **COUNSEL FOR DEFENDANT:**
Scott Kamber, David Parisi          Robert J. Kriss, Lee Rubin

      David Weinstein for Objector Elli Weinstein.
      Theodore Frank for Objector Brad Richards.
      Howard Strong and Gretchen Nelson for Objector Holober.
      Greg Beck for Objector Matthew Elvey.

**PROCEEDINGS:**
    Final approval of class action settlement.

**RESULTS:**
    The Court heard argument from counsel.
    The Court submitted the matter.
    The court to issue written ruling.