Gretchen M. Nelson (112566)
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, CA  90017
Telephone: 213-622-6469
Telecopier: 213-622-6019
Email:  gnelson@kreindler.com

Howard Strong, Esq. (069641)
Law Offices of Howard Strong
P.O. Box 570092
Tarzana, CA  91357-4031
Telephone: (818) 343-4434
Telecopier: (818) 343-7910
Email:  stronglaw@gmail.com

Attorneys for Richard Holober,
individually and on behalf of the class

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ameritrade Account Holder Litigation, ) | Master File No. C-07-2852 VRW |
| ) | |
| ) | CLASS ACTION |
| This Document Relates to All Actions ) | |
| ) | **JOINT REPORT WITH RESPECT TO** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| ) | |
| ) | Date:  February 25, 2010 |
| ) | Time:  3:30 p.m. |
| ) | Place: Courtroom of the Honorable Vaughan R. Walker |

- 1 -

1   Plaintiff Richard Holober and defendant TD Ameritrade respectfully submit this Joint Report
2   with respect to the Case Management Conference currently scheduled for February 25, 2010.
3   This lawsuit was filed in May 2007 alleging that TD Ameritrade suffered a data breach
4   involving certain customer information.  A class settlement was initially achieved in or around 2008.
5   Following various hearings and filings including modifications to the settlement, the Court denied
6   final approval of the settlement on October 23, 2009.  The Court further set a Case Management
7   Conference for December 10, 2009, to discuss "scheduling and other matters, including the possible
8   addition of Nelson to these proceedings as substitute counsel [for plaintiff]."
9   Present at the December 10, 2009 Conference were Robert J. Kriss and Lee H. Rubin of
10  Mayer Brown LLP, counsel for defendant TD Ameritrade; Scott Kamber of KamberLaw LLC,
11  counsel for plaintiffs Joel Griffiths, Brad Zigler and Gadgetwiz.com, Inc.; David C. Parisi of Parisi
12  & Havens LLP, counsel for plaintiffs Joel Griffiths and Brad Zigler; Mark Chavez of Chavez &
13  Gertler LLP, counsel for Matthew Elvey; and Richard Holober and his counsel Gretchen M. Nelson
14  of Kreindler & Kreindler LLP and Howard Strong of the Law Offices of Howard Strong.  At the
15  Conference, Richard Holober and his counsel informed the Court of their willingness to proceed
16  with the case on behalf of the class.  Counsel for Mr. Holober further requested that the Court
17  continue the Conference in order to provide counsel with an opportunity to review the discovery
18  conducted and the pleadings filed in the case and to allow counsel an opportunity to discuss the
19  matter further with counsel for the defendant and counsel representing other parties in the litigation
20  to assess whether further settlement discussions might be warranted.
21  The Court continued the Conference to February 25, 2010 and directed the parties to file this
22  report.
23  In the interim, counsel for Mr. Holober have reviewed discovery taken in the case and have
24  undertaken an analysis of the facts and legal issues.  Counsel have further conferred with counsel for
25  TD Ameritrade as well as other counsel representing plaintiffs in this matter.
26  The parties believe that further settlement discussions may prove fruitful and further believe
27  that it would be beneficial to conduct such discussions under the auspices of a judicial officer.  The
28

parties respectfully request that the Court consider referring the matter to Magistrate Judge Joseph C. Spero to mediate further settlement discussions, or such other judicial officer as the Court may deem appropriate.

In addition, the parties respectfully submit that the Case Management Conference be continued to a date following the completion of mediation proceedings.

Dated:  February 11, 2010

Respectfully submitted,

KREINDLER & KREINDLER LLP

LAW OFFICES OF HOWARD STRONG

_____//s//_____
Gretchen M. Nelson
Attorneys for Richard Holober, individually and on behalf of the class

Robert J. Kriss
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone:  312-701-7165
Telecopier:  312-706-8646
Email:  rkriss@mayerbrown.com

Lee H. Rubin
MAYER BROWN LLP
Two Palo Alto Square, Sutie 300
3000 El Camino Real
Palo Alto, California  94306-2112
Telephone:  650-331-2037
Telecopier:  650-331-2060
Email: lrubin@mayerbrown.com

_____//s//_____
Robert J. Kriss
Attorneys for Defendant TD Ameritrade

- 3 -

Joint Report With Respect to Case Management Conference
Case No. C- 07-2852 VRW