# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO. C 07-02852 VRW (JCS)**

**CASE NAME:** In Re: TD AMERITRADE ACCOUNT HOLDER LITIGATION

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: April 7, 2010       **TIME: 7 hrs** | **COURT REPORTER**: <u>Not reported</u> |

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Howard Strong | Robert J. Kriss & Lee Rubin |
| Jonathan Gertler | Margaret A. Reetz |
| Gretchen Nelson | Steven Schoenhaar |
| David C. Parisi & Scott Kamber | Jordon E. Harriman |

### PROCEEDINGS

**X**  SETTLEMENT CONFERENCE - HELD

☐  FURTHER SETTLEMENT CONFERENCE

☐  DISCOVERY CONFERENCE

☐  STATUS CONFERENCE RE:

☐  TELEPHONIC CONFERENCE RE:

☐  OTHER:

CASE CONTINUED TO: 05/18/10 at 11:00 AM     FOR  A Further Settlement Conference

NOTES:

Case did not settle. Updated settlement conference statements due by May 11, 2010.

cc:    Chambers