MARK A. CHAVEZ (SBN 90858)
JONATHAN E. GERTLER (SBN 111531)
CHAVEZ & GERTLER LLP
42 Miller Ave.
Mill Valley, CA 94941
Telephone: (415) 381-5599

GREGORY A. BECK (Admitted *Pro Hac Vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St. NW
Washington, DC  20009
Telephone: (202) 588-1000

Attorneys for Plaintiff Matthew Elvey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TD AMERITRADE ACCOUNTHOLDER LITIGATION | ) Case No. C 07-2852 VRW )<br>) <u>CLASS ACTION</u><br>)<br>) **NOTICE OF MOTION AND**<br>) **MEMORANDUM IN SUPPORT OF**<br>) **MOTION TO WITHDRAW AS COUNSEL**<br>)<br>) Date:   Oct. 21, 2010<br>) Time:  10:00 a.m.<br>) Location: Courtroom 6<br>) Hon. Vaughn Walker |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that Chavez & Gertler LLP and its attorneys Mark A. Chavez and Jonathan E. Gertler, and Public Citizen Litigation Group and its attorney Gregory A. Beck, co-counsel for objecting class member Matthew Elvey, will move the Court, pursuant to Local Rule 11-5, to withdraw as attorneys in the above-captioned case on October 21, 2010 at 10:00 a.m., or as soon thereafter as the Court may hear them, before Judge Walker at 450 Golden Gate Avenue, San Francisco, California 94102, in Courtroom 6, 17th Floor.

The motion will be based on this notice and memorandum, the accompanying declaration of counsel Gregory Beck, the prior pleadings and records in this case, and such further evidence and argument as may be presented at the hearing.

## MEMORANDUM

The California Rules of Professional Conduct authorize counsel to withdraw from the representation of their client when the client "renders it unreasonably difficult for the member to carry out the employment effectively," or for other good cause.  Rule 3-700(C). Counsel for objecting class member Matthew Elvey, Chavez & Gertler LLP and its attorneys Mark A. Chavez and Jonathan E. Gertler, and Public Citizen Litigation Group and its attorney Gregory A. Beck, ask the Court's permission to withdraw because significant differences have arisen between counsel and Mr. Elvey which they have been unable to resolve and that make further effective representation impossible.  As the plaintiff settlement class is well-represented by other counsel, the granting of this motion will not prejudice the class and should not result in any delay of the proceedings.

The following facts supporting this motion are set forth in the declaration of counsel Gregory Beck, filed herewith.

Plaintiffs, represented in this action by the law firms KamberEdelson LLC and Parisi & Havens LLP, negotiated a settlement agreement with defendant TD Ameritrade.  Plaintiffs moved for preliminary approval of the class action settlement on May 30, 2008. Doc. 53. At the hearing on the motion, Elvey, one of the named plaintiffs in the case, expressed objections to the

1  terms of the settlement. On June 13, 2008, the Court denied preliminary approval and ordered
2  further briefing on the adequacy of the settlement. Doc. 61.
3       Following the hearing, counsel Beck, later joined by counsel Chavez, agreed to represent
4  Elvey for the limited purpose of objecting to the settlement. Counsel filed a memorandum
5  opposing preliminary approval of the settlement on Elvey's behalf. Docs. 71, 72.
6       The Court granted preliminary approval of the settlement on June 1, 2009, but noted
7  concerns about the adequacy of the relief. Doc. 93. On July 9, 2009, counsel Beck and Chavez
8  filed an objection to the settlement on Elvey's behalf. Doc. 152.
9       On September 10, 2009, the Court held a hearing on final approval of the settlement. At
10 the hearing, Gretchen M. Nelson of Kreindler & Kreindler expressed her willingness to serve as
11 substitute class counsel if the settlement were denied. Doc. 187.
12      On October 23, 2009, the Court denied final approval of the settlement, citing objections
13 raised by Elvey. Doc. 189. In its order denying approval, the Court concluded that Nelson is
14 "fully capable of fairly and adequately representing the interests of a class of TD Ameritrade
15 accountholders." The Court then referred the case to Magistrate Judge Spero for settlement
16 discussions. Doc. 196. Counsel for plaintiffs and objectors agreed that Nelson would take the
17 lead role in the mediation and related settlement discussions on behalf of plaintiffs and
18 represented objectors.
19      Judge Spero held a mediation conference on April 7, 2010, and the parties are presently
20 engaged in further settlement discussions. A second mediation conference is set for August 24,
21 2010. Counsel for Elvey have observed Nelson's handling of the settlement discussions so far
22 and are confident that she will adequately represent the interests of the class without their further
23 assistance.
24      At several points during the litigation, Elvey has circumvented his counsel by personally
25 filing documents, contacting chambers, and otherwise independently participating in the case,
26 including by personally attending the August 24, 2010, settlement conference despite Judge
27 Spero's instruction that only lawyers attend. Counsel believe that Elvey's participation has
28

1  directly undermined their efforts to represent him and make further effective representation
2  unreasonably difficult.
3    On July 15, 2010, Beck informed Elvey that Chavez & Gertler and Public Citizen
4  intended to withdraw from the case and asked him to consent to the withdrawal. He has declined
5  to do so.
6    WHEREFORE, counsel for objecting class member Matthew Elvey, Chavez & Gertler
7  LLP and its attorneys Mark A. Chavez and Jonathan E. Gertler, and Public Citizen Litigation
8  Group and its attorney Gregory A. Beck, respectfully request that the Court issue an order
9  permitting their withdrawal from the case.

11  Date:  August 16, 2010      Respectfully submitted,
12                CHAVEZ & GERTLER LLP
13                PUBLIC CITIZEN LITIGATION GROUP

15
16           By:   /s/ Gregory A. Beck
                 Gregory A. Beck
17               Counsel for Objector Matthew Elvey

19    I hereby attest that I have on file all holographic signatures for any signatures indicated
20  by a "conformed" signature (/s/) within this efiled document.

22           By:          
                 Mark A. Chavez
23               Counsel for Objector Matthew Elvey

**PROOF OF SERVICE**
(C.C.P. §1013a(3))

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF MARIN        )

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

On August 16, 2010, I served the foregoing documents:

- **NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

on the interested parties in this action by sending a true copy thereof addressed to each as follows:

      Matthew Elvey
      1819 Polk St. #133
      San Francisco, CA 94109

[X]    **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

Executed on August 16, 2010, at Mill Valley, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                      */s/ Jenna Raden*
                                      Jenna Raden