MARK A. CHAVEZ (SBN 90858)
JONATHAN E. GERTLER (SBN 111531)
CHAVEZ & GERTLER LLP
42 Miller Ave.
Mill Valley, CA 94941
Telephone: (415) 381-5599

GREGORY A. BECK (Admitted *Pro Hac Vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St. NW
Washington, DC  20009
Telephone: (202) 588-1000

Attorneys for Plaintiff Matthew Elvey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TD AMERITRADE ACCOUNTHOLDER LITIGATION | ) Case No. C 07-2852 VRW )<br>) <u>CLASS ACTION</u><br>)<br>) **DECLARATION OF GREGORY BECK IN**<br>) **SUPPORT OF MOTION TO WITHDRAW**<br>) **AS COUNSEL**<br>)<br>) Date:   Oct. 21, 2010<br>) Time:  10:00 a.m.<br>) Location: Courtroom 6<br>) Hon. Vaughn Walker |

DECLARATION GREGORY BECK IN SUPPORT OF MOTION TO WITHDRAW, CASE NO. C 07-2852 VRW

I, Gregory A. Beck, declare:

1. I am an attorney admitted to practice before all courts of the District of Columbia, and an employee of Public Citizen Litigation Group. On October 7, 2008, I was admitted pro hac vice to represent objector Matthew Elvey in this action. I have personal knowledge of all matters stated herein, and if called upon to do I could testify competently to them.

2. Plaintiffs were originally represented in this action by the law firms KamberEdelson LLC and Parisi & Havens LLP. Plaintiffs moved for preliminary approval of a class action settlement negotiated with defendant TD Ameritrade on May 30, 2008. Doc. 53. At the hearing on the motion, Elvey, one of the named plaintiffs in the case, expressed objections to the terms of the settlement. On June 13, 2008, the Court denied preliminary approval and ordered further briefing on the adequacy of the settlement. Doc. 61.

3. Following the hearing, I agreed to represent Elvey for the limited purpose of objecting to the settlement. I moved for leave to represent Elvey on a pro hac vice basis, Doc. 79, and the Court subsequently granted that motion. Doc. 83.

4. On August 29, 2008, Mark A. Chavez of Chavez & Gertler LLP entered his appearance on behalf of Elvey as co-counsel, and we filed a memorandum opposing preliminary approval of the settlement. Docs. 71, 72.

5. The Court granted preliminary approval of the settlement on June 1, 2009, but noted concerns about the adequacy of the relief. Doc. 93. On July 9, 2009, we filed an objection to the settlement on Elvey's behalf. Doc. 152.

6. On September 10, 2009, the Court held a hearing on final approval of the settlement. At the hearing, Gretchen M. Nelson of Kreindler & Kreindler expressed her willingness to serve as substitute class counsel if the settlement were denied. Doc. 187.

7. On October 23, 2009, the Court denied final approval of the settlement, citing objections raised by Elvey. Doc. 189. In its order denying approval, the Court concluded that Nelson is "fully capable of fairly and adequately representing the interests of a class of TD Ameritrade accountholders."

8. Following the Court's denial of final approval, the Court referred the case to Magistrate Judge Spero for settlement discussions. Doc. 196. Counsel for plaintiffs and objectors agreed that Nelson would take the lead role in the mediation and related settlement discussions on behalf of plaintiffs and represented objectors.

9. Judge Spero held a mediation conference on April 7, 2010, at which Mr. Chavez's partner Jonathan Gertler entered an appearance on Elvey's behalf. Doc. 201.

10. The parties are presently engaged in further settlement discussions. A second mediation conference is set for August 24, 2010. We have observed Nelson's handling of the settlement discussions so far and are confident that she will adequately represent the interests of the class without their further assistance.

11. On July 15, 2010, I informed Mr. Elvey that Chavez & Gertler and Public Citizen intended to withdraw from the case and asked him to consent to the withdrawal. He has declined to do so.

12. Mr. Chavez and I agree that further representation of Mr. Elvey would be unreasonably difficult. Elvey has circumvented counsel by personally filing documents, contacting chambers, and otherwise independently participating in the case, including by personally attending the August 24, 2010, settlement conference despite Judge Spero's instruction that only lawyers attend. We believe that Elvey's participation has directly undermined our efforts to represent him and make further effective representation unreasonably difficult.

I declare under penalty of perjury under the laws of the United States that the foregoing is true. Executed on August 12, 2010 in Washington, D.C.

Gregory A. Beck

**PROOF OF SERVICE**
(C.C.P. §1013a(3))

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF MARIN        )

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

On August 16, 2010, I served the foregoing documents:

- **DECLARATION OF GREGORY BECK IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

on the interested parties in this action by sending a true copy thereof addressed to each as follows:

> Matthew Elvey
> 1819 Polk St. #133
> San Francisco, CA 94109

[X]   **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

Executed on August 16, 2010, at Mill Valley, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Jenna Raden

PROOF OF SERVICE