Gretchen M. Nelson (112566)
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, CA  90017
Telephone:  213-622-6469
Telecopier:  213-622-6019
Email:  gnelson@kreindler.com

Howard Strong, Esq. ( 069641)
Law Offices of Howard Strong
P.O. Box 570092
Tarzana, CA  91357-4031
Telephone: (818) 343-4434
Telecopier: (818) 343-7910
Email:  stronglaw@gmail.com

Attorneys for Richard Holober,
individually and on behalf of the class

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ameritrade Account Holder Litigation, <br><br> This Document Relates to All Actions | Master File No. C-07-2852 VRW <br><br> CLASS ACTION <br><br> **JOINT SETTLEMENT CONFERENCE REPORT** <br><br> Date:  October 14, 2010 <br> Time:  9:30 a.m. <br> Place: Courtroom of the Honorable Joseph C. Spero |

- 1 -

Joint Settlement Conference Report
Case No. C- 07-2852 VRW

CHDB02 5287850.1 07-Oct-10 13:27

1    Plaintiff Richard Holober and defendant TD Ameritrade respectfully submit this
2 Joint Report with respect to the further Settlement Conference currently scheduled for
3 October 14, 2010.
4    At the mediation conducted before this Court on April 7, 2010, the parties
5 reached agreement concerning many aspects of a potential settlement of the case. The
6 parties were directed to address and resolve the remaining issues and prepare
7 settlement documents. Following the mediation, the parties have exchanged
8 numerous drafts of a proposed claim form and have participated in numerous
9 telephonic conferences regarding various issues relating to the potential settlement and
10 the claim form.
11    In September 2010, the Court conducted a telephonic conference regarding the
12 status of the discussions and preparation of settlement documentation and set a further
13 settlement conference for October 14, 2010, which conference would be vacated if the
14 parties filed their documents for preliminary approval of the settlement prior to that
15 date. The parties have worked diligently to complete the settlement documentation
16 but may not be able to complete that documentation prior to October 14, 2010.
17    A settlement agreement has been drafted and is under review by the parties.
18 The collateral documents including memorandum, proposed orders, claim form, class
19 notice and other related documents are in the drafting process. In light of the volume
20 of documents and the need for review by the many necessary parties and counsel, we
21 do not believe that the documents will be completed by the date currently set for the
22 conference.
23    In light of the foregoing, we respectfully request that the Court grant the parties
24 an additional three weeks (until October 28) to finalize and file the documentation. At
25 this point, the parties are not aware of any unresolved issues requiring mediation.
26 Accordingly, the parties request that the Court vacate the current mediation date and
27 allow them to continue the process of completing documentation and obtaining
28

- 2 -

1  necessary approvals.  The parties suggest that they report to the Court by October 21
2  whether any issues have surfaced during the documentation/approval process that
3  require mediation.  If there are no issues, the parties anticipate that they will file their
4  papers by October 28.  If there are issues, the parties would attend a further mediation
5  on October 28 or as soon thereafter as is convenient to the Court.  The parties are
6  hopeful that they will be able to complete and file the settlement papers by October 28
7  without the need for additional mediation.

Dated:  October 7, 2010

                                            Respectfully submitted,

                                       KREINDLER & KREINDLER LLP

                                     LAW OFFICES OF HOWARD STRONG

                                               //s//
                                     Gretchen M. Nelson
                                     Attorneys for Richard Holober, individually and
                                     on behalf of the class

CHDB02 5287850.1 07-Oct-10 13:27

|   |   |
|---|---|
| 1 | Robert J. Kriss |
| 2 | MAYER BROWN LLP |
|   | 71 South Wacker Drive |
| 3 | Chicago, Illinois 60606 |
| 4 | Telephone: 312-701-7165 |
|   | Telecopier: 312-706-8646 |
| 5 | Email: rkriss@mayerbrown.com |

Lee H. Rubin
MAYER BROWN LLP
Two Palo Alto Square, Sutie 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: 650-331-2037
Telecopier: 650-331-2060
Email: lrubin@mayerbrown.com

//s//
_____

Robert J. Kriss
Attorneys for Defendant TD Ameritrade

- 4 -